**HANLY & CONROY LLP**
Paul J. Hanly, Jr. (PH-5486)
Jayne Conroy (JC 8611)
415 Madison Avenue
New York, NY 10017
(212) 401-7600
         -and-
**MOTLEY RICE LLC**
Ronald L. Motley
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9147

**Attorneys for Plaintiffs**

## 03 CV 5738

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THOMAS E. BURNETT, SR.**, in his own right as the Father of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) |
| **BEVERLY BURNETT**, in her own right as the Mother of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) |
| **DEENA BURNETT**, in her own right and as the Representative of the **ESTATE OF THOMAS EDWARD BURNETT, JR.**, Deceased | )  03 CV |
| **MARY MARGARET JURGENS**, in her own right as the Sister of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) |
| **MARTHA BURNETT O'BRIEN**, in her own right as the Sister of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) |
| **WILLIAM DOYLE, SR.**, in his own right and as the Representative of the **ESTATE OF JOSEPH MICHAEL DOYLE**, Deceased | ) |
| **CAMILLE DOYLE**, in her own right as the Mother of **JOSEPH MICHAEL DOYLE**, Deceased | )  **COMPLAINT** |
| **WILLIAM DOYLE, JR.**, in his own right as the Brother of **JOSEPH MICHAEL DOYLE**, Deceased | )  **JURY TRIAL DEMANDED** |
| **DOREEN LUTTER**, in her own right as the Sister of **JOSEPH MICHAEL DOYLE**, Deceased | ) |

**STEPHEN ALDERMAN**, in his own right and as the Co-Representative of the **ESTATE OF PETER CRAIG ALDERMAN**, Deceased )

**ELIZABETH ALDERMAN**, in her own right and as the Co Representative of the **ESTATE OF PETER CRAIG ALDERMAN**, Deceased )

**JANE ALDERMAN**, in her own right as the Sister of **PETER CRAIG ALDERMAN**, Deceased )

**ELAINE ABATE**, in her own right and as Representative of the **ESTATE OF VINCENT ABATE**, Deceased )

**CAROLYN D. ABATE**, in her own right and as Representative of the **ESTATE OF ANDREW A. ABATE**, Deceased )

**ELAINE ABATE**, in her own right as the Mother of **ANDREW A. ABATE**, Deceased )

**YVONNE V. ABDOOL**, in her own right as an Injured Party )

**ANN M. ABRAHAMSON**, in her own right and as the Representative of the **ESTATE OF WILLIAM F. ABRAHAMSON**, Deceased )

**VANESSA ABREU**, in her own right as an Injured Party )

**JOHN J. ACERNO**, in his own right as an Injured Party )

**HUMBERTO R. ACOSTA**, in his own right as an Injured Party )

**ALFRED ACQUAVIVA**, in his own right as the Father of **PAUL ANDREW ACQUAVIVA**, Deceased )

**JOSEPHINE ACQUAVIVA**, in her own right as the Mother of **PAUL ANDREW ACQUAVIVA**, Deceased )

**KARA HADFIELD**, in her own right as the Sister of **PAUL ANDREW ACQUAVIVA**, Deceased )

**ROBERT C. ADAMS**, in his own right as the Father of **DONALD L. ADAMS**, Deceased )

**JEAN ADAMS**, in her own right as the Mother of )

2

DONALD L. ADAMS, Deceased )

DWIGHT D. ADAMS, in his own right as the )
Brother of DONALD L. ADAMS, Deceased )

KEVIN JOHN ADAMS, in his own right as an )
Injured Party )

JESSICA MURROW-ADAMS, in her own right )
and as the Representative of the ESTATE OF )
STEPHEN GEORGE ADAMS, Deceased )

AFFIONG ADANGA, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the ESTATE OF IGNATIUS UDO ADANGA, )
Deceased )

ALICE D. ADLER, in her own right and as )
Representative of the ESTATE OF LEE ADLER, )
Deceased )

DARRYL J. ADONE, in his own right as an )
Injured Party )

STACEY AFFLITTO, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the ESTATE OF DANIEL THOMAS )
AFFLITTO, Deceased )

VINNIE CARLA AGNELLO, in her own right )
and on behalf of the Minor Children of JOSEPH )
AGNELLO, Deceased )

SALVATORE AGNELLO, in his own right as the )
Father of JOSEPH AGNELLO, Deceased )

RITA AGNELLO, in her own right as the Mother )
of JOSEPH AGNELLO, Deceased )

ROSARIA AGNELLO MARTINGANO, in her )
own right as the Sister of JOSEPH AGNELLO, )
Deceased )

DIANE B. AGUIAR, in her own right and as the )
Representative of the ESTATE OF JOAO A. )
AGUIAR, JR., Deceased )

JOAO A. AGUIAR, in his own right as the Father )
of JOAO A. AGUIAR, JR., Deceased )

TACIANA AGUIAR, in her own right as the Sister )
of JOAO A. AGUIAR, JR., Deceased )

**MARK AIKEN**, in his own right as an Injured Party )

**JAMES ALARIO**, in his own right and as the Representative of the **ESTATE OF MARGARET ALARIO**, Deceased )

**STEPHEN JEZYCKI**, in his own right as the Father of **MARGARET ALARIO**, Deceased )

**CATHERINE JEZYCKI**, in her own right as the Mother of **MARGARET ALARIO**, Deceased )

**MICHAEL JEZYCKI**, in his own right as the Brother of **MARGARET ALARIO**, Deceased )

**STEPHEN JEZYCKI, JR.**, in his own right as the Brother of **MARGARET ALARIO**, Deceased )

**JAMES F. ALBACH, JR.**, in his own right as an Injured Party )

**VINCENT J. ALBANESE**, in his own right as an Injured Party )

**THOMAS ALBERT**, in his own right as an Injured Party )

**KARIUM ALI**, in his own right as an Injured Party )

**JENNIFER D'AURIA**, in her own right and as the Co-Representative of the **ESTATE OF JOSEPH R. ALLEN**, Deceased )

**MICHAEL J. ALLEN**, in his own right and as the Co-Representative of the **ESTATE OF JOSEPH R. ALLEN**, Deceased )

**RICHARD D. ALLEN**, in his own right as the Father of **RICHARD DENNIS ALLEN**, Deceased )

**MADELYN GAIL ALLEN**, in her own right as the Mother of **RICHARD DENNIS ALLEN**, Deceased )

**MATTHEW J. ALLEN**, in his own right as the Brother of **RICHARD DENNIS ALLEN**, Deceased )

**LUKE C. ALLEN**, in his own right as the Brother of **RICHARD DENNIS ALLEN**, Deceased )

**LYNN P. ALLEN**, in her own right as the Sister of **RICHARD DENNIS ALLEN**, Deceased )

4

**JUDITH M. AIKEN**, in her own right as the Sister of **RICHARD DENNIS ALLEN**, Deceased

)
)
)

**MARGUERITE G. ALLEN**, in her own right as the Sister of **RICHARD DENNIS ALLEN**, Deceased

)
)
)
)

**RONALD ALLEN**, in his own right as an Injured Party

)
)
)

**INGRID ALLEYNE-ROBERTSON**, in her own right as an Injured Party

)
)
)

**DONNA ALLINGHAM**, in her own right and as the Representative of the **ESTATE OF CHRISTOPHER EDWARD ALLINGHAM**, Deceased

)
)
)
)
)

**JAMES J. ALLINGHAM**, in his own right as the Brother of **CHRISTOPHER EDWARD ALLINGHAM**, Deceased

)
)
)

**WILLIAM J. ALLINGHAM**, in his own right as the Father of **CHRISTOPHER EDWARD ALLINGHAM**, Deceased

)
)
)
)

**PATRICIA C. ALLINGHAM**, in her own right as the Mother of **CHRISTOPHER EDWARD ALLINGHAM**, Deceased

)
)
)
)

**WILLIAM J. ALLINGHAM, JR.**, in his own right as the Brother of **CHRISTOPHER EDWARD ALLINGHAM**, Deceased

)
)
)
)

**PEGGY ALINGHAM CICCARELLI**, in her own right as the Sister of **CHRISTOPHER EDWARD ALLINGHAM**, Deceased

)
)
)
)

**KATHARINE ALLINGHAM CLARK**, in her own right as the Sister of **CHRISTOPHER EDWARD ALLINGHAM**, Deceased

)
)
)
)

**V. BLAKE ALLISON**, in his own right and as the Representative of the **ESTATE OF ANNA ALLISON**, Deceased

)
)
)
)

**IVAN ALMENDAREZ, JR.**, in his own right as an Injured Party

)
)
)

**LEONOR ALVAREZ**, in her own right as an Injured Party

)
)
)

**ROBERT E. ALVERSON**, in his own right as an Injured Party )
)
)

**GRACE ALVIAR**, in her own right and as the Representative of the **ESTATE OF CESAR A. ALVIAR**, Deceased )
)
)
)

**CHRISTOPHER ALVIAR**, in his own right as the Son of **CESAR A. ALVIAR**, Deceased )
)
)

**GEMMA ALVIAR**, in her own right as the Daughter of **CESAR A. ALVIAR**, Deceased )
)
)

**GIANINA ALVIAR**, in her own right as the Daughter of **CESAR A. ALVIAR**, Deceased )
)
)

**JOCELYNE AMBROISE**, in her own right as an Injured Party )
)
)

**MITCHELL B. AMERBACH**, in his own right as an Injured Party )
)
)

**MARIE L. ANAYA**, in her own right and as the Representative of the **ESTATE OF CALIXTO ANAYA, JR.**, Deceased )
)
)
)

**ELIAS A. ANCHUNDIA**, in his own right and as the Co-Representative of the **ESTATE OF JOSEPH P. ANCHUNDIA**, Deceased )
)
)
)

**CHRISTINE A. ANCHUNDIA**, in her own right and as the Co-Representative of the **ESTATE OF JOSEPH P. ANCHUNDIA**, Deceased )
)
)
)

**ELIAS J. ANCHUNDIA**, in his own right as the Brother of **JOSEPH P. ANCHUNDIA**, Deceased )
)
)

**ELIZABETH R. ANCHUNDIA**, in her own right as the Sister of **JOSEPH P. ANCHUNDIA**, Deceased )
)
)
)

**THOMAS W. ANDERSON**, in his own right as an Injured Party )
)
)

**EDWARD ANDREWS**, in his own right and as Representative of the **ESTATE OF MICHAEL R. ANDREWS**, Deceased )
)
)
)

**DONNA L. ANGELINI**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF JOSEPH JOHN ANGELINI, JR.**, Deceased )
)
)
)
)
)

**IOANNIS ANTONIADIS**, in his own right as an Injured Party )
)
)
**CECILE APOLLO**, in her own right and as the Representative of the **ESTATE OF PETER PAUL APOLLO**, Deceased )
)
)
**PETER APOLLO**, in his own right as the Father of **PETER PAUL APOLLO**, Deceased )
)
)
**DENISE MAUTHE**, in her own right as the Sister of **PETER PAUL APOLLO**, Deceased )
)
)
**LISA PAGE**, in her own right as the Sister of **PETER PAUL APOLLO**, Deceased )
)
)
**MARGARET APOSTOL**, in her own right as the Sister of **FAUSTINO APOSTOL**, Deceased )
)
)
**FRANK J. AQUILINO**, in his own right and as the Representative of the **ESTATE OF FRANK THOMAS AQUILINO**, Deceased )
)
)
**CAROL ANN AQUILINO**, in her own right as the Mother of **FRANK THOMAS AQUILINO**, Deceased )
)
)
**TARA CHIARI**, in her own right as the Sister of **FRANK THOMAS AQUILINO**, Deceased )
)
)
**JILL AQUILINO**, in her own right as the Sister of **FRANK THOMAS AQUILINO**, Deceased )
)
)
**DAVID ARCHBOLD**, in his own right as an Injured Party )
)
)
**PETER ARCHER**, in his own right as an Injured Party )
)
)
**LORI ANN ARCZYNSKI**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF MICHAEL G. ARCZYNSKI**, Deceased )
)
)
**THOMAS V. ARIAS**, in his own right as the Brother of **ADAM PETER ARIAS**, Deceased )
)
)
**DONALD C. ARIAS**, in his own right as the Brother of **ADAM PETER ARIAS**, Deceased )
)
)
**ANDREW D. ARIAS**, in his own right as the Brother of **ADAM PETER ARIAS**, Deceased )

**LAUREN ARIAS LUCCHINI**, in her own right as the Sister of **ADAM PETER ARIAS**, Deceased )

**LORRAINE ARIAS BELIVEAU**, in her own right as the Sister of **ADAM PETER ARIAS**, Deceased )

**JOSEPH ARIOLA**, in his own right as an Injured Party )

**CYNTHIA ARNOLD**, in her own right as an Injured Party )

**SUZANNE ARNOLD**, in her own right as an Injured Party )

**BENJAMIN ARROYO**, in his own right as an Injured Party )

**ELAINE ASCIAK**, in her own right, on behalf of the Minor Child, and as the Representative of the **ESTATE OF MICHAEL ASCIAK**, Deceased )

**VIVIAN ASCIAK**, in her own right as the Mother of **MICHAEL ASCIAK**, Deceased )

**SHAWN ASHE**, in his own right as an Injured Party )

**ETHEL ASHER**, in her own right as the Mother of **MICHAEL EDWARD ASHER**, Deceased )

**STUART ASHE**, in his own right as the Brother of **MICHAEL EDWARD ASHER**, Deceased )

**CARMEN MEJIA**, in her own right as the Wife of **MANUAL ASITIMBAY**, Deceased )

**PHILIPSON AZENABOR**, in his own right as an Injured Party )

**JUANA BACCHUS**, in her own right and on behalf of the Minor Child of **EUSTACE R. BACCHUS**, Deceased )

**JOHN BADAGLIACCA**, in his own right as the Father of **JOHN J. BADAGLIACCA**, Deceased )

**GRACE BADAGLIACCA**, in her own right as the Mother of **JOHN J. BADAGLIACCA**, Deceased )

**JODI SCOLARO**, in her own right as the Sister of **JOHN J. BADAGLIACCA**, Deceased )

8

**PAUL J. BADER**, in his own right as an Injured Party )

**JOHN P. BAESZLER**, in his own right and as the Representative of the **ESTATE OF JANE ELLEN BAESZLER**, Deceased )

**YARAH H. BAILEY**, in her own right as the Sister of **BRETT T. BAILEY**, Deceased )

**JUDITH A. BAILEY**, in her own right and as the Representative of the **ESTATE OF BRETT T. BAILEY**, Deceased )

**KEVIN J. BAILEY**, in his own right as the Father of **BRETT T. BAILEY**, Deceased )

**YURIAH BAILEY**, in his own right as the Brother of **BRETT T. BAILEY**, Deceased )

**KATHERINE BAILEY**, in her own right and as the Representative of the **ESTATE OF GARNET BAILEY**, Deceased )

**TODD G. BAILEY**, in his own right as the Son of **GARNET BAILEY**, Deceased )

**ANATOLIY BAKALINSKIY**, in his own right and as the Representative of the **ESTATE OF TATYANA BAKALINSKAYA**, Deceased )

**MARINA BAKALINSKAYA**, in her own right as the Daughter of **TATYANA BAKALINSKAYA**, Deceased )

**NATALIE BAKALINSKAYA**, in her own right as the Daughter of **TATYANA BAKALINSKAYA**, Deceased )

**MARTHA BAKSH**, in her own right as the Mother of **MICHAEL S. BAKSH**, Deceased )

**MARVINA BAKSH**, in her own right as the Sister of **MICHAEL S. BAKSH**, Deceased )

**MICHELLE BAKSH**, in her own right as the Sister of **MICHAEL S. BAKSH**, Deceased )

**MORRIS BAKSH**, in his own right as the Father of **MICHAEL S. BAKSH**, Deceased )

**MAUREEN BAKSH GRIFFIN**, in her own right )

9

as the Sister of **MICHAEL S. BAKSH**, Deceased )

**TARA BANE**, in her own right and as the )
Representative of the **ESTATE OF MICHAEL A.** )
**BANE**, Deceased )

**DONALD BANE**, in his own right as the Father of )
**MICHAEL A. BANE**, Deceased )

**CHRISTINA BANE-HAYES**, in her own right as )
the Sister of **MICHAEL A. BANE**, Deceased )

**LYNETTE BANGAREE**, in her own right as an )
Injured Party )

**ARISTIDES BANTIS** as the Representative of the )
**ESTATE OF KATHERINE BANTIS**, Deceased )

**EVANGELOS BANTIS**, in his own right as the )
Father of **KATHERINE BANTIS**, Deceased )

**SOULTANA BANTIS**, in her own right as the )
Mother of **KATHERINE BANTIS**, Deceased )

**GENTIL BAPTISTE**, in his own right as an )
Injured Party )

**GERARD JEAN** )
**JEAN BAPTISTE**, in his own right and as the )
Representative of the **ESTATE OF GERARD** )
**BAPTISTE**, Deceased )

**ANNA M. GRANVILLE**, in her own right as the )
Sister of **WALTER BARAN**, Deceased )

**CAROL BARAN**, in her own right and as the )
Representative of the **ESTATE OF WALTER** )
**BARAN**, Deceased )

**KIM BARBARO**, in her own right, on behalf of the )
Minor Child, and as the Representative of the )
**ESTATE OF PAUL BARBARO**, Deceased )

