**MARILYN O'BRIEN**, in her own right as the
Mother of **TIMOTHY MICHAEL O'BRIEN**,
Deceased

**PATRICK O'BRIEN**, in his own right as the
Brother of **TIMOTHY MICHAEL O'BRIEN**,
Deceased

**ROBERT L. O'BRIEN**, in his own right as the
Brother of **TIMOTHY MICHAEL O'BRIEN**,
Deceased

**RHONDA LEE O'CALLAGHAN**, in her own
right and as the Representative of the **ESTATE OF
DANIEL O'CALLAGHAN**, Deceased

**CHRISTOPHER O'CONNELL**, in his own right
as an Injured Party

**SEAN M. O'CONNOR**, in his own right as an
Injured Party

**JOHN J. O'DONNELL**, in his own right as an
Injured Party

**ROBERT E. O'FLAHERTY**, in his own right as
an Injured Party

**RACHEL UCHITEL**, in her own right as the
Fiancé of **ANDREW O'GRADY**, Deceased

**FRANCIS P. O'HAGAN**, in his own right as the
Brother of **THOMAS GERARD O'HAGAN**,
Deceased

**ANDREA O'HAGAN**, in her own right and as the
Representative of the **ESTATE OF THOMAS
GERARD O'HAGAN**, Deceased

**FRANCIS P. O'HAGAN, SR.**, in his own right as
the Father of **THOMAS GERARD O'HAGAN**,
Deceased

**RAYMOND T. O'HAGAN**, in his own right as the
Brother of **THOMAS GERARD O'HAGAN**,
Deceased

**JEANNE T. MCCABE**, in her own right as the
Sister of **THOMAS GERARD O'HAGAN**,
Deceased

**KATHLEEN GAETANO**, in her own right as the

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Sister of **THOMAS GERARD O'HAGAN**, )
Deceased )
                                                             )
**MARY ELLEN MALONE**, in her own right as the )
Sister of **THOMAS GERARD O'HAGAN**, )
Deceased )
                                                             )
**ANNE MARIE MORAN**, in her own right as the )
Sister of **THOMAS GERARD O'HAGAN**, )
Deceased )
                                                             )
**JOSEPH F. O'HAGAN**, in his own right as the )
Brother of **THOMAS GERARD O'HAGAN**, )
Deceased )
                                                             )
**EDWARD O'HARE**, in his own right as an Injured )
Party )
                                                             )
**CHRISTOPHER O'KEEFE**, in his own right as an )
Injured Party )
                                                             )
**PATRICK J. O'KEEFE**, in his own right as an )
Injured Party )
                                                             )
**KAREN LISA O'KEEFE**, in her own right as the )
Wife of **PATRICK JOSEPH O'KEEFE**, Deceased )
                                                             )
**VIRGINIA O'KEEFE**, in her own right as the )
Wife of **WILLIAM S. O'KEEFE**, Deceased )
                                                             )
**RICHARD O'MACK**, in his own right as an )
Injured Party )
                                                             )
**THOMAS O'MEARA**, in his own right as an )
Injured Party )
                                                             )
**PETER J. O'NEILL, SR.**, in his own right and as )
Co-Representative of the **ESTATE OF PETER J.** )
**O'NEILL, JR.**, Deceased )
                                                             )
**JEANNE O'NEILL**, in her own right and as Co- )
Representative of the **ESTATE OF PETER J.** )
**O'NEILL, JR.**, Deceased )
                                                             )
**THOMAS W. O'NEILL**, in his own right as the )
Brother of **PETER J. O'NEILL, JR.**, Deceased )
                                                             )
**BRIDIE O'NEILL**, in her own right as the Sister of )
**PETER J. O'NEILL, JR.**, Deceased )
                                                             )
**EUGENE F. O'REILLY**, in his own right as an )
Injured Party )
                                                             )

MARYANN J. O'ROURKE, in her own right and )
as the Representative of the **ESTATE OF KEVIN** )
**M. O'ROURKE**, Deceased )
)
JAMIE O'ROURKE, in his own right as the Son of )
**KEVIN M. O'ROURKE**, Deceased )
)
CORINNE O'ROURKE, in her own right as the )
Daughter of **KEVIN M. O'ROURKE**, Deceased )
)
DENNIS O'ROURKE, in his own right as the )
Father of **KEVIN M. O'ROURKE**, Deceased )
)
HANNAH O'ROURKE, in her own right as the )
Mother of **KEVIN M. O'ROURKE**, Deceased )
)
PATRICIA O'KEEFE, in her own right as the )
Sister of **KEVIN M. O'ROURKE**, Deceased )
)
DENNIS P. O'ROURKE, in his own right as the )
Brother of **KEVIN M. O'ROURKE**, Deceased )
)
ELIZABETH SHERRY, in her own right as the )
Sister of **ROBERT O'SHEA**, Deceased )
)
DENISE OAKLEY, in her own right and as the )
Representative of the **ESTATE OF JAMES A.** )
**OAKLEY**, Deceased )
)
RADAMES OCASIO, in his own right as an )
Injured Party )
)
VINCENT A. OGNIBENE, in his own right and as )
the Co-Representative of the **ESTATE OF PHILIP** )
**PAUL OGNIBENE**, Deceased )
)
ANTOINETTE D. OGNIBENE, in her own right )
and as the Co-Representative of the **ESTATE OF** )
**PHILIP PAUL OGNIBENE**, Deceased )
)
KAYODE OLADUNJOYE, in his own right as an )
Injured Party )
)
DALISAY SAENZ OLAES, in her own right as an )
Injured Party )
)
TAUBE OLSEN, in his own right and as the )
Representative of the **ESTATE OF ERIC TAUBE** )
**OLSEN**, Deceased )
)
BARBARA OLSEN, in her own right as the )
Mother of **ERIC TAUBE OLSEN**, Deceased )
)

**CLIFFORD I. OLSEN**, in his own right as the
Brother of **ERIC TAUBE OLSEN**, Deceased   )
                                            )
**KENNETH OLSEN**, in his own right as the  )
Brother of **ERIC TAUBE OLSEN**, Deceased   )
                                            )
**DENISE M. OLSEN**, in her own right and as the )
Representative of the **ESTATE OF JEFFREY**  )
**JAMES OLSEN**, Deceased                   )
                                            )
**PATRICIA OLSON**, in her own right and on )
behalf of the Minor Children of **STEVEN J.** )
**OLSON**, Deceased                         )
                                            )
**KENNETH D. OLSON**, in his own right as the )
Brother of **STEVEN J. OLSON**, Deceased    )
                                            )
**CAROL A. SMEE**, in her own right as the Sister of )
**MICHAEL C. OPPERMAN**, Deceased           )
                                            )
**OLGA S. ORGIELEWICZ**, in her own right and )
as the Representative of the **ESTATE OF**  )
**CHRISTOPHER T. ORGIELEWICZ**, Deceased    )
                                            )
**GILBERT ORTALE**, in his own right as the )
Brother of **PETER KEITH ORTALE**, Deceased )
                                            )
**AGATINA IACI**, in her own right as the Mother of )
**JANE ORTH**, Deceased                     )
                                            )
**GAE FERRUOLO**, in her own right as the Sister of )
**JANE ORTH**, Deceased                     )
                                            )
**ANGEL R. ORTIZ**, in his own right as an Injured )
Party                                       )
                                            )
**EDNA KANG ORTIZ**, in her own right and as the )
Representative of the **ESTATE OF PABLO**   )
**ORTIZ**, Deceased                         )
                                            )
**VERONICA N. ORTIZ**, in her own right as an )
Injured Party                               )
                                            )
**STEPHEN V. OSTROWSKI**, in his own right as )
the Father of **JAMES ROBERT OSTROWSKI**,   )
Deceased                                    )
                                            )
**BEVERLY ANN OSTROWSKI**, in her own right )
as the Mother of **JAMES ROBERT**           )
**OSTROWSKI**, Deceased                      )
                                            )
**STEPHEN W. OSTROWSKI**, in his own right as )
the Brother of **JAMES ROBERT OSTROWSKI**,  )

Deceased )
)
**MARION OTTEN**, in her own right and on behalf )
of the Minor Children of **MICHAEL J. OTTEN**, )
Deceased )
)
**HERBERT OUIDA**, in his own right and as the )
Representative of the **ESTATE OF TODD** )
**JOSEPH OUIDA**, Deceased )
)
**ANDREA OUIDA**, in her own right as the Mother )
of **TODD JOSEPH OUIDA**, Deceased )
)
**JORDAN D. OUIDA**, in her own right as the Sister )
of **TODD JOSEPH OUIDA**, Deceased )
)
**AMY R. MORIK**, in her own right as the Sister of )
**TODD JOSEPH OUIDA**, Deceased )
)
**REKHA D. PACKER**, in her own right and as the )
Representative of the **ESTATE OF MICHAEL B.** )
**PACKER**, Deceased )
)
**JONATHAN PACKER**, in his own right as the )
Son of **MICHAEL B. PACKER**, Deceased )
)
**JOSE JAVIER PADRO**, in his own right as the )
Son of **DIANA B. PADRO**, Deceased )
)
**JUAN CARLOS PADRO**, in his own right as the )
Son of **DIANA B. PADRO**, Deceased )
)
**JOSE E. PADRO-LEBRON**, in his own right and )
as the Representative of the **ESTATE OF DIANA** )
**B. PADRO**, Deceased )
)
**JUANA B. BORRERO**, in her own right as the )
Mother of **DIANA B. PADRO**, Deceased )
)
**LILLIAN BORRERO**, in her own right as the )
Sister of **DIANA B. PADRO**, Deceased )
)
**MIRIAM BORRERO**, in her own right as the )
Sister of **DIANA B. PADRO**, Deceased )
)
**FORTUNATA PALOMBO**, in her own right as )
the Mother of **FRANK PALOMBO**, Deceased )
)
**MARIE PERRONE**, in her own right as the Sister )
of **FRANK PALOMBO**, Deceased )
)
**BARBARA POLISAR**, in her own right as the )
Sister of **FRANK PALOMBO**, Deceased )

159

**VINCENT J. PANARO**, in his own right as an
Injured Party

**BARBARA PANDOLFO**, in her own right and as
the Representative of the **ESTATE OF
DOMINIQUE LISA PANDOLFO**, Deceased

**LINDA ELLEN PANIK**, in her own right as the
Mother of **JONAS MARTIN PANIK**, Deceased

**MARTIN ANTHONY PANIK**, in his own right as
the Father of **JONAS MARTIN PANIK**, Deceased

**MARTINA LYNE-ANNA PANIK-STANLEY**, in
her own right as the Sister of **JONAS MARTIN
PANIK**, Deceased

**JANICE PANSINI**, in her own right, on behalf of
the Minor Children, and as the Representative of the
**ESTATE OF PAUL J. PANSINI**, Deceased

**JOSEPH PANSINI**, in his own right as the Brother
of **PAUL J. PANSINI**, Deceased

**LORETTA HALPERT**, in her own right as the
Sister of **PAUL J. PANSINI**, Deceased

**JENNIFER PANZELLA**, in her own right as an
Injured Party

**VICTOR D. PANZELLA, JR.**, in his own right as
an Injured Party

**MARK PAPADOPULOS**, in his own right as an
Injured Party

**CHRISTINE E. PAPASSO**, in her own right and
as the Representative of the **ESTATE OF
SALVATORE T. PAPASSO**, Deceased

**SALVATORE PAPASSO**, in his own right as the
Father of **SALVATORE T. PAPASSO**, Deceased

**THERESA PAPASSO**, in her own right as the
Mother of **SALVATORE T. PAPASSO**, Deceased

**VINCENT PAPASSO**, in his own right as the
Brother of **SALVATORE T. PAPASSO**, Deceased

**JUANA OLGA PAPPAGEORGE**, in her own
right as the Mother of **JAMES N.
PAPPAGEORGE**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**HELEN PAPPAGEORGE**, in her own right as the
Sister of **JAMES N. PAPPAGEORGE**, Deceased

**GINA PINOS**, in her own right as the Fiancé of
**JAMES N. PAPPAGEORGE**, Deceased

**MARIA KOUTNY**, in her own right and as the
Representative of the **ESTATE OF MARIE
PAPPALARDO**, Deceased

**DEAN G. PAPPAS**, in his own right as an Injured
Party

**LACHMAN PARBHU**, in his own right and as the
Representative of the **ESTATE OF HARDAI
PARBHU**, Deceased

**DENESH N. PARBHU**, in his own right as the
Brother of **HARDAI PARBHU**, Deceased

**KENNETH PERSAUD**, in his own right as the
Brother of **HARDAI PARBHU**, Deceased

**RAJARAM PARBHU**, in his own right as the
Brother of **HARDAI PARBHU**, Deceased

**GANGADEI RAMRUP**, in her own right as the
Sister of **HARDAI PARBHU**, Deceased

**PARBOTI PARBHU**, in her own right as the Sister
of **HARDAI PARBHU**, Deceased

**VALENTIN PAREDES**, in his own right as an
Injured Party

**CHRISTINA PARIS**, in her own right, on behalf of
the Minor Child, and as the Representative of the
**ESTATE OF GEORGE PARIS**, Deceased

**ROSE PARIS**, in her own right as the Mother of
**GEORGE PARIS**, Deceased

**SALVATORE PARISI**, in his own right as an
Injured Party

**JUNG HEA SHIN**, in his own right and as
Representative of the **ESTATE OF GYE HYONG
PARK**, Deceased

**MYONG KYU PARK**, in his own right as the
Father of **GYE HYONG PARK**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**JIN HAN PARK**, in his own right as the Brother of )
**GYE HYONG PARK**, Deceased )
)
**WILSTON PARRIS**, in his own right as an Injured )
Party )
)
**KAREN PARRO**, in her own right and on behalf of )
the Minor Child of **ROBERT PARRO**, Deceased )
)
**IMELDA REYES SORIANO**, in her own right as )
the Domestic Partner of **LEOBARDO LOPEZ** )
**PASCUAL**, Deceased )
)
**SEAN ROBERT PASSANANTI**, in his own right )
and as the Representative of the **ESTATE OF** )
**HORACE ROBERT PASSANANTI**, Deceased )
)
**MICHAEL ROBERT PASSANANTI**, in his own )
right as the Son of **HORACE ROBERT** )
**PASSANANTI**, Deceased )
)
**MARIE PASSANANTI**, in her own right as the )
Mother of **HORACE ROBERT PASSANANTI**, )
Deceased )
)
**SANDRA PASSANANTI**, in her own right as the )
Sister of **HORACE ROBERT PASSANANTI**, )
Deceased )
)
**ANANT PATEL**, in his own right as an Injured )
Party )
)
**YOGESH R. PATEL**, in his own right and as the )
Representative of the **ESTATE OF AVNISH** )
**RAMANBHAI PATEL**, Deceased )
)
**RAMANBHAS M. PATEL**, in his own right as the )
Father of **AVNISH RAMANBHAI PATEL**, )
Deceased )
)
**SUSHILABEN R. PATEL**, in her own right as the )
Mother of **AVNISH RAMANBHAI PATEL**, )
Deceased )
)
**JAYANT R. PATEL**, in his own right as the Father )
of **DIPTI PATEL**, Deceased )
)
**KAPILA PATEL**, in her own right as the Mother )
of **DIPTI PATEL**, Deceased )
)
**NIRAJ PATEL**, in his own right as the Brother of )
**DIPTI PATEL**, Deceased )
)

**RANTIK PATEL**, in his own right as the Brother )
of **DIPTI PATEL**, Deceased )
)
**NIMISHA PATEL**, in her own right as the Sister of )
**DIPTI PATEL**, Deceased )
)
**VIBHUTI PATEL**, in her own right as the Sister of )
**DIPTI PATEL**, Deceased )
)
**SAKAE TAKUSHIMA**, in her own right as the )
Fiancé of **MANISH K. PATEL**, Deceased )
)
**LISA PATERSON**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF STEVEN BENNETT PATERSON**, )
Deceased )
)
**LOIS PATERSON GALLO**, in her own right as )
the Sister of **STEVEN BENNETT PATERSON**, )
Deceased )
)
**GEORGE PATERSON, JR.**, in his own right as )
the Brother of **STEVEN BENNETT PATERSON**, )
Deceased )
)
**JOSEPH J. PATERSON**, in his own right as the )
Brother of **STEVEN BENNETT PATERSON**, )
Deceased )
)
**BARBARA A. PATRICK**, in her own right as the )
Mother of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**JERRY PATRICK**, in his own right as the Father )
of **JAMES MATTHEW PATRICK**, Deceased )
)
**KEVIN M. PATRICK**, in his own right as the )
Brother of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**ALICIA M. PATRICK**, in her own right as the )
Sister of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**KATHRYN M. PATRICK**, in her own right as the )
Sister of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**GREGORY PATSOS**, in his own right as an )
Injured Party )
)
**MICHAEL PATTI**, in his own right and as the Co- )
Representative of the **ESTATE OF CIRA MARIE** )

**PATTI**, Deceased )
)
**FRANCES PATTI**, in her own right and as the Co- )
Representative of the **ESTATE OF CIRA MARIE** )
**PATTI**, Deceased )
)
**JULIANN PATTI-ANDOLPHO**, in her own right )
as the Sister of **CIRA MARIE PATTI**, Deceased )
)
**MICHAEL PATTI, JR.**, in his own right as the )
Brother of **CIRA MARIE PATTI**, Deceased )
)
**RICHARD P. PATTI**, in his own right as the )
Brother of **CIRA MARIE PATTI**, Deceased )
)
**LOUIS M. PECORA**, in his own right as an )
Injured Party )
)
**KIA P. PAVLOFF**, in her own right and on behalf )
of the Minor Child of **THOMAS PECORELLI**, )
Deceased )
)
**RICHARD PEITLER**, in his own right as an )
Injured Party )
)
**MARIA I. PELLOT**, in her own right as an Injured )
Party )
)
**MICHELE T. PENA**, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the **ESTATE OF ANGEL R. PENA**, Deceased )
)
**MILCIA C. PENA**, in her own right as an Injured )
Party )
)
**RALPH PEPE**, in his own right as an Injured Party )
)
**CIELITA PERALTA**, in her own right and as the )
Representative of the **ESTATE OF CARL ALLEN** )
**PERALTA**, Deceased )
)
**OSCAR F. PERALTA**, in his own right as the )
Father of **CARL ALLEN PERALTA**, Deceased )
)
**GUIDO PERALTA**, in his own right as an Injured )
Party )
)
**TAMMY PERCONTI**, in her own right and as the )
Representative of the **ESTATE OF JON A.** )
**PERCONTI**, Deceased )
)
**LUCIA PERCONTI**, in her own right as the )
Mother of **JON A. PERCONTI**, Deceased )

