HANLY & CONROY LLP
Paul J. Hanly, Jr. (PH-5486)
Jayne Conroy (JC 8611)
415 Madison Avenue
New York, NY 10017
(212) 401-7600
          -and-
MOTLEY RICE LLC
Ronald L. Motley
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9147

Doc # 3

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **THOMAS E. BURNETT, SR.**, in his own right as the Father of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) ) ) ) | |
| **BEVERLY BURNETT**, in her own right as the Mother of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) ) ) ) | |
| **DEENA BURNETT**, in her own right and as the Representative of the **ESTATE OF THOMAS EDWARD BURNETT, JR.**, Deceased | ) ) ) ) | **03 CV 5738** |
| **MARY MARGARET JURGENS**, in her own right as the Sister of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) ) ) ) | |
| **MARTHA BURNETT O'BRIEN**, in her own right as the Sister of **THOMAS EDWARD BURNETT, JR.**, Deceased | ) ) ) ) | |
| **WILLIAM DOYLE, SR.**, in his own right and as the Representative of the **ESTATE OF JOSEPH MICHAEL DOYLE**, Deceased | ) ) ) | |
| **CAMILLE DOYLE**, in her own right as the Mother of **JOSEPH MICHAEL DOYLE**, Deceased | ) ) ) ) | **AMENDED COMPLAINT** |
| **WILLIAM DOYLE, JR.**, in his own right as the Brother of **JOSEPH MICHAEL DOYLE**, Deceased | ) ) ) | **JURY TRIAL DEMANDED** |
| **DOREEN LUTTER**, in her own right as the Sister of **JOSEPH MICHAEL DOYLE**, Deceased | ) ) ) ) | |

)

**STEPHEN ALDERMAN**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**PETER CRAIG ALDERMAN**, Deceased )

)

**ELIZABETH ALDERMAN**, in her own right )
and as the Co-Representative of the **ESTATE OF** )
**PETER CRAIG ALDERMAN**, Deceased )

)

**JANE ALDERMAN**, in her own right as the )
Sister of **PETER CRAIG ALDERMAN**, )
Deceased )

)

**ELAINE ABATE**, in her own right and as )
Representative of the **ESTATE OF VINCENT** )
**ABATE**, Deceased )

)

**CAROLYN D. ABATE**, in her own right and as )
Representative of the **ESTATE OF ANDREW** )
**A. ABATE**, Deceased )

)

**ELAINE ABATE**, in her own right as the Mother )
of **ANDREW A. ABATE**, Deceased )

)

**YVONNE V. ABDOOL**, in her own right as an )
Injured Party )

)

**ANN M. ABRAHAMSON**, in her own right and )
as the Representative of the **ESTATE OF** )
**WILLIAM F. ABRAHAMSON**, Deceased )

)

**VANESSA ABREU**, in her own right as an )
Injured Party )

)

**JOHN J. ACERNO**, in his own right as an )
Injured Party )

)

**HUMBERTO R. ACOSTA**, in his own right as )
an Injured Party )

)

**ALFRED ACQUAVIVA**, in his own right as the )
Father of **PAUL ANDREW ACQUAVIVA**, )
Deceased )

)

**JOSEPHINE ACQUAVIVA**, in her own right as )
the Mother of **PAUL ANDREW ACQUAVIVA**, )
Deceased )

)

**KARA HADFIELD**, in her own right as the )
Sister of **PAUL ANDREW ACQUAVIVA**, )
Deceased )

)

**ROBERT C. ADAMS**, in his own right as the )

Father of **DONALD L. ADAMS**, Deceased )
                                        )
**JEAN ADAMS**, in her own right as the Mother of )
**DONALD L. ADAMS**, Deceased )
                                        )
**DWIGHT D. ADAMS**, in his own right as the )
Brother of **DONALD L. ADAMS**, Deceased )
                                        )
**KEVIN JOHN ADAMS**, in his own right as an )
Injured Party )
                                        )
**JESSICA MURROW-ADAMS**, in her own right )
and as the Representative of the **ESTATE OF** )
**STEPHEN GEORGE ADAMS**, Deceased )
                                        )
**AFFIONG ADANGA**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF IGNATIUS** )
**UDO ADANGA**, Deceased )
                                        )
**ALICE D. ADLER**, in her own right, on behalf )
of the Minor Child and as Representative of the )
**ESTATE OF LEE ADLER**, Deceased )
                                        )
**DARRYL J. ADONE**, in his own right as an )
Injured Party )
                                        )
**STACEY AFFLITTO**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF DANIEL** )
**THOMAS AFFLITTO**, Deceased )
                                        )
**VINNIE CARLA AGNELLO**, in her own right )
and on behalf of the Minor Children of **JOSEPH** )
**AGNELLO**, Deceased )
                                        )
**SALVATORE AGNELLO**, in his own right as )
the Father of **JOSEPH AGNELLO**, Deceased )
                                        )
**RITA AGNELLO**, in her own right as the )
Mother of **JOSEPH AGNELLO**, Deceased )
                                        )
**ROSARIA AGNELLO MARTINGANO**, in her )
own right as the Sister of **JOSEPH AGNELLO**, )
Deceased )
                                        )
**DIANE B. AGUIAR**, in her own right and as the )
Representative of the **ESTATE OF JOAO A.** )
**AGUIAR, JR.**, Deceased )
                                        )
**JOAO A. AGUIAR**, in his own right as the )
Father of **JOAO A. AGUIAR, JR.**, Deceased )
                                        )

**TACIANA AGUIAR**, in her own right as the Sister of **JOAO A. AGUIAR, JR.**, Deceased )
)
)

**MARK AIKEN**, in his own right as an Injured Party )
)
)

**JAMES ALARIO**, in his own right and as the Representative of the **ESTATE OF MARGARET ALARIO**, Deceased )
)
)
)

**STEPHEN JEZYCKI**, in his own right as the Father of **MARGARET ALARIO**, Deceased )
)
)

**CATHERINE JEZYCKI**, in her own right as the Mother of **MARGARET ALARIO**, Deceased )
)
)

**MICHAEL JEZYCKI**, in his own right as the Brother of **MARGARET ALARIO**, Deceased )
)
)

**STEPHEN JEZYCKI, JR.**, in his own right as the Brother of **MARGARET ALARIO**, Deceased )
)
)
)

**JAMES F. ALBACH, JR.**, in his own right as an Injured Party )
)
)

**VINCENT J. ALBANESE**, in his own right as an Injured Party )
)
)

**THOMAS ALBERT**, in his own right as an Injured Party )
)
)

**KARIUM ALI**, in his own right as an Injured Party )
)
)

**JENNIFER D'AURIA**, in her own right and as the Co-Representative of the **ESTATE OF JOSEPH R. ALLEN**, Deceased )
)
)
)

**MICHAEL J. ALLEN**, in his own right and as the Co-Representative of the **ESTATE OF JOSEPH R. ALLEN**, Deceased )
)
)
)

**RICHARD D. ALLEN**, in his own right as the Father of **RICHARD DENNIS ALLEN**, Deceased )
)
)
)

**MADELYN GAIL ALLEN**, in her own right as the Mother of **RICHARD DENNIS ALLEN**, Deceased )
)
)
)

**MATTHEW J. ALLEN**, in his own right as the Brother of **RICHARD DENNIS ALLEN**, )
)

Deceased )
)
**LUKE C. ALLEN**, in his own right as the )
Brother of **RICHARD DENNIS ALLEN**, )
Deceased )
)
**LYNN P. ALLEN**, in her own right as the Sister )
of **RICHARD DENNIS ALLEN**, Deceased )
)
**JUDITH M. AIKEN**, in her own right as the )
Sister of **RICHARD DENNIS ALLEN**, )
Deceased )
)
**MARGUERITE G. ALLEN**, in her own right as )
the Sister of **RICHARD DENNIS ALLEN**, )
Deceased )
)
**RONALD ALLEN**, in his own right as an Injured )
Party )
)
**INGRID ALLEYNE-ROBERTSON**, in her own )
right as an Injured Party )
)
**DONNA ALLINGHAM**, in her own right and as )
the Representative of the **ESTATE OF** )
**CHRISTOPHER EDWARD ALLINGHAM**, )
Deceased )
)
**JAMES J. ALLINGHAM**, in his own right as )
the Brother of **CHRISTOPHER EDWARD** )
**ALLINGHAM**, Deceased )
)
**WILLIAM J. ALLINGHAM**, in his own right as )
the Father of **CHRISTOPHER EDWARD** )
**ALLINGHAM**, Deceased )
)
**PATRICIA C. ALLINGHAM**, in her own right )
as the Mother of **CHRISTOPHER EDWARD** )
**ALLINGHAM**, Deceased )
)
**WILLIAM J. ALLINGHAM, JR.**, in his own )
right as the Brother of **CHRISTOPHER** )
**EDWARD ALLINGHAM**, Deceased )
)
**PEGGY ALINGHAM CICCARELLI**, in her )
own right as the Sister of **CHRISTOPHER** )
**EDWARD ALLINGHAM**, Deceased )
)
**KATHARINE ALLINGHAM CLARK**, in her )
own right as the Sister of **CHRISTOPHER** )
**EDWARD ALLINGHAM**, Deceased )
)
**V. BLAKE ALLISON**, in his own right and as )

the Representative of the **ESTATE OF ANNA** )
**ALLISON**, Deceased )
)
**IVAN ALMENDAREZ, JR.**, in his own right as )
an Injured Party )
)
**LEONOR ALVAREZ**, in her own right as an )
Injured Party )
)
**ROBERT E. ALVERSON**, in his own right as an )
Injured Party )
)
**GRACE ALVIAR**, in her own right and as the )
Representative of the **ESTATE OF CESAR A.** )
**ALVIAR**, Deceased )
)
**CHRISTOPHER ALVIAR**, in his own right as )
the Son of **CESAR A. ALVIAR**, Deceased )
)
**GEMMA ALVIAR**, in her own right as the )
Daughter of **CESAR A. ALVIAR**, Deceased )
)
**GIANINA ALVIAR**, in her own right as the )
Daughter of **CESAR A. ALVIAR**, Deceased )
)
**JOCELYNE AMBROISE**, in her own right as )
an Injured Party )
)
**MITCHELL B. AMERBACH**, in his own right )
as an Injured Party )
)
**MARIE L. ANAYA**, in her own right and as the )
Representative of the **ESTATE OF CALIXTO** )
**ANAYA, JR.**, Deceased )
)
**ELIAS A. ANCHUNDIA**, in his own right and as )
the Co-Representative of the **ESTATE OF** )
**JOSEPH P. ANCHUNDIA**, Deceased )
)
**CHRISTINE A. ANCHUNDIA**, in her own right )
and as the Co-Representative of the **ESTATE OF** )
**JOSEPH P. ANCHUNDIA**, Deceased )
)
**ELIAS J. ANCHUNDIA**, in his own right as the )
Brother of **JOSEPH P. ANCHUNDIA**, Deceased )
)
**ELIZABETH R. ANCHUNDIA**, in her own )
right as the Sister of **JOSEPH P. ANCHUNDIA**, )
Deceased )
)
**THOMAS W. ANDERSON**, in his own right as )
an Injured Party )
)

6

**EDWARD ANDREWS**, in his own right and as Representative of the **ESTATE OF MICHAEL R. ANDREWS**, Deceased )
)
)
)

**DONNA L. ANGELINI**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF JOSEPH JOHN ANGELINI, JR.**, Deceased )
)
)
)
)

**IOANNIS ANTONIADIS**, in his own right as an )
Injured Party )
)

**CECILE APOLLO**, in her own right and as the Representative of the **ESTATE OF PETER PAUL APOLLO**, Deceased )
)
)
)

**PETER APOLLO**, in his own right as the Father )
of **PETER PAUL APOLLO**, Deceased )
)

**DENISE MAUTHE**, in her own right as the )
Sister of **PETER PAUL APOLLO**, Deceased )
)

**LISA PAGE**, in her own right as the Sister of )
**PETER PAUL APOLLO**, Deceased )
)

**MARGARET APOSTOL**, in her own right as )
the Sister of **FAUSTINO APOSTOL**, Deceased )
)

**FRANK J. AQUILINO,** in his own right and as the Representative of the **ESTATE OF FRANK THOMAS AQUILINO**, Deceased )
)
)
)

**CAROL ANN AQUILINO**, in her own right as the Mother of **FRANK THOMAS AQUILINO**, Deceased )
)
)
)

**TARA CHIARI**, in her own right as the Sister of )
**FRANK THOMAS AQUILINO**, Deceased )
)
)

**JILL AQUILINO**, in her own right as the Sister )
of **FRANK THOMAS AQUILINO**, Deceased )
)

**DAVID ARCHBOLD**, in his own right as an )
Injured Party )
)

**PETER ARCHER**, in his own right as an Injured )
Party )
)

**LORI ANN ARCZYNSKI**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF MICHAEL G. ARCZYNSKI**, Deceased )
)
)
)

**THOMAS V. ARIAS**, in his own right as the
Brother of **ADAM PETER ARIAS**, Deceased    )

**DONALD C. ARIAS**, in his own right as the
Brother of **ADAM PETER ARIAS**, Deceased    )

**ANDREW D. ARIAS**, in his own right as the
Brother of **ADAM PETER ARIAS**, Deceased    )

**LAUREN ARIAS LUCCHINI**, in her own right
as the Sister of **ADAM PETER ARIAS**,
Deceased    )

**LORRAINE ARIAS BELIVEAU**, in her own
right as the Sister of **ADAM PETER ARIAS**,
Deceased    )

**JOSEPH ARIOLA**, in his own right as an
Injured Party    )

**CYNTHIA ARNOLD**, in her own right as an
Injured Party    )

**SUZANNE ARNOLD**, in her own right as an
Injured Party    )

**BENJAMIN ARROYO**, in his own right as an
Injured Party    )

**ELAINE ASCIAK**, in her own right, on behalf of
the Minor Child, and as the Representative of the
**ESTATE OF MICHAEL ASCIAK**, Deceased    )

**VIVIAN ASCIAK**, in her own right as the
Mother of **MICHAEL ASCIAK**, Deceased    )

**SHAWN ASHE**, in his own right as an Injured
Party    )

**ETHEL ASHER**, in her own right as the Mother
of **MICHAEL EDWARD ASHER**, Deceased    )

**STUART ASHE**, in his own right as the Brother
of **MICHAEL EDWARD ASHER**, Deceased    )

**CARMEN MEJIA**, in her own right as the Wife
of **MANUAL ASITIMBAY**, Deceased    )

**PHILIPSON AZENABOR**, in his own right as
an Injured Party    )

<u>**JUANA BACCHUS**, in her own right and on</u>    )

8

behalf of the Minor Child of **EUSTACE R.**                 )
**BACCHUS**, Deceased                                        )
                                                             )
**JOHN BADAGLIACCA**, in his own right as the                )
Father of **JOHN J. BADAGLIACCA**, Deceased                  )
                                                             )
**GRACE BADAGLIACCA**, in her own right as                   )
the Mother of **JOHN J. BADAGLIACCA**,                       )
Deceased                                                     )
                                                             )
**JODI SCOLARO**, in her own right as the Sister             )
of **JOHN J. BADAGLIACCA**, Deceased                         )
                                                             )
**PAUL J. BADER**, in his own right as an Injured            )
Party                                                        )
                                                             )
**JOHN P. BAESZLER**, in his own right and as                )
the Representative of the **ESTATE OF JANE**                 )
**ELLEN BAESZLER**, Deceased                                 )
                                                             )
**YARAH H. BAILEY**, in her own right as the                 )
Sister of **BRETT T. BAILEY**, Deceased                      )
                                                             )
**JUDITH A. BAILEY**, in her own right and as the )
Representative of the **ESTATE OF BRETT T.**                 )
**BAILEY**, Deceased                                         )
                                                             )
**KEVIN J. BAILEY**, in his own right as the                 )
Father of **BRETT T. BAILEY**, Deceased                      )
                                                             )
**YURIAH BAILEY**, in his own right as the                   )
Brother of **BRETT T. BAILEY**, Deceased                     )
                                                             )
**KATHERINE BAILEY**, in her own right and as                )
the Representative of the **ESTATE OF**                      )
**GARNET BAILEY**, Deceased                                  )
                                                             )
**TODD G. BAILEY**, in his own right as the Son              )
of **GARNET BAILEY**, Deceased                               )
                                                             )
**ANATOLIY BAKALINSKIY**, in his own right                   )
and as the Representative of the **ESTATE OF**               )
**TATYANA BAKALINSKAYA**, Deceased                           )
                                                             )
**MARINA BAKALINSKAYA**, in her own right                    )
as the Daughter of **TATYANA**                               )
**BAKALINSKAYA**, Deceased                                   )
                                                             )
**NATALIE BAKALINSKAYA**, in her own right                   )
as the Daughter of **TATYANA**                               )
**BAKALINSKAYA**, Deceased                                   )
                                                             )
**MARTHA BAKSH**, in her own right as the _____ )

9

Mother of **MICHAEL S. BAKSH**, Deceased )

**MARVINA BAKSH**, in her own right as the )
Sister of **MICHAEL S. BAKSH**, Deceased )

**MICHELLE BAKSH**, in her own right as the )
Sister of **MICHAEL S. BAKSH**, Deceased )

**MORRIS BAKSH**, in his own right as the Father )
of **MICHAEL S. BAKSH**, Deceased )

**MAUREEN BAKSH GRIFFIN**, in her own right )
as the Sister of **MICHAEL S. BAKSH**, Deceased )

**TARA BANE**, in her own right and as the )
Representative of the **ESTATE OF MICHAEL** )
**A. BANE**, Deceased )

**DONALD BANE**, in his own right as the Father )
of **MICHAEL A. BANE**, Deceased )

**CHRISTINA BANE-HAYES**, in her own right )
as the Sister of **MICHAEL A. BANE**, Deceased )

**LYNETTE BANGAREE**, in her own right as an )
Injured Party )

**ARISTIDES BANTIS** as the Representative of )
the **ESTATE OF KATHERINE BANTIS**, )
Deceased )

**EVANGELOS BANTIS**, in his own right as the )
Father of **KATHERINE BANTIS**, Deceased )

**SOULTANA BANTIS**, in her own right as the )
Mother of **KATHERINE BANTIS**, Deceased )

**GENTIL BAPTISTE**, in his own right as an )
Injured Party )

**GERARD JEAN** )
**JEAN BAPTISTE**, in his own right and as the )
Representative of the **ESTATE OF GERARD** )
**BAPTISTE**, Deceased )

