**ELIZABETH J. ADAMS**, in her own right as the )
Representative of the Estate of **MARYLOU** )
**HAGUE**, Deceased )

                                                                    )

**GERALDINE HALDERMAN**, in her own right )
and as the Representative of the **ESTATE OF** )
**DAVID HALDERMAN**, Deceased )

                                                                    )

**MARIANNE ANGELO**, in her own right as the )
Sister of **DAVID HALDERMAN**, Deceased )

                                                                    )

**PAUL V. HALEY**, in his own right as an Injured )
Party )

                                                                    )

**ROBERT HALL**, in his own right as an Injured )
Party )

                                                                    )

**JERALDINE HALLIGAN**, in her own right and )
as the Representative of the **ESTATE OF** )
**ROBERT JOHN HALLIGAN**, Deceased )

                                                                    )

**TREVOR HALLIGAN**, in his own right as the )
Son of **ROBERT JOHN HALLIGAN**, Deceased )

                                                                    )

**EMMA LOUISE ARRO**, in her own right as the )
Daughter of **ROBERT JOHN HALLIGAN**, )
Deceased )

                                                                    )

**BRENDA HALLIGAN**, in her own right as the )
Mother of **ROBERT JOHN HALLIGAN**, )
Deceased )

                                                                    )

**JAMES E. HALLIGAN**, in his own right as the )
Son of **ROBERT JOHN HALLIGAN**, Deceased )

                                                                    )

**SARAH JANE ROBBINS**, in her own right as )
the Daughter of **ROBERT JOHN HALLIGAN**, )
Deceased )

                                                                    )

**LARA STACEY**, in her own right as the )
Daughter of **ROBERT JOHN HALLIGAN**, )
Deceased )

                                                                    )

**DAVID MITCHELL HALLIGAN**, in his own )
right as the Brother of **ROBERT JOHN** )
**HALLIGAN**, Deceased )

                                                                    )

**WILLIAM G. HALLIGAN**, in his own right as )
the Brother of **ROBERT JOHN HALLIGAN**, )
Deceased )

                                                                    )

**MARY KATHLEEN LYNN**, in her own right as )
the Sister of **ROBERT JOHN HALLIGAN**, )

Deceased )
)
**MARY ALICE HALLORAN**, in her own right )
as the Mother of **VINCENT GERARD** )
**HALLORAN**, Deceased )
)
**MAUREEN R. HALVORSON**, in her own right )
and as the Representative of the **ESTATE OF** )
**JAMES D. HALVORSON**, Deceased )
)
**WALTER E. HAMILTON**, in his own right as )
the Son of **FELICIA HAMILTON**, Deceased )
)
**LISA A. VENTURA**, in her own right and as the )
Representative of the **ESTATE OF FELICIA** )
**HAMILTON**, Deceased )
)
**ELIZABETH HAMILTON**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF ROBERT** )
**HAMILTON**, Deceased )
)
**CYNTHIA SUE SUMNER**, in her own right and )
as the Representative of the **ESTATE OF CARL** )
**MAX HAMMOND, JR.**, Deceased )
)
**SUE HAMMOND**, in her own right as the )
Mother of **CARL MAX HAMMOND, JR.**, )
Deceased )
)
**DAVID HANDSCHUH**, in his own right as an )
Injured Party )
)
**WILLIAM HANKINS**, in his own right as an )
Injured Party )
)
**BRYAN T. HANLEY**, in his own right and as the )
Representative of the **ESTATE OF SEAN** )
**HANLEY**, Deceased )
)
**GERALD T. HANLEY**, in his own right as the )
Father of **SEAN HANLEY**, Deceased )
)
**GERALD T. HANLEY, JR.**, in his own right as )
the Brother of **SEAN HANLEY**, Deceased )
)
**KEVIN E. HANLEY**, in his own right as the )
Brother of **SEAN HANLEY**, Deceased )
)
**PATRICIA HANLEY**, in her own right as the )
Mother of **SEAN HANLEY**, Deceased )
)
**EILEEN A. HANNAFORD**, in her own right, on )

87

behalf of the Minor Children, and as the  )
Representative of the **ESTATE OF KEVIN**  )
**JAMES HANNAFORD**, Deceased  )
   )
**JAMES J. HANNAFORD**, in his own right as  )
the Father of **KEVIN JAMES HANNAFORD**,  )
Deceased  )
   )
**NANCY E. HANNAFORD**, in her own right as  )
the Mother of **KEVIN JAMES HANNAFORD**,  )
Deceased  )
   )
**PATRICK G. HANNAFORD**, in his own right  )
as the Brother of **KEVIN JAMES**  )
**HANNAFORD**, Deceased  )
   )
**ELIZABETH L. SARACENO**, in her own right  )
as the Sister of **KEVIN JAMES HANNAFORD**,  )
Deceased  )
   )
**THOMAS HANNON**, in his own right and as the  )
Representative of the **ESTATE OF DANA REY**  )
**HANNON**, Deceased  )
   )
**GAYE HANNON**, in her own right as the Mother  )
of **DANA REY HANNON**, Deceased  )
   )
**KYLE HANNON**, in her own right as the Sister  )
of **DANA REY HANNON**, Deceased  )
   )
**ANTHONY K. HANSON**, in his own right as an  )
Injured Party  )
   )
**C. LEE HANSON**, in his own right and as the  )
Representative of the **ESTATE OF PETER**  )
**BURTON HANSON**, Deceased  )
   )
**EUNICE K. HANSON**, in her own right as the  )
Mother of **PETER BURTON HANSON**,  )
Deceased  )
   )
**JOHN H. KIM**, in his own right as the Brother of  )
**SUE JU HANSON**, Deceased  )
   )
**GLORIA HARAMIS**, in her own right and as the  )
Representative of the **ESTATE OF CASSIKIOS**  )
**G. HARAMIS**, Deceased  )
   )
**GEORGE V. HARAMIS**, in his own right as the  )
Son of **CASSIKIOS G. HARAMIS**, Deceased  )
   )
**JULIA K. HARAMIS**, in her own right as the  )
Daughter of **CASSIKIOS G. HARAMIS**,  )

Deceased )
)
**COLLEEN HARDACRE**, in her own right as )
the Daughter of **GERALD HARDACRE**, )
Deceased )
)
**RAJKUMAR HARDEO**, in her own right as an )
Injured Party )
)
**CATHERINE HARDING**, in her own right as )
an Injured Party )
)
**DARREN C. HARKINS**, in his own right as an )
Injured Party )
)
**DEBRA A. HARLIN**, in her own right, on behalf )
of the Minor Children, and as the Representative )
of the **ESTATE OF DANIEL EDWARD** )
**HARLIN**, Deceased )
)
**WILBUR HARLIN**, in his own right as the )
Father of **DANIEL EDWARD HARLIN**, )
Deceased )
)
**CAROLINE HARLIN**, in her own right as the )
Mother of **DANIEL EDWARD HARLIN**, )
Deceased )
)
**JAMES HARLIN**, in his own right as the Brother )
of **DANIEL EDWARD HARLIN**, Deceased )
)
**ROBERT W. HARLIN**, in his own right as the )
Brother of **DANIEL EDWARD HARLIN**, )
Deceased )
)
**JOAN HARLIN**, in her own right as the Sister of )
**DANIEL EDWARD HARLIN**, Deceased )
)
**MARIA A. GALEA**, in her own right and as the )
Representative of the **ESTATE OF FRANCES** )
**HAROS**, Deceased )
)
**NICHOLAS HAROS, JR.**, in his own right as )
the Son of **FRANCES HAROS**, Deceased )
)
**ANDREA CALDARELLA**, in her own right as )
the Daughter of **FRANCES HAROS**, Deceased )
)
**ROBERT I. HARPER, JR**, in his own right as )
an Injured Party )
)
**HARVEY L. HARRELL**, in his own right as the )
Father of **STEPHEN G. HARRELL**, Deceased )

**MIRIAM F. HARRELL**, in her own right as the )
Mother of **STEPHEN G. HARRELL**, Deceased )

**DAVID W. HARRELL**, in his own right as the )
Brother of **STEPHEN G. HARRELL**, Deceased )

**MOLLY DUNE**, in her own right as the Sister of )
**STEPHEN G. HARRELL**, Deceased )

**R. JAY HARRIS**, in his own right as the Father )
of **STEWART D. HARRIS**, Deceased )

**MILDRED HARRIS**, in her own right as the )
Mother of **STEWART D. HARRIS**, Deceased )

**THOMAS HARRIS**, in his own right as an )
Injured Party )

**LAURIE S. HART**, in her own right and as the )
Representative of the **ESTATE OF JOHN P.** )
**HART**, Deceased )

**JAMES P. HARTEN**, in his own right as an )
Injured Party )

**RITA HASHEM**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF PETER P. HASHEM**, )
Deceased )

**ELIZABETH HATTON**, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF TERENCE** )
**SEAN HATTON**, Deceased )

**KENNETH R. HATTON**, in his own right as the )
Father of **TERENCE SEAN HATTON**, )
Deceased )

**GRACE S. HATTON**, in her own right as the )
Mother of **TERENCE SEAN HATTON**, )
Deceased )

**GRACE S. HATTON**, in her own right as the )
Sister of **TERENCE SEAN HATTON**, Deceased )

**FIONA HAVLISH**, in her own right and as the )
Representative of the **ESTATE OF DONALD G.** )
**HAVLISH, JR.**, Deceased )

**DONALD G. HAVLISH, SR.**, in his own right )
as the Father of **DONALD G. HAVLISH, JR.**, )

Deceased )
)
**WILLIAM HAVLISH**, in his own right as the )
Brother of **DONALD G. HAVLISH, JR.**, )
Deceased )
)
**SUSAN CONKLIN**, in her own right as the Sister )
of **DONALD G. HAVLISH, JR.**, Deceased )
)
**HOWARD HAWKINS**, in his own right as an )
Injured Party )
)
**RAYMOND HAYDEN**, in his own right as an )
Injured Party )
)
**NORMA HAYNES**, in her own right as an )
Injured Party )
)
**CHARLES HAZELCORN**, in his own right and )
as the Representative of the **ESTATE OF** )
**SCOTT HAZELCORN**, Deceased )
)
**JANICE HAZELCORN**, in her own right as the )
Mother of **SCOTT HAZELCORN**, Deceased )
)
**JOSEPH HEALY**, in his own right as an Injured )
Party )
)
**MARILYN D. HECKSTALL**, in her own right )
as an Injured Party )
)
**DENNIS J. HEEDLES**, in his own right as an )
Injured Party )
)
**JAMES HEEREY**, in his own right as an Injured )
Party )
)
**EUGENE R. HEGHMANN**, in his own right as )
an Injured Party )
)
**THOMAS P. HEIDENBERGER**, in her own )
right and as the Representative of the **ESTATE** )
**OF MICHELE M. HEIDENBERGER**, )
Deceased )
)
**JOHN HEIGL**, in his own right as an Injured )
Party )
)
**MARK B. HEINTZ**, in his own right as an )
Injured Party )
)
**WILLIAM T. HEINTZ**, in his own right as an )
Injured Party )

91

**DAVID C. HEMSCHOOT**, in his own right as
the Son of **MARK HEMSCHOOT**, Deceased

**JEFFREY W. HEMSCHOOT**, in his own right
as the Son of **MARK HEMSCHOOT**, Deceased

**DEBORA W. HEMSCHOOT**, in her own right
and as the Representative of the **ESTATE OF
MARK HEMSCHOOT**, Deceased

**ROBERT G. HENEY**, in his own right as an
Injured Party

**JEFFREY HENKEL**, in his own right as an
Injured Party

**GEORGE HENRIQUE**, in his own right and as
the Representative of the **ESTATE OF
MICHELLE MARIE HENRIQUE**, Deceased

**PATRICIA A. HENRIQUE**, in her own right as
the Mother of **MICHELLE MARIE
HENRIQUE**, Deceased

**PAUL R. HENRIQUE**, in his own right as the
Brother of **MICHELLE MARIE HENRIQUE**,
Deceased

**MICHAEL HENRIQUE**, in his own right as the
Brother of **MICHELLE MARIE HENRIQUE**,
Deceased

**CHRISTINA HENRIQUE**, in her own right as
the Sister of **MICHELLE MARIE HENRIQUE**,
Deceased

**EDWARD HENRY**, in his own right as an
Injured Party

**ALICE A. HENRY**, in her own right and as the
Co-Representative of the **ESTATE OF JOSEPH
P. HENRY**, Deceased

**DANIEL HENRY**, in his own right as the
Brother of **JOSEPH P. HENRY**, Deceased

**EDWARD HENRY**, in his own right and as the
Co-Representative of the **ESTATE OF JOSEPH
P. HENRY**, Deceased

**EDWARD HENRY, JR.**, in his own right as the

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Brother of **JOSEPH P. HENRY**, Deceased )
)
**KATHLEEN S. HENRY**, in her own right as the )
Sister of **JOSEPH P. HENRY**, Deceased )
)
**MARY HENRY**, in her own right as the Sister of )
**JOSEPH P. HENRY**, Deceased )
)
**MICHAEL HENRY**, in his own right as the )
Brother of **JOSEPH P. HENRY**, Deceased )
)
**LUCILLE D. HENRY**, in her own right as an )
Injured Party )
)
**RUSTY HENRY**, in his own right as an Injured )
Party )
)
**ETHEL M. HENRY**, in her own right as the )
Mother of **WILLIAM HENRY**, Deceased )
)
**THERESA HEPBURN**, in her own right and as )
the Representative of the **ESTATE OF ROBERT** )
**ALLAN HEPBURN**, Deceased )
)
**PATRICIA ANN HERBERT**, in her own right )
as an Injured Party )
)
**MARGARET MCCRANE**, in her own right and )
as the Representative of the **ESTATE OF MARY** )
**HERENCIA**, Deceased )
)
**JOSEPH HERENCIA**, in his own right as the )
Son of **MARY HERENCIA**, Deceased )
)
**JULIO HERENCIA**, in his own right as the Son )
of **MARY HERENCIA**, Deceased )
)
**KEVIN CARR**, in his own right as the Brother of )
**MARY HERENCIA**, Deceased )
)
)
**PETER CARR**, in his own right as the Brother of )
**MARY HERENCIA**, Deceased )
)
**ESLYN J. HERNANDEZ**, in his own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF CLARIBEL** )
**HERNANDEZ**, Deceased )
)
**JAIME VILLALOBOS**, in his own right as the )
Father of **CLARIBEL HERNANDEZ**, Deceased )
)
**CARMEN IRIZARRY**, in her own right as the )

93

Mother of **CLARIBEL HERNANDEZ**, )
Deceased )
)
**MARIBEL TOPALTZAS**, in her own right as )
the Sister of **CLARIBEL HERNANDEZ**, )
Deceased )
)
**EULOGIA HERNANDEZ**, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF NORBERTO** )
**HERNANDEZ**, Deceased )
)
**JACQUELINE HERNANDEZ**, in her own right )
as the Daughter of **NORBERTO HERNANDEZ**, )
Deceased )
)
**CATHERINE HERNANDEZ**, in her own right )
as the Daughter of **NORBERTO HERNANDEZ**, )
Deceased )
)
**VENANCIO HERNANDEZ**, in his own right as )
the Father of **NORBERTO HERNANDEZ**, )
Deceased )
)
**ALEJANDRINA FELICIANO**, in her own right )
as the Mother of **NORBERTO HERNANDEZ**, )
Deceased )
)
**PABLO LUIS HERNANDEZ**, in his own right )
as the Brother of **NORBERTO HERNANDEZ**, )
Deceased )
)
**WILLIE ALBERTO HERNANDEZ**, in his own )
right as the Brother of **NORBERTO** )
**HERNANDEZ**, Deceased )
)
**HECTOR LUIS HERNANDEZ**, in his own )
right as the Brother of **NORBERTO** )
**HERNANDEZ**, Deceased )
)
**ESLYN HERNANDEZ, SR.**, in his own right as )
the Brother of **NORBERTO HERNANDEZ**, )
Deceased )
)
**VENANCIO HERNANDEZ, JR.**, in his own )
right as the Brother of **NORBERTO** )
**HERNANDEZ**, Deceased )
)
**MIRIAM L. KHATRI**, in her own right as the )
Sister of **NORBERTO HERNANDEZ**, Deceased )
)
**LUZ MILAGROS LUNA**, in her own right as )
the Sister of **NORBERTO HERNANDEZ**, )

Deceased                                         )
                                                 )
**MERQUIADES DIAZ**, in her own right as the     )
Sister of **NORBERTO HERNANDEZ**, Deceased )
                                                 )
**MARISOL CORREA HERNANDEZ**, in her      )
own right as the Sister of **NORBERTO**          )
**HERNANDEZ**, Deceased                          )
                                                 )
**LESLIE SUE HERSCH**, in her own right and as )
the Representative of the **ESTATE OF**          )
**JEFFREY A. HERSCH**, Deceased                  )
                                                 )
**DIANA HETZEL**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF THOMAS J. HETZEL**, Deceased )
                                                 )
**EGON HETZEL**, in his own right as the Father )
of **THOMAS J. HETZEL**, Deceased                )
                                                 )
**BARBARA HETZEL**, in her own right as the )
Mother of **THOMAS J. HETZEL**, Deceased    )
                                                 )
**DANIEL HETZEL**, in his own right as the       )
Brother of **THOMAS J. HETZEL**, Deceased   )
                                                 )
**DORINE HETZEL**, in her own right as the      )
Sister of **THOMAS J. HETZEL**, Deceased    )
                                                 )
**THOMAS HICKEY**, in his own right as an       )
Injured Party                                    )
                                                 )
**ANA ROSARIO**, in her own right as the        )
Domestic Partner of **EMENCIO DARIO**           )
**HIDALGO**, Deceased                            )
                                                 )
**JOHN DOUGLAS HIGLEY**, in his own right as )
the Father of **ROBERT DALE WARREN**            )
**HIGLEY, II**, Deceased                         )
                                                 )
**TODD E.H. HIGLEY**, in his own right as the   )
Brother of **ROBERT DALE WARREN**               )
**HIGLEY, II**, Deceased                         )
                                                 )
**VIRGINIA A. HINDY**, in her own right as the  )
Mother of **MARK D. HINDY**, Deceased       )
                                                 )
**GEORGE V. HINDY**, in his own right and as the )
Representative of the **ESTATE OF MARK D.**      )
**HINDY**, Deceased                              )
                                                 )
**GREGORY HINDY**, in his own right as the      )
Brother of **MARK D. HINDY**, Deceased _____)

**PETER S. GUNTHER**, in his own right as an
Injured Party                                        )

**STEVEN GURNICK**, in his own right as an
Injured Party                                        )

**FRANCINE GUTWILIK**, in her own right as an )
Injured Party                                        )

**THOMAS GUZA**, in his own right and as the
Representative of the **ESTATE OF PHILIP T.**
**GUZA**, Deceased                                   )