**NICHOLAS BARBARO**, in his own right as the )
Father of **PAUL BARBARO**, Deceased )

**CAROL BARBARO**, in her own right as the )
Mother of **PAUL BARBARO**, Deceased )

**NICHOLAS BARBARO, JR.**, in his own right as )
the Brother of **PAUL BARBARO**, Deceased )

**THOMAS BARBARO**, in his own right as the
Brother of **PAUL BARBARO**, Deceased

**JACQUELINE VENEZIA**, in her own right as the
Sister of **PAUL BARBARO**, Deceased

**MARY E. BARBIERI**, in her own right as an
Injured Party

**GARRETT BARBOSA**, in his own right as an
Injured Party

**MARINA BARBOSA**, in her own right as the Wife
of **VICTOR D. BARBOSA**, Deceased

**NANCY SANTANA**, in her own right as the
Mother of **VICTOR D. BARBOSA**, Deceased

**ARMANDO BARDALES**, in his own right as an
Injured Party

**THOMAS J. MEEHAN, III**, in his own right as
the Father of **COLLEEN ANN BARKOW**,
Deceased

**JO ANN MEEHAN**, in her own right as the Mother
of **COLLEEN ANN BARKOW**, Deceased

**DARYL JOSEPH MEEHAN**, in his own right as
the Brother of **COLLEEN ANN BARKOW**,
Deceased

**ALAN M. MENNIE**, in his own right as the Father
of **MELISSA ROSE BARNES**, Deceased

**THOMAS J. BAROZ**, in his own right as an
Injured Party

**BERTRAND BARRY**, in his own right and as the
Co-Representative of the **ESTATE OF ARTHUR
BARRY**, Deceased

**AUDRIENE BARRY**, in her own right and as the
Co-Representative of the **ESTATE OF ARTHUR
BARRY**, Deceased

**BERTRAND ARTHUR BARRY**, in his own right
as the Brother of **ARTHUR BARRY**, Deceased

**CLARE ELLEN SKARDA**, in her own right as the
Sister of **ARTHUR BARRY**, Deceased

11

KATHLEEN MEGAN POSS, in her own right as )
the Sister of ARTHUR BARRY, Deceased )
)
PATRICIA ANNE COSGROVE, in her own right )
as the Sister of ARTHUR BARRY, Deceased )
)
EDMUND BARRY, in his own right as the )
Husband of DIANE BARRY, Deceased )
)
KEVIN W. BARRY, in his own right as the Son of )
DIANE BARRY, Deceased )
)
BRIAN M. BARRY, in his own right as the Son of )
DIANE BARRY, Deceased )
)
MAUREEN BARRY, in her own right as the )
Daughter of DIANE BARRY, Deceased )
)
JOHN T. BARRY, in his own right as an Injured )
Party )
)
MARIANNE BARRY, in her own right and as the )
Representative of the ESTATE OF MAURICE V. )
BARRY, Deceased )
)
PATRICK T. BARRY, in his own right as an )
Injured Party )
)
FRANK BARTON, in his own right as an Injured )
Party )
)
GILA BARZVI, in her own right and as the )
Representative of the ESTATE OF GUY )
BARZVI, Deceased )
)
ARIE BARZVI, in his own right as the Father of )
GUY BARZVI, Deceased )
)
FRIMA KOGAN, in her own right as the Mother of )
INNA BASIN, Deceased )
)
BURNEY BATES, in her own right as an Injured )
Party )
)
JOAN PUWALSKI, in her own right as the Fiancé )
of STEVEN J. BATES, Deceased )
)
CHRISTOPHER A. BAUMANN, in his own right )
as an Injured Party )
)
RAMESES G. BAUTISTA, in his own right and as )
the Representative of the ESTATE OF MARLYN )
C. BAUTISTA, Deceased )

NARCISA G. CAPITO, in her own right as the )
Mother of MARLYN C. BAUTISTA, Deceased )
)
RUFINA C. COQUIA, in his own right as the )
Sister of MARLYN C. BAUTISTA, Deceased )
)
ANISIA C. ABARABAR, in her own right as the )
Sister of MARLYN C. BAUTISTA, Deceased )
)
MARY T. BAVIS, in her own right and as the )
Representative of the ESTATE OF MARK )
LAWRENCE BAVIS, Deceased )
)
MICHAEL T. BAVIS, in his own right as the )
Brother of MARK LAWRENCE BAVIS, )
Deceased )
)
PATRICK J. BAVIS, in his own right as the )
Brother of MARK LAWRENCE BAVIS, )
Deceased )
)
FRANK J. BAZZICALUPO, in his own right as )
an Injured Party )
)
LARRY BEALER, in his own right as an Injured )
Party )
)
THOMAS BEATTIE, in his own right as an )
Injured Party )
)
JANICE BEATTY, in her own right as an Injured )
Party )
)
RICHARD A. BEATTY, in his own right as an )
Injured Party )
)
THEODORE BECK, in his own right and as the )
Representative of the ESTATE OF LAWRENCE )
I. BECK, Deceased )
)
EDWARD C. WILLIAMS, in his own right and as )
the Representative of the ESTATE OF MANETTE )
M. BECKLES, Deceased )
)
THEODORA BEEKMAN, in her own right and as )
the Representative of the ESTATE OF MICHAEL )
E. BEEKMAN, Deceased )
)
BORIS BELILOVSKY, in his own right and on )
behalf of the Minor Child of HELEN )
BELILOVSKY, Deceased )
)

13

**EMMA TISNOVSKIY**, in her own right as the Mother of **HELEN BELILOVSKY**, Deceased

**LEONID TISNOVSKIY**, in his own right as the Father of **HELEN BELILOVSKY**, Deceased

**ROSTYSLAV TISNOVSKIY**, in his own right as the Brother of **HELEN BELILOVSKY**, Deceased

**JOHN G. BELLEW**, in his own right as an Injured Party

**ANTHONY BELLISARI**, in his own right as an Injured Party

**SEAN K. BELLOWS**, in his own right and as the Representative of the **ESTATE OF DEBBIE S. BELLOWS**, Deceased

**SUZANNE ABENMOHA**, in her own right as the Mother of **DEBBIE S. BELLOWS**, Deceased

**SCOTT R. BELOTEN**, in his own right as an Injured Party

**MARINA BENEDETTO**, in her own right and on behalf of the Minor Child of **DENISE LENORE BENEDETTO**, Deceased

**JOHN BENEDETTO**, in his own right as the Ex-Husband of **DENISE LENORE BENEDETTO**, Deceased

**RINA RABINOWITZ**, in her own right as the Sister of **DENISE LENORE BENEDETTO**, Deceased

**MARIA GIORDANO**, in her own right as the Mother of **DENISE LENORE BENEDETTO**, Deceased

**MICHAEL GIORDANO**, in his own right as the Brother of **DENISE LENORE BENEDETTO**, Deceased

**ONDINA BENNETT**, in her own right and as the Representative of the **ESTATE OF BRYAN CRAIG BENNETT**, Deceased

**DEREK P. BENNETT**, in his own right as an Injured Party

**IAN BENNETT**, in his own right as an Injured

14

Party )
)
**GAIL BENZMAN**, in her own right as an Injured )
Party )
)
**FRANCES BERDAN**, in her own right as an )
Injured Party )
)
**SUZANNE J. BERGER**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF JAMES P.** )
**BERGER**, Deceased )
)
**GARY M. BERGER**, in his own right as the )
Brother of **STEVEN HOWARD BERGER**, )
Deceased )
)
**JAMES W. BERGHORN**, in his own right as an )
Injured Party )
)
**GEORGE R. BERGIN**, in his own right as the )
Father of **JOHN P. BERGIN**, Deceased )
)
**AGNES BERGIN**, in her own right as the Mother )
of **JOHN P. BERGIN**, Deceased )
)
**GEORGE M. BERGIN**, in his own right as the )
Brother of **JOHN P. BERGIN**, Deceased )
)
**MARY ELLEN O'ROURKE**, in her own right as )
the Sister of **JOHN P. BERGIN**, Deceased )
)
**KENNETH BERGSOHN**, in his own right as the )
Father of **ALVIN BERGSOHN**, Deceased )
)
**RENEE A. HOFFMAN**, in her own right as the )
Sister of **ALVIN BERGSOHN**, Deceased )
)
**DEBORAH E. BERK**, in her own right as an )
Injured Party )
)
**ROBERT J. BERNSTEIN**, in his own right and as )
the Representative of the **ESTATE OF WILLIAM** )
**H. BERNSTEIN**, Deceased )
)
**MURRAY BERNSTEIN**, in his own right as the )
Father of **WILLIAM H. BERNSTEIN**, Deceased )
)
**NORMA BERNSTEIN**, in her own right as the )
Mother of **WILLIAM H. BERNSTEIN**, Deceased )
)
**DAVID M. BERNSTEIN**, in his own right as the )
Brother of **WILLIAM H. BERNSTEIN**, Deceased )

**EVELYN BERRY**, in her own right and as the
Representative of the **ESTATE OF JOSEPH
JOHN BERRY**, Deceased

**TODD P. BERRY**, in his own right as the Son of
**JOSEPH JOHN BERRY**, Deceased

**JOSEPH S. BERRY**, in his own right as the Son of
**JOSEPH JOHN BERRY**, Deceased

**KIMBERLY A. BERRY**, in her own right as the
Daughter of **JOSEPH JOHN BERRY**, Deceased

**JOSEPH T. BERRY**, in his own right as an Injured
Party

**DOMINIC BERTUCCI**, in his own right as an
Injured Party

**FRANCISCO BETANCOURT**, in his own right as
an Injured Party

**JOANNE F. BETTERLY**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF TIMOTHY D.
BETTERLY**, Deceased

**DONALD A. BETTERLY, SR.**, in his own right as
the Father of **TIMOTHY D. BETTERLY**,
Deceased

**JOAN C. BETTERLY**, in her own right as the
Mother of **TIMOTHY D. BETTERLY**, Deceased

**MARK BETTERLY**, in his own right as the
Brother of **TIMOTHY D. BETTERLY**, Deceased

**DONALD BETTERLY, JR.**, in his own right as
the Brother of **TIMOTHY D. BETTERLY**,
Deceased

**PRAKASH BHATT**, in his own right as an Injured
Party

**J. BHUKHAN**, in his own right as the Father of
**BELLA BHUKHAN**, Deceased

**INDIRA BHUKHAN**, in her own right as the
Mother of **BELLA BHUKHAN**, Deceased

**MILES BILCHER**, in his own right as the Father
of **BRIAN BILCHER**, Deceased

16

**IRENE BILCHER**, in her own right as the Mother of **BRIAN BILCHER**, Deceased )

**TINA MARIE BILCHER**, in her own right and as the Representative of the **ESTATE OF BRIAN BILCHER**, Deceased )

**STEPHEN BILESKI**, in his own right as an Injured Party )

**CHRISTOPHER BILOTTI**, in his own right as an Injured Party )

**ALICE HOGLAN**, in her own right and as the Co-Representative of the **ESTATE OF MARK K. BINGHAM**, Deceased )

**GERALD W. BINGHAM**, in his own right and as the Co-Representative of the **ESTATE OF MARK K. BINGHAM**, Deceased )

**LILLIAN BINI**, in her own right as the Mother of **CARL BINI**, Deceased )

**ROSEMARIE CORVINO**, in her own right as the Sister of **CARL BINI**, Deceased )

**RAYMOND BINI**, in his own right as the Father of **CARL BINI**, Deceased )

**BASMATTIE BISHUNDAT**, in her own right and as the Co-Representative of the **ESTATE OF KRIS ROMEO BISHUNDAT**, Deceased )

**BHOLA P. BISHUNDAT**, in his own right and as the Co-Representative of the **ESTATE OF KRIS ROMEO BISHUNDAT**, Deceased )

**JAMES A. BITTLES**, in his own right as an Injured Party )

**DANIEL BIVONA**, in his own right as an Injured Party )

**ALBERT A. BLACKMAN**, in his own right and as the Co-Representative of the **ESTATE OF ALBERT B. BLACKMAN, JR.**, Deceased )

**HYACINTH BLACKMAN**, in her own right and as the Co-Representative of the **ESTATE OF ALBERT B. BLACKMAN, JR.**, Deceased )

17

**PATRICK BLAINE**, in his own right as an Injured )
Party )
)
**DANIEL A. WALISIAK**, in his own right as the )
Fiancé of **SUSAN L. BLAIR**, Deceased )
)
**JAMES BLAKE**, in his own right as an Injured )
Party )
)
**JODY BLANCHARD**, in her own right as an )
Injured Party )
)
**SCOTT BLANEY**, in his own right and as the )
Representative of the **ESTATE OF JANICE** )
**BLANEY**, Deceased )
)
**STAN BLASKEY**, in his own right as an Injured )
Party )
)
**NEIL BLASS**, in his own right and as the )
Representative of the **ESTATE OF CRAIG** )
**MICHAEL BLASS**, Deceased )
)
**BARBARA BLASS**, in her own right as the Mother )
of **CRAIG MICHAEL BLASS**, Deceased )
)
**RICHARD J. BLATUS**, in his own right as an )
Injured Party )
)
**IRA BLAU**, in his own right and as the )
Representative of the **ESTATE OF RITA BLAU**, )
Deceased )
)
**MICHELE BUFFOLINO**, in her own right as the )
Daughter of **RITA BLAU**, Deceased )
)
**NICOLE EFFRESS**, in her own right as the )
Daughter of **RITA BLAU**, Deceased )
)
**DEBORAH BORZA**, in her own right and as the )
Representative of the **ESTATE OF DEORA** )
**FRANCES BODLEY**, Deceased )
)
**VINCENT BOLAND, SR.**, in his own right and as )
the Representative of the **ESTATE OF VINCENT** )
**M. BOLAND, JR.**, Deceased )
)
**JOYCE BOLAND**, in her own right as the Mother )
of **VINCENT M. BOLAND, JR.**, Deceased )
)
**GREGORY BOLAND**, in his own right as the )
Brother of **VINCENT M. BOLAND, JR.**, )
Deceased )

**ERIN BOLAND**, in her own right as the Sister of **VINCENT M. BOLAND, JR.**, Deceased )

**EDWARD P. BOLGER**, in his own right as an Injured Party )

**JAN BONANZA**, in his own right as an Injured Party )

**WILLIAM BONDARENKO**, in his own right as the Son of **ALAN BONDARENKO**, Deceased )

**JOSEPH BONDARENKO**, in his own right as the Son of **ALAN BONDARENKO**, Deceased )

**ROXANE BONHEUR**, in her own right and as the Representative of the **ESTATE OF ANDRE BONHEUR, JR.**, Deceased )

**JOHN BONOMO**, in his own right and as the Representative of the **ESTATE OF YVONNE BONOMO**, Deceased )

**SONIA BONOMO**, in her own right as the Mother of **YVONNE BONOMO**, Deceased )

**GEORGE BONOMO**, in his own right as the Brother of **YVONNE BONOMO**, Deceased )

**SHARON BOOKER**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF SEAN BOOKER**, Deceased )

**ROSE BOOKER**, in her own right as the Mother of **SEAN BOOKER**, Deceased )

**ANDREW BOONE**, in his own right as the Son of **CANFIELD D. BOONE**, Deceased )

**CHRISTOPHER BOONE**, in his own right as the Son of **CANFIELD D. BOONE**, Deceased )

**JASON BOONE**, in his own right as the Son of **CANFIELD D. BOONE**, Deceased )

**LINDA K. BOONE**, in her own right and as the Representative of the **ESTATE OF CANFIELD D. BOONE**, Deceased )

**KRYSTYNA BORYCZEWSKI**, in her own right and as the Representative of the **ESTATE OF MARTIN BORYCZEWSKI**, Deceased )

**MICHELE BORYCZEWSKI**, in her own right as
the Sister of **MARTIN BORYCZEWSKI**,
Deceased

**MICHAEL BORYCZEWSKI**, in his own right as
the Father of **MARTIN BORYCZEWSKI**,
Deceased

**JULIA BORYCZEWSKI**, in her own right as the
Sister of **MARTIN BORYCZEWSKI**, Deceased

**WILLIAM J. BOSCO, JR.**, in his own right as the
Father of **RICHARD E. BOSCO**, Deceased

**CHESTER BOTCH**, in his own right as an Injured
Party

**FREDERICK BOUCHARD**, in his own right and
as the Representative of the **ESTATE OF CAROL
BOUCHARD**, Deceased

**FRANK DELLEFEMINE**, in his own right as the
Father of **CAROL BOUCHARD**, Deceased

**HOPE DELLEFEMINE**, in her own right as the
Mother of **CAROL BOUCHARD**, Deceased

**KENNETH DELLEFEMINE**, in his own right as
the Brother of **CAROL BOUCHARD**, Deceased

**RICHARD DELLEFEMINE**, in his own right as
the Brother of **CAROL BOUCHARD**, Deceased

**PAUL A. BOWDEN, SR.**, in his own right as the
Brother of **THOMAS H. BOWDEN, JR.**,
Deceased

**STEPHANIE AYN BOWSER**, in her own right,
on behalf of the Minor Children, and as the
Representative of the **ESTATE OF KEVIN LEAH
BOWSER**, Deceased