164

**SHAWN BITTNER**, as the Representative of the
**ESTATE OF ANGELA SUSAN PEREZ**,
Deceased

**STEVEN PEREZ**, in his own right as an Injured
Party

**PATRICIA J. PERRY**, in her own right and as the
Representative of the **ESTATE OF JOHN
WILLIAM PERRY**, Deceased

**STEVEN C. PERRY**, in his own right as an Injured
Party

**WILLIAM J. PESATURE**, in his own right as an
Injured Party

**PAUL PESCE**, in his own right and as the Co-
Representative of the **ESTATE OF DANNY
PESCE**, Deceased

**CHIARA PESCE**, in her own right and as the Co-
Representative of the **ESTATE OF DANNY
PESCE**, Deceased

**FRANK PESCE**, in his own right as the Brother of
**DANNY PESCE**, Deceased

**ANGELA FRUNZI**, in her own right as the Sister
of **DANNY PESCE**, Deceased

**JOSEPH G. PESCE**, in his own right as an Injured
Party

**THOMAS F. PESCHERINE, SR.**, in his own right
as the Father of **MICHAEL JOHN
PESCHERINE**, Deceased

**ANNE MARIE PESCHERINE**, in her own right
as the Mother of **MICHAEL JOHN
PESCHERINE**, Deceased

**WILLIAM KEVIN PESCHERINE**, in his own
right as the Brother of **MICHAEL JOHN
PESCHERINE**, Deceased

**NANCY GIONCO**, in her own right as the Sister of
**MICHAEL JOHN PESCHERINE**, Deceased

**ROBERT E. PETERS**, in his own right as an
Injured Party

165

NORMAN PETERSON, in his own right as the )
Father of DAVIN N. PETERSON, Deceased )
)
NICOLE PETROCELLI, in her own right and as )
the Representative of the ESTATE OF MARK )
JAMES PETROCELLI, Deceased )
)
ALBERT P. PETROCELLI, in his own right as )
the Father of MARK JAMES PETROCELLI, )
Deceased )
)
ALBERT P. PETROCELLI, JR., in his own right )
as the Brother of MARK JAMES PETROCELLI, )
Deceased )
)
VIRGINIA PETROCELLI, in her own right as the )
Mother of MARK JAMES PETROCELLI, )
Deceased )
)
SUSAN L. PICARRO, in her own right and as the )
Representative of the ESTATE OF LUDWIG )
JOHN PICARRO, Deceased )
)
MANEULA PICHARDO, in her own right as an )
Injured Party )
)
PEDRO PICHARDO, in his own right as an )
Injured Party )
)
MARIE PUCCIO-PICK, in her own right, on )
behalf of the Minor Child, and as the Representative )
of the ESTATE OF JOSEPH PICK, Deceased )
)
PATRICIA KEELAN, in her own right as the )
Sister of BERNARD PIETRONICO, Deceased )
)
JACQUELINE PIETRONICO, in her own right )
and as the Representative of the ESTATE OF )
BERNARD PIETRONICO, Deceased )
)
MICHAEL PIETRONICO, in his own right as the )
Brother of BERNARD PIETRONICO, Deceased )
)
PATRICIA M. PIETRONICO, in her own right as )
the Mother of BERNARD PIETRONICO, )
Deceased )
)
JANET CIARAMELLO, in her own right as the )
Sister of NICHOLAS P. PIETRUNTI, Deceased )
)
JOHN J. PIETRUNTI, in his own right and as the )
Representative of the ESTATE OF NICHOLAS P. )
PIETRUNTI, Deceased )

**RUBEN PIMENTEL**, in his own right as an
Injured Party

**DOUGLAS PINTO**, in his own right, on behalf of
the Minor Children, and as the Representative of the
**ESTATE OF SUSAN ELIZABETH PINTO**,
Deceased

**DOROTHY ANCONA**, in her own right as the
Mother of **SUSAN ELIZABETH PINTO**,
Deceased

**BARBARA GRAY**, in her own right as the Sister
of **SUSAN ELIZABETH PINTO**, Deceased

**VINCENT PINTO**, in his own right as an Injured
Party

**CARLOS DOMINGUEZ PEREZ**, in his own
right as the Brother of **ALBERTO DOMINGUEZ
PIRIZ**, Deceased

**MARIA REINA DOMINGUEZ PIRIZ**, in her
own right as the Sister of **ALBERTO
DOMINGUEZ PIRIZ**, Deceased

**GERARD PIRRAGLIA**, in his own right as an
Injured Party

**ROSEMARY PISKADLO**, in her own right and as
the Representative of the **ESTATE OF JOSEPH
PISKADLO**, Deceased

**STEVEN PISKADLO**, in his own right as the Son
of **JOSEPH PISKADLO**, Deceased

**BRIAN PISKADLO**, in his own right as the Son of
**JOSEPH PISKADLO**, Deceased

**LAURA PISKADLO**, in her own right as the
Daughter of **JOSEPH PISKADLO**, Deceased

**LEONARD PITTZ**, in his own right as an Injured
Party

**SUSAN PIVER**, in her own right and as the
Representative of the **ESTATE OF JOSHUA
MICHAEL PIVER**, Deceased

**DOREEN PLUMITALLO**, in her own right, on
behalf of the Minor Children, and as Representative
of the **ESTATE OF JOSEPH PLUMITALLO**,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Deceased )
)
**EDMUND L. PLUNKETT**, in his own right as an )
Injured Party )
)
**LAURA A. GRYGOTIS**, in her own right and as )
the Representative of the **ESTATE OF JOHN M.** )
**POCHER**, Deceased )
)
**BERNARD POLATSCH**, in his own right as the )
Father of **LAURENCE MICHAEL POLATSCH**. )
Deceased )
)
**BARBARA L. POLHEMUS**, in her own right and )
as the Representative of the **ESTATE OF** )
**THOMAS H. POLHEMUS**, Deceased )
)
**VASILE POPTEAN**, in his own right and as the )
Representative of the **ESTATE OF JOSHUA I.** )
**POPTEAN**, Deceased )
)
**NIKKI L. STERN**, in her own right and as the )
Representative of the **ESTATE OF JAMES E.** )
**POTORTI**, Deceased )
)
**DAN J. POTTER**, in his own right as an Injured )
Party )
)
**MARGARET POULOS**, in her own right as the )
Wife of **RICHARD N. POULOS**, Deceased )
)
**RICHARD J. POULOS**, in his own right as the )
Son of **RICHARD N. POULOS**, Deceased )
)
**ERIN POULOS**, in her own right as the Son of )
**RICHARD N. POULOS**, Deceased )
)
**LISA SARNI**, in her own right as the Daughter of )
**RICHARD N. POULOS**, Deceased )
)
**CATHERINE POWELL**, in her own right and as )
the Representative of the **ESTATE OF SCOTT** )
**ALAN POWELL**, Deceased )
)
**JEAN POWELL**, in her own right as the Wife of )
**SEAN POWELL**, Deceased )
)
**ASMARELI SAGO**, in her own right as the )
Domestic Partner of **ANTONIO PRATT**, Deceased )
)
**FRANK PRESCIA**, in his own right as an Injured )
Party )
)

**LORI A. PREZIOSE**, in her own right as the Wife )
of **GREGORY M. PREZIOSE**, Deceased )
)
**JAKE D. PREZIOSE**, in his own right as the Son )
of **GREGORY M. PREZIOSE**, Deceased )
)
**ANTHONY G. PREZIOSE**, in his own right as the )
Son of **GREGORY M. PREZIOSE**, Deceased )
)
**GABRIELLE M. PREZIOSE**, in her own right as )
the Daughter of **GREGORY M. PREZIOSE**, )
Deceased )
)
**ALEXANDER PREZIOSE**, in his own right as the )
Father of **GREGORY M. PREZIOSE**, Deceased )
)
**DOLORIS PREZIOSE**, in her own right as the )
Mother of **GREGORY M. PREZIOSE**, Deceased )
)
**CHRISTOPHER PREZIOSE**, in his own right as )
the Brother of **GREGORY M. PREZIOSE**, )
Deceased )
)
**JAMES A. PREZIOSE**, in his own right as the )
Brother of **GREGORY M. PREZIOSE**, Deceased )
)
**JOHN PREZIOSE**, in his own right as the Brother )
of **GREGORY M. PREZIOSE**, Deceased )
)
**BAMBANG PRIATNO**, in his own right as an )
Injured Party )
)
**SALVATORE T. PRINCIOTTA, JR.**, in his own )
right as an Injured Party )
)
**GERARD J. PRIOR**, in his own right as the Father )
of **KEVIN M. PRIOR**, Deceased )
)
**MARIAN A. PRIOR**, in her own right as the )
Mother of **KEVIN M. PRIOR**, Deceased )
)
**MICHAEL J. PRIOR**, in his own right as an )
Injured Party )
)
**BRIAN PRITCHARD**, in his own right as an )
Injured Party )
)
**WILLIAM PRIVITAR**, in his own right as an )
Injured Party )
)
**EVERETT PROCTOR, JR.**, in his own right and )
as the Representative of the **ESTATE OF** )
**EVERETT M. PROCTOR, III**, Deceased )

169

**MARY E. GRIFFIN**, in her own right as the Sister of **EVERETT M. PROCTOR, III**, Deceased )

**CATHERINE B. PROCTOR**, in her own right as the Mother of **EVERETT M. PROCTOR, III**, Deceased )

**DONALD H. PROGEN**, in his own right and as the Representative of the **ESTATE OF CARRIE BETH PROGEN**, Deceased )

**KATHLEEN A. PROGEN**, in her own right as the Mother of **CARRIE BETH PROGEN**, Deceased )

**MATTHEW ERIC PROGEN**, in his own right as the Brother of **CARRIE BETH PROGEN**, Deceased )

**SALVATORE PROVENZANO**, in his own right as an Injured Party )

**KATHRYN S. PRUIM**, in her own right and on behalf of the Minor Child of **DAVID L. PRUIM**, Deceased )

**VINCENT PULEO**, in his own right as an Injured Party )

**ROBERT PULIZZOTTO**, in his own right as an Injured Party )

**MELISSA PULLIS**, in her own right and as the Representative of the **ESTATE OF EDWARD FRANK PULLIS**, Deceased )

**KEVIN PUMA**, in his own right and on behalf of the Minor Children of **PATRICIA ANN PUMA**, Deceased )

**ELEANOR WILSON**, in her own right as the Mother of **PATRICIA ANN PUMA**, Deceased )

**WILLIAM WILSON**, in his own right as the Father of **PATRICIA ANN PUMA**, Deceased )

**ANTOINETTE NICHOLASI**, in her own right as the Sister of **PATRICIA ANN PUMA**, Deceased )

**ROBERT WILSON**, in his own right as the Brother of **PATRICIA ANN PUMA**, Deceased )

**JANICE K. PUNCHES**, in her own right and as )

the Representative of the **ESTATE OF JACK D.**                )
**PUNCHES, JR.**, Deceased                                     )
                                                               )
**JENNIFER MARIE PUNCHES**, in her own right                   )
as the Daughter of **JACK D. PUNCHES, JR.**,                   )
Deceased                                                       )
                                                               )
**JEREMY DUANE PUNCHES**, in his own right as                  )
the Son of **JACK D. PUNCHES, JR.**, Deceased                  )
                                                               )
**DANIEL P. PURCELL**, in his own right as an                  )
Injured Party                                                  )
                                                               )
**FRANCIS PAUL PURSLEY**, in his own right as                  )
an Injured Party                                               )
                                                               )
**MICHAEL QUACKENBUSH**, in his own right as                   )
the Brother of **CHRISTOPHER**                                 )
**QUACKENBUSH**, Deceased                                      )
                                                               )
**GAIL QUACKENBUSH**, in her own right as the                  )
Sister of **CHRISTOPHER QUACKENBUSH**,                         )
Deceased                                                       )
                                                               )
**JAMES DUNNE, III**as the Representative of the               )
**ESTATE OF CHRISTOPHER**                                      )
**QUACKENBUSH**, Deceased                                      )
                                                               )
**JOHN M. QUEVEDO, JR.**, in his own right as an               )
Injured Party                                                  )
                                                               )
**MICHAEL J. QUEVEDO**, in his own right as an                 )
Injured Party                                                  )
                                                               )
**JOHN EUGENE QUIGLEY**, in his own right and                  )
as the Representative of the **ESTATE OF BETH**                )
**ANN QUIGLEY**, Deceased                                      )
                                                               )
**LOUELLA JEAN QUIGLEY**, in her own right as                  )
the Mother of **BETH ANN QUIGLEY**, Deceased                   )
                                                               )
**PATRICK J. QUIGLEY, JR.**, in his own right as               )
the Father of **PATRICK J QUIGLEY, IV**,                       )
Deceased                                                       )
                                                               )
**MI JA QUIGLEY**, in her own right as the Mother              )
of **PATRICK J QUIGLEY, IV**, Deceased                         )
                                                               )
**JOHN V. QUIGLEY**, in his own right as the                   )
Brother of **PATRICK J QUIGLEY, IV**, Deceased                 )
                                                               )
**RUTH QUIGLEY-LAWRENCE**, in her own right                    )
as the Sister of **PATRICK J QUIGLEY, IV**,                    )

Deceased )
)
**EDWIN QUINN**, in his own right as an Injured )
Party )
)
**ANTONIO QUINONES**, in his own right as an )
Injured Party )
)
**CARMEN QUINONES**, in her own right as an )
Injured Party )
)
**GODWIN QUINONES**, in his own right as an )
Injured Party )
)
**PAUL G. QUIRKE**, in his own right as an Injured )
Party )
)
**FRANK V. RACANIELLO**, in his own right and )
as the Representative of the **ESTATE OF** )
**CHRISTOPHER A. RACANIELLO**, Deceased )
)
**SANDRA L. RACANIELLO**, in her own right as )
the Mother of **CHRISTOPHER A.** )
**RACANIELLO**, Deceased )
)
**ED RADBURN**, in his own right and as the )
Representative of the **ESTATE OF BETTY** )
**BROWNE RADBURN**, Deceased )
)
**JAMES P. RAE**, in his own right as an Injured )
Party )
)
**LEONARD S. RAGAGLIA**, in his own right as the )
Father of **LEONARD J. RAGAGLIA**, Deceased )
)
**MAUREEN RAGAGLIA**, in her own right as the )
Mother of **LEONARD J. RAGAGLIA**, Deceased )
)
**DONNA RAGAGLIA**, in her own right and as the )
Representative of the **ESTATE OF LEONARD J.** )
**RAGAGLIA**, Deceased )
)
**LINDA TACCETTA**, in her own right as the Sister )
of **LEONARD J. RAGAGLIA**, Deceased )
)
**DANNY RAGAGLIA**, in his own right as the )
Brother of **LEONARD J. RAGAGLIA**, Deceased )
)
**PAUL RAGAGLIA**, in his own right as the Brother )
of **LEONARD J. RAGAGLIA**, Deceased )
)
**LAUREN RAGAGLIA**, in her own right as the )
Sister of **LEONARD J. RAGAGLIA**, Deceased )

172

**COLLEEN RAGAGLIA**, in her own right as the Sister of **LEONARD J. RAGAGLIA**, Deceased )

**DEBRA RAGAGLIA**, in her own right as the Sister of **LEONARD J. RAGAGLIA**, Deceased )

**CHRISTINE DURANTE**, in her own right as the Sister of **LEONARD J. RAGAGLIA**, Deceased )

**JANICE PUCCIARELLI**, in her own right as the Sister of **LEONARD J. RAGAGLIA**, Deceased )

**MAUREEN SCPARTA**, in her own right as the Sister of **LEONARD J. RAGAGLIA**, Deceased )

**RAYMOND RAGUCCI**, in his own right as an Injured Party )

**VINCENT J. RAGUSA**, in his own right and as the Representative of the **ESTATE OF MICHAEL PAUL RAGUSA**, Deceased )

**DOMENICA RAGUSA**, in her own right as the Mother of **MICHAEL PAUL RAGUSA**, Deceased )

**KENNETH RAGUSA**, in his own right as the Brother of **MICHAEL PAUL RAGUSA**, Deceased )

**VINCENT CARL RAGUSA**, in his own right as the Brother of **MICHAEL PAUL RAGUSA**, Deceased )

**CHRISTINE SALADEEN**, in her own right as the Sister of **MICHAEL PAUL RAGUSA**, Deceased )

**LENORE RAIMONDI**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF PETER F. RAIMONDI**, Deceased )

**LAUREN C. RAINES**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF HARRY A. RAINES**, Deceased )

**KIMBERLY RAINES**, in her own right as the Daughter of **HARRY A. RAINES**, Deceased )

**DARLENE G. RALL**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF EDWARD J. RALL**, Deceased )

**EDWARD A. RALL**, in his own right as the Father )

173

of **EDWARD J. RALL**, Deceased )
)
**JOAN P. RALL**, in her own right as the Mother of )
**EDWARD J. RALL**, Deceased )
)
**KEITH G. RALL**, in his own right as the Brother )
of **EDWARD J. RALL**, Deceased )
)
**WILLIAM F. RALL**, in his own right as the )
Brother of **EDWARD J. RALL**, Deceased )
)
**KENNETH M. RALLIS**, in his own right as an )
Injured Party )
)
**RICHARD RAMAIZEL**, in his own right as an )
Injured Party )
)
**JUAN RAMIREZ**, in his own right as an Injured )
Party )
)
**ALFONSO RAMOS**, in his own right as an Injured )
Party )
)
**ROBERT RAMOS**, in his own right as an Injured )
Party )
)
**ALFRED E. RANCKE**, in his own right as the )
Father of **ALFRED TODD RANCKE**, Deceased )
)
**BARBARA B. RANCKE**, in her own right as the )
Mother of **ALFRED TODD RANCKE**, Deceased )
)
**CYNTHIA RANCKE BIENEMANN**, in her own )
right as the Sister of **ALFRED TODD RANCKE**, )
Deceased )
)
**BARBARA R. SPENI**, in her own right as the )
Sister of **ALFRED TODD RANCKE**, Deceased )
)
**VIRGINIA BLADEN**, in her own right and as the )
Representative of the **ESTATE OF JONATHAN** )
**RANDALL**, Deceased )
)
**SEBASTIAN RASPANTI**, in his own right as an )
Injured Party )
)
**REGINALD SIMPSON**, in his own right as the )
Brother of **MARSHA RATCHFORD**, Deceased )
)
**CYNTHIA BENNETT**, in her own right as the )
Sister of **MARSHA RATCHFORD**, Deceased )
)
**ANGELIA S. BLUNT**, in her own right as the )