**ANNA M. GRANVILLE**, in her own right as the )
Sister of **WALTER BARAN**, Deceased )

**CAROL BARAN**, in her own right and as the )
Representative of the **ESTATE OF WALTER** )
**BARAN**, Deceased )

**KIM BARBARO**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF PAUL BARBARO**, Deceased )
                                                )
**NICHOLAS BARBARO**, in his own right as the )
Father of **PAUL BARBARO**, Deceased )
                                                )
**CAROL BARBARO**, in her own right as the )
Mother of **PAUL BARBARO**, Deceased )
                                                )
**NICHOLAS BARBARO, JR.**, in his own right )
as the Brother of **PAUL BARBARO**, Deceased )
                                                )
**THOMAS BARBARO**, in his own right as the )
Brother of **PAUL BARBARO**, Deceased )
                                                )
**JACQUELINE VENEZIA**, in her own right as )
the Sister of **PAUL BARBARO**, Deceased )
                                                )
**MARY E. BARBIERI**, in her own right as an )
Injured Party )
                                                )
**GARRETT BARBOSA**, in his own right as an )
Injured Party )
                                                )
**MARINA BARBOSA**, in her own right as the )
Wife of **VICTOR D. BARBOSA**, Deceased )
                                                )
**NANCY SANTANA**, in her own right as the )
Mother of **VICTOR D. BARBOSA**, Deceased )
                                                )
                                                )
**ARMANDO BARDALES**, in his own right as an )
Injured Party )
                                                )
**THOMAS J. MEEHAN, III**, in his own right as )
the Father of **COLLEEN ANN BARKOW**, )
Deceased )
                                                )
**JO ANN MEEHAN**, in her own right as the )
Mother of **COLLEEN ANN BARKOW**, )
Deceased )
                                                )
**DARYL JOSEPH MEEHAN**, in his own right )
as the Brother of **COLLEEN ANN BARKOW**, )
Deceased )
                                                )
**ALAN M. MENNIE**, in his own right as the )
Father of **MELISSA ROSE BARNES**, Deceased )
                                                )
**THOMAS J. BAROZ**, in his own right as an )
Injured Party )
                                                )

11

**BERTRAND BARRY**, in his own right and as            )
the Co-Representative of the **ESTATE OF**              )
**ARTHUR BARRY**, Deceased                             )
                                                       )
**AUDRIENE BARRY**, in her own right and as the )
Co-Representative of the **ESTATE OF**                 )
**ARTHUR BARRY**, Deceased                             )
                                                       )
**BERTRAND ARTHUR BARRY**, in his own        )
right as the Brother of **ARTHUR BARRY**,              )
Deceased                                               )
                                                       )
**CLARE ELLEN SKARDA**, in her own right as  )
the Sister of **ARTHUR BARRY**, Deceased               )
                                                       )
**KATHLEEN MEGAN POSS**, in her own right    )
as the Sister of **ARTHUR BARRY**, Deceased            )
                                                       )
**PATRICIA ANNE COSGROVE**, in her own       )
right as the Sister of **ARTHUR BARRY**,               )
Deceased                                               )
                                                       )
**EDMUND BARRY**, in his own right as the              )
Husband of **DIANE BARRY**, Deceased                   )
                                                       )
**KEVIN W. BARRY**, in his own right as the Son )
of **DIANE BARRY**, Deceased                           )
                                                       )
**BRIAN M. BARRY**, in his own right as the Son )
of **DIANE BARRY**, Deceased                           )
                                                       )
**MAUREEN BARRY**, in her own right as the             )
Daughter of **DIANE BARRY**, Deceased                  )
                                                       )
**JOHN T. BARRY**, in his own right as an Injured )
Party                                                  )
                                                       )
**MARIANNE BARRY**, in her own right and as  )
the Representative of the **ESTATE OF**                )
**MAURICE V. BARRY**, Deceased                         )
                                                       )
**PATRICK T. BARRY**, in his own right as an           )
Injured Party                                          )
                                                       )
**FRANK BARTON**, in his own right as an Injured )
Party                                                  )
                                                       )
**GILA BARZVI**, in her own right and as the           )
Representative of the **ESTATE OF GUY**                )
**BARZVI**, Deceased                                   )
                                                       )
**ARIE BARZVI**, in his own right as the Father of )
**GUY BARZVI**, Deceased                               )

**FRIMA KOGAN**, in her own right as the Mother )
of **INNA BASIN**, Deceased )
)
**BURNEY BATES**, in her own right as an Injured )
Party )
)
**JOAN PUWALSKI**, in her own right as the )
Fiancé of **STEVEN J. BATES**, Deceased )
)
**CHRISTOPHER A. BAUMANN**, in his own )
right as an Injured Party )
)
**RAMESES G. BAUTISTA**, in his own right and )
as the Representative of the **ESTATE OF** )
**MARLYN C. BAUTISTA**, Deceased )
)
**NARCISA G. CAPITO**, in her own right as the )
Mother of **MARLYN C. BAUTISTA**, Deceased )
)
**RUFINA C. COQUIA**, in his own right as the )
Sister of **MARLYN C. BAUTISTA**, Deceased )
)
**ANISIA C. ABARABAR**, in her own right as the )
Sister of **MARLYN C. BAUTISTA**, Deceased )
)
**MARY T. BAVIS**, in her own right and as the )
Representative of the **ESTATE OF MARK** )
**LAWRENCE BAVIS**, Deceased )
)
**MICHAEL T. BAVIS**, in his own right as the )
Brother of **MARK LAWRENCE BAVIS**, )
Deceased )
)
**PATRICK J. BAVIS**, in his own right as the )
Brother of **MARK LAWRENCE BAVIS**, )
Deceased )
)
**FRANK J. BAZZICALUPO**, in his own right as )
an Injured Party )
)
**LARRY BEALER**, in his own right as an Injured )
Party )
)
**THOMAS BEATTIE**, in his own right as an )
Injured Party )
)
**JANICE BEATTY**, in her own right as an )
Injured Party )
)
**RICHARD A. BEATTY**, in his own right as an )
Injured Party )
)

**THEODORE BECK**, in his own right and as the )
Representative of the **ESTATE OF** )
**LAWRENCE I. BECK**, Deceased )
                                              )
**EDWARD C. WILLIAMS**, in his own right and )
as the Representative of the **ESTATE OF** )
**MANETTE M. BECKLES**, Deceased )
                                              )
**THEODORA BEEKMAN**, in her own right and )
as the Representative of the **ESTATE OF** )
**MICHAEL E. BEEKMAN**, Deceased )
                                              )
**BORIS BELILOVSKY**, in his own right and on )
behalf of the Minor Child of **HELEN** )
**BELILOVSKY**, Deceased )
                                              )
**EMMA TISNOVSKIY**, in her own right as the )
Mother of **HELEN BELILOVSKY**, Deceased )
                                              )
**LEONID TISNOVSKIY**, in his own right as the )
Father of **HELEN BELILOVSKY**, Deceased )
                                              )
**ROSTYSLAV TISNOVSKIY**, in his own right )
as the Brother of **HELEN BELILOVSKY**, )
Deceased )
                                              )
**JOHN G. BELLEW**, in his own right as an )
Injured Party )
                                              )
**ANTHONY BELLISARI**, in his own right as an )
Injured Party )
                                              )
**SEAN K. BELLOWS**, in his own right and as the )
Representative of the **ESTATE OF DEBBIE S.** )
**BELLOWS**, Deceased )
                                              )
**SUZANNE ABENMOHA**, in her own right as )
the Mother of **DEBBIE S. BELLOWS**, Deceased )
                                              )
**SCOTT R. BELOTEN**, in his own right as an )
Injured Party )
                                              )
**MARINA BENEDETTO**, in her own right and )
on behalf of the Minor Child of **DENISE** )
**LENORE BENEDETTO**, Deceased )
                                              )
**JOHN BENEDETTO**, in his own right as the Ex- )
Husband of **DENISE LENORE BENEDETTO**, )
Deceased )
                                              )
**RINA RABINOWITZ**, in her own right as the )
Sister of **DENISE LENORE BENEDETTO**, )
Deceased )

**MARIA GIORDANO**, in her own right as the
Mother of **DENISE LENORE BENEDETTO**,
Deceased

**MICHAEL GIORDANO**, in his own right as the
Brother of **DENISE LENORE BENEDETTO**,
Deceased

**ONDINA BENNETT**, in her own right and as the
Representative of the **ESTATE OF BRYAN
CRAIG BENNETT**, Deceased

**DEREK P. BENNETT**, in his own right as an
Injured Party

**IAN BENNETT**, in his own right as an Injured
Party

**GAIL BENZMAN**, in her own right as an Injured
Party

**FRANCES BERDAN**, in her own right as an
Injured Party

**SUZANNE J. BERGER**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF JAMES P.
BERGER**, Deceased

**GARY M. BERGER**, in his own right as the
Brother of **STEVEN HOWARD BERGER**,
Deceased

**JAMES W. BERGHORN**, in his own right as an
Injured Party

**GEORGE R. BERGIN**, in his own right as the
Father of **JOHN P. BERGIN**, Deceased

**AGNES BERGIN**, in her own right as the Mother
of **JOHN P. BERGIN**, Deceased

**GEORGE M. BERGIN**, in his own right as the
Brother of **JOHN P. BERGIN**, Deceased

**MARY ELLEN O'ROURKE**, in her own right
as the Sister of **JOHN P. BERGIN**, Deceased

**KENNETH BERGSOHN**, in his own right as the
Father of **ALVIN BERGSOHN**, Deceased

**RENEE A. HOFFMAN**, in her own right as the

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Sister of **ALVIN BERGSOHN**, Deceased )
)
**DEBORAH E. BERK**, in her own right as an )
Injured Party )
)
**ROBERT J. BERNSTEIN**, in his own right and )
as the Representative of the **ESTATE OF** )
**WILLIAM H. BERNSTEIN**, Deceased )
)
**MURRAY BERNSTEIN**, in his own right as the )
Father of **WILLIAM H. BERNSTEIN**, Deceased )
)
**NORMA BERNSTEIN**, in her own right as the )
Mother of **WILLIAM H. BERNSTEIN**, )
Deceased )
)
**DAVID M. BERNSTEIN**, in his own right as the )
Brother of **WILLIAM H. BERNSTEIN**, )
Deceased )
)
**EVELYN BERRY**, in her own right and as the )
Representative of the **ESTATE OF JOSEPH** )
**JOHN BERRY**, Deceased )
)
**TODD P. BERRY**, in his own right as the Son of )
**JOSEPH JOHN BERRY**, Deceased )
)
**JOSEPH S. BERRY**, in his own right as the Son )
of **JOSEPH JOHN BERRY**, Deceased )
)
**KIMBERLY A. BERRY**, in her own right as the )
Daughter of **JOSEPH JOHN BERRY**, Deceased )
)
**JOSEPH T. BERRY**, in his own right as an )
Injured Party )
)
**DOMINIC BERTUCCI**, in his own right as an )
Injured Party )
)
**FRANCISCO BETANCOURT**, in his own right )
as an Injured Party )
)
**JOANNE F. BETTERLY**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF TIMOTHY** )
**D. BETTERLY**, Deceased )
)
**DONALD A. BETTERLY, SR.**, in his own right )
as the Father of **TIMOTHY D. BETTERLY**, )
Deceased )
)
**JOAN C. BETTERLY**, in her own right as the )
Mother of **TIMOTHY D. BETTERLY**, )

16

Deceased )
)
**MARK BETTERLY**, in his own right as the )
Brother of **TIMOTHY D. BETTERLY**, )
Deceased )
)
**DONALD BETTERLY, JR.**, in his own right as )
the Brother of **TIMOTHY D. BETTERLY**, )
Deceased )
)
**PRAKASH BHATT**, in his own right as an )
Injured Party )
)
**J. BHUKHAN**, in his own right as the Father of )
**BELLA BHUKHAN**, Deceased )
)
**INDIRA BHUKHAN**, in her own right as the )
Mother of **BELLA BHUKHAN**, Deceased )
)
**MILES BILCHER**, in his own right as the Father )
of **BRIAN BILCHER**, Deceased )
)
**IRENE BILCHER**, in her own right as the )
Mother of **BRIAN BILCHER**, Deceased )
)
**TINA MARIE BILCHER**, in her own right and )
as the Representative of the **ESTATE OF** )
**BRIAN BILCHER**, Deceased )
)
**STEPHEN BILESKI**, in his own right as an )
Injured Party )
)
**CHRISTOPHER BILOTTI**, in his own right as )
an Injured Party )
)
**ALICE HOGLAN**, in her own right and as the )
Co-Representative of the **ESTATE OF MARK** )
**K. BINGHAM**, Deceased )
)
**GERALD W. BINGHAM**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**MARK K. BINGHAM**, Deceased )
)
**LILLIAN BINI**, in her own right as the Mother )
of **CARL BINI**, Deceased )
)
**ROSEMARIE CORVINO**, in her own right as )
the Sister of **CARL BINI**, Deceased )
)
**RAYMOND BINI**, in his own right as the Father )
of **CARL BINI**, Deceased )
)
**BASMATTIE BISHUNDAT**, in her own right )

17

and as the Co-Representative of the **ESTATE OF** )
**KRIS ROMEO BISHUNDAT**, Deceased )
)
**BHOLA P. BISHUNDAT**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**KRIS ROMEO BISHUNDAT**, Deceased )
)
**JAMES A. BITTLES**, in his own right as an )
Injured Party )
)
**DANIEL BIVONA**, in his own right as an )
Injured Party )
)
**ALBERT A. BLACKMAN**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**ALBERT B. BLACKMAN, JR.**, Deceased )
)
**HYACINTH BLACKMAN**, in her own right and )
as the Co-Representative of the **ESTATE OF** )
**ALBERT B. BLACKMAN, JR.**, Deceased )
)
**PATRICK BLAINE**, in his own right as an )
Injured Party )
)
**DANIEL A. WALISIAK**, in his own right as the )
Fiancé of **SUSAN L. BLAIR**, Deceased )
)
**JAMES BLAKE**, in his own right as an Injured )
Party )
)
**JODY BLANCHARD**, in her own right as an )
Injured Party )
)
**SCOTT BLANEY**, in his own right and as the )
Representative of the **ESTATE OF JANICE** )
**BLANEY**, Deceased )
)
**STAN BLASKEY**, in his own right as an Injured )
Party )
)
**NEIL BLASS**, in his own right and as the )
Representative of the **ESTATE OF CRAIG** )
**MICHAEL BLASS**, Deceased )
)
**BARBARA BLASS**, in her own right as the )
Mother of **CRAIG MICHAEL BLASS**, )
Deceased )
)
**RICHARD J. BLATUS**, in his own right as an )
Injured Party )
)
**IRA BLAU**, in his own right and as the )
<u>Representative of the **ESTATE OF RITA** _____</u>)

**BLAU**, Deceased )
)
**MICHELE BUFFOLINO**, in her own right as )
the Daughter of **RITA BLAU**, Deceased )
)
**NICOLE EFFRESS**, in her own right as the )
Daughter of **RITA BLAU**, Deceased )
)
**DEBORAH BORZA**, in her own right and as the )
Representative of the **ESTATE OF DEORA** )
**FRANCES BODLEY**, Deceased )
)
**VINCENT BOLAND, SR.**, in his own right and )
as the Representative of the **ESTATE OF** )
**VINCENT M. BOLAND, JR.**, Deceased )
)
**JOYCE BOLAND**, in her own right as the )
Mother of **VINCENT M. BOLAND, JR.**, )
Deceased )
)
**GREGORY BOLAND**, in his own right as the )
Brother of **VINCENT M. BOLAND, JR.**, )
Deceased )
)
**ERIN BOLAND**, in her own right as the Sister of )
**VINCENT M. BOLAND, JR.**, Deceased )
)
**EDWARD P. BOLGER**, in his own right as an )
Injured Party )
)
**JAN BONANZA**, in his own right as an Injured )
Party )
)
**WILLIAM BONDARENKO**, in his own right as )
the Son of **ALAN BONDARENKO**, Deceased )
)
**JOSEPH BONDARENKO**, in his own right as )
the Son of **ALAN BONDARENKO**, Deceased )
)
**ROXANE BONHEUR**, in her own right and as )
the Representative of the **ESTATE OF ANDRE** )
**BONHEUR, JR.**, Deceased )
)
**JOHN BONOMO**, in his own right and as the )
Representative of the **ESTATE OF YVONNE** )
**BONOMO**, Deceased )
)
**SONIA BONOMO**, in her own right as the )
Mother of **YVONNE BONOMO**, Deceased )
)
**GEORGE BONOMO**, in his own right as the )
Brother of **YVONNE BONOMO**, Deceased )
)

19

**SHARON BOOKER**, in her own right, on behalf )
of the Minor Children, and as the Representative )
of the **ESTATE OF SEAN BOOKER**, Deceased )
)
**ROSE BOOKER**, in her own right as the Mother )
of **SEAN BOOKER**, Deceased )
)
**ANDREW BOONE**, in his own right as the Son )
of **CANFIELD D. BOONE**, Deceased )
)
**CHRISTOPHER BOONE**, in his own right as )
the Son of **CANFIELD D. BOONE**, Deceased )
)
**JASON BOONE**, in his own right as the Son of )
**CANFIELD D. BOONE**, Deceased )
)
**LINDA K. BOONE**, in her own right and as the )
Representative of the **ESTATE OF CANFIELD** )
**D. BOONE**, Deceased )
)
**KRYSTYNA BORYCZEWSKI**, in her own )
right and as the Representative of the **ESTATE** )
**OF MARTIN BORYCZEWSKI**, Deceased )
)
**MICHELE BORYCZEWSKI**, in her own right )
as the Sister of **MARTIN BORYCZEWSKI**, )
Deceased )
)
**MICHAEL BORYCZEWSKI**, in his own right )
as the Father of **MARTIN BORYCZEWSKI**, )
Deceased )
)
**JULIA BORYCZEWSKI**, in her own right as )
the Sister of **MARTIN BORYCZEWSKI**, )
Deceased )
)
**WILLIAM J. BOSCO, JR.**, in his own right as )
the Father of **RICHARD E. BOSCO**, Deceased )
)
**CHESTER BOTCH**, in his own right as an )
Injured Party )
)
**FREDERICK BOUCHARD**, in his own right )
and as the Representative of the **ESTATE OF** )
**CAROL BOUCHARD**, Deceased )
)
**FRANK DELLEFEMINE**, in his own right as )
the Father of **CAROL BOUCHARD**, Deceased )
)
**HOPE DELLEFEMINE**, in her own right as the )
Mother of **CAROL BOUCHARD**, Deceased )
)
**KENNETH DELLEFEMINE**, in his own right )

20

as the Brother of **CAROL BOUCHARD**,          )
Deceased                                        )
                                                )
**RICHARD DELLEFEMINE**, in his own right as)
the Brother of **CAROL BOUCHARD**, Deceased )
                                                )
**PAUL A. BOWDEN, SR.**, in his own right as the )
Brother of **THOMAS H. BOWDEN, JR.**,       )
Deceased                                        )
                                                )
**STEPHANIE AYN BOWSER**, in her own right, )
on behalf of the Minor Children, and as the    )
Representative of the **ESTATE OF KEVIN**     )
**LEAH BOWSER**, Deceased                      )
                                                )
**VLADIMIR BOYARSKY**, in his own right as   )
the Father of **GENNADY BOYARSKY**,           )
Deceased                                        )
                                                )
**BELLA BOYARSKY**, in her own right as the  )
Mother of **GENNADY BOYARSKY**, Deceased   )
                                                )
**LAURA ALESSI**, in her own right and as the )
Representative of the **ESTATE OF PAMELA J.** )
**BOYCE**, Deceased                             )
                                                )
**GINA GRASSI**, in her own right as the Sister of )
**PAMELA J. BOYCE**, Deceased                  )
                                                )
**DESIREE A. GERASIMOVICH**, in her own    )
right as the Sister of **PAMELA J. BOYCE**,    )
Deceased                                        )
                                                )
                                                )
**RONALD BOYCE**, in his own right as an     )
Injured Party                                   )
                                                )
**JOHN W. BOYLE**, in his own right as an Injured )
Party                                           )
                                                )
**JOSEPH M. BOYLE**, in his own right as an  )
Injured Party                                   )
                                                )
**KEVIN BRADBURY**, in his own right as an   )
Injured Party                                   )
                                                )
**NELLY BRAGINSKAYA**, in her own right and )
as the Representative of the **ESTATE OF**     )
**ALEXANDER BRAKINSKY**, Deceased          )
                                                )
**FRANK BRANCATO**, in his own right as an   )
Injured Party                                   )
                                                )