**ANGEL TADEO GUZMAN**, in his own right as )
an Injured Party                                     )

**ANTHONY GUZZARDO**, in his own right and
as the Representative of the **ESTATE OF**
**BARBARA GUZZARDO**, Deceased                       )

**ANTHONY C. GUZZARDO**, in his own right as )
the Son of **BARBARA GUZZARDO**, Deceased            )

**MICHAEL HADDEN**, in his own right as an
Injured Party                                        )

**PATRICIA THOMPSON-HAENTZLER**, in
her own right as the Wife of **PHILIP**
**HAENTZLER**, Deceased                              )

**ALEXANDER HAGAN**, in his own right as an
Injured Party                                        )

**STEVE HAGIS, SR.**, in his own right as an
Injured Party                                        )

**GLORIA HAGIS**, in her own right and as the
Representative of the **ESTATE OF STEVEN M.** )
**HAGIS**, Deceased                                  )

**STEVE HAGIS, SR.**, in his own right as the
Father of **STEVEN M. HAGIS**, Deceased              )

**MARYJANE HAGIS**, in her own right as the
Mother of **STEVEN M. HAGIS**, Deceased              )

**CHRISTOPHER HAGIS**, in his own right as the )
Brother of **STEVEN M. HAGIS**, Deceased             )

**STACY HAGIS BRUNO**, in her own right as the )
Sister of **STEVEN M. HAGIS**, Deceased              )

85

**MICHAEL R. HIPSMAN**, in his own right as an
Injured Party

**GREGG HIRSCHFELD**, in his own right as an
Injured Party

**CYNTHIA HOBSON**, in her own right and as
the Representative of the **ESTATE OF ROBERT
WAYNE HOBSON, III**, Deceased

**LISA ANN PRESTON**, in her own right as the
Sister of **ROBERT WAYNE HOBSON, III**,
Deceased

**JUDITH HOBSON**, in her own right as the
Mother of **ROBERT WAYNE HOBSON, III**,
Deceased

**MATTHEW HOBSON**, in his own right as the
Brother of **ROBERT WAYNE HOBSON, III**,
Deceased

**LAURA J. DECOSTER**, in her own right as the
Sister of **ROBERT WAYNE HOBSON, III**,
Deceased

**GWENNETT HODGE**, in her own right as an
Injured Party

**BARBARA A. HOERNER**, in her own right and
as the Representative of the **ESTATE OF
RONALD G. HOERNER**, Deceased

**GAIL M. HOFFMANN**, in her own right and as
the Representative of the **ESTATE OF
FREDERICK HOFFMANN**, Deceased

**GAIL M. HOFFMANN**, in her own right and as
the Representative of the **ESTATE OF
MICHELE HOFFMANN**, Deceased

**ROBERT T. WINKIS**, in his own right and as
the Representative of the **ESTATE OF JUDITH
FLORENCE HOFMILLER**, Deceased

**DANIEL HOGAN**, in his own right as an Injured
Party

**VINCENT D. HOGAN**, in his own right as an
Injured Party

96

ROBIN HOHLWECK, in her own right as the )
Daughter of THOMAS WARREN )
HOHLWECK, JR., Deceased )
 )
TODD W. HOHLWECK, in his own right as the )
Son of THOMAS WARREN HOHLWECK, )
JR., Deceased )
 )
RANDOLPH T. HOHLWECK, in his own right )
as the Son of THOMAS WARREN )
HOHLWECK, JR., Deceased )
 )
MARIA Y. ALDACO, in her own right as the )
Sister of CORA HIDALGO HOLLAND, )
Deceased )
 )
ERNIE HIDALGO, in his own right as the )
Brother of CORA HIDALGO HOLLAND, )
Deceased )
 )
GONZALO A. HIDALGO, in his own right as )
the Brother of CORA HIDALGO HOLLAND, )
Deceased )
 )
JESSICA LIN HOLLAND, in her own right as )
the Daughter of CORA HIDALGO HOLLAND, )
Deceased )
 )
NATHANIEL K. HOLLAND, in his own right )
as the Son of CORA HIDALGO HOLLAND, )
Deceased )
 )
STEPHEN K. HOLLAND, in his own right as )
the Husband of CORA HIDALGO HOLLAND, )
Deceased )
 )
 )
STEPHANIE HOLLAND-BRODNEY, in her )
own right as the Daughter of CORA HIDALGO )
HOLLAND, Deceased )
 )
JOSEPH HOLLAND, SR., in his own right as )
the Father of JOSEPH HOLLAND, JR., )
Deceased )
 )
TARA HOLLAND, in her own right as the Sister )
of JOSEPH HOLLAND, JR., Deceased )
 )
CAROL ANN O'TOOLE, in her own right as )
the Mother of JOSEPH HOLLAND, JR., )
Deceased )
 )
MARTHA R. JACKSON-HOLLEY, in her own )

right and as the Representative of the **ESTATE OF JIMMIE I. HOLLEY**, Deceased )

**CLIFFORD HOLLYWOOD**, in his own right as an Injured Party )

**VIVIAN BYAS**, in her own right and as the Representative of the **ESTATE OF ELIZABETH HOLMES**, Deceased )

**DORIS HOLMES**, in her own right as the Sister of **ELIZABETH HOLMES**, Deceased )

**BEULAH HOLMES**, in her own right as the Mother of **ELIZABETH HOLMES**, Deceased )

**THOMAS HOLMES**, in his own right as the Brother of **ELIZABETH HOLMES**, Deceased )

**WALTER BYAS**, in his own right as the Brother of **ELIZABETH HOLMES**, Deceased )

**CHRISTOPHER HOLMES, JR.**, in his own right as the Brother of **ELIZABETH HOLMES**, Deceased )

**LOUISE ELLERBE**, in her own right as the Sister of **ELIZABETH HOLMES**, Deceased )

**JANET HOLMES-ALFRED**, in her own right as an Injured Party )

**GEORGE HOLZMANN**, in his own right as an Injured Party )

**WILLIAM T. HOMER**, in his own right as the Father of **HERBERT W. HOMER**, Deceased )

**WINIFRED M. HOMER**, in her own right as the Mother of **HERBERT W. HOMER**, Deceased )

**STEPHEN H. HOMER**, in his own right as the Brother of **HERBERT W. HOMER**, Deceased )

**RITA HOPPER**, in her own right and as the Representative of the **ESTATE OF JAMES P. HOPPER**, Deceased )

**LISA HORD**, in her own right and as the Representative of the **ESTATE OF MONTGOMERY M. HORD**, Deceased )

CHARLES H. HORN, in his own right as the )
Father of **MICHAEL JOSEPH HORN**, )
Deceased )
)
MARY A. HORN, in her own right as the Mother )
of **MICHAEL JOSEPH HORN**, Deceased )
)
CHRISTINE M. GRAUER, in her own right as )
the Sister of **MICHAEL JOSEPH HORN**, )
Deceased )
)
MAUREEN ANN HORN, in her own right as the )
Sister of **MICHAEL JOSEPH HORN**, Deceased )
)
PATRICIA M. HOROHOE, in her own right )
and as the Representative of the **ESTATE OF** )
**ROBERT L. HOROHOE, JR.**, Deceased )
)
MICHAEL E. HOROHOE, in his own right as )
the Brother of **ROBERT L. HOROHOE, JR.**, )
Deceased )
)
PATRICIA M. WITSCHEL, in her own right as )
the Sister of **ROBERT L. HOROHOE, JR.**, )
Deceased )
)
DONNA M. ERSKINE, in her own right as the )
Sister of **ROBERT L. HOROHOE, JR.**, )
Deceased )
)
ALLAN HORWITZ, in his own right and as the )
Representative of the **ESTATE OF AARON** )
**HORWITZ**, Deceased )
)
BLAKE HORWITZ, in his own right as the )
Brother of **AARON HORWITZ**, Deceased )
)
ELIZABETH HORWITZ, in her own right as )
the Mother of **AARON HORWITZ**, Deceased )
)
ROBERT HORWITZ, in his own right as the )
Brother of **AARON HORWITZ**, Deceased )
)
TARA HORWITZ, in her own right as the Sister )
of **AARON HORWITZ**, Deceased )
)
SONYA M. HOUSTON, in her own right and as )
the Representative of the **ESTATE OF UHURU** )
**GONJA HOUSTON**, Deceased )
)
JULIA P. SHONTERE, in her own right and as )
the Representative of the **ESTATE OF** )
ANGELA MARIE HOUTZ, Deceased )

99

**EMILY HOWELL**, in her own right and as the
Representative of the **ESTATE OF MICHAEL
C. HOWELL**, Deceased )

**KEVIN M. HOWELL**, in his own right as the
Son of **MICHAEL C. HOWELL**, Deceased )

**RALPH L. HOWELL**, in his own right as the
Father of **STEVEN L. HOWELL**, Deceased )

**FAY CAPUTO**, in her own right as the Mother of )
**STEVEN L. HOWELL**, Deceased )

**DONNA M. HOWELL**, in her own right as the
Sister of **STEVEN L. HOWELL**, Deceased )

**MARY HRABOWSKA**, in her own right as an
Injured Party )

**JOSEPH W. HROMADA**, in his own right as
the Husband of **MILAGROS HROMADA**,
Deceased )

**KATHLEEN MCGUIRE**, in her own right and
as the Representative of the **ESTATE OF
STEPHEN HUCZKO**, Deceased )

**KAITLYN HUCZKO**, in her own right as the
Daughter of **STEPHEN HUCZKO**, Deceased )

**HENRY R. HUGHES**, in his own right and as
the Representative of the **ESTATE OF KRIS
ROBERT HUGHES**, Deceased )

**ELAINE L. HUGHES**, in her own right as the
Mother of **KRIS ROBERT HUGHES**, Deceased )

**KEITH HUGHES**, in his own right as the
Brother of **KRIS ROBERT HUGHES**, Deceased )

**KIMBERLY FRANCO**, in her own right as the
Sister of **KRIS ROBERT HUGHES**, Deceased )

**ROSANNE HUGHES**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF THOMAS F.
HUGHES, JR.**, Deceased )

**GERALD M. HUNT**, in his own right as an
Injured Party )

**JEAN HUNT**, in her own right as an Injured )

100

Party         )

**WILLIAM F HUNT, JR.**, in his own right as the )
Husband of **JEAN HUNT**, an Injured Party )
          )

**CANDEE J. MALTESE**, in her own right as the )
Daughter of **JEAN HUNT**, an Injured Party )
          )

**MELANIE A. HUNT**, in her own right as the )
Daughter of **JEAN HUNT**, an Injured Party )
          )

**JOHN HUNT**, in his own right as an Injured )
Party         )
          )

**JENNIFER WOODWARD HUNT**, in her own )
right, on behalf of the Minor Child, and as the )
Representative of the **ESTATE OF WILLIAM** )
**HUNT**, Deceased      )
          )

**KENNETH HUTCHINSON**, in his own right as )
an Injured Party      )
          )

**AMIRHA VICTORIA HUTTO**, in her own )
right as an Injured Party     )
          )

**BEATRIZ E. HYMEL**, in her own right and as )
the Representative of the **ESTATE OF ROBERT**)
**JOSEPH HYMEL**, Deceased    )
          )

**NATALIE CHRISTINA CONNERS**, in her )
own right as the Daughter of **ROBERT JOSEPH** )
**HYMEL**, Deceased      )
          )

**JAMES A. HYNES**, in his own right as an )
Injured Party       )
          )

**CAROLYNE Y. HYNES**, in her own right and )
on behalf of the Minor Child of **THOMAS** )
**EDWARD HYNES**, Deceased    )
          )

**JOSEPH IANELLI**, in his own right and as the )
Representative of the **ESTATE OF JOSEPH A.** )
**IANELLI**, Deceased      )
          )

**BARBARA IANELLI**, in her own right as the )
Mother of **JOSEPH A. IANELLI**, Deceased )
          )

**JENNIFER THOMPSON**, in her own right as )
the Sister of **JOSEPH A. IANELLI**, Deceased )
          )

**MONICA PALATUCCI**, in her own right as the )
Fiancé of **JOSEPH A. IANELLI**, Deceased )
          )

**ALI IBIS**, in his own right as the Father of
**ZUHTU IBIS**, Deceased                          )
                                                  )
                                                  )
**AYSE IBIS**, in her own right as the Mother of   )
**ZUHTU IBIS**, Deceased                          )
                                                  )
**HACER IBIS**, in her own right as the Sister of  )
**ZUHTU IBIS**, Deceased                          )
                                                  )
**MEHMET IBIS**, in his own right as the Brother   )
of **ZUHTU IBIS**, Deceased                        )
                                                  )
**LEYLA UYAR**, in her own right and as the        )
Representative of the **ESTATE OF ZUHTU**          )
**IBIS**, Deceased                                 )
                                                  )
**MONICA IKEN**, in her own right and as the       )
Representative of the **ESTATE OF MICHAEL**        )
**PATRICK IKEN**, Deceased                         )
                                                  )
**GERARD IKEN**, in his own right as the Brother   )
of **MICHAEL PATRICK IKEN**, Deceased              )
                                                  )
**ANNE HABEEB**, in her own right as the Sister    )
of **MICHAEL PATRICK IKEN**, Deceased              )
                                                  )
**FREDERICK J. ILL, III**, in his own right as an  )
Injured Party                                      )
                                                  )
                                                  )
**FREDERICK J. ILL, SR.**, in his own right as     )
the Father of **FREDERICK J. ILL., JR.**,          )
Deceased                                           )
                                                  )
**ALICE ILL**, in her own right as the Mother of   )
**FREDERICK J. ILL, JR.**, Deceased                )
                                                  )
**JANE C. ILL**, in her own right as the Sister of )
**FREDERICK J. ILL, JR.**, Deceased                )
                                                  )
**STEVEN INCARNATO**, in his own right as an       )
Injured Party                                      )
                                                  )
**GLORIA INGRASSIA**, in her own right and as      )
the Representative of the **ESTATE OF**            )
**CHRISTOPHER NOBLE INGRASSIA**,                   )
Deceased                                           )
                                                  )
**ANTHONY A. INGRASSIA**, in his own right as      )
the Father of **CHRISTOPHER NOBLE**               )
**INGRASSIA**, Deceased                            )
                                                  )
**ANTHONY W. INGRASSIA**, in his own right as)     )

102

the Brother of **CHRISTOPHER NOBLE INGRASSIA**, Deceased )

**PAUL B. INGRASSIA**, in his own right as the Brother of **CHRISTOPHER NOBLE INGRASSIA**, Deceased )

**ELISA M. INGRASSIA**, in her own right as the Sister of **CHRISTOPHER NOBLE INGRASSIA**, Deceased )

**JOSEPH P. INTINTOLI**, in his own right as an Injured Party )

**STEVEN IRGANG**, in his own right and as the Representative of the **ESTATE OF DOUG IRGANG**, Deceased )

**JOANNE IRGANG**, in her own right as the Mother of **DOUG IRGANG**, Deceased )

**ERIC IVERSEN**, in his own right as an Injured Party )

**BARRY JABLONSKI**, in his own right and as the Representative of the **ESTATE OF VIRGINIA JABLONSKI**, Deceased )

**ANTHONY DETULLIO**, in his own right as the Brother of **VIRGINIA JABLONSKI**, Deceased )

**JENNIFER BRADY**, in her own right as the Daughter of **MICHAEL GRADY JACOBS**, Deceased )

**MARY BRADY**, in her own right as the Daughter of **MICHAEL GRADY JACOBS**, Deceased )

**MICHAEL J. BRADY**, in his own right and as the Co-Representative of the **ESTATE OF MICHAEL GRADY JACOBS**, Deceased )

**PETER BRADY**, in his own right and as the Co-Representative of the **ESTATE OF MICHAEL GRADY JACOBS**, Deceased )

**NEIL JACOBSON**, in his own right as an Injured Party )

**KIMBERLY H. JACOBY**, in her own right and as the Representative of the **ESTATE OF STEVEN DONALD JACOBY**, Deceased )

103

**LOUIS JAGODA**, in his own right and as
Representative of the **ESTATE OF JAKE D.
JAGODA**, Deceased

**ANNA MAY JAGODA**, in her own right as the
Mother of **JAKE D. JAGODA**, Deceased

**SNEH JAIN**, in her own right and as the
Representative of the **ESTATE OF YUDH V.
JAIN**, Deceased

**CATHERINE L. JALBERT**, in her own right as
the Wife of **ROBERT A. JALBERT**, Deceased

**JULIE ANN JALBERT**, in her own right as the
Daughter of **ROBERT A. JALBERT**, Deceased

**PAUL H. JALBERT**, in his own right as the
Brother of **ROBERT A. JALBERT**, Deceased

**BRENDA JAMES**, in her own right as an Injured
Party

**ARAM P. JARRET, JR.**, in his own right and as
the Co-Representative of the **ESTATE OF AMY
NICOLE JARRET**, Deceased

**MARILYN R. TRUDEAU**, in her own right and
as the Co-Representative of the **ESTATE OF
AMY NICOLE JARRET**, Deceased

**MARC DOUGLAS JARRET**, in his own right
as the Brother of **AMY NICOLE JARRET**,
Deceased

**MATTHEW R. JARRET**, in his own right as the
Brother of **AMY NICOLE JARRET**, Deceased

**ARAM P. JARRET, III**, in his own right as the
Brother of **AMY NICOLE JARRET**, Deceased

**ALICIA N. CURRAN**, in her own right as the
Sister of **AMY NICOLE JARRET**, Deceased

**CLIFFORD JENKINS**, in his own right as an
Injured Party

**JENNIFER JENKINS**, in her own right and as
the Representative of the **ESTATE OF JOSEPH
JENKINS, JR.**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

104

**ALINE JENKINS**, in her own right as the        )
Mother of **JOSEPH JENKINS, JR.**, Deceased      )
                                                  )
**GORDON R. JENKINS**, in his own right as the   )
Brother of **JOSEPH JENKINS, JR.**, Deceased     )
                                                  )
**MICHAEL JENKINS**, in his own right as the     )
Brother of **JOSEPH JENKINS, JR.**, Deceased     )
                                                  )
**DEBRA JENKINS**, in her own right as the Sister )
of **JOSEPH JENKINS, JR.**, Deceased             )
                                                  )
**STEVEN JENKINS**, in his own right as the      )
Brother of **JOSEPH JENKINS, JR.**, Deceased     )
                                                  )
**MARC JENSEN**, in his own right as an Injured  )
Party                                             )
                                                  )
**ROSE JEUNES**, in her own right as an Injured  )
Party                                             )
                                                  )
**HUMBERTO JIMENEZ**, in his own right as an     )
Injured Party                                     )
                                                  )
**LUIS B. JIMENEZ**, in his own right as an      )
Injured Party                                     )
                                                  )
**YSIDRO JIMENEZ**, in his own right as an       )
Injured Party                                     )
                                                  )
                                                  )
**JOYCE L. JOHNSON**, in her own right, on       )
behalf of the Minor Child, and as the            )
Representative of the **ESTATE OF DENNIS M.**    )
**JOHNSON**, Deceased                            )
                                                  )
**FITZ-HARRY ALEXANDER JOHNSON**, in            )
his own right as an Injured Party                )
                                                  )
**JOHN JOHNSON**, in his own right as an Injured )
Party                                             )
                                                  )
**SYLVIA J. JOHNSON**, in her own right as an    )
Injured Party                                     )
                                                  )
**HARRY T. JONES, IV**, in his own right and as  )
the Representative of the **ESTATE OF**          )
**ALLISON H. JONES**, Deceased                   )
                                                  )
**SUSAN JONES**, in her own right and as         )
Representative of the **ESTATE OF**              )
**CHRISTOPHER JONES**, Deceased                  )
                                                  )