**VLADIMIR BOYARSKY**, in his own right as the
Father of **GENNADY BOYARSKY**, Deceased

**BELLA BOYARSKY**, in her own right as the
Mother of **GENNADY BOYARSKY**, Deceased

**LAURA ALESSI**, in her own right and as the
Representative of the **ESTATE OF PAMELA J.
BOYCE**, Deceased

20

**GINA GRASSI**, in her own right as the Sister of **PAMELA J. BOYCE**, Deceased )

**DESIREE A. GERASIMOVICH**, in her own right as the Sister of **PAMELA J. BOYCE**, Deceased )

**RONALD BOYCE**, in his own right as an Injured Party )

**JOHN W. BOYLE**, in his own right as an Injured Party )

**JOSEPH M. BOYLE**, in his own right as an Injured Party )

**KEVIN BRADBURY**, in his own right as an Injured Party )

**NELLY BRAGINSKAYA**, in her own right and as the Representative of the **ESTATE OF ALEXANDER BRAKINSKY**, Deceased )

**FRANK BRANCATO**, in his own right as an Injured Party )

**WILLIAM J. BRATTON, JR.**, in his own right and as the Representative of the **ESTATE OF MICHELLE RENEE BRATTON**, Deceased )

**MARY E. BRATTON**, in her own right as the Mother of **MICHELLE RENEE BRATTON**, Deceased )

**CHRISTOPHER B. BRATTON**, in his own right as the Brother of **MICHELLE RENEE BRATTON**, Deceased )

**WILLIAM J. BRATTON, III**, in his own right as the Brother of **MICHELLE RENEE BRATTON**, Deceased )

**ERIN G. BRATTON**, in her own right as the Sister of **MICHELLE RENEE BRATTON**, Deceased )

**MICHEL BRAUT**, in his own right as the Father of **PATRICE BRAUT**, Deceased )

**PAOLA STORER**, in her own right as the Mother of **PATRICE BRAUT**, Deceased )

**ANTHONY BENGIVENGA**, in his own right as the Fiancé of **LYDIA BRAVO**, Deceased )

)
**BARBARA H. BRENNAN**, in her own right and as )
the Representative of the **ESTATE OF FRANK H.** )
**BRENNAN**, Deceased )
)
**GEORGE BRENNAN**, in his own right as an )
Injured Party )
)
**BRIAN T. BRENNAN**, in his own right as the )
Brother of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**JAMES JOHN BRENNAN**, in his own right as the )
Brother of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**MICHAEL BRENNAN**, in his own right as the )
Father of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**VERONICA BRENNAN**, in her own right as the )
Sister of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**EILEEN WALSH**, in her own right as the Mother )
of **MICHAEL EMMETT BRENNAN**, Deceased )
)
**MARGARET WALSH**, in her own right as the )
Sister of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**MARY M. WALSH**, in her own right as the Sister )
of **MICHAEL EMMETT BRENNAN**, Deceased )
)
**MATTHEW J. WALSH**, in his own right as the )
Brother of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**PATRICIA WALSH**, in her own right as the Sister )
of **MICHAEL EMMETT BRENNAN**, Deceased )
)
**RAYMOND BRESSINGHAM**, in his own right as )
an Injured Party )
)
**JEFFREY A. BREZIL**, in his own right as an )
Injured Party )
)
**DAVID ALLEN BRIDGEFORTH**, in his own )
right as an Injured Party )
)
**JAMES BRIORDY**, in his own right as an Injured )
Party )
)

**JULIETTE BRISMAN**, in her own right and as the Representative of the **ESTATE OF MARK BRISMAN**, Deceased )

**GERARD BRISMAN**, in his own right as the Father of **MARK BRISMAN**, Deceased )

**STEVEN BRISMAN**, in his own right as the Brother of **MARK BRISMAN**, Deceased )

**MICHELE PRIEST**, in her own right as the Sister of **MARK BRISMAN**, Deceased )

**JACQUELINE ISKOLS**, in her own right as the Sister of **MARK BRISMAN**, Deceased )

**MICHAEL P. BRODBECK**, in his own right as an Injured Party )

**ERIC J. BRODN**, in his own right as an Injured Party )

**ISOLINE BROOMFIELD**, in her own right as the Mother of **KEITH BROOMFIELD**, Deceased )

**EDWARD M. BROWN**, in his own right as an Injured Party )

**ERNEST O. BROWN**, in his own right as an Injured Party )

**EVERTON BROWN**, in his own right and as Representative of the **ESTATE OF LLOYD BROWN**, Deceased )

**KEVIN J. BROWN**, in his own right as an Injured Party )

**STEPHEN C. BROWN**, in his own right as an Injured Party )

**SIGALIT BRUNN**, in her own right as the Wife of **ANDREW C. BRUNN**, Deceased )

**EDUARDO E. BRUNO**, in his own right as an Injured Party )

**THOMAS J. BUBELNIK**, in his own right as an Injured Party )

**RONALD B. BUCHANAN**, in his own right and as Representative of the **ESTATE OF BRANDON J.** )

BUCHANAN, Deceased )

)

CHARILYN S. BUCHANAN, in her own right as )
the Mother of BRANDON J. BUCHANAN, )
Deceased )

)

JONATHAN BUCHSBAUM, in his own right as )
an Injured Party )

)

ERNST H. BUCK, in his own right as the Father of )
GREGORY J. BUCK, Deceased )

)

ERIC BUCK, in his own right as the Brother of )
GREGORY J. BUCK, Deceased )

)

JOSEPHINE BUCK, in her own right as the )
Mother of GREGORY J. BUCK, Deceased )

)

CATHERINE MORRISON BUCK, in her own )
right and as the Representative of the ESTATE OF )
GREGORY J. BUCK, Deceased )

)

KATHLEEN M. BUCKLEY, in her own right and )
as the Representative of the ESTATE OF DENNIS )
BUCKLEY, Deceased )

)

JOHN C. BUCKLEY, in his own right as the )
Father of DENNIS BUCKLEY, Deceased )

)

KATHLEEN M. BUCKLEY, in her own right as )
the Mother of DENNIS BUCKLEY, Deceased )

)

JANE M. SMITHWICK, in her own right as the )
Sister of DENNIS BUCKLEY, Deceased )

)

VINCENT J. BULZOMI, in his own right as an )
Injured Party )

)

ASENETH BUNIN, in her own right and as the )
Representative of the ESTATE OF STEPHEN )
BUNIN, Deceased )

)

JAVIER BURGOS, in his own right as an Injured )
Party )

)

JOHN J. BURKE, in his own right and as the )
Representative of the ESTATE OF MATTHEW J. )
BURKE, Deceased )

)

ALICIA P. BURKE, in her own right as the )
Mother of MATTHEW J. BURKE, Deceased )

)

THOMAS BURKE, in his own right as an Injured )

Party                                                                    )
                                                                         )
                                                                         )
**CHRIS BURKE**, in his own right as the Brother of                      )
**THOMAS DANIEL BURKE**, Deceased                                        )
                                                                         )
**TIMOTHY J. BURKE**, in his own right as an                             )
Injured Party                                                            )
                                                                         )
**JAMES M. BURKE**, in his own right and as the                          )
Representative of the **ESTATE OF WILLIAM F.**                           )
**BURKE, JR.**, Deceased                                                 )
                                                                         )
**BERNARD J. BURNS**, in his own right as the                            )
Father of **KEITH JAMES BURNS**, Deceased                                )
                                                                         )
**AGNES D. BURNS**, in her own right as the Mother                       )
of **KEITH JAMES BURNS**, Deceased                                       )
                                                                         )
**MICHAEL J. BURNS**, in his own right as the                            )
Brother of **KEITH JAMES BURNS**, Deceased                               )
                                                                         )
**DIANE SHEPHERD**, in her own right as the Sister                       )
of **KEITH JAMES BURNS**, Deceased                                       )
                                                                         )
**LINDA ELLICOTT**, in her own right as the Sister                       )
of **KEITH JAMES BURNS**, Deceased                                       )
                                                                         )
**MAUREEN BURNS-DEWLAND**, in her own                                    )
right as the Sister of **KEITH JAMES BURNS**,                            )
Deceased                                                                 )
                                                                         )
**COLLEEN COOPER**, in her own right as the                              )
Sister of **KEITH JAMES BURNS**, Deceased                                )
                                                                         )
**JENNIFER C. BURNS**, in her own right and as the                       )
Representative of the **ESTATE OF KEITH**                                )
**JAMES BURNS**, Deceased                                                )
                                                                         )
**MICHAEL R. BURNS**, in his own right as an                             )
Injured Party                                                            )
                                                                         )
**SANDRA BURNSIDE**, in her own right and as the                         )
Representative of the **ESTATE OF JOHN P.**                              )
**BURNSIDE**, Deceased                                                   )
                                                                         )
**KEVIN BUTLER**, in his own right as an Injured                         )
Party                                                                    )
                                                                         )
**PASQUALE BUZZELLI**, in his own right as an                            )
Injured Party                                                            )
                                                                         )

**ROBERT G. BYRNE, SR.**, in his own right and as the Representative of the **ESTATE OF PATRICK D. BYRNE**, Deceased )

**ANNE BYRNE**, in her own right as the Mother of **PATRICK D. BYRNE**, Deceased )

**THOMAS BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**WILLIAM J. BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**FRANCIS X. BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**ROBERT G. BYRNE, JR.**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**GARETT C. BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**JUDITH BYRNE**, in her own right as the Sister of **PATRICK D. BYRNE**, Deceased )

**JOANNE FINN**, in her own right as the Sister of **PATRICK D. BYRNE**, Deceased )

**CATHRINE M. TOLINO**, in her own right as the Sister of **PATRICK D. BYRNE**, Deceased )

**VICTORIA CABEZAS**, in her own right as the Wife of **JESUS CABEZAS**, Deceased )

**LOUIE D. CACCHIOLI**, in his own right as an Injured Party )

**JULIO CACERES**, in his own right and on behalf of the Minor Child of **LILLIAN CACERES**, Deceased )

**JAMES CADDIGAN**, in his own right as an Injured Party )

**GRACE KNESKI**, in her own right and as the Representative of the **ESTATE OF STEVEN CAFIERO**, Deceased )

**VERONICA CAGGIANO**, in her own right and as the Representative of the **ESTATE OF RICHARD M. CAGGIANO**, Deceased )

**BRETT CAHILL**, in his own right and on behalf of )

26

the Minor Child of **JOHN B. CAHILL**, Deceased )

**SHARON CAHILL**, in her own right as the Wife )
of **JOHN B. CAHILL**, Deceased )
)
**KEVIN CAHILL**, in his own right as an Injured )
Party )
)
**KEVIN J. CAHILL**, in his own right as an Injured )
Party )
)
**ROSEMARY CAIN**, in her own right and as the )
Representative of the **ESTATE OF GEORGE C.** )
**CAIN**, Deceased )
)
**MICHAEL CAIN**, in his own right as an Injured )
Party )
)
**WILLIAM CALAHAN**, in his own right as an )
Injured Party )
)
**CHRISTOPHER CALAMIA**, in his own right as )
an Injured Party )
)
**RONALD CALCAGNO**, in his own right as an )
Injured Party )
)
**JANET CALIA**, in her own right and as the )
Representative of the **ESTATE OF DOMINICK** )
**E. CALIA**, Deceased )
)
**JOAN E. CALLAHAN**, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the **ESTATE OF LIAM CALLAHAN**, Deceased )
)
**JOSE CALLEJAS**, in his own right as an Injured )
Party )
)
**FERNANDO CAMACHO**, in his own right as an )
Injured Party )
)
**JOSEPH CAMMARATA**, in his own right and as )
the Co-Representative of the **ESTATE OF** )
**MICHAEL F. CAMMARATA**, Deceased )
)
**LINDA CAMMARATA**, in her own right and as )
the Co-Representative of the **ESTATE OF** )
**MICHAEL F. CAMMARATA**, Deceased )
)
**JOSEPH CAMMARATA, JR.**, in his own right as )
the Brother of **MICHAEL F. CAMMARATA**, )
Deceased )
)

KIMBERLY CAMMARATA, in her own right as )
the Sister of **MICHAEL F. CAMMARATA**, )
Deceased )
)
**CYNTHIA J. CAMPBELL**, in her own right, on )
behalf of the Minor Child, and as the Representative )
of the **ESTATE OF DAVID OTEY CAMPBELL**, )
Deceased )
)
**STEVEN T. CAMPBELL**, in his own right and as )
the Representative of the **ESTATE OF JILL** )
**MARIE CAMPBELL**, Deceased )
)
**JEANNE M. MAURER**, in her own right as the )
Mother of **JILL MARIE CAMPBELL**, Deceased )
)
**LINDA MAURER**, in her own right as the Sister of )
**JILL MARIE CAMPBELL**, Deceased )
)
**JOSEPH MAURER**, in his own right as the Father )
of **JILL MARIE CAMPBELL**, Deceased )
)
**MARGARET CANAVAN**, in her own right and as )
the Representative of the **ESTATE OF SEAN** )
**CANAVAN**, Deceased )
)
**THOMAS CANAVAN**, in his own right as the )
Father of **SEAN CANAVAN**, Deceased )
)
**ROSEMARY CELINE TRAYNOR**, in her own )
right as the Sister of **SEAN CANAVAN**, Deceased )
)
**TERESA MCCAFFERY**, in her own right as the )
Sister of **SEAN CANAVAN**, Deceased )
)
**KATHLEEN MCKEON**, in her own right as the )
Sister of **SEAN CANAVAN**, Deceased )
)
**CIARAN CANAVAN**, in his own right as the )
Brother of **SEAN CANAVAN**, Deceased )
)
**KAREN D. CANGIALOSI**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF STEPHEN J.** )
**CANGIALOSI**, Deceased )
)
**THOMAS J. CANGIALOSI**, in his own right as )
the Father of **STEPHEN J. CANGIALOSI**, )
Deceased )
)
**HELEN J. CANGIALOSI**, in her own right as the )
Mother of **STEPHEN J. CANGIALOSI**, Deceased )
)

28

**THOMAS J. CANGIALOSI, JR.**, in his own right
as the Brother of **STEPHEN J. CANGIALOSI**,
Deceased

)
)
)
)

**ELIZABETH CANGIALOSI DICKEY**, in her
own right as the Sister of **STEPHEN J.
CANGIALOSI**, Deceased

)
)
)
)

**KATHLEEN CANGIALOSI RUE**, in her own
right as the Sister of **STEPHEN J. CANGIALOSI**,
Deceased

)
)
)

**TERESA DIFATO**, in her own right as the Mother
of **LISA CANNAVA**, Deceased

)
)

**ANTONIO DIFATO**, in his own right as the Father
of **LISA CANNAVA**, Deceased

)
)

**RICHARD CANNAVA**, in his own right and as the
Representative of the **ESTATE OF LISA
CANNAVA**, Deceased

)
)
)

**CHARLES CANNIZZARO**, in his own right as
the Brother of **BRIAN CANNIZZARO**, Deceased

)
)

**WILLIAM CANTRES**, in his own right as an
Injured Party

)
)

**JOHN W. CANTY**, in his own right as the Brother
of **MICHAEL R. CANTY**, Deceased

)
)

**EDWARD J. CANTY**, in his own right as the
Father of **MICHAEL R. CANTY**, Deceased

)
)

**JAMES E. CANTY**, in his own right as the Brother
of **MICHAEL R. CANTY**, Deceased

)
)

**KATHRYN F. CANTY**, in her own right as the
Mother of **MICHAEL R. CANTY**, Deceased

)
)

**MARY K. CANTY**, in her own right as the Sister
of **MICHAEL R. CANTY**, Deceased

)
)

**PETER M. CANTY**, in his own right as the
Brother of **MICHAEL R. CANTY**, Deceased

)
)

**THOMAS P. CANTY**, in his own right as the
Brother of **MICHAEL R. CANTY**, Deceased

)
)

**TIMOTHY M. CANTY**, in his own right as the
Brother of **MICHAEL R. CANTY**, Deceased

)
)
)

29

**WILLIAM J. CANTY**, in his own right as the Brother of **MICHAEL R. CANTY**, Deceased )
)
)

**ERIN CLIFFORD**, in her own right as the Fiancé of **MICHAEL R. CANTY**, Deceased )
)
)

**CATHERINE DEASY**, in her own right as the Sister of **MICHAEL R. CANTY**, Deceased )
)
)

**NICHOLAS CAPORICCI**, in his own right as the Father of **LOUIS A. CAPORICCI**, Deceased )
)
)

**PATRICIA CAPORICCI**, in her own right as the Mother of **LOUIS A. CAPORICCI**, Deceased )
)
)

**NICHOLAS F. CAPORICCI**, in his own right as the Brother of **LOUIS A. CAPORICCI**, Deceased )
)
)

**JOSEPH CAPORICCI**, in his own right as the Brother of **LOUIS A. CAPORICCI**, Deceased )
)
)

**FRANK CAPORICCI**, in his own right as the Brother of **LOUIS A. CAPORICCI**, Deceased )
)
)

**ROBERT CAPPELLO**, in his own right as the Father of **JONATHAN CAPPELLO**, Deceased )
)
)

**CLAUDIA CAPPELLO**, in her own right as the Mother of **JONATHAN CAPPELLO**, Deceased )
)
)

**JAMES CAPPELLO**, in his own right as the Brother of **JONATHAN CAPPELLO**, Deceased )
)
)

**ROBERT CAPPELLO, JR.**, in her own right as the Brother of **JONATHAN CAPPELLO**, Deceased )
)
)
)

**RICHARD A. CAPRONI**, in his own right and as the Representative of the **ESTATE OF RICHARD M. CAPRONI**, Deceased )
)
)
)