174

Sister of **MARSHA RATCHFORD**, Deceased )
)
**CLAUDIA MARIE STALLWORTH**, in her own )
right as the Mother of **MARSHA RATCHFORD**, )
Deceased )
)
**ROOSEVELT STALLWORTH, SR.**, in his own )
right as the Father of **MARSHA RATCHFORD**, )
Deceased )
)
**MAUREEN A. RAUB**, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the **ESTATE OF WILLIAM R. RAUB**, Deceased )
)
**JAMES REDDAN**, in his own right as an Injured )
Party )
)
**JOSH M. REDER**, in his own right as an Injured )
Party )
)
**DANIEL REEBER**, in his own right as an Injured )
Party )
)
**PAMELA REEVES**, in her own right as an Injured )
Party )
)
**EILEEN REGAN**, in her own right as the Sister of )
**DONALD REGAN**, Deceased )
)
**KATHERINE REGAN DEY**, in her own right as )
the Sister of **DONALD REGAN**, Deceased )
)
**RICHARD REGIS**, in his own right as an Injured )
Party )
)
**JOSEPH REID**, in his own right as an Injured )
Party )
)
**TIMOTHY J. REID**, in his own right as an Injured )
Party )
)
**THOMAS REIDY**, in his own right and as the )
Representative of the **ESTATE OF GREGG** )
**REIDY**, Deceased )
)
**MARY L. REIDY**, in her own right as the Mother )
of **GREGG REIDY**, Deceased )
)
**CHARLES REILLY**, in his own right as an Injured )
Party )
)
**GEORGE M. REILLY**, in his own right as the )
Father of **KEVIN O. REILLY**, Deceased )

JOAN E. REILLY, in her own right as the Mother )
of KEVIN O. REILLY, Deceased )
)
REGINA REILLY MADIGAN, in her own right )
as the Sister of KEVIN O. REILLY, Deceased )
)
THOMAS REILLY, in his own right as an Injured )
Party )
)
LISA REINA, in her own right and on behalf of the )
Minor Child of JOSEPH REINA, JR., Deceased )
)
ROSEMARIE REINA, in her own right as the )
Mother of JOSEPH REINA, JR., Deceased )
)
JOSEPH REINA, SR., in his own right as the )
Father of JOSEPH REINA, JR., Deceased )
)
MICHAEL REINA, in his own right as the Brother )
of JOSEPH REINA, JR., Deceased )
)
JOANN DEL PRETE, in her own right as the )
Sister of JOSEPH REINA, JR., Deceased )
)
JOHN E. REINHARDT, in his own right as an )
Injured Party )
)
GAYLE REISMAN, in her own right and as the )
Representative of the ESTATE OF FRANK )
REISMAN, Deceased )
)
JUDITH REISS, in her own right and as the )
Representative of the ESTATE OF JOSHUA )
SCOTT REISS, Deceased )
)
CHARLES RENDA, in his own right and on behalf )
of the Minor Child of KAREN RENDA, Deceased )
)
DANIEL RENDA, in his own right as the Son of )
KAREN RENDA, Deceased )
)
LLOYD RENDALL, in his own right as an Injured )
Party )
)
CHRISTINA RESTA, in her own right and as the )
Representative of the ESTATE OF JOHN )
RESTA, Deceased )
)
BERNARD RESTA, in his own right as the Father )
of JOHN RESTA, Deceased )
)
MICHAEL RESTA, in his own right as the Brother )

of **JOHN RESTA**, Deceased      )
     )
**THOMAS RESTA**, in his own right as the Brother )
of **JOHN RESTA**, Deceased      )

**DAWN ANGRISANI**, in her own right as the Sister )
of **JOHN RESTA**, Deceased      )
     )
**CHRISTINE MAZZEO**, in her own right as the   )
Sister of **JOHN RESTA**, Deceased      )
     )
**CHRISTOPHER REVERE**, in his own right as an )
Injured Party      )
     )
**FERNANDO REYES**, in his own right as an   )
Injured Party      )
     )
**JUAN L. REYES**, in his own right as an Injured  )
Party      )
     )
**KAREM REYNOSO**, in her own right as an   )
Injured Party      )
     )
**WILLIAM J. RICCARDULLI**, in his own right as )
an Injured Party      )
     )
**DANIEL RICCIARDI**, in his own right as an   )
Injured Party      )
     )
**JO ANN R. RICCIO**, in her own right and as the )
Representative of the **ESTATE OF RUDOLPH N.** )
**RICCIO**, Deceased      )
     )
**JOHN RICCOBONI**, in his own right as the   )
Husband of **ANN MARIE RICCOBONI**,    )
Deceased      )
     )
**JANINE RICCOBONI**, in her own right as the  )
Daughter of **ANN MARIE RICCOBONI**,    )
Deceased      )
     )
**MARIA ELENA SANTORELLI**, in her own right )
as the Daughter of **ANN MARIE RICCOBONI**,  )
Deceased      )
     )
**HUGH D. RICE**, in his own right and as the   )
Representative of the **ESTATE OF DAVID H.**  )
**RICE**, Deceased      )
     )
**CYNTHIA J. RICE**, in her own right as the Mother )
of **DAVID H. RICE**, Deceased      )
     )
**STEVEN J. RICHARDS**, in his own right as an  )

Injured Party                                                    )
                                                                )
**MAURICE RICHARDSON**, in his own right as an )
Injured Party                                                   )
                                                                )
**FRANCO RIGGIO**, in his own right as an Injured )
Party                                                           )
                                                                )
**THEODORE P. RIGO**, in his own right as the      )
Brother of **JOHN MATTHEWS RIGO**, Deceased )
                                                                )
**PAULA A. RIGO**, in her own right as the Sister of )
**JOHN MATTHEWS RIGO**, Deceased              )
                                                                )
**DAVID M. RIVAS**, in his own right as an Injured )
Party                                                           )
                                                                )
**CARLOS A. RIVERA**, in his own right as an      )
Injured Party                                                   )
                                                                )
**EDWIN RIVERA**, in his own right as an Injured )
Party                                                           )
                                                                )
**NILSA M. RIVERA**, in her own right and as the   )
Representative of the **ESTATE OF ISAIAS**        )
**RIVERA**, Deceased                               )
                                                                )
**MOISES RIVERA**, in his own right as the Brother )
of **ISAIAS RIVERA**, Deceased                    )
                                                                )
**CARMEN RIVERA**, in her own right as the Sister )
of **ISAIAS RIVERA**, Deceased                    )
                                                                )
**GLORIA GONZALEZ**, in her own right as the     )
Sister of **ISAIAS RIVERA**, Deceased             )
                                                                )
**ADRIAN ISAAC RIVERA**, in his own right as the )
Son of **ISAIAS RIVERA**, Deceased                )
                                                                )
**JOSUE RIVERA TRUJILLO**, in his own right as   )
the Brother of **ISAIAS RIVERA**, Deceased        )
                                                                )
**WILLIAM D. RIVERSO**, in his own right as the    )
Brother of **JOSEPH R. RIVERSO**, Deceased     )
                                                                )
**TERESA RIVERSO**, in her own right as the       )
Mother of **JOSEPH R. RIVERSO**, Deceased     )
                                                                )
**DOMENICO RIVERSO**, in his own right as the    )
Father of **JOSEPH R. RIVERSO**, Deceased     )
                                                                )
**MARIA RIVERSO**, in her own right as the Sister )
of **JOSEPH R. RIVERSO**, Deceased              )

178

RALPH J. RIVERSO, in his own right as the )
Brother of JOSEPH R. RIVERSO, Deceased )

PAUL RIZZA, in his own right as the Father of )
PAUL V. RIZZA, Deceased )

VIVIAN RIZZA, in her own right as the Mother of )
PAUL V. RIZZA, Deceased )

ELAINE M. RIZZA, in her own right and as the )
Representative of the ESTATE OF PAUL V. )
RIZZA, Deceased )

CONNIE RIZZO, in her own right as the Wife of )
JOHN RIZZO, Deceased )

ROBERT ROBERTO, SR., in his own right as the )
Father of JOSEPH ROBERTO, Deceased )

LUCY ROBERTO, in her own right as the Mother )
of JOSEPH ROBERTO, Deceased )

ROBERT ROBERTO, JR., in his own right as the )
Brother of JOSEPH ROBERTO, Deceased )

LORRAINE CAIAZZO, in her own right as the )
Sister of JOSEPH ROBERTO, Deceased )

DEBRA ROBERTS, in her own right and as the )
Representative of the ESTATE OF LEO A. )
ROBERTS, Deceased )

PAULETTE ROBERTS, in her own right and as )
the Representative of the ESTATE OF MICHAEL )
E. ROBERTS, Deceased )

THOMAS ROBERTS, in his own right as the )
Father of MICHAEL E. ROBERTS, Deceased )

JOHN J. ROBERTS, in his own right and as the )
Representative of the ESTATE OF MICHAEL )
EDWARD ROBERTS, Deceased )

VERONICA M. ROBERTS, in her own right as )
the Mother of MICHAEL EDWARD ROBERTS, )
Deceased )

KAREN F. ROBERTS, in her own right as the )
Sister of MICHAEL EDWARD ROBERTS, )
Deceased )

DONALD W. ROBERTSON, SR., in his own )

right as the Father of **DONALD W. ROBERTSON, JR.**, Deceased )

**MARCEE E. ROBERTSON**, in her own right as the Mother of **DONALD W. ROBERTSON, JR.**, Deceased )

**KATHLEEN ROBERTSON CUNNINGHAM**, in her own right as the Sister of **DONALD W. ROBERTSON, JR.**, Deceased )

**ELIZABETH ROBERTSON**, in her own right as the Sister of **DONALD W. ROBERTSON, JR.**, Deceased )

**KENNETH ROBULAK**, in his own right as an Injured Party )

**MARILYN ROCHA**, in her own right as the Wife of **ANTONIO ROCHA**, Deceased )

**NELSON ROCHA**, in his own right as an Injured Party )

**JOHN ROCHE**, in his own right as an Injured Party )

**JOYCE ANN M. RODAK**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF JOHN M. RODAK**, Deceased )

**JOHN J. RODAK**, in his own right as the Father of **JOHN M. RODAK**, Deceased )

**REGINA E. RODAK**, in her own right as the Mother of **JOHN M. RODAK**, Deceased )

**JOANNE RODAK GORI**, in her own right as the Sister of **JOHN M. RODAK**, Deceased )

**CRISTINA RODRIGUES**, in her own right and as the Co-Representative of the **ESTATE OF ANTONIO J. RODRIGUES**, Deceased )

**CRISTINA RODRIGUES**, in her own right and as the Co-Representative of the **ESTATE OF ANTONIO J. RODRIGUES**, Deceased )

**BRYAN RODRIGUES**, in his own right as an Injured Party )

**JUDY MARTINEZ**, in her own right as the Sister )

180

of **RICHARD RODRIGUES**, Deceased    )
    )
**ABIMAEL RODRIGUEZ**, in her own right as an    )
Injured Party    )
    )
**MELANIA GIL GOMEZ**, in her own right as the    )
Guardian of **DAVID BARTOLO RODRIGUEZ**,    )
Deceased    )
    )
**MIRIAM RODRIGUEZ**, in her own right as an    )
Injured Party    )
    )
**ROSAULINA RODRIGUEZ**, in her own right as    )
an Injured Party    )
    )
**JOHN ROGAN**, in his own right as the Father of    )
**MATTHEW SEAN ROGAN**, Deceased    )
    )
**MARIAN ROGAN**, in her own right as the Mother )
of **MATTHEW SEAN ROGAN**, Deceased    )
    )
**JOHN R. ROGERS**, in his own right as an Injured )
Party    )
    )
**JULIO ROIG, JR.**, in his own right as an Injured    )
Party    )
    )
**TERESA ROIG**, in her own right as the Wife of    )
**JULIO ROIG, JR.**, an Injured Party    )
    )
**SUSANA ROJAS**, in her own right as an Injured    )
Party    )
    )
**JOHN T. ROKEE**, in his own right as an Injured    )
Party    )
    )
**ARNOLD ROMA**, in his own right as an Injured    )
Party    )
    )
**ARNOLD ROMA**, in his own right and as the    )
Representative of the **ESTATE OF KEITH**    )
**ROMA**, Deceased    )
    )
**ROSEMARY ROMA**, in her own right as the    )
Mother of **KEITH ROMA**, Deceased    )
    )
**MAUREEN ROMA GARRI**, in her own right as    )
the Sister of **KEITH ROMA**, Deceased    )
    )
**KEVIN ROMA**, in his own right as the Brother of    )
**KEITH ROMA**, Deceased    )
    )
**WILLIAM ROMAKA**, in his own right as an    )

Injured Party ）

**DIANE ROMERO**, in her own right and as the
Representative of the **ESTATE OF ELVIN
ROMERO**, Deceased

**JOHN B. ROONEY**, in his own right as an Injured
Party

**BEVERLY ECKERT**, in her own right and as the
Representative of the **ESTATE OF SEAN
ROONEY**, Deceased

**VICTOR J. ROSA**, in his own right as an Injured
Party

**ANTHONY A. ROSADO**, in his own right as an
Injured Party

**PATRICIA ROSEN**, in her own right and as the
Representative of the **ESTATE OF MARK H.
ROSEN**, Deceased

**BARRY ROSNER**, in his own right as the Father
of **SHERYL ROSENBAUM**, Deceased

**BOBBI ROSNER**, in her own right as the Mother
of **SHERYL ROSENBAUM**, Deceased

**RICHARD ROSENBLUM**, in his own right and as
the Co-Representative of the **ESTATE OF
JOSHUA ROSENBLUM**, Deceased

**SUSAN S. ROSENBLUM**, in her own right and as
the Co-Representative of the **ESTATE OF
JOSHUA ROSENBLUM**, Deceased

**AVRAM ROSENTHAL**, in his own right as the
Father of **JOSHUA ALAN ROSENTHAL**,
Deceased

**LOREN ROSENTHAL**, in her own right and as
the Representative of the **ESTATE OF RICHARD
ROSENTHAL**, Deceased

**CHRISTOPHER ROSSOMANDO**, in his own
right as the Brother of **NICHOLAS P.
ROSSOMANDO**, Deceased

**RICK ROSETTI**, in his own right as the Brother of
**DANIEL JAMES ROSETTI**, Deceased

**ROBERT J. ROSETTI, SR.**, in his own right as

182

the Brother of **DANIEL JAMES ROSETTI**,  )
Deceased                                    )
                                            )
**DARLENE ROSETTI**, in her own right as the  )
Sister of **DANIEL JAMES ROSETTI**, Deceased  )
                                            )
**CHERYL ROSETTI**, in her own right as the Sister )
of **DANIEL JAMES ROSETTI**, Deceased       )
                                            )
**SHIRLEY ROSETTI**, in her own right as the  )
Mother of **DANIEL JAMES ROSETTI**, Deceased )
                                            )
**DONNA DEROSS**, in her own right as the Sister of )
**NICHOLAS P. ROSSOMANDO**, Deceased       )
                                            )
**PETER A. ROSSOMANDO**, in his own right as )
the Father of **NICHOLAS P. ROSSOMANDO**,   )
Deceased                                    )
                                            )
**JASON ROTHBERG**, in his own right and as the )
Representative of the **ESTATE OF MICHAEL C.** )
**ROTHBERG**, Deceased                      )
                                            )
**IRIS E. ROTHBERG**, in her own right as the )
Mother of **MICHAEL C. ROTHBERG**, Deceased )
                                            )
**RHONDA B. ROTHBERG**, in her own right as the )
Sister of **MICHAEL C. ROTHBERG**, Deceased )
                                            )
**LOUIS ROTONDO**, in his own right as an Injured )
Party                                       )
                                            )
**DAVID ROWAN**, in his own right as an Injured )
Party                                       )
                                            )
**MARK J. ROWAN**, in his own right as an Injured )
Party                                       )
                                            )
**ALEXANDER W. ROWE**, in his own right as the )
Father of **NICHOLAS CHARLES ALEXANDER** )
**ROWE**, Deceased                          )
                                            )
**JAMES J. ROZAS**, in his own right as an Injured )
Party                                       )
                                            )
**LOUIS RUGGIRELLO**, in his own right as an )
Injured Party                               )
                                            )
**FERN RUHALTER**, in her own right, on behalf of )
the Minor Children, and as Representative of the )
ESTATE OF ADAM K. RUHALTER, Deceased        )
                                            )
**DONALD J. RULAND**, in his own right as an )