21

**WILLIAM J. BRATTON, JR.**, in his own right )
and as the Representative of the **ESTATE OF** )
**MICHELLE RENEE BRATTON**, Deceased )
)
**MARY E. BRATTON**, in her own right as the )
Mother of **MICHELLE RENEE BRATTON**, )
Deceased )
)
**CHRISTOPHER B. BRATTON**, in his own )
right as the Brother of **MICHELLE RENEE** )
**BRATTON**, Deceased )
)
**WILLIAM J. BRATTON, III**, in his own right )
as the Brother of **MICHELLE RENEE** )
**BRATTON**, Deceased )
)
**ERIN G. BRATTON**, in her own right as the )
Sister of **MICHELLE RENEE BRATTON**, )
Deceased )
)
**MICHEL BRAUT**, in his own right as the Father )
of **PATRICE BRAUT**, Deceased )
)
**PAOLA STORER**, in her own right as the )
Mother of **PATRICE BRAUT**, Deceased )
)
**ANTHONY BENGIVENGA**, in his own right as )
the Fiancé of **LYDIA BRAVO**, Deceased )
)
**BARBARA H. BRENNAN**, in her own right and )
as the Representative of the **ESTATE OF** )
**FRANK H. BRENNAN**, Deceased )
)
**GEORGE BRENNAN**, in his own right as an )
Injured Party )
)
**BRIAN T. BRENNAN**, in his own right as the )
Brother of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**JAMES JOHN BRENNAN**, in his own right as )
the Brother of **MICHAEL EMMETT** )
**BRENNAN**, Deceased )
)
**MICHAEL BRENNAN**, in his own right as the )
Father of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**VERONICA BRENNAN**, in her own right as the )
Sister of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**EILEEN WALSH**, in her own right as the )

22

Mother of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**MARGARET WALSH**, in her own right as the )
Sister of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**MARY M. WALSH**, in her own right as the )
Sister of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**MATTHEW J. WALSH**, in his own right as the )
Brother of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**PATRICIA WALSH**, in her own right as the )
Sister of **MICHAEL EMMETT BRENNAN**, )
Deceased )
)
**RAYMOND BRESSINGHAM**, in his own right )
as an Injured Party )
)
**JEFFREY A. BREZIL**, in his own right as an )
Injured Party )
)
**DAVID ALLEN BRIDGEFORTH**, in his own )
right as an Injured Party )
)
**JAMES BRIORDY**, in his own right as an )
Injured Party )
)
)
**JULIETTE BRISMAN**, in her own right and as )
the Representative of the **ESTATE OF MARK** )
**BRISMAN**, Deceased )
)
**GERARD BRISMAN**, in his own right as the )
Father of **MARK BRISMAN**, Deceased )
)
**STEVEN BRISMAN**, in his own right as the )
Brother of **MARK BRISMAN**, Deceased )
)
**MICHELE PRIEST**, in her own right as the )
Sister of **MARK BRISMAN**, Deceased )
)
**JACQUELINE ISKOLS**, in her own right as the )
Sister of **MARK BRISMAN**, Deceased )
)
**MICHAEL P. BRODBECK**, in his own right as )
an Injured Party )
)
**ERIC J. BRODN**, in his own right as an Injured )
Party )

23

**ISOLINE BROOMFIELD**, in her own right as )
the Mother of **KEITH BROOMFIELD**, )
Deceased )
 )
**EDWARD M. BROWN**, in his own right as an )
Injured Party )
 )
**ERNEST O. BROWN**, in his own right as an )
Injured Party )
 )
**EVERTON BROWN**, in his own right and as )
Representative of the **ESTATE OF LLOYD** )
**BROWN**, Deceased )
 )
**KEVIN J. BROWN**, in his own right as an )
Injured Party )
 )
**STEPHEN C. BROWN**, in his own right as an )
Injured Party )
 )
**SIGALIT BRUNN**, in her own right as the Wife )
of **ANDREW C. BRUNN**, Deceased )
 )
**EDUARDO E. BRUNO**, in his own right as an )
Injured Party )
 )
**THOMAS J. BUBELNIK**, in his own right as an )
Injured Party )
 )
**RONALD B. BUCHANAN**, in his own right and )
as Representative of the **ESTATE OF** )
**BRANDON J. BUCHANAN**, Deceased )
 )
**CHARILYN S. BUCHANAN**, in her own right )
as the Mother of **BRANDON J. BUCHANAN**, )
Deceased )
 )
**JONATHAN BUCHSBAUM**, in his own right as )
an Injured Party )
 )
**ERNST H. BUCK**, in his own right as the Father )
of **GREGORY J. BUCK**, Deceased )
 )
**ERIC BUCK**, in his own right as the Brother of )
**GREGORY J. BUCK**, Deceased )
 )
**JOSEPHINE BUCK**, in her own right as the )
Mother of **GREGORY J. BUCK**, Deceased )
 )
**CATHERINE MORRISON BUCK**, in her own )
right and as the Representative of the **ESTATE** )
**OF GREGORY J. BUCK**, Deceased )

24

**KATHLEEN M. BUCKLEY**, in her own right )
and as the Representative of the **ESTATE OF** )
**DENNIS BUCKLEY**, Deceased )

**JOHN C. BUCKLEY**, in his own right as the )
Father of **DENNIS BUCKLEY**, Deceased )

**KATHLEEN M. BUCKLEY**, in her own right as )
the Mother of **DENNIS BUCKLEY**, Deceased )

**JANE M. SMITHWICK**, in her own right as the )
Sister of **DENNIS BUCKLEY**, Deceased )

**VINCENT J. BULZOMI**, in his own right as an )
Injured Party )

**ASENETH BUNIN**, in her own right and as the )
Representative of the **ESTATE OF STEPHEN** )
**BUNIN**, Deceased )

**JAVIER BURGOS**, in his own right as an )
Injured Party )

**JOHN J. BURKE**, in his own right and as the )
Representative of the **ESTATE OF MATTHEW** )
**J. BURKE**, Deceased )

**ALICIA P. BURKE**, in her own right as the )
Mother of **MATTHEW J. BURKE**, Deceased )

**THOMAS BURKE**, in his own right as an )
Injured Party )

**CHRIS BURKE**, in his own right as the Brother )
of **THOMAS DANIEL BURKE**, Deceased )

**TIMOTHY J. BURKE**, in his own right as an )
Injured Party )

**JAMES M. BURKE**, in his own right and as the )
Representative of the **ESTATE OF WILLIAM** )
**F. BURKE, JR.**, Deceased )

**BERNARD J. BURNS**, in his own right as the )
Father of **KEITH JAMES BURNS**, Deceased )

**AGNES D. BURNS**, in her own right as the )
Mother of **KEITH JAMES BURNS**, Deceased )

**MICHAEL J. BURNS**, in his own right as the )
Brother of **KEITH JAMES BURNS**, Deceased )

25

**DIANE SHEPHERD**, in her own right as the Sister of **KEITH JAMES BURNS**, Deceased )

**LINDA ELLICOTT**, in her own right as the Sister of **KEITH JAMES BURNS**, Deceased )

**MAUREEN BURNS-DEWLAND**, in her own right as the Sister of **KEITH JAMES BURNS**, Deceased )

**COLLEEN COOPER**, in her own right as the Sister of **KEITH JAMES BURNS**, Deceased )

**JENNIFER C. BURNS**, in her own right and as the Representative of the **ESTATE OF KEITH JAMES BURNS**, Deceased )

**MICHAEL R. BURNS**, in his own right as an Injured Party )

**SANDRA BURNSIDE**, in her own right and as the Representative of the **ESTATE OF JOHN P. BURNSIDE**, Deceased )

**KEVIN BUTLER**, in his own right as an Injured Party )

**PASQUALE BUZZELLI**, in his own right as an Injured Party )

**ROBERT G. BYRNE, SR.**, in his own right and as the Representative of the **ESTATE OF PATRICK D. BYRNE**, Deceased )

**ANNE BYRNE**, in her own right as the Mother of **PATRICK D. BYRNE**, Deceased )

**THOMAS BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**WILLIAM J. BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**FRANCIS X. BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**ROBERT G. BYRNE, JR.**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

**GARETT C. BYRNE**, in his own right as the Brother of **PATRICK D. BYRNE**, Deceased )

26

**JUDITH BYRNE**, in her own right as the Sister
of **PATRICK D. BYRNE**, Deceased

**JOANNE FINN**, in her own right as the Sister of
**PATRICK D. BYRNE**, Deceased

**CATHRINE M. TOLINO**, in her own right as
the Sister of **PATRICK D. BYRNE**, Deceased

**VICTORIA CABEZAS**, in her own right as the
Wife of **JESUS CABEZAS**, Deceased

**LOUIE D. CACCHIOLI**, in his own right as an
Injured Party

**JULIO CACERES**, in his own right and on
behalf of the Minor Child of **LILLIAN
CACERES**, Deceased

**JAMES CADDIGAN**, in his own right as an
Injured Party

**GRACE KNESKI**, in her own right and as the
Representative of the **ESTATE OF STEVEN
CAFIERO**, Deceased

**VERONICA CAGGIANO**, in her own right and
as the Representative of the **ESTATE OF
RICHARD M. CAGGIANO**, Deceased

**BRETT CAHILL**, in his own right and on behalf
of the Minor Child of **JOHN B. CAHILL**,
Deceased

**SHARON CAHILL**, in her own right as the Wife
of **JOHN B. CAHILL**, Deceased

**KEVIN CAHILL**, in his own right as an Injured
Party

**KEVIN J. CAHILL**, in his own right as an
Injured Party

**ROSEMARY CAIN**, in her own right and as the
Representative of the **ESTATE OF GEORGE C.
CAIN**, Deceased

**MICHAEL CAIN**, in his own right as an Injured
Party

**WILLIAM CALAHAN**, in his own right as an
Injured Party

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

|  | ) |
| --- | --- |
| **CHRISTOPHER CALAMIA**, in his own right as an Injured Party | ) |
| **RONALD CALCAGNO**, in his own right as an Injured Party | ) |
| **JANET CALIA**, in her own right and as the Representative of the **ESTATE OF DOMINICK E. CALIA**, Deceased | ) |
| **JOAN E. CALLAHAN**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF LIAM CALLAHAN**, Deceased | ) |
| **JOSE CALLEJAS**, in his own right as an Injured Party | ) |
| **FERNANDO CAMACHO**, in his own right as an Injured Party | ) |
| **JOSEPH CAMMARATA**, in his own right and as the Co-Representative of the **ESTATE OF MICHAEL F. CAMMARATA**, Deceased | ) |
| **LINDA CAMMARATA**, in her own right and as the Co-Representative of the **ESTATE OF MICHAEL F. CAMMARATA**, Deceased | ) |
| **JOSEPH CAMMARATA, JR.**, in his own right as the Brother of **MICHAEL F. CAMMARATA**, Deceased | ) |
| **KIMBERLY CAMMARATA**, in her own right as the Sister of **MICHAEL F. CAMMARATA**, Deceased | ) |
| **CYNTHIA J. CAMPBELL**, in her own right, on behalf of the Minor Child, and as the Representative of the **ESTATE OF DAVID OTEY CAMPBELL**, Deceased | ) |
| **STEVEN T. CAMPBELL**, in his own right and as the Representative of the **ESTATE OF JILL MARIE CAMPBELL**, Deceased | ) |
| **JEANNE M. MAURER**, in her own right as the Mother of **JILL MARIE CAMPBELL**, Deceased | ) |
| **LINDA MAURER**, in her own right as the Sister of **JILL MARIE CAMPBELL**, Deceased | ) |

28

**JOSEPH MAURER**, in his own right as the
Father of **JILL MARIE CAMPBELL**, Deceased )

**MARGARET CANAVAN**, in her own right and )
as the Representative of the **ESTATE OF SEAN** )
**CANAVAN**, Deceased )

**THOMAS CANAVAN**, in his own right as the )
Father of **SEAN CANAVAN**, Deceased )

**ROSEMARY CELINE TRAYNOR**, in her own )
right as the Sister of **SEAN CANAVAN**, )
Deceased )

**TERESA MCCAFFERY**, in her own right as the )
Sister of **SEAN CANAVAN**, Deceased )

**KATHLEEN MCKEON**, in her own right as the )
Sister of **SEAN CANAVAN**, Deceased )

**CIARAN CANAVAN**, in his own right as the )
Brother of **SEAN CANAVAN**, Deceased )

**KAREN D. CANGIALOSI**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF STEPHEN J.** )
**CANGIALOSI**, Deceased )

**THOMAS J. CANGIALOSI**, in his own right as )
the Father of **STEPHEN J. CANGIALOSI**, )
Deceased )

**HELEN J. CANGIALOSI**, in her own right as )
the Mother of **STEPHEN J. CANGIALOSI**, )
Deceased )

**THOMAS J. CANGIALOSI, JR.**, in his own )
right as the Brother of **STEPHEN J.** )
**CANGIALOSI**, Deceased )

**ELIZABETH CANGIALOSI DICKEY**, in her )
own right as the Sister of **STEPHEN J.** )
**CANGIALOSI**, Deceased )

**KATHLEEN CANGIALOSI RUE**, in her own )
right as the Sister of **STEPHEN J.** )
**CANGIALOSI**, Deceased )

**TERESA DIFATO**, in her own right as the )
Mother of **LISA CANNAVA**, Deceased )

**ANTONIO DIFATO**, in his own right as the )

Father of **LISA CANNAVA**, Deceased )
)
**RICHARD CANNAVA**, in his own right and as )
the Representative of the **ESTATE OF LISA** )
**CANNAVA**, Deceased )
)
**CHARLES CANNIZZARO**, in his own right as )
the Brother of **BRIAN CANNIZZARO**, )
Deceased )
)
**WILLIAM CANTRES**, in his own right as an )
Injured Party )
)
**JOHN W. CANTY**, in his own right as the )
Brother of **MICHAEL R. CANTY**, Deceased )
)
**EDWARD J. CANTY**, in his own right as the )
Father of **MICHAEL R. CANTY**, Deceased )
)
**JAMES E. CANTY**, in his own right as the )
Brother of **MICHAEL R. CANTY**, Deceased )
)
**KATHRYN F. CANTY**, in her own right as the )
Mother of **MICHAEL R. CANTY**, Deceased )
)
)
**MARY K. CANTY**, in her own right as the Sister )
of **MICHAEL R. CANTY**, Deceased )
)
**PETER M. CANTY**, in his own right as the )
Brother of **MICHAEL R. CANTY**, Deceased )
)
**THOMAS P. CANTY**, in his own right as the )
Brother of **MICHAEL R. CANTY**, Deceased )
)
**TIMOTHY M. CANTY**, in his own right as the )
Brother of **MICHAEL R. CANTY**, Deceased )
)
**WILLIAM J. CANTY**, in his own right as the )
Brother of **MICHAEL R. CANTY**, Deceased )
)
**ERIN CLIFFORD**, in her own right as the )
Fiancé of **MICHAEL R. CANTY**, Deceased )
)
**CATHERINE DEASY**, in her own right as the )
Sister of **MICHAEL R. CANTY**, Deceased )
)
**NICHOLAS CAPORICCI**, in his own right as )
the Father of **LOUIS A. CAPORICCI**, Deceased )
)
**PATRICIA CAPORICCI**, in her own right as )
the Mother of **LOUIS A. CAPORICCI**, )
Deceased )