**MARY J. JONES**, in her own right and as the
Representative of the **ESTATE OF CHARLES
F. JONES**, Deceased )
)
)
)

**DONALD T. JONES**, in his own right as the
Father of **DONALD T. JONES, II**, Deceased )
)
)

**JUDITH JONES**, in her own right as the Mother
of **DONALD T. JONES, II**, Deceased )
)
)

**WILLIAM B. JONES, II**, in his own right as the
Brother of **DONALD T. JONES, II**, Deceased )
)
)

**TERRENCE JORDAN**, in his own right as an
Injured Party )
)
)

**JENNIFER E. JOSIAH**, in her own right and as
the Co-Representative of the **ESTATE OF JANE
EILEEN JOSIAH**, Deceased )
)
)

**KELLY C. JOSIAH**, in her own right and as the
Co-Representative of the **ESTATE OF JANE
EILEEN JOSIAH**, Deceased )
)
)
)

**RICHARD A. PECORELLA**, in his own right
as the Fiancé of **KAREN S. JUDAY**, Deceased )
)
)

**LUKE J. JURAIN**, in his own right as an Injured
Party )
)
)

**JOSEPH F. KADILLAC**, in his own right as an
Injured Party )
)
)

**VINCENT KANE**, in his own right and as the
Representative of the **ESTATE OF VINCENT
KANE**, Deceased )
)
)
)

**JOAN KANE**, in her own right as the Mother of
**VINCENT KANE**, Deceased )
)
)

**PATRICIA FLANDERS**, in her own right as the
Sister of **VINCENT KANE**, Deceased )
)
)

**ELIZABETH KANE REICH**, in her own right
as the Sister of **VINCENT KANE**, Deceased )
)
)

**SEONG SOON KANG**, in his own right as the
Father of **JOON KOO KANG**, Deceased )
)
)

**PIL SOON KANG**, in her own right as the
Mother of **JOON KOO KANG**, Deceased )
)
)

**JANET KANG**, in her own right as the Sister of )

**JOON KOO KANG**, Deceased )
)
**REBECCA S. HOANG**, in her own right as the )
Sister of **JOON KOO KANG**, Deceased )
)
**JAMIE KANG**, in her own right as the Sister of )
**JOON KOO KANG**, Deceased )
)
**GEORGE KAPERONIS**, in his own right as an )
Injured Party )
)
**HAROLD T. KAPLAN**, in his own right and as )
the Representative of the **ESTATE OF** )
**DEBORAH H. KAPLAN**, Deceased )
)
**DENNIS KEANE**, in his own right as an Injured )
Party )
)
**BARBARA E. KEANE**, in her own right and as )
the Representative of the **ESTATE OF** )
**EDWARD T. KEANE**, Deceased )
)
**JUDITH ANN KEANE**, in her own right and as )
the Representative of the **ESTATE OF** )
**RICHARD M. KEANE**, Deceased )
)
**TIMOTHY B. KEANE**, in his own right as the )
Son of **RICHARD M. KEANE**, Deceased )
)
)
**PATRICK KEANE**, in his own right as the Son )
of **RICHARD M. KEANE**, Deceased )
)
**MATTHEW KEANE**, in his own right as the )
Son of **RICHARD M. KEANE**, Deceased )
)
**DENISE K. KEASLER**, in her own right and as )
the Representative of the **ESTATE OF KAROL** )
**ANN KEASLER**, Deceased )
)
**THOMAS KEELING**, in his own right as an )
Injured Party )
)
**JOHN E. KEENAN**, in his own right as an )
Injured Party )
)
**JENNIFER KEENE CLYDE**, in her own right )
as the Sister of **LEO RUSSELL KEENE, III**, )
Deceased )
)
**SUSAN N. GRIMM**, in her own right as the )
Mother of **LEO RUSSELL KEENE, III**, )
Deceased )

**KRISTA SUE KEENE**, in her own right as the
Sister of **LEO RUSSELL KEENE, III**, Deceased )

**KRISTEN M. KEENE**, in her own right and as
the Representative of the **ESTATE OF LEO
RUSSELL KEENE, III**, Deceased

**LEO RUSSELL KEENE, II**, in his own right as
the Father of **LEO RUSSELL KEENE, III**,
Deceased

**RACQUEL K. KELLEY**, in her own right as an
Injured Party

**JOHN KELLY**, in his own right as an Injured
Party

**JOHN KELLY**, in his own right as an Injured
Party

**ALICE B. KELLY**, in her own right as the
Mother of **JOSEPH ANTHONY KELLY**,
Deceased

**KEVIN KELLY**, in his own right as an Injured
Party

**CAROLYN KELLY**, in her own right as the
Wife of **RICHARD J. KELLY, JR.**, Deceased

**THOMAS J. KELLY**, in his own right as an
Injured Party

**WILLIAM C. KELLY**, in his own right as an
Injured Party

**KATHLEEN K. HAMILTON**, in her own right
as the Sister of **WILLIAM H. KELLY, JR.**,
Deceased

**MEIGAN KELLY**, in her own right as the Sister
of **WILLIAM H. KELLY, JR.**, Deceased

**JOANNE M. KELLY**, in her own right and as
the Co-Representative of the **ESTATE OF
WILLIAM H. KELLY, JR.**, Deceased

**WILLIAM H. KELLY, SR.**, in his own right
and as the Co-Representative of the **ESTATE OF
WILLIAM H. KELLY, JR.**, Deceased

<u>**SUSAN KELLY**, in her own right and as the</u>

Wife of the **ESTATE OF JOSEPH ANTHONY KELLY**, Deceased )

**RICHARD KENNEY**, in his own right as an Injured Party )

**PETER A. KENNY**, in his own right as an Injured Party )

**DARLENE KEOHANE**, in her own right as the Sister of **JOHN RICHARD KEOHANE**, Deceased )

**DONALD KEOHANE**, in his own right and as the Representative of the **ESTATE OF JOHN RICHARD KEOHANE**, Deceased )

**MARY KEOHANE**, in her own right as the Mother of **JOHN RICHARD KEOHANE**, Deceased )

**JOHN F. KERSHIS**, in his own right as an Injured Party )

**DIANNE KERWIN**, in her own right and on behalf of the Minor Children of **RONALD T. KERWIN**, Deceased )

**GRANVILETTE W. KESTENBAUM**, in her own right and as the Representative of the **ESTATE OF HOWARD L. KESTENBAUM**, Deceased )

**ROBERT DOW**, in his own right as the Domestic Partner of **RUTH KETLER**, Deceased )

**NAZAM KHAN**, in his own right as the Husband of **SARAH KHAN**, Deceased )

**TAHIRA KHAN**, in her own right and as the Representative of the **ESTATE OF TAIMOUR KHAN**, Deceased )

**ZARA KHAN**, in her own right as the Sister of **TAIMOUR KHAN**, Deceased )

**SOLOMON GAYLE**, in his own right and as the Representative of the **ESTATE OF SEILAI KHOO**, Deceased )

**HENRY KIEFER**, in his own right and as the Representative of the **ESTATE OF MICHAEL KIEFER**, Deceased )

**PATRICIA KIEFER**, in her own right as the
Mother of **MICHAEL KIEFER**, Deceased

**SUSANNE KIKKENBORG**, in her own right as
an Injured Party

**MICHAEL KILLARNEY**, in his own right as an
Injured Party

**DAVID J. KING, JR.**, in his own right as an
Injured Party

**EMANUEL KING**, in his own right as an Injured
Party

**ALISON KINNEY**, in her own right and as the
Representative of the **ESTATE OF BRIAN
KEVIN KINNEY**, Deceased

**DARLENE T. KINNEY**, in her own right as the
Mother of **BRIAN KEVIN KINNEY**, Deceased

**NORMAN P. KINNEY**, in his own right as the
Father of **BRIAN KEVIN KINNEY**, Deceased

**JAMES M. KIRBY**, in his own right and as the
Representative of the **ESTATE OF CHRIS M.
KIRBY**, Deceased

**DONNA M. KIRBY**, in her own right as the
Mother of **CHRIS M. KIRBY**, Deceased

**BRIAN P. KIRBY**, in his own right as the
Brother of **CHRIS M. KIRBY**, Deceased

**JAMES M. KIRBY, III**, in his own right as the
Brother of **CHRIS M. KIRBY**, Deceased

**KELLY ANN RACANELLI**, in her own right as
the Sister of **CHRIS M. KIRBY**, Deceased

**JENNIFER M. KIRBY**, in her own right as the
Sister of **CHRIS M. KIRBY**, Deceased

**PAUL KIRWIN**, in his own right as the Father of
**GLENN DAVIS KIRWIN**, Deceased

**BARBARA KIRWIN**, in her own right as the
Mother of **GLENN DAVIS KIRWIN**, Deceased

**VIVIAN LERNER SHOEMAKER**, in her own
right as the Mother of **ALAN D. KLEINBERG**,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

110

Deceased )
)
**MARCI KLEINBERG-BANDELLI**, in her own )
right as the Sister of **ALAN D. KLEINBERG**, )
Deceased )
)
**MARLA KLEINBERG**, in her own right as the )
Sister of **ALAN D. KLEINBERG**, Deceased )
)
**LARRY J. KLINGENER**, in his own right as an )
Injured Party )
)
**NANCY S. KNOX**, in her own right and as the )
Representative of the **ESTATE OF THOMAS** )
**PATRICK KNOX**, Deceased )
)
**PATRICIA B. KNOX**, in her own right as the )
Mother of **THOMAS PATRICK KNOX**, )
Deceased )
)
**JAMES KNOX**, in his own right as the Brother )
of **THOMAS PATRICK KNOX**, Deceased )
)
**DENIS KNOX**, in his own right as the Brother of )
**THOMAS PATRICK KNOX**, Deceased )
)
**MARY ELLEN PROFITA KNOX**, in her own )
right as the Sister of **THOMAS PATRICK** )
**KNOX**, Deceased )
)
**PATRICIA B. LALLEY**, in her own right as the )
Sister of **THOMAS PATRICK KNOX**, )
Deceased )
)
**KATHLEEN DOOLAN**, in her own right as the )
Sister of **THOMAS PATRICK KNOX**, )
Deceased )
)
**RICHARD KOBBE**, in his own right as an )
Injured Party )
)
**ROBERT KOBUS**, in his own right and as the )
Representative of the **ESTATE OF DEBORAH** )
**KOBUS**, Deceased )
)
**LEOKADIA KOBUS**, in her own right as the )
Mother of **DEBORAH KOBUS**, Deceased )
)
**IRENE SMOLICZ**, in her own right and as the )
Representative of the **ESTATE OF FRANK J.** )
**KOESTNER**, Deceased )
)
**ADAM P. KOHART**, in his own right as the )

111

Brother of **RYAN A. KOHART**, Deceased )
)
**BRETT D. KOHART**, in his own right as the )
Brother of **RYAN A. KOHART**, Deceased )
)
**GEOFFREY A. KOHART**, in his own right and )
as the Representative of the **ESTATE OF RYAN** )
**A. KOHART**, Deceased )
)
**GEOFFREY A. KOHART, JR.**, in his own right )
as the Brother of **RYAN A. KOHART**, Deceased )
)
**JOY A. KOHART**, in her own right as the )
Mother of **RYAN A. KOHART**, Deceased )
)
**MELISSA WHITE**, in her own right as the )
Fiancé of **RYAN A. KOHART**, Deceased )
)
**EDWARD KOHLER**, in his own right as an )
Injured Party )
)
**NICHOLAS KOLOSZUK**, in his own right as )
an Injured Party )
)
**JOYCE MERCER**, in her own right and as the )
Representative of the **ESTATE OF SCOTT** )
**KOPYTKO**, Deceased )
)
**CHRISTINE KOPYTKO**, in her own right as )
the Sister of **SCOTT KOPYTKO**, Deceased )
)
**ROBERT KORFMAN**, in his own right as an )
Injured Party )
)
**ARMEN KOROGHLIAN**, in his own right as an )
Injured Party )
)
**NINA KOSTIC**, in her own right and as the )
Representative of the **ESTATE OF BOJAN** )
**KOSTIC**, Deceased )
)
**SUSANNA FERM**, in her own right as the Fiancé )
of **BOJAN KOSTIC**, Deceased )
)
**OLGA KOSTIC-JOVANOVIC**, in her own )
right as the Sister of **BOJAN KOSTIC**, Deceased )
)
**ZOE P. KOUSOULIS**, in her own right and as )
the Representative of the **ESTATE OF** )
**DANIELLE KOUSOULIS**, Deceased )
)
**PETER G. KOUSOULIS**, in his own right as the )
Brother of **DANIELLE KOUSOULIS**, Deceased )

**ELENI KOUSOULIS**, in her own right as the
Sister of **DANIELLE KOUSOULIS**, Deceased

**FAITH K. HAGERTY**, in her own right as the
Sister of **DANIELLE KOUSOULIS**, Deceased

**DANIEL KRUESI**, in his own right as an Injured
Party

**FELIX KSIDO**, in his own right, on behalf of the
Minor Child, and as the Representative of the
**ESTATE OF LYUDMILA KSIDO**, Deceased

**HAJIME KUGE**, in his own right as the Father
of **TOSHIYA KUGE**, Deceased

**NAOYA KUGE**, in his own right as the Brother
of **TOSHIYA KUGE**, Deceased

**YACHIYO KUGE**, in her own right as the
Mother of **TOSHIYA KUGE**, Deceased

**NANCY KUMPEL**, in her own right, on behalf
of the Minor Children, and as the Representative
of the **ESTATE OF KENNETH B. KUMPEL**,
Deceased

**LOIS H. KUMPEL**, in her own right as the
Mother of **KENNETH B. KUMPEL**, Deceased

**KRISTEN KUVEIKIS**, in her own right as the
Daughter of **THOMAS J. KUVEIKIS**, Deceased

**SIDNEY KYLE**, in his own right as an Injured
Party

**JOHN R. LA SALA**, in his own right as an
Injured Party

**ROSETTA LA VENA**, in her own right as an
Injured Party

**SONIA GAWAS**, in her own right and as the
Representative of the **ESTATE OF GANESH
LADKAT**, Deceased

**SHERI LADLEY**, in her own right, on behalf of
the Minor Children, and as the Representative of
the **ESTATE OF JAMES PATRICK LADLEY**,
Deceased

**DOLORES LADLEY**, in her own right as the

113

Mother of **JAMES PATRICK LADLEY**, )
Deceased )
)
**PATRICK LADLEY**, in his own right as the )
Brother of **JAMES PATRICK LADLEY**, )
Deceased )
)
**DANIEL E. LADLEY**, in his own right as the )
Brother of **JAMES PATRICK LADLEY**, )
Deceased )
)
**EILEEN SPINA**, in her own right as the Sister of )
**JAMES PATRICK LADLEY**, Deceased )
)
**MARY ANN RAYMOND**, in her own right as )
the Sister of **JAMES PATRICK LADLEY**, )
Deceased )
)
**DOMINICK V. LAFALCE**, in his own right and )
as the Representative of the **ESTATE OF** )
**JOSEPH A. LAFALCE**, Deceased )
)
**JOHN J. LAFEMINA**, in his own right as an )
Injured Party )
)
**HUI FEN PAN**, in her own right, on behalf of the )
Minor Children, and as the Representative of the )
**ESTATE OF NEIL K. LAI**, Deceased )
)
**LINDA LALAMA**, in her own right and as the )
Representative of the **ESTATE OF FRANCO** )
**LALAMA**, Deceased )
)
**AMY ZHANG LAM**, in her own right and as the )
Representative of the **ESTATE OF CHOW** )
**KWAN LAM**, Deceased )
)
**CHOW LEING LAM**, in his own right as the )
Brother of **CHOW KWAN LAM**, Deceased )
)
**FONGPEIN L. CHAN**, in her own right as the )
Sister of **CHOW KWAN LAM**, Deceased )
)
**GEORGE LAMOREAUX**, in his own right as )
an Injured Party )
)
**BRIAN LANDAU**, in his own right as an Injured )
Party )
)
**RICHARD L. LANE**, in his own right and as the )
Representative of the **ESTATE OF ROBERT T.** )
**LANE**, Deceased )
)

**JANET L. LANE**, in her own right as the Mother )
of **ROBERT T. LANE**, Deceased                             )
                                                                              )
**JASON M. LANE**, in his own right as the              )
Brother of **ROBERT T. LANE**, Deceased              )
                                                                              )
**SUZANNE R. STEVENSON**, in her own right as )
the Sister of **ROBERT T. LANE**, Deceased          )
                                                                              )
**JAMES C. LANG**, in his own right as an Injured )
Party                                                                        )
                                                                              )
**PAUL P. LANG**, in his own right as an Injured    )
Party                                                                        )
                                                                              )
**DONNA MARSH O'CONNOR**, in her own right)
as the Mother of **VANESSA LANGER**,               )
Deceased                                                                   )
                                                                              )
**GEORGE LANTAY**, in his own right as an          )
Injured Party                                                             )
                                                                              )
**JAMES LANZA**, in his own right as an Injured   )
Party                                                                        )
                                                                              )
**ETHEL CHAMBERLAIN**, in her own right as      )
the Mother of **MICHELE LANZA**, Deceased        )
                                                                              )
**ALBERT A. CHAMBERLAIN**, in his own right )
as the Father of **MICHELE LANZA**, Deceased     )
                                                                              )
**SUSAN G. CHAMBERLAIN**, in her own right    )
as the Sister of **MICHELE LANZA**, Deceased      )
                                                                              )
**CYNTHIA D. ORICCHIO**, in her own right as    )
the Sister of **MICHELE LANZA**, Deceased          )
                                                                              )
**ALBERT G. CHAMBERLAIN**, in his own right )
as the Brother of **MICHELE LANZA**, Deceased   )
                                                                              )
**BRAIN R. LARNEY**, in his own right as an        )
Injured Party                                                             )
                                                                              )
**JOHN LAROCCHIA**, in his own right as an       )
Injured Party                                                             )
                                                                              )
**ANTHONY R. LAROSA**, in his own right as an )
Injured Party                                                             )
                                                                              )
**STEPHEN R. LARRABEE**, in his own right and )
as the Representative of the **ESTATE OF**           )
**CHRISTOPHER R. LARRABEE**, Deceased        )