**DOLORES CAPRONI**, in her own right as the Mother of **RICHARD M. CAPRONI**, Deceased )
)
)

**MICHAEL CAPRONI**, in his own right as the Brother of **RICHARD M. CAPRONI**, Deceased )
)
)

**CHRISTOPHER CAPRONI**, in his own right as the Brother of **RICHARD M. CAPRONI**, Deceased )
)
)
)

**LISA CAPRONI**, in her own right as the Sister of )
)

30

**RICHARD M. CAPRONI**, Deceased )
)
**LUIS CARBONELL**, in his own right as an Injured )
Party )
)
**MARTHA F. CARDEN**, in her own right as an )
Injured Party )
)
**RALPH CARDINO**, in his own right as an Injured )
Party )
)
**JEAN CAREY**, in her own right as the Wife of )
**DENNIS M. CAREY**, Deceased )
)
**DENNIS M. CAREY, JR.**, in his own right as the )
Son of **DENNIS M. CAREY**, Deceased )
)
**NICOLE T. CAREY**, in her own right as the )
Daughter of **DENNIS M. CAREY**, Deceased )
)
**ROBERT E. CARLO**, in his own right and as the )
Representative of the **ESTATE OF MICHAEL** )
**SCOTT CARLO**, Deceased )
)
**ROBERT D. CARLO**, in his own right as the )
Father of **MICHAEL SCOTT CARLO**, Deceased )
)
**PHYLLIS CARLO**, in her own right as the Mother )
of **MICHAEL SCOTT CARLO**, Deceased )
)
**CATHERINE MARY ROSS**, in her own right as )
the Mother of **JEREMY MARK CARRINGTON**, )
Deceased )
)
)
**SARAH JANE CARRINGTON**, in her own right )
as the Sister of **JEREMY MARK** )
**CARRINGTON**, Deceased )
)
**CHARLES F. CARROLL, JR.**, in his own right as )
an Injured Party )
)
**STEPHEN CARTLEDGE**, in his own right as the )
Husband of **SANDRA WRIGHT CARTLEDGE**, )
Deceased )
)
**MICHELLE WRIGHT**, in her own right as the )
Daughter of **SANDRA WRIGHT CARTLEDGE**, )
Deceased )
)
**EUGENE J. CARTY**, in his own right as an )
Injured Party )
)

31

**FRANK CASALINO**, in his own right as an Injured Party )

**VINCENT CASCONE**, in his own right as an Injured Party )

**MARGARET ANN CASHMAN**, in her own right and as the Representative of the **ESTATE OF WILLIAM CASHMAN**, Deceased )

**TERESA A. LANZISERO**, in her own right as the Fiancé of **THOMAS A. CASORIA**, Deceased )

**JOSEPH CASTELLANO**, in his own right as the Self of **JOSEPH CASTELLANO**, Deceased )

**MARIA E. CASTILLO**, in her own right as an Injured Party )

**JOHN J. CASTLES**, in his own right as an Injured Party )

**LYNN M. CASTRIANNO**, in her own right as the Sister of **LEONARD M. CASTRIANNO**, Deceased )

**JOHN J. CAWLEY**, in his own right as the Father of **MICHAEL J. CAWLEY**, Deceased )

**MARGARET M. CAWLEY**, in her own right as the Mother of **MICHAEL J. CAWLEY**, Deceased )

**BRENDAN K. CAWLEY**, in his own right as the Brother of **MICHAEL J. CAWLEY**, Deceased )

**KRISTIN A. CAWLEY**, in her own right as the Sister of **MICHAEL J. CAWLEY**, Deceased )

**JUAN CAYETANO**, in his own right as an Injured Party )

**SUZAN CAYNE**, in her own right as the Mother of **JASON DAVID CAYNE**, Deceased )

**JORDAN CAYNE**, in his own right as the Father of **JASON DAVID CAYNE**, Deceased )

**MARIA CEBALLOS**, in her own right as an Injured Party )

**DOMINGO CEPEDA**, in his own right as an Injured Party )

**ROBERT CERESIA**, in his own right as an Injured )
Party                                                                      )
                                                                              )
**NAGESWARARAO CHALASANI**, in his own     )
right and as the Representative of the **ESTATE OF**  )
**SWARNA CHALASANI**, Deceased                     )
                                                                              )
**LAKSHMI CHALASANI**, in her own right as the  )
Mother of **SWARNA CHALASANI**, Deceased         )
                                                                              )
**VENKATESWANANGO CHALASANI**, in his     )
own right as the Brother of **SWARNA**                  )
**CHALASANI**, Deceased                                    )
                                                                              )
**SUJANA CHALASANI**, in her own right as the  )
Sister of **SWARNA CHALASANI**, Deceased        )
                                                                              )
**SANDHYA CHALASANI**, in her own right as the )
Sister of **SWARNA CHALASANI**, Deceased        )
                                                                              )
**MABLE CHALCOFF**, in her own right and as the )
Representative of the **ESTATE OF WILLIAM**       )
**CHALCOFF**, Deceased                                     )
                                                                              )
**BRIAN CHALCOFF**, in his own right as the Son  )
of **WILLIAM CHALCOFF**, Deceased                  )
                                                                              )
**ERIC CHALCOFF**, in his own right as the Son of )
**WILLIAM CHALCOFF**, Deceased                     )
                                                                              )
**JULIA CHAN**, in her own right and as the            )
Representative of the **ESTATE OF CHARLES L.**   )
**CHAN**, Deceased                                             )
                                                                              )
**JOHN O. CHAN**, in his own right as the Father of )
**CHARLES L. CHAN**, Deceased                         )
                                                                              )
**CRAIG A. CHAN**, in his own right as the Brother )
of **CHARLES L. CHAN**, Deceased                     )
                                                                              )
**CHRISTOPHER J. CHAN**, in his own right as the )
Brother of **CHARLES L. CHAN**, Deceased         )
                                                                              )
**MATTHEW P. CHAN**, in his own right as the     )
Brother of **CHARLES L. CHAN**, Deceased         )
                                                                              )
**MARK A. CHAN**, in his own right as the Brother )
of **CHARLES L. CHAN**, Deceased                     )
                                                                              )
**JOSE JAVIER CHAPA**, in his own right and as     )
the Representative of the **ESTATE OF**                 )
**ROSEMARY M. CHAPA**, Deceased                   )
                                                                              )

33

JULIE CHAPA FIELD, in her own right as the )
Daughter of ROSEMARY M. CHAPA, Deceased )
)
JOHN J. CHAPA, in his own right as the Son of )
ROSEMARY M. CHAPA, Deceased )
)
ROGER A. CHAPA, in his own right as the Son of )
ROSEMARY M. CHAPA, Deceased )
)
ELZA CHAPA-MCGOWAN, in her own right as )
the Daughter of ROSEMARY M. CHAPA, )
Deceased )
)
GRACE ELAINE ELLIS, in her own right as the )
Daughter of ROSEMARY M. CHAPA, Deceased )
)
CHERYL A. DESMARAIS, in her own right and )
as the Representative of the ESTATE OF MARK )
L. CHARETTE, Deceased )
)
DENISE BURGER, in her own right as the Sister )
of DAVID MICHAEL CHARLEBOIS, Deceased )
)
ARLENE CHARLES, in her own right as an )
Injured Party )
)
MARY ELLEN CHERRY, in her own right and as )
the Representative of the ESTATE OF STEPHEN )
PATRICK CHERRY, Deceased )
)
DONALD R. CHERRY, in his own right as the )
Father of STEPHEN PATRICK CHERRY, )
Deceased )
)
SHARON RITCHIE MULLIN, in her own right )
as the Mother of STEPHEN PATRICK )
CHERRY, Deceased )
)
SEAN CHERRY, in his own right as the Brother of )
STEPHEN PATRICK CHERRY, Deceased )
)
ZENEIDA CHEVALIER, in her own right and as )
the Representative of the ESTATE OF NESTOR )
JULIO CHEVALIER, JR., Deceased )
)
NESTOR J. CHEVALIER, SR., in his own right )
as the Father of NESTOR JULIO CHEVALIER, )
JR., Deceased )
)
MAURICIO CHEVALIER, in his own right as the )
Brother of NESTOR JULIO CHEVALIER, JR., )
Deceased )
)

34

**VERNON F. CHEVALIER, JR.**, in his own right )
as the Father of **SWEDE JOSEPH CHEVALIER**, )
Deceased )
)
**NICHOLAS M. CHIARCHIARO, SR.**, in his own )
right and as the Representative of the **ESTATE OF** )
**DOROTHY J. CHIARCHIARO**, Deceased )
)
**NICHOLAS J. CHIARCHIARO**, in his own right )
as the Son of **DOROTHY J. CHIARCHIARO**, )
Deceased )
)
**LISA SOKOL**, in her own right as the Daughter of )
**DOROTHY J. CHIARCHIARO**, Deceased )
)
**SALVATORE CHILLEMI**, in his own right as an )
Injured Party )
)
**JOAN A. CHIOFALO**, in her own right, on behalf )
of the Minor Child, and as the Representative of the )
**ESTATE OF NICHOLAS PAUL CHIOFALO**, )
Deceased )
)
**GERARD M. CHIPURA**, in his own right and as )
the Co-Representative of the **ESTATE OF JOHN** )
**G. CHIPURA**, Deceased )
)
**SUSAN G. COHEN**, in her own right and as the )
Co-Representative of the **ESTATE OF JOHN G.** )
**CHIPURA**, Deceased )
)
**NANCY J. CHIPURA**, in her own right as the )
Sister of **JOHN G. CHIPURA**, Deceased )
)
**CLARA CHIRCHIRILLO**, in her own right and )
as the Representative of the **ESTATE OF PETER** )
**CHIRCHIRILLO**, Deceased )
)
**LIVIA CHIRCHIRILLO**, in her own right as the )
Sister of **PETER CHIRCHIRILLO**, Deceased )
)
**CATHERINE DEBLIECK**, in her own right as the )
Sister of **PETER CHIRCHIRILLO**, Deceased )
)
**DAVID S. CHIRLS**, in his own right and as the )
Representative of the **ESTATE OF CATHERINE** )
**ELLEN CHIRLS**, Deceased )
)
**NICHOLAS CHIRLS**, in his own right as the Son )
of **CATHERINE ELLEN CHIRLS**, Deceased )
)
**JIN CHO**, in her own right as the Sister of )
**KYUNG HEE CHO**, Deceased )

**MYUNG CHO**, in her own right as the Sister of
**KYUNG HEE CHO**, Deceased

**YUREE CHO**, in her own right and as the
Representative of the **ESTATE OF KYUNG HEE
CHO**, Deceased

**ARTHUR CHRISTENSEN**, in his own right as an
Injured Party

**GARY CHRISTENSEN**, in his own right as an
Injured Party

**CHARLES CHRISTOPHE**, in his own right, on
behalf of the Minor Child, and as the Representative
of the **ESTATE OF KIRSTEN L.
CHRISTOPHE**, Deceased

**RICHARD CHUNG**, in his own right and as the
Representative of the **ESTATE OF WAI C.
CHUNG**, Deceased

**YING KWAN CHUNG**, in his own right as the
Father of **WAI C. CHUNG**, Deceased

**PUI LIN CHUNG**, in her own right as the Mother
of **WAI C. CHUNG**, Deceased

**STEVE CHUNG**, in his own right as the Brother of
**WAI C. CHUNG**, Deceased

**WINNIE YANG**, in her own right as the Sister of
**WAI C. CHUNG**, Deceased

**JULIE TAM**, in her own right as the Sister of **WAI
C. CHUNG**, Deceased

**NICHOLAS CICERO, JR.**, in his own right as an
Injured Party

**LYNNE CILLO-CAPALDO**, in her own right and
as the Representative of the **ESTATE OF ELAINE
CILLO**, Deceased

**NUNZI C. CILLO**, in his own right as the Father of
**ELAINE CILLO**, Deceased

**GARY CILLO**, in his own right as the Brother of
**ELAINE CILLO**, Deceased

**THOMAS CINOTTI**, in his own right as an
Injured Party

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ALICIA LEGUILLOW**, in her own right and as the Representative of the **ESTATE OF NESTOR A. CINTRON**, Deceased )

**CHRISTOPHER J. CINTRON**, in his own right as the Brother of **NESTOR A. CINTRON**, Deceased )

**FRED GONZALEZ, JR.**, in his own right as the Brother of **NESTOR A. CINTRON**, Deceased )

**JUDY C. CIRRI**, in her own right as the Ex-Wife of **ROBERT D. CIRRI, SR.**, Deceased )

**ROBERT CIRRI, JR.**, in his own right as the Son of **ROBERT D. CIRRI, SR.**, Deceased )

**BRIAN CLARKE**, in his own right as an Injured Party )

**JAMES CLARKE**, in his own right as the Brother of **MICHAEL CLARKE**, Deceased )

**JOHN CLARKE**, in his own right as the Father of **MICHAEL CLARKE**, Deceased )

**JOHN CLAVIN**, in his own right as an Injured Party )

**SHARRON L. CLEMONS**, in her own right as an Injured Party )

**WILLIAM COALE**, in his own right and as the Representative of the **ESTATE OF JEFFREY ALAN COALE**, Deceased )

**ROBERT COBB**, in his own right as an Injured Party )

**FRANCES M. COFFEY**, in her own right and as the Representative of the **ESTATE OF DANIEL M. COFFEY**, Deceased )

**DANIEL D. COFFEY**, in his own right as the Son of **DANIEL M. COFFEY**, Deceased )

**KEVIN M. COFFEY**, in his own right as the Son of **DANIEL M. COFFEY**, Deceased )

**FRANCES M. COFFEY**, in her own right and as the Representative of the **ESTATE OF JASON M. COFFEY**, Deceased )

37

**KEVIN M. COFFEY**, in his own right as the Brother of **JASON M. COFFEY**, Deceased )

**DANIEL D. COFFEY**, in his own right as the Brother of **JASON M. COFFEY**, Deceased )

**BARRY COHEN**, in his own right and as the Representative of the **ESTATE OF KEVIN SANFORD COHEN**, Deceased )

**MARCIA COHEN**, in her own right as the Mother of **KEVIN SANFORD COHEN**, Deceased )

**ANTHONY COIRO**, in his own right as an Injured Party )

**JUNE COLAIO**, in her own right and as the Representative of the **ESTATE OF MARK J. COLAIO**, Deceased )

**VICTOR J. COLAIO**, in his own right as the Father of **MARK J. COLAIO**, Deceased )

**MARY C. COLAIO**, in her own right as the Mother of **MARK J. COLAIO**, Deceased )

**JEAN COLAIO STEINBACH**, in her own right as the Sister of **MARK J. COLAIO**, Deceased )

**VICTOR J. COLAIO**, in his own right and as the Representative of the **ESTATE OF STEPHEN J. COLAIO**, Deceased )

**MARY C. COLAIO**, in her own right as the Mother of **STEPHEN J. COLAIO**, Deceased )

**JEAN COLAIO STEINBACH**, in her own right as the Sister of **STEPHEN J. COLAIO**, Deceased )

**KELLY COLASANTI**, in her own right and as Representative of the **ESTATE OF CHRISTOPHER COLASANTI**, Deceased )

**RAYMOND COLBERT**, in his own right and as the Co-Representative of the **ESTATE OF MICHEL P. COLBERT**, Deceased )

**MARIE COLBERT**, in her own right as the Mother of **MICHEL P. COLBERT**, Deceased )

**WILLIAM J. NIELSEN**, in his own right and as the Co-Representative of the **ESTATE OF** )

38

**MICHEL P. COLBERT**, Deceased )
)
**NEIL COLEMAN**, in his own right and as the Co- )
Representative of the **ESTATE OF SCOTT** )
**THOMAS COLEMAN**, Deceased )
)
**JEAN COLEMAN**, in her own right and as the Co- )
Representative of the **ESTATE OF SCOTT** )
**THOMAS COLEMAN**, Deceased )
)
**EDWARD A. COLL, III**, in his own right as the )
Brother of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**EDWARD COLL, JR.**, in his own right as the )
Father of **ROBERT JOSEPH COLL, II**, Deceased )
)
**EILEEN COLL**, in her own right as the Sister of )
**ROBERT JOSEPH COLL, II**, Deceased )
)
**JENNIFER B. COLL**, in her own right and as the )
Representative of the **ESTATE OF ROBERT** )
**JOSEPH COLL, II**, Deceased )
)
**MARGARET COLL**, in her own right as the Sister )
of **ROBERT JOSEPH COLL, II**, Deceased )
)
**MARY E. COLL**, in her own right as the Mother of )
**ROBERT JOSEPH COLL, II**, Deceased )
)
**MARY JEAN TURANICA**, in her own right as the )
Sister of **ROBERT JOSEPH COLL, II**, Deceased )
)
**SUZANNE VALENTINO**, in her own right as the )
Sister of **ROBERT JOSEPH COLL, II**, Deceased )
)
**ELIZABETH C. WEPPNER**, in her own right as )
the Sister of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**MARTIN COLLINS**, in his own right and as the )
Representative of the **ESTATE OF JOHN** )
**MICHAEL COLLINS**, Deceased )
)
**MARTIN COLLINS**, in his own right as the )
Brother of **JOHN MICHAEL COLLINS**, )
Deceased )
)
**PATRICIA AMO**, in her own right as the Sister of )
**JOHN MICHAEL COLLINS**, Deceased )
)
**EILEEN BYRNE**, in her own right as the Sister of )
**JOHN MICHAEL COLLINS**, Deceased )

ANNE M. COLLINS LEMANSKI, in her own right as the Sister of **JOHN MICHAEL COLLINS**, Deceased )

ANNA E. COLLINS, in her own right as the Mother of **JOHN MICHAEL COLLINS**, Deceased )

JAMES R. COLLINS, in his own right as the Father of **MICHAEL L. COLLINS**, Deceased )