183

Injured Party )
)
**WILLIAM RUSSELL**, in his own right as the )
Brother of **STEPHEN P. RUSSELL**, Deceased )
)
**CLIFFORD S. RUSSELL, JR.**, in his own right as )
the Brother of **STEPHEN P. RUSSELL**. Deceased )
)
**EDWARD RUSSIN**, in his own right as the Father )
of **STEVEN HARRIS RUSSIN**, Deceased )
)
**GLORIA RUSSIN**, in her own right as the Mother )
of **STEVEN HARRIS RUSSIN**, Deceased )
)
**BARRY RUSSIN**, in his own right as the Brother )
of **STEVEN HARRIS RUSSIN**, Deceased )
)
**ARTHUR RUSSO**, in his own right as the Father of )
**WAYNE A. RUSSO**, Deceased )
)
**ARLENE RUSSO**, in her own right as the Mother )
of **WAYNE A. RUSSO**, Deceased )
)
**THOMAS D. RYAN**, in his own right as an Injured )
Party )
)
**JEAN MARC SAADA**, in his own right as the )
Father of **THIERRY SAADA**, Deceased )
)
**MARTINE SAADA**, in her own right as the )
Mother of **THIERRY SAADA**, Deceased )
)
**RUDY SAADA**, in his own right as the Brother of )
**THIERRY SAADA**, Deceased )
)
**ANTHONY SAADA**, in his own right as the )
Brother of **THIERRY SAADA**, Deceased )
)
**CINDY SAADA**, in her own right as the Sister of )
**THIERRY SAADA**, Deceased )
)
**ROHY SAADA**, in his own right as the Brother of )
**THIERRY SAADA**, Deceased )
)
**GARY SAADA**, in his own right as the Brother of )
**THIERRY SAADA**, Deceased )
)
**RALPH SABBAG**, in his own right and as the )
Representative of the **ESTATE OF JASON E.** )
**SABBAG**, Deceased )
)
**BRIGITTE SABBAG**, in her own right as the )
Mother of **JASON E. SABBAG**, Deceased )

184

**CLIFTON SABBAG**, in his own right as the )
Brother of **JASON E. SABBAG**, Deceased )
)
**LAURENCE HAGAN**, in her own right as the )
Sister of **JASON E. SABBAG**, Deceased )
)
**DIANA SABELLA**, in her own right and on behalf )
of the Minor Children of **THOMAS E. SABELLA**, )
Deceased )
)
**EDWARD SABELLA**, in his own right as the )
Father of **THOMAS E. SABELLA**, Deceased )
)
**ANGELINA SABELLA**, in her own right as the )
Mother of **THOMAS E. SABELLA**, Deceased )
)
**CHARLES T. SABELLA**, in his own right as the )
Brother of **THOMAS E. SABELLA**, Deceased )
)
**LORETTA SABELLA VIGLIONE**, in her own )
right as the Sister of **THOMAS E. SABELLA**, )
Deceased )
)
**BRUCE D. SABER**, in his own right and as the Co- )
Representative of the **ESTATE OF SCOTT** )
**SABER**, Deceased )
)
**BRIAN SABER**, in his own right and as the Co- )
Representative of the **ESTATE OF SCOTT** )
**SABER**, Deceased )
)
**KAREN A. SACHS**, in her own right as the Mother )
of **JESSICA LEIGH SACHS**, Deceased )
)
**STEPHEN R. SACHS**, in his own right and as the )
Representative of the **ESTATE OF JESSICA** )
**LEIGH SACHS**, Deceased )
)
**KATHERINE SCOVILL**, in her own right as the )
Sister of **JESSICA LEIGH SACHS**, Deceased )
)
**JOHN SAFI**, in his own right and as the )
Representative of the **ESTATE OF JUDE ELIAS** )
**SAFI**, Deceased )
)
**AHLAM SAFI**, in his own right as the Father of )
**JUDE ELIAS SAFI**, Deceased )
)
**ELIAS SAFI**, in her own right as the Mother of )
**JUDE ELIAS SAFI**, Deceased )
)
**SILVERIA SEGURA**, in her own right and on )

behalf of the Minor Children of **JUAN SALAS**, )
Deceased )
)
**MATTHEW SALMON**, in his own right as an )
Injured Party )
)
**ROBERT SALMON**, in his own right as an Injured )
Party )
)
**DEBRA SALOMAN**, in her own right and as the )
Representative of the **ESTATE OF WAYNE J.** )
**SALOMAN**, Deceased )
)
**ROSEMARIE GIALLOMBARDO**, in her own )
right and as the Representative of the **ESTATE OF** )
**PAUL RICHARD SALVIO**, Deceased )
)
**VINCENT GIALLOMBARDO**, in his own right )
as the Brother of **PAUL RICHARD SALVIO**, )
Deceased )
)
**ROBERT GIALLOMBARDO, JR.**, in his own )
right as the Brother of **PAUL RICHARD SALVIO**, )
Deceased )
)
**DINA GIALLOMBARDO**, in her own right as the )
Sister of **PAUL RICHARD SALVIO**, Deceased )
)
**REINA SALZEDO**, in her own right as an Injured )
Party )
)
**EUGENIA BOGADO**, in her own right as the )
Mother of **CARLOS A. SAMANIEGO**, Deceased )
)
**LUIS S. SAMANIEGO**, in his own right and as the )
Representative of the **ESTATE OF CARLOS A.** )
**SAMANIEGO**, Deceased )
)
**CLIDE R. SAMPSON**, in his own right as an )
Injured Party )
)
**LINDA J. SAMUEL**, in her own right and as the )
Representative of the **ESTATE OF JAMES K.** )
**SAMUEL, JR**, Deceased )
)
**JAMES K. SAMUEL**, in his own right as the )
Father of **JAMES K. SAMUEL, JR**, Deceased )
)
**JENNIFER AGRESTO**, in her own right as the )
Sister of **JAMES K. SAMUEL, JR**, Deceased )
)
**JOSE LUIS SAN PIO**, in his own right and as the )
Representative of the **ESTATE OF SYLVIA SAN** )

**PIO**, Deceased )
)
**CARLOS SANCHEZ**, in his own right as an )
Injured Party )
)
**CONCEPCION SANCHEZ**, in her own right as an )
Injured Party )
)
**JOSE ANTONIO SANCHEZ, JR.**, in his own )
right as an Injured Party )
)
**CAROL SUE SANDLER**, in her own right and as )
the Representative of the **ESTATE OF HERMAN** )
**S. SANDLER**, Deceased )
)
**OSCAR F. SANDOVAL**, in his own right as an )
Injured Party )
)
**JENNIFER SANDS**, in her own right and as the )
Representative of the **ESTATE OF JAMES** )
**SANDS, JR.**, Deceased )
)
**ROBERT SANTANDREA**, in his own right as an )
Injured Party )
)
**LUIS SANTIAGO**, in his own right as an Injured )
Party )
)
**ALEXANDER SANTORA**, in his own right as the )
Father of **CHRISTOPHER A. SANTORA**, )
Deceased )
)
**MAUREEN SANTORA**, in her own right as the )
Mother of **CHRISTOPHER A. SANTORA**, )
Deceased )
)
**PATRICIA SANTORA**, in her own right as the )
Sister of **CHRISTOPHER A. SANTORA**, )
Deceased )
)
**JENNIFER ECHEVARRIA**, in her own right as )
the Sister of **CHRISTOPHER A. SANTORA**, )
Deceased )
)
**KATHLEEN SANTORA-MONTALI**, in her own )
right as the Sister of **CHRISTOPHER A.** )
**SANTORA**, Deceased )
)
**ALBERTO SANTORO**, in his own right as the )
Father of **MARIO L. SANTORO**, Deceased )
)
**ELLEN L. SARACINI**, in her own right and as the )
Representative of the **ESTATE OF VICTOR J.** )

SARACINI, Deceased )
)
ANNE C. SARACINI, in her own right as the )
Mother of VICTOR J. SARACINI, Deceased )
)
JOANNE RENZI, in her own right as the Sister of )
VICTOR J. SARACINI, Deceased )
)
NARASIMHA SATTALURI, in his own right as )
the Husband of DEEPIKA SATTALURI, )
Deceased )
)
GLENN SAVERY, in his own right as an Injured )
Party )
)
THELMA SAVERY, in her own right as an Injured )
Party )
)
VALERIY SAVINKIN, in his own right and as the )
Representative of the ESTATE OF VLADIMIR )
SAVINKIN, Deceased )
)
VALENTINA SAVINKINA, in her own right as )
the Mother of VLADIMIR SAVINKIN, Deceased )
)
GALINA SAVINKINA, in her own right as the )
Sister of VLADIMIR SAVINKIN, Deceased )
)
JUDY MONTESERRATO, in her own right as the )
Fiancé of JOHN MICHAEL SBARBARO, )
Deceased )
)
THOMAS SCALLY, in his own right as an Injured )
Party )
)
SHEILA SCANDOLE, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the ESTATE OF ROBERT L. SCANDOLE, )
Deceased )
)
ROBERT SCANDOLE, in his own right as the )
Father of ROBERT L. SCANDOLE, Deceased )
)
MARGARET SCANDOLE, in her own right as )
the Mother of ROBERT L. SCANDOLE, )
Deceased )
)
CHRISTOPHER SCANDOLE, in his own right as )
the Brother of ROBERT L. SCANDOLE, )
Deceased )
)
JULIE SCARPITTA, in her own right and as the )
Representative of the ESTATE OF MICHELLE )

188

SCARPITTA, Deceased )
)
BENEDICT SCARSELLA, in his own right as an )
Injured Party )
)
JEANETTE SCHARDT, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the ESTATE OF JOHN A. )
SCHARDT, Deceased )
)
ROBERT SCHARDT, in his own right as the )
Father of JOHN A. SCHARDT, Deceased )
)
MARGARET SCHARDT, in her own right as the )
Mother of JOHN A. SCHARDT, Deceased )
)
KENNETH R. SCHARDT, in his own right as the )
Brother of JOHN A. SCHARDT, Deceased )
)
DEBRA SACCO, in her own right as the Sister of )
JOHN A. SCHARDT, Deceased )
)
CARL SCHEETZ, in his own right as an Injured )
Party )
)
ELLIOT SCHEINBERG, in his own right and as )
the Representative of the ESTATE OF ANGELA )
SUSAN SCHEINBERG, Deceased )
)
DONALD P. SCHIPF, in his own right as an )
Injured Party )
)
KARL H. SCHMIDT, in his own right and as the )
Co-Representative of the ESTATE OF KAREN )
HELENE SCHMIDT, Deceased )
)
LAUREN J. OSNATO, in her own right and as the )
Co-Representative of the ESTATE OF KAREN )
HELENE SCHMIDT, Deceased )
)
ROBERT SCHMITT, in his own right as an )
Injured Party )
)
ROBERT SCHNALL, in his own right as an )
Injured Party )
)
PETER A. SCHOEPE, in his own right as an )
Injured Party )
)
DANIEL R. SCHOFIELD, in his own right as an )
Injured Party )
)
DANIEL SCHUG, in his own right as an Injured )

Party )
)
**LISA A. SCHUNK**, in her own right as the Wife of )
**EDWARD W. SCHUNK**, Deceased )
)
**PATRICIA SCHWARTZ**, in her own right as the )
Wife of **MARK SCHWARTZ**, Deceased )
)
**ANDREW SCHWARTZ**, in his own right as the )
Son of **MARK SCHWARTZ**, Deceased )
)
**JENNIFER SCHWARTZ**, in her own right as the )
Daughter of **MARK SCHWARTZ**, Deceased )
)
**DAVID SEDACCA**, in his own right as an Injured )
Party )
)
**LOREEN SELLITTO**, in her own right and as the )
Representative of the **ESTATE OF MATTHEW** )
**CARMEN SELLITTO**, Deceased )
)
**MATTHEW T. SELLITTO**, in his own right as )
the Father of **MATTHEW CARMEN SELLITTO**, )
Deceased )
)
**JONATHAN SELLITTO**, in his own right as the )
Brother of **MATTHEW CARMEN SELLITTO**, )
Deceased )
)
**JAMES SELWYN**, in his own right as the Son of )
**HOWARD SELWYN**, Deceased )
)
**FRANCES RUTH SELWYN**, in her own right and )
as the Representative of the **ESTATE OF** )
**HOWARD SELWYN**, Deceased )
)
**DEBBI E. SENKO**, in her own right and as the )
Representative of the **ESTATE OF LARRY JOHN** )
**SENKO**, Deceased )
)
**ROBERT SENN**, in his own right as an Injured )
Party )
)
**JEFFREY SENTOWSKI**, in his own right as an )
Injured Party )
)
**WILLIAM J. SERGIO**, in his own right as an )
Injured Party )
)
**BARBARA SERNA**, in her own right as an Injured )
Party )
)
**BRUCE E. SERVA**, in his own right and as the )

Representative of the **ESTATE OF MARIAN H. SERVA**, Deceased )

**CHRISTINA SERVA**, in her own right as the Daughter of **MARIAN H. SERVA**, Deceased )

**IRENE SESSA**, in her own right and as the Co-Representative of the **ESTATE OF ADELE SESSA**, Deceased )

**ALBERICO SESSA**, in his own right as the Brother of **ADELE SESSA**, Deceased )

**ELENA SANDBERG**, in her own right as the Sister of **ADELE SESSA**, Deceased )

**CHRISTINE PATTERSON**, in her own right and as the Co-Representative of the **ESTATE OF ADELE SESSA**, Deceased )

**JENNY RAHAMAN**, in her own right as the Sister of **SITA N. SEWNARINE**, Deceased )

**BHOOPAUL SEWNARINE**, in his own right as the Brother of **SITA N. SEWNARINE**, Deceased )

**KEVIN SHAEFFER**, in his own right as an Injured Party )

**ABIDA SHAIKH**, in her own right as an Injured Party )

**DEBRA SHAW**, in her own right and as the Representative of the **ESTATE OF JEFFREY J. SHAW**, Deceased )

**DAWN M. SHAY**, in her own right, on behalf of the Minor Children, and as the Co-Representative of the **ESTATE OF ROBERT J. SHAY, JR.**, Deceased )

**DAWN M. SHAY**, in her own right and as the Co-Representative of the **ESTATE OF ROBERT J. SHAY, JR.**, Deceased )

**ROBERT J. SHAY, SR.**, in his own right as the Father of **ROBERT J. SHAY, JR.**, Deceased )

**MAUREEN SHAY**, in her own right as the Mother of **ROBERT J. SHAY, JR.**, Deceased )

**JAMES SHAY**, in his own right as the Brother of **ROBERT J. SHAY, JR.**, Deceased )

**MICHAEL A. SHAY**, in his own right as the
Brother of **ROBERT J. SHAY, JR.**, Deceased

**EILEEN SHAY**, in her own right as the Sister of
**ROBERT J. SHAY, JR.**, Deceased

**LEANNE SHAY**, in her own right as the Sister of
**ROBERT J. SHAY, JR.**, Deceased

**KATHLEEN SHAY**, in her own right as the Sister
of **ROBERT J. SHAY, JR.** Deceased

**MAUREEN SURKO**, in her own right as the Sister
of **ROBERT J. SHAY, JR.**, Deceased

**CAROLYN SHAY**, in her own right as the Sister of
**ROBERT J. SHAY, JR.**, Deceased

**KEVIN M. SHEA**, in his own right as an Injured
Party

**DANIEL J. SHEEHAN**, in his own right and as the
Representative of the **ESTATE OF LINDA JUNE
SHEEHAN**, Deceased

**ROBERT D. SHEEHAN**, in his own right as the
Brother of **LINDA JUNE SHEEHAN**, Deceased

**DOV SHEFI**, in his own right as the Father of
**HAGAY SHEFI**, Deceased

**ESTHER SHEFI**, in her own right as the Mother of
**HAGAY SHEFI**, Deceased

**YISHAI SHEFI**, in his own right as the Brother of
**HAGAY SHEFI**, Deceased

**PAZIT SHEFI BAUM**, in her own right as the
Sister of **HAGAY SHEFI**, Deceased

**SIGAL SHEFI ASHER**, in her own right and as
the Representative of the **ESTATE OF HAGAY
SHEFI**, Deceased

**RODNEY C. SHERARD**, in his own right as an
Injured Party

**FRANK SHERRY**, in his own right as the Father
of **JOHN ANTHONY SHERRY**, Deceased

**SCOTT SHIELDS**, in his own right as an Injured
Party

192

**HARUHIRO SHIRATORI,** in his own right as the
Father of **ATSUSHI SHIRATORI,** Deceased )

**SACHIKO SHIRATORI,** in her own right as the
Mother of **ATSUSHI SHIRATORI,** Deceased )

**STEVE SHTAB,** in his own right as an Injured
Party )

**AVIGDOR SHWARTZSTEIN,** in his own right as
the Father of **ALLAN ABRAHAM
SHWARTZSTEIN,** Deceased )

**AHUVA SHWARTZSTEIN,** in her own right as
the Mother of **ALLAN ABRAHAM
SHWARTZSTEIN,** Deceased )

**MICHAEL SHWARTZSTEIN,** in his own right as
the Brother of **ALLAN ABRAHAM
SHWARTZSTEIN,** Deceased )

**ORLY SMALL,** in her own right as the Sister of
**ALLAN ABRAHAM SHWARTZSTEIN,**
Deceased )

**FREDERIC SIBOULET,** in his own right as an
Injured Party )

**JOHN SIGNORELLI,** in his own right as an
Injured Party )

**FABIAN SILVA, JR.,** in his own right as an
Injured Party )

**KATHLEEN H. SIMMONS,** in her own right and
as the Representative of the **ESTATE OF BRUCE
E. SIMMONS,** Deceased )

**CHRISTOPHER SIMMONS,** in his own right as
the Son of **GEORGE W. SIMMONS,** Deceased )

**GEORGE W. SIMMONS,** in his own right as the
Son of **GEORGE W. SIMMONS,** Deceased )

**DEANNA J. SIMMONS,** in her own right as the
Daughter of **GEORGE W. SIMMONS,** Deceased )

**JENNIFER SIMON,** in her own right as an Injured
Party )

**EILEEN HEATHER SIMON,** in her own right, on
behalf of the Minor Children, and as the )

193

Representative of the **ESTATE OF MICHAEL
JOHN SIMON**, Deceased                              )
                                                    )
                                                    )
**SHELLEY SIMON**, in her own right as the Wife of )
**PAUL J. SIMON**, Deceased                         )
                                                    )
**STEPHEN SIMONE**, in his own right as the Son    )
of **MARIANNE SIMONE**, Deceased                    )
                                                    )
**TERESA HARGRAVE**, in her own right as the       )
Daughter of **MARIANNE SIMONE**, Deceased           )
                                                    )
**LISA CARDINALI**, in her own right as the        )
Daughter of **MARIANNE SIMONE**, Deceased           )
                                                    )
**VIRGINIA M. LIQUORI**, in her own right as the   )
Sister of **MARIANNE SIMONE**, Deceased             )
                                                    )
**LUCILLE BLEIMANN**, in her own right as the      )
Sister of **MARIANNE SIMONE**, Deceased             )
                                                    )
**ANN SIMPKIN**, in her own right and as the       )
Representative of the **ESTATE OF JANE**            )
**LOUISE SIMPKIN**, Deceased                        )
                                                    )
**HELEN C. SIMPKIN-WHALEN**, in her own right      )
as the Sister of **JANE LOUISE SIMPKIN**,          )
Deceased                                            )
                                                    )
**DIANE JAVA**, in her own right and as the        )
Representative of the **ESTATE OF JEFF L.**         )
**SIMPSON**, Deceased                               )
                                                    )
**LINDA SIMS**, in her own right as an Injured Party )
                                                    )
**CRAIG W. SINCOCK**, in his own right as the      )
Husband of **CHERYLE D. SINCOCK**, Deceased         )
                                                    )
**BRIAN SINGER**, in his own right as an Injured   )
Party                                               )
                                                    )
**DONNA SINGER**, in her own right as an Injured   )
Party                                               )
                                                    )
**ALANA SIRACUSE**, in her own, on behalf of the   )
Minor Child, and as Representative of the **ESTATE** )
**OF PETER SIRACUSE**, Deceased                     )
                                                    )
**NEIL J. SKOW**, in his own right as an Injured   )
Party                                               )
                                                    )
**EUGENE SLATER**, in his own right as an Injured  )
Party                                               )