30

**NICHOLAS F. CAPORICCI**, in his own right as the Brother of **LOUIS A. CAPORICCI**, Deceased )

**JOSEPH CAPORICCI**, in his own right as the Brother of **LOUIS A. CAPORICCI**, Deceased )

**FRANK CAPORICCI**, in his own right as the Brother of **LOUIS A. CAPORICCI**, Deceased )

**ROBERT CAPPELLO**, in his own right as the Father of **JONATHAN CAPPELLO**, Deceased )

**CLAUDIA CAPPELLO**, in her own right as the Mother of **JONATHAN CAPPELLO**, Deceased )

**JAMES CAPPELLO**, in his own right as the Brother of **JONATHAN CAPPELLO**, Deceased )

**ROBERT CAPPELLO, JR.**, in her own right as the Brother of **JONATHAN CAPPELLO**, Deceased )

**RICHARD A. CAPRONI**, in his own right and as the Representative of the **ESTATE OF RICHARD M. CAPRONI**, Deceased )

**DOLORES CAPRONI**, in her own right as the Mother of **RICHARD M. CAPRONI**, Deceased )

**MICHAEL CAPRONI**, in his own right as the Brother of **RICHARD M. CAPRONI**, Deceased )

**CHRISTOPHER CAPRONI**, in his own right as the Brother of **RICHARD M. CAPRONI**, Deceased )

**LISA CAPRONI**, in her own right as the Sister of **RICHARD M. CAPRONI**, Deceased )

**LUIS CARBONELL**, in his own right as an Injured Party )

**MARTHA F. CARDEN**, in her own right as an Injured Party )

**RALPH CARDINO**, in his own right as an Injured Party )

**JEAN CAREY**, in her own right as the Wife of **DENNIS M. CAREY**, Deceased )

31

**DENNIS M. CAREY, JR.**, in his own right as
the Son of **DENNIS M. CAREY**, Deceased

**NICOLE T. CAREY**, in her own right as the
Daughter of **DENNIS M. CAREY**, Deceased

**ROBERT E. CARLO**, in his own right and as the
Representative of the **ESTATE OF MICHAEL
SCOTT CARLO**, Deceased

**ROBERT D. CARLO**, in his own right as the
Father of **MICHAEL SCOTT CARLO**,
Deceased

**PHYLLIS CARLO**, in her own right as the
Mother of **MICHAEL SCOTT CARLO**,
Deceased

**CATHERINE MARY ROSS**, in her own right as
the Mother of **JEREMY MARK
CARRINGTON**, Deceased

**SARAH JANE CARRINGTON**, in her own
right as the Sister of **JEREMY MARK
CARRINGTON**, Deceased

**CHARLES F. CARROLL, JR.**, in his own right
as an Injured Party

**STEPHEN CARTLEDGE**, in his own right as
the Husband of **SANDRA WRIGHT
CARTLEDGE**, Deceased

**MICHELLE WRIGHT**, in her own right as the
Daughter of **SANDRA WRIGHT
CARTLEDGE**, Deceased

**EUGENE J. CARTY**, in his own right as an
Injured Party

**FRANK CASALINO**, in his own right as an
Injured Party

**VINCENT CASCONE**, in his own right as an
Injured Party

**MARGARET ANN CASHMAN**, in her own
right and as the Representative of the **ESTATE
OF WILLIAM CASHMAN**, Deceased

**TERESA A. LANZISERO**, in her own right as

the Fiancé of **THOMAS A. CASORIA**,
Deceased

**JOSEPH CASTELLANO**, in his own right as
the Self of **JOSEPH CASTELLANO**, Deceased

**MARIA E. CASTILLO**, in her own right as an
Injured Party

**JOHN J. CASTLES**, in his own right as an
Injured Party

**LYNN M. CASTRIANNO**, in her own right as
the Sister of **LEONARD M. CASTRIANNO**,
Deceased

**JOHN J. CAWLEY**, in his own right as the
Father of **MICHAEL J. CAWLEY**, Deceased

**MARGARET M. CAWLEY**, in her own right as
the Mother of **MICHAEL J. CAWLEY**,
Deceased

**BRENDAN K. CAWLEY**, in his own right as
the Brother of **MICHAEL J. CAWLEY**,
Deceased

**KRISTIN A. CAWLEY**, in her own right as the
Sister of **MICHAEL J. CAWLEY**, Deceased

**JUAN CAYETANO**, in his own right as an
Injured Party

**SUZAN CAYNE**, in her own right as the Mother
of **JASON DAVID CAYNE**, Deceased

**JORDAN CAYNE**, in his own right as the Father
of **JASON DAVID CAYNE**, Deceased

**MARIA CEBALLOS**, in her own right as an
Injured Party

**DOMINGO CEPEDA**, in his own right as an
Injured Party

**ROBERT CERESIA**, in his own right as an
Injured Party

**NAGESWARARAO CHALASANI**, in his own
right and as the Representative of the **ESTATE
OF SWARNA CHALASANI**, Deceased

**LAKSHMI CHALASANI**, in her own right as

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

the Mother of **SWARNA CHALASANI**,                    )
Deceased                                               )
                                                       )
**VENKATESWANANGO CHALASANI**, in his )
own right as the Brother of **SWARNA**                 )
**CHALASANI**, Deceased                                )
                                                       )
**SUJANA CHALASANI**, in her own right as the )
Sister of **SWARNA CHALASANI**, Deceased               )
                                                       )
**SANDHYA CHALASANI**, in her own right as )
the Sister of **SWARNA CHALASANI**, Deceased )
                                                       )
**MABLE CHALCOFF**, in her own right and as )
the Representative of the **ESTATE OF**                )
**WILLIAM CHALCOFF**, Deceased                         )
                                                       )
**BRIAN CHALCOFF**, in his own right as the Son )
of **WILLIAM CHALCOFF**, Deceased                      )
                                                       )
**ERIC CHALCOFF**, in his own right as the Son )
of **WILLIAM CHALCOFF**, Deceased                      )
                                                       )
**JULIA CHAN**, in her own right and as the )
Representative of the **ESTATE OF CHARLES** )
**L. CHAN**, Deceased                                  )
                                                       )
**JOHN O. CHAN**, in his own right as the Father )
of **CHARLES L. CHAN**, Deceased                       )
                                                       )
**CRAIG A. CHAN**, in his own right as the )
Brother of **CHARLES L. CHAN**, Deceased               )
                                                       )
**CHRISTOPHER J. CHAN**, in his own right as )
the Brother of **CHARLES L. CHAN**, Deceased )
                                                       )
**MATTHEW P. CHAN**, in his own right as the )
Brother of **CHARLES L. CHAN**, Deceased               )
                                                       )
**MARK A. CHAN**, in his own right as the Brother )
of **CHARLES L. CHAN**, Deceased                       )
                                                       )
**JOSE JAVIER CHAPA**, in his own right and as )
the Representative of the **ESTATE OF**                )
**ROSEMARY M. CHAPA**, Deceased                        )
                                                       )
**JULIE CHAPA FIELD**, in her own right as the )
Daughter of **ROSEMARY M. CHAPA**,                     )
Deceased                                               )
                                                       )
**JOHN J. CHAPA**, in his own right as the Son of )
**ROSEMARY M. CHAPA**, Deceased                        )
                                                       )

**ROGER A. CHAPA**, in his own right as the Son )
of **ROSEMARY M. CHAPA**, Deceased )
)
**ELZA CHAPA-MCGOWAN**, in her own right )
as the Daughter of **ROSEMARY M. CHAPA**, )
Deceased )
)
**GRACE ELAINE ELLIS**, in her own right as )
the Daughter of **ROSEMARY M. CHAPA**, )
Deceased )
)
**CHERYL A. DESMARAIS**, in her own right )
and as the Representative of the **ESTATE OF** )
**MARK L. CHARETTE**, Deceased )
)
**DENISE BURGER**, in her own right as the Sister )
of **DAVID MICHAEL CHARLEBOIS**, )
Deceased )
)
**ARLENE CHARLES**, in her own right as an )
Injured Party )
)
**MARY ELLEN CHERRY**, in her own right and )
as the Representative of the **ESTATE OF** )
**STEPHEN PATRICK CHERRY**, Deceased )
)
**DONALD R. CHERRY**, in his own right as the )
Father of **STEPHEN PATRICK CHERRY**, )
Deceased )
)
**SHARON RITCHIE MULLIN**, in her own right )
as the Mother of **STEPHEN PATRICK** )
**CHERRY**, Deceased )
)
**SEAN CHERRY**, in his own right as the Brother )
of **STEPHEN PATRICK CHERRY**, Deceased )
)
**ZENEIDA CHEVALIER**, in her own right and )
as the Representative of the **ESTATE OF** )
**NESTOR JULIO CHEVALIER, JR.**, Deceased )
)
**NESTOR J. CHEVALIER, SR.**, in his own right )
as the Father of **NESTOR JULIO** )
**CHEVALIER, JR.**, Deceased )
)
**MAURICIO CHEVALIER**, in his own right as )
the Brother of **NESTOR JULIO CHEVALIER,** )
**JR.**, Deceased )
)
**VERNON F. CHEVALIER, JR.**, in his own )
right as the Father of **SWEDE JOSEPH** )
**CHEVALIER**, Deceased )

35

NICHOLAS M. CHIARCHIARO, SR., in his   )
own right and as the Representative of the   )
ESTATE OF DOROTHY J. CHIARCHIARO,   )
Deceased   )

NICHOLAS J. CHIARCHIARO, in his own   )
right as the Son of DOROTHY J.   )
CHIARCHIARO, Deceased   )
)
LISA SOKOL, in her own right as the Daughter   )
of DOROTHY J. CHIARCHIARO, Deceased   )
)
SALVATORE CHILLEMI, in his own right as   )
an Injured Party   )
)
JOAN A. CHIOFALO, in her own right, on   )
behalf of the Minor Child, and as the   )
Representative of the ESTATE OF NICHOLAS   )
PAUL CHIOFALO, Deceased   )
)
GERARD M. CHIPURA, in his own right and as )
the Co-Representative of the ESTATE OF   )
JOHN G. CHIPURA, Deceased   )
)
SUSAN G. COHEN, in her own right and as the   )
Co-Representative of the ESTATE OF JOHN G.   )
CHIPURA, Deceased   )
)
NANCY J. CHIPURA, in her own right as the   )
Sister of JOHN G. CHIPURA, Deceased   )
)
CLARA CHIRCHIRILLO, in her own right and )
as the Representative of the ESTATE OF   )
PETER CHIRCHIRILLO, Deceased   )
)
LIVIA CHIRCHIRILLO, in her own right as   )
the Sister of PETER CHIRCHIRILLO,   )
Deceased   )
)
CATHERINE DEBLIECK, in her own right as   )
the Sister of PETER CHIRCHIRILLO,   )
Deceased   )
)
DAVID S. CHIRLS, in his own right and as the   )
Representative of the ESTATE OF   )
CATHERINE ELLEN CHIRLS, Deceased   )
)
NICHOLAS CHIRLS, in his own right as the   )
Son of CATHERINE ELLEN CHIRLS,   )
Deceased   )
)
JIN CHO, in her own right as the Sister of   )
KYUNG HEE CHO, Deceased   )

36

**MYUNG CHO**, in her own right as the Sister of )
**KYUNG HEE CHO**, Deceased )
)
**YUREE CHO**, in her own right and as the )
Representative of the **ESTATE OF KYUNG** )
**HEE CHO**, Deceased )
)
**ARTHUR CHRISTENSEN**, in his own right as )
an Injured Party )
)
**GARY CHRISTENSEN**, in his own right as an )
Injured Party )
)
**CHARLES CHRISTOPHE**, in his own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF KIRSTEN L.** )
**CHRISTOPHE**, Deceased )
)
**RICHARD CHUNG**, in his own right and as the )
Representative of the **ESTATE OF WAI C.** )
**CHUNG**, Deceased )
)
**YING KWAN CHUNG**, in his own right as the )
Father of **WAI C. CHUNG**, Deceased )
)
**PUI LIN CHUNG**, in her own right as the )
Mother of **WAI C. CHUNG**, Deceased )
)
**STEVE CHUNG**, in his own right as the Brother )
of **WAI C. CHUNG**, Deceased )
)
**WINNIE YANG**, in her own right as the Sister of )
**WAI C. CHUNG**, Deceased )
)
**JULIE TAM**, in her own right as the Sister of )
**WAI C. CHUNG**, Deceased )
)
**NICHOLAS CICERO, JR.**, in his own right as )
an Injured Party )
)
**LYNNE CILLO-CAPALDO**, in her own right )
and as the Representative of the **ESTATE OF** )
**ELAINE CILLO**, Deceased )
)
**NUNZI C. CILLO**, in his own right as the Father )
of **ELAINE CILLO**, Deceased )
)
**GARY CILLO**, in his own right as the Brother of )
**ELAINE CILLO**, Deceased )
)
**THOMAS CINOTTI**, in his own right as an )
Injured Party )

)
**ALICIA LEGUILLOW**, in her own right and as )
the Representative of the **ESTATE OF NESTOR** )
**A. CINTRON**, Deceased )
)
**CHRISTOPHER J. CINTRON**, in his own right )
as the Brother of **NESTOR A. CINTRON**, )
Deceased )
)
**FRED GONZALEZ, JR.**, in his own right as the )
Brother of **NESTOR A. CINTRON**, Deceased )
)
**JUDY C. CIRRI**, in her own right as the Ex-Wife )
of **ROBERT D. CIRRI, SR.**, Deceased )
)
**ROBERT CIRRI, JR.**, in his own right as the )
Son of **ROBERT D. CIRRI, SR.**, Deceased )
)
**BRIAN CLARKE**, in his own right as an Injured )
Party )
)
**JAMES CLARKE**, in his own right as the )
Brother of **MICHAEL CLARKE**, Deceased )
)
**JOHN CLARKE**, in his own right as the Father )
of **MICHAEL CLARKE**, Deceased )
)
**JOHN CLAVIN**, in his own right as an Injured )
Party )
)
**SHARRON L. CLEMONS**, in her own right as )
an Injured Party )
)
**WILLIAM COALE**, in his own right and as the )
Representative of the **ESTATE OF JEFFREY** )
**ALAN COALE**, Deceased )
)
**ROBERT COBB**, in his own right as an Injured )
Party )
)
**FRANCES M. COFFEY**, in her own right and as )
the Representative of the **ESTATE OF DANIEL** )
**M. COFFEY**, Deceased )
)
**DANIEL D. COFFEY**, in his own right as the )
Son of **DANIEL M. COFFEY**, Deceased )
)
**KEVIN M. COFFEY**, in his own right as the Son )
of **DANIEL M. COFFEY**, Deceased )
)
**FRANCES M. COFFEY**, in her own right and as )
the Representative of the **ESTATE OF JASON** )
**M. COFFEY**, Deceased )

38

**KEVIN M. COFFEY**, in his own right as the
Brother of **JASON M. COFFEY**, Deceased

**DANIEL D. COFFEY**, in his own right as the
Brother of **JASON M. COFFEY**, Deceased

**BARRY COHEN**, in his own right and as the
Representative of the **ESTATE OF KEVIN
SANFORD COHEN**, Deceased

**MARCIA COHEN**, in her own right as the
Mother of **KEVIN SANFORD COHEN**,
Deceased

**ANTHONY COIRO**, in his own right as an
Injured Party

**JUNE COLAIO**, in her own right and as the
Representative of the **ESTATE OF MARK J.
COLAIO**, Deceased

**VICTOR J. COLAIO**, in his own right as the
Father of **MARK J. COLAIO**, Deceased

**MARY C. COLAIO**, in her own right as the
Mother of **MARK J. COLAIO**, Deceased

**JEAN COLAIO STEINBACH**, in her own right
as the Sister of **MARK J. COLAIO**, Deceased

**VICTOR J. COLAIO**, in his own right and as
the Representative of the **ESTATE OF
STEPHEN J. COLAIO**, Deceased

**MARY C. COLAIO**, in her own right as the
Mother of **STEPHEN J. COLAIO**, Deceased

**JEAN COLAIO STEINBACH**, in her own right
as the Sister of **STEPHEN J. COLAIO**,
Deceased

**KELLY COLASANTI**, in her own right and as
Representative of the **ESTATE OF
CHRISTOPHER COLASANTI**, Deceased

**RAYMOND COLBERT**, in his own right and as
the Co-Representative of the **ESTATE OF
MICHEL P. COLBERT**, Deceased

**MARIE COLBERT**, in her own right as the
Mother of **MICHEL P. COLBERT**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**WILLIAM J. NIELSEN**, in his own right and as )
the Co-Representative of the **ESTATE OF** )
**MICHEL P. COLBERT**, Deceased )
)
**NEIL COLEMAN**, in his own right and as the )
Co-Representative of the **ESTATE OF SCOTT** )
**THOMAS COLEMAN**, Deceased )
)
**JEAN COLEMAN**, in her own right and as the )
Co-Representative of the **ESTATE OF SCOTT** )
**THOMAS COLEMAN**, Deceased )
)
**EDWARD A. COLL, III**, in his own right as the )
Brother of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**EDWARD COLL, JR.**, in his own right as the )
Father of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**EILEEN COLL**, in her own right as the Sister of )
**ROBERT JOSEPH COLL, II**, Deceased )
)
**JENNIFER B. COLL**, in her own right and as )
the Representative of the **ESTATE OF ROBERT** )
**JOSEPH COLL, II**, Deceased )
)
**MARGARET COLL**, in her own right as the )
Sister of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**MARY E. COLL**, in her own right as the Mother )
of **ROBERT JOSEPH COLL, II**, Deceased )
)
**MARY JEAN TURANICA**, in her own right as )
the Sister of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**SUZANNE VALENTINO**, in her own right as )
the Sister of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**ELIZABETH C. WEPPNER**, in her own right )
as the Sister of **ROBERT JOSEPH COLL, II**, )
Deceased )
)
**MARTIN COLLINS**, in his own right and as the )
Representative of the **ESTATE OF JOHN** )
**MICHAEL COLLINS**, Deceased )
)
**MARTIN COLLINS**, in his own right as the )
Brother of **JOHN MICHAEL COLLINS**, )
Deceased )

40

**PATRICIA AMO**, in her own right as the Sister )
of **JOHN MICHAEL COLLINS**, Deceased )
)
**EILEEN BYRNE**, in her own right as the Sister )
of **JOHN MICHAEL COLLINS**, Deceased )
)
**ANNE M. COLLINS LEMANSKI**, in her own )
right as the Sister of **JOHN MICHAEL** )
**COLLINS**, Deceased )
)
**ANNA E. COLLINS**, in her own right as the )
Mother of **JOHN MICHAEL COLLINS**, )
Deceased )
)
**JAMES R. COLLINS**, in his own right as the )
Father of **MICHAEL L. COLLINS**, Deceased )
)
**MARY A. COLLINS**, in her own right as the )
Mother of **MICHAEL L. COLLINS**, Deceased )
)
**RICHARD S. COLLINS**, in his own right as the )
Brother of **MICHAEL L. COLLINS**, Deceased )
)
**BRUCE COLLISTER**, in his own right as an )
Injured Party )
)
**CARMEN COLON**, in her own right as an )
Injured Party )
)
**JOHN A. COLON**, in his own right as an Injured )
Party )
)
**LAUREN COMER**, in her own right as the )
Daughter of **RONALD E. COMER**, Deceased )
)
**CORNELIUS P. CLANCY, III**, in his own right )
as the Brother of **SUSAN CLANCY CONLON**, )
Deceased )
)
**KEVIN S. CLANCY**, in his own right as the )
Brother of **SUSAN CLANCY CONLON**, )
Deceased )
)
**VERA CLANCY**, in her own right as the Mother )
of **SUSAN CLANCY CONLON**, Deceased )
)
**GARY K. CONNELLY**, in his own right as an )
Injured Party )
)
**MICHAEL CONNER**, in his own right and as )
the Representative of the **ESTATE OF** )
**MARGARET M. CONNER**, Deceased )

41

**KEVIN CONNOLLY**, in his own right as the
Brother of **JOHN CONNOLLY, JR.**, Deceased

**THOMAS J. CONNOLLY**, in his own right as
an Injured Party

**WILLIAM V. CONNOLLY**, in his own right as
an Injured Party

**JAYMEL E. CONNOR**, in her own right and as
the Representative of the **ESTATE OF JAMES
LEE CONNOR**, Deceased

**SYLVIA L. CONNORS**, in her own right and as
the Representative of the **ESTATE OF KEVIN
P. CONNORS**, Deceased

**JOSE M. CONTES**, in his own right as an
Injured Party

**THEODORE COOK**, in his own right as an
Injured Party

**PUI YEE COPPOLA**, in her own right, on
behalf of the Minor Child, and as the
Representative of the **ESTATE OF GERARD J.
COPPOLA**, Deceased