115

**JANET L. SATTERFIELD**, in her own right as
the Mother of **CHRISTOPHER R.
LARRABEE**, Deceased

**SCOTT LARRABEE**, in his own right as the
Brother of **CHRISTOPHER R. LARRABEE**,
Deceased

**PAIGE M. LARRABEE**, in her own right as the
Sister of **CHRISTOPHER R. LARRABEE**,
Deceased

**JESSICA LARRABEE**, in her own right as the
Sister of **CHRISTOPHER R. LARRABEE**,
Deceased

**NICOLE LARRABEE**, in her own right as the
Sister of **CHRISTOPHER R. LARRABEE**,
Deceased

**JOSEPH M. LASHENDOCK, III**, in his own
right as an Injured Party

**CHARLENE TALARICO**, in her own right as
the Fiancé of **PAUL LASZCZYNSKI**, Deceased

**AMY LASZCZYNSKI**, in her own right as the
Daughter of **PAUL LASZCZYNSKI**, Deceased

**JENNIFER LASZCZYNSKI**, in her own right
as the Daughter of **PAUL LASZCZYNSKI**,
Deceased

**VIRGINIA LATOUCHE**, in her own right and
as the Representative of the **ESTATE OF
JEFFREY LATOUCHE**, Deceased

**DONNA D. BHAGWAN**, in her own right as the
Daughter of **JEFFREY LATOUCHE**, Deceased

**PETER LAUDATI**, in his own right as an
Injured Party

**BERNICE M. LAVACHE**, in her own right as
the Daughter of **MARIA LAVACHE**, Deceased

**JOSEPH L. LAVACHE**, in his own right and as
the Representative of the **ESTATE OF MARIA
LAVACHE**, Deceased

**MARY JANE LAVACHE**, in her own right as
the Daughter of **MARIA LAVACHE**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

116

MARIE ANN PAPROCKI, in her own right and )
as the Representative of the **ESTATE OF DENIS** )
**LAVELLE**, Deceased )
)
**KEVIN LAVELLE**, in his own right as an )
Injured Party )
)
**DOLORES LAVERDE**, in her own right and as )
the Representative of the **ESTATE OF** )
**JEANNINE LAVERDE**, Deceased )
)
**THOMAS A. LA VERDE**, in his own right as )
the Brother of **JEANNINE LAVERDE**, )
Deceased )
)
**SUZANNE LAWRENCE**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF ROBERT A.** )
**LAWRENCE, JR.,** Deceased )
)
**ROBERT A. LAWRENCE**, in his own right as )
the Father of **ROBERT A. LAWRENCE, JR.,** )
Deceased )
)
**EILEEN LAWRENCE**, in her own right as the )
Mother of **ROBERT A. LAWRENCE, JR.,** )
Deceased )
)
**ELIZABETH ANDERSEN**, in her own right as )
the Sister of **ROBERT A. LAWRENCE, JR.,** )
Deceased )
)
**WALTER LAWRENCE**, in his own right as the )
Brother of **ROBERT A. LAWRENCE, JR.,** )
Deceased )
)
**ARTHUR LEAHY**, in his own right as the )
Brother of **JAMES P. LEAHY**, Deceased )
)
**JEANETTE LEAHY**, in her own right as the )
Mother of **JAMES P. LEAHY**, Deceased )
)
**DENISE HENECK**, in her own right as the Sister )
of **JAMES P. LEAHY**, Deceased )
)
**DANIELLE VELLA**, in her own right as the )
Sister of **JAMES P. LEAHY**, Deceased )
)
**MICHELE SAFATLE**, in her own right as the )
Sister of **JAMES P. LEAHY**, Deceased )
)
**ANN LEAVY**, in her own right and as the )
Representative of the **ESTATE OF NEIL J.** )

117

**LEAVY**, Deceased )
)
**JOHN P. LEAVY**, in his own right as the Father )
of **NEIL J. LEAVY**, Deceased )
)
**MARK LEAVY**, in his own right as the Brother )
of **NEIL J. LEAVY**, Deceased )
)
**ARNOLD LEDERMAN**, in his own right as an )
Injured Party )
)
**BARRY LEE**, in his own right as an Injured )
Party )
)
**EDWARD N. LEE**, in his own right and as the )
Representative of the **ESTATE OF JUANITA** )
**LEE**, Deceased )
)
**GENEVA JOHNSON**, in her own right as the )
Mother of **JUANITA LEE**, Deceased )
)
**NICHOLE WILLIAMS**, in her own right as the )
Daughter of **JUANITA LEE**, Deceased )
)
**ANTHONY JOHNSON**, in his own right as the )
Brother of **JUANITA LEE**, Deceased )
)
**JOHN E. JOHNSON**, in his own right as the )
Brother of **JUANITA LEE**, Deceased )
)
**JANET JOHNSON**, in her own right as the )
Sister of **JUANITA LEE**, Deceased )
)
**CHERLY WITHERSPOON**, in her own right as )
the Sister of **JUANITA LEE**, Deceased )
)
**SHIRLEY WALKER**, in her own right as the )
Sister of **JUANITA LEE**, Deceased )
)
**LARRY LEE**, in his own right as an Injured )
Party )
)
**MYONG H. LEE**, in his own right and as the )
Representative of the **ESTATE OF LINDA C.** )
**LEE**, Deceased )
)
**HYONG O. LEE**, in her own right as the Mother )
of **LINDA C. LEE**, Deceased )
)
**JOHNNY LEE**, in his own right as the Husband )
of **LORRAINE LEE**, Deceased )
)
**JOAN GREENE**, in her own right as the Mother )

of **LORRAINE LEE**, Deceased )
)
**TIMOTHY R. GREENE**, in his own right as the )
Brother of **LORRAINE LEE**, Deceased )
)
**TERENCE GREENE**, in his own right as the )
Brother of **LORRAINE LEE**, Deceased )
)
**THOMAS M. GREENE**, in his own right as the )
Brother of **LORRAINE LEE**, Deceased )
)
**BARBARA M. WENTWORTH**, in her own )
right as the Sister of **LORRAINE LEE**, Deceased )
)
**PATRICIA REILLY**, in her own right as the )
Sister of **LORRAINE LEE**, Deceased )
)
**ROBERT LEE**, in his own right as an Injured )
Party )
)
**DANIEL JAY LEFKOWITZ**, in his own right )
as the Brother of **STEPHEN PAUL** )
**LEFKOWITZ**, Deceased )
)
**LILLIAN LEFKOWITZ**, in her own right as the )
Mother of **STEPHEN PAUL LEFKOWITZ**, )
Deceased )
)
**RUBIN LEFKOWITZ**, in his own right as the )
Father of **STEPHEN PAUL LEFKOWITZ**, )
Deceased )
)
**JOYCE LEIGH**, in her own right as an Injured )
Party )
)
**PRUDENCIO LEMAGNE**, in his own right as )
the Father of **DAVID P. LEMAGNE**, Deceased )
)
**RUTH M. LEMAGNE**, in her own right as the )
Mother of **DAVID P. LEMAGNE**, Deceased )
)
**MAGALY J. LEMAGNE**, in her own right as )
the Sister of **DAVID P. LEMAGNE**, Deceased )
)
**ANN K. LENIHAN**, in her own right as the )
Mother of **JOSEPH A. LENIHAN**, Deceased )
)
**JOHN LENIHAN**, in his own right as the )
Brother of **JOSEPH A. LENIHAN**, Deceased )
)
**NANCY LENNON FRAIN**, in her own right as )
the Sister of **JOHN J. LENNON, JR.**, Deceased )
)

**JAMES L. LENNON**, in his own right as the
Brother of **JOHN J. LENNON, JR.**, Deceased )

**JOHN J. LENNON, SR.**, in his own right as the
Father of **JOHN J. LENNON, JR.**, Deceased )

**LUCILLE LENNON**, in her own right as the
Mother of **JOHN J. LENNON, JR.**, Deceased )

**ROBERT LEONICK**, in his own right as an
Injured Party )

**JEFFREY LEVER**, in his own right as an
Injured Party )

**DENNIS J. LEVI**, in his own right and as the Co-
Representative of the **ESTATE OF JOHN D.
LEVI**, Deceased )

**JENNIFER A. LEVI-LONGYEAR**, in her own
right and as the Co-Representative of the
**ESTATE OF JOHN D. LEVI**, Deceased )

**RONI LEVINE**, in her own right and as the
Representative of the **ESTATE OF ROBERT
LEVINE**, Deceased )

**LIAT LEVINHAR**, in her own right as the Wife
of **SHAI LEVINHAR**, Deceased )

**ZVI LEVINHAR**, in his own right as the Father
of **SHAI LEVINHAR**, Deceased )

**JUDY LEVINHAR**, in her own right as the
Mother of **SHAI LEVINHAR**, Deceased )

**MOR LEVINHAR**, in his own right as the
Brother of **SHAI LEVINHAR**, Deceased )

**RAZ LEVINHAR**, in his own right as the
Brother of **SHAI LEVINHAR**, Deceased )

**IRIS KRAMER**, in her own right as the Sister of
**SHAI LEVINHAR**, Deceased )

**CHARLES J. LEWIN**, in his own right as the
Father of **DANIEL LEWIN**, Deceased )

**PEGGY S. LEWIN**, in her own right as the
Mother of **DANIEL LEWIN**, Deceased )

**MICHAEL LEWIN**, in his own right as the
Brother of **DANIEL LEWIN**, Deceased )

JONATHAN A. LEWIN, in his own right as the
Brother of DANIEL LEWIN, Deceased

OTIS LEWIS, in his own right as an Injured
Party

JOSEPH LIBRETTI, in his own right as the
Brother of DANIEL LIBRETTI, Deceased

FRANK A. LICAUSI, in his own right as an
Injured Party

ANTHONY LICCIARDI, in his own right as the
Brother of RALPH M. LICCIARDI, Deceased

SEBASTIANO LICCIARDI, in his own right as
the Father of RALPH M. LICCIARDI,
Deceased

CARMEL-ANN SULLIVAN, in her own right
as the Sister of RALPH M. LICCIARDI,
Deceased

VYACHESLAV LIGAY, in his own right, on
behalf of the Minor Child, and as the
Representative of the ESTATE OF ZHENTTA
TSOY LIGAY, Deceased

SHERMAN LILLIANTHAL, in his own right as
the Father of STEVEN BARRY
LILLIANTHAL, Deceased

MARCIA LILLIANTHAL, in her own right as
the Mother of STEVEN BARRY
LILLIANTHAL, Deceased

MINDI COHEN, in her own right as the Sister of
STEVEN BARRY LILLIANTHAL, Deceased

CAROLINE LILORE, in her own right, on
behalf of the Minor Child, and as the
Representative of the ESTATE OF CRAIG
DAMIAN LILORE, Deceased

SE JUA AU, in her own right and as the
Representative of the ESTATE OF WEI RONG
LIN, Deceased

ZENG LU LIN, in his own right as the Father of
WEI RONG LIN, Deceased

RONG DI YOU, in her own right as the Mother

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

of **WEI RONG LIN**, Deceased )
)
**HONG LIN**, in his own right as the Brother of )
**WEI RONG LIN**, Deceased )
)
**CAROL ANN LINEHAN**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF THOMAS V.** )
**LINEHAN, JR.**, Deceased )
)
**ELENA LINIS**, in her own right as an Injured )
Party )
)
**LAURA RENEE ANSPACH**, in her own right )
as the Sister of **ALAN PATRICK LINTON, JR.**, )
Deceased )
)
**A. PATRICK LINTON**, in his own right as the )
Father of **ALAN PATRICK LINTON, JR.**, )
Deceased )
)
**SCOTT P. LINTON**, in his own right as the )
Brother of **ALAN PATRICK LINTON, JR.**, )
Deceased )
)
**SHARON L. LINTON**, in her own right as the )
Mother of **ALAN PATRICK LINTON, JR.**, )
Deceased )
)
**JORGE LLANES**, in his own right as the Father )
of **GEORGE ANDREW LLANES**, Deceased )
)
**EUGENIA R. LLANES**, in her own right and as )
the Representative of the **ESTATE OF** )
**GEORGE ANDREW LLANES**, Deceased )
)
**ANTONIO R. LLORET**, in his own right as an )
Injured Party )
)
**EDWARD LOCHER**, in his own right as an )
Injured Party )
)
**ROBERT LOGLER**, in his own right and as the )
Representative of the **ESTATE OF** )
**ELIZABETH C. LOGLER**, Deceased )
)
**CATHERINE MASAK**, in her own right and as )
Co-Representative of the **ESTATE OF** )
**CATHERINE LISA LOGUIDICE**, Deceased )
)
**CARMELO LOGUIDICE**, in his own right and )
as Co-Representative of the **ESTATE OF** )
**CATHERINE LISA LOGUIDICE**, Deceased )

**DEMING LOHEZ**, in her own right and as the Representative of the **ESTATE OF JEROME LOHEZ**, Deceased )

**ANTHONY P. LOMELI**, in his own right as an Injured Party )

**CHRISTOPHER V. LONG**, in his own right as an Injured Party )

**GEORGE T. LONG**, in his own right as the Father of **STEPHEN V. LONG**, Deceased )

**SANDRA S. WEAVER**, in her own right as the Mother of **STEPHEN V. LONG**, Deceased )

**DAVID B. LONG**, in his own right as the Brother of **STEPHEN V. LONG**, Deceased )

**GEORGE W. LONG**, in his own right as the Brother of **STEPHEN V. LONG**, Deceased )

**CYNTHIA LONG**, in her own right as the Sister of **STEPHEN V. LONG**, Deceased )

**NANCY BURCHAM**, in her own right as the Sister of **STEPHEN V. LONG**, Deceased )

**CHRISTOPHER LONGING**, in his own right and as the Representative of the **ESTATE OF LAURA M. LONGING**, Deceased )

**KEVIN PETTUS**, in his own right as the Father of **LAURA M. LONGING**, Deceased )

**ANNE MARIA PETTUS**, in her own right as the Mother of **LAURA M. LONGING**, Deceased )

**ARNALDO LOPEZ**, in his own right as an Injured Party )

**DANIEL LOPUZZO**, in his own right as an Injured Party )

**THERESANN LOSTRANGIO**, in her own right and as the Representative of the **ESTATE OF JOSEPH LOSTRANGIO**, Deceased )

**JAMES LOVERO**, in his own right and as the Representative of the **ESTATE OF JOSEPH LOVERO**, Deceased )

123

**MAXINE MCCORMACK**, in her own right as the Daughter of **JOSEPH LOVERO**, Deceased )

**GARY MICHAEL LOW**, in his own right and as the Representative of the **ESTATE OF SARA ELIZABETH LOW**, Deceased )

**REBECCA ALYSON LOW**, in her own right as the Sister of **SARA ELIZABETH LOW**, Deceased )

**BOBBIE JEAN LOW**, in her own right as the Mother of **SARA ELIZABETH LOW**, Deceased )

**BRENDAN P LOWERY**, in his own right as an Injured Party )

**JOSEPH LOWNEY**, in his own right as an Injured Party )

**JOHN PETER LOZOWSKY, SR.**, in his own right as the Father of **JOHN PETER LOZOWSKY**, Deceased )

**ROSEMARY LOZOWSKY**, in her own right as the Mother of **JOHN PETER LOZOWSKY**, Deceased )

**DEBRA A. RHODY**, in her own right as the Sister of **JOHN PETER LOZOWSKY**, Deceased )

**MICHELLE LUDWIG**, in her own right and as the Representative of the **ESTATE OF LEE CHARLES LUDWIG**, Deceased )

**CHRISTOPHER LUDWIG**, in his own right as the Son of **LEE CHARLES LUDWIG**, Deceased )

**ASHLEY MICHELLE LUDWIG**, in her own right as the Daughter of **LEE CHARLES LUDWIG**, Deceased )

**LOUIS LUDWIG**, in his own right as the Father of **LEE CHARLES LUDWIG**, Deceased )

**LAWRENCE A. LUDWIG**, in his own right as the Brother of **LEE CHARLES LUDWIG**, Deceased )

**LOUIS LUDWIG, JR.**, in his own right as the Brother of **LEE CHARLES LUDWIG**, Deceased )

124

LUANN MARTIN, in her own right as the Sister
of LEE CHARLES LUDWIG, Deceased

EILEEN D. LUGANO, in her own right and as
the Representative of the ESTATE OF SEAN
THOMAS LUGANO, Deceased

JOHN C. LUGANO, in his own right as the
Brother of SEAN THOMAS LUGANO,
Deceased

MICHAEL LUGANO, in his own right as the
Brother of SEAN THOMAS LUGANO,
Deceased

STEPHANIE MCCUIN, in her own right as the
Sister of SEAN THOMAS LUGANO, Deceased

DANIEL LUGE, in his own right as an Injured
Party

MARIE LUKAS, in her own right and as
Representative of the ESTATE OF MARIE
LUKAS, Deceased

KAREN B. LUNDER, in her own right and as
the Representative of the ESTATE OF
CHRISTOPHER EDMUND LUNDER,
Deceased

EDMUND LUNDER, in his own right as the
Father of CHRISTOPHER EDMUND
LUNDER, Deceased

MAUREEN C. LUNDER, in her own right as
the Mother of CHRISTOPHER EDMUND
LUNDER, Deceased

DAVID LUNDER, in his own right as the
Brother of CHRISTOPHER EDMUND
LUNDER, Deceased

ROSEMARY SERCIA, in her own right as the
Sister of CHRISTOPHER EDMUND
LUNDER, Deceased

GERALDINE LUPARELLO, in her own right
and as the Representative of the ESTATE OF
ANTHONY LUPARELLO, Deceased

ANTHONY LUPARELLO, JR., in his own
right as the Son of ANTHONY LUPARELLO,

Deceased )
)
**GERALDINE CANILLAS**, in her own right as )
the Daughter of **ANTHONY LUPARELLO**, )
Deceased )
)
**MARIA LIPARI**, in her own right as the )
Daughter of **ANTHONY LUPARELLO**, )
Deceased )
)
**HOWARD LUTNICK**, in his own right as the )
Brother of **GARY FREDERICK LUTNICK**, )
**III**, Deceased )
)
**EDITH LUTNICK**, in her own right as the Sister )
of **GARY FREDERICK LUTNICK, III**, )
Deceased )
)
**RALPH LUZZICONE**, in his own right and as )
the Representative of the **ESTATE OF LINDA** )
**LUZZICONE**, Deceased )
)
**DEBRA LUZZICONE**, in her own right as the )
Sister of **LINDA LUZZICONE**, Deceased )
)
**RALPH LUZZICONE, JR.**, in his own right as )
the Brother of **LINDA LUZZICONE**, Deceased )
)
**CHERYL COX**, in her own right as the Sister of )
**LINDA LUZZICONE**, Deceased )
)
**VLADIMIR LYGIN**, in his own right and as the )
Co-Representative of the **ESTATE OF** )
**ALEXANDER LYGIN**, Deceased )
)
**VALENTINA LYGINA**, in her own right and as )
the Co-Representative of the **ESTATE OF** )
**ALEXANDER LYGIN**, Deceased )
)
**NATASHA LYGINA**, in her own right as the )
Sister of **ALEXANDER LYGIN**, Deceased )
)
**LORNE LYLES**, in his own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF CEECEE LYLES**, Deceased )
)
**WILLIAM F. BURNS-LYNCH**, in his own right )
as the Brother of **JAMES F. LYNCH**, Deceased )
)
**MARGARET DUGDALE**, in her own right as )
the Sister of **JAMES F. LYNCH**, Deceased )
)
**DAVID W. LYNCH**, in his own right as the )