MARY A. COLLINS, in her own right as the Mother of **MICHAEL L. COLLINS**, Deceased )

RICHARD S. COLLINS, in his own right as the Brother of **MICHAEL L. COLLINS**, Deceased )

BRUCE COLLISTER in his own right as an Injured Party )

CARMEN COLON, in her own right as an Injured Party )

JOHN A. COLON, in his own right as an Injured Party )

LAUREN COMER, in her own right as the Daughter of **RONALD E. COMER**, Deceased )

CORNELIUS P. CLANCY, III, in his own right as the Brother of **SUSAN CLANCY CONLON**, Deceased )

KEVIN S. CLANCY, in his own right as the Brother of **SUSAN CLANCY CONLON**, Deceased )

VERA CLANCY, in her own right as the Mother of **SUSAN CLANCY CONLON**, Deceased )

GARY K. CONNELLY, in his own right as an Injured Party )

MICHAEL CONNER, in his own right and as the Representative of the **ESTATE OF MARGARET M. CONNER**, Deceased )

KEVIN CONNOLLY, in his own right as the Brother of **JOHN CONNOLLY, JR.**, Deceased )

THOMAS J. CONNOLLY, in his own right as an Injured Party )

40

WILLIAM V. CONNOLLY, in his own right as an )
Injured Party                                )
                                             )
JAYMEL E. CONNOR, in her own right and as    )
the Representative of the ESTATE OF JAMES     )
LEE CONNOR, Deceased                         )
                                             )
SYLVIA L. CONNORS, in her own right and as   )
the Representative of the ESTATE OF KEVIN P.  )
CONNORS, Deceased                            )
                                             )
JOSE M. CONTES, in his own right as an Injured )
Party                                        )
                                             )
THEODORE COOK, in his own right as an        )
Injured Party                                )
                                             )
PUI YEE COPPOLA, in her own right, on behalf )
of the Minor Child, and as the Representative of the )
ESTATE OF GERARD J. COPPOLA, Deceased        )
                                             )
GEORGE J. COPPOLA, SR., in his own right as  )
the Father of GERARD J. COPPOLA, Deceased    )
                                             )
CYNTHIA COPPOLA KAISER, in her own right )
as the Sister of GERARD J. COPPOLA, Deceased )
                                             )
ANGELA COPPOLA, in her own right as the      )
Daughter of GERARD J. COPPOLA, Deceased      )
                                             )
GEORGE J. COPPOLA, JR., in his own right as  )
the Brother of GERARD J. COPPOLA, Deceased   )
                                             )
BRIAN CORCORAN, in his own right as an       )
Injured Party                                )
                                             )
CAROLINE CORDICE, in her own right and as    )
the Representative of the ESTATE OF ROBERT    )
J. CORDICE, Deceased                         )
                                             )
PATRICK CORR, in his own right as an Injured )
Party                                        )
                                             )
STEPHEN CORR, in his own right as an Injured )
Party                                        )
                                             )
J. BRENDAN CORRIGAN, in his own right as the )
Son of JAMES J. CORRIGAN, Deceased           )
                                             )
MARIE CORRIGAN, in her own right and as the  )
Representative of the ESTATE OF JAMES J.       )
CORRIGAN, Deceased                           )
                                             )

41

**SEAN M. CORRIGAN**, in his own right as the Son )
of **JAMES J. CORRIGAN**, Deceased )
)
**MATHEW CORRIGAN**, in his own right as an )
Injured Party )
)
**RALPH CORSINI**, in his own right as an Injured )
Party )
)
**CHARLES P. COSTA**, in his own right and as the )
Representative of the **ESTATE OF DELORES M.** )
**COSTA**, Deceased )
)
**LAWRENCE COSTELLO**, in his own right as an )
Injured Party )
)
**NANCY E. COSTELLO**, in her own right and as )
the Representative of the **ESTATE OF MICHAEL** )
**S. COSTELLO**, Deceased )
)
**JAMES P. COSTELLO**, in his own right as the )
Father of **MICHAEL S. COSTELLO**, Deceased )
)
**TIMOTHY J. COSTELLO**, in his own right as the )
Brother of **MICHAEL S. COSTELLO**, Deceased )
)
**CATHERINE COUGHLAN**, in her own right and )
as the Representative of the **ESTATE OF** )
**MARTIN COUGHLAN**, Deceased )
)
**DENISE COUGHLAN**, in her own right as the )
Daughter of **MARTIN COUGHLAN**, Deceased )
)
**SINEAD COUGHLAN**, in her own right as the )
Daughter of **MARTIN COUGHLAN**, Deceased )
)
**AILISH COUGHLAN**, in her own right as the )
Daughter of **MARTIN COUGHLAN**, Deceased )
)
**ORLA BOWIE**, in her own right as the Daughter of )
**MARTIN COUGHLAN**, Deceased )
)
**MAURA A. COUGHLIN**, in her own right and on )
behalf of the Minor Children of **TIMOTHY J.** )
**COUGHLIN**, Deceased )
)
**JOEL COUNCIL**, in his own right as an Injured )
Party )
)
**SCOTT COWAN**, in his own right as an Injured )
Party )
)
**ANDRE COX**, in his own right as an Injured Party )

42

**DUDLEY COX**, in his own right as an Injured Party

**FRED O. COX**, in his own right and as the Representative of the **ESTATE OF FREDERICK JOHN COX**, Deceased

**ANN DOUGLAS**, in her own right as the Mother of **FREDERICK JOHN COX**, Deceased

**STEPHEN A. COX**, in his own right as an Injured Party

**BRIAN COYLE**, in his own right as an Injured Party

**JOHN J. COYLE**, in his own right as an Injured Party

**WALTER S. CRAMER**, in his own right and as the Representative of the **ESTATE OF CHRISTOPHER SETON CRAMER**, Deceased

**LYNNE ELIZABETH CRAMER**, in her own right as the Mother of **CHRISTOPHER SETON CRAMER**, Deceased

**WALTER H. CRAMER**, in his own right as the Brother of **CHRISTOPHER SETON CRAMER**, Deceased

**MARC S. CRAMER**, in his own right as the Brother of **CHRISTOPHER SETON CRAMER**, Deceased

**KEITH D. CRAMER**, in his own right as the Brother of **CHRISTOPHER SETON CRAMER**, Deceased

**SUSAN LYNNE KINNEY**, in her own right as the Sister of **CHRISTOPHER SETON CRAMER**, Deceased

**WALTER H. CRAMER**, in his own right as an Injured Party

**JOHN CRETELLA**, in his own right as an Injured Party

**CRAIG CRICHLOW**, in his own right as an Injured Party

MARIA CRIFASI, in her own right and as the )
Representative of the **ESTATE OF LUCIA** )
**CRIFASI**, Deceased )
)
FRANCESCO CRIFASI, in his own right as the )
Brother of **LUCIA CRIFASI**, Deceased )
)
ROBERT H. CRISTADORO, in his own right as )
an Injured Party )
)
BRENT G. CROBAK, in his own right as an )
Injured Party )
)
KEVIN F. KITTLE, in his own right and as the )
Representative of the **ESTATE OF HELEN P.** )
**CROSSIN-KITTLE**, Deceased )
)
JOANNE C. CROTTY, in her own right and as the )
Representative of the **ESTATE OF THOMAS G.** )
**CROTTY**, Deceased )
)
THOMAS M. CROTTY, in his own right as the )
Father of **THOMAS G. CROTTY**, Deceased )
)
PATRICIA CROTTY, in her own right as the )
Mother of **THOMAS G. CROTTY**, Deceased )
)
KENNETH CROTTY, in his own right as the )
Brother of **THOMAS G. CROTTY**, Deceased )
)
JOHN CROTTY, in his own right as the Brother of )
**THOMAS G. CROTTY**, Deceased )
)
JAMES G. CROTTY, in his own right as the )
Brother of **THOMAS G. CROTTY**, Deceased )
)
BRIAN CROWE, in his own right as the Son of )
**JOHN R. CROWE**, Deceased )
)
JEFFREY CROWE, in his own right as the Son of )
**JOHN R. CROWE**, Deceased )
)
MARYANN CROWE, in her own right as the )
Sister of **JOHN R. CROWE**, Deceased )
)
PAMELA M. CROWE, in her own right and as the )
Representative of the **ESTATE OF JOHN R.** )
**CROWE**, Deceased )
)
MARGARET R. ZOCH, in her own right as the )
Sister of **JOHN R. CROWE**, Deceased )
)
JEFFERSON H. CROWTHER, in his own right )

44

and as the Representative of the **ESTATE OF WELLES REMY CROWTHER**, Deceased   )

**ALISON REMY CROWTHER**, in her own right as the Mother of **WELLES REMY CROWTHER**, Deceased   )

**HONOR ELIZABETH CROWTHER**, in her own right as the Sister of **WELLES REMY CROWTHER**, Deceased   )

**PAIGE H. CROWTHER**, in her own right as the Sister of **WELLES REMY CROWTHER**, Deceased   )

**ENRIQUE CRUZ**, in his own right as an Injured Party   )

**LUIS CRUZ**, in his own right as an Injured Party   )

**JAMES J. CSORNY**, in his own right as an Injured Party   )

**FERNANDO CUBA**, in his own right as an Injured Party   )

**LAWRENCE CUBAS**, in his own right as the Brother of **KENNETH J. CUBAS**, Deceased   )

**DOROTHY CUBAS**, in her own right as the Mother of **KENNETH J. CUBAS**, Deceased   )

**ALFONSO CUBAS, JR.**, in his own right as the Brother of **KENNETH J. CUBAS**, Deceased   )

**CARMEN CUBERO**, in her own right as an Injured Party   )

**ALBERT CUCCINELLO**, in his own right and as the Co-Representative of the **ESTATE OF THELMA CUCCINELLO**, Deceased   )

**MARIA CUCCINELLO**, in her own right as the Daughter of **THELMA CUCCINELLO**, Deceased   )

**LAURIE FOLCIK**, in her own right as the Daughter of **THELMA CUCCINELLO**, Deceased   )

**CHERYL O'BRIEN**, in her own right and as the Co-Representative of the **ESTATE OF THELMA CUCCINELLO**, Deceased   )

**GEORGIA CUDINA**, in her own right and as the   )

Representative of the **ESTATE OF RICHARD JOSEPH CUDINA**, Deceased    )
)
)

**MARCUS N. CUDINA**, in his own right as the Brother of **RICHARD JOSEPH CUDINA**, Deceased    )
)
)
)

**CHRISTOPHER C. CUDINA**, in his own right as the Brother of **RICHARD JOSEPH CUDINA**, Deceased    )
)
)
)

**WILLIAM CUDINA**, in his own right as the Brother of **RICHARD JOSEPH CUDINA**, Deceased    )
)
)
)

**MAUREEN CUMMINS**, in her own right and as the Representative of the **ESTATE OF BRIAN T. CUMMINS**, Deceased    )
)
)
)

**DEBORAH L. BARRETT**, in her own right as the Fiancé of **BRIAN T. CUMMINS**, Deceased    )
)
)

**THOMAS CUNNEEN**, in his own right as an Injured Party    )
)
)

**LAURENCE CUNNINGHAM**, in his own right as the Father of **MICHAEL J. CUNNINGHAM**, Deceased    )
)
)
)

**MURIEL CUNNINGHAM**, in her own right as an Injured Party    )
)
)

**ANTHONY JOSEPH CURATOLO**, in his own right as the Father of **ROBERT CURATOLO**, Deceased    )
)
)
)

**MARY ANN CURATOLO**, in her own right as the Mother of **ROBERT CURATOLO**, Deceased    )
)
)

**CHRISTINE CURATOLO**, in her own right as the Wife of **ROBERT CURATOLO**, Deceased    )
)
)

**WILLIAM CURATOLO**, in his own right as the Brother of **ROBERT CURATOLO**, Deceased    )
)
)

**JOHN CURATOLO**, in his own right as the Brother of **ROBERT CURATOLO**, Deceased    )
)
)

**ANTHONY CURATOLO**, in his own right as the Brother of **ROBERT CURATOLO**, Deceased    )
)
)

**CHRISTINE FRISCIA**, in her own right as the Sister of **ROBERT CURATOLO**, Deceased    )
)

46

**DENA NELSON**, in her own right as the Sister of )
**ROBERT CURATOLO**, Deceased )

)

**KATHLEEN CURATOLO**, in her own right as the )
Sister of **ROBERT CURATOLO**, Deceased )

)

**CAROLYN PICCIRILLO**, in her own right as the )
Sister of **ROBERT CURATOLO**, Deceased )

)

**ALICE SCIUSCO**, in her own right as the Sister of )
**LAURENCE CURIA**, Deceased )

)

**JOSEPH CURIA**, in his own right as the Father of )
**LAURENCE CURIA**, Deceased )

)

**ALICE CURIA**, in her own right as the Mother of )
**LAURENCE CURIA**, Deceased )

)

**DANIEL CURIA**, in his own right as the Brother of )
**LAURENCE CURIA**, Deceased )

)

**LAWRENCE CURIOLI**, in his own right as the )
Brother of **PAUL DARIO CURIOLI**, Deceased )

)

**LOUIS CURIOLI**, in his own right as the Brother )
of **PAUL DARIO CURIOLI**, Deceased )

)

**FREDERICK E. CURRY, III**, in his own right )
and as the Representative of the **ESTATE OF** )
**BEVERLY L. CURRY**, Deceased )

)

**DEBORAH M. CREW-JOHNSON**, in her own )
right as the Sister of **BEVERLY L. CURRY**, )
Deceased )

)

**DOROTHY LAVERNE GREEN**, in her own right )
as the Mother of **BEVERLY L. CURRY**, Deceased )

)

**SHEILA A. LOLLIS**, in her own right as the Sister )
of **BEVERLY L. CURRY**, Deceased )

)

**EDWARD CUSACK**, in his own right as an )
Injured Party )

)

**SUSANN BRADY**, in her own right and as the )
Representative of the **ESTATE OF GAVIN** )
**CUSHNY**, Deceased )

)

**RUPERT EALES-WHITE**, in his own right as the )
Brother of **GAVIN CUSHNY**, Deceased )

)

**PHILIP D'AGOSTINO**, in his own right as an )

47

Injured Party )
)
**RAQUEL D'AMADEO**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF VINCENT** )
**GERARD D'AMADEO**, Deceased )
)
**JENNIFER DAMASKINOS**, in her own right, on )
behalf of the Minor Children, and as Representative )
of the **ESTATE OF THOMAS DAMASKINOS**, )
Deceased )
)
**CHRISTOPHER D'AMBROSIO**, in his own right )
as an Injured Party )
)
**LOUISA D'ANTONIO**, in her own right and as the )
Representative of the **ESTATE OF MARY** )
**D'ANTONIO**, Deceased )
)
**NANCY DARIA MARRA**, in her own right and as )
the Representative of the **ESTATE OF MICHAEL** )
**D'AURIA**, Deceased )
)
**CARMEN D'AURIA**, in his own right as the )
Father of **MICHAEL D'AURIA**, Deceased )
)
**CHRISTINE RINALDI**, in her own right as the )
Sister of **MICHAEL D'AURIA**, Deceased )
)
**JAMES E. D'AVOLIO**, in his own right as an )
Injured Party )
)
**GEORGE DEBIN**, in his own right, on behalf of )
the Minor Child, and as Representative of the )
**ESTATE OF ANNA M. DEBIN**, Deceased )
)
**VIRGINIA M. DECOLA**, in her own right and as )
Representative of the **ESTATE OF PAUL** )
**DECOLA**, Deceased )
)
**GRACE D'ESPOSITO**, in her own right, on behalf )
of the Minor Child, and as the Representative of the )
**ESTATE OF MICHAEL JUDE D'ESPOSITO**, )
Deceased )
)
**RALPH D'ESPOSITO**, in his own right as the )
Father of **MICHAEL JUDE D'ESPOSITO**, )
Deceased )
)
**HIPOLITO D'OLEO**, in his own right as an )
Injured Party )
)
**VINCENT D'ORIO**, in his own right as an Injured )

48

Party )
)
**SELENA DACK FORSYTH**, in her own right as )
the Mother of **CALEB ARRON DACK**, Deceased )
)
**SHERYL CLARK STOLL** as the Representative of )
the **ESTATE OF JASON M. DAHL**, Deceased )
)
**JOANNE DALTON**, in her own right as an Injured )
Party )
)
**BRIAN DAMIANI**, in his own right as the Brother )
of **JEANNINE DAMIANI-JONES**, Deceased )
)
**CATHERINE DAMIANI**, in her own right as the )
Mother of **JEANNINE DAMIANI-JONES**, )
Deceased )
)
**ROBERT DAMIANI**, in his own right as the )
Father of **JEANNINE DAMIANI-JONES**, )
Deceased )
)
**SHAWN M. JONES**, in his own right and as the )
Representative of the **ESTATE OF JEANNINE** )
**DAMIANI-JONES**, Deceased )
)
**MARK DAMITZ**, in his own right as an Injured )
Party )
)
**BARBARA E. DAMOTA**, in her own right as the )
Wife of **MANUEL DAMOTA**, Deceased )
)
**FRANCIS L. DANAHY, JR.**, in his own right as )
the Father of **PATRICK WILLIAM DANAHY**, )
Deceased )
)
**MARY-ANNE DWYER DANAHY**, in her own )
right as the Mother of **PATRICK WILLIAM** )
**DANAHY**, Deceased )
)
**MICHAEL FRANCIS DANAHY**, in his own right )
as the Brother of **PATRICK WILLIAM** )
**DANAHY**, Deceased )
)
**MARYANNE DANAHY**, in her own right as the )
Sister of **PATRICK WILLIAM DANAHY**, )
Deceased )
)
**JOHN M. DANAHY**, in his own right as the )
Brother of **PATRICK WILLIAM DANAHY**, )
Deceased )
)
**KATHLEEN A. DANAHY SAMUELSON**, in her )