194

ANNA L. BAEZ, in her own right as the Fiancé of )
VINCENT R. SLAVIN, Deceased )
)
)
BRANDON SMITH, in his own right as an Injured )
Party )
)
ELBA CEDENO, in his own right and as the )
Representative of the **ESTATE OF CATHERINE** )
**T. SMITH**, Deceased )
)
ANNETTE SMITH, in her own right as the Mother )
of **CATHERINE T. SMITH**, Deceased )
)
VINCENT SMITH, in his own right as the Brother )
of **CATHERINE T. SMITH**, Deceased )
)
WALTER SMITH, in his own right as the Brother )
of **CATHERINE T. SMITH**, Deceased )
)
LISA ANN ETHRIDGE, in her own right as the )
Sister of **CATHERINE T. SMITH**, Deceased )
)
BARBARA SCHIELZO, in her own right as the )
Sister of **CATHERINE T. SMITH**, Deceased )
)
GARETH SMITH, in his own right as an Injured )
Party )
)
ARTHUR A. SMITH, in his own right as the )
Father of **JEFFREY R. SMITH**, Deceased )
)
MADELINE W. SMITH, in her own right as the )
Mother of **JEFFREY R. SMITH**, Deceased )
)
BRENDA SMITH CLARK, in her own right as the )
Sister of **JEFFREY R. SMITH**, Deceased )
)
MILLICENT MILLER, in her own right as the )
Sister of **JOYCE P. SMITH**, Deceased )
)
PHILIP SMITH, in his own right as the Father of )
**KARL T. SMITH, SR.**, Deceased )
)
GEORGIA SMITH, in her own right as the Mother )
of **KARL T. SMITH, SR.**, Deceased )
)
PETER H. SMITH, in his own right as the Brother )
of **KARL T. SMITH, SR.**, Deceased )
)
MATTHEW G. SMITH, in his own right as the )
Brother of **KARL T. SMITH, SR.**, Deceased )
)

195

**MICHAEL SMITH**, in his own right as an Injured )
Party )
)
**MICHAEL P. SMITH**, in his own right as an )
Injured Party )
)
**NETA SMITH**, in her own right as an Injured Party )
)
**PETER SMITH**, in his own right as an Injured )
Party )
)
**SALVATORE SODANO**, in his own right as an )
Injured Party )
)
**ELDA GIRON**, in her own right, on behalf of the )
Minor Child, and as the Representative of the )
**ESTATE OF FABIAN SOTO**, Deceased )
)
**RICHARD SOUTO**, in his own right as an Injured )
Party )
)
**DAVID SOZIO**, in his own right as an Injured )
Party )
)
**EDITH SPARACIO**, in her own right as the )
Mother of **THOMAS SPARACIO**, Deceased )
)
**DOREEN LANZA**, in her own right as the Sister of )
**THOMAS SPARACIO**, Deceased )
)
**DEBRA KLEMOWITZ**, in her own right as the )
Sister of **THOMAS SPARACIO**, Deceased )
)
**JACK SPARACIO**, in his own right as the Brother )
of **THOMAS SPARACIO**, Deceased )
)
**CHERI MAGNUS SPARACIO**, in her own right )
and as the Representative of the **ESTATE OF** )
**THOMAS SPARACIO**, Deceased )
)
**PATRICIA WELLINGTON**, in her own right as )
the Wife of **JOHN ANTHONY SPATARO**, )
Deceased )
)
**IRENE DESANTIS**, in her own right as the Mother )
of **ROBERT W. SPEAR, JR.**, Deceased )
)
**BARBARA P. KEANE**, in her own right as the )
Sister of **ROBERT W. SPEAR, JR.**, Deceased )
)
**LORRAINE SPEAR**, in her own right and as the )
Representative of the **ESTATE OF ROBERT W.** )
**SPEAR, JR.**, Deceased )

196

**CHRISTINE VOLLKOMMER**, in her own right as the Sister of **ROBERT W. SPEAR, JR.**, Deceased

**MICHAEL SPILLER**, in his own right as an Injured Party

**IRENE SPINA**, in her own right as the Mother of **LISA L. SPINA-TREROTOLA**, Deceased

**MARIO SPINA**, in his own right as the Father of **LISA L. SPINA-TREROTOLA**, Deceased

**PAUL M. SPINA**, in his own right as the Brother of **LISA L. SPINA-TREROTOLA**, Deceased

**MICHELLE SPINELLI**, in her own right and as the Representative of the **ESTATE OF FRANK J. SPINELLI, JR.**, Deceased

**MICHAEL J. SPITZ**, in his own right as the Brother of **WILLIAM EDWARD SPITZ, JR.**, Deceased

**COLLEEN C. SPOR**, in her own right and as the Representative of the **ESTATE OF JOSEPH P. SPOR, JR.**, Deceased

**ROSEANNA STABILE**, in her own right as the Wife of **MICHAEL F. STABILE**, Deceased

**LAUREN STABILE**, in her own right as the Daughter of **MICHAEL F. STABILE**, Deceased

**ROBERT STABILE**, in his own right as the Son of **MICHAEL F. STABILE**, Deceased

**MICHELE STABILE**, in her own right as the Daughter of **MICHAEL F. STABILE**, Deceased

**CLIFFORD STABNER**, in his own right as an Injured Party

**JOSEPH R. STACH, JR.**, in his own right as an Injured Party

**JEAN SOMERVILLE**, in her own right and as the Representative of the **ESTATE OF GREGORY STAJK**, Deceased

**NELLY STANICICH**, in her own right as an Injured Party

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

JOHN STARACE, in his own right as an Injured Party )

JOHN STARK, in his own right as the Brother of JEFFREY STARK, Deceased )

THERESE STARK, in her own right as the Sister of JEFFREY STARK, Deceased )

ROSEMARY A. STARK, in her own right and as the Representative of the ESTATE OF JEFFREY STARK, Deceased )

JOSEPH C. STARK, in his own right as the Brother of JEFFREY STARK, Deceased )

KATHLEEN STARK, in her own right as the Sister of JEFFREY STARK, Deceased )

PETER STATHIS, in his own right as an Injured Party )

STACEY A. STAUB, in her own right, on behalf of the Minor Child, and as the Representative of the ESTATE OF CRAIG WILLIAM STAUB, Deceased )

BLANCHE STEEN, in her own right and as the Representative of the ESTATE OF ERIC THOMAS STEEN, Deceased )

GEORGE D. STEEN, II, in his own right as the Brother of ERIC THOMAS STEEN, Deceased )

DENNIS STEFANAK, in his own right as an Injured Party )

HARRY F. STEFANDEL, in his own right as an Injured Party )

WILLIAM A. STEINBUCH, III, in his own right as an Injured Party )

DARREN STEINER, in his own right as the Son of WILLIAM R. STEINER, Deceased )

JORDAN STEINER, in his own right as the Son of WILLIAM R. STEINER, Deceased )

MEREDITH STEINER, in her own right as the Daughter of WILLIAM R. STEINER, Deceased )

WILMA E. STEINER, in her own right as the )
Mother of WILLIAM R. STEINER, Deceased )
)
ROBERT STEINER, in his own right as the )
Brother of WILLIAM R. STEINER, Deceased )
)
RUSSA STEINER, in her own right and as the )
Representative of the ESTATE OF WILLIAM R. )
STEINER, Deceased )
)
GEORGE STERGIOPOULOS, M.D., in his own )
right and as the Co-Representative of the ESTATE )
OF ANDREW STERGIOPOULOS, Deceased )
)
ANGELA STERGIOPOULOS, in her own right )
and as the Co-Representative of the ESTATE OF )
ANDREW STERGIOPOULOS, Deceased )
)
GEORGE STERGIOPOULOS, JR., in his own )
right as the Brother of ANDREW )
STERGIOPOULOS, Deceased )
)
KATHLEEN STERGIOPOULOS, in her own )
right as the Sister of ANDREW )
STERGIOPOULOS, Deceased )
)
MAXIMINO STERLING, in his own right as an )
Injured Party )
)
KATHERINE STERN, in her own right, on behalf )
of the Minor Children, and as the Representative of )
the ESTATE OF ANDREW J. STERN, Deceased )
)
NANCY A. COSBAN, in her own right as the )
Mother of DANIEL E. STEWART, Deceased )
)
JAMES R. STEWART, in his own right as the )
Brother of DANIEL E. STEWART, Deceased )
)
RICHARD W. STEWART, in his own right as the )
Father of DANIEL E. STEWART, Deceased )
)
RUSSEL F. STEWART, in his own right as the )
Brother of DANIEL E. STEWART, Deceased )
)
ELIZABETH STEWART, in her own right as the )
Mother of MICHAEL JAMES STEWART, )
Deceased )
)
JANET STEWART, in her own right as the Sister )
of MICHAEL JAMES STEWART, Deceased )
)
JOAN B. STEWART, in her own right and as the )

Co-Representative of the **ESTATE OF RICHARD** )
**H. STEWART, JR.**, Deceased )
)
**RICHARD H. STEWART**, in his own right and as )
the Co-Representative of the **ESTATE OF** )
**RICHARD H. STEWART, JR.**. Deceased )
)
**SUSAN STEWART TILLIER**, in her own right as )
the Sister of **RICHARD H. STEWART, JR.**, )
Deceased )
)
**EUGENE STOLOWSKI**, in his own right as an )
Injured Party )
)
**BEN STONE**, in his own right as the Father of )
**LONNY JAY STONE**, Deceased )
)
**EVELYN STONE**, in her own right as the Mother )
of **LONNY JAY STONE**, Deceased )
)
**GAIL STONE**, in her own right as the Sister of )
**LONNY JAY STONE**, Deceased )
)
**JAMES J. STRAINE**, in his own right as the )
Father of **JAMES J. STRAINE, JR.**, Deceased )
)
**MARY E. STRAINE**, in her own right as the )
Mother of **JAMES J. STRAINE, JR.**, Deceased )
)
**KEVIN STRAINE**, in his own right as the Brother )
of **JAMES J. STRAINE, JR.**, Deceased )
)
**DANIEL M. STRAINE**, in his own right as the )
Brother of **JAMES J. STRAINE, JR.**, Deceased )
)
**MICHAEL STRAINE**, in his own right as the )
Brother of **JAMES J. STRAINE, JR.**, Deceased )
)
**PATRICIA A. STRAINE**, in her own right and as )
the Representative of the **ESTATE OF JAMES J.** )
**STRAINE, JR.**, Deceased )
)
**SAMUEL E. STRAUB**, in his own right as the Son )
of **EDWARD W. STRAUB**, Deceased )
)
**SANDRA N. STRAUB**, in her own right and as the )
Representative of the **ESTATE OF EDWARD W.** )
**STRAUB**, Deceased )
)
**VIRGINIA STRAUCH**, in her own right and as the )
Representative of the **ESTATE OF GEORGE** )
**STRAUCH**, Deceased )
)

**ETHAN STRAUSS**, in his own right as an Injured Party )

**RASMOND E. STREKER**, in his own right as an Injured Party )

**JULIA DILL**, in her own right as the Daughter of **LARRY L. STRICKLAND**, Deceased )

**DONNA M. MCBRIDE**, in her own right as the Sister of **LARRY L. STRICKLAND**, Deceased )

**CHRIS STRICKLAND**, in his own right as the Son of **LARRY L. STRICKLAND**, Deceased )

**DEBRA L. STRICKLAND**, in her own right and as the Representative of the **ESTATE OF LARRY L. STRICKLAND**, Deceased )

**LEE STRICKLAND**, in his own right as the Father of **LARRY L. STRICKLAND**, Deceased )

**OLGA C. STRICKLAND**, in her own right as the Mother of **LARRY L. STRICKLAND**, Deceased )

**PAUL STROESSNER**, in his own right as an Injured Party )

**SCOTT STROMER**, in his own right as an Injured Party )

**THELMA STUART**, in her own right and as the Representative of the **ESTATE OF WALWYN W. STUART, JR.**, Deceased )

**SALLY ANN SUAREZ**, in her own right and on behalf of the Minor Children of **BENJAMIN SUAREZ**, Deceased )

**GERARD SUDEN**, in his own right as an Injured Party )

**WILLIAM J. SUGRA**, in his own right and as Co-Representative of the **ESTATE OF WILLIAM CHRISTOPHER SUGRA**, Deceased )

**ELMA A. SUGRA**, in her own right and as Co-Representative of the **ESTATE OF WILLIAM CHRISTOPHER SUGRA**, Deceased )

**NANCY SUHR**, in her own right, on behalf of the Minor Child, and as the Representative of the **ESTATE OF DANIEL SUHR**, Deceased )

**LINDA SULFARO**, in her own right as an Injured Party )

**EVELYN SULLINS**, in her own right and as the Representative of the **ESTATE OF DAVID MARC SULLINS**, Deceased )

**EDWARD SULLIVAN**, in his own right as an Injured Party )

**JAMES W. SULLIVAN**, in his own right as an Injured Party )

**JERALD L. SULLIVAN, JR.**, in his own right as an Injured Party )

**JOHN SULLIVAN**, in his own right as an Injured Party )

**JOHN M. SULLIVAN**, in his own right as an Injured Party )

**LAWRENCE J. SULLIVAN**, in his own right as an Injured Party )

**PATRICK SULLIVAN**, in his own right and as the Representative of the **ESTATE OF PATRICK SULLIVAN**, Deceased )

**MARY SULLIVAN**, in her own right as the Mother of **PATRICK SULLIVAN**, Deceased )

**GREGORY SULLIVAN**, in his own right as the Brother of **PATRICK SULLIVAN**, Deceased )

**GERALD SULLIVAN**, in his own right as the Brother of **PATRICK SULLIVAN**, Deceased )

**NORENE SCHNEIDER**, in her own right as the Sister of **THOMAS G. SULLIVAN**, Deceased )

**ARLENE SULLIVAN**, in her own right as the Mother of **THOMAS G. SULLIVAN**, Deceased )

**DEIRDRE DICKINSON SULLIVAN**, in her own right and as the Representative of the **ESTATE OF THOMAS G. SULLIVAN**, Deceased )

**ESTRELLA SUMAYA**, in her own right as the Mother of **HILARIO SORIANO SUMAYA, JR.**, Deceased )

202

**REYNALDO SUMAYA**, in his own right as the
Brother of **HILARIO SORIANO SUMAYA, JR.**,
Deceased

**LISA SUMAYA**, in her own right as the Sister of
**HILARIO SORIANO SUMAYA, JR.**, Deceased

**CHRISTINE TROTTA**, in her own right as the
Sister of **HILARIO SORIANO SUMAYA, JR.**,
Deceased

**CHARITO LEBLANC**, in her own right as the
Sister of **HILARIO SORIANO SUMAYA, JR.**,
Deceased

**MARIVEL PASSACANTANDO**, in her own right
as the Sister of **HILARIO SORIANO SUMAYA,
JR.**, Deceased

**RANDOLPH J. SUPEK**, in his own right as an
Injured Party

**MARGARET SUTCLIFFE**, in her own right as
the Wife of **ROBERT SUTCLIFFE**, Deceased

**ROBERT SUTCLIFFE**, in his own right as the
Father of **ROBERT SUTCLIFFE**, Deceased

**PATRICIA SUTCLIFFE**, in her own right as the
Mother of **ROBERT SUTCLIFFE**, Deceased

**BERNELL SUTTON**, in his own right and as the
Representative of the **ESTATE OF CLAUDIA
SUTTON**, Deceased

**ROBERT SUTTON**, in his own right as an Injured
Party

**ALFRED SUWARA**, in his own right as an Injured
Party

**OTTO W. SUWARA**, in his own right as an
Injured Party

**RONALD SVEC**, in his own right as an Injured
Party

**THOMAS SWANNICK**, in his own right as an
Injured Party

**JULIE L. SWEENEY**, in her own right and as the
Representative of the **ESTATE OF BRIAN D.
SWEENEY**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