**GEORGE J. COPPOLA, SR.**, in his own right
as the Father of **GERARD J. COPPOLA**,
Deceased

**CYNTHIA COPPOLA KAISER**, in her own
right as the Sister of **GERARD J. COPPOLA**,
Deceased

**ANGELA COPPOLA**, in her own right as the
Daughter of **GERARD J. COPPOLA**, Deceased

**GEORGE J. COPPOLA, JR.**, in his own right
as the Brother of **GERARD J. COPPOLA**,
Deceased

**BRIAN CORCORAN**, in his own right as an
Injured Party

**CAROLINE CORDICE**, in her own right and as
the Representative of the **ESTATE OF ROBERT
J. CORDICE**, Deceased

**PATRICK CORR**, in his own right as an Injured
Party

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

)
**STEPHEN CORR**, in his own right as an Injured )
Party )
)
**J. BRENDAN CORRIGAN**, in his own right as )
the Son of **JAMES J. CORRIGAN**, Deceased )
)
**MARIE CORRIGAN**, in her own right and as )
the Representative of the **ESTATE OF JAMES** )
**J. CORRIGAN**, Deceased )
)
**SEAN M. CORRIGAN**, in his own right as the )
Son of **JAMES J. CORRIGAN**, Deceased )
)
**MATHEW CORRIGAN**, in his own right as an )
Injured Party )
)
**CHARLES P. COSTA**, in his own right and as )
the Representative of the **ESTATE OF** )
**DELORES M. COSTA**, Deceased )
)
**LAWRENCE COSTELLO**, in his own right as )
an Injured Party )
)
**NANCY E. COSTELLO**, in her own right and as )
the Representative of the **ESTATE OF** )
**MICHAEL S. COSTELLO**, Deceased )
)
**JAMES P. COSTELLO**, in his own right as the )
Father of **MICHAEL S. COSTELLO**, Deceased )
)
**TIMOTHY J. COSTELLO**, in his own right as )
the Brother of **MICHAEL S. COSTELLO**, )
Deceased )
)
**CATHERINE COUGHLAN**, in her own right )
and as the Representative of the **ESTATE OF** )
**MARTIN COUGHLAN**, Deceased )
)
**DENISE COUGHLAN**, in her own right as the )
Daughter of **MARTIN COUGHLAN**, Deceased )
)
**SINEAD COUGHLAN**, in her own right as the )
Daughter of **MARTIN COUGHLAN**, Deceased )
)
**AILISH COUGHLAN**, in her own right as the )
Daughter of **MARTIN COUGHLAN**, Deceased )
)
**ORLA BOWIE**, in her own right as the Daughter )
of **MARTIN COUGHLAN**, Deceased )
)
**MAURA A. COUGHLIN**, in her own right and )
on behalf of the Minor Children of **TIMOTHY J.** )

43

**COUGHLIN**, Deceased )
)
**JOEL COUNCIL**, in his own right as an Injured )
Party )
)
**SCOTT COWAN**, in his own right as an Injured )
Party )
)
**ANDRE COX**, in his own right as an Injured )
Party )
)
**DUDLEY COX**, in his own right as an Injured )
Party )
)
**FRED O. COX**, in his own right and as the )
Representative of the **ESTATE OF** )
**FREDERICK JOHN COX**, Deceased )
)
**ANN DOUGLAS**, in her own right as the Mother )
of **FREDERICK JOHN COX**, Deceased )
)
**STEPHEN A. COX**, in his own right as an )
Injured Party )
)
**BRIAN COYLE**, in his own right as an Injured )
Party )
)
**JOHN J. COYLE**, in his own right as an Injured )
Party )
)
**WALTER S. CRAMER**, in his own right and as )
the Representative of the **ESTATE OF** )
**CHRISTOPHER SETON CRAMER**, Deceased )
)
**LYNNE ELIZABETH CRAMER**, in her own )
right as the Mother of **CHRISTOPHER SETON** )
**CRAMER**, Deceased )
)
**WALTER II. CRAMER**, in his own right as the )
Brother of **CHRISTOPHER SETON** )
**CRAMER**, Deceased )
)
**MARC S. CRAMER**, in his own right as the )
Brother of **CHRISTOPHER SETON** )
**CRAMER**, Deceased )
)
**KEITH D. CRAMER**, in his own right as the )
Brother of **CHRISTOPHER SETON** )
**CRAMER**, Deceased )
)
**SUSAN LYNNE KINNEY**, in her own right as )
the Sister of **CHRISTOPHER SETON** )
**CRAMER**, Deceased )

44

**WALTER H. CRAMER**, in his own right as an
Injured Party

**JOHN CRETELLA**, in his own right as an
Injured Party

**CRAIG CRICHLOW**, in his own right as an
Injured Party

**MARIA CRIFASI**, in her own right and as the
Representative of the **ESTATE OF LUCIA
CRIFASI**, Deceased

**FRANCESCO CRIFASI**, in his own right as the
Brother of **LUCIA CRIFASI**, Deceased

**ROBERT H. CRISTADORO**, in his own right
as an Injured Party

**BRENT G. CROBAK**, in his own right as an
Injured Party

**KEVIN F. KITTLE**, in his own right and as the
Representative of the **ESTATE OF HELEN P.
CROSSIN-KITTLE**, Deceased

**JOANNE C. CROTTY**, in her own right and as
the Representative of the **ESTATE OF
THOMAS G. CROTTY**, Deceased

**THOMAS M. CROTTY**, in his own right as the
Father of **THOMAS G. CROTTY**, Deceased

**PATRICIA CROTTY**, in her own right as the
Mother of **THOMAS G. CROTTY**, Deceased

**KENNETH CROTTY**, in his own right as the
Brother of **THOMAS G. CROTTY**, Deceased

**JOHN CROTTY**, in his own right as the Brother
of **THOMAS G. CROTTY**, Deceased

**JAMES G. CROTTY**, in his own right as the
Brother of **THOMAS G. CROTTY**, Deceased

**BRIAN CROWE**, in his own right as the Son of
**JOHN R. CROWE**, Deceased

**JEFFREY CROWE**, in his own right as the Son
of **JOHN R. CROWE**, Deceased

**MARYANN CROWE**, in her own right as the

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Sister of **JOHN R. CROWE**, Deceased )
)
**PAMELA M. CROWE**, in her own right and as )
the Representative of the **ESTATE OF JOHN R.** )
**CROWE**, Deceased )
)
**MARGARET R. ZOCH**, in her own right as the )
Sister of **JOHN R. CROWE**, Deceased )
)
**JEFFERSON H. CROWTHER**, in his own right )
and as the Representative of the **ESTATE OF** )
**WELLES REMY CROWTHER**, Deceased )
)
**ALISON REMY CROWTHER**, in her own )
right as the Mother of **WELLES REMY** )
**CROWTHER**, Deceased )
)
**HONOR ELIZABETH CROWTHER**, in her )
own right as the Sister of **WELLES REMY** )
**CROWTHER**, Deceased )
)
**PAIGE H. CROWTHER**, in her own right as the )
Sister of **WELLES REMY CROWTHER**, )
Deceased )
)
**ENRIQUE CRUZ**, in his own right as an Injured )
Party )
)
**LUIS CRUZ**, in his own right as an Injured Party )
)
**JAMES J. CSORNY**, in his own right as an )
Injured Party )
)
**FERNANDO CUBA**, in his own right as an )
Injured Party )
)
**LAWRENCE CUBAS**, in his own right as the )
Brother of **KENNETH J. CUBAS**, Deceased )
)
**DOROTHY CUBAS**, in her own right as the )
Mother of **KENNETH J. CUBAS**, Deceased )
)
**ALFONSO CUBAS, JR.**, in his own right as the )
Brother of **KENNETH J. CUBAS**, Deceased )
)
**CARMEN CUBERO**, in her own right as an )
Injured Party )
)
**ALBERT CUCCINELLO**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**THELMA CUCCINELLO**, Deceased )
)
**MARIA CUCCINELLO**, in her own right as the )

Daughter of **THELMA CUCCINELLO,** )
Deceased )
)
**LAURIE FOLCIK,** in her own right as the )
Daughter of **THELMA CUCCINELLO,** )
Deceased )
)
**CHERYL O'BRIEN,** in her own right and as the )
Co-Representative of the **ESTATE OF** )
**THELMA CUCCINELLO,** Deceased )
)
**GEORGIA CUDINA,** in her own right and as the )
Representative of the **ESTATE OF RICHARD** )
**JOSEPH CUDINA,** Deceased )
)
**MARCUS N. CUDINA,** in his own right as the )
Brother of **RICHARD JOSEPH CUDINA,** )
Deceased )
)
**CHRISTOPHER C. CUDINA,** in his own right )
as the Brother of **RICHARD JOSEPH** )
**CUDINA,** Deceased )
)
**WILLIAM CUDINA,** in his own right as the )
Brother of **RICHARD JOSEPH CUDINA,** )
Deceased )
)
**MAUREEN CUMMINS,** in her own right and as )
the Representative of the **ESTATE OF BRIAN** )
**T. CUMMINS,** Deceased )
)
**DEBORAH L. BARRETT,** in her own right as )
the Fiancé of **BRIAN T. CUMMINS,** Deceased )
)
**THOMAS CUNNEEN,** in his own right as an )
Injured Party )
)
**LAURENCE CUNNINGHAM,** in his own right )
as the Father of **MICHAEL J. CUNNINGHAM,** )
Deceased )
)
**MURIEL CUNNINGHAM,** in her own right as )
an Injured Party )
)
**ANTHONY JOSEPH CURATOLO,** in his own )
right as the Father of **ROBERT CURATOLO,** )
Deceased )
)
**MARY ANN CURATOLO,** in her own right as )
the Mother of **ROBERT CURATOLO,** )
Deceased )
)
**CHRISTINE CURATOLO,** in her own right as )

the Wife of **ROBERT CURATOLO**, Deceased )
)
**WILLIAM CURATOLO**, in his own right as the )
Brother of **ROBERT CURATOLO**, Deceased )
)
**JOHN CURATOLO**, in his own right as the )
Brother of **ROBERT CURATOLO**, Deceased )
)
**ANTHONY CURATOLO**, in his own right as )
the Brother of **ROBERT CURATOLO**, )
Deceased )
)
**CHRISTINE FRISCIA**, in her own right as the )
Sister of **ROBERT CURATOLO**, Deceased )
)
**DENA NELSON**, in her own right as the Sister of )
**ROBERT CURATOLO**, Deceased )
)
**KATHLEEN CURATOLO**, in her own right as )
the Sister of **ROBERT CURATOLO**, Deceased )
)
**CAROLYN PICCIRILLO**, in her own right as )
the Sister of **ROBERT CURATOLO**, Deceased )
)
**ALICE SCIUSCO**, in her own right as the Sister )
of **LAURENCE CURIA**, Deceased )
)
**JOSEPH CURIA**, in his own right as the Father )
of **LAURENCE CURIA**, Deceased )
)
**ALICE CURIA**, in her own right as the Mother )
of **LAURENCE CURIA**, Deceased )
)
**DANIEL CURIA**, in his own right as the Brother )
of **LAURENCE CURIA**, Deceased )
)
**LAWRENCE CURIOLI**, in his own right as the )
Brother of **PAUL DARIO CURIOLI**, Deceased )
)
**LOUIS CURIOLI**, in his own right as the )
Brother of **PAUL DARIO CURIOLI**, Deceased )
)
**FREDERICK E. CURRY, III**, in his own right )
and as the Representative of the **ESTATE OF** )
**BEVERLY L. CURRY**, Deceased )
)
**DEBORAH M. CREW-JOHNSON**, in her own )
right as the Sister of **BEVERLY L. CURRY**, )
Deceased )
)
**DOROTHY LAVERNE GREEN**, in her own )
right as the Mother of **BEVERLY L. CURRY**, )
Deceased )

**SHEILA A. LOLLIS**, in her own right as the
Sister of **BEVERLY L. CURRY**, Deceased
)
)
)
)

**EDWARD CUSACK**, in his own right as an
Injured Party
)
)
)

**SUSANN BRADY**, in her own right and as the
Representative of the **ESTATE OF GAVIN
CUSHNY**, Deceased
)
)
)
)

**RUPERT EALES-WHITE**, in his own right as
the Brother of **GAVIN CUSHNY**, Deceased
)
)
)

**PHILIP D'AGOSTINO**, in his own right as an
Injured Party
)
)
)

**RAQUEL D'AMADEO**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF VINCENT
GERARD D'AMADEO**, Deceased
)
)
)
)
)

**JENNIFER DAMASKINOS**, in her own right,
on behalf of the Minor Children, and as
Representative of the **ESTATE OF THOMAS
DAMASKINOS**, Deceased
)
)
)
)
)

**CHRISTOPHER D'AMBROSIO**, in his own
right as an Injured Party
)
)
)

**LOUISA D'ANTONIO**, in her own right and as
the Representative of the **ESTATE OF MARY
D'ANTONIO**, Deceased
)
)
)
)

**NANCY DARIA MARRA**, in her own right and
as the Representative of the **ESTATE OF
MICHAEL D'AURIA**, Deceased
)
)
)
)

**CARMEN D'AURIA**, in his own right as the
Father of **MICHAEL D'AURIA**, Deceased
)
)
)

**CHRISTINE RINALDI**, in her own right as the
Sister of **MICHAEL D'AURIA**, Deceased
)
)
)

**JAMES E. D'AVOLIO**, in his own right as an
Injured Party
)
)
)

**GEORGE DEBIN**, in his own right, on behalf of
the Minor Child, and as Representative of the
**ESTATE OF ANNA M. DEBIN**, Deceased
)
)
)
)

**VIRGINIA M. DECOLA**, in her own right and
as Representative of the **ESTATE OF PAUL**
)
)

**DECOLA**, Deceased )
)
**GRACE D'ESPOSITO**, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF MICHAEL** )
**JUDE D'ESPOSITO**, Deceased )
)
**RALPH D'ESPOSITO**, in his own right as the )
Father of **MICHAEL JUDE D'ESPOSITO**, )
Deceased )
)
**HIPOLITO D'OLEO**, in his own right as an )
Injured Party )
)
**VINCENT D'ORIO**, in his own right as an )
Injured Party )
)
**SELENA DACK FORSYTH**, in her own right as )
the Mother of **CALEB ARRON DACK**, )
Deceased )
)
**SHERYL CLARK STOLL** as the Representative )
of the **ESTATE OF JASON M. DAHL**, )
Deceased )
)
**JOANNE DALTON**, in her own right as an )
Injured Party )
)
**BRIAN DAMIANI**, in his own right as the )
Brother of **JEANNINE DAMIANI-JONES**, )
Deceased )
)
**CATHERINE DAMIANI**, in her own right as )
the Mother of **JEANNINE DAMIANI-JONES**, )
Deceased )
)
**ROBERT DAMIANI**, in his own right as the )
Father of **JEANNINE DAMIANI-JONES**, )
Deceased )
)
**SHAWN M. JONES**, in his own right and as the )
Representative of the **ESTATE OF JEANNINE** )
**DAMIANI-JONES**, Deceased )
)
**MARK DAMITZ**, in his own right as an Injured )
Party )
)
**BARBARA E. DAMOTA**, in her own right as )
the Wife of **MANUEL DAMOTA**, Deceased )
)
**FRANCIS L. DANAHY, JR.**, in his own right as )
the Father of **PATRICK WILLIAM DANAHY**, )
Deceased )

|  | ) |
| --- | --- |
| **MARY-ANNE DWYER DANAHY**, in her own right as the Mother of **PATRICK WILLIAM DANAHY**, Deceased | ) ) ) ) |
| **MICHAEL FRANCIS DANAHY**, in his own right as the Brother of **PATRICK WILLIAM DANAHY**, Deceased | ) ) ) ) |
| **MARYANNE DANAHY**, in her own right as the Sister of **PATRICK WILLIAM DANAHY**, Deceased | ) ) ) ) |
| **JOHN M. DANAHY**, in his own right as the Brother of **PATRICK WILLIAM DANAHY**, Deceased | ) ) ) ) |
| **KATHLEEN A. DANAHY SAMUELSON**, in her own right as the Sister of **PATRICK WILLIAM DANAHY**, Deceased | ) ) ) ) |
| **DENISE DANAHY DUFFY**, in her own right as the Sister of **PATRICK WILLIAM DANAHY**, Deceased | ) ) ) ) |
| **ROGER DANVERS**, in his own right as an Injured Party | ) ) ) |
| **RICHARD DAVAN**, in his own right as an Injured Party | ) ) ) |
| **FELIPE DAVID**, in his own right as an Injured Party | ) ) ) |
| **AMY WATERS DAVIDSON**, on behalf of the Minor Children, and as the Representative of the **ESTATE OF SCOTT DAVIDSON**, Deceased | ) ) ) ) |
| **STEPHEN DAVIDSON**, in his own right as the Father of **SCOTT DAVIDSON**, Deceased | ) ) ) |
| **CARLA DIMAGGIO**, in her own right as the Mother of **SCOTT DAVIDSON**, Deceased | ) ) ) |
| **MICHAEL DAVIDSON**, in his own right as the Brother of **SCOTT DAVIDSON**, Deceased | ) ) ) |
| **SIMONE MITCHELL**, in her own right as the Domestic Partner of **CLINTON DAVIS, SR.**, Deceased | ) ) ) ) |
| **DAPHNE R. DAVIS**, in her own right and as the Representative of the **ESTATE OF CLINTON** | ) ) |

DAVIS, SR., Deceased )
)
HELEN KATRINA DAWSON, in her own right )
as the Mother of ANTHONY RICHARD )
DAWSON, Deceased )
)
BRIGITTE DAY, in her own right and as the )
Representative of the ESTATE OF EDWARD )
DAY, Deceased )
)
JUDITH DAY, in her own right as an Injured )
Party )
)
ANDRES DE LA ROSA, in his own right as an )
Injured Party )
)
DIANA DE LA TORRE, in her own right as the )
Sister of AZUCENA DE LA TORRE, Deceased )
)
GLADYS DE LA TORRE, in her own right as )
the Sister of AZUCENA DE LA TORRE, )
Deceased )
)
MARIA DE OLIO-BEATO, in her own right as )
an Injured Party )
)
BEVERLY D. DE WITT, in her own right as an )
Injured Party )
)
PAUL DEANGELIS, in his own right and as the )
Representative of the ESTATE OF ROBERT J. )
DEANGELIS, JR., Deceased )
)
THOMAS J. DEANGELIS, in his own right as )
the Son of THOMAS P. DEANGELIS, )
Deceased )
)
CHRISTINE CAPUTO, in her own right as the )
Daughter of THOMAS P. DEANGELIS, )
Deceased )
)
JOAQUIM T. DEARAUJO, in his own right and )
as the Representative of the ESTATE OF )
DOROTHY A. DEARAUJO, Deceased )
)
JOHN DEBENEDITTIS, in his own right as an )
Injured Party )
)
JACQUES DEBEUNEURE, in his own right )
and as the Representative of the ESTATE OF )
JAMES D. DEBEUNEURE, Deceased )
)
CARLOTA RODRIGUEZ DECASTILLO, in )

52

her own right as an Injured Party )
)
**HENRY DECKER**, in his own right as an )
Injured Party )
)
**ELIZABETA DEDVUKAJ**, in her own right as )
the Wife of **SIMON MARASH DEDVUKAJ**, )
Deceased )
)
**NIK DEDVUKAJ**, in his own right and as the )
Representative of the **ESTATE OF SIMON** )
**MARASH DEDVUKAJ**, Deceased )
)
**KEVIN DEEHAN**, in his own right as an Injured )
Party )
)
**MICHELE DEFAZIO**, in her own right and as )
the Representative of the **ESTATE OF JASON** )
**DEFAZIO**, Deceased )
)
**JAMES DEFAZIO**, in his own right as the )
Father of **JASON DEFAZIO**, Deceased )
)
**ROSEANN DEFAZIO**, in her own right as the )
Mother of **JASON DEFAZIO**, Deceased )
)
**MICHAEL DEFAZIO**, in his own right as the )
Brother of **JASON DEFAZIO**, Deceased )
)
**EDWARD J. DEGAETANO**, in his own right as )
an Injured Party )
)
**WARREN DEGEN**, in his own right as an )
Injured Party )
)
**LUIS PEREZ**, in his own right and as the )
Representative of the **ESTATE OF JENNIFER** )
**DEJESUS**, Deceased )
)
**GRICEL MOYER**, in her own right as the )
Mother of **MANUEL DEL VALLE, JR.**, )
Deceased )
)
**PAUL DELEO**, in his own right as an Injured )
Party )
)
**SALLY DELEO**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF VITO JOSEPH DELEO**, )
Deceased )
)
**LILLIAN DELEO**, in her own right as the )
Mother of **VITO JOSEPH DELEO**, Deceased )