126

Brother of **JAMES F. LYNCH**, Deceased )
)
**PETER J. LYNCH**, in his own right as the )
Brother of **JAMES F. LYNCH**, Deceased )
)
**CAROL A. PENNA**, in her own right as the )
Sister of **JAMES F. LYNCH**, Deceased )
)
**JESSE L. LYNCH**, in his own right as an Injured )
Party )
)
**JOHN B. LYNCH**, in his own right and as the )
Representative of the **ESTATE OF MICHAEL** )
**FRANCIS LYNCH**, Deceased )
)
**KATHLEEN V. LYNCH**, in her own right as the )
Mother of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**FREDERICK LYNCH**, in his own right as the )
Brother of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**KATHLEEN ANN LYNCH**, in her own right as )
the Sister of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**PAUL LYNCH**, in his own right as the Brother )
of **MICHAEL FRANCIS LYNCH**, Deceased )
)
**MAUREEN LYNCH BAKER**, in her own right )
as the Sister of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**JOHN B. LYNCH, JR.**, in his own right as the )
Brother of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**COLLEEN M. PARIGEN**, in her own right as )
the Sister of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**MARY L. COSTER**, in her own right as the )
Sister of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**CATHERINE T. LYNCH**, in her own right as )
the Mother of **MICHAEL FRANCIS LYNCH**, )
Deceased )
)
**DANIEL F. LYNCH**, in his own right as the )
Father of **MICHAEL FRANCIS LYNCH**, )
Deceased )

**BARBARA MCMANUS**, in her own right as the Sister of **MICHAEL FRANCIS LYNCH**, Deceased

**ROSEMARY PUMILIA**, in her own right as the Sister of **MICHAEL FRANCIS LYNCH**, Deceased

**BERNADETTE RAFFERTY**, in her own right as the Sister of **MICHAEL FRANCIS LYNCH**, Deceased

**PATRICIA CURRY**, in her own right as the Sister of **ROBERT H. LYNCH**, Deceased

**MARGUERITE LYNCH**, in her own right as the Mother of **ROBERT H. LYNCH**, Deceased

**LINDA HELCK**, in her own right as the Sister of **ROBERT H. LYNCH**, Deceased

**BARBARA COTTER**, in her own right as the Sister of **ROBERT H. LYNCH**, Deceased

**MICHAEL J. LYNCH**, in his own right and as the Representative of the **ESTATE OF SEAN PATRICK LYNCH**, Deceased

**JOHN J. LYNCH**, in his own right as the Father of **SEAN PATRICK LYNCH**, Deceased

**MARGARET A. LYNCH**, in her own right as the Mother of **SEAN PATRICK LYNCH**, Deceased

**COLLEEN M. WATSON**, in her own right as the Sister of **SEAN PATRICK LYNCH**, Deceased

**LAUREEN A. SUTERA**, in her own right as the Sister of **SEAN PATRICK LYNCH**, Deceased

**KATHLEEN A. HALLSTROM**, in her own right as the Sister of **SEAN PATRICK LYNCH**, Deceased

**JACQUELINE E. LYNCH**, in her own right as the Wife of **TERENCE M. LYNCH**, Deceased

**ASHLEY LYNCH**, in her own right as the Daughter of **TERENCE M. LYNCH**, Deceased

128

TIFFANY M. LYNCH, in her own right as the )
Daughter of TERENCE M. LYNCH, Deceased )

THOMAS S. LYNCH, in his own right as an )
Injured Party )

JOHN LYONS, in his own right as an Injured )
Party )

MICHAEL J. LYONS, in his own right as an )
Injured Party )

IRENE LYONS, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
ESTATE OF PATRICK JOHN LYONS, )
Deceased )

BRIAN PATRICK LYONS, in his own right as )
the Father of PATRICK JOHN LYONS, )
Deceased )

PATRICIA LYONS, in her own right as the )
Mother of PATRICK JOHN LYONS, Deceased )

SEAN LYONS, in his own right as the Brother of )
PATRICK JOHN LYONS, Deceased )

BRIAN C. LYONS, in his own right as the )
Brother of PATRICK JOHN LYONS, Deceased )

KELLY LYONS, in her own right as the Sister of )
PATRICK JOHN LYONS, Deceased )

KRISTEN LYONS, in her own right as the Sister )
of PATRICK JOHN LYONS, Deceased )

PETER M. MABANTA, in his own right as an )
Injured Party )

KENNETH J. MACE, in his own right and as )
the Representative of the ESTATE OF ROBERT )
FRANCIS MACE, Deceased )

KAZIMIERZ MACIEJEWSKI, in his own )
right as the Father of JAN MACIEJEWSKI, )
Deceased )

PAWEL MACIEJEWSKI, in his own right as )
the Brother of JAN MACIEJEWSKI, Deceased )

NEIL MACINTYRE, in his own right as an )
Injured Party )

129

DOUGLAS MACKAY, in his own right, on )
behalf of the Minor Children, and as the )
Representative of the ESTATE OF SUSAN )
MACKAY, Deceased )
)
JANISSA EVALINE MACON, in her own right )
as an Injured Party )
)
MAURA MADDEN, in her own right and as the )
Representative of the ESTATE OF RICHARD )
B. MADDEN, Deceased )
)
PETER JOHN MADDISON, in his own right as )
the Father of SIMON MADDISON, Deceased )
)
STEPHEN PETER MADDISON, in his own )
right as the Brother of SIMON MADDISON, )
Deceased )
)
PENELOPE JOAN HASSELL, in her own right )
as the Sister of SIMON MADDISON, Deceased )
)
MAUREEN MADDISON, in her own right and )
as the Representative of the ESTATE OF )
SIMON MADDISON, Deceased )
)
ELIZABETH COLLINS, in her own right as the )
Sister of SIMON MADDISON, Deceased )
)
RALPH S. MAERZ, JR., in his own right as the )
Father of NOELL MAERZ, Deceased )
)
LINDA MAFFEO, in her own right and as the )
Representative of the ESTATE OF JOSEPH )
MAFFEO, Deceased )
)
LOUIS MAFFEO, in his own right as the Father )
of JOSEPH MAFFEO, Deceased )
)
JEAN MAFFEO, in her own right as the Mother )
of JOSEPH MAFFEO, Deceased )
)
DEBRA MAFFEO MORRI, in her own right as )
the Sister of JOSEPH MAFFEO, Deceased )
)
LINDA MAFFEO MANFREDI, in her own )
right as the Sister of JOSEPH MAFFEO, )
Deceased )
)
SUSAN MAFFEO DRURY, in her own right as )
the Sister of JOSEPH MAFFEO, Deceased )
)
DONNA MAFFEO, in her own right as the Sister )

130

of **JOSEPH MAFFEO**, Deceased )
)
**THOMAS MAGEE**, in his own right as an )
Injured Party )
)
**EUGENE S. MAHLSTADT**, in his own right as )
an Injured Party )
)
**JOSEPH MAHONEY**, in his own right as an )
Injured Party )
)
**THOMAS MAHONEY**, in his own right as an )
Injured Party )
)
**DONNA MAHONEY**, in her own right as the )
Wife of **WILLIAM J. MAHONEY, JR.**, )
Deceased )
)
**LLEWELLYN MALCOLM**, in his own right as )
an Injured Party )
)
**JOSE MALDONADO**, in his own right as an )
Injured Party )
)
**MICHAEL A. MALER, SR.**, in his own right as )
the Father of **ALFRED RUSSELL MALER**, )
Deceased )
)
**BEVERLY M. MALER**, in her own right as the )
Mother of **ALFRED RUSSELL MALER**, )
Deceased )
)
**KEITH E. MALER**, in his own right as the )
Brother of **ALFRED RUSSELL MALER**, )
Deceased )
)
**BEVERLY V. MALER**, in her own right as the )
Sister of **ALFRED RUSSELL MALER**, )
Deceased )
)
**EDWARD D. MALER**, in his own right as the )
Brother of **ALFRED RUSSELL MALER**, )
Deceased )
)
**JEANINE M. SHERMAN**, in her own right as )
the Sister of **ALFRED RUSSELL MALER**, )
Deceased )
)
**PATRICK MALLOY**, in his own right as an )
Injured Party )
)
**FRANK MALONE**, in his own right as an )
Injured Party )

131

JOHN M. MALONEY, in his own right as an Injured Party

RALPH MANDIA, in his own right as an Injured Party

KATHLEEN MANGANO, in her own right and as the Representative of the **ESTATE OF JOSEPH MANGANO**, Deceased

THOMAS MANLEY, in his own right as an Injured Party

ROBERT WILLIAM HARVEY, in his own right and as the Representative of the **ESTATE OF SARA ELIZABETH MANLEY**, Deceased

KENNETH R. MANNETTA, in his own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF DEBRA M. MANNETTA**, Deceased

WAYNE N. MANZIE, in his own right as an Injured Party

ELIZABETH KEMMERER, in her own right and as the Co-Representative of the **ESTATE OF HILDA MARCIN**, Deceased

CAROLE O'HARE, in her own right and as the Co-Representative of the **ESTATE OF HILDA MARCIN**, Deceased

SHAKEH MARDIKIAN, in her own right as the Mother of **PETER EDWARD MARDIKIAN**, Deceased

ALEXANDER MARDIKIAN, in his own right as the Father of **PETER EDWARD MARDIKIAN**, Deceased

MONICA N. MARDIKIAN, in her own right as the Sister of **PETER EDWARD MARDIKIAN**, Deceased

CHARLES V. MARGIOTTA, in his own right as the Father of **CHARLES JOSEPH MARGIOTTA**, Deceased

AMELIA J. MARGIOTTA, in her own right as the Mother of **CHARLES JOSEPH MARGIOTTA**, Deceased

132

**NORMA MARGIOTTA**, in her own right as the )
Wife of **CHARLES JOSEPH MARGIOTTA**, )
Deceased )

**MICHAEL MARGIOTTA**, in his own right as )
the Brother of **CHARLES JOSEPH** )
**MARGIOTTA**, Deceased )

**CLAUDIA P. MARIN**, in her own right as an )
Injured Party )

**ANTHONY MARINO**, in his own right as an )
Injured Party )

**DONALD MARINO**, in his own right as an )
Injured Party )

**KATRINA MARINO**, in her own right as the )
Wife of **KENNETH JOSEPH MARINO**, )
Deceased )

**LYNDA ANN MARINO**, in her own right as the )
Sister of **KENNETH JOSEPH MARINO**, )
Deceased )

**MARY ANN MARINO**, in her own right as the )
Mother of **KENNETH JOSEPH MARINO**, )
Deceased )

**PAT MARINO**, in his own right as the Father of )
**KENNETH JOSEPH MARINO**, Deceased )

**JESSIE MARIUS**, in her own right as an Injured )
Party )

**DENNIS MARLO**, in his own right and as the )
Representative of the **ESTATE OF KEVIN D.** )
**MARLO**, Deceased )

**ROSEMARY MEYER**, in her own right as the )
Mother of **KEVIN D. MARLO**, Deceased )

**TIMOTHY MARMION**, in his own right as an )
Injured Party )

**JODI A. MARRERO**, in her own right, on behalf )
of the Minor Children, and as the Representative )
of the **ESTATE OF JOSE MARRERO**, )
Deceased )

**ROBERT W. MARSHALL**, in his own right as )
an Injured Party )

133

**DONN E. MARSHALL**, in his own right and as
the Representative of the **ESTATE OF
SHELLEY A. MARSHALL**, Deceased )

**DENNIS MARTIN**, in his own right as an
Injured Party )

**EDWARD P. MARTIN**, in his own right as an
Injured Party )

**MICHAEL G. MARTIN**, in his own right as an
Injured Party )

**DEBORAH D. MARTIN**, in her own right and
as Representative of the **ESTATE OF
WILLIAM J. MARTIN**, Deceased )

**ANGELA MARTINEZ**, in her own right as an
Injured Party )

**LUIS GASTON**, in his own right and as the
Representative of the **ESTATE OF BETSY
MARTINEZ**, Deceased )

**JOSE MARTINEZ**, in his own right as an
Injured Party )

**MARINO CALDERON**, in his own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF LIZIE
MARTINEZ-CALDERON**, Deceased )

**LISA MARTINI**, in her own right and on behalf
of the Minor Child of **PAUL RICHARD
MARTINI**, Deceased )

**MILDRED MARTINO**, in her own right and as
the Co-Representative of the **ESTATE OF
ANNE MARIE MARTINO-CRAMER**,
Deceased )

**ANTHONY MARTINO**, in his own right and as
the Co-Representative of the **ESTATE OF
ANNE MARIE MARTINO-CRAMER**,
Deceased )

**PATRICIA NILSEN**, in her own right and as the
Co-Representative of the **ESTATE OF ANNE
MARIE MARTINO-CRAMER**, Deceased )

**JAMES MASCARELLA**, in his own right as an
Injured Party )

134

JOAN MASI, in her own right and as )
Representative of the **ESTATE OF STEPHEN** )
**F. MASI**, Deceased )
                                                             )

RICHARD CIMAROLI, in his own right as the )
Father of **PATRICIA ANN MASSARI**, )
Deceased )
   )

ANNA E. CIMAROLI, in her own right as the )
Mother of **PATRICIA ANN MASSARI**, )
Deceased )
   )

JOSEPH CIMAROLI, in his own right as the )
Brother of **PATRICIA ANN MASSARI**, )
Deceased )
   )

DIANE MASSAROLI, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF MICHAEL** )
**MASSAROLI**, Deceased )
   )

JOSEPHINE HOLUBAR, in her own right as )
the Mother of **MICHAEL MASSAROLI**, )
Deceased )
   )

JOANN CLEARY, in her own right as the Sister )
of **MICHAEL MASSAROLI**, Deceased )
   )

ANTHONY MASTRELLI, in his own right as )
an Injured Party )
   )

KAREN MASTRANDREA, in her own right )
and as the Representative of the **ESTATE OF** )
**PHILIP W. MASTRANDREA, JR.**, Deceased )
   )

PHILIP W. MASTRANDREA, SR., in his own )
right as the Father of **PHILIP W.** )
**MASTRANDREA, JR.**, Deceased )
   )

ROSALIE A. MASTRANDREA, in her own )
right as the Mother of **PHILIP W.** )
**MASTRANDREA, JR.**, Deceased )
   )

ROBERT MASTRANDREA, in his own right as )
the Brother of **PHILIP W. MASTRANDREA,** )
**JR.**, Deceased )
   )

LYNN MASTRANDREA, in her own right as )
the Sister of **PHILIP W. MASTRANDREA,** )
**JR.**, Deceased )
   )

<u>ISABELLE MASTROCINQUE</u>, in her own )

right as the Mother of **RUDY MASTROCINQUE, JR.**, Deceased )

**RUDY MASTROCINQUE, SR.**, in his own right as the Father of **RUDY MASTROCINQUE, JR.**, Deceased )

**SHARON SWAILES**, in her own right as the Sister of **RUDY MASTROCINQUE, JR.**, Deceased )

**MARGARET L. MATHERS**, in her own right and as the Representative of the **ESTATE OF CHARLES W. MATHERS**, Deceased )

**RICHARD A. MATTONE**, in his own right as an Injured Party )

**ELIZABETH A. MATTSON**, in her own right and as the Representative of the **ESTATE OF ROBERT D. MATTSON**, Deceased )

**JAMES F. MATTSON**, in his own right as the Son of **ROBERT D. MATTSON**, Deceased )

**JEAN E. MATTSON**, in her own right as the Daughter of **ROBERT D. MATTSON**, Deceased )

**MARGUERITE MATTSON**, in her own right as the Mother of **ROBERT D. MATTSON**, Deceased )

**WILLIAM G. MATTSON**, in his own right as the Brother of **ROBERT D. MATTSON**, Deceased )

**DENISE MATUZA**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF WALTER MATUZA**, Deceased )

**MARGARET MAURO**, in her own right and as the Representative of the **ESTATE OF DOROTHY MAURO**, Deceased )

**RONALD F. MAY**, in his own right and as the Representative of the **ESTATE OF RENEE A. MAY**, Deceased )

**NANCY A. MAY**, in her own right as the Mother of **RENEE A. MAY**, Deceased )

**JEFFREY M. MAY**, in his own right as the )

136

Brother of **RENEE A. MAY**, Deceased )
)
**KENNETH MAY**, in his own right as the Brother )
of **RENEE A. MAY**, Deceased )
)
**DAVID SPIVOCK, JR.**, in his own right as the )
Fiancé of **RENEE A. MAY**, Deceased )
)
**SHAWN MAY**, in his own right as an Injured )
Party )
)
**THOMAS MAZZA**, in his own right as an )
Injured Party )
)
**CATHERINE MAZZELLA**, in her own right )
and as the Representative of the **ESTATE OF** )
**EDWARD MAZZELLA, JR.**, Deceased )
)
**CATHERINE MAZZOTTA**, in her own right, )
on behalf of the Minor Sibling, and as )
Representative of the **ESTATE OF JENNIFER** )
**MAZZOTTA**, Deceased )
)
**ANTHONY ROMAN**, in his own right as the )
Fiancé of **JENNIFER MAZZOTTA**, Deceased )
)
**VITO V. MAZZOTTA**, in his own right as the )
Father of **JENNIFER MAZZOTTA**, Deceased )
)
**MICHELLE BONETTI**, in her own right as the )
Sister of **JENNIFER MAZZOTTA**, Deceased )
)
**VERTISTINE B. MBAYA**, in her own right and )
as the Representative of the **ESTATE OF** )
**KAARIA WILLIAM MBAYA**, Deceased )
)
**KIBABU MBAYA**, in his own right as the )
Brother of **KAARIA WILLIAM MBAYA**, )
Deceased )
)
**NJUE W. MBAYA**, in his own right as the )
Brother of **KAARIA WILLIAM MBAYA**, )
Deceased )
)
**EDWARD MCALEER**, in his own right as an )
Injured Party )
)
**JOHN MCALLISTER**, in his own right as an )
Injured Party )
)
**JOHN MCANDREWS**, in his own right as an )
Injured Party )
)