49

own right as the Sister of **PATRICK WILLIAM DANAHY**, Deceased )

**DENISE DANAHY DUFFY**, in her own right as the Sister of **PATRICK WILLIAM DANAHY**, Deceased )

**ROGER DANVERS**, in his own right as an Injured Party )

**RICHARD DAVAN**, in his own right as an Injured Party )

**FELIPE DAVID**, in his own right as an Injured Party )

**AMY WATERS DAVIDSON**, on behalf of the Minor Children, and as the Representative of the **ESTATE OF SCOTT DAVIDSON**, Deceased )

**STEPHEN DAVIDSON**, in his own right as the Father of **SCOTT DAVIDSON**, Deceased )

**CARLA DIMAGGIO**, in her own right as the Mother of **SCOTT DAVIDSON**, Deceased )

**MICHAEL DAVIDSON**, in his own right as the Brother of **SCOTT DAVIDSON**, Deceased )

**SIMONE MITCHELL**, in her own right as the Domestic Partner of **CLINTON DAVIS, SR.**, Deceased )

**DAPHNE R. DAVIS**, in her own right and as the Representative of the **ESTATE OF CLINTON DAVIS, SR.**, Deceased )

**HELEN KATRINA DAWSON**, in her own right as the Mother of **ANTHONY RICHARD DAWSON**, Deceased )

**BRIGITTE DAY**, in her own right and as the Representative of the **ESTATE OF EDWARD DAY**, Deceased )

**JUDITH DAY**, in her own right as an Injured Party )

**ANDRES DE LA ROSA**, in his own right as an Injured Party )

**DIANA DE LA TORRE**, in her own right as the Sister of **AZUCENA DE LA TORRE**, Deceased )

**GLADYS DE LA TORRE**, in her own right as the  )
Sister of **AZUCENA DE LA TORRE**, Deceased  )
                )

**MARIA DE OLIO-BEATO**, in her own right as an )
Injured Party  )
                )

**BEVERLY D. DE WITT**, in her own right as an  )
Injured Party  )
                )

**PAUL DEANGELIS**, in his own right and as the  )
Representative of the **ESTATE OF ROBERT J.**  )
**DEANGELIS, JR.**, Deceased  )
                )

**PATRICIA DEANGELIS**, in her own right, on  )
behalf of the Minor Child, and as the Representative )
of the **ESTATE OF THOMAS P. DEANGELIS**,  )
Deceased  )
                )

**THOMAS J. DEANGELIS**, in his own right as the )
Son of **THOMAS P. DEANGELIS**, Deceased  )
                )

**CHRISTINE CAPUTO**, in her own right as the  )
Daughter of **THOMAS P. DEANGELIS**, Deceased )

**JOAQUIM T. DEARAUJO**, in his own right and  )
as the Representative of the **ESTATE OF**  )
**DOROTHY A. DEARAUJO**, Deceased  )
                )

**JOHN DEBENEDITTIS**, in his own right as an  )
Injured Party  )
                )

**JACQUES DEBEUNEURE**, in his own right and  )
as the Representative of the **ESTATE OF JAMES** )
**D. DEBEUNEURE**, Deceased  )
                )

**CARLOTA RODRIGUEZ DECASTILLO**, in her )
own right as an Injured Party  )
                )

**HENRY DECKER**, in his own right as an Injured )
Party  )
                )

**ELIZABETA DEDVUKAJ**, in her own right as the )
Wife of **SIMON MARASH DEDVUKAJ**,  )
Deceased  )
                )

**NIK DEDVUKAJ**, in his own right and as the  )
Representative of the **ESTATE OF SIMON**  )
**MARASH DEDVUKAJ**, Deceased  )
                )

**KEVIN DEEHAN**, in his own right as an Injured  )
Party  )
                )

**MICHELE DEFAZIO**, in her own right and as the )

Representative of the **ESTATE OF JASON DEFAZIO**, Deceased )

**JAMES DEFAZIO**, in his own right as the Father of **JASON DEFAZIO**, Deceased )

**ROSEANN DEFAZIO**, in her own right as the Mother of **JASON DEFAZIO**, Deceased )

**MICHAEL DEFAZIO**, in his own right as the Brother of **JASON DEFAZIO**, Deceased )

**EDWARD J. DEGAETANO**, in his own right as an Injured Party )

**WARREN DEGEN**, in his own right as an Injured Party )

**LUIS PEREZ**, in his own right and as the Representative of the **ESTATE OF JENNIFER DEJESUS**, Deceased )

**GRICEL MOYER**, in her own right as the Mother of **MANUEL DEL VALLE, JR.**, Deceased )

**PAUL DELEO**, in his own right as an Injured Party )

**SALLY DELEO**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF VITO JOSEPH DELEO**, Deceased )

**LILLIAN DELEO**, in her own right as the Mother of **VITO JOSEPH DELEO**, Deceased )

**MICHAEL DELEO**, in his own right as the Brother of **VITO JOSEPH DELEO**, Deceased )

**RICHARD DELL ITALIA**, in his own right as an Injured Party )

**AUGUST C. DELORENZO**, in his own right as an Injured Party )

**TODD C. DEMAYO**, in his own right as an Injured Party )

**MICHAEL DEMPSEY**, in his own right as an Injured Party )

**STEPHEN DEMPSEY**, in his own right as an Injured Party )

**GARY A. DEMRY**, in his own right as an Injured )

Party )
)
**JOHN M. DENEAU**, in his own right as an Injured )
Party )
)
**PATRICIA BINGLEY**, in her own right as the )
Mother of **KEVIN DENNIS**, Deceased )
)
**PETER DEPALMA**, in his own right as an Injured )
Party )
)
**JOHN M. DEPRIZIO**, in his own right as an )
Injured Party )
)
**ANTHONY DESIMONE**, in his own right as an )
Injured Party )
)
**JOANNE DESIMONE**, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the **ESTATE OF EDWARD DESIMONE, III**, )
Deceased )
)
**EDWARD DESIMONE, JR.**, in his own right as )
the Father of **EDWARD DESIMONE, III**, )
Deceased )
)
**ANGELINA TRIMBOLI**, in her own right as the )
Mother of **EDWARD DESIMONE, III**, Deceased )
)
**MICHELE YOUNG**, in her own right as the Sister )
of **EDWARD DESIMONE, III**, Deceased )
)
**GEORGE J. DESIMONE**, in his own right as an )
Injured Party )
)
**ANEX DESINOR**, in his own right as an Injured )
Party )
)
**JAMES F. DESTASIO**, in his own right as an )
Injured Party )
)
**JOHN DESTEFANO**, in his own right as an )
Injured Party )
)
**KIERNAN B. DETO**, in his own right as an )
Injured Party )
)
**MARGARET H. OWEN**, in her own right and as )
the Representative of the **ESTATE OF MELANIE** )
**LOUISE DEVERE**, Deceased )
)
**DAVID DEVERE**, in his own right as the Father of )
**MELANIE LOUISE DEVERE**, Deceased )

**GREGORY J. DEVERNA**, in his own right as an Injured Party )

**JAMES E. DEVERY**, in his own right as an Injured Party )

**DAVID DEVITO**, in his own right as an Injured Party )

**CARMELO DI FRANCO**, in his own right and as the Co-Representative of the **ESTATE OF CARL A. DI FRANCO**, Deceased )

**CAROLE DIFRANCO**, in her own right and as the Co-Representative of the **ESTATE OF CARL A. DI FRANCO**, Deceased )

**NANCY DI FRANCO LEVY**, in her own right as the Sister of **CARL A. DI FRANCO**, Deceased )

**MARIE CIRMIA**, in her own right as the Sister of **DEBRA ANN DI MARTINO**, Deceased )

**NELSON DIAZ**, in his own right as an Injured Party )

**PETRONILO RUIZ DIAZ CANTERO**, in his own right as the Father of **OBDULIO RUIZ DIAZ**, Deceased )

**CECILIA UCEDO DE RUIZ DIAZ**, in her own right as the Mother of **OBDULIO RUIZ DIAZ**, Deceased )

**ARCELIA DIAZ**, in her own right as the Mother of **JUDITH BERQUIS DIAZ-SIERRA**, Deceased )

**SALVATORE DIBLASI**, in his own right as an Injured Party )

**LINDA M. DICKINSON**, in her own right as the Wife of **LAWRENCE PATRICK DICKINSON**, Deceased )

**HELENE DICKINSON**, in her own right as the Mother of **LAWRENCE PATRICK DICKINSON**, Deceased )

**JOSEPH L. DICKINSON**, in his own right as the Brother of **LAWRENCE PATRICK DICKINSON**, Deceased )

**DEIRDRE DICKINSON SULLIVAN**, in her own )
right as the Sister of **LAWRENCE PATRICK** )
**DICKINSON**, Deceased )
)
**GEORGE DICOSTANZO**, in his own right as an )
Injured Party )
)
**JERROLD DIETZ**, in his own right as an Injured )
Party )
)
**ANTONIO DIFATO**, in his own right as the Father )
of **JOHN DIFATO**, Deceased )
)
**TERESA DIFATO**, in her own right as the Mother )
of **JOHN DIFATO**, Deceased )
)
**SUSAN DIFATO**, in her own right and as the )
Representative of the **ESTATE OF JOHN** )
**DIFATO**, Deceased )
)
**JESSICA DIGGS**, in her own right as an Injured )
Party )
)
**JOHN M. DILILLO**, in his own right as an Injured )
Party )
)
**EDRICK DILLARD**, in his own right as the Son of )
**EDDIE A. DILLARD**, Deceased )
)
**STEVEN DIMAGGIO**, in his own right as an )
Injured Party )
)
**ANGELA M. GUTERMUTH**, in her own right as )
the Fiancé of **CHRISTOPHER MORE** )
**DINCUFF**, Deceased )
)
**MELISSA M. DIPASQUALE**, in her own right )
and as the Representative of the **ESTATE OF** )
**GEORGE DIPASQUALE**, Deceased )
)
**MARJORIE A. DITULLIO**, in her own right as )
the Mother of **DONALD A. DITULLIO**, Deceased )
)
**JOANNA M. COOK**, in her own right as the Sister )
of **DONALD A. DITULLIO**, Deceased )
)
**JANICE L. FLEMING**, in her own right as the )
Sister of **DONALD A. DITULLIO**, Deceased )
)
**VINCENT DODD**, in his own right as an Injured )
Party )
)
**SCOTT DOHERTY**, in his own right as an Injured )

Party    )
    )
**FRANK DOMINGUEZ**, in his own right and as    )
the Representative of the **ESTATE OF JEROME**    )
**DOMINGUEZ**, Deceased    )
    )
**BRIAN J. DONNELLY**, in his own right as the    )
Brother of **KEVIN W. DONNELLY**, Deceased    )
    )
**EDWARD L. DONNELLY, JR.**, in his own right    )
as the Brother of **KEVIN W. DONNELLY**,    )
Deceased    )
    )
**MARY CAY MARTIN**, in her own right as the    )
Sister of **KEVIN W. DONNELLY**, Deceased    )
    )
**JAMES T. DONOVAN**, in his own right and as the    )
Co-Representative of the **ESTATE OF**    )
**JACQUELINE DONOVAN**, Deceased    )
    )
**MARION DONOVAN PUHA**, in her own right    )
and as the Co-Representative of the **ESTATE OF**    )
**JACQUELINE DONOVAN**, Deceased    )
    )
**MICHAEL DONOVAN**, in his own right as the    )
Brother of **JACQUELINE DONOVAN**, Deceased    )
    )
**JAMES DONOVAN, JR.**, in his own right as the    )
Brother of **JACQUELINE DONOVAN**, Deceased    )
    )
**PATRICE KELLEHER**, in her own right as the    )
Sister of **JACQUELINE DONOVAN**, Deceased    )
    )
**JEANINE WIESE**, in her own right as the Sister of )
**JACQUELINE DONOVAN**, Deceased    )
    )
**JAMES F. DONOVAN, JR.**, in his own right as an )
Injured Party    )
    )
**MICHAEL DONOVAN**, in his own right as an    )
Injured Party    )
    )
**ELAINE MARIE DONOVAN**, in her own right    )
and as the Representative of the **ESTATE OF**    )
**WILLIAM HOWARD DONOVAN**, Deceased    )
    )
**MORRIS DORF**, in his own right and as the    )
Representative of the **ESTATE OF STEPHEN**    )
**SCOTT DORF**, Deceased    )
    )
**ROBERT DORF**, in his own right as the Brother of )
**STEPHEN SCOTT DORF**, Deceased    )
    )

56

**JOSEPH DORF**, in his own right as the Brother of )
**STEPHEN SCOTT DORF**, Deceased )
)
**MICHELLE DORF**, in her own right as the Sister )
of **STEPHEN SCOTT DORF**, Deceased )
)
**ANN MARIE DORF**, in her own right as the Sister )
of **STEPHEN SCOTT DORF**, Deceased )
)
**LINDA SAMMUT**, in her own right as the Sister of )
**STEPHEN SCOTT DORF**, Deceased )
)
**KERRI-ANN DOWD**, in her own right as the Wife )
of **THOMAS DOWD**, Deceased )
)
**MICHAEL J. DOWLING**, in his own right as an )
Injured Party )
)
**HEATHER DOWNEY**, in her own right as an )
Injured Party )
)
**EDWARD K. DOYLE**, in his own right as an )
Injured Party )
)
**STEVEN T. DOYLE**, in his own right as an )
Injured Party )
)
**DUNCAN DRISCOLL**, in his own right as an )
Injured Party )
)
**ADELAIDE M. DRISCOLL**, in her own right and )
as the Representative of the **ESTATE OF** )
**PATRICK JOSEPH DRISCOLL**, Deceased )
)
**CHRISTOPHER J. DRISCOLL**, in his own right )
as the Son of **PATRICK JOSEPH DRISCOLL**, )
Deceased )
)
**STEPHEN DRISCOLL**, in his own right as the )
Son of **PATRICK JOSEPH DRISCOLL**, )
Deceased )
)
**PATRICK T. DRISCOLL**, in his own right as the )
Son of **PATRICK JOSEPH DRISCOLL**, )
Deceased )
)
**JOHN M. DRISCOLL**, in his own right as the )
Brother of **PATRICK JOSEPH DRISCOLL**, )
Deceased )
)
**PAMELA M. GOULD**, in her own right as the )
Sister of **PATRICK JOSEPH DRISCOLL**, )
Deceased )

**EUGENE DRURY**, in his own right as an Injured Party )

**ROMAN DUCALO**, in his own right as an Injured Party )

**ELAINE DUCH**, in her own right as an Injured Party )

**DENNIS G. DUFFY**, in his own right as an Injured Party )

**THOMAS DUFFY**, in his own right and as the Co-Representative of the **ESTATE OF GERARD J. DUFFY**, Deceased )

**ROBERT M. DUFFY**, in his own right and as the Co-Representative of the **ESTATE OF GERARD J. DUFFY**, Deceased )

**TIMOTHY DUFFY**, in his own right as an Injured Party )

**WILLIAM DUFFY**, in his own right as an Injured Party )

**MITCHELL DUGGAN**, in his own right and as the Representative of the **ESTATE OF JACKIE SAYEGH DUGGAN**, Deceased )

**DIANA J. SAYEGH**, in her own right as the Mother of **JACKIE SAYEGH DUGGAN**, Deceased )

**GEORGE A. SAYEGH, SR.**, in his own right as the Father of **JACKIE SAYEGH DUGGAN**, Deceased )

**KEVIN DUGGAN**, in his own right as an Injured Party )

**JOEL SHAPIRO**, in his own right and as the Representative of the **ESTATE OF SAREVE DUKAT**, Deceased )

**DARRELL DUNBAR**, in his own right as an Injured Party )

**PHILIP DUNCAN**, in his own right as an Injured Party )

**THOMAS M. DUNNE**, in his own right as an )

Injured Party )
)
**MICHAEL DUNPHY**, in his own right as an )
Injured Party )
)
**JANET A. DUNSTAN**, in her own right, on behalf )
of the Minor Child, and as the Representative of the )
**ESTATE OF RICHARD A. DUNSTAN**, )
Deceased )
)
**LAURA D. DUNSTAN**, in her own right as the )
Daughter of **RICHARD A. DUNSTAN**, Deceased )
)
**FRANCIS B. DURR**, in his own right as an Injured )
Party )
)
**CHERYL OLIVIERI**, in her own right as the )
Fiancé of **PAUL R. ECKNA**, Deceased )
)
**AUDREY ECONOMOS**, in her own right and as )
the Representative of the **ESTATE OF** )
**CONSTANTINE ECONOMOS**, Deceased )
)
**DOUGLAS EDEL**, in his own right as an Injured )
Party )
)
**DOUGLAS C. EDWARDS**, in his own right as the )
Son of **BARBARA GOLLAN EDWARDS**, )
Deceased )
)
**FRANK MICHAEL EDWARDS**, in his own right )
as the Son of **BARBARA GOLLAN EDWARDS**, )
Deceased )
)
**SCOTT C. EDWARDS**, in his own right as the Son )
of **BARBARA GOLLAN EDWARDS**, Deceased )
)
**DIANE EGAN**, in her own right and on behalf of )
the Minor Children of **MARTIN EGAN, JR.**, )
Deceased )
)
**COLLEEN D'AMATO**, in her own right as the )
Sister of **MARTIN EGAN, JR.**, Deceased )
)
**MICHAEL EGAN**, in his own right as the Brother )
of **MARTIN EGAN, JR.**, Deceased )
)
**MARK EGAN**, in his own right as the Brother of )
**MARTIN EGAN, JR.**, Deceased )
)
**MARTIN EGAN, SR.**, in his own right as the )
Father of **MARTIN EGAN, JR.**, Deceased )
)