203

**GERARD F. SWEENEY**, in his own right as an
Injured Party

**MICHAEL SWEENEY**, in his own right and as
the Representative of the **ESTATE OF
MADELINE AMY SWEENEY**, Deceased

**JOSEPH SWICK**, in his own right as an Injured
Party

**MAUREEN SULLIVAN**, in her own right as the
Fiancé of **DEREK O. SWORD**, Deceased

**JOSEPH SZYMANSKI**, in his own right as an
Injured Party

**ALEX TABEEK**, on behalf of the Minor Child of
**JOANN TABEEK**, Deceased

**ELEANOR NEVILLE**, in her own right as the
Mother of **JOANN TABEEK**, Deceased

**JAMES E. SMITH**, in his own right as the Brother
of **JOANN TABEEK**, Deceased

**WILLIAM SMITH**, in his own right as the Brother
of **JOANN TABEEK**, Deceased

**MAUREEN PICKERING**, in her own right as the
Sister of **JOANN TABEEK**, Deceased

**PATRICIA A. HEYNE**, in her own right as the
Sister of **JOANN TABEEK**, Deceased

**MICHAEL SMITH**, in his own right as the Brother
of **JOANN TABEEK**, Deceased

**VINCENT A. MILOTTA**, in his own right as the
Fiancé of **JOANN TABEEK**, Deceased

**DENISE TADDONIO**, in her own right as the
Wife of **MICHAEL TADDONIO**, Deceased

**JOHN F. TAGGART**, in his own right as an
Injured Party

**JOSEPH KEITH TALBOT**, in his own right and
as the Representative of the **ESTATE OF
PHYLLIS TALBOT**, Deceased

**DIANA TALHAMI**, in her own right, on behalf of
the Minor Children, and as the Representative of the

204

**ESTATE OF ROBERT R. TALHAMI**, Deceased )
)
**ALICE BERTORELLI**, in her own right as the )
Sister of **JOHN M. TALIGNANI**, Deceased )
)
**EILEEN BERTORELLI-ZANGRILLO**, as the )
Representative of the **ESTATE OF JOHN M.** )
**TALIGNANI**, Deceased )
)
**ARMAND TALIGNANI**, in his own right as the )
Brother of **JOHN M. TALIGNANI**, Deceased )
)
**BARBARA TALTY**, in her own right and on )
behalf of the Minor Children of **PAUL TALTY**, )
Deceased )
)
**JOHN TALTY**, in his own right as the Father of )
**PAUL TALTY**, Deceased )
)
**GLORIA TALTY**, in her own right as the Mother )
of **PAUL TALTY**, Deceased )
)
**MARK TALTY**, in his own right as the Brother of )
**PAUL TALTY**, Deceased )
)
**KEVIN TALTY**, in his own right as the Brother of )
**PAUL TALTY**, Deceased )
)
**STEVEN TALTY**, in his own right as the Brother )
of **PAUL TALTY**, Deceased )
)
**PATRICIA DOUGAN**, in her own right as the )
Sister of **PAUL TALTY**, Deceased )
)
**KERRY MCCALL**, in her own right as the Sister )
of **PAUL TALTY**, Deceased )
)
**JIN ARK TAM**, in his own right as the Father of )
**MAURITA TAM**, Deceased )
)
**JULIE M.Y. TAM**, in her own right as the Mother )
of **MAURITA TAM**, Deceased )
)
**DONALD TAM**, in his own right as the Brother of )
**MAURITA TAM**, Deceased )
)
**STEPHANIE TAM**, in her own right as the Sister )
of **MAURITA TAM**, Deceased )
)
**SEVERINO Y. TAMAYO, SR.**, in his own right as )
the Father of **HECTOR R. TAMAYO**, Deceased )
)
**SEVERINO ROGAN TAMAYO, JR.**, in his own )

right as the Brother of **HECTOR R. TAMAYO**,
Deceased

**LUTHER ROGAN TAMAYO**, in his own right as
the Brother of **HECTOR R. TAMAYO**, Deceased

**ELNA R. TAMAYO-PRADO**, in her own right as
the Sister of **HECTOR R. TAMAYO**, Deceased

**EVANGELINE R. TAMAYO-IGUINA**, in her
own right as the Sister of **HECTOR R. TAMAYO**,
Deceased

**SHEILA R. TAMAYO-PUNZALAN**, in her own
right as the Sister of **HECTOR R. TAMAYO**,
Deceased

**EVELYN MERCENE TAMAYO**, in her own
right as the Wife of **HECTOR R. TAMAYO**,
Deceased

**JULIAN M. TAMAYO**, in her own right as the
Daughter of **HECTOR R. TAMAYO**, Deceased

**JAMES W. TAMUCCIO, SR.**, in his own right as
the Father of **MICHAEL ANDRE TAMUCCIO**,
Deceased

**PATRICIA E. TAMUCCIO**, in her own right as
the Mother of **MICHAEL ANDRE TAMUCCIO**,
Deceased

**JAMES W. TAMUCCIO, II**, in his own right as
the Brother of **MICHAEL ANDRE TAMUCCIO**,
Deceased

**DANA M. TAMUCCIO**, in her own right as the
Sister of **MICHAEL ANDRE TAMUCCIO**,
Deceased

**DIANE TAORMINA**, in her own right, on behalf
of the Minor Children, and as the Representative of
the **ESTATE OF DENNIS G. TAORMINA, JR.**,
Deceased

**KENNETH T. TARANTINO**, in his own right as
the Father of **KENNETH J. TARANTINO**,
Deceased

**THERESA TARANTINO**, in her own right as the
Mother of **KENNETH J. TARANTINO**, Deceased

**VICTORIA J. MELONE**, in her own right as the

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

206

Sister of **KENNETH J. TARANTINO**, Deceased   )
  )
**TIMOTHY J. TARPEY**, in his own right as an   )
Injured Party   )
  )
**GIGI T. HINTZ**, in her own right as the Sister of   )
**MICHAEL C. TARROU**, Deceased   )
  )
**DEMETRA T. LUMIA**, in her own right as the   )
Sister of **MICHAEL C. TARROU**, Deceased   )
  )
**CHARLES J. TARROU**, in his own right as the   )
Brother of **MICHAEL C. TARROU**, Deceased   )
  )
**JAMES TARROU**, in his own right as the Father   )
of **MICHAEL C. TARROU**, Deceased   )
  )
**PATRICIA P. TARROU**, in her own right as the   )
Mother of **MICHAEL C. TARROU**, Deceased   )
  )
**SARAH TAYLOR**, in her own right and as the   )
Representative of the **ESTATE OF DONNIE B.**   )
**TAYLOR, SR.**, Deceased   )
  )
**DONNIE B. TAYLOR, JR.**, in his own right as the )
Son of **DONNIE B. TAYLOR, SR.**, Deceased   )
  )
**HAVERGAIL TAYLOR**, in her own right as an   )
Injured Party   )
  )
**MARY KAYE CRENSHAW**, in her own right and )
as the Representative of the **ESTATE OF**   )
**MICHAEL TAYLOR**, Deceased   )
  )
**JAMES H. TAYLOR**, in his own right as the   )
Father of **MICHAEL TAYLOR**, Deceased   )
  )
**CLARA S. TAYLOR**, in her own right as the   )
Mother of **MICHAEL TAYLOR**, Deceased   )
  )
**JAMES J. TAYLOR**, in his own right as the   )
Brother of **MICHAEL TAYLOR**, Deceased   )
  )
**KATHRYN TAYLOR TEARE**, in her own right   )
as the Sister of **MICHAEL TAYLOR**, Deceased   )
  )
**GERALDINE TEIXEIRA**, in her own right as an   )
Injured Party   )
  )
**MICHAEL A. TELESCA**, in his own right as an   )
Injured Party   )
  )
**DOROTHY TEMPESTA**, in her own right as the   )

Mother of **ANTHONY TEMPESTA**, Deceased )

**CLIFFORD D. TEMPESTA**, in his own right as )
the Father of **ANTHONY TEMPESTA**, Deceased )

**ANA TEMPESTA**, in her own right and as the )
Representative of the **ESTATE OF ANTHONY** )
**TEMPESTA**, Deceased )

**MICHAEL TEMPESTA**, in his own right as the )
Brother of **ANTHONY TEMPESTA**, Deceased )

**CLIFFORD TEMPESTA**, in his own right as the )
Brother of **ANTHONY TEMPESTA**, Deceased )

**ROSALYN TEMPLE**, in her own right and as the )
Representative of the **ESTATE OF DOROTHY** )
**TEMPLE**, Deceased )

**JACKLYN TEMPLE**, in her own right as the )
Sister of **DOROTHY TEMPLE**, Deceased )

**LARRY TEMPLE**, in his own right as the Brother )
of **DOROTHY TEMPLE**, Deceased )

**WILLIE TEMPLE**, in his own right as the Brother )
of **DOROTHY TEMPLE**, Deceased )

**LOUIS TEMPLE**, in his own right as the Brother )
of **DOROTHY TEMPLE**, Deceased )

**BRITT EHNAR**, in her own right as the Mother of )
**DAVID TENGELIN**, Deceased )

**PATRIC TENGELIN**, in his own right as the )
Brother of **DAVID TENGELIN**, Deceased )

**PETRA EHNAR**, in her own right as the Sister of )
**DAVID TENGELIN**, Deceased )

**BIDIAWATTIE TEWARI**, in her own right as an )
Injured Party )

**RECIDE THOMAS**, in her own right as an Injured )
Party )

**LUCY E. THOMPSON**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF CLIVE** )
**THOMPSON**, Deceased )

**KEITH B. THOMPSON**, in his own right as the )
Brother of **CLIVE THOMPSON**, Deceased )

208

**DENISE THOMPSON**, in her own right as an
Injured Party

**DENNIS THOMSON**, in his own right as an
Injured Party

**KAI THOMPSON**, in her own right, on behalf of
the Minor Child, and as Representative of the
**ESTATE OF GLENN THOMPSON**, Deceased

**SUSAN T. BURGHOUWT**, in her own right as the
Sister of **ERIC R. THORPE**, Deceased

**MARILYN W. THORPE**, in her own right as the
Mother of **ERIC R. THORPE**, Deceased

**RAYMOND R. THORPE**, in his own right as the
Father of **ERIC R. THORPE**, Deceased

**MAUREEN TIERI**, in her own right and on behalf
of the Minor Children of **SALVATORE TIERI**,
Deceased

**MARY E. DIGIACOMO**, in her own right as the
Sister of **JOHN P. TIERNEY**, Deceased

**JEANNE NEUMEYER**, in her own right as the
Sister of **JOHN P. TIERNEY**, Deceased

**HELEN TIERNEY**, in her own right as the Mother
of **JOHN P. TIERNEY**, Deceased

**JOHN TIERNEY**, in his own right and as the
Representative of the **ESTATE OF JOHN P.
TIERNEY**, Deceased

**THOMAS TIERNEY**, in his own right as the
Brother of **JOHN P. TIERNEY**, Deceased

**LINDA TIESTE**, in her own right as the Sister of
**WILLIAM R. TIESTE**, Deceased

**DEBRA ANNE TIESTE**, in her own right and as
the Representative of the **ESTATE OF WILLIAM
R. TIESTE**, Deceased

**KAREN DALLAVALLE**, in her own right as the
Fiancé of **KENNETH F. TIETJEN**, Deceased

**CINDY TIETJEN**, in her own right as the Sister of
**KENNETH F. TIETJEN**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

JANICE TIETJEN, in her own right as the Mother )
of KENNETH F. TIETJEN, Deceased )
)
KENNETH A. TIETJEN, in his own right as the )
Father of KENNETH F. TIETJEN, Deceased )
)
LAURIE TIETJEN, in her own right and as the )
Representative of the ESTATE OF KENNETH F. )
TIETJEN, Deceased )
)
KATHLEEN M. TIGHE, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the ESTATE OF STEPHEN E. )
TIGHE, Deceased )
)
TIMOTHY J. TIGHE, in his own right as the )
Brother of STEPHEN E. TIGHE, Deceased )
)
ROBERTA L. SHEA, in her own right as the Sister )
of STEPHEN E. TIGHE, Deceased )
)
JANE M. O'DEA, in her own right as the Sister of )
STEPHEN E. TIGHE, Deceased )
)
JAMES H. TIGHE, in his own right as the Brother )
of STEPHEN E. TIGHE, Deceased )
)
KRISTINE TIMMES, in her own right, on behalf )
of the Minor Child, and as the Representative of the )
ESTATE OF SCOTT CHARLES TIMMES, )
Deceased )
)
RICHARD TIPALDI, in his own right as the )
Father of ROBERT TIPALDI, Deceased )
)
ARLENE M. TIPPING, in her own right as the )
Mother of JOHN J. TIPPING, II, Deceased )
)
JOHN J. TIPPING, in his own right as the Father )
of JOHN J. TIPPING, II, Deceased )
)
MARINA UGARTE TIRADO, in her own right as )
the Sister of HECTOR LUIS TIRADO, JR., )
Deceased )
)
ANGEL TIRADO, in his own right and as the )
Representative of the ESTATE OF HECTOR )
LUIS TIRADO, JR., Deceased )
)
ROBERTO TIRADO, in his own right as the Son )
of HECTOR LUIS TIRADO, JR., Deceased )
)
SHENEQUE B. JACKSON TIRADO, in her own )

right as the Wife of **HECTOR LUIS TIRADO,
JR.**, Deceased                                              )
                                                            )
**BEVERLY J. TITUS**, in her own right and as the           )
Representative of the **ESTATE OF ALICIA**                  )
**NICOLE TITUS**, Deceased                                  )
                                                            )
**JOHN L. TITUS**, in his own right as the Father of        )
**ALICIA NICOLE TITUS**, Deceased                           )
                                                            )
**MICHAEL K. TOBIN**, in his own right as an                )
Injured Party                                               )
                                                            )
**SALVATORE S. TORCIVIA**, in his own right as              )
an Injured Party                                            )
                                                            )
**JOHNNY TORRES**, in his own right as an Injured           )
Party                                                       )
                                                            )
**LOUIS TORRES**, in his own right as an Injured            )
Party                                                       )
                                                            )
**MARTIN TOYEN**, in his own right and as the               )
Representative of the **ESTATE OF AMY E.**                  )
**TOYEN**, Deceased                                         )
                                                            )
**WILLIAM TRACY**, in his own right as an Injured           )
Party                                                       )
                                                            )
**HADIDJATOU TRAORE**, in her own right as the              )
Wife of **ABDOUL KARIM TRAORE**, Deceased                  )
                                                            )
**JOHN TREGLIA**, in his own right as an Injured            )
Party                                                       )
                                                            )
**SHARON B. SCHULTZ**, in her own right and as              )
the Representative of the **ESTATE OF KARAMO**              )
**TRERRA**, Deceased                                        )
                                                            )
**JOSEPH M. TREZZA**, in his own right as an                )
Injured Party                                               )
                                                            )
**ALFRED TRINIDAD**, in his own right as an                 )
Injured Party                                               )
                                                            )
**ROBERT TRINIDAD**, in his own right as the               )
Brother of **MICHAEL A. TRINIDAD**, Deceased               )
                                                            )
**BRENDA TRINIDAD**, in her own right as the                )
Sister of **MICHAEL A. TRINIDAD**, Deceased                )
                                                            )
**JEANETTE TRINIDAD RZEK**, in her own right               )
as the Sister of **MICHAEL A. TRINIDAD**,                  )

Deceased )
                                                  )
**CAROL PAYNE**, in her own right as the Sister of )
**MICHAEL A. TRINIDAD**, Deceased )
                                                  )
**DENISE TRINIDAD**, in her own right as the Sister )
of **MICHAEL A. TRINIDAD**, Deceased )
                                                  )
**JANE TRINIDAD HENNES**, in her own right as )
the Sister of **MICHAEL A. TRINIDAD**, Deceased )
                                                  )
**BETTY ANDRADE**, in her own right as the Sister )
of **MICHAEL A. TRINIDAD**, Deceased )
                                                  )
**MILLIE CASERES-SCHIFANO**, in her own right )
as the Sister of **MICHAEL A. TRINIDAD**, )
Deceased )
                                                  )
**MONIQUE PADILLA-FERRER**, in her own right )
and as the Representative of the **ESTATE OF** )
**MICHAEL A. TRINIDAD**, Deceased )
                                                  )
**DOUGLAS TRIPKEN**, in his own right as an )
Injured Party )
                                                  )
**MICHAEL TRIPPTREE**, in his own right as an )
Injured Party )
                                                  )
**LOUIS M. TROISI**, in his own right as an Injured )
Party )
                                                  )
**STANLEY TROJANOWSKI**, in his own right as )
an Injured Party )
                                                  )
**GEORGE TROST**, in his own right and as the )
Representative of the **ESTATE OF GREGORY J.** )
**TROST**, Deceased )
                                                  )
**JEANNE TROST**, in her own right as the Sister of )
**GREGORY J. TROST**, Deceased )
                                                  )
**MARIE TROST**, in her own right as the Mother of )
**GREGORY J. TROST**, Deceased )
                                                  )
**LAWRENCE M. TROY**, in his own right as an )
Injured Party )
                                                  )
**JUDY S. TROY**, in her own right, on behalf of the )
Minor Child, and as the Representative of the )
**ESTATE OF WILLIE A. TROY**, Deceased )
                                                  )
**RENEE M. TROY**, in her own right as the )
Daughter of **WILLIE A. TROY**, Deceased )