MICHAEL DELEO, in his own right as the )
Brother of **VITO JOSEPH DELEO**, Deceased )

**RICHARD DELL ITALIA**, in his own right as )
an Injured Party )

**AUGUST C. DELORENZO**, in his own right as )
an Injured Party )

**TODD C. DEMAYO**, in his own right as an )
Injured Party )

**MICHAEL DEMPSEY**, in his own right as an )
Injured Party )

**STEPHEN DEMPSEY**, in his own right as an )
Injured Party )

**GARY A. DEMRY**, in his own right as an )
Injured Party )

**JOHN M. DENEAU**, in his own right as an )
Injured Party )

**PATRICIA BINGLEY**, in her own right as the )
Mother of **KEVIN DENNIS**, Deceased )

**PETER DEPALMA**, in his own right as an )
Injured Party )

**JOHN M. DEPRIZIO**, in his own right as an )
Injured Party )

**ANTHONY DESIMONE**, in his own right as an )
Injured Party )

**JOANNE DESIMONE**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF EDWARD** )
**DESIMONE, III**, Deceased )

**EDWARD DESIMONE, JR.**, in his own right as )
the Father of **EDWARD DESIMONE, III**, )
Deceased )

**ANGELINA TRIMBOLI**, in her own right as )
the Mother of **EDWARD DESIMONE, III**, )
Deceased )

**MICHELE YOUNG**, in her own right as the )
Sister of **EDWARD DESIMONE, III**, Deceased )

**GEORGE J. DESIMONE**, in his own right as an )
Injured Party )
)
**ANEX DESINOR**, in his own right as an Injured )
Party )
)
**JAMES F. DESTASIO**, in his own right as an )
Injured Party )
)
**JOHN DESTEFANO**, in his own right as an )
Injured Party )
)
**KIERNAN B. DETO**, in his own right as an )
Injured Party )
)
**MARGARET H. OWEN**, in her own right and )
as the Representative of the **ESTATE OF** )
**MELANIE LOUISE DEVERE**, Deceased )
)
**DAVID DEVERE**, in his own right as the Father )
of **MELANIE LOUISE DEVERE**, Deceased )
)
**GREGORY J. DEVERNA**, in his own right as )
an Injured Party )
)
**JAMES E. DEVERY**, in his own right as an )
Injured Party )
)
**DAVID DEVITO**, in his own right as an Injured )
Party )
)
**CARMELO DI FRANCO**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**CARL A. DI FRANCO**, Deceased )
)
**CAROLE DIFRANCO**, in her own right and as )
the Co-Representative of the **ESTATE OF** )
**CARL A. DI FRANCO**, Deceased )
)
**NANCY DI FRANCO LEVY**, in her own right )
as the Sister of **CARL A. DI FRANCO**, )
Deceased )
)
**MARIE CIRMIA**, in her own right as the Sister )
of **DEBRA ANN DI MARTINO**, Deceased )
)
**NELSON DIAZ**, in his own right as an Injured )
Party )
)
**PETRONILO RUIZ DIAZ CANTERO**, in his )
own right as the Father of **OBDULIO RUIZ** )
**DIAZ**, Deceased )
)

55

**CECILIA UCEDO DE RUIZ DIAZ**, in her own )
right as the Mother of **OBDULIO RUIZ DIAZ**, )
Deceased )
)
**ARCELIA DIAZ**, in her own right as the Mother )
of **JUDITH BERQUIS DIAZ-SIERRA**, )
Deceased )
)
**SALVATORE DIBLASI**, in his own right as an )
Injured Party )
)
**LINDA M. DICKINSON**, in her own right as the )
Wife of **LAWRENCE PATRICK** )
**DICKINSON**, Deceased )
)
**HELENE DICKINSON**, in her own right as the )
Mother of **LAWRENCE PATRICK** )
**DICKINSON**, Deceased )
)
**JOSEPH L. DICKINSON**, in his own right as )
the Brother of **LAWRENCE PATRICK** )
**DICKINSON**, Deceased )
)
**DEIRDRE DICKINSON SULLIVAN**, in her )
own right as the Sister of **LAWRENCE** )
**PATRICK DICKINSON**, Deceased )
)
**GEORGE DICOSTANZO**, in his own right as )
an Injured Party )
)
**JERROLD DIETZ**, in his own right as an )
Injured Party )
)
**ANTONIO DIFATO**, in his own right as the )
Father of **JOHN DIFATO**, Deceased )
)
**TERESA DIFATO**, in her own right as the )
Mother of **JOHN DIFATO**, Deceased )
)
**SUSAN DIFATO**, in her own right and as the )
Representative of the **ESTATE OF JOHN** )
**DIFATO**, Deceased )
)
**JESSICA DIGGS**, in her own right as an Injured )
Party )
)
**JOHN M. DILILLO**, in his own right as an )
Injured Party )
)
**EDRICK DILLARD**, in his own right as the Son )
of **EDDIE A. DILLARD**, Deceased )
)
**STEVEN DIMAGGIO**, in his own right as an )

Injured Party )
)
**ANGELA M. GUTERMUTH**, in her own right )
as the Fiancé of **CHRISTOPHER MORE** )
**DINCUFF**, Deceased )
)
**MELISSA M. DIPASQUALE**, in her own right )
and as the Representative of the **ESTATE OF** )
**GEORGE DIPASQUALE**, Deceased )
)
**MARJORIE A. DITULLIO**, in her own right as )
the Mother of **DONALD A. DITULLIO**, )
Deceased )
)
**JOANNA M. COOK**, in her own right as the )
Sister of **DONALD A. DITULLIO**, Deceased )
)
**JANICE L. FLEMING**, in her own right as the )
Sister of **DONALD A. DITULLIO**, Deceased )
)
**VINCENT DODD**, in his own right as an Injured )
Party )
)
**SCOTT DOHERTY**, in his own right as an )
Injured Party )
)
**FRANK DOMINGUEZ**, in his own right and as )
the Representative of the **ESTATE OF** )
**JEROME DOMINGUEZ**, Deceased )
)
**BRIAN J. DONNELLY**, in his own right as the )
Brother of **KEVIN W. DONNELLY**, Deceased )
)
**EDWARD L. DONNELLY, JR.**, in his own )
right as the Brother of **KEVIN W. DONNELLY**, )
Deceased )
)
**MARY CAY MARTIN**, in her own right as the )
Sister of **KEVIN W. DONNELLY**, Deceased )
)
**JAMES T. DONOVAN**, in his own right and as )
the Co-Representative of the **ESTATE OF** )
**JACQUELINE DONOVAN**, Deceased )
)
**MARION DONOVAN PUHA**, in her own right )
and as the Co-Representative of the **ESTATE OF** )
**JACQUELINE DONOVAN**, Deceased )
)
**MICHAEL DONOVAN**, in his own right as the )
Brother of **JACQUELINE DONOVAN**, )
Deceased )
)
**JAMES DONOVAN, JR.**, in his own right as the )

57

Brother of **JACQUELINE DONOVAN**, )
Deceased )
)
**PATRICE KELLEHER**, in her own right as the )
Sister of **JACQUELINE DONOVAN**, Deceased )
)
**JEANINE WIESE**, in her own right as the Sister )
of **JACQUELINE DONOVAN**, Deceased )
)
**JAMES F. DONOVAN, JR.**, in his own right as )
an Injured Party )
)
**MICHAEL DONOVAN**, in his own right as an )
Injured Party )
)
**ELAINE MARIE DONOVAN**, in her own right )
and as the Representative of the **ESTATE OF** )
**WILLIAM HOWARD DONOVAN**, Deceased )
)
**MORRIS DORF**, in his own right and as the )
Representative of the **ESTATE OF STEPHEN** )
**SCOTT DORF**, Deceased )
)
**ROBERT DORF**, in his own right as the Brother )
of **STEPHEN SCOTT DORF**, Deceased )
)
**JOSEPH DORF**, in his own right as the Brother )
of **STEPHEN SCOTT DORF**, Deceased )
)
**MICHELLE DORF**, in her own right as the )
Sister of **STEPHEN SCOTT DORF**, Deceased )
)
**ANN MARIE DORF**, in her own right as the )
Sister of **STEPHEN SCOTT DORF**, Deceased )
)
**LINDA SAMMUT**, in her own right as the Sister )
of **STEPHEN SCOTT DORF**, Deceased )
)
**KERRI-ANN DOWD**, in her own right as the )
Wife of **THOMAS DOWD**, Deceased )
)
**MICHAEL J. DOWLING**, in his own right as an )
Injured Party )
)
**HEATHER DOWNEY**, in her own right as an )
Injured Party )
)
**EDWARD K. DOYLE**, in his own right as an )
Injured Party )
)
**STEVEN T. DOYLE**, in his own right as an )
Injured Party )
)

58

**DUNCAN DRISCOLL**, in his own right as an
Injured Party                                                  )
                                                               )
                                                               )
**ADELAIDE M. DRISCOLL**, in her own right     )
and as the Representative of the **ESTATE OF** )
**PATRICK JOSEPH DRISCOLL**, Deceased          )
                                                               )
**CHRISTOPHER J. DRISCOLL**, in his own        )
right as the Son of **PATRICK JOSEPH**         )
**DRISCOLL**, Deceased                         )
                                                               )
**STEPHEN DRISCOLL**, in his own right as the  )
Son of **PATRICK JOSEPH DRISCOLL**,            )
Deceased                                       )
                                                               )
**PATRICK T. DRISCOLL**, in his own right as   )
the Son of **PATRICK JOSEPH DRISCOLL**,        )
Deceased                                       )
                                                               )
**JOHN M. DRISCOLL**, in his own right as the  )
Brother of **PATRICK JOSEPH DRISCOLL**,        )
Deceased                                       )
                                                               )
**PAMELA M. GOULD**, in her own right as the   )
Sister of **PATRICK JOSEPH DRISCOLL**,         )
Deceased                                       )
                                                               )
**EUGENE DRURY**, in his own right as an Injured )
Party                                          )
                                                               )
**ROMAN DUCALO**, in his own right as an       )
Injured Party                                  )
                                                               )
**ELAINE DUCH**, in her own right as an Injured )
Party                                          )
                                                               )
**DENNIS G. DUFFY**, in his own right as an    )
Injured Party                                  )
                                                               )
**THOMAS DUFFY**, in his own right and as the  )
Co-Representative of the **ESTATE OF**          )
**GERARD J. DUFFY**, Deceased                  )
                                                               )
**ROBERT M. DUFFY**, in his own right and as   )
the Co-Representative of the **ESTATE OF**      )
**GERARD J. DUFFY**, Deceased                  )
                                                               )
**TIMOTHY DUFFY**, in his own right as an      )
Injured Party                                  )
                                                               )
**WILLIAM DUFFY**, in his own right as an      )
Injured Party                                  )
                                                               )

59

**MITCHELL DUGGAN**, in his own right and as )
the Representative of the **ESTATE OF JACKIE** )
**SAYEGH DUGGAN**, Deceased )
)
**DIANA J. SAYEGH**, in her own right as the )
Mother of **JACKIE SAYEGH DUGGAN**, )
Deceased )
)
**GEORGE A. SAYEGH, SR.**, in his own right as )
the Father of **JACKIE SAYEGH DUGGAN**, )
Deceased )
)
**KEVIN DUGGAN**, in his own right as an Injured )
Party )
)
**JOEL SHAPIRO**, in his own right and as the )
Representative of the **ESTATE OF SAREVE** )
**DUKAT**, Deceased )
)
**DARRELL DUNBAR**, in his own right as an )
Injured Party )
)
**PHILIP DUNCAN**, in his own right as an Injured )
Party )
)
**THOMAS M. DUNNE**, in his own right as an )
Injured Party )
)
**MICHAEL DUNPHY**, in his own right as an )
Injured Party )
)
**JANET A. DUNSTAN**, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF RICHARD** )
**A. DUNSTAN**, Deceased )
)
**LAURA D. DUNSTAN**, in her own right as the )
Daughter of **RICHARD A. DUNSTAN**, )
Deceased )
)
**FRANCIS B. DURR**, in his own right as an )
Injured Party )
)
**CHERYL OLIVIERI**, in her own right as the )
Fiancé of **PAUL R. ECKNA**, Deceased )
)
**AUDREY ECONOMOS**, in her own right and as )
the Representative of the **ESTATE OF** )
**CONSTANTINE ECONOMOS**, Deceased )
)
**DOUGLAS EDEL**, in his own right as an Injured )
Party )
)

**DOUGLAS C. EDWARDS**, in his own right as )
the Son of **BARBARA GOLLAN EDWARDS**, )
Deceased )
                                     )

**FRANK MICHAEL EDWARDS**, in his own )
right as the Son of **BARBARA GOLLAN** )
**EDWARDS**, Deceased )
  )

**SCOTT C. EDWARDS**, in his own right as the )
Son of **BARBARA GOLLAN EDWARDS**, )
Deceased )
  )

**DIANE EGAN**, in her own right and on behalf of )
the Minor Children of **MARTIN EGAN, JR.**, )
Deceased )
  )

**COLLEEN D'AMATO**, in her own right as the )
Sister of **MARTIN EGAN, JR.**, Deceased )
  )

**MICHAEL EGAN**, in his own right as the )
Brother of **MARTIN EGAN, JR.**, Deceased )
  )

**MARK EGAN**, in his own right as the Brother of )
**MARTIN EGAN, JR.**, Deceased )
  )

**MARTIN EGAN, SR.**, in his own right as the )
Father of **MARTIN EGAN, JR.**, Deceased )
  )

**PATRICIA EGAN**, in her own right as the )
Mother of **MARTIN EGAN, JR.**, Deceased )
  )

**ANNA MARIA EGAN**, in her own right and as )
the Representative of the **ESTATE OF** )
**MICHAEL EGAN**, Deceased )
  )

**JONATHAN J. EGAN**, in his own right as the )
Son of **MICHAEL EGAN**, Deceased )
  )

**JEFF EHRET**, in his own right as an Injured )
Party )
  )

**JIMMY PAUL ELDER**, in his own right as the )
Father of **DAPHNE ELDER**, Deceased )
  )

**JOSEPHINE ELDER**, in her own right as the )
Mother of **DAPHNE ELDER**, Deceased )
  )

**ROBERT E. ELFERIS**, in his own right and as )
the Representative of the **ESTATE OF** )
**MICHAEL J. ELFERIS**, Deceased )
  )

**MARY ELFERIS**, in her own right as the Mother )
of **MICHAEL J. ELFERIS**, Deceased )

**JOSEPH ELFERIS**, in his own right as the
Brother of **MICHAEL J. ELFERIS**, Deceased                    )
                                                               )
**ROBERT G. ELFERIS**, in his own right as the                )
Brother of **MICHAEL J. ELFERIS**, Deceased                   )
                                                               )
**NANCY CHALMERS**, in her own right as the                   )
Sister of **MICHAEL J. ELFERIS**, Deceased                    )
                                                               )
**ELIZABETH WILD**, in her own right as the                   )
Sister of **MICHAEL J. ELFERIS**, Deceased                    )
                                                               )
**DUKE A. ELLIS**, in his own right as an Injured             )
Party                                                          )
                                                               )
**CHRISTIAN ENGLEDRUM**, in his own right                     )
as an Injured Party                                            )
                                                               )
**JUSTIN ENZMANN**, in his own right as an                    )
Injured Party                                                  )
                                                               )
**MARLYSE BOSLEY**, in her own right as the                   )
Sister of **JOSE ESPINAL**, Deceased                          )
                                                               )
**MICHAEL ESPOSITO**, in his own right and as                 )
the Representative of the **ESTATE OF**                       )
**BRIDGET ESPOSITO**, Deceased                                )
                                                               )
**DOROTHY ESPOSITO**, in her own right as the                 )
Mother of **FRANCIS ESPOSITO**, Deceased                      )
                                                               )
**MICHAEL ESPOSITO**, in his own right as the                 )
Father of **FRANCIS ESPOSITO**, Deceased                      )
                                                               )
**RICHARD ESPOSITO**, in his own right as the                 )
Brother of **FRANCIS ESPOSITO**, Deceased                     )
                                                               )
**DOMINICK ESPOSITO**, in his own right as the                )
Brother of **FRANCIS ESPOSITO**, Deceased                     )
                                                               )
**CATHERINE ESPOSITO**, in her own right as                   )
the Sister of **FRANCIS ESPOSITO**, Deceased                  )
                                                               )
**VINCENT ESPOSITO**, in his own right as the                 )
Brother of **FRANCIS ESPOSITO**, Deceased                     )
                                                               )
**DAWN ESPOSITO**, in her own right as the Wife               )
of **FRANCIS ESPOSITO**, Deceased                             )
                                                               )
**GABE ESPOSITO**, in his own right as an Injured             )
Party                                                          )
                                                               )

**SIMONE ESPOSITO, SR.**, in his own right as )
the Father of **MICHAEL ESPOSITO**, Deceased )

**ROSE ESPOSITO**, in her own right as the )
Mother of **MICHAEL ESPOSITO**, Deceased )
)
**DENISE PALAZZOTTO**, in her own right as )
the Ex-Wife of **MICHAEL ESPOSITO**, )
Deceased )
)
**SIMONE ESPOSITO**, in his own right as the )
Brother of **MICHAEL ESPOSITO**, Deceased )
)
**JOSEPH ESPOSITO**, in his own right as the )
Brother of **MICHAEL ESPOSITO**, Deceased )
)
**SALVATORE ESPOSITO**, in his own right as )
the Brother of **MICHAEL ESPOSITO**, )
Deceased )
)
**FRANK ESPOSITO**, in his own right as the )
Brother of **MICHAEL ESPOSITO**, Deceased )
)
**SEPHANIE ESPOSITO**, in her own right and as )
Representative of the **ESTATE OF WILLIAM** )
**J. ESPOSITO**, Deceased )
)
**SUSAN ESPOSITO**, in her own right as the )
Daughter of **WILLIAM J. ESPOSITO**, )
Deceased )
)
**PRISCILLA ESQUILIN**, in her own right as the )
Sister of **RUBEN ESQUILIN, JR.**, Deceased )
)
**JEAN ETZOLD**, in her own right and as the )
Representative of the **ESTATE OF BARBARA** )
**ETZOLD**, Deceased )
)
**CHARLES R. EVANS**, in his own right and as )
the Co-Representative of the **ESTATE OF ERIC** )
**BRIAN EVANS**, Deceased )
)
**CORRINE J. EVANS**, in her own right and as )
the Co-Representative of the **ESTATE OF ERIC** )
**BRIAN EVANS**, Deceased )
)
**DIANE D. FAIRBEN**, in her own right as the )
Mother of **KEITH GEORGE FAIRBEN**, )
Deceased )
)
**KENNETH BRUCE FAIRBEN**, in his own right )
and as the Representative of the **ESTATE OF** )
**KEITH GEORGE FAIRBEN**, Deceased )