**JAMES MCANENEY**, in his own right and as
the Representative of the **ESTATE OF
PATRICIA A. MCANENEY**, Deceased

**MAUREEN B. MCARDLE-SCHULMAN**, in
her own right as an Injured Party

**JOSEPH MCAULEY**, in his own right as an
Injured Party

**PAULA M. MCAVOY**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF JOHN K.
MCAVOY**, Deceased

**PHILOMENA MCAVOY**, in her own right as
the Mother of **JOHN K. MCAVOY**, Deceased

**MICHAEL MCAVOY**, in his own right as the
Brother of **JOHN K. MCAVOY**, Deceased

**CARL MCBRATNEY, JR.**, in his own right as
an Injured Party

**MARSHA K. MCBRAYER**, in her own right
and as the Representative of the **ESTATE OF
KENNETH M. MCBRAYER**, Deceased

**LYNN C. MCCABE**, in her own right and as the
Representative of the **ESTATE OF MICHAEL
J. MCCABE**, Deceased

**MARY L. MCCALL**, in her own right as an
Injured Party

**ANNE MARIE MCCANN**, in her own right and
on behalf of the Minor Children of **THOMAS J.
MCCANN**, Deceased

**NATALIE M. MCCANN**, in her own right as the
Mother of **THOMAS J. MCCANN**, Deceased

**GEORGE G. MCCANN**, in his own right as the
Brother of **THOMAS J. MCCANN**, Deceased

**NATALIE MORIARTY**, in her own right as the
Sister of **THOMAS J. MCCANN**, Deceased

**CHARLES MCCARTHY**, in his own right as
the Father of **KEVIN MICHEAL MCCARTHY**,
Deceased

**MARIE MCCARTHY**, in her own right as the

Mother of **KEVIN MICHEAL MCCARTHY**,
Deceased

**KATHLEEN M. SULLIVAN**, in her own right
as the Sister of **KEVIN MICHEAL
MCCARTHY**, Deceased

**DEBRA MENICH**, in her own right and as the
Representative of the **ESTATE OF KEVIN
MICHEAL MCCARTHY**, Deceased

**WILLIAM MCCARTHY**, in his own right and
as the Co-Representative of the **ESTATE OF
MICHAEL MCCARTHY**, Deceased

**MARGARET MARY MCCARTHY**, in her
own right and as the Co-Representative of the
**ESTATE OF MICHAEL MCCARTHY**,
Deceased

**DAN MCCARVILL**, in his own right as an
Injured Party

**TIMOTHY MCCARVILL**, in his own right as
an Injured Party

**MICHAEL MCCLELLAND**, in his own right as
an Injured Party

**DENNIS MCCONVILLE**, in his own right as an
Injured Party

**CHARLES MCCORMACK**, in his own right as
an Injured Party

**MARIANNE MCCORMACK**, in her own right
as an Injured Party

**RICHARD G. MCCOY**, in his own right as an
Injured Party

**ARTHUR MCCROSSEN**, in his own right as an
Injured Party

**JAMES P. MCDERMOTT**, in his own right as
an Injured Party

**MARGARET MCDONNELL**, in her own right
and on behalf of the Minor Children of **BRIAN
MCDONNELL**, Deceased

**ANN CLAIRE MCDONNELL**, in her own right
as the Mother of **BRIAN MCDONNELL**,

139

Deceased                                                 )
                                                         )
**ROBERT MCDONNELL**, in his own right as                )
the Brother of **BRIAN MCDONNELL**, Deceased             )
                                                         )
**KEVIN MCDONNELL**, in his own right as the             )
Brother of **BRIAN MCDONNELL**, Deceased                 )
                                                         )
**ALICIA ARANCIBIA**, in her own right as the            )
Sister of **BRIAN MCDONNELL**, Deceased                  )
                                                         )
**CHERYL MCDONNELL**, in her own right, on               )
behalf of the Minor Children, and as the                 )
Representative of the **ESTATE OF MICHAEL**              )
**P. MCDONNELL**, Deceased                               )
                                                         )
**SCOTT MCDONNELL**, in his own right as an              )
Injured Party                                            )
                                                         )
**DAVID J. MCDONOUGH**, in his own right as              )
an Injured Party                                         )
                                                         )
**BONNIE MCENEANEY**, in her own right and               )
as the Representative of the **ESTATE OF**              )
**EAMON MCENEANEY**, Deceased                            )
                                                         )
**GREGORY MCFARLAND**, in his own right as              )
an Injured Party                                         )
                                                         )
**KEVIN MCGEARY**, in his own right as an                )
Injured Party                                            )
                                                         )
**LAWRENCE G. MCGEE**, in his own right as an            )
Injured Party                                            )
                                                         )
**STEPHEN MCGEE**, in his own right as an                )
Injured Party                                            )
                                                         )
**JON J. MCGILLICK**, in his own right as an             )
Injured Party                                            )
                                                         )
**WILLIAM C. MCGINLY**, in his own right and             )
as the Representative of the **ESTATE OF MARK**          )
**RYAN MCGINLY**, Deceased                               )
                                                         )
**PATRICIA D. MCGINLY**, in her own right as             )
the Mother of **MARK RYAN MCGINLY**,                     )
Deceased                                                 )
                                                         )
**SEAN M. MCGINLY**, in his own right as the             )
Brother of **MARK RYAN MCGINLY**, Deceased               )
                                                         )
**ANDREW M. MCGINLY**, in his own right as               )

the Brother of **MARK RYAN MCGINLY**,           )
Deceased                                          )
                                                  )
**JOSEPH MCGOVERN**, in his own right as an       )
Injured Party                                     )
                                                  )
**MARILYN MCGOVERN ZURICA**, in her own )
right as the Sister of **WILLIAM J.**             )
**MCGOVERN**, Deceased                            )
                                                  )
**MARY SUE MCGOVERN**, in her own right and )
as the Representative of the **ESTATE OF**        )
**WILLIAM J. MCGOVERN**, Deceased                 )
                                                  )
**SEMO P. SENNAS**, in his own right as the       )
Father of **STACEY SENNAS MCGOWAN**,              )
Deceased                                          )
                                                  )
**FRANCES N. SENNAS**, in her own right as the )
Mother of **STACEY SENNAS MCGOWAN**,              )
Deceased                                          )
                                                  )
**THOMAS F. MCGRADE**, in his own right as an )
Injured Party                                     )
                                                  )
**PATRICK J. MCGREEN**, in his own right as an )
Injured Party                                     )
                                                  )
**JOSEPH F. MCGRORY**, in his own right as an )
Injured Party                                     )
                                                  )
**DANIEL M. MCGUINN**, in his own right as an )
Injured Party                                     )
                                                  )
**LYNN S. MCGUINN**, in her own right and as the )
Representative of the **ESTATE OF FRANCIS**       )
**NOEL MCGUINN**, Deceased                        )
                                                  )
**DANIELLE MCGUINN**, in her own right as the )
Daughter of **FRANCIS NOEL MCGUINN**,             )
Deceased                                          )
                                                  )
**JAMES P. MCGUIRE**, in his own right as an      )
Injured Party                                     )
                                                  )
**ROBERT M. MCGUIRE**, in his own right as an )
Injured Party                                     )
                                                  )
**JOHN F. MCGURREN**, in his own right as an      )
Injured Party                                     )
                                                  )
**UNA M. MCHUGH**, in her own right, on behalf )
of the Minor Children, and as the Representative )

of the **ESTATE OF DENNIS PATRICK MCHUGH**, Deceased )
)
)

**MARIA C. MCHUGH**, in her own right and as the Representative of the **ESTATE OF MICHAEL E. MCHUGH**, Deceased )
)
)
)

**JEANNINE MCINTYRE**, in her own right and as the Representative of the **ESTATE OF DONALD J. MCINTYRE**, Deceased )
)
)
)

**EDWARD M. MCKALLEN**, in his own right as an Injured Party )
)
)

**JOHN J. MCKENNA**, in his own right as an Injured Party )
)
)

**RICHARD D. MCKENNA**, in his own right as an Injured Party )
)
)

**PATRICIA MCKENNA**, in her own right and as the Representative of the **ESTATE OF STEPHANIE MCKENNA**, Deceased )
)
)
)

**EUGENE MCKENNA**, in his own right as the Father of **STEPHANIE MCKENNA**, Deceased )
)
)

**AGNES MCKENNA**, in her own right as the Mother of **STEPHANIE MCKENNA**, Deceased )
)
)

**MARTIN MCKEON**, in his own right as an Injured Party )
)
)

**ROGER J. MCKNIGHT**, in his own right as an Injured Party )
)
)

**JAMES MCLOUGHLIN**, in his own right as an Injured Party )
)
)

**KEVIN M. MCLOUGHLIN**, in his own right as an Injured Party )
)
)

**JOHN SPROHA** as the Co-Representative of the **ESTATE OF GAVIN MCMAHON**, Deceased )
)
)

**MAUREEN SPROHA** as the Co-Representative of the **ESTATE OF GAVIN MCMAHON**, Deceased )
)
)
)

**GERARD F. MCMAHON**, in his own right as an Injured Party )
)
)

**KATHERINE MCNEAL**, in her own right and )

142

as the Representative of the **ESTATE OF
DANIEL W. MCNEAL**, Deceased )

**GERALD R. MCNULTY**, in his own right as the
Father of **SEAN PETER MCNULTY**, Deceased )

**ROSANNE MCNULTY**, in her own right as the
Mother of **SEAN PETER MCNULTY**, Deceased )

**KATHERINE MCPADDEN**, in her own right
and as the Representative of the **ESTATE OF
ROBERT W. MCPADDEN**, Deceased )

**KEVIN MCQUILLY**, in his own right as an
Injured Party )

**MARY MCWILLIAMS**, in her own right as the
Mother of **MARTIN EDWARD
MCWILLIAMS**, Deceased )

**JOSEPH MCWILLIAMS**, in his own right as
the Brother of **MARTIN EDWARD
MCWILLIAMS**, Deceased )

**LYNN MCWILLIAMS**, in her own right as the
Sister of **MARTIN EDWARD MCWILLIAMS**,
Deceased )

**BARBARA MCWILLIAMS**, in her own right as
the Sister of **MARTIN EDWARD
MCWILLIAMS**, Deceased )

**ERNEST MEDAGLIA**, in his own right as an
Injured Party )

**MICHAEL TAVOLARELLA**, in his own right
and as the Representative of the **ESTATE OF
DEBORAH MEDWIG**, Deceased )

**DONALD MEEG**, in his own right as an Injured
Party )

**MAUREEN E. MEEHAN**, in her own right, on
behalf of the Minor Child, and as Representative
of the **ESTATE OF WILLIAM J. MEEHAN,
JR.**, Deceased )

**DANIEL A. MEEHAN**, in his own right as the
Son of **WILLIAM J. MEEHAN, JR.**, Deceased )

**WILLIAM MEEHAN, III**, in his own right as
the Son of **WILLIAM J. MEEHAN, JR.**,
Deceased )

**OSCAR H. MEJIA**, in his own right as an )
Injured Party )
)
)
**NEXHAT MELA**, in his own right as an Injured )
Party )
)
**JULIA HERNANDEZ**, in her own right as the )
Domestic Partner of **ANTONIO MELENDEZ**, )
Deceased )
)
**RAMON MELENDEZ**, in his own right as the )
Husband of **MARY MELENDEZ**, Deceased )
)
**ZACHARY MELTZER**, in his own right as the )
Father of **STUART TODD MELTZER**, )
Deceased )
)
**JOYCE MELTZER**, in her own right as the )
Mother of **STUART TODD MELTZER**, )
Deceased )
)
**LAWRENCE MELTZER**, in his own right as )
the Brother of **STUART TODD MELTZER**, )
Deceased )
)
**KENNETH MELTZER**, in his own right as the )
Brother of **STUART TODD MELTZER**, )
Deceased )
)
**KERRI ANN MENDEZ**, in her own right as the )
Wife of **CHARLES MENDEZ**, Deceased )
)
**JOSEFINA MENDEZ**, in her own right as an )
Injured Party )
)
**MYRTLE BAZIL**, in her own right and as the )
Representative of the **ESTATE OF SHEVONNE** )
**OLICIA MENTIS**, Deceased )
)
**BENJAMIN MERCADO**, in his own right as an )
Injured Party )
)
**CARMELO MERCADO**, in his own right as an )
Injured Party )
)
**DEBRA MERCURIO**, in her own right, on )
behalf of the Minor Children, and as )
Representative of the **ESTATE OF RALPH** )
**MERCURIO**, Deceased )
)
**BARBARA MERDINGER**, in her own right as )
the Wife of **ALAN MERDINGER**, Deceased )

**LUIS MERINO**, in his own right as the Father of )
**GEORGE MERINO**, Deceased )

**ZENAIDA MERINO**, in her own right as the )
Mother of **GEORGE MERINO**, Deceased )

**MARIA LEHR**, in her own right as the Sister of )
**GEORGE MERINO**, Deceased )

**ROBERTO MESA**, in his own right as an )
Injured Party )

**WENDY ANNE METZ**, in her own right as the )
Sister of **RAYMOND JOSEPH METZ, III**, )
Deceased )

**RAYMOND JOSEPH METZ, JR.**, in his own )
right as the Father of **RAYMOND JOSEPH** )
**METZ, III**, Deceased )

**HAROLD MEYERS**, in his own right as an )
Injured Party )

**THOMAS MEYERS**, in his own right as an )
Injured Party )

**RICHARD F. MICCIO**, in his own right as an )
Injured Party )

**JUDY MICHAELS**, in her own right as an )
Injured Party )

**PATRICIA MILANO**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF PETER T.** )
**MILANO**, Deceased )

**ALFRED MILANO**, in his own right as the )
Brother of **PETER T. MILANO**, Deceased )

**FRANK MILANO**, in his own right as the )
Brother of **PETER T. MILANO**, Deceased )

**THOMAS MILANO**, in his own right as the )
Brother of **PETER T. MILANO**, Deceased )

**MAUREEN RACIOPPI**, in her own right as the )
Sister of **PETER T. MILANO**, Deceased )

**JOSEPH M. MILANOWYCZ**, in his own right )
and as the Representative of the **ESTATE OF** )
**GREGORY MILANOWYCZ**, Deceased )

145

**ADELE MILANOWYCZ**, in her own right as )
the Mother of **GREGORY MILANOWYCZ**, )
Deceased )
)
**STEVEN MILANOWYCZ**, in his own right as )
the Brother of **GREGORY MILANOWYCZ**, )
Deceased )
)
**ROLAND MILETTI**, in his own right as an )
Injured Party )
)
**STELLA LAZARRA**, in her own right as the )
Mother of **JOEL MILLER**, Deceased )
)
**SONDRA FONER**, in her own right as the Sister )
of **JOEL MILLER**, Deceased )
)
**ADAM ERIC MILLER**, in his own right as the )
Son of **JOEL MILLER**, Deceased )
)
**PATRICIA SKIC**, in her own right as the Fiancé )
of **MICHAEL MATTHEW MILLER**, Deceased )
)
**DAVID J. MILLER**, in his own right and as the )
Co-Representative of the **ESTATE OF NICOLE** )
**CAROL MILLER**, Deceased )
)
**CATHERINE STEFANI**, in her own right and )
as the Co-Representative of the **ESTATE OF** )
**NICOLE CAROL MILLER**, Deceased )
)
**TIFFNEY MILLER**, in her own right as the )
Sister of **NICOLE CAROL MILLER**, Deceased )
)
**ROBERT MILLER**, in his own right as an )
Injured Party )
)
**MITOKO MILLER**, in her own right and as the )
Representative of the **ESTATE OF ROBERT C.** )
**MILLER, JR.**, Deceased )
)
**TERRY R. MILLER**, in his own right as the )
Brother of **ROBERT C. MILLER, JR.**, )
Deceased )
)
**JAMES R. MILLER**, in his own right as the )
Brother of **ROBERT C. MILLER, JR.**, )
Deceased )
)
**IVY M. MORENO**, in her own right and as the )
Representative of the **ESTATE OF YVETTE** )
**NICOLE MILLER**, Deceased                    )

)
JAMES H. MILLER, in his own right and as Co- )
Representative of the ESTATE OF MICHAEL )
M. MILLER, Deceased )
)
BETTY ANN MILLER, in her own right and as )
Co-Representative of the ESTATE OF )
MICHAEL M. MILLER, Deceased )
)
)
TOBY MILLMAN, in her own right, on behalf )
of the Minor Children, and as the Representative )
of the ESTATE OF BENJAMIN MILLMAN, )
Deceased )
)
CHARLES M. MILLS, III, in his own right as )
the Son of CHARLES M. MILLS, II, Deceased )
)
RYAN PAUL MINARA, in his own right as the )
Son of ROBERT MINARA, Deceased )
)
CHRISTIAN MINARA, in his own right as the )
Son of ROBERT MINARA, Deceased )
)
PAULA A. MINARA, in her own right and as the )
Representative of the ESTATE OF ROBERT )
MINARA, Deceased )
)
GERALD MINGIONE, in his own right as the )
Father of THOMAS MINGIONE, Deceased )
)
ANTONINA MINGIONE, in her own right as )
the Mother of THOMAS MINGIONE, Deceased )
)
JOSEPH M. MINOGUE, in his own right as an )
Injured Party )
)
WILLIAM J. MIRRO, in his own right as an )
Injured Party )
)
DONALD H. MISCHKE, in his own right as an )
Injured Party )
)
PHILOMENA MISTRULLI, in her own right )
and as the Representative of the ESTATE OF )
JOSEPH D. MISTRULLI, Deceased )
)
MAUREEN MITCHELL, in her own right and )
as the Representative of the ESTATE OF PAUL )
T. MITCHELL, Deceased )
)
CHRISTINE MITCHELL, in her own right as )
the Daughter of PAUL T. MITCHELL, )
Deceased )

147

**JENNIFER MITCHELL**, in her own right as the )
Daughter of **PAUL T. MITCHELL**, Deceased )

**JOYCE MIUCCIO**, in her own right as the Wife )
of **RICHARD MIUCCIO**, Deceased )

**OWEN MIUCCIO**, in his own right as the Son )
of **RICHARD MIUCCIO**, Deceased )

**LAURA MIUCCIO**, in her own right as the )
Daughter of **RICHARD MIUCCIO**, Deceased )

**THOMAS MIUCCIO**, in his own right as the )
Son of **RICHARD MIUCCIO**, Deceased )

**STEVE S. MODICA**, in his own right as an )
Injured Party )

**BILL MOFFAT**, in his own right as an Injured )
Party )

**RAM ANTHONY MOHABIR**, in his own right )
as an Injured Party )

**HORTENSIA GONZALEZ**, on behalf of the )
Minor Child, and as the Representative of the )
**ESTATE OF DENNIS MOJICA**, Deceased )