**PATRICIA EGAN**, in her own right as the Mother )
of **MARTIN EGAN, JR.**, Deceased )
)
**ANNA MARIA EGAN**, in her own right and as the )
Representative of the **ESTATE OF MICHAEL** )
**EGAN**, Deceased )
)
**JONATHAN J. EGAN**, in his own right as the Son )
of **MICHAEL EGAN**, Deceased )
)
**JEFF EHRET**, in his own right as an Injured Party )
)
**JIMMY PAUL ELDER**, in his own right as the )
Father of **DAPHNE ELDER**, Deceased )
)
**JOSEPHINE ELDER**, in her own right as the )
Mother of **DAPHNE ELDER**, Deceased )
)
**ROBERT E. ELFERIS**, in his own right and as the )
Representative of the **ESTATE OF MICHAEL J.** )
**ELFERIS**, Deceased )
)
**MARY ELFERIS**, in her own right as the Mother )
of **MICHAEL J. ELFERIS**, Deceased )
)
**JOSEPH ELFERIS**, in his own right as the Brother )
of **MICHAEL J. ELFERIS**, Deceased )
)
**ROBERT G. ELFERIS**, in his own right as the )
Brother of **MICHAEL J. ELFERIS**, Deceased )
)
**NANCY CHALMERS**, in her own right as the )
Sister of **MICHAEL J. ELFERIS**, Deceased )
)
**ELIZABETH WILD**, in her own right as the Sister )
of **MICHAEL J. ELFERIS**, Deceased )
)
**DUKE A. ELLIS**, in his own right as an Injured )
Party )
)
**CHRISTIAN ENGLEDRUM**, in his own right as )
an Injured Party )
)
**JUSTIN ENZMANN**, in his own right as an )
Injured Party )
)
**MARLYSE BOSLEY**, in her own right as the )
Sister of **JOSE ESPINAL**, Deceased )
)
**MICHAEL ESPOSITO**, in his own right and as )
the Representative of the **ESTATE OF BRIDGET** )
**ESPOSITO**, Deceased )
)

60

**DOROTHY ESPOSITO**, in her own right as the    )
Mother of **FRANCIS ESPOSITO**, Deceased          )
                                                  )
**MICHAEL ESPOSITO**, in his own right as the     )
Father of **FRANCIS ESPOSITO**, Deceased          )
                                                  )
**RICHARD ESPOSITO**, in his own right as the     )
Brother of **FRANCIS ESPOSITO**, Deceased         )
                                                  )
**DOMINICK ESPOSITO**, in his own right as the    )
Brother of **FRANCIS ESPOSITO**, Deceased         )
                                                  )
**CATHERINE ESPOSITO**, in her own right as the   )
Sister of **FRANCIS ESPOSITO**, Deceased          )
                                                  )
**VINCENT ESPOSITO**, in his own right as the     )
Brother of **FRANCIS ESPOSITO**, Deceased         )
                                                  )
**DAWN ESPOSITO**, in her own right as the Wife   )
of **FRANCIS ESPOSITO**, Deceased                 )
                                                  )
**GABE ESPOSITO**, in his own right as an Injured )
Party                                             )
                                                  )
**SIMONE ESPOSITO, SR.**, in his own right as the )
Father of **MICHAEL ESPOSITO**, Deceased          )
                                                  )
**ROSE ESPOSITO**, in her own right as the Mother )
of **MICHAEL ESPOSITO**, Deceased                 )
                                                  )
**DENISE PALAZZOTTO**, in her own right as the    )
Ex-Wife of **MICHAEL ESPOSITO**, Deceased         )
                                                  )
**SIMONE ESPOSITO**, in his own right as the      )
Brother of **MICHAEL ESPOSITO**, Deceased         )
                                                  )
**JOSEPH ESPOSITO**, in his own right as the      )
Brother of **MICHAEL ESPOSITO**, Deceased         )
                                                  )
**SALVATORE ESPOSITO**, in his own right as the   )
Brother of **MICHAEL ESPOSITO**, Deceased         )
                                                  )
**FRANK ESPOSITO**, in his own right as the       )
Brother of **MICHAEL ESPOSITO**, Deceased         )
                                                  )
**SEPHANIE ESPOSITO**, in her own right and as    )
Representative of the **ESTATE OF WILLIAM J.**    )
**ESPOSITO**, Deceased                            )
                                                  )
**SUSAN ESPOSITO**, in her own right as the       )
Daughter of **WILLIAM J. ESPOSITO**, Deceased     )
                                                  )
**PRISCILLA ESQUILIN**, in her own right as the   )

Sister of **RUBEN ESQUILIN, JR.**, Deceased    )
)
**JEAN ETZOLD**, in her own right and as the    )
Representative of the **ESTATE OF BARBARA**    )
**ETZOLD**, Deceased    )
)
**CHARLES R. EVANS**, in his own right and as the    )
Co-Representative of the **ESTATE OF ERIC**    )
**BRIAN EVANS**, Deceased    )
)
**CORRINE J. EVANS**, in her own right and as the    )
Co-Representative of the **ESTATE OF ERIC**    )
**BRIAN EVANS**, Deceased    )
)
**DIANE D. FAIRBEN**, in her own right as the    )
Mother of **KEITH GEORGE FAIRBEN**,    )
Deceased    )
)
**KENNETH BRUCE FAIRBEN**, in his own right    )
and as the Representative of the **ESTATE OF**    )
**KEITH GEORGE FAIRBEN**, Deceased    )
)
**JOSEPH J. FALCO**, in his own right as an Injured    )
Party    )
)
**PATRICIA A. FALLON**, in her own right and as    )
the Representative of the **ESTATE OF JAMIE**    )
**LYNN FALLON**, Deceased    )
)
**PAUL FANARA**, in his own right as an Injured    )
Party    )
)
**PETER V. FARR**, in his own right as an Injured    )
Party    )
)
**PATRICIA FARRAR**, in her own right as an    )
Injured Party    )
)
**JAMES F. FARRELL**, in his own right and as the    )
Representative of the **ESTATE OF JOHN G.**    )
**FARRELL**, Deceased    )
)
**MARIE A. FARRELL**, in her own right as the    )
Mother of **JOHN G. FARRELL**, Deceased    )
)
**JOHN S. FARRELL**, in his own right as an Injured    )
Party    )
)
**STACEY FARRELLY**, in her own right, on behalf    )
of the Minor Child, and as the Representative of the    )
**ESTATE OF JOSEPH FARRELLY**, Deceased    )
)
**JOSEPH FARRELLY**, in his own right as the    )

Father of **JOSEPH FARRELLY**, Deceased )

**THERESA FARRELLY**, in her own right as the )
Mother of **JOSEPH FARRELLY**, Deceased )

**DEVIN FARRELLY**, in his own right as the Son )
of **JOSEPH FARRELLY**, Deceased )

**RYAN FARRELLY**, in his own right as the Son of )
**JOSEPH FARRELLY**, Deceased )

**MICHAEL FARRELLY**, in his own right as the )
Brother of **JOSEPH FARRELLY**, Deceased )

**PATRICK M. FARRELLY**, in his own right as the )
Brother of **JOSEPH FARRELLY**, Deceased )

**DENIS M. FARRELLY**, in his own right as the )
Brother of **JOSEPH FARRELLY**, Deceased )

**ANTHONY FARRINGTON**, in his own right as )
an Injured Party )

**DENNIS NIELSEN, SR.**, in his own right as the )
Father of **SHANNON FAVA**, Deceased )

**ROSE NIELSEN**, in her own right as the Mother of )
**SHANNON FAVA**, Deceased )

**FRANK FAVA**, in his own right as the Husband of )
**SHANNON FAVA**, Deceased )

**DENNIS NIELSEN, JR.**, in his own right as the )
Brother of **SHANNON FAVA**, Deceased )

**LINDA ANN FAVUZZA**, in her own right and as )
Representative of the **ESTATE OF BERNARD** )
**FAVUZZA**, Deceased )

**WILLIAM B. FEEHAN**, in his own right and as )
the Representative of the **ESTATE OF WILLIAM** )
**M. FEEHAN**, Deceased )

**JOHN FEEHAN**, in his own right as the Son of )
**WILLIAM M. FEEHAN**, Deceased )

**ELIZABETH FEEHAN**, in her own right as the )
Daughter of **WILLIAM M. FEEHAN**, Deceased )

**TARA FEEHAN DAVAN**, in her own right as the )
Daughter of **WILLIAM M. FEEHAN**, Deceased )

**MARK FELDMAN**, in his own right as an Injured )

Party )
)
**RUSSELL FELICIANO**, in his own right as an )
Injured Party )
)
**DELIO A. FELIZ**, in his own right as an Injured )
Party )
)
**STEPHEN P. FENLEY**, in his own right as an )
Injured Party )
)
**CHRISTOPHER M. FENYA**, in his own right as )
an Injured Party )
)
**FRANK FERDINANDI**, in his own right as an )
Injured Party )
)
**ALLISON M. FERGUS**, in her own right as the )
Sister of **EDWARD THOMAS FERGUS, JR.**, )
Deceased )
)
**DOROTHY A. FERGUS**, in her own right as the )
Mother of **EDWARD THOMAS FERGUS, JR.**, )
Deceased )
)
**EDWARD T. FERGUS, SR.**, in his own right as )
the Father of **EDWARD THOMAS FERGUS, JR.**,)
Deceased )
)
**LINDA FERGUS**, in her own right and as the )
Representative of the **ESTATE OF EDWARD** )
**THOMAS FERGUS, JR.**, Deceased )
)
**ANNE MARIE FERGUS RAYHILL**, in her own )
right as the Sister of **EDWARD THOMAS** )
**FERGUS, JR.**, Deceased )
)
**MAUREEN FERGUS SHEEHAN**, in her own )
right as the Sister of **EDWARD THOMAS** )
**FERGUS, JR.**, Deceased )
)
**NUNO FERNANDES**, in his own right as an )
Injured Party )
)
**ANTONIO FERNANDEZ**, in his own right as an )
Injured Party )
)
**HERNANDO FERNANDEZ**, in his own right as )
an Injured Party )
)
**LARISSA FERNANDEZ**, in her own right as an )
Injured Party )
)

64

**ROGER FERNANDEZ**, in his own right as an
Injured Party

**VINCENT FERRANTI**, in his own right as an
Injured Party

**MICHAEL FERRARA**, in his own right as an
Injured Party

**DOUGLAS FERRETTI**, in his own right as an
Injured Party

**GERARD FERRIN**, in his own right as an Injured
Party

**ROSANNA FERRUGIO**, in her own right and as
the Representative of the **ESTATE OF DAVID
FERRUGIO**, Deceased

**CATHY L. FERSINI**, in her own right as the Wife
of **LOUIS V. FERSINI, JR.**, Deceased

**ROBERT J. FIALKO**, in his own right and as the
Co-Representative of the **ESTATE OF JENNIFER
L. FIALKO**, Deceased

**EVELYN L. FIALKO**, in her own right and as the
Co-Representative of the **ESTATE OF JENNIFER
L. FIALKO**, Deceased

**ANDREW C. FIALKO**, in his own right as the
Brother of **JENNIFER L. FIALKO**, Deceased

**ISABEL FIEDEL**, in her own right as the Mother
of **KRISTEN NICOLE FIEDEL**, Deceased

**WARREN FIEDEL**, in his own right and as the
Representative of the **ESTATE OF KRISTEN
NICOLE FIEDEL**, Deceased

**JOHN FINAMORE**, in his own right as an Injured
Party

**JOSEPH P. FINLEY**, in his own right as an
Injured Party

**EDWARD FINNEGAN**, in his own right as an
Injured Party

**MICHAEL FINNEGAN**, in his own right as an
Injured Party

**TERENCE P. FINNERAN**, in his own right as an

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Injured Party )

**MICHAEL FIORE**, in his own right as the Father )
of **MICHAEL C. FIORE**, Deceased )

**MADELINE F. FIORE**, in her own right as the )
Mother of **MICHAEL C. FIORE**, Deceased )

**LINDA S. FIORE**, in her own right as the Sister of )
**MICHAEL C. FIORE**, Deceased )

**VICTOR J. FIORELLA**, in his own right as an )
Injured Party )

**KAREN FIORITO**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF JOHN B. FIORITO**, Deceased )

**JEAN C. FISCHER**, in her own right, on behalf of )
the Minor Children, and as the Representative of the )
**ESTATE OF JOHN R. FISCHER**, Deceased )

**JAY F. FISCHLER**, in his own right as an Injured )
Party )

**STEPHEN FISH**, in his own right as an Injured )
Party )

**CHRISTINE KARAS FISHER**, in her own right )
and as the Representative of the **ESTATE OF** )
**GERALD PAUL FISHER**, Deceased )

**JONATHAN MICHAEL FISHER**, in his own )
right as the Son of **GERALD PAUL FISHER**, )
Deceased )

**SERENA FISHER DUGAN**, in her own right as )
the Daughter of **GERALD PAUL FISHER**, )
Deceased )

**SUSAN FISHER**, in her own right and as the )
Representative of the **ESTATE OF THOMAS J.** )
**FISHER**, Deceased )

**DENISE DILEO FISHER**, in her own right as the )
Ex-Wife of **THOMAS J. FISHER**, Deceased )

**NEIL C. FITZPATRICK**, in his own right as an )
Injured Party )

**MARIANNE FITZPATRICK**, in her own right )
and as the Representative of the **ESTATE OF** )
**THOMAS J. FITZPATRICK**, Deceased )

)

**MICHAEL J. FITZPATRICK**, in his own right as )
the Father of **THOMAS J. FITZPATRICK**, )
Deceased )

)

**ROSEANNA FITZPATRICK**, in her own right as )
the Mother of **THOMAS J. FITZPATRICK**, )
Deceased )

)

**MICHAEL S. FITZPATRICK**, in his own right as )
the Brother of **THOMAS J. FITZPATRICK**, )
Deceased )

)

**LORETTA A. PALISAY**, in her own right as the )
Mother of **SALVATORE A. FIUMEFREDDO**, )
Deceased )

)

**ZACHARY H. FLETCHER**, in his own right as an )
Injured Party )

)

**LILA MAY WALKDEN FLOUNDERS**, in her )
own right and as the Representative of the **ESTATE** )
**OF JOSEPH W. FLOUNDERS**, Deceased )

)

**CHRISTIAN C. CRONER**, in his own right and as )
the Representative of the **ESTATE OF PATRICIA** )
**V. FLOUNDERS**, Deceased )

)

**PATRICK FLYNN**, in his own right as an Injured )
Party )

)

**MICHAEL FODOR**, in his own right as the Father )
of **MICHAEL N. FODOR**, Deceased )

)

**DEBORAH FODOR**, in her own right and as the )
Representative of the **ESTATE OF MICHAEL N.** )
**FODOR**, Deceased )

)

**MICHAEL FODOR**, in his own right as the Son of )
**MICHAEL N. FODOR**, Deceased )

)

**ANDREW FODOR**, in his own right as the Son of )
**MICHAEL N. FODOR**, Deceased )

)

**JUDITH FODOR**, in her own right as the Sister of )
**MICHAEL N. FODOR**, Deceased )

)

**THERESA FOLINO-MONTUORI**, in her own )
right as an Injured Party )

)

**MARIO MONTUORI**, in his own right as the )
Husband of **THERESA FOLINO-MONTUORI**, )
an Injured Party )

67

**FREDERICK J. FORD**, in his own right as an
Injured Party                                                    )
                                                                 )
                                                                 )
**CHERYL D. COOPER**, in her own right as the                    )
Domestic Partner of **DONALD A. FOREMAN**,                       )
Deceased                                                         )
                                                                 )
**TESSIE MOLINA-FORSYTHE**, in her own right,                    )
on behalf of the Minor Children, and as the                      )
Representative of the **ESTATE OF**                              )
**CHRISTOPHER HUGH FORSYTHE**, Deceased                          )
                                                                 )
**LEILETH FOSTER**, in her own right as an Injured               )
Party                                                            )
                                                                 )
**JOHN A. FOSTER**, in his own right as the Father               )
of **NOEL JOHN FOSTER**, Deceased                                )
                                                                 )
**MARION ROSETTE FOSTER**, in her own right                      )
as the Mother of **NOEL JOHN FOSTER**,                           )
Deceased                                                         )
                                                                 )
**MARY GRACE FOTI**, in her own right, on behalf                 )
of the Minor Child, and as the Representative of the             )
**ESTATE OF ROBERT FOTI**, Deceased                              )
                                                                 )
**MICHAEL J. FOX**, in his own right as the Brother              )
of **JEFFREY L. FOX**, Deceased                                  )
                                                                 )
**MICHAEL A. FRANCESE**, in his own right as an                  )
Injured Party                                                    )
                                                                 )
**KAREN M. CARLUCCI**, in her own right as the                   )
Fiancé of **PETER CHRISTOPHER FRANK**,                           )
Deceased                                                         )
                                                                 )
**HENRY LAMBERT**, in his own right as the                       )
Husband of **LILLIAN FREDERICK-LAMBERT**,                        )
Deceased                                                         )
                                                                 )
**STANLEY FREEDNER**, in his own right as an                     )
Injured Party                                                    )
                                                                 )
**CHARLES FREEMAN**, in his own right as an                      )
Injured Party                                                    )
                                                                 )
**DENNIS FREYRE**, in his own right as an Injured                )
Party                                                            )
                                                                 )
**MARY FROEHNER**, in her own right and as the                   )
Representative of the **ESTATE OF GREGG J.**                     )
**FROEHNER**, Deceased                                           )