**DELL TRUAX**, in his own right as an Injured Party )

**KEVIN M. TULLY**, in his own right as an Injured Party )

**STEVEN TURILLI**, in his own right as an Injured Party )

**JOHN RICHARD TURNER**, in his own right as the Father of **SIMON JAMES TURNER**, Deceased )

**JOSEPH A. TURSI**, in his own right as an Injured Party )

**ANTONINA TUTKAJ**, in her own right as an Injured Party )

**JOHN M. TYSON**, in his own right as an Injured Party )

**STAMATIOS K. TZEMIS**, in his own right and as the Co-Representative of the **ESTATE OF JENNIFER LYNN TZEMIS**, Deceased )

**NANCY D. TZEMIS**, in her own right and as the Co-Representative of the **ESTATE OF JENNIFER LYNN TZEMIS**, Deceased )

**SOPHIA TZEMIS**, in her own right as the Sister of **JENNIFER LYNN TZEMIS**, Deceased )

**NICOLE TZEMIS**, in her own right as the Sister of **JENNIFER LYNN TZEMIS**, Deceased )

**NOSA E. UGIAGBE**, in his own right as an Injured Party )

**ANNE MARIE VACCACIO**, in her own right and as the Representative of the **ESTATE OF JOHN DAMIEN VACCACIO**, Deceased )

**JAMES R. VACCACIO**, in his own right as the Father of **JOHN DAMIEN VACCACIO**, Deceased )

**CHRISTOPHER J. VACCACIO**, in his own right as the Brother of **JOHN DAMIEN VACCACIO**, Deceased )

**DONALD J. VADAS**, in his own right and as the Representative of the **ESTATE OF BRADLEY H. VADAS**, Deceased )

213

**CARMEN GARCIA**, in her own right and as the
Representative of the **ESTATE OF FELIX VALE**,
Deceased

**CARMEN GARCIA**, in her own right and as the
Representative of the **ESTATE OF IVAN VALE**,
Deceased

**GISELA VALENCIA**, in her own right as an
Injured Party

**GRISSEL RODRIGUEZ VALENTIN**, in her own
right and on behalf of the Minor Children of
**BENITO VALENTIN**, Deceased

**DENNIS J. VALENTIN**, in his own right as an
Injured Party

**ANGELA VALENTIN**, in her own right as the
Wife of **DENNIS J. VALENTIN**, an Injured Party
**HILDA VALENTINE**, in her own right as an
Injured Party

**ROBERT VAN HOUTEN**, in his own right as an
Injured Party

**M. RITA VAN LAERE**, in her own right and as
the Representative of the **ESTATE OF DANIEL
MAURICE VAN LAERE**, Deceased

**PAUL VAN LAERE**, in his own right as the
Brother of **DANIEL MAURICE VAN LAERE**,
Deceased

**RITA M. WILEY**, in her own right as the Sister of
**DANIEL MAURICE VAN LAERE**, Deceased

**JACQUELINE VAN LAERE HAYES**, in her own
right as the Sister of **DANIEL MAURICE VAN
LAERE**, Deceased

**CHERYL RINBRAND**, in her own right as the
Fiancé of **DANIEL MAURICE VAN LAERE**,
Deceased

**WILLIAM C. VAN NAME**, in his own right as an
Injured Party

**BRUCE J. VAN NOSDALL**, in his own right as an
Injured Party

**ANTHONY VANACORE**, in his own right as an

Injured Party                                                    )

EILEEN VARACCHI, in her own right and as                        )
Representative of the ESTATE OF FREDERICK                        )
VARACCHI, Deceased                                              )
                                                                )
SRINIVASA VARADHAN, in his own right and as)
Representative of the ESTATE OF                                 )
GOPALAKRISHNAN VARADHAN, Deceased                               )
                                                                )
VASUNDARA VARADHAN, in her own right as                         )
the Mother of GOPALAKRISHNAN                                    )
VARADHAN, Deceased                                              )
                                                                )
ROBERT VARESE, JR., in his own right as an                      )
Injured Party                                                   )
                                                                )
ROSA CAICEDO, in her own right and on behalf                    )
of the Minor Children of DAVID VARGAS,                          )
Deceased                                                        )
                                                                )
ELOISA RODRIGUEZ, in her own right and as                       )
the Representative of the ESTATE OF AZAEL                        )
VASQUEZ, Deceased                                               )
                                                                )
YUNI VASQUEZ, in his own right as an Injured                    )
Party                                                           )
                                                                )
MELISSA VAZQUEZ, in her own right as the                        )
Daughter of ARCANGEL VAZQUEZ, Deceased                          )
                                                                )
AL VEGA, in his own right as an Injured Party                   )
                                                                )
EMMANUEL VEGA, in his own right as an                           )
Injured Party                                                   )
                                                                )
CONSUELO VELAZQUEZ, in her own right and                        )
as the Representative of the ESTATE OF JORGE                    )
VELAZQUEZ, Deceased                                             )
                                                                )
CHARLES VELLA, in his own right as an Injured                   )
Party                                                           )
                                                                )
JAMES A. VELLA, in his own right as an Injured                  )
Party                                                           )
                                                                )
LISA VENTURA, in her own right, on behalf of                    )
the Minor Children, and as the Representative of the )
ESTATE OF ANTHONY VENTURA, Deceased                             )
                                                                )
NELLIE VERDEJO, in her own right as an Injured )
Party                                                           )
                                                                )

215

CATHERINE PEDERSEN, in her own right and )
as the Representative of the **ESTATE OF** )
**LORETTA A. VERO**, Deceased )
)
**JOHN VERRENGIA**, in his own right as an )
Injured Party )
)
**GARY VIALONGA**, in his own right and as the )
Representative of the **ESTATE OF** )
**CHRISTOPHER VIALONGA**, Deceased )
)
**KATHERINE VIALONGA**, in her own right as )
the Mother of **CHRISTOPHER VIALONGA**, )
Deceased )
)
**JILL ROBIN VICARIO**, in her own right, on )
behalf of the Minor Child, and as the Representative )
of the **ESTATE OF ROBERT ANTHONY** )
**VICARIO**, Deceased )
)
**KATHY VIGGIANO**, in her own right as the Wife )
of **JOSEPH VIGGIANO**, Deceased )
)
**ELLEN B. VIGNOLA**, in her own right and as the )
Representative of the **ESTATE OF FRANK J.** )
**VIGNOLA, JR.**, Deceased )
)
**FRANCES VIGNOLA**, in her own right as the )
Mother of **FRANK J. VIGNOLA, JR.**, Deceased )
)
**JAMES A. VIGNOLA**, in his own right as the )
Brother of **FRANK J. VIGNOLA, JR.**, Deceased )
)
**DIANE ANTOLOS**, in her own right as the Sister )
of **FRANK J. VIGNOLA, JR.**, Deceased )
)
**DIANE BRAITSCH**, in her own right as the Sister )
of **JOSEPH B. VILARDO**, Deceased )
)
**MARGARET MAHON**, in her own right as the )
Sister of **JOSEPH B. VILARDO**, Deceased )
)
**ANTIONETTE VILARDO**, in her own right as the )
Mother of **JOSEPH B. VILARDO**, Deceased )
)
**BENEDICT VILARDO**, in his own right as the )
Father of **JOSEPH B. VILARDO**, Deceased )
)
**JANET VILARDO**, in her own right as the Sister )
of **JOSEPH B. VILARDO**, Deceased )
)
**DELIA VILLANUEVA**, in her own right and as )
the Representative of the **ESTATE OF SERGIO** )

216

**GABRIEL VILLANUEVA**, Deceased )

**TANYA VILLANUEVA**, in her own right as the )
Fiancé of **SERGIO GABRIEL VILLANUEVA**, )
Deceased )

**STEVE VILLANUEVA**, in his own right as the )
Brother of **SERGIO GABRIEL VILLANUEVA**, )
Deceased )

**MARIA SUAREZ**, in her own right as the Sister of )
**SERGIO GABRIEL VILLANUEVA**, Deceased )

**TIMOTHY VILLARI**, in his own right as an )
Injured Party )

**DOMINICK VINCENTI**, in his own right as an )
Injured Party )

**BRYAN VIOLETTO**, in his own right as an )
Injured Party )

**MARIE VISCIANO**, in her own right and as the )
Representative of the **ESTATE OF JOSEPH** )
**GERARD VISCIANO**, Deceased )

**JASON VISCIANO**, in his own right as the )
Brother of **JOSEPH GERARD VISCIANO**, )
Deceased )

**ROBERT VISCIANO**, in his own right as the )
Brother of **JOSEPH GERARD VISCIANO**, )
Deceased )

**FRANK VISCIANO**, in his own right as the Father )
of **JOSEPH GERARD VISCIANO**, Deceased )

**INA WEINTRAUB**, in her own right as the Fiancé )
of **JOSHUA S. VITALE**, Deceased )

**SUSAN R. ROSEN**, in her own right and as the )
Representative of the **ESTATE OF JOSHUA S.** )
**VITALE**, Deceased )

**DARLENE HELEN VOLLENBERG**, in her own )
right as an Injured Party )

**BRIAN VOOS**, in his own right as an Injured Party )

**IRMA VUKOSA**, in her own right as the Mother of )
**ALFRED VUKOSA**, Deceased )

**SHIRIMATTIE VUKOSA**, in her own right as the )

217

Wife of **ALFRED VUKOSA**, Deceased )
)
**SIME VUKOSA**, in his own right as the Father of )
**ALFRED VUKOSA**, Deceased )
)
**SONJA VUKOSA**, in her own right as the Sister of )
**ALFRED VUKOSA**, Deceased )
)
**PAUL W. WACHTLER**, in his own right and as )
the Representative of the **ESTATE OF** )
**GREGORY KAMAL BRUNO WACHTLER**, )
Deceased )
)
**NASSIMA M. WACHTLER**, in her own right as )
the Mother of **GREGORY KAMAL BRUNO** )
**WACHTLER**, Deceased )
)
**EDWARD WAGNER**, in his own right as an )
Injured Party )
)
**MICKEY WALKER**, in his own right as an )
Injured Party )
)
**NOREEN V. MCDONOUGH**, in her own right as )
the Fiancé of **MITCHEL SCOTT WALLACE**, )
Deceased )
)
**CHRISLAN FULLER MANUEL**as the )
Representative of the **ESTATE OF META 1.** )
**WALLER**, Deceased )
)
**JAMES J. WALSH**, in his own right and as the )
Representative of the **ESTATE OF BARBARA P.** )
**WALSH**, Deceased )
)
**ALLISON A. DIMARZIO**, in her own right as the )
Daughter of **BARBARA P. WALSH**, Deceased )
)
**JENNIFER L. LANDSTROM**, in her own right as )
the Daughter of **BARBARA P. WALSH**, Deceased )
)
**JEFFREY M. WALSH**, in his own right as the Son )
of **BARBARA P. WALSH**, Deceased )
)
**JAMES J. WALSH, JR.**, in his own right as the )
Son of **BARBARA P. WALSH**, Deceased )
)
**KERRY M. WALSH**, in his own right as an )
Injured Party )
)
**RAYMOND G. WALZ**, in his own right as the )
Father of **JEFFREY P. WALZ**, Deceased )
)

218

JENNIE WALZ, in her own right as the Mother of )
JEFFREY P. WALZ, Deceased                        )
                                                 )
RAYMOND E. WALZ, in his own right as the         )
Brother of JEFFREY P. WALZ, Deceased             )
                                                 )
KAREN CIACCIO, in her own right as the Sister    )
of JEFFREY P. WALZ, Deceased                      )
                                                 )
RANI DEBORAH WALZ, in her own right as the       )
Wife of JEFFREY P. WALZ, Deceased                )
                                                 )
WEN SHI, in her own right and as the             )
Representative of the ESTATE OF WEIBIN            )
WANG, Deceased                                   )
                                                 )
DENIS A. WARCHOLA, in his own right and as       )
the Representative of the ESTATE OF MICHAEL      )
WARCHOLA, Deceased                               )
                                                 )
CECIL R. WARD, in his own right as an Injured    )
Party                                            )
                                                 )
FRANK J. WARD, in his own right as an Injured    )
Party                                            )
                                                 )
MARION M. WARD, in her own right as an           )
Injured Party                                    )
                                                 )
GORDON M. WARD, in his own right as the          )
Father of STEPHEN GORDON WARD, Deceased )
                                                 )
VICTORIA RANDALL, in her own right as the        )
Mother of STEPHEN GORDON WARD,                   )
Deceased                                         )
                                                 )
KENNETH R. WARD, in his own right as the         )
Brother of STEPHEN GORDON WARD,                  )
Deceased                                         )
                                                 )
KATHRYN A. GRAHAM, in her own right as the )
Sister of STEPHEN GORDON WARD, Deceased )
                                                 )
SUSAN MOORE, in her own right as the Sister of   )
STEPHEN GORDON WARD, Deceased                    )
                                                 )
DOYLE RAYMOND WARD, in his own right and )
as the Representative of the ESTATE OF           )
TIMOTHY RAY WARD, Deceased                       )
                                                 )
MARIA A. WARING, in her own right and as the     )
Representative of the ESTATE OF JAMES A.          )
WARING, Deceased                                 )

.

**THOMAS A. WARKENTHIEN**, in his own right )
as an Injured Party )
)
**CYNTHIA WARREN**, in her own right as an )
Injured Party )
)
**WAYNE WARREN**, in his own right as an Injured )
Party )
)
**EARNEST WASHINGTON, JR.**, in his own right )
as the Father of **DERRICK CHRISTOPHER** )
**WASHINGTON**, Deceased )
)
**LETTIE WASHINGTON**, in her own right as the )
Mother of **DERRICK CHRISTOPHER** )
**WASHINGTON**, Deceased )
)
**KEISHA WASHINGTON**, in her own right as the )
Wife of **DERRICK CHRISTOPHER** )
**WASHINGTON**, Deceased )
)
**BRANDON WASHINGTON**, in his own right as )
the Brother of **DERRICK CHRISTOPHER** )
**WASHINGTON**, Deceased )
)
**TRACEY WASHINGTON**, in his own right as the )
Brother of **DERRICK CHRISTOPHER** )
**WASHINGTON**, Deceased )
)
**BARBARA WATERS**, in her own right and as the )
Representative of the **ESTATE OF CHARLES** )
**WATERS**, Deceased )
)
**KAREN SMART**, in her own right and as the )
Representative of the **ESTATE OF JAMES** )
**THOMAS WATERS, JR.**, Deceased )
)
**JOANNE WATERS**, in her own right as the )
Mother of **JAMES THOMAS WATERS, JR.**, )
Deceased )
)
**KRISTOPHER T. WATERS**, in his own right as )
the Brother of **JAMES THOMAS WATERS, JR.**, )
Deceased )
)
**JANICE WATERS**, in her own right and on behalf )
of the Minor Children of **PATRICK J. WATERS**, )
Deceased )
)
**MICHAEL A. WEAVER, SR.**, in his own right as )
an Injured Party )
)

**MORTON WEINBERG**, in his own right and as )
the Representative of the **ESTATE OF MICHAEL** )
**T. WEINBERG**, Deceased )
)
**MARY P. WEINBERG**, in her own right as the )
Mother of **MICHAEL T. WEINBERG**, Deceased )
)
**JOHN WEINBERG**, in his own right as the )
Brother of **MICHAEL T. WEINBERG**, Deceased )
)
**PATRICIA GAMBINO**, in her own right as the )
Sister of **MICHAEL T. WEINBERG**, Deceased )
)
**LEONARD WEINBERG**, in his own right as the )
Father of **STEVEN WEINBERG**, Deceased )
)
**MARILYN WEINBERG**, in her own right as the )
Mother of **STEVEN WEINBERG**, Deceased )
)
**PAUL WEINBERG**, in his own right as the )
Brother of **STEVEN WEINBERG**, Deceased )
)
**WILLIAM G. WEINERT**, in his own right as an )
Injured Party )
)
**KATHLYN CARRIKER**, in her own right and as )
the Representative of the **ESTATE OF STEVEN** )
**GEORGE WEINSTEIN**, Deceased )
)
**JAMES S. WEISENBURGER, JR.**, in his own )
right as an Injured Party )
)
**JOAN WEISS PROWLER**, in her own right as the )
Mother of **DAVID MARTIN WEISS**, Deceased )
)
**BARRY WEISS**, in his own right as the Brother of )
**DAVID MARTIN WEISS**, Deceased )
)
**KARLA WEISS**, in her own right and as the )
Representative of the **ESTATE OF DAVID** )
**MARTIN WEISS**, Deceased )
)
**MICHELE WEISS-LITTLE**, in her own right as )
the Sister of **DAVID MARTIN WEISS**, Deceased )
)
**CHARLES WELLS**, in his own right and as Co- )
Representative of the **ESTATE OF VINCENT MICHAEL** )
**WELLS**, Deceased )
)
**JULIA WELLS**, in her own right and as the Co- )
Representative of the **ESTATE OF VINCENT** )
**MICHAEL WELLS**, Deceased )
)

221

**ADELE WELTY**, in her own right as the Mother of )
**TIMOTHY WELTY**, Deceased )

)

**SHUN-FA WEN**, in his own right as the Father of )
**SSU-HUI WEN**, Deceased )

)

**SHU-NU CHEN**, in her own right as the Mother of )
**SSU-HUI WEN**, Deceased )

)

**YUN-JU WEN**, in her own right and as the )
Representative of the **ESTATE OF SSU-HUI** )
**WEN**, Deceased )

)

**JAMES M. WERNER**, in his own right as an )
Injured Party )

)

**MATTHEW PETER WEST**, in his own right as )
the Son of **PETER MATTHEW WEST**, Deceased )

)

**EILEEN K. WEST**, in her own right and as the )
Representative of the **ESTATE OF PETER** )
**MATTHEW WEST**, Deceased )

)

**MEREDITH W. NELSON**, in her own right as the )
Daughter of **PETER MATTHEW WEST**, )
Deceased )

)