**JOSEPH J. FALCO**, in his own right as an Injured Party )

**PATRICIA A. FALLON**, in her own right and as the Representative of the **ESTATE OF JAMIE LYNN FALLON**, Deceased )

**PAUL FANARA**, in his own right as an Injured Party )

**PETER V. FARR**, in his own right as an Injured Party )

**PATRICIA FARRAR**, in her own right as an Injured Party )

**JAMES F. FARRELL**, in his own right and as the Representative of the **ESTATE OF JOHN G. FARRELL**, Deceased )

**MARIE A. FARRELL**, in her own right as the Mother of **JOHN G. FARRELL**, Deceased )

**JOHN S. FARRELL**, in his own right as an Injured Party )

**STACEY FARRELLY**, in her own right, on behalf of the Minor Child, and as the Representative of the **ESTATE OF JOSEPH FARRELLY**, Deceased )

**JOSEPH FARRELLY**, in his own right as the Father of **JOSEPH FARRELLY**, Deceased )

**THERESA FARRELLY**, in her own right as the Mother of **JOSEPH FARRELLY**, Deceased )

**DEVIN FARRELLY**, in his own right as the Son of **JOSEPH FARRELLY**, Deceased )

**RYAN FARRELLY**, in his own right as the Son of **JOSEPH FARRELLY**, Deceased )

**MICHAEL FARRELLY**, in his own right as the Brother of **JOSEPH FARRELLY**, Deceased )

**PATRICK M. FARRELLY**, in his own right as the Brother of **JOSEPH FARRELLY**, Deceased )

**DENIS M. FARRELLY**, in his own right as the Brother of **JOSEPH FARRELLY**, Deceased )

64

**ANTHONY FARRINGTON**, in his own right as )
an Injured Party )
)
**DENNIS NIELSEN, SR.**, in his own right as the )
Father of **SHANNON FAVA**, Deceased )
)
**ROSE NIELSEN**, in her own right as the Mother )
of **SHANNON FAVA**, Deceased )
)
**FRANK FAVA**, in his own right as the Husband )
of **SHANNON FAVA**, Deceased )
)
**DENNIS NIELSEN, JR.**, in his own right as the )
Brother of **SHANNON FAVA**, Deceased )
)
**LINDA ANN FAVUZZA**, in her own right and )
as Representative of the **ESTATE OF** )
**BERNARD FAVUZZA**, Deceased )
)
**WILLIAM B. FEEHAN**, in his own right and as )
the Representative of the **ESTATE OF** )
**WILLIAM M. FEEHAN**, Deceased )
)
**JOHN FEEHAN**, in his own right as the Son of )
**WILLIAM M. FEEHAN**, Deceased )
)
**ELIZABETH FEEHAN**, in her own right as the )
Daughter of **WILLIAM M. FEEHAN**, Deceased )
)
**TARA FEEHAN DAVAN**, in her own right as )
the Daughter of **WILLIAM M. FEEHAN**, )
Deceased )
)
**MARK FELDMAN**, in his own right as an )
Injured Party )
)
**RUSSELL FELICIANO**, in his own right as an )
Injured Party )
)
**DELIO A. FELIZ**, in his own right as an Injured )
Party )
)
**STEPHEN P. FENLEY**, in his own right as an )
Injured Party )
)
**CHRISTOPHER M. FENYA**, in his own right )
as an Injured Party )
)
**FRANK FERDINANDI**, in his own right as an )
Injured Party )
)
**ALLISON M. FERGUS**, in her own right as the )
Sister of **EDWARD THOMAS FERGUS, JR.**, )

Deceased )
)
**DOROTHY A. FERGUS**, in her own right as the )
Mother of **EDWARD THOMAS FERGUS, JR.,** )
Deceased )
)
**EDWARD T. FERGUS, SR.**, in his own right as )
the Father of **EDWARD THOMAS FERGUS,** )
**JR.**, Deceased )
)
**LINDA FERGUS**, in her own right and as the )
Representative of the **ESTATE OF EDWARD** )
**THOMAS FERGUS, JR.**, Deceased )
)
**ANNE MARIE FERGUS RAYHILL**, in her )
own right as the Sister of **EDWARD THOMAS** )
**FERGUS, JR.**, Deceased )
)
**MAUREEN FERGUS SHEEHAN**, in her own )
right as the Sister of **EDWARD THOMAS** )
**FERGUS, JR.**, Deceased )
)
**NUNO FERNANDES**, in his own right as an )
Injured Party )
)
**ANTONIO FERNANDEZ**, in his own right as )
an Injured Party )
)
**HERNANDO FERNANDEZ**, in his own right as )
an Injured Party )
)
**LARISSA FERNANDEZ**, in her own right as an )
Injured Party )
)
**ROGER FERNANDEZ**, in his own right as an )
Injured Party )
)
**VINCENT FERRANTI**, in his own right as an )
Injured Party )
)
**MICHAEL FERRARA**, in his own right as an )
Injured Party )
)
**DOUGLAS FERRETTI**, in his own right as an )
Injured Party )
)
**GERARD FERRIN**, in his own right as an )
Injured Party )
)
**ROSANNA FERRUGIO**, in her own right and as )
the Representative of the **ESTATE OF DAVID** )
**FERRUGIO**, Deceased )
)

CATHY L. FERSINI, in her own right as the )
Wife of LOUIS V. FERSINI, JR., Deceased )
)
ROBERT J. FIALKO, in his own right and as )
the Co-Representative of the ESTATE OF )
JENNIFER L. FIALKO, Deceased )
)
EVELYN L. FIALKO, in her own right and as )
the Co-Representative of the ESTATE OF )
JENNIFER L. FIALKO, Deceased )
)
ANDREW C. FIALKO, in his own right as the )
Brother of JENNIFER L. FIALKO, Deceased )
)
ISABEL FIEDEL, in her own right as the Mother)
of KRISTEN NICOLE FIEDEL, Deceased )
)
WARREN FIEDEL, in his own right and as the )
Representative of the ESTATE OF KRISTEN )
NICOLE FIEDEL, Deceased )
)
JOHN FINAMORE, in his own right as an )
Injured Party )
)
JOSEPH P. FINLEY, in his own right as an )
Injured Party )
)
EDWARD FINNEGAN, in his own right as an )
Injured Party )
)
MICHAEL FINNEGAN, in his own right as an )
Injured Party )
)
TERENCE P. FINNERAN, in his own right as )
an Injured Party )
)
MICHAEL FIORE, in his own right as the )
Father of MICHAEL C. FIORE, Deceased )
)
MADELINE F. FIORE, in her own right as the )
Mother of MICHAEL C. FIORE, Deceased )
)
LINDA S. FIORE, in her own right as the Sister )
of MICHAEL C. FIORE, Deceased )
)
VICTOR J. FIORELLA, in his own right as an )
Injured Party )
)
KAREN FIORITO, in her own right, on behalf )
of the Minor Child, and as the Representative of )
the ESTATE OF JOHN B. FIORITO, Deceased )
)
JEAN C. FISCHER, in her own right, on behalf )

of the Minor Children, and as the Representative )
of the **ESTATE OF JOHN R. FISCHER**, )
Deceased )
)
**JAY F. FISCHLER**, in his own right as an )
Injured Party )
)
**STEPHEN FISH**, in his own right as an Injured )
Party )
)
**CHRISTINE KARAS FISHER**, in her own right )
and as the Representative of the **ESTATE OF** )
**GERALD PAUL FISHER**, Deceased )
)
**JONATHAN MICHAEL FISHER**, in his own )
right as the Son of **GERALD PAUL FISHER**, )
Deceased )
)
**SERENA FISHER DUGAN**, in her own right as )
the Daughter of **GERALD PAUL FISHER**, )
Deceased )
)
**SUSAN FISHER,** in her own right and as the )
Representative of the **ESTATE OF THOMAS J.** )
**FISHER**, Deceased )
)
**DENISE DILEO FISHER**, in her own right as )
the Ex-Wife of **THOMAS J. FISHER**, Deceased )
)
**NEIL C. FITZPATRICK**, in his own right as an )
Injured Party )
)
**MARIANNE FITZPATRICK**, in her own right )
and as the Representative of the **ESTATE OF** )
**THOMAS J. FITZPATRICK**, Deceased )
)
**MICHAEL J. FITZPATRICK**, in his own right )
as the Father of **THOMAS J. FITZPATRICK**, )
Deceased )
)
**ROSEANNA FITZPATRICK**, in her own right )
as the Mother of **THOMAS J. FITZPATRICK**, )
Deceased )
)
**MICHAEL S. FITZPATRICK**, in his own right )
as the Brother of **THOMAS J. FITZPATRICK**, )
Deceased )
)
**LORETTA A. PALISAY**, in her own right as the )
Mother of **SALVATORE A. FIUMEFREDDO**, )
Deceased )
)
**ZACHARY H. FLETCHER, in his own right as** )

68

an Injured Party )
 )
**LILA MAY WALKDEN FLOUNDERS**, in her )
own right and as the Representative of the )
**ESTATE OF JOSEPH W. FLOUNDERS**, )
Deceased )
 )
**CHRISTIAN C. CRONER**, in his own right and )
as the Representative of the **ESTATE OF** )
**PATRICIA V. FLOUNDERS**, Deceased )
 )
**PATRICK FLYNN**, in his own right as an )
Injured Party )
 )
**MICHAEL FODOR**, in his own right as the )
Father of **MICHAEL N. FODOR**, Deceased )
 )
**DEBORAH FODOR**, in her own right and as the )
Representative of the **ESTATE OF MICHAEL** )
**N. FODOR**, Deceased )
 )
**MICHAEL FODOR**, in his own right as the Son )
of **MICHAEL N. FODOR**, Deceased )
 )
**ANDREW FODOR**, in his own right as the Son )
of **MICHAEL N. FODOR**, Deceased )
 )
**JUDITH FODOR**, in her own right as the Sister )
of **MICHAEL N. FODOR**, Deceased )
 )
**THERESA FOLINO-MONTUORI**, in her own )
right as an Injured Party )
 )
**MARIO MONTUORI**, in his own right as the )
Husband of **THERESA FOLINO-MONTUORI**, )
an Injured Party )
 )
**FREDERICK J. FORD**, in his own right as an )
Injured Party )
 )
**CHERYL D. COOPER**, in her own right as the )
Domestic Partner of **DONALD A. FOREMAN**, )
Deceased )
 )
**TESSIE MOLINA-FORSYTHE**, in her own )
right, on behalf of the Minor Children, and as the )
Representative of the **ESTATE OF** )
**CHRISTOPHER HUGH FORSYTHE**, )
Deceased )
 )
**LEILETH FOSTER**, in her own right as an )
Injured Party )
 )

JOHN A. FOSTER, in his own right as the )
Father of NOEL JOHN FOSTER, Deceased )
                                           )

MARION ROSETTE FOSTER, in her own )
right as the Mother of NOEL JOHN FOSTER, )
Deceased )
  )

MARY GRACE FOTI, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the ESTATE OF ROBERT )
FOTI, Deceased )
  )

MICHAEL J. FOX, in his own right as the )
Brother of JEFFREY L. FOX, Deceased )
  )

MICHAEL A. FRANCESE, in his own right as )
an Injured Party )
  )

KAREN M. CARLUCCI, in her own right as the )
Fiancé of PETER CHRISTOPHER FRANK, )
Deceased )
  )

HENRY LAMBERT, in his own right as the )
Husband of LILLIAN FREDERICK- )
LAMBERT, Deceased )
  )

STANLEY FREEDNER, in his own right as an )
Injured Party )
  )

CHARLES FREEMAN, in his own right as an )
Injured Party )
  )

DENNIS FREYRE, in his own right as an )
Injured Party )
  )

MARY FROEHNER, in her own right and as the )
Representative of the ESTATE OF GREGG J. )
FROEHNER, Deceased )
  )

ROBERT FRONER, in his own right as an )
Injured Party )
  )

DANIEL FUCELLA, in his own right as an )
Injured Party )
  )

STEVEN FUCILE, in his own right as an Injured )
Party )
  )

KATHERINE FUMANDO, in her own right and )
as the Representative of the ESTATE OF )
CLEMENT FUMANDO, Deceased )
  )

MARGARET FUMANDO, in her own right as )

the Mother of **CLEMENT FUMANDO**,
Deceased

**GREGORY FUMANDO**, in his own right as the
Son of **CLEMENT FUMANDO**, Deceased

**STEPHEN FUMANDO**, in his own right as the
Son of **CLEMENT FUMANDO**, Deceased

**CARLO FUMANDO**, in his own right as the
Brother of **CLEMENT FUMANDO**, Deceased

**CATHERINE MAROTTE**, in her own right as
the Sister of **CLEMENT FUMANDO**, Deceased

**CYNTHIA FURMATO**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF PAUL
FURMATO**, Deceased

**JOSEPH FURMATO, SR.**, in his own right as
the Father of **PAUL FURMATO**, Deceased

**MARGARET FURMATO**, in her own right as
the Mother of **PAUL FURMATO**, Deceased

**MARK FURMATO**, in his own right as the
Brother of **PAUL FURMATO**, Deceased

**JOSEPH FURMATO**, in his own right as the
Brother of **PAUL FURMATO**, Deceased

**JILL KEOUGH**, in her own right as the Sister of
**PAUL FURMATO**, Deceased

**CAROL DEBENEDICTIS**, in her own right as
the Sister of **PAUL FURMATO**, Deceased

**PAUL P. FUSARO**, in his own right as an
Injured Party

**HAVEN A. FYFE**, in her own right and as the
Representative of the **ESTATE OF KARLETON
D. FYFE**, Deceased

**PHILIP GAETANI**, in his own right as an
Injured Party

**KEVIN GAFF**, in his own right and as the
Representative of the **ESTATE OF PAMELA
LEE GAFF**, Deceased

**MICHAEL D. GAGER**, in his own right as an

Injured Party )
)
**PATRICIA A. HILL**, in her own right as the )
Sister of **IRVING VINCENT GAILLIARD**, )
Deceased )
)
**JOSEPH A. MICCIULLI**, in his own right as )
the Father of **DEANNA MICCIULLI** )
**GALANTE**, Deceased )
)
**JOSEPH C. MICCIULLI**, in his own right as )
the Brother of **DEANNA MICCIULLI** )
**GALANTE**, Deceased )
)
**MARGARET MICCIULLI**, in her own right as )
the Mother of **DEANNA MICCIULLI** )
**GALANTE**, Deceased )
)
**TINA MALDONADO**, in her own right as the )
Sister of **DEANNA MICCIULLI GALANTE**, )
Deceased )
)
**ANTHONY GALANTE**, in his own right and as )
the Representative of the **ESTATE OF** )
**DEANNA MICCIULLI GALANTE**, Deceased )
)
**GIOVANNI GALANTE**, in his own right and as )
the Representative of the **ESTATE OF GRACE** )
**GALANTE**, Deceased )
)
**FRANCESCO SUSCA**, in his own right as the )
Father of **GRACE GALANTE**, Deceased )
)
**LUCREZIA SUSCA**, in her own right as the )
Mother of **GRACE GALANTE**, Deceased )
)
**FRANK SUSCA**, in his own right as the Brother )
of **GRACE GALANTE**, Deceased )
)
**CATHY CAVA**, in her own right as the Sister of )
**GRACE GALANTE**, Deceased )
)
**CARRIE A. GALLAGHER**, in her own right as )
the Wife of **ANTHONY E. GALLAGHER**, )
Deceased )
)
**BRIAN J. GALLAGHER**, in his own right as an )
Injured Party )
)
**JOHN GALLAGHER**, in his own right as an )
Injured Party )
)
<u>**KEVIN P. GALLAGHER**, in his own right as an</u> )

Injured Party                                                    )
                                                                )
**TERENCE GALLAGHER**, in his own right as       )
an Injured Party                                                )
                                                                )
**REGINA E. GALLAGHER**, in her own right     )
and as the Representative of the ESTATE OF          )
DANIEL JAMES GALLAGHER, Deceased              )
                                                                )
**APRIL D. GALLOP**, in her own right as an       )
Injured Party, and on behalf of her Minor Child,     )
an Injured Party                                                )
                                                                )
**ANTHONY J. GAMBALE**, in his own right and )
as the Representative of the **ESTATE OF**           )
**GIOVANNA G. GAMBALE**, Deceased            )
                                                                )
**ANTONIA GAMBALE**, in her own right as the  )
Sister of **GIOVANNA G. GAMBALE**, Deceased )
                                                                )
**MARYANN GAMBALE**, in her own right as the )
Mother of **GIOVANNA G. GAMBALE**,             )
Deceased                                                        )
                                                                )
**MATTHEW GAMBALE**, in his own right as the )
Brother of **GIOVANNA G. GAMBALE**,            )
Deceased                                                        )
                                                                )
**MARIA REGINA MERWIN**, in her own right    )
and as the Representative of the **ESTATE OF**      )
**RONALD L. GAMBOA**, Deceased                  )
                                                                )
**ANDREA GARBARINI**, in her own right, on     )
behalf of the Minor Children, and as the              )
Representative of the **ESTATE OF CHARLES**      )
**GARBARINI**, Deceased                              )
                                                                )
**CHARLES GARBARINI**, in his own right as the )
Father of **CHARLES GARBARINI**, Deceased     )
                                                                )
**VIRGINIA GARBARINI**, in her own right as      )
the Mother of **CHARLES GARBARINI**,             )
Deceased                                                        )
                                                                )
**RICHARD GARBARINI**, in his own right as the )
Brother of **CHARLES GARBARINI**, Deceased    )
                                                                )
**PEGGY GARBARINI**, in her own right as the    )
Sister of **CHARLES GARBARINI**, Deceased      )
                                                                )
**CATHY KOSTIW**, in her own right as the Sister )
of **CHARLES GARBARINI**, Deceased              )
                                                                )

**BERYL ZAWATSKY**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased )
)
)

**JOAN CUNEO**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased )
)
)

**JANET ARBUISO**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased )
)
)

**DONNA GARBARINI**, in her own right as the Sister of **CHARLES GARBARINI**, Deceased )
)
)

**CELESTE MARINO GARCIA**, in her own right and as the Representative of the **ESTATE OF CESAR R. GARCIA**, Deceased )
)
)
)

**DEBORAH A. GARCIA**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF DAVID GARCIA**, Deceased )
)
)
)
)

**LAWRENCE J. GARDA**, in his own right as an Injured Party )
)
)

**SUSAN L. GARDNER**, in her own right and as the Representative of the **ESTATE OF CHRISTOPHER S. GARDNER**, Deceased )
)
)
)