**MARINA MOLINA**, in her own right as the )
Mother of **MANUEL MOLINA**, Deceased )

**VALENTINA FERREIRA DIAZ**, in her own )
right as the Ex-Wife of **MANUEL MOLINA**, )
Deceased )

**RAMON DEJESUS MOLINA**, in his own right )
as the Brother of **MANUEL MOLINA**, Deceased )

**JUAN JOSE MOLINA**, in his own right as the )
Brother of **MANUEL MOLINA**, Deceased )

**MILEDE ATLAGRACIA MOLINA**, in her )
own right as the Sister of **MANUEL MOLINA**, )
Deceased )

**FANNY DEJESUS MOLINA**, in her own right )
as the Sister of **MANUEL MOLINA**, Deceased )

**MARIA CARMEN MOLINA**, in her own right )
as the Sister of **MANUEL MOLINA**, Deceased )

**JOAN MOLINARO**, in her own right as the )

148

Mother of **CARL EUGENE MOLINARO**,  )
Deceased  )
  )
**EUGENE MOLINARO**, in his own right as the  )
Father of **CARL EUGENE MOLINARO**,  )
Deceased  )
  )
**LAWRENCE C. MOLINARO**, in his own right  )
as the Brother of **CARL EUGENE**  )
**MOLINARO**, Deceased  )
  )
**DEBORAH ANN HUDSON**, in her own right as  )
the Sister of **CARL EUGENE MOLINARO**,  )
Deceased  )
  )
**JODI MOLISANI**, in her own right, on behalf of  )
the Minor Child, and as the Representative of the  )
**ESTATE OF JUSTIN JOHN MOLISANI, JR.**,  )
Deceased  )
  )
**MICHAEL MOLLOY**, in his own right as an  )
Injured Party  )
  )
**JEANNE MONAGHAN**, in her own right as the  )
Mother of **BRIAN PATRICK MONAGHAN**,  )
Deceased  )
  )
**BERNARD J. MONAGHAN**, in his own right  )
and as the Representative of the **ESTATE OF**  )
**BRIAN PATRICK MONAGHAN**, Deceased  )
  )
**DANIELLE MONAGHAN**, in her own right as  )
the Sister of **BRIAN PATRICK MONAGHAN**,  )
Deceased  )
  )
**MATTHEW MONAHAN**, in his own right and  )
as the Representative of the **ESTATE OF**  )
**FRANKLYN MONAHAN**, Deceased  )
  )
**JOSEPH W. MONTAPERTO**, in his own right  )
as an Injured Party  )
  )
**FRANK J. MONTARULI**, in his own right as an  )
Injured Party  )
  )
**JOSEPHINE MONTE**, in her own right as an  )
Injured Party  )
  )
**NANCY E. MONTESI**, in her own right, on  )
behalf of the Minor Children, and as the  )
Representative of the **ESTATE OF MICHAEL**  )
**G. MONTESI**, Deceased  )
  )

**MARIA E. LAURIA**, in her own right as the
Sister of **MICHAEL G. MONTESI**, Deceased )

**MARGARET P. MONTESI**, in her own right as )
the Mother of **MICHAEL G. MONTESI**,
Deceased )

**GEORGE R. MONTESI**, in his own right as the )
Father of **MICHAEL G. MONTESI**, Deceased )

**TARNISA MOORE**, in her own right as an )
Injured Party )

**BETTY E. MORAN**, in her own right as the )
Mother of **JOHN CHRISTOPHER MORAN**,
Deceased )

**KEVIN M. MORAN**, in his own right as the )
Brother of **JOHN CHRISTOPHER MORAN**,
Deceased )

**MARY ANN MORAN**, in her own right as the )
Sister of **KATHLEEN MORAN**, Deceased )

**JAMES L. MORANDI**, in his own right as an )
Injured Party )

**THEODORE C. MOREHOUSE**, in his own )
right as the Father of **LINDSAY S.
MOREHOUSE**, Deceased )

**KATHLEEN S. MAYCEN**, in her own right and )
as the Representative of the **ESTATE OF
LINDSAY S. MOREHOUSE**, Deceased )

**NYKIA MORGAN**, in her own right and as the )
Representative of the **ESTATE OF DOROTHY
R. MORGAN**, Deceased )

**GLENN MORGAN**, in his own right as the Son )
of **RICHARD J. MORGAN**, Deceased )

**KEVIN J. MORGAN**, in his own right as the )
Brother of **RICHARD J. MORGAN**, Deceased )

**DAVID M. MORIARTY**, in his own right as an )
Injured Party )

**JOHN MORRIS**, in his own right as an Injured )
Party )

**LYNN MORRIS**, in her own right, on behalf of )
the Minor Children, and as the Representative of )

the **ESTATE OF SETH A. MORRIS**, Deceased )
                                                   )

**LAURA MAZZARELLA**, in her own right as )
the Fiancé of **STEPHEN PHILIP MORRIS**, )
Deceased )
   )

**HAROLD C. MORRIS, JR.**, in his own right )
and as Co-Representative of the **ESTATE OF** )
**LYNNE IRENE MORRIS**, Deceased )
   )

**PATRICIA M. MORRIS**, in her own right and )
as Co-Representative of the **ESTATE OF** )
**LYNNE IRENE MORRIS**, Deceased )
   )

**CHRISTINE MORRIS**, in her own right as the )
Sister of **LYNNE IRENE MORRIS**, Deceased )
   )

**EDWARD G. MORRIS**, in his own right as the )
Brother of **LYNNE IRENE MORRIS**, Deceased )

**NANCY MORRISON**, in her own right as an )
Injured Party )
   )

**PETER MORRISSEY**, in his own right as an )
Injured Party )
   )

**MICHAEL MOSCHITTA**, in his own right as )
an Injured Party )
   )

**LORRAINE MOSKAL**, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF WILLIAM** )
**DAVID MOSKAL**, Deceased )
   )

**OMAR MOTA**, in his own right as an Injured )
Party )
   )

**NATALIA MUSHINSKI**, in her own right and )
as the Representative of the **ESTATE OF IOURI** )
**MOUCHINSKI**, Deceased )
   )

**OLENA PAVLOVA**, in her own right as the )
Daughter of **IOURI MOUCHINSKI**, Deceased )
   )

**IRYNA USHAKOVA**, in her own right as the )
Daughter of **IOURI MOUCHINSKI**, Deceased )
   )

**NADEJDA GRIB**, in her own right as the Sister )
of **IOURI MOUCHINSKI**, Deceased )
   )

**ALEXANDRA MOUCHINSKAIA**, in her own )
right as the Mother of **IOURI MOUCHINSKI**, )
Deceased )

**VLADIMIR MUSHINSKY**, in his own right as the Brother of **IOURI MOUCHINSKI**, Deceased )

**MICHAEL MOZZILLO**, in his own right as the Father of **CHRISTOPHER MOZZILLO**, Deceased )

**LYDIA MOZZILLO**, in her own right as the Mother of **CHRISTOPHER MOZZILLO**, Deceased )

**DANIEL MOZZILLO**, in his own right as the Brother of **CHRISTOPHER MOZZILLO**, Deceased )

**MICHAEL J. MULLARKEY**, in his own right as an Injured Party )

**GEORGE E. MULLEN, JR.**, in his own right as an Injured Party )

**BRIAN D. MULLER**, in his own right as an Injured Party )

**STEVEN J. MULLER**, in his own right as an Injured Party )

**MICHAEL MULLIGAN**, in his own right as an Injured Party )

**SARA M. MULLIGAN**, in her own right and as the Representative of the **ESTATE OF PETER JAMES MULLIGAN**, Deceased )

**THOMAS MULLIGAN**, in his own right as the Father of **PETER JAMES MULLIGAN**, Deceased )

**NANCY MULLIGAN**, in her own right as the Mother of **PETER JAMES MULLIGAN**, Deceased )

**LYNN A. MULLIN**, in her own right and as the Representative of the **ESTATE OF MICHAEL JOSEPH MULLIN**, Deceased )

**FREDRIC MULLIN**, in his own right as the Father of **MICHAEL JOSEPH MULLIN**, Deceased )

**TOM MULQUEEN**, in his own right as an Injured Party )

152

)
**SUSAN KING MUNHALL**, in her own right and )
as the Representative of the **ESTATE OF** )
**JAMES DONALD MUNHALL**, Deceased )
)
**MARITZA MUNOZ**, in her own right as the )
Wife of **CARLOS M. MUNOZ**, Deceased )
)
**LAURIE MURACH**, in her own right and as the )
Representative of the **ESTATE OF ROBERT** )
**MURACH**, Deceased )
)
**VALERIY MURATOV**, in his own right as an )
Injured Party )
)
**NILVIA MITCHELL**, in his own right as the )
Mother of **CESAR A. MURILLO**, Deceased )
)
**CAROLYN MURILLO**, in her own right as the )
Sister of **CESAR A. MURILLO**, Deceased )
)
**ALLEN P. MURPHY**, in his own right as an )
Injured Party )
)
**CATHERINE MURPHY**, in her own right and )
as the Representative of the **ESTATE OF** )
**CHRISTOPHER W. MURPHY**, Deceased )
)
**DAVID S. MURPHY**, in his own right as an )
Injured Party )
)
**EVELYN M. MURPHY**, in her own right as the )
Mother of **EDWARD CHARLES MURPHY**, )
Deceased )
)
**RICHARD E. MURPHY**, in his own right as the )
Brother of **EDWARD CHARLES MURPHY**, )
Deceased )
)
**MARY L. MURPHY**, in her own right and on )
behalf of the Minor Children of **JAMES** )
**THOMAS MURPHY**, Deceased )
)
**WILLIAM C. MURPHY, JR.**, in his own right )
as the Father of **JAMES THOMAS MURPHY**, )
Deceased )
)
**JOAN V. MURPHY**, in her own right as the )
Mother of **JAMES THOMAS MURPHY**, )
Deceased )
)
**WILLIAM C. MURPHY, III**, in his own right as )
the Brother of **JAMES THOMAS MURPHY**,     )

153

Deceased )
)
**THOMAS J. MURPHY**, in his own right as the )
Brother of **JAMES THOMAS MURPHY**, )
Deceased )
)
**LINDA MURPHY**, in her own right and on )
behalf of the Minor Child of **RAYMOND E.** )
**MURPHY, SR.**, Deceased )
)
**RAYMOND MURPHY, JR.**, in his own right as )
the Son of **RAYMOND E. MURPHY, SR.**, )
Deceased )
)
**RICHARD MURPHY**, in his own right as an )
Injured Party )
)
**VINCENT J. MURPHY**, in his own right as an )
Injured Party )
)
)
**RYAN L. MURPHY**, in his own right and as )
Representative of the **ESTATE OF EDWARD** )
**CHARLES MURPHY**, Deceased )
)
**DANIEL W. MURPHY**, in his own right as the )
Brother of **EDWARD CHARLES MURPHY**, )
Deceased )
)
**PHILIP J. MURRAY**, in his own right as the )
Brother of **JOHN J. MURRAY**, Deceased )
)
**JAYNE E. DELLOSE**, in her own right as the )
Sister of **JOHN J. MURRAY**, Deceased )
)
**VIRGINIA M. REGAN**, in her own right as the )
Sister of **JOHN J. MURRAY**, Deceased )
)
**RORY OWENS MURRAY**, in her own right )
and as the Representative of the **ESTATE OF** )
**JOHN J. MURRAY**, Deceased )
)
**CATHERINE M. DATZ**, in her own right as the )
Sister of **JOHN J. MURRAY**, Deceased )
)
**MARY LOUISE MURRAY**, in her own right as )
the Mother of **JOHN J. MURRAY**, Deceased )
)
**MICHAEL C. MURRAY**, in his own right as the )
Brother of **JOHN J. MURRAY**, Deceased )
)
**PHILIP C. MURRAY**, in his own right as the )
Father of **JOHN J. MURRAY**, Deceased )

154

**RICHARD S. MURRAY**, in his own right as an Injured Party

**ROBERT MURRAY**, in his own right as an Injured Party

**JOHN NAJMY**, in his own right as an Injured Party

**LOUIS NAPOLI**, in his own right as an Injured Party

**THOMAS NAPOLITANO**, in his own right as an Injured Party

**ROBERT V. NARDUCCI**, in his own right as an Injured Party

**BALDEV NARULA**, in his own right and as the Representative of the **ESTATE OF MANIKI NARULA**, Deceased

**MADHU NARULA**, in her own right as the Mother of **MANIKI NARULA**, Deceased

**PATRICK JOHN NASSANEY, SR.**, in his own right and as the Co-Representative of the **ESTATE OF SHAWN NASSANEY**, Deceased

**MARGARET M. NASSANEY**, in her own right and as the Co-Representative of the **ESTATE OF SHAWN NASSANEY**, Deceased

**PATRICK J. NASSANEY, JR.**, in his own right as the Brother of **SHAWN NASSANEY**, Deceased

**RYAN A. NASSANEY**, in his own right as the Brother of **SHAWN NASSANEY**, Deceased

**KEOLAHMATIE NATH**, in her own right and as the Representative of the **ESTATE OF NARENDER NATH**, Deceased

**LISA LOPICCOLO**, in her own right as the Sister of **JOSEPH MICHAEL NAVAS**, Deceased

**JOSEPH N. NAVAS**, in his own right as the Father of **JOSEPH MICHAEL NAVAS**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ROSEMARIE NAVAS**, in her own right as the )
Mother of **JOSEPH MICHAEL NAVAS**, )
Deceased )
)
**JULIANNE NAZARIO**, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF FRANCIS J.** )
**NAZARIO**, Deceased )
)
**ZANDRA LENA NEBLETT**, in her own right )
and as the Representative of the **ESTATE OF** )
**RAYMAN MARCUS NEBLETT**, Deceased )
)
**BRIDGET NEE**, in her own right as an Injured )
Party )
)
**MARY NEE REILLY**, in her own right as the )
Sister of **LUKE G. NEE**, Deceased )
)
**PATRICIA B. NEE O'KEEFE**, in her own right )
as the Sister of **LUKE G. NEE**, Deceased )
)
**DEAN NELIGAN**, in his own right as an Injured )
Party )
)
**GARY S. NELSON**, in his own right and as the )
Representative of the **ESTATE OF ANN** )
**NICOLE NELSON**, Deceased )
)
**JENETTE NELSON**, in her own right as the )
Mother of **ANN NICOLE NELSON**, Deceased )
)
**ROSANNE NELSON**, in her own right and as )
the Representative of the **ESTATE OF JAMES** )
**NELSON**, Deceased )
)
**JOHN NESBITT**, in his own right as an Injured )
Party )
)
**ALLAN P. NEUENDORF**, in his own right as an )
Injured Party )
)
**BRIAN A. NEVILLE**, in his own right as an )
Injured Party )
)
**LILLIAN C. TETREAULT**, in her own right as )
the Mother of **RENEE TETREAULT** )
**NEWELL**, Deceased )
)
**RONNIE TETREAULT**, in his own right as the )
Brother of **RENEE TETREAULT NEWELL**, )
Deceased )

156

**SEAN S. NEWMAN**, in his own right as an
Injured Party

**FOOK SAM NGOOI**, in his own right as an
Injured Party

**JAMES NIEBLER**, in his own right as an
Injured Party

**CHARLES W. NIEDERER**, in his own right
and as the Representative of the **ESTATE OF
MARTIN STEWART NIEDERER**, Deceased

**ALFONSE NIEDERMEYER**, in his own right
as the Father of **ALFONSE J. NIEDERMEYER**,
Deceased

**CAROL NIEDERMEYER**, in her own right as
the Mother of **ALFONSE J. NIEDERMEYER**,
Deceased

**NANCY NIEDERMEYER**, in her own right and
as the Representative of the **ESTATE OF
ALFONSE J. NIEDERMEYER**, Deceased

**ADELMA REYES**, in her own right as the Sister
of **GLORIA REYES NIEVES**, Deceased

**IRMA NIEVES**, in her own right and on behalf
of the Minor Child of **JUAN NIEVES, JR.**,
Deceased

**DAVID NIEVES**, in his own right as the Son of
**JUAN NIEVES, JR.**, Deceased

**JOHN NIEVES**, in his own right as the Son of
**JUAN NIEVES, JR.**, Deceased

**MICHELLE NIEVES**, in her own right as the
Daughter of **JUAN NIEVES, JR.**, Deceased

**JENNIFER NILSEN**, in her own right, on behalf
of the Minor Children, and as the Representative
of the **ESTATE OF TROY EDWARD NILSEN**,
Deceased