)
**ROBERT FRONER**, in his own right as an Injured )
Party )
)
**DANIEL FUCELLA**, in his own right as an Injured )
Party )
)
**STEVEN FUCILE**, in his own right as an Injured )
Party )
)
**KATHERINE FUMANDO**, in her own right and )
as the Representative of the **ESTATE OF** )
**CLEMENT FUMANDO**, Deceased )
)
**MARGARET FUMANDO**, in her own right as the )
Mother of **CLEMENT FUMANDO**, Deceased )
)
**GREGORY FUMANDO**, in his own right as the )
Son of **CLEMENT FUMANDO**, Deceased )
)
**STEPHEN FUMANDO**, in his own right as the )
Son of **CLEMENT FUMANDO**, Deceased )
)
**CARLO FUMANDO**, in his own right as the )
Brother of **CLEMENT FUMANDO**, Deceased )
)
**CATHERINE MAROTTE**, in her own right as the )
Sister of **CLEMENT FUMANDO**, Deceased )
)
**CYNTHIA FURMATO**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF PAUL** )
**FURMATO**, Deceased )
)
**JOSEPH FURMATO, SR.**, in his own right as the )
Father of **PAUL FURMATO**, Deceased )
)
**MARGARET FURMATO**, in her own right as the )
Mother of **PAUL FURMATO**, Deceased )
)
**MARK FURMATO**, in his own right as the )
Brother of **PAUL FURMATO**, Deceased )
)
**JOSEPH FURMATO**, in his own right as the )
Brother of **PAUL FURMATO**, Deceased )
)
**JILL KEOUGH**, in her own right as the Sister of )
**PAUL FURMATO**, Deceased )
)
**CAROL DEBENEDICTIS**, in her own right as the )
Sister of **PAUL FURMATO**, Deceased )
)
**PAUL P. FUSARO**, in his own right as an Injured )

69

Party                                                        )
                                                            )
**HAVEN A. FYFE**, in her own right and as the               )
Representative of the **ESTATE OF KARLETON**                )
**D. FYFE**, Deceased                                       )
                                                            )
**PHILIP GAETANI**, in his own right as an Injured          )
Party                                                        )
                                                            )
**KEVIN GAFF**, in his own right and as the                  )
Representative of the **ESTATE OF PAMELA LEE** )
**GAFF**, Deceased                                          )
                                                            )
**MICHAEL D. GAGER**, in his own right as an                 )
Injured Party                                                )
                                                            )
**PATRICIA A. HILL**, in her own right as the Sister )
of **IRVING VINCENT GAILLIARD**, Deceased          )
                                                            )
**JOSEPH A. MICCIULLI**, in his own right as the            )
Father of **DEANNA MICCIULLI GALANTE**,                )
Deceased                                                     )
                                                            )
**JOSEPH C. MICCIULLI**, in his own right as the            )
Brother of **DEANNA MICCIULLI GALANTE**,               )
Deceased                                                     )
                                                            )
**MARGARET MICCIULLI**, in her own right as                  )
the Mother of **DEANNA MICCIULLI**                          )
**GALANTE**, Deceased                                       )
                                                            )
**TINA MALDONADO**, in her own right as the                  )
Sister of **DEANNA MICCIULLI GALANTE**,                )
Deceased                                                     )
                                                            )
**ANTHONY GALANTE**, in his own right and as                 )
the Representative of the **ESTATE OF DEANNA** )
**MICCIULLI GALANTE**, Deceased                             )
                                                            )
**GIOVANNI GALANTE**, in his own right and as                )
the Representative of the **ESTATE OF GRACE** )
**GALANTE**, Deceased                                       )
                                                            )
**FRANCESCO SUSCA**, in his own right as the                 )
Father of **GRACE GALANTE**, Deceased                       )
                                                            )
**LUCREZIA SUSCA**, in her own right as the                  )
Mother of **GRACE GALANTE**, Deceased                       )
                                                            )
**FRANK SUSCA**, in his own right as the Brother of )
**GRACE GALANTE**, Deceased                                 )
                                                            )
**CATHY CAVA**, in her own right as the Sister of          )

**GRACE GALANTE**, Deceased                              )
                                                        )
**CARRIE A. GALLAGHER**, in her own right as            )
the Wife of **ANTHONY E. GALLAGHER**,                   )
Deceased                                                )
                                                        )
**BRIAN J. GALLAGHER**, in his own right as an          )
Injured Party                                           )
                                                        )
**JOHN GALLAGHER**, in his own right as an              )
Injured Party                                           )
                                                        )
**KEVIN P. GALLAGHER**, in his own right as             )
Injured Party                                           )
                                                        )
**TERENCE GALLAGHER**, in his own right as an           )
Injured Party                                           )
                                                        )
**REGINA E. GALLAGHER**, in her own right and           )
as the Representative of the ESTATE OF DANIEL            )
JAMES GALLAGHER, Deceased                               )
                                                        )
**APRIL D. GALLOP**, in her own right as an Injured     )
Party, and on behalf of her Minor Child, an Injured     )
Party                                                   )
                                                        )
**ANTHONY J. GAMBALE**, in his own right and as )
the Representative of the **ESTATE OF**                 )
**GIOVANNA G. GAMBALE**, Deceased                       )
                                                        )
**ANTONIA GAMBALE**, in her own right as the           )
Sister of **GIOVANNA G. GAMBALE**, Deceased             )
                                                        )
**MARYANN GAMBALE**, in her own right as the           )
Mother of **GIOVANNA G. GAMBALE**, Deceased )
                                                        )
**MATTHEW GAMBALE**, in his own right as the           )
Brother of **GIOVANNA G. GAMBALE**, Deceased )
                                                        )
**MARIA REGINA MERWIN**, in her own right and )
as the Representative of the **ESTATE OF**              )
**RONALD L. GAMBOA**, Deceased                          )
                                                        )
**ANDREA GARBARINI**, in her own right, on             )
behalf of the Minor Children, and as the                )
Representative of the **ESTATE OF CHARLES**             )
**GARBARINI**, Deceased                                 )
                                                        )
**CHARLES GARBARINI**, in his own right as the         )
Father of **CHARLES GARBARINI**, Deceased               )
                                                        )
**VIRGINIA GARBARINI**, in her own right as the        )
Mother of **CHARLES GARBARINI**, Deceased               )

**RICHARD GARBARINI**, in his own right as the Brother of **CHARLES GARBARINI**, Deceased                    )
)
)
**PEGGY GARBARINI**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased                    )
)
)
**CATHY KOSTIW**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased                    )
)
)
**BERYL ZAWATSKY**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased                    )
)
)
**JOAN CUNEO**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased                    )
)
)
**JANET ARBUISO**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased                    )
)
)
**DONNA GARBARINI**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased                    )
)
)
**CELESTE MARINO GARCIA**, in her own right and as the Representative of the **ESTATE OF CESAR R. GARCIA**, Deceased                    )
)
)
**DEBORAH A. GARCIA**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF DAVID GARCIA**, Deceased                    )
)
)
)
**LAWRENCE J. GARDA**, in his own right as an Injured Party                    )
)
)
**SUSAN L. GARDNER**, in her own right and as the Representative of the **ESTATE OF CHRISTOPHER S. GARDNER**, Deceased                    )
)
)
**ANTHONY GARDNER**, in his own right as the Brother of **HARVEY JOSEPH GARDNER, III**, Deceased                    )
)
)
**AMY GARDNER**, in her own right and as Representative of the **ESTATE OF JEFFREY GARDNER**, Deceased                    )
)
)
**JILL A. GARTENBERG**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF JAMES M. GARTENBERG**, Deceased                    )
)
)
)
**JOHN T. GATTO**, in his own right as an Injured Party                    )

JACQUELINE S. GAVAGAN, in her own right. )
on behalf of the Minor Children. and as the )
Representative of the **ESTATE OF DONALD R.** )
**GAVAGAN**, Deceased )
                                            )
**LINDA R. GAY**, in her own right and as the )
Representative of the **ESTATE OF PETER A.** )
**GAY**, Deceased )
                                            )
**MAURIZIO D. GAZZANI**, in his own right and as )
Co-Representative of the **ESTATE OF TERENCE** )
**D. GAZZANI**. Deceased )
                                            )
**TRACY M. GAZZANI**, in her own right and as )
Co-Representative of the **ESTATE OF TERENCE** )
**D. GAZZANI**. Deceased )
                                            )
**BRENDAN GEBERT**, in his own right as an )
Injured Party )
                                            )
**MATHILDA M. GEIDEL**, in her own right and as )
the Representative of the **ESTATE OF GARY** )
**PAUL GEIDEL**, Deceased )
                                            )
**PAUL E. GEIDEL**. in his own right as the Father )
of **GARY PAUL GEIDEL**. Deceased )
                                            )
**PATRICIA M. GEIDEL**, in her own right as the )
Mother of **GARY PAUL GEIDEL**, Deceased )
                                            )
**RALPH W. GEIDEL, SR.**, in his own right as the )
Brother of **GARY PAUL GEIDEL**, Deceased )
                                            )
**MICHAEL W. GEIDEL**, in his own right as the )
Brother of **GARY PAUL GEIDEL**, Deceased )
                                            )
**CHRISTINE A. NORRIS**, in her own right as the )
Sister of **GARY PAUL GEIDEL**. Deceased )
                                            )
**JOHN D. GENNOSA**, in his own right as an )
Injured Party )
                                            )
**STEPHEN J. GERHARDT**, in his own right as the )
Brother of **RALPH GERHARDT**, Deceased )
                                            )
**ROMAN GERTSBERG**, in his own right and as )
the Representative of the **ESTATE OF MARINA** )
**GERTSBERG**, Deceased )
                                            )
**ANNA GERTSBERG**, in her own right as the Wife )
of **MARINA GERTSBERG**, Deceased )
                                            )

**GREG GESSNER**, in his own right as an Injured Party )

**JO ANN S. GEYER**, in her own right as the Mother of **JAMES G. GEYER**, Deceased )

**JOHN E. GEYER**, in his own right as the Brother of **JAMES G. GEYER**, Deceased )

**PHILIP G. GEYER**, in his own right as the Father of **JAMES G. GEYER**, Deceased )

**PHILIP J. GEYER**, in his own right as the Brother of **JAMES G. GEYER**, Deceased )

**GERALYN MARASCO**, in her own right as the Sister of **JAMES G. GEYER**, Deceased )

**DANIEL P. GEYSEN**, in his own right as an Injured Party )

**RONALD GHIRALDI**, in his own right as an Injured Party )

**LOUIS GIACONELLI**, in his own right as an Injured Party )

**THERESA GIAMMONA**, in her own right and on behalf of the Minor Children of **VINCENT F. GIAMMONA**, Deceased )

**JOSEPH A. GIAMPA**, in his own right as an Injured Party )

**GARRY GIANNANDREA**, in his own right as an Injured Party )

**J. FREDERICK GIBBON**, in his own right and on behalf of the Minor Child of **DEBRA L. GIBBON**, Deceased )

**ZACHARY GIBBON**, in his own right as the Son of **DEBRA L. GIBBON**, Deceased )

**HEATHER GIBBON**, in her own right as the Daughter of **DEBRA L. GIBBON**, Deceased )

**MICHAEL J. GIBBONS**, in his own right as an Injured Party )

**SUSAN GIBERSON**, in her own right and on behalf of the Minor Children of **JAMES GIBERSON**, Deceased )

**JOSEPH GIBNEY**, in his own right as an Injured Party )

**ERIC P. GIBSON**, in his own right as the Son of **BRENDA C. GIBSON**, Deceased )

**JOSEPH M. GIBSON, III**, in his own right and as the Representative of the **ESTATE OF BRENDA C. GIBSON**, Deceased )

**ROBERT F. GIBSON**, in his own right as an Injured Party )

**JOHN GIEBLER**, in his own right as an Injured Party )

**JACQUELINE GILBERT**, in her own right and as the Representative of the **ESTATE OF TIMOTHY PAUL GILBERT**, Deceased )

**DEENA GILBEY**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF PAUL STUART GILBEY**, Deceased )

**MARIA ACOSTA**, in her own right as the Domestic Partner of **PAUL JOHN GILL**, Deceased )

**GISELE JEAN-GILLES**, in her own right and as the Representative of the **ESTATE OF MARK Y. GILLES**, Deceased )

**MYRIAM JEAN-GILLES**, in her own right as the Sister of **MARK Y. GILLES**, Deceased )

**ELEANOR GILLETTE**, in her own right and as the Representative of the **ESTATE OF EVAN HUNTER GILLETTE**, Deceased )

**COLIN VINCENT GILLIGAN**, in his own right as the Brother of **RONALD L. GILLIGAN**, Deceased )

**ASHLEY GILLIGAN**, in her own right as the Daughter of **RONALD L. GILLIGAN**, Deceased )

**ELIZABETH GILLIGAN**, in her own right and as the Representative of the **ESTATE OF RONALD L. GILLIGAN**, Deceased )

**GERALDINE GILLIAM**, in her own right as the Mother of **RODNEY C. GILLIS**, Deceased )

75

**RONALD C. GILLIS**, in his own right as the Brother of **RODNEY C. GILLIS**, Deceased )

**ANDREW F. GILMORE**, in his own right as an Injured Party )

**APRIL GINLEY**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF JOHN F. GINLEY**, Deceased )

**JOHN E. GINTY**, in his own right as an Injured Party )

**MARTIN GIOVINAZZO, SR.**, in his own right as the Father of **MARTIN GIOVINAZZO**, Deceased )

**DOMENICA GIOVINAZZO**, in her own right as the Mother of **MARTIN GIOVINAZZO**, Deceased )

**DOROTHY GIOVINAZZO**, in her own right as the Wife of **MARTIN GIOVINAZZO**, Deceased )

**ROSE MAHONEY**, in her own right as the Sister of **MARTIN GIOVINAZZO**, Deceased )

**CONCETTA BONNER**, in her own right as the Sister of **MARTIN GIOVINAZZO**, Deceased )

**ANGELA QUINN**, in her own right as the Sister of **MARTIN GIOVINAZZO**, Deceased )

**SALI GJONBALAJ**, in his own right and as the Representative of the **ESTATE OF MON GJONBALAJ**, Deceased )

**HERBERT GLADSTONE**, in his own right and as the Representative of the **ESTATE OF DIANNE GLADSTONE**, Deceased )

**BENJAMIN ALEXANDER GLASCOE**, in his own right and as the Representative of the **ESTATE OF KEITH ALEXANDER GLASCOE**, Deceased )

**GLORIA GLASCOE**, in her own right as the Mother of **KEITH ALEXANDER GLASCOE**, Deceased )

**VERONICA SQUEF**, in her own right as the Domestic Partner of **KEITH ALEXANDER GLASCOE**, Deceased )

**THEODORE GODDARD**, in his own right as an )

Injured Party )
)
**GRACE M. PARKINSON-GODSHALK**, in her )
own right and as the Representative of the **ESTATE** )
**OF WILLIAM ROBERT GODSHALK**, )
Deceased )
)
**ALEESE MILLS HARTMANN**, in her own right )
as the Fiancé of **WILLIAM ROBERT** )
**GODSHALK**, Deceased )
)
**DANIELA GOGLIORMELLA**, in her own right, )
on behalf of the Minor Child, and as the )
Representative of the **ESTATE OF MICHAEL** )
**GOGLIORMELLA**, Deceased )
)
**RAYMOND GOING**, in his own right as an )
Injured Party )
)
**GERALD GOLDBERG**, in his own right as the )
Father of **BRIAN F. GOLDBERG**, Deceased )
)
**MARILYN GOLDBERG**, in her own right as the )
Mother of **BRIAN F. GOLDBERG**, Deceased )
)
**ASHLEY GOLDFLAM**, in her own right as the )
Daughter of **JEFFREY GOLDFLAM**, Deceased )
)
**JOSHUA GOLDFLAM**, in his own right as the )
Son of **JEFFREY GOLDFLAM**, Deceased )
)
**RISE GOLDFLAM**, in her own right and as the )
Representative of the **ESTATE OF JEFFREY** )
**GOLDFLAM**, Deceased )
)
**MORRIS SONNY GOLDSTEIN**, in his own right )
as the Father of **MONICA GOLDSTEIN**, )
Deceased )
)
**CECILIA GOLDSTEIN**, in her own right as the )
Mother of **MONICA GOLDSTEIN**, Deceased )
)
**ADRIENNE TRIGGS**, in her own right as the )
Sister of **MONICA GOLDSTEIN**, Deceased )
)
**ALYCE GOLDSTEIN**, in her own right as the )
Mother of **STEVEN IAN GOLDSTEIN**, Deceased )
)
**ROBERT JAY GOLDSTEIN**, in his own right as )
the Brother of **STEVEN IAN GOLDSTEIN**, )
Deceased )
)
**AMANDA GOLINSKI**, in her own right as the )