**GREGORY J. WEST**, in his own right as the )
Brother of **PETER MATTHEW WEST**, Deceased )

)

**ARTHUR H. WEST, JR.**, in his own right as the )
Brother of **PETER MATTHEW WEST**, Deceased )

)

**VINCENT M. WEST**, in his own right as the )
Brother of **PETER MATTHEW WEST**, Deceased )

)

**CATHERINE C. MCLAUGHLIN**, in her own )
right as the Sister of **PETER MATTHEW WEST**, )
Deceased )

)

**MARY LOUISE BALL**, in her own right as the )
Sister of **PETER MATTHEW WEST**, Deceased )

)

**REGINA W. TOWNSEND**, in her own right as the )
Sister of **PETER MATTHEW WEST**, Deceased )

)

**KEVIN WHALEN**, in his own right as an Injured )
Party )

)

**PATRICIA J. WHALEN**, in her own right and as )
the Representative of the **ESTATE OF** )
**MEREDITH LYNN WHALEN**, Deceased )

)

**KRISTEN E. WHALEN**, in her own right as the Sister of **MEREDITH LYNN WHALEN**, Deceased )

**PAUL A. WHALEN**, in his own right as an Injured Party )

**BRENDAN WHELAN**, in his own right as an Injured Party )

**ALFRED L. WHELAN, SR.**, in his own right and as the Representative of the **ESTATE OF EUGENE MICHAEL WHELAN**, Deceased )

**JOAN A. WHELAN**, in her own right as the Mother of **EUGENE MICHAEL WHELAN**, Deceased )

**MICHAEL J. WHITE**, in her own right and as the Representative of the **ESTATE OF JAMES PATRICK WHITE**, Deceased )

**ALPHONSE J. WHITE**, in his own right as the Father of **JAMES PATRICK WHITE**, Deceased )

**JOAN A. WHITE**, in her own right as the Mother of **JAMES PATRICK WHITE**, Deceased )

**CATHERINE C. WHITE**, in her own right as the Wife of **KENNETH W. WHITE**, Deceased )

**THOMAS WHITE**, in his own right as the Brother of **KENNETH W. WHITE**, Deceased )

**ELAINE CLANCY**, in her own right as the Sister of **KENNETH W. WHITE**, Deceased )

**LAURA J. KENNY**, in her own right as the Sister of **KENNETH W. WHITE**, Deceased )

**ELIZABETH ALVERSON**, in her own right as the Sister of **KENNETH W. WHITE**, Deceased )

**ALLISON VADHAN**, in her own right and as the Representative of the **ESTATE OF KRISTIN WHITE-GOULD**, Deceased )

**RENEE WHITFORD**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF MARK P. WHITFORD**, Deceased )

**ROGER WHITFORD**, in his own right as the ___ )

223

Father of **MARK P. WHITFORD**, Deceased )

**CAROL WHITFORD**, in her own right as the )
Mother of **MARK P. WHITFORD**, Deceased )

**DENNIS WHITFORD**, in his own right as the )
Brother of **MARK P. WHITFORD**, Deceased )

**CHRISTOPHER WHITFORD**, in his own right )
as the Brother of **MARK P. WHITFORD**, )
Deceased )

**LISA A. WALKER**, in her own right as the Sister )
of **MARK P. WHITFORD**, Deceased )

**HORACE G. WHITTINGTON**, in his own right )
as the Father of **LESLIE ANN WHITTINGTON**, )
Deceased )

**RUTH S. KOCH**, in her own right as the Mother of )
**LESLIE ANN WHITTINGTON**, Deceased )

**KIRK WHITTINGTON**, in his own right as the )
Brother of **LESLIE ANN WHITTINGTON**, )
Deceased )

**SARA GUEST**, in her own right as the Sister of )
**LESLIE ANN WHITTINGTON**, Deceased )

**MICHAEL J. WHOLEY**, in his own right as the )
Father of **MICHAEL T. WHOLEY**, Deceased )

**MARGARET WHOLEY**, in her own right as the )
Mother of **MICHAEL T. WHOLEY**, Deceased )

**MARYANN MAVROGIAN**, in her own right as )
the Sister of **MICHAEL T. WHOLEY**, Deceased )

**BERNADETTE WHOLEY**, in her own right as )
the Sister of **MICHAEL T. WHOLEY**, Deceased )

**JENNIFER WHOLEY**, in her own right as the )
Wife of **MICHAEL T. WHOLEY**, Deceased )

**DIANE WHOLEY BUGGE**, in her own right as )
the Sister of **MICHAEL THOMAS WHOLEY**, )
Deceased )

**MARC WIEMAN**, in his own right and as the )
Representative of the **ESTATE OF MARY** )
**WIEMAN**, Deceased )

**DONALD S. WIENER**, in his own right as the )

224

Father of **JEFFREY DAVID WIENER**, Deceased )
)
**WILMA WIENER**, in her own right as the Mother )
of **JEFFREY DAVID WIENER**, Deceased )
)
**ROBIN K. WIENER**, in her own right as the Sister )
of **JEFFREY DAVID WIENER**, Deceased )
)
**STEVE WIESNER**, in his own right as an Injured )
Party )
)
**MICHAEL WILBUR**, in his own right as an )
Injured Party )
)
**RICHARD M. BORQUIST**, in his own right as the )
Brother of **ALISON M. WILDMAN**, Deceased )
)
**JILL K. SALADINO**, in her own right as the Sister )
of **ALISON M. WILDMAN**, Deceased )
)
**ARTHUR S. WILDMAN**, in his own right and as )
the Representative of the **ESTATE OF ALISON** )
**M. WILDMAN**, Deceased )
)
**ARTHUR S. WILDMAN, III**, in his own right as )
the Brother of **ALISON M. WILDMAN**, Deceased )
)
**JUNE M. WILDMAN**, in her own right as the )
Mother of **ALISON M. WILDMAN**, Deceased )
)
**ROBERT E. WILDMAN**, in his own right as the )
Brother of **ALISON M. WILDMAN**, Deceased )
)
**MARGARET E. WILKINSON**, in her own right )
and as the Representative of the **ESTATE OF** )
**GLENN E. WILKINSON**, Deceased )
)
**BENJAMIN WILLCHER**, in his own right as the )
Son of **ERNEST M. WILLCHER**, Deceased )
)
**JOEL WILLCHER**, in his own right as the Son of )
**ERNEST M. WILLCHER**, Deceased )
)
**SHIRLEY N. WILLCHER**, in her own right and )
as the Representative of the **ESTATE OF ERNEST** )
**M. WILLCHER**, Deceased )
)
**RONALD J. WILLETT**, in his own right and as )
the Representative of the **ESTATE OF JOHN** )
**CHARLES WILLETT**, Deceased )
)
**LUCILLE C. WILLETT**, in her own right as the )
Mother of **JOHN CHARLES WILLETT**, _____ )

225

Deceased )
)
**BARBARA M. WILLIAMS**, in her own right as an )
Injured Party )
)
**SHERRI A. WILLIAMS**, in her own right and as )
the Representative of the **ESTATE OF CANDACE** )
**LEE WILLIAMS**, Deceased )
)
**CROSSLEY R. WILLIAMS, SR.**, in his own right )
and as the Representative of the **ESTATE OF** )
**CROSSLEY R. WILLIAMS, JR.**, Deceased )
)
**VALRIE M. WILLIAMS**, in her own right as the )
Mother of **CROSSLEY R. WILLIAMS, JR.**, )
Deceased )
)
**ROGER MIKE WILLIAMS**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**KEVIN M. WILLIAMS**, Deceased )
)
**PATRICIA WILLIAMS**, in her own right and as )
the Co-Representative of the **ESTATE OF KEVIN** )
**M. WILLIAMS**, Deceased )
)
**MARY WILLIAMSON**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF JOHN P.** )
**WILLIAMSON**, Deceased )
)
**ELIZABETH ANN PAYNE**, in her own right and )
as the Representative of the **ESTATE OF** )
**WILLIAM EBEN WILSON**, Deceased )
)
**MAUREEN R. HALVORSON**, in her own right as )
the Sister of **WILLIAM EBEN WILSON**, )
Deceased )
)
**JEANNE MCDERMOTT**, in her own right as the )
Sister of **WILLIAM EBEN WILSON**, Deceased )
)
**KENNETH WINKLER**, in his own right as an )
Injured Party )
)
**ELAINE WINUK**, in her own right as the Mother )
of **GLENN J. WINUK**, Deceased )
)
**JAY WINUK**, in his own right as the Brother of )
**GLENN J. WINUK**, Deceased )
)
**JEFF M. WINUK**, in his own right as the Brother )
of **GLENN J. WINUK**, Deceased )
)

226

SEYMOUR WINUK, in his own right as the Father )
of GLENN J. WINUK, Deceased )
)
CAROL DIANE WISNIEWSKI, in her own right, )
on behalf of the Minor Children, and as )
Representative of the ESTATE OF FRANK )
THOMAS WISNIEWSKI, Deceased )
)
ARNOLD WITTENSTEIN, in his own right and )
as the Co-Representative of the ESTATE OF )
MICHAEL ROBERT WITTENSTEIN, Deceased )
)
CARYN HINSON, in her own right and as the Co- )
Representative of the ESTATE OF MICHAEL )
ROBERT WITTENSTEIN, Deceased )
)
BARBARA WITTENSTEIN, in her own right as )
the Mother of MICHAEL ROBERT )
WITTENSTEIN, Deceased )
)
JEFFREY WITTENSTEIN, in his own right as )
the Brother of MICHAEL ROBERT )
WITTENSTEIN, Deceased )
)
JOHN J. WOJCIK, in his own right as an Injured )
Party )
)
CLIFFORD WOLKEN, in his own right as an )
Injured Party )
)
PHIDIA WONG, in her own right as an Injured )
Party )
)
WILLIAM E. WOODLON, in his own right as an )
Injured Party )
)
JOHN F. WOODS, JR., in his own right and as the )
Co-Representative of the ESTATE OF JAMES )
WOODS, Deceased )
)
JOYCE A. WOODS, in her own right and as the )
Co-Representative of the ESTATE OF JAMES )
WOODS, Deceased )
)
EILEEN J. WOODS, in her own right as the Sister )
of JAMES WOODS, Deceased )
)
PATRICK WOODS, in his own right and as the )
Representative of the ESTATE OF PATRICK )
WOODS, Deceased )
)
EILEEN WOODS, in her own right as the Mother )
of PATRICK WOODS, Deceased )

227

**THOMAS WOODS**, in his own right as the
Brother of **PATRICK WOODS**, Deceased

**CHRIS WOODS**, in his own right as the Brother of
**PATRICK WOODS**, Deceased

**LINDA P. WOODWELL**, in her own right and as
the Representative of the **ESTATE OF RICHARD
H. WOODWELL**, Deceased

**JOHN KNOWLES WOODWELL, III**, in his own
right as the Brother of **RICHARD H.
WOODWELL**, Deceased

**PAMELA WOODWELL GEERDES**, in her own
right as the Sister of **RICHARD H. WOODWELL**,
Deceased

**TIMOTHY E. WORKS**, in his own right as the
Brother of **JOHN BENTLY WORKS**, Deceased

**KAREN L. WORTLEY**, in her own right and as
the Representative of the **ESTATE OF MARTIN
WORTLEY**, Deceased

**WILLIAM WOYTKIN**, in his own right as an
Injured Party

**MARTHA WRIGHT**, in her own right and as the
Representative of the **ESTATE OF JOHN
WAYNE WRIGHT, III**, Deceased

**ROBERT E. WRIGHT**, in his own right as an
Injured Party

**WILLIAM K. WRIGHT**, in his own right as an
Injured Party

**GREGORY WYCKOFF**, in his own right as an
Injured Party

**LORRAINE YAMNICKY DIXON**, in her own
right as the Daughter of **JOHN DAVID
YAMNICKY, SR.**, Deceased

**JANET W. YAMNICKY**, in her own right as the
Wife of **JOHN DAVID YAMNICKY, SR.**,
Deceased

**AJITHA VEMULAPALLI**, in her own right as the
Wife of **SURESH YANAMADALA**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

228

**RUI ZHENG**, in her own right and as the
Representative of the **ESTATE OF SHUYIN
YANG**, Deceased

**SHIDONG ZHENG**. in his own right as the Son of
**SHUYIN YANG**, Deceased

**TED YARNELL**. in his own right and as the
Representative of the **ESTATE OF MATTHEW
DAVID YARNELL**, Deceased

**MICHELE YARNELL**, in her own right as the
Mother of **MATTHEW DAVID YARNELL**,
Deceased

**JAY YASKULKA**, in his own right and as the
Representative of the **ESTATE OF MYRNA
YASKULKA**, Deceased

**HAL YASKULKA**, in his own right as the Son of
**MYRNA YASKULKA**, Deceased

**BRIAN YASKULKA**, in his own right as the Son
of **MYRNA YASKULKA**, Deceased

**ADELE PEARL**, in her own right as the Mother of
**MYRNA YASKULKA**, Deceased

**SHAWN PEARL**, in his own right as the Brother of
**MYRNA YASKULKA**. Deceased

**PHILIP PEARL**, in his own right as the Brother of
**MYRNA YASKULKA**, Deceased

**IVAN PEARL**, in his own right as the Brother of
**MYRNA YASKULKA**, Deceased

**BONNIE SHIMEL**, in her own right as the Sister
of **MYRNA YASKULKA**, Deceased

**LORNA KAYE**, in her own right as the Sister of
**MYRNA YASKULKA**, Deceased

**INA STANLEY**, in her own right as the Sister of
**MYRNA YASKULKA**, Deceased

**JOHN D. YATES**, in his own right as an Injured
Party

**NEIL YELLEW**, in his own right as an Injured
Party

**KAH L. YEOH**, in his own right as an Injured

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

229

Party                                                    )
                                                         )
**KIMBERLY G. YORK**, in her own right, on               )
behalf of the Minor Children, and as the                 )
Representative of the **ESTATE OF EDWARD**               )
**PHILIP YORK**, Deceased                                )
                                                         )
**CHRISTOPHER YOUNG**, in his own right as an            )
Injured Party                                            )
                                                         )
**DIANNE YOUNG**, in her own right as an Injured         )
Party                                                    )
                                                         )
**FELICIA YOUNG**, in her own right and as the           )
Representative of the **ESTATE OF DONALD**               )
**MCARTHUR YOUNG**, Deceased                             )
                                                         )
**THOMAS H. YOUNG**, in his own right as an              )
Injured Party                                            )
                                                         )
**GEORGE A. ZAKHARY**, in his own right as the           )
Son of **ADEL A. ZAKHARY**, Deceased                     )
                                                         )
**MEHASEN A. ZAKHARY**, in her own right as the )
Sister of **ADEL A. ZAKHARY**, Deceased                  )
                                                         )
**NADIA A. ZAKHARY**, in her own right as the            )
Sister of **ADEL A. ZAKHARY**, Deceased                  )
                                                         )
**NAGAT H. ZAKHARY**, in her own right and as            )
the Representative of the **ESTATE OF ADEL A.**          )
**ZAKHARY**, Deceased                                    )
                                                         )
**TALAT A. ZAKHARY**, in his own right as the            )
Brother of **ADEL A. ZAKHARY**, Deceased                 )
                                                         )
**ROBERT ZAMPIERI**, in his own right and as the         )
Representative of the **ESTATE OF ROBERT**               )
**ALAN ZAMPIERI**, Deceased                              )
                                                         )
**PATRICIA ZAMPIERI**, in her own right as the           )
Mother of **ROBERT ALAN ZAMPIERI**,                      )
Deceased                                                 )
                                                         )
**ANGELO ZECCA**, in his own right as an Injured         )
Party                                                    )
                                                         )
**JACK ZELMAN**, in his own right as the Father of       )
**KENNETH ALBERT ZELMAN**, Deceased                      )
                                                         )
**RUTH ZELMAN**, in her own right as the Mother          )
of **KENNETH ALBERT ZELMAN**, Deceased                   )
                                                         )

BARRY ZELMAN, in his own right as the Brother )
of KENNETH ALBERT ZELMAN, Deceased )
)
CARRIE BURLOCK, in her own right as the )
Sister of KENNETH ALBERT ZELMAN, )
Deceased )
)
LEONARD ZEPLIN, in his own right as the Father )
of MARC SCOTT ZEPLIN, Deceased )
)
LEONA ZEPLIN, in her own right as the Mother )
of MARC SCOTT ZEPLIN, Deceased )
)
JOSLIN ZEPLIN, in her own right as the Sister of )
MARC SCOTT ZEPLIN, Deceased )
)
RUI ZHENG, in her own right and as the )
Representative of the ESTATE OF YUGUANG )
ZHENG, Deceased )
)
SHIDONG ZHENG, in his own right as the Son of )
YUGUANG ZHENG, Deceased )
)
DENNIS ZIMMERMAN, in his own right as an )
Injured Party )
)
ROSEMARIE C. MARTIE, in her own right as )
the Sister of SALVATORE J. ZISA, Deceased )
)
SAUL ZUCKER, in his own right as the Father of )
ANDREW STEVEN ZUCKER, Deceased )
)
SUE ZUCKER, in her own right as the Mother of )
ANDREW STEVEN ZUCKER, Deceased )
)
STUART C. ZUCKER, in his own right as the )
Brother of ANDREW STEVEN ZUCKER, )
Deceased )
)
GAYLE MOSENSON, in her own right as the )
Sister of ANDREW STEVEN ZUCKER, )
Deceased )
)
CHERYL SHAMES, in her own right as the Sister )
of ANDREW STEVEN ZUCKER, Deceased )
)
PETER ZUK, in his own right as an Injured Party )
)
ALLA PLAKHT, in her own right, on behalf of the )
Minor Child, and as the Representative of the )
ESTATE OF IGOR ZUKELMAN, Deceased )
)
WIFE DOE # 01, in her own right, on behalf of the )

231