**ANTHONY GARDNER**, in his own right as the Brother of **HARVEY JOSEPH GARDNER, III**, Deceased )
)
)

**AMY GARDNER**, in her own right and as Representative of the **ESTATE OF JEFFREY GARDNER**, Deceased )
)
)
)

**JILL A. GARTENBERG**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF JAMES M. GARTENBERG**, Deceased )
)
)
)
)

**JOHN T. GATTO**, in his own right as an Injured Party )
)
)

**JACQUELINE S. GAVAGAN**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF DONALD R. GAVAGAN**, Deceased )
)
)
)
)

**LINDA R. GAY**, in her own right and as the Representative of the **ESTATE OF PETER A. GAY**, Deceased )
)
)
)
)

MAURIZIO D. GAZZANI, in his own right and )
as Co-Representative of the **ESTATE OF** )
**TERENCE D. GAZZANI**, Deceased )
)
TRACY M. GAZZANI, in her own right and as )
Co-Representative of the **ESTATE OF** )
**TERENCE D. GAZZANI**, Deceased )
)
**BRENDAN GEBERT**, in his own right as an )
Injured Party )
)
**MATHILDA M. GEIDEL**, in her own right and )
as the Representative of the **ESTATE OF GARY** )
**PAUL GEIDEL**, Deceased )
)
**PAUL E. GEIDEL**, in his own right as the Father )
of **GARY PAUL GEIDEL**, Deceased )
)
**PATRICIA M. GEIDEL**, in her own right as the )
Mother of **GARY PAUL GEIDEL**, Deceased )
)
**RALPH W. GEIDEL, SR.**, in his own right as )
the Brother of **GARY PAUL GEIDEL**, Deceased )
)
**MICHAEL W. GEIDEL**, in his own right as the )
Brother of **GARY PAUL GEIDEL**, Deceased )
)
**CHRISTINE A. NORRIS**, in her own right as )
the Sister of **GARY PAUL GEIDEL**, Deceased )
)
**JOHN D. GENNOSA**, in his own right as an )
Injured Party )
)
**STEPHEN J. GERHARDT**, in his own right as )
the Brother of **RALPH GERHARDT**, Deceased )
)
**ROMAN GERTSBERG**, in his own right and as )
the Representative of the **ESTATE OF MARINA** )
**GERTSBERG**, Deceased )
)
**ANNA GERTSBERG**, in her own right as the )
Mother of **MARINA GERTSBERG**, Deceased )
)
**GREG GESSNER**, in his own right as an Injured )
Party )
)
**JO ANN S. GEYER**, in her own right as the )
Mother of **JAMES G. GEYER**, Deceased )
)
**JOHN E. GEYER**, in his own right as the )
Brother of **JAMES G. GEYER**, Deceased )
)
**PHILIP G. GEYER**, in his own right as the )

Father of **JAMES G. GEYER**, Deceased                    )
                                                          )
**PHILIP J. GEYER**, in his own right as the              )
Brother of **JAMES G. GEYER**, Deceased                   )
                                                          )
**GERALYN MARASCO**, in her own right as the              )
Sister of **JAMES G. GEYER**, Deceased                    )
                                                          )
**DANIEL P. GEYSEN**, in his own right as an              )
Injured Party                                             )
                                                          )
**RONALD GHIRALDI**, in his own right as an               )
Injured Party                                             )
                                                          )
**LOUIS GIACONELLI**, in his own right as an              )
Injured Party                                             )
                                                          )
**THERESA GIAMMONA**, in her own right and                )
on behalf of the Minor Children of **VINCENT F.**         )
**GIAMMONA**, Deceased                                    )
                                                          )
**JOSEPH A. GIAMPA**, in his own right as an              )
Injured Party                                             )
                                                          )
**GARRY GIANNANDREA**, in his own right as                )
an Injured Party                                          )
                                                          )
**J. FREDERICK GIBBON**, in his own right and             )
on behalf of the Minor Child of **DEBRA L.**              )
**GIBBON**, Deceased                                      )
                                                          )
**ZACHARY GIBBON**, in his own right as the               )
Son of **DEBRA L. GIBBON**, Deceased                      )
                                                          )
**HEATHER GIBBON**, in her own right as the               )
Daughter of **DEBRA L. GIBBON**, Deceased                 )
                                                          )
**MICHAEL J. GIBBONS**, in his own right as an            )
Injured Party                                             )
                                                          )
**SUSAN GIBERSON**, in her own right and on               )
behalf of the Minor Children of **JAMES**                 )
**GIBERSON**, Deceased                                    )
                                                          )
**JOSEPH GIBNEY**, in his own right as an Injured )
Party                                                     )
                                                          )
**ERIC P. GIBSON**, in his own right as the Son of )
**BRENDA C. GIBSON**, Deceased                            )
                                                          )
**JOSEPH M. GIBSON, III**, in his own right and          )
as the Representative of the **ESTATE OF**                )
**BRENDA C. GIBSON**, Deceased                            )

**ROBERT F. GIBSON**, in his own right as an
Injured Party

**JOHN GIEBLER**, in his own right as an Injured
Party

**JACQUELINE GILBERT**, in her own right and
as the Representative of the **ESTATE OF
TIMOTHY PAUL GILBERT**, Deceased

**DEENA GILBEY**, in her own right, on behalf of
the Minor Children, and as the Representative of
the **ESTATE OF PAUL STUART GILBEY**,
Deceased

**MARIA ACOSTA**, in her own right as the
Domestic Partner of **PAUL JOHN GILL**,
Deceased

**GISELE JEAN-GILLES**, in her own right and
as the Representative of the **ESTATE OF MARK
Y. GILLES**, Deceased

**MYRIAM JEAN-GILLES**, in her own right as
the Sister of **MARK Y. GILLES**, Deceased

**ELEANOR GILLETTE**, in her own right and as
the Representative of the **ESTATE OF EVAN
HUNTER GILLETTE**, Deceased

**COLIN VINCENT GILLIGAN**, in his own right
as the Brother of **RONALD L. GILLIGAN**,
Deceased

**ASHLEY GILLIGAN**, in her own right as the
Daughter of **RONALD L. GILLIGAN**, Deceased

**ELIZABETH GILLIGAN**, in her own right and
as the Representative of the **ESTATE OF
RONALD L. GILLIGAN**, Deceased

**GERALDINE GILLIAM**, in her own right as
the Mother of **RODNEY C. GILLIS**, Deceased

**RONALD C. GILLIS**, in his own right as the
Brother of **RODNEY C. GILLIS**, Deceased

**ANDREW F. GILMORE**, in his own right as an
Injured Party

**APRIL GINLEY**, in her own right, on behalf of
the Minor Children, and as the Representative of

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

the **ESTATE OF JOHN F. GINLEY**, Deceased )
)
**JOHN E. GINTY**, in his own right as an Injured )
Party )
)
**MARTIN GIOVINAZZO, SR.,** in his own right )
as the Father of **MARTIN GIOVINAZZO**, )
Deceased )
)
**DOMENICA GIOVINAZZO**, in her own right )
as the Mother of **MARTIN GIOVINAZZO**, )
Deceased )
)
**DOROTHY GIOVINAZZO**, in her own right as )
the Wife of **MARTIN GIOVINAZZO**, Deceased )
)
**ROSE MAHONEY**, in her own right as the Sister )
of **MARTIN GIOVINAZZO**, Deceased )
)
**CONCETTA BONNER**, in her own right as the )
Sister of **MARTIN GIOVINAZZO**, Deceased )
)
**ANGELA QUINN**, in her own right as the Sister )
of **MARTIN GIOVINAZZO**, Deceased )
)
**SALI GJONBALAJ**, in his own right and as the )
Representative of the **ESTATE OF MON** )
**GJONBALAJ**, Deceased )
)
**HERBERT GLADSTONE**, in his own right and )
as the Representative of the **ESTATE OF** )
**DIANNE GLADSTONE**, Deceased )
)
**BENJAMIN ALEXANDER GLASCOE**, in his )
own right and as the Representative of the )
**ESTATE OF KEITH ALEXANDER** )
**GLASCOE**, Deceased )
)
**GLORIA GLASCOE**, in her own right as the )
Mother of **KEITH ALEXANDER GLASCOE**, )
Deceased )
)
**VERONICA SQUEF**, in her own right as the )
Domestic Partner of **KEITH ALEXANDER** )
**GLASCOE**, Deceased )
)
**THEODORE GODDARD**, in his own right as an )
Injured Party )
)
**GRACE M. PARKINSON-GODSHALK**, in her )
own right and as the Representative of the )
**ESTATE OF WILLIAM ROBERT** )
**GODSHALK**, Deceased )

**ALEESE MILLS HARTMANN**, in her own right as the Fiancé of **WILLIAM ROBERT GODSHALK**, Deceased )
)
)
)

**DANIELA GOGLIORMELLA**, in her own right, on behalf of the Minor Child, and as the Representative of the **ESTATE OF MICHAEL GOGLIORMELLA**, Deceased )
)
)
)
)

**RAYMOND GOING**, in his own right as an Injured Party )
)
)

**GERALD GOLDBERG**, in his own right as the Father of **BRIAN F. GOLDBERG**, Deceased )
)
)

**MARILYN GOLDBERG**, in her own right as the Mother of **BRIAN F. GOLDBERG**, Deceased )
)
)
)

**ASHLEY GOLDFLAM**, in her own right as the Daughter of **JEFFREY GOLDFLAM**, Deceased )
)
)

**JOSHUA GOLDFLAM**, in his own right as the Son of **JEFFREY GOLDFLAM**, Deceased )
)
)

**RISE GOLDFLAM**, in her own right and as the Representative of the **ESTATE OF JEFFREY GOLDFLAM**, Deceased )
)
)
)

**MORRIS SONNY GOLDSTEIN**, in his own right as the Father of **MONICA GOLDSTEIN**, Deceased )
)
)
)

**CECILIA GOLDSTEIN**, in her own right as the Mother of **MONICA GOLDSTEIN**, Deceased )
)
)

**ADRIENNE TRIGGS**, in her own right as the Sister of **MONICA GOLDSTEIN**, Deceased )
)
)

**ALYCE GOLDSTEIN**, in her own right as the Mother of **STEVEN IAN GOLDSTEIN**, Deceased )
)
)
)

**ROBERT JAY GOLDSTEIN**, in his own right as the Brother of **STEVEN IAN GOLDSTEIN**, Deceased )
)
)
)

**AMANDA GOLINSKI**, in her own right as the Daughter of **RONALD F. GOLINSKI**, Deceased )
)
)

**IRENE GOLINSKI**, in her own right and as the Representative of the **ESTATE OF RONALD F.** )
)

GOLINSKI, Deceased          )
)
SARA GOLINSKI, in her own right as the  )
Daughter of RONALD F. GOLINSKI, Deceased )
)
MARCELLIA POTLER, in her own right as the )
Daughter of RONALD F. GOLINSKI, Deceased )
)
FAUSTO A. GOMEZ, in his own right as an  )
Injured Party             )
)
MANUEL J. GONZALEZ, in his own right as  )
an Injured Party           )
)
MIGDALIA COLEMAN, in her own right and  )
as the Representative of the ESTATE OF ROSA )
J. GONZALEZ, Deceased        )
)
WILLIAM GOODCHILD, in his own right and )
as the Co-Representative of the ESTATE OF  )
LYNN CATHERINE GOODCHILD, Deceased )
)
ELLEN R. GOODCHILD, in her own right and )
as the Co-Representative of the ESTATE OF  )
LYNN CATHERINE GOODCHILD, Deceased )
)
NEIL K. GOODCHILD, in his own right as the )
Brother of LYNN CATHERINE      )
GOODCHILD, Deceased        )
)
JOSEPH GORAYEB, in his own right as the  )
Father of CATHERINE C. GORAYEB,   )
Deceased              )
)
CLAIRE A. GORAYEB, in her own right on  )
behalf of the minor child and as the    )
Representative of the ESTATE OF     )
CATHERINE C. GORAYEB, Deceased   )
)
RUBEN GORDILLO, in his own right as an  )
Injured Party             )
)
EDWIN J. GORDON, in his own right as an  )
Injured Party             )
)
FRANK GORGLINOE, in his own right as an  )
Injured Party             )
)
GERARD GORMAN, in his own right as an  )
Injured Party             )
)
THERESA CREEDON, in her own right as the )
Sister of THOMAS E. GORMAN, Deceased  )

)
**EDWARD T. GORMAN**, in his own right as the )
Father of **THOMAS E. GORMAN**, Deceased )
)
**JOHN GORMAN**, in his own right as the )
Brother of **THOMAS E. GORMAN**, Deceased )
)
**THERESA R. GORMAN**, in her own right as )
the Mother of **THOMAS E. GORMAN**, )
Deceased )
)
**KATHRYN G. ANDERSON**, in her own right )
and as the Representative of the **ESTATE OF** )
**MICHAEL EDWARD GOULD**, Deceased )
)
**ROBERT W. GOULD**, in his own right as the )
Brother of **MICHAEL EDWARD GOULD**, )
Deceased )
)
**RITA M. GRADY**, in her own right as the )
Mother of **CHRISTOPHER MICHAEL** )
**GRADY**, Deceased )
)
**PATRICK GRADY**, in his own right as the )
Brother of **CHRISTOPHER MICHAEL** )
**GRADY**, Deceased )
)
**BRENDAN M. GRADY**, in his own right as the )
Brother of **CHRISTOPHER MICHAEL** )
**GRADY**, Deceased )
)
**DEIRDRE M. GRADY**, in her own right as the )
Sister of **CHRISTOPHER MICHAEL GRADY**,)
Deceased )
)
**ANDREW GRAF**, in his own right as an Injured )
Party )
)
**JULIUS GRAIFMAN**, in his own right as the )
Father of **DAVID MARTIN GRAIFMAN**, )
Deceased )
)
**RUTH GRAIFMAN**, in her own right as the )
Mother of **DAVID MARTIN GRAIFMAN**, )
Deceased )
)
**BRIAN D. GRAIFMAN**, in his own right as the )
Brother of **DAVID MARTIN GRAIFMAN**, )
Deceased )
)
**JACK A. GRANDCOLAS**, in his own right and )
as the Representative of the **ESTATE OF** )
**LAUREN C. GRANDCOLAS**, Deceased )

**CARMEN GRAY**, in her own right as an Injured Party )

**JAMES S. GRAY**, in his own right and as the Representative of the **ESTATE OF CHRISTOPHER STEWART GRAY**, Deceased )

**MARY MADDEN**, in her own right as the Mother of **JAMES M. GRAY**, Deceased )

**JOSEPH GRAZIANO**, in his own right as an Injured Party )

**TINA GRAZIOSO**, in her own right and as the Representative of the **ESTATE OF JOHN GRAZIOSO**, Deceased )

**ROXANNE GREEN**, in her own right and as the Representative of the **ESTATE OF WADE BRIAN GREEN**, Deceased )

**THOMAS GREEN**, in his own right as the Father of **WADE BRIAN GREEN**, Deceased )

**WILHELMINA GREEN**, in her own right as the Mother of **WADE BRIAN GREEN**, Deceased )

**ANTHONY L. GREEN,** in his own right as the Brother of **WADE BRIAN GREEN**, Deceased )

**BARRY GREEN**, in his own right as the Brother of **WADE BRIAN GREEN**, Deceased )

**ALICIA GOVIA**, in her own right as the Sister of **WADE BRIAN GREEN**, Deceased )

**EDMUND J. GREENE**, in his own right as an Injured Party )

**MICHAEL GREENE**, in his own right as an Injured Party )

**EDWARD W. GREENSTEIN**, in his own right as the Brother of **EILEEN GREENSTEIN**, Deceased )

**HOWARD GREENSTEIN**, in his own right as the Brother of **EILEEN GREENSTEIN**, Deceased )

**MICHAEL GREENSTEIN,** in his own right and as the Representative of the **ESTATE OF** )

EILEEN GREENSTEIN, Deceased )
)
JAMES GREGORETTI, in his own right as an )
Injured Party )
)
MAUREEN A. GREGORY, in her own right )
and as the Representative of the **ESTATE OF** )
**DONALD H. GREGORY**, Deceased )
)
SARA GREGORY, in her own right as the )
Daughter of **DONALD H. GREGORY**, )
Deceased )
)
AMANDA GREGORY, in her own right as the )
Daughter of **DONALD H. GREGORY**, )
Deceased )
)
VICTORIA BLAKSLEY, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF PEDRO** )
**GREHAN**, Deceased )
)
JAMES T. GRILLO, in his own right as an )
Injured Party )
)
MICHAEL GRILLO, in his own right as an )
Injured Party )
)
TERESA L. GRIMNER, in her own right as the )
Mother of **DAVID JOSEPH GRIMNER**, )
Deceased )
)
CHARLES G. GRIMNER, in his own right as )
the Brother of **DAVID JOSEPH GRIMNER**, )
Deceased )
)
VIRGINIA KWIATKOSKI, in her own right as )
the Sister of **DAVID JOSEPH GRIMNER**, )
Deceased )
)
MARY ANN PETERS, in her own right as the )
Sister of **DAVID JOSEPH GRIMNER**, )
Deceased )
)
DAN GROSSI, in his own right as an Injured )
Party )
)
JOANNE GRZELAK, in her own right and as )
the Representative of the **ESTATE OF JOSEPH** )
**GRZELAK**, Deceased )
)
PATRICIA GRZYMALSKI, in her own right )
and as the Representative of the **ESTATE OF** )

MATTHEW GRZYMALSKI, Deceased    )
    )
JIN LIU, in her own right, on behalf of the Minor )
Child, and as the Representative of the **ESTATE** )
**OF LIMING GU**, Deceased    )
    )
**FUSHAN GU**, in his own right as the Father of    )
**LIMING GU**, Deceased    )
    )
YU ZHOU GU, in his own right as the Brother of )
**LIMING GU**, Deceased    )
    )
YUAU KU, in her own right as the Sister of    )
**LIMING GU**, Deceased    )
    )
CAI ZHANG, in her own right as the Mother of    )
**LIMING GU**, Deceased    )
    )
**BEATRICE J. GUADAGNO**, in her own right    )
as the Mother of **RICHARD J. GUADAGNO**,    )
Deceased    )
    )
**LORI M. GUADAGNO**, in her own right as the    )
Sister of **RICHARD J. GUADAGNO**, Deceased )
    )
**JERRY F. GUADAGNO**, in his own right and as )
the Representative of the **ESTATE OF**    )
**RICHARD J. GUADAGNO**, Deceased    )
    )
**EDWIN H. YUEN**, in his own right as the    )
Husband of **CINDY YANZHU GUAN**, Deceased )
    )
**ARTHUR GUASTAMACCHIA**, in his own    )
right as an Injured Party    )
    )
**JOHN GUBELLI**, in his own right as an Injured )
Party    )
    )
**RAFAEL GUDMUCH**, in his own right as an    )
Injured Party    )
    )
**VINCENT A. GUGLIUZZO**, in his own right as )
an Injured Party    )
    )
**NAOEMI P. GULLICKSON**, in her own right    )
as the Wife of **JOSEPH P. GULLICKSON**,    )
Deceased    )
    )
**JOHN GULOTTA**, in his own right as an Injured )
Party    )
    )
**KENNETH M. GUNTHER**, in his own right as    )
an Injured Party    )