**EDWARD NILSEN**, in his own right as the
Father of **TROY EDWARD NILSEN**, Deceased

**JOHN NIMMO, III**, in his own right as an
Injured Party

**JOSE L. NIVAR**, in his own right as an Injured

157

Party )
)
**ELLEN NIVEN**, in her own right and as the )
Representative of the **ESTATE OF JOHN** )
**BALLENTINE NIVIN**, Deceased )
)
**EVERETT J. MCGARRY**, in his own right as )
the Father of **KATHERINE MCGARRY** )
**NOACK**, Deceased )
)
**KATHRYN M. MCGARRY**, in her own right as )
the Mother of **KATHERINE MCGARRY** )
**NOACK**, Deceased )
)
**RENEE NOLAN**, in her own right and as the )
Representative of the **ESTATE OF DANIEL R.** )
**NOLAN**, Deceased )
)
**JOANNE LOVETT**, in her own right and as the )
Representative of the **ESTATE OF BRIAN** )
**NUNEZ**, Deceased )
)
**SANTOS NUNEZ**, in his own right as an Injured )
Party )
)
**KOFI NYANTAKYI**, in his own right as an )
Injured Party )
)
**CHRISTINE M. O'BERG**, in her own right and )
as the Representative of the **ESTATE OF** )
**DENNIS P. O'BERG**, Deceased )
)
**MICHAEL O'BRIEN**, in his own right as an )
Injured Party )
)
**RACHEL O'BRIEN**, in her own right, on behalf )
of the Minor Children, and as the Representative )
of the **ESTATE OF MICHAEL P. O'BRIEN**, )
Deceased )
)
**ROBERT T. O'BRIEN**, in his own right as the )
Father of **MICHAEL P. O'BRIEN**, Deceased )
)
**MARY LOU O'BRIEN**, in her own right as the )
Mother of **MICHAEL P. O'BRIEN**, Deceased )
)
**ANDREW T. O'BRIEN**, in his own right as the )
Brother of **MICHAEL P. O'BRIEN**, Deceased )
)
**BRIDGET PALUZZI**, in her own right as the )
Sister of **MICHAEL P. O'BRIEN**, Deceased )
)
<u>**MARY DISHAW**, in her own right as the Sister</u> )

of **MICHAEL P. O'BRIEN**, Deceased )
)
**RICHARD O'BRIEN**, in his own right as an )
Injured Party )
)
**KATHLEEN TIGHE**, in her own right as the )
Sister of **TIMOTHY MICHAEL O'BRIEN**, )
Deceased )
)
**THERESE A. VISCONTI**, in her own right as )
the Sister of **TIMOTHY MICHAEL O'BRIEN**, )
Deceased )
)
**BERNARD J. O'BRIEN**, in his own right as the )
Father of **TIMOTHY MICHAEL O'BRIEN**, )
Deceased )
)
**MARILYN O'BRIEN**, in her own right as the )
Mother of **TIMOTHY MICHAEL O'BRIEN**, )
Deceased )
)
**PATRICK O'BRIEN**, in his own right as the )
Brother of **TIMOTHY MICHAEL O'BRIEN**, )
Deceased )
)
**ROBERT L. O'BRIEN**, in his own right as the )
Brother of **TIMOTHY MICHAEL O'BRIEN**, )
Deceased )
)
**RHONDA LEE O'CALLAGHAN**, in her own )
right and as the Representative of the **ESTATE** )
**OF DANIEL O'CALLAGHAN**, Deceased )
)
**CHRISTOPHER O'CONNELL**, in his own )
right as an Injured Party )
)
**SEAN M. O'CONNOR**, in his own right as an )
Injured Party )
)
**JOHN J. O'DONNELL**, in his own right as an )
Injured Party )
)
**ROBERT E. O'FLAHERTY**, in his own right as )
an Injured Party )
)
**RACHEL UCHITEL**, in her own right as the )
Fiancé of **ANDREW O'GRADY**, Deceased )
)
**FRANCIS P. O'HAGAN**, in his own right as the )
Brother of **THOMAS GERARD O'HAGAN**, )
Deceased )
)
**ANDREA O'HAGAN**, in her own right and as )

the Representative of the **ESTATE OF** )
**THOMAS GERARD O'HAGAN**, Deceased )
)
**FRANCIS P. O'HAGAN, SR.**, in his own right )
as the Father of **THOMAS GERARD** )
**O'HAGAN**, Deceased )
)
**RAYMOND T. O'HAGAN**, in his own right as )
the Brother of **THOMAS GERARD O'HAGAN**, )
Deceased )
)
**JEANNE T. MCCABE**, in her own right as the )
Sister of **THOMAS GERARD O'HAGAN**, )
Deceased )
)
**KATHLEEN GAETANO**, in her own right as )
the Sister of **THOMAS GERARD O'HAGAN**, )
Deceased )
)
**MARY ELLEN MALONE**, in her own right as )
the Sister of **THOMAS GERARD O'HAGAN**, )
Deceased )
)
**ANNE MARIE MORAN**, in her own right as the )
Sister of **THOMAS GERARD O'HAGAN**, )
Deceased )
)
**JOSEPH E. O'HAGAN**, in his own right as the )
Brother of **THOMAS GERARD O'HAGAN**, )
Deceased )
)
**EDWARD O'HARE**, in his own right as an )
Injured Party )
)
**CHRISTOPHER O'KEEFE**, in his own right as )
an Injured Party )
)
**PATRICK J. O'KEEFE**, in his own right as an )
Injured Party )
)
**KAREN LISA O'KEEFE**, in her own right as )
the Wife of **PATRICK JOSEPH O'KEEFE**, )
Deceased )
)
**VIRGINIA O'KEEFE**, in her own right as the )
Wife of **WILLIAM S. O'KEEFE**, Deceased )
)
**RICHARD O'MACK**, in his own right as an )
Injured Party )
)
**THOMAS O'MEARA**, in his own right as an )
Injured Party )
)

PETER J. O'NEILL, SR., in his own right and )
as Co-Representative of the **ESTATE OF** )
**PETER J. O'NEILL, JR.**, Deceased )
)

JEANNE O'NEILL, in her own right and as Co- )
Representative of the **ESTATE OF PETER J.** )
**O'NEILL, JR.**, Deceased )
)

THOMAS W. O'NEILL, in his own right as the )
Brother of **PETER J. O'NEILL, JR.**, Deceased )
)

BRIDIE O'NEILL, in her own right as the Sister )
of **PETER J. O'NEILL, JR.**, Deceased )
)

EUGENE F. O'REILLY, in his own right as an )
Injured Party )
)

MARYANN J. O'ROURKE, in her own right )
and as the Representative of the **ESTATE OF** )
**KEVIN M. O'ROURKE**, Deceased )
)

JAMIE O'ROURKE, in his own right as the Son )
of **KEVIN M. O'ROURKE**, Deceased )
)

CORINNE O'ROURKE, in her own right as the )
Daughter of **KEVIN M. O'ROURKE**, Deceased )
)

DENNIS O'ROURKE, in his own right as the )
Father of **KEVIN M. O'ROURKE**, Deceased )
)

HANNAH O'ROURKE, in her own right as the )
Mother of **KEVIN M. O'ROURKE**, Deceased )
)

PATRICIA O'KEEFE, in her own right as the )
Sister of **KEVIN M. O'ROURKE**, Deceased )
)

DENNIS P. O'ROURKE, in his own right as the )
Brother of **KEVIN M. O'ROURKE**, Deceased )
)

ELIZABETH SHERRY, in her own right as the )
Sister of **ROBERT O'SHEA**, Deceased )
)

DENISE OAKLEY, in her own right and as the )
Representative of the **ESTATE OF JAMES A.** )
**OAKLEY**, Deceased )
)

RADAMES OCASIO, in his own right as an )
Injured Party )
)

VINCENT A. OGNIBENE, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**PHILIP PAUL OGNIBENE**, Deceased )
)

161

**ANTOINETTE D. OGNIBENE**, in her own )
right and as the Co-Representative of the )
**ESTATE OF PHILIP PAUL OGNIBENE**, )
Deceased )

**KAYODE OLADUNJOYE**, in his own right as )
an Injured Party )
)

**DALISAY SAENZ OLAES**, in her own right as )
an Injured Party )

**TAUBE OLSEN**, in his own right and as the )
Representative of the **ESTATE OF ERIC** )
**TAUBE OLSEN**, Deceased )

**BARBARA OLSEN**, in her own right as the )
Mother of **ERIC TAUBE OLSEN**, Deceased )

**CLIFFORD I. OLSEN**, in his own right as the )
Brother of **ERIC TAUBE OLSEN**, Deceased )

**KENNETH OLSEN**, in his own right as the )
Brother of **ERIC TAUBE OLSEN**, Deceased )

**DENISE M. OLSEN**, in her own right and as the )
Representative of the **ESTATE OF JEFFREY** )
**JAMES OLSEN**, Deceased )

**PATRICIA OLSON**, in her own right and on )
behalf of the Minor Children of **STEVEN J.** )
**OLSON**, Deceased )

**KENNETH D. OLSON**, in his own right as the )
Brother of **STEVEN J. OLSON**, Deceased )

**CAROL A. SMEE**, in her own right as the Sister )
of **MICHAEL C. OPPERMAN**, Deceased )

**OLGA S. ORGIELEWICZ**, in her own right and )
as the Representative of the **ESTATE OF** )
**CHRISTOPHER T. ORGIELEWICZ**, )
Deceased )

**GILBERT ORTALE**, in his own right as the )
Brother of **PETER KEITH ORTALE**, Deceased )

**AGATINA IACI**, in her own right as the Mother )
of **JANE ORTH**, Deceased )

**GAE FERRUOLO**, in her own right as the Sister )
of **JANE ORTH**, Deceased )

**ANGEL R. ORTIZ**, in his own right as an_____ )

162

Injured Party                                             )
                                                         )
**EDNA KANG ORTIZ**, in her own right and as            )
the Representative of the **ESTATE OF PABLO**            )
**ORTIZ**, Deceased                                     )
                                                         )
**VERONICA N. ORTIZ**, in her own right as an           )
Injured Party                                           )
                                                         )
**STEPHEN V. OSTROWSKI**, in his own right as           )
the Father of **JAMES ROBERT OSTROWSKI**,               )
Deceased                                                )
                                                         )
**BEVERLY ANN OSTROWSKI**, in her own                   )
right as the Mother of **JAMES ROBERT**                 )
**OSTROWSKI**, Deceased                                 )
                                                         )
**STEPHEN W. OSTROWSKI**, in his own right              )
as the Brother of **JAMES ROBERT**                      )
**OSTROWSKI**, Deceased                                 )
                                                         )
**MARION OTTEN**, in her own right and on               )
behalf of the Minor Children of **MICHAEL J.**          )
**OTTEN**, Deceased                                     )
                                                         )
**HERBERT OUIDA**, in his own right and as the          )
Representative of the **ESTATE OF TODD**                )
**JOSEPH OUIDA**, Deceased                              )
                                                         )
**ANDREA OUIDA**, in her own right as the               )
Mother of **TODD JOSEPH OUIDA**, Deceased               )
                                                         )
**JORDAN D. OUIDA**, in her own right as the            )
Sister of **TODD JOSEPH OUIDA**, Deceased               )
                                                         )
**AMY R. MORIK**, in her own right as the Sister        )
of **TODD JOSEPH OUIDA**, Deceased                      )
                                                         )
**REKHA D. PACKER**, in her own right and as            )
the Representative of the **ESTATE OF**                 )
**MICHAEL B. PACKER**, Deceased                         )
                                                         )
**JONATHAN PACKER**, in his own right as the            )
Son of **MICHAEL B. PACKER**, Deceased                  )
                                                         )
**JOSE JAVIER PADRO**, in his own right as the          )
Son of **DIANA B. PADRO**, Deceased                     )
                                                         )
**JUAN CARLOS PADRO**, in his own right as the          )
Son of **DIANA B. PADRO**, Deceased                     )
                                                         )
**JOSE E. PADRO-LEBRON**, in his own right              )
and as the Representative of the **ESTATE OF ___**      )

**DIANA B. PADRO,** Deceased )
)
**JUANA B. BORRERO,** in her own right as the )
Mother of **DIANA B. PADRO,** Deceased )
)
**LILLIAN BORRERO,** in her own right as the )
Sister of **DIANA B. PADRO,** Deceased )
)
**MIRIAM BORRERO,** in her own right as the )
Sister of **DIANA B. PADRO,** Deceased )
)
**FORTUNATA PALOMBO,** in her own right as )
the Mother of **FRANK PALOMBO,** Deceased )
)
**MARIE PERRONE,** in her own right as the )
Sister of **FRANK PALOMBO,** Deceased )
)
**BARBARA POLISAR,** in her own right as the )
Sister of **FRANK PALOMBO,** Deceased )
)
**VINCENT J. PANARO,** in his own right as an )
Injured Party )
)
**BARBARA PANDOLFO,** in her own right and )
as the Representative of the **ESTATE OF** )
**DOMINIQUE LISA PANDOLFO,** Deceased )
)
**LINDA ELLEN PANIK,** in her own right as the )
Mother of **JONAS MARTIN PANIK,** Deceased )
)
**MARTIN ANTHONY PANIK,** in his own right )
as the Father of **JONAS MARTIN PANIK,** )
Deceased )
)
**MARTINA LYNE-ANNA PANIK-STANLEY,** )
in her own right as the Sister of **JONAS** )
**MARTIN PANIK,** Deceased )
)
**JANICE PANSINI,** in her own right, on behalf )
of the Minor Children, and as the Representative )
of the **ESTATE OF PAUL J. PANSINI,** )
Deceased )
)
**JOSEPH PANSINI,** in his own right as the )
Brother of **PAUL J. PANSINI,** Deceased )
)
**LORETTA HALPERT,** in her own right as the )
Sister of **PAUL J. PANSINI,** Deceased )
)
**JENNIFER PANZELLA,** in her own right as an )
Injured Party )
)
<u>**VICTOR D. PANZELLA, JR.,** in his own right</u> )

164

as an Injured Party )
)
**MARK PAPADOPULOS**, in his own right as an )
Injured Party )
)
**CHRISTINE E. PAPASSO**, in her own right and )
as the Representative of the **ESTATE OF** )
**SALVATORE T. PAPASSO**, Deceased )
)
**SALVATORE PAPASSO**, in his own right as )
the Father of **SALVATORE T. PAPASSO**, )
Deceased )
)
**THERESA PAPASSO**, in her own right as the )
Mother of **SALVATORE T. PAPASSO**, )
Deceased )
)
**VINCENT PAPASSO**, in his own right as the )
Brother of **SALVATORE T. PAPASSO**, )
Deceased )
)
**JUANA OLGA PAPPAGEORGE**, in her own )
right as the Mother of **JAMES N.** )
**PAPPAGEORGE**, Deceased )
)
**HELEN PAPPAGEORGE**, in her own right as )
the Sister of **JAMES N. PAPPAGEORGE**, )
Deceased )
)
**GINA PINOS**, in her own right as the Fiancé of )
**JAMES N. PAPPAGEORGE**, Deceased )
)
**MARIA KOUTNY**, in her own right and as the )
Representative of the **ESTATE OF MARIE** )
**PAPPALARDO**, Deceased )
)
**DEAN G. PAPPAS**, in his own right as an )
Injured Party )
)
**LACHMAN PARBHU**, in his own right and as )
the Representative of the **ESTATE OF HARDAI** )
**PARBHU**, Deceased )
)
**DENESH N. PARBHU**, in his own right as the )
Brother of **HARDAI PARBHU**, Deceased )
)
**KENNETH PERSAUD**, in his own right as the )
Brother of **HARDAI PARBHU**, Deceased )
)
**RAJARAM PARBHU**, in his own right as the )
Brother of **HARDAI PARBHU**, Deceased )
)
**GANGADEI RAMRUP**, in her own right as the )

Sister of **HARDAI PARBHU**, Deceased )
)
**PARBOTI PARBHU**, in her own right as the )
Sister of **HARDAI PARBHU**, Deceased )
)
**VALENTIN PAREDES**, in his own right as an )
Injured Party )
)
**CHRISTINA PARIS**, in her own right, on behalf )
of the Minor Child, and as the Representative of )
the **ESTATE OF GEORGE PARIS**, Deceased )
)
**ROSE PARIS**, in her own right as the Mother of )
**GEORGE PARIS**, Deceased )
)
**SALVATORE PARISI**, in his own right as an )
Injured Party )
)
**JUNG HEA SHIN**, in his own right and as )
Representative of the **ESTATE OF GYE** )
**HYONG PARK**, Deceased )
)
**MYONG KYU PARK**, in his own right as the )
Father of **GYE HYONG PARK**, Deceased )
)
**JIN HAN PARK**, in his own right as the Brother )
of **GYE HYONG PARK**, Deceased )
)
**WILSTON PARRIS**, in his own right as an )
Injured Party )
)
**KAREN PARRO**, in her own right and on behalf )
of the Minor Child of **ROBERT PARRO**, )
Deceased )
)
**IMELDA REYES SORIANO**, in her own right )
as the Domestic Partner of **LEOBARDO LOPEZ** )
**PASCUAL**, Deceased )
)
**SEAN ROBERT PASSANANTI**, in his own )
right and as the Representative of the **ESTATE** )
**OF HORACE ROBERT PASSANANTI**, )
Deceased )
)
**MICHAEL ROBERT PASSANANTI**, in his )
own right as the Son of **HORACE ROBERT** )
**PASSANANTI**, Deceased )
)
**MARIE PASSANANTI**, in her own right as the )
Mother of **HORACE ROBERT PASSANANTI**, )
Deceased )
)
<u>**SANDRA PASSANANTI**, in her own right as the</u> )

Sister of **HORACE ROBERT PASSANANTI**,  )
Deceased                                  )
                                          )
**ANANT PATEL**, in his own right as an Injured  )
Party                                     )
                                          )
**YOGESH R. PATEL**, in his own right and as the )
Representative of the **ESTATE OF AVNISH** )
**RAMANBHAI PATEL**, Deceased             )
                                          )
**RAMANBHAS M. PATEL**, in his own right as )
the Father of **AVNISH RAMANBHAI PATEL**, )
Deceased                                  )
                                          )
**SUSHILABEN R. PATEL**, in her own right as )
the Mother of **AVNISH RAMANBHAI PATEL**, )
Deceased                                  )
                                          )
**JAYANT R. PATEL**, in his own right as the )
Father of **DIPTI PATEL**, Deceased       )
                                          )
**KAPILA PATEL**, in her own right as the Mother )
of **DIPTI PATEL**, Deceased              )
                                          )
**NIRAJ PATEL**, in his own right as the Brother )
of **DIPTI PATEL**, Deceased              )
                                          )
**RANTIK PATEL**, in his own right as the Brother )
of **DIPTI PATEL**, Deceased              )
                                          )
**NIMISHA PATEL**, in her own right as the Sister )
of **DIPTI PATEL**, Deceased              )
                                          )
**VIBHUTI PATEL**, in her own right as the Sister )
of **DIPTI PATEL**, Deceased              )
                                          )
**SAKAE TAKUSHIMA**, in her own right as the )
Fiancé of **MANISH K. PATEL**, Deceased   )
                                          )
**LISA PATERSON**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF STEVEN BENNETT**             )
**PATERSON**, Deceased                    )
                                          )
**LOIS PATERSON GALLO**, in her own right as )
the Sister of **STEVEN BENNETT PATERSON**, )
Deceased                                  )
                                          )
**GEORGE PATERSON, JR.**, in his own right as )
the Brother of **STEVEN BENNETT**        )
**PATERSON**, Deceased                    )
                                          )
<u>**JOSEPH J. PATERSON**, in his own right as the</u> )

167

Brother of **STEVEN BENNETT PATERSON**, )
Deceased )
)
**BARBARA A. PATRICK**, in her own right as )
the Mother of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**JERRY PATRICK**, in his own right as the )
Father of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**KEVIN M. PATRICK**, in his own right as the )
Brother of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**ALICIA M. PATRICK**, in her own right as )
Sister of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**KATHRYN M. PATRICK**, in her own right as )
the Sister of **JAMES MATTHEW PATRICK**, )
Deceased )
)
**GREGORY PATSOS**, in his own right as an )
Injured Party )
)
**MICHAEL PATTI**, in his own right and as the )
Co-Representative of the **ESTATE OF CIRA** )
**MARIE PATTI**, Deceased )
)
**FRANCES PATTI**, in her own right and as the )
Co-Representative of the **ESTATE OF CIRA** )
**MARIE PATTI**, Deceased )
)
**JULIANN PATTI-ANDOLPHO**, in her own )
right as the Sister of **CIRA MARIE PATTI**, )
Deceased )
)
**MICHAEL PATTI, JR.**, in his own right as the )
Brother of **CIRA MARIE PATTI**, Deceased )
)
**RICHARD P. PATTI**, in his own right as the )
Brother of **CIRA MARIE PATTI**, Deceased )
)
**LOUIS M. PECORA**, in his own right as an )
Injured Party )
)
**KIA P. PAVLOFF**, in her own right and on )
behalf of the Minor Child of **THOMAS** )
**PECORELLI**, Deceased )
)
**RICHARD PEITLER**, in his own right as an )
Injured Party )