**MARIA I. PELLOT**, in her own right as an
Injured Party

**MICHELE T. PENA**, in her own right, on behalf
of the Minor Children, and as the Representative
of the **ESTATE OF ANGEL R. PENA**,
Deceased

**MILCIA C. PENA**, in her own right as an
Injured Party

**RALPH PEPE**, in his own right as an Injured
Party

**CIELITA PERALTA**, in her own right and as
the Representative of the **ESTATE OF CARL
ALLEN PERALTA**, Deceased

**OSCAR F. PERALTA**, in his own right as the
Father of **CARL ALLEN PERALTA**, Deceased

**GUIDO PERALTA**, in his own right as an
Injured Party

**TAMMY PERCONTI**, in her own right and as
the Representative of the **ESTATE OF JON A.
PERCONTI**, Deceased

**LUCIA PERCONTI**, in her own right as the
Mother of **JON A. PERCONTI**, Deceased

**SHAWN BITTNER**, as the Representative of the
**ESTATE OF ANGELA SUSAN PEREZ**,
Deceased

**STEVEN PEREZ**, in his own right as an Injured
Party

**PATRICIA J. PERRY**, in her own right and as
the Representative of the **ESTATE OF JOHN
WILLIAM PERRY**, Deceased

**STEVEN C. PERRY**, in his own right as an
Injured Party

**WILLIAM J. PESATURE**, in his own right as
an Injured Party

**PAUL PESCE**, in his own right and as the Co-
Representative of the **ESTATE OF DANNY
PESCE**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CHIARA PESCE**, in her own right and as the
Co-Representative of the **ESTATE OF DANNY
PESCE**, Deceased

**FRANK PESCE**, in his own right as the Brother
of **DANNY PESCE**, Deceased

**ANGELA FRUNZI**, in her own right as the
Sister of **DANNY PESCE**, Deceased

**JOSEPH G. PESCE**, in his own right as an
Injured Party

**THOMAS F. PESCHERINE, SR.**, in his own
right as the Father of **MICHAEL JOHN
PESCHERINE**, Deceased

**ANNE MARIE PESCHERINE**, in her own right
as the Mother of **MICHAEL JOHN
PESCHERINE**, Deceased

**WILLIAM KEVIN PESCHERINE**, in his own
right as the Brother of **MICHAEL JOHN
PESCHERINE**, Deceased

**NANCY GIONCO**, in her own right as the Sister
of **MICHAEL JOHN PESCHERINE**, Deceased

**ROBERT E. PETERS**, in his own right as an
Injured Party

**NORMAN PETERSON**, in his own right as the
Father of **DAVIN N. PETERSON**, Deceased

**NICOLE PETROCELLI**, in her own right and
as the Representative of the **ESTATE OF MARK
JAMES PETROCELLI**, Deceased

**ALBERT P. PETROCELLI**, in his own right as
the Father of **MARK JAMES PETROCELLI**,
Deceased

**ALBERT P. PETROCELLI, JR.**, in his own
right as the Brother of **MARK JAMES
PETROCELLI**, Deceased

**VIRGINIA PETROCELLI**, in her own right as
the Mother of **MARK JAMES PETROCELLI**,
Deceased

**SUSAN L. PICARRO**, in her own right and as
the Representative of the **ESTATE OF
LUDWIG JOHN PICARRO**, Deceased

170

)
**MANEULA PICHARDO**, in her own right as an )
Injured Party )
)
**PEDRO PICHARDO**, in his own right as an )
Injured Party )
)
**MARIE PUCCIO-PICK**, in her own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF JOSEPH** )
**PICK**, Deceased )
)
**PATRICIA KEELAN**, in her own right as the )
Sister of **BERNARD PIETRONICO**, Deceased )
)
**JACQUELINE PIETRONICO**, in her own right )
and as the Representative of the **ESTATE OF** )
**BERNARD PIETRONICO**, Deceased )
)
**MICHAEL PIETRONICO**, in his own right as )
the Brother of **BERNARD PIETRONICO**, )
Deceased )
)
**PATRICIA M. PIETRONICO**, in her own right )
as the Mother of **BERNARD PIETRONICO**, )
Deceased )
)
**JANET CIARAMELLO**, in her own right as the )
Sister of **NICHOLAS P. PIETRUNTI**, Deceased )
)
**JOHN J. PIETRUNTI**, in his own right and as )
the Representative of the **ESTATE OF** )
**NICHOLAS P. PIETRUNTI**, Deceased )
)
**RUBEN PIMENTEL**, in his own right as an )
Injured Party )
)
**DOUGLAS PINTO**, in his own right, on behalf )
of the Minor Children, and as the Representative )
of the **ESTATE OF SUSAN ELIZABETH** )
**PINTO**, Deceased )
)
**DOROTHY ANCONA**, in her own right as the )
Mother of **SUSAN ELIZABETH PINTO**, )
Deceased )
)
**BARBARA GRAY**, in her own right as the Sister )
of **SUSAN ELIZABETH PINTO**, Deceased )
)
**VINCENT PINTO**, in his own right as an Injured )
Party )
)
**CARLOS DOMINGUEZ PEREZ**, in his own )

171

right as the Brother of **ALBERTO DOMINGUEZ PIRIZ**, Deceased )

**MARIA REINA DOMINGUEZ PIRIZ**, in her own right as the Sister of **ALBERTO DOMINGUEZ PIRIZ**, Deceased )

**GERARD PIRRAGLIA**, in his own right as an Injured Party )

**ROSEMARY PISKADLO**, in her own right and as the Representative of the **ESTATE OF JOSEPH PISKADLO**, Deceased )

**STEVEN PISKADLO**, in his own right as the Son of **JOSEPH PISKADLO**, Deceased )

**BRIAN PISKADLO**, in his own right as the Son of **JOSEPH PISKADLO**, Deceased )

**LAURA PISKADLO**, in her own right as the Daughter of **JOSEPH PISKADLO**, Deceased )

**LEONARD PITTZ**, in his own right as an Injured Party )

**SUSAN PIVER**, in her own right and as the Representative of the **ESTATE OF JOSHUA MICHAEL PIVER**, Deceased )

**DOREEN PLUMITALLO**, in her own right, on behalf of the Minor Children, and as Representative of the **ESTATE OF JOSEPH PLUMITALLO**, Deceased )

**EDMUND L. PLUNKETT**, in his own right as an Injured Party )

**LAURA A. GRYGOTIS**, in her own right and as the Representative of the **ESTATE OF JOHN M. POCHER**, Deceased )

**BERNARD POLATSCH**, in his own right as the Father of **LAURENCE MICHAEL POLATSCH**, Deceased )

**BARBARA L. POLHEMUS**, in her own right and as the Representative of the **ESTATE OF THOMAS H. POLHEMUS**, Deceased )

**VASILE POPTEAN**, in his own right and as the Representative of the **ESTATE OF JOSHUA I. POPTEAN**, Deceased )

172

**NIKKI L. STERN**, in her own right and as the
Representative of the **ESTATE OF JAMES E.
POTORTI**, Deceased )

**DAN J. POTTER**, in his own right as an Injured
Party )

**MARGARET POULOS**, in her own right as the
Wife of **RICHARD N. POULOS**, Deceased )

**RICHARD J. POULOS**, in his own right as the
Son of **RICHARD N. POULOS**, Deceased )

**ERIN POULOS**, in his own right as the Son of
**RICHARD N. POULOS**, Deceased )

**LISA SARNI**, in her own right as the Daughter of
**RICHARD N. POULOS**, Deceased )

**CATHERINE POWELL**, in her own right and
as the Representative of the **ESTATE OF
SCOTT ALAN POWELL**, Deceased )

**JEAN POWELL**, in her own right as the Wife of
**SEAN POWELL**, Deceased )

**ASMARELI SAGO**, in her own right as the
Domestic Partner of **ANTONIO PRATT**,
Deceased )

**FRANK PRESCIA**, in his own right as an
Injured Party )

**LORI A. PREZIOSE**, in her own right as the
Wife of **GREGORY M. PREZIOSE**, Deceased )

**JAKE D. PREZIOSE**, in his own right as the
Son of **GREGORY M. PREZIOSE**, Deceased )

**ANTHONY G. PREZIOSE**, in his own right as
the Son of **GREGORY M. PREZIOSE**,
Deceased )

**GABRIELLE M. PREZIOSE**, in her own right
as the Daughter of **GREGORY M. PREZIOSE**,
Deceased )

**ALEXANDER PREZIOSE**, in his own right as
the Father of **GREGORY M. PREZIOSE**,
Deceased )

**DOLORIS PREZIOSE**, in her own right as the )

Mother of **GREGORY M. PREZIOSE,** )
Deceased )
)
**CHRISTOPHER PREZIOSE**, in his own right )
as the Brother of **GREGORY M. PREZIOSE**, )
Deceased )
)
**JAMES A. PREZIOSE**, in his own right as the )
Brother of **GREGORY M. PREZIOSE,** )
Deceased )
)
**JOHN PREZIOSE**, in his own right as the )
Brother of **GREGORY M. PREZIOSE,** )
Deceased )
)
**BAMBANG PRIATNO**, in his own right as an )
Injured Party )
)
**SALVATORE T. PRINCIOTTA, JR.**, in his )
own right as an Injured Party )
)
**GERARD J. PRIOR**, in his own right as the )
Father of **KEVIN M. PRIOR,** Deceased )
)
**MARIAN A. PRIOR**, in her own right as the )
Mother of **KEVIN M. PRIOR**, Deceased )
)
**MICHAEL J. PRIOR**, in his own right as an )
Injured Party )
)
**BRIAN PRITCHARD**, in his own right as an )
Injured Party )
)
**WILLIAM PRIVITAR**, in his own right as an )
Injured Party )
)
**EVERETT PROCTOR, JR.**, in his own right )
and as the Representative of the **ESTATE OF** )
**EVERETT M. PROCTOR, III**, Deceased )
)
**MARY E. GRIFFIN**, in her own right as the )
Sister of **EVERETT M. PROCTOR, III,** )
Deceased )
)
**CATHERINE B. PROCTOR**, in her own right )
as the Mother of **EVERETT M. PROCTOR, III,** )
Deceased )
)
**DONALD H. PROGEN**, in his own right and as )
the Representative of the **ESTATE OF CARRIE** )
**BETH PROGEN,** Deceased )
)
**KATHLEEN A. PROGEN**, in her own right as )

174

the Mother of **CARRIE BETH PROGEN,** )
Deceased )
)
**MATTHEW ERIC PROGEN,** in his own right )
as the Brother of **CARRIE BETH PROGEN,** )
Deceased )
)
**SALVATORE PROVENZANO,** in his own )
right as an Injured Party )
)
**KATHRYN S. PRUIM,** in her own right and on )
behalf of the Minor Child of **DAVID L. PRUIM,** )
Deceased )
)
**VINCENT PULEO,** in his own right as an )
Injured Party )
)
**ROBERT PULIZZOTTO,** in his own right as an )
Injured Party )
)
**MELISSA PULLIS,** in her own right and as the )
Representative of the **ESTATE OF EDWARD** )
**FRANK PULLIS,** Deceased )
)
**KEVIN PUMA,** in his own right and on behalf of )
the Minor Children of **PATRICIA ANN PUMA,** )
Deceased )
)
**ELEANOR WILSON,** in her own right as the )
Mother of **PATRICIA ANN PUMA,** Deceased )
)
**WILLIAM WILSON,** in his own right as the )
Father of **PATRICIA ANN PUMA,** Deceased )
)
**ANTOINETTE NICHOLASI,** in her own right )
as the Sister of **PATRICIA ANN PUMA,** )
Deceased )
)
**ROBERT WILSON,** in his own right as the )
Brother of **PATRICIA ANN PUMA,** Deceased )
)
**JANICE K. PUNCHES,** in her own right and as )
the Representative of the **ESTATE OF JACK D.** )
**PUNCHES, JR.,** Deceased )
)
**JENNIFER MARIE PUNCHES,** in her own )
right as the Daughter of **JACK D. PUNCHES,** )
**JR.,** Deceased )
)
**JEREMY DUANE PUNCHES,** in his own right )
as the Son of **JACK D. PUNCHES, JR.,** )
Deceased )
)

175

**DANIEL P. PURCELL**, in his own right as an
Injured Party                                                      )
                                                                   )
                                                                   )
**FRANCIS PAUL PURSLEY**, in his own right as )
an Injured Party                                                   )
                                                                   )
**MICHAEL QUACKENBUSH**, in his own right )
as the Brother of **CHRISTOPHER**                                  )
**QUACKENBUSH**, Deceased                                          )
                                                                   )
**GAIL QUACKENBUSH**, in her own right as the )
Sister of **CHRISTOPHER QUACKENBUSH**,           )
Deceased                                                           )
                                                                   )
**JAMES DUNNE, III** as the Representative of the )
**ESTATE OF CHRISTOPHER**                                          )
**QUACKENBUSH**, Deceased                                          )
                                                                   )
**JOHN M. QUEVEDO, JR.**, in his own right as )
an Injured Party                                                   )
                                                                   )
**MICHAEL J. QUEVEDO**, in his own right as an )
Injured Party                                                      )
                                                                   )
**JOHN EUGENE QUIGLEY**, in his own right )
and as the Representative of the **ESTATE OF**                     )
**BETH ANN QUIGLEY**, Deceased                                     )
                                                                   )
**LOUELLA JEAN QUIGLEY**, in her own right )
as the Mother of **BETH ANN QUIGLEY**,                             )
Deceased                                                           )
                                                                   )
**PATRICK J. QUIGLEY, JR.**, in his own right )
as the Father of **PATRICK J QUIGLEY, IV**,                        )
Deceased                                                           )
                                                                   )
**MI JA QUIGLEY**, in her own right as the                         )
Mother of **PATRICK J QUIGLEY, IV**,                               )
Deceased                                                           )
                                                                   )
**JOHN V. QUIGLEY**, in his own right as the )
Brother of **PATRICK J QUIGLEY, IV**,                              )
Deceased                                                           )
                                                                   )
**RUTH QUIGLEY-LAWRENCE**, in her own )
right as the Sister of **PATRICK J QUIGLEY**,                      )
**IV**, Deceased                                                   )
                                                                   )
**EDWIN QUINN**, in his own right as an Injured )
Party                                                              )
                                                                   )
**ANTONIO QUINONES**, in his own right as an )
Injured Party                                                      )

176

**CARMEN QUINONES**, in her own right as an
Injured Party

**GODWIN QUINONES**, in his own right as an
Injured Party

**PAUL G. QUIRKE**, in his own right as an
Injured Party

**FRANK V. RACANIELLO**, in his own right and
as the Representative of the **ESTATE OF
CHRISTOPHER A. RACANIELLO**, Deceased

**SANDRA L. RACANIELLO**, in her own right
as the Mother of **CHRISTOPHER A.
RACANIELLO**, Deceased

**ED RADBURN**, in his own right and as the
Representative of the **ESTATE OF BETTY
BROWNE RADBURN**, Deceased

**JAMES P. RAE**, in his own right as an Injured
Party

**LEONARD S. RAGAGLIA**, in his own right as
the Father of **LEONARD J. RAGAGLIA**,
Deceased

**MAUREEN RAGAGLIA**, in her own right as
the Mother of **LEONARD J. RAGAGLIA**,
Deceased

**DONNA RAGAGLIA**, in her own right and as
the Representative of the **ESTATE OF
LEONARD J. RAGAGLIA**, Deceased

**LINDA TACCETTA**, in her own right as the
Sister of **LEONARD J. RAGAGLIA**, Deceased

**DANNY RAGAGLIA**, in his own right as the
Brother of **LEONARD J. RAGAGLIA**,
Deceased

**PAUL RAGAGLIA**, in his own right as the
Brother of **LEONARD J. RAGAGLIA**,
Deceased

**LAUREN RAGAGLIA**, in her own right as the
Sister of **LEONARD J. RAGAGLIA**, Deceased

**COLLEEN RAGAGLIA**, in her own right as the
Sister of **LEONARD J. RAGAGLIA**, Deceased

**DEBRA RAGAGLIA**, in her own right as the
Sister of **LEONARD J. RAGAGLIA**, Deceased

**CHRISTINE DURANTE**, in her own right as the
Sister of **LEONARD J. RAGAGLIA**, Deceased

**JANICE PUCCIARELLI**, in her own right as
the Sister of **LEONARD J. RAGAGLIA**,
Deceased

**MAUREEN SCPARTA**, in her own right as the
Sister of **LEONARD J. RAGAGLIA**, Deceased

**RAYMOND RAGUCCI**, in his own right as an
Injured Party

**VINCENT J. RAGUSA**, in his own right and as
the Representative of the **ESTATE OF
MICHAEL PAUL RAGUSA**, Deceased

**DOMENICA RAGUSA**, in her own right as the
Mother of **MICHAEL PAUL RAGUSA**,
Deceased

**KENNETH RAGUSA**, in his own right as the
Brother of **MICHAEL PAUL RAGUSA**,
Deceased

**VINCENT CARL RAGUSA**, in his own right as
the Brother of **MICHAEL PAUL RAGUSA**,
Deceased

**CHRISTINE SALADEEN**, in her own right as
the Sister of **MICHAEL PAUL RAGUSA**,
Deceased

**LENORE RAIMONDI**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF PETER F.
RAIMONDI**, Deceased

**LAUREN C. RAINES**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF HARRY A.
RAINES**, Deceased

**KIMBERLY RAINES**, in her own right as the
Daughter of **HARRY A. RAINES**, Deceased

**DARLENE G. RALL**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF EDWARD J.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

178

**RALL**, Deceased )
)
**EDWARD A. RALL**, in his own right as the )
Father of **EDWARD J. RALL**, Deceased )
)
**JOAN P. RALL**, in her own right as the Mother )
of **EDWARD J. RALL**, Deceased )
)
**KEITH G. RALL**, in his own right as the Brother )
of **EDWARD J. RALL**, Deceased )
)
**WILLIAM F. RALL**, in his own right as the )
Brother of **EDWARD J. RALL**, Deceased )
)
**KENNETH M. RALLIS**, in his own right as an )
Injured Party )
)
**RICHARD RAMAIZEL**, in his own right as an )
Injured Party )
)
**JUAN RAMIREZ**, in his own right as an Injured )
Party )
)
**ALFONSO RAMOS**, in his own right as an )
Injured Party )
)
**ROBERT RAMOS**, in his own right as an )
Injured Party )
)
**ALFRED E. RANCKE**, in his own right as the )
Father of **ALFRED TODD RANCKE**, Deceased )
)
**BARBARA B. RANCKE**, in her own right as the )
Mother of **ALFRED TODD RANCKE**, )
Deceased )
)
**CYNTHIA RANCKE BIENEMANN**, in her )
own right as the Sister of **ALFRED TODD** )
**RANCKE**, Deceased )
)
**BARBARA R. SPENI**, in her own right as the )
Sister of **ALFRED TODD RANCKE**, Deceased )
)
**VIRGINIA BLADEN**, in her own right and as )
the Representative of the **ESTATE OF** )
**JONATHAN RANDALL**, Deceased )
)
**SEBASTIAN RASPANTI**, in his own right as an )
Injured Party )
)
**REGINALD SIMPSON**, in his own right as the )
Brother of **MARSHA RATCHFORD**, Deceased )
)

179

**CYNTHIA BENNETT**, in her own right as the )
Sister of **MARSHA RATCHFORD**, Deceased )

**ANGELIA S. BLUNT**, in her own right as the )
Sister of **MARSHA RATCHFORD**, Deceased )

**CLAUDIA MARIE STALLWORTH**, in her )
own right as the Mother of **MARSHA** )
**RATCHFORD**, Deceased )

**ROOSEVELT STALLWORTH, SR.**, in his )
own right as the Father of **MARSHA** )
**RATCHFORD**, Deceased )

**MAUREEN A. RAUB**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF WILLIAM** )
**R. RAUB**, Deceased )

**JAMES REDDAN**, in his own right as an Injured )
Party )

**JOSH M. REDER**, in his own right as an Injured )
Party )

**DANIEL REEBER**, in his own right as an )
Injured Party )

**PAMELA REEVES**, in her own right as an )
Injured Party )

**EILEEN REGAN**, in her own right as the Sister )
of **DONALD REGAN**, Deceased )

**KATHERINE REGAN DEY**, in her own right )
as the Sister of **DONALD REGAN**, Deceased )

**RICHARD REGIS**, in his own right as an )
Injured Party )

**JOSEPH REID**, in his own right as an Injured )
Party )

**TIMOTHY J. REID**, in his own right as an )
Injured Party )

**THOMAS REIDY**, in his own right and as the )
Representative of the **ESTATE OF GREGG** )
**REIDY**, Deceased )

**MARY L. REIDY**, in her own right as the )
Mother of **GREGG REIDY**, Deceased )

180

**CHARLES REILLY**, in his own right as an
Injured Party

**GEORGE M. REILLY**, in his own right as the
Father of **KEVIN O. REILLY**, Deceased

**JOAN E. REILLY**, in her own right as the
Mother of **KEVIN O. REILLY**, Deceased

**REGINA REILLY MADIGAN**, in her own right
as the Sister of **KEVIN O. REILLY**, Deceased

**THOMAS REILLY**, in his own right as an
Injured Party

**LISA REINA**, in her own right and on behalf of
the Minor Child of **JOSEPH REINA, JR.**,
Deceased

**ROSEMARIE REINA**, in her own right as the
Mother of **JOSEPH REINA, JR.**, Deceased

**JOSEPH REINA, SR.**, in his own right as the
Father of **JOSEPH REINA, JR.**, Deceased

**MICHAEL REINA**, in his own right as the
Brother of **JOSEPH REINA, JR.**, Deceased

**JOANN DEL PRETE**, in her own right as the
Sister of **JOSEPH REINA, JR.**, Deceased

**JOHN E. REINHARDT**, in his own right as an
Injured Party

**GAYLE REISMAN**, in her own right and as the
Representative of the **ESTATE OF FRANK
REISMAN**, Deceased

**JUDITH REISS**, in her own right and as the
Representative of the **ESTATE OF JOSHUA
SCOTT REISS**, Deceased

**CHARLES RENDA**, in his own right and on
behalf of the Minor Child of **KAREN RENDA**,
Deceased

**DANIEL RENDA**, in his own right as the Son of
**KAREN RENDA**, Deceased

**LLOYD RENDALL**, in his own right as an
Injured Party

**CHRISTINA RESTA**, in her own right and as

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

181

the Representative of the **ESTATE OF JOHN RESTA**, Deceased )

**BERNARD RESTA**, in his own right as the Father of **JOHN RESTA**, Deceased )

**MICHAEL RESTA**, in his own right as the Brother of **JOHN RESTA**, Deceased )

**THOMAS RESTA**, in his own right as the Brother of **JOHN RESTA**, Deceased )

**DAWN ANGRISANI**, in her own right as the Sister of **JOHN RESTA**, Deceased )

**CHRISTINE MAZZEO**, in her own right as the Sister of **JOHN RESTA**, Deceased )

**CHRISTOPHER REVERE**, in his own right as an Injured Party )

**FERNANDO REYES**, in his own right as an Injured Party )

**JUAN L. REYES**, in his own right as an Injured Party )

**KAREM REYNOSO**, in her own right as an Injured Party )

**WILLIAM J. RICCARDULLI**, in his own right as an Injured Party )

**DANIEL RICCIARDI**, in his own right as an Injured Party )

**JO ANN R. RICCIO**, in her own right and as the Representative of the **ESTATE OF RUDOLPH N. RICCIO**, Deceased )

**JOHN RICCOBONI**, in his own right as the Husband of **ANN MARIE RICCOBONI**, Deceased )

**JANINE RICCOBONI**, in her own right as the Daughter of **ANN MARIE RICCOBONI**, Deceased )

**MARIA ELENA SANTORELLI**, in her own right as the Daughter of **ANN MARIE RICCOBONI**, Deceased )

**HUGH D. RICE**, in his own right and as the )

182

Representative of the **ESTATE OF DAVID H. RICE**, Deceased )

**CYNTHIA J. RICE**, in her own right as the Mother of **DAVID H. RICE**, Deceased )

**STEVEN J. RICHARDS**, in his own right as an Injured Party )

**MAURICE RICHARDSON**, in his own right as an Injured Party )

**FRANCO RIGGIO**, in his own right as an Injured Party )

**THEODORE P. RIGO**, in his own right as the Brother of **JOHN MATTHEWS RIGO**, Deceased )

**PAULA A. RIGO**, in her own right as the Sister of **JOHN MATTHEWS RIGO**, Deceased )

**DAVID M. RIVAS**, in his own right as an Injured Party )

**CARLOS A. RIVERA**, in his own right as an Injured Party )

**EDWIN RIVERA**, in his own right as an Injured Party )

**NILSA M. RIVERA**, in her own right and as the Representative of the **ESTATE OF ISAIAS RIVERA**, Deceased )

**MOISES RIVERA**, in his own right as the Brother of **ISAIAS RIVERA**, Deceased )

**CARMEN RIVERA**, in her own right as the Sister of **ISAIAS RIVERA**, Deceased )

**GLORIA GONZALEZ**, in her own right as the Sister of **ISAIAS RIVERA**, Deceased )

**ADRIAN ISAAC RIVERA**, in his own right as the Son of **ISAIAS RIVERA**, Deceased )

**JOSUE RIVERA TRUJILLO**, in his own right as the Brother of **ISAIAS RIVERA**, Deceased )

**WILLIAM D. RIVERSO**, in his own right as the Brother of **JOSEPH R. RIVERSO**, Deceased )

**TERESA RIVERSO**, in her own right as the   )
Mother of **JOSEPH R. RIVERSO**, Deceased   )
                                             )
**DOMENICO RIVERSO**, in his own right as the )
Father of **JOSEPH R. RIVERSO**, Deceased   )
                                             )
**MARIA RIVERSO**, in her own right as the Sister )
of **JOSEPH R. RIVERSO**, Deceased          )
                                             )
**RALPH J. RIVERSO**, in his own right as the )
Brother of **JOSEPH R. RIVERSO**, Deceased  )
                                             )
**PAUL RIZZA**, in his own right as the Father of )
**PAUL V. RIZZA**, Deceased                  )
                                             )
**VIVIAN RIZZA**, in her own right as the Mother )
of **PAUL V. RIZZA**, Deceased               )
                                             )
**ELAINE M. RIZZA**, in her own right and as the )
Representative of the **ESTATE OF PAUL V.**  )
**RIZZA**, Deceased                          )
                                             )
**CONNIE RIZZO**, in her own right as the Wife of )
**JOHN RIZZO**, Deceased                     )
                                             )
**ROBERT ROBERTO, SR.**, in his own right as )
the Father of **JOSEPH ROBERTO**, Deceased  )
                                             )
**LUCY ROBERTO**, in her own right as the    )
Mother of **JOSEPH ROBERTO**, Deceased      )
                                             )
**ROBERT ROBERTO, JR.**, in his own right as )
the Brother of **JOSEPH ROBERTO**, Deceased )
                                             )
**LORRAINE CAIAZZO**, in her own right as the )
Sister of **JOSEPH ROBERTO**, Deceased      )
                                             )
**DEBRA ROBERTS**, in her own right and as the )
Representative of the **ESTATE OF LEO A.**   )
**ROBERTS**, Deceased                        )
                                             )
**PAULETTE ROBERTS**, in her own right and as )
the Representative of the **ESTATE OF**      )
**MICHAEL E. ROBERTS**, Deceased            )
                                             )
**THOMAS ROBERTS**, in his own right as the  )
Father of **MICHAEL E. ROBERTS**, Deceased  )
                                             )
**JOHN J. ROBERTS**, in his own right and as the )
Representative of the **ESTATE OF MICHAEL**  )
**EDWARD ROBERTS**, Deceased                )
                                             )
**VERONICA M. ROBERTS**, in her own right as )

184

the Mother of **MICHAEL EDWARD
ROBERTS,** Deceased

**KAREN E. ROBERTS,** in her own right as the
Sister of **MICHAEL EDWARD ROBERTS,**
Deceased

**DONALD W. ROBERTSON, SR.,** in his own
right as the Father of **DONALD W.
ROBERTSON, JR.,** Deceased

**MARCEE E. ROBERTSON,** in her own right as
the Mother of **DONALD W. ROBERTSON,
JR.,** Deceased

**KATHLEEN ROBERTSON CUNNINGHAM,**
in her own right as the Sister of **DONALD W.
ROBERTSON, JR.,** Deceased

**ELIZABETH ROBERTSON,** in her own right
as the Sister of **DONALD W. ROBERTSON,
JR.,** Deceased

**KENNETH ROBULAK,** in his own right as an
Injured Party

**MARILYN ROCHA,** in her own right as the
Wife of **ANTONIO ROCHA,** Deceased

**NELSON ROCHA,** in his own right as an Injured
Party

**JOHN ROCHE,** in his own right as an Injured
Party

**JOYCE ANN M. RODAK,** in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF JOHN M.
RODAK,** Deceased

**JOHN J. RODAK,** in his own right as the Father
of **JOHN M. RODAK,** Deceased

**REGINA E. RODAK,** in her own right as the
Mother of **JOHN M. RODAK,** Deceased

**JOANNE RODAK GORI,** in her own right as
the Sister of **JOHN M. RODAK,** Deceased

**CRISTINA RODRIGUES,** in her own right and
as the Co-Representative of the **ESTATE OF
ANTONIO J. RODRIGUES,** Deceased

**CRISTINA RODRIGUES**, in her own right and )
as the Co-Representative of the **ESTATE OF** )
**ANTONIO J. RODRIGUES**, Deceased )
)
**BRYAN RODRIGUES**, in his own right as an )
Injured Party )
)
**JUDY MARTINEZ**, in her own right as the )
Sister of **RICHARD RODRIGUES**, Deceased )
)
**ABIMAEL RODRIGUEZ**, in her own right as )
an Injured Party )
)
**MELANIA GIL GOMEZ**, in her own right as )
the Guardian of **DAVID BARTOLO** )
**RODRIGUEZ**, Deceased )
)
**MIRIAM RODRIGUEZ**, in her own right as an )
Injured Party )
)
**ROSAULINA RODRIGUEZ**, in her own right )
as an Injured Party )
)
**JOHN ROGAN**, in his own right as the Father of )
**MATTHEW SEAN ROGAN**, Deceased )
)
**MARIAN ROGAN**, in her own right as the )
Mother of **MATTHEW SEAN ROGAN**, )
Deceased )
)
**JOHN R. ROGERS**, in his own right as an )
Injured Party )
)
**JULIO ROIG, JR.**, in his own right as an Injured )
Party )
)
**TERESA ROIG**, in her own right as the Wife of )
**JULIO ROIG, JR.**, an Injured Party )
)
**SUSANA ROJAS**, in her own right as an Injured )
Party )
)
**JOHN T. ROKEE**, in his own right as an Injured )
Party )
)
**ARNOLD ROMA**, in his own right as an Injured )
Party )
)
**ARNOLD ROMA**, in his own right and as the )
Representative of the **ESTATE OF KEITH** )
**ROMA**, Deceased )
)
**ROSEMARY ROMA**, in her own right as the )

Mother of **KEITH ROMA**, Deceased )
)
**MAUREEN ROMA GARRI**, in her own right as )
the Sister of **KEITH ROMA**, Deceased )
)
**KEVIN ROMA**, in his own right as the Brother )
of **KEITH ROMA**, Deceased )
)
**WILLIAM ROMAKA**, in his own right as an )
Injured Party )
)
**DIANE ROMERO**, in her own right and as the )
Representative of the **ESTATE OF ELVIN** )
**ROMERO**, Deceased )
)
**JOHN B. ROONEY**, in his own right as an )
Injured Party )
)
**BEVERLY ECKERT**, in her own right and as )
the Representative of the **ESTATE OF SEAN** )
**ROONEY**, Deceased )
)
**VICTOR J. ROSA**, in his own right as an Injured )
Party )
)
**ANTHONY A. ROSADO**, in his own right as an )
Injured Party )
)
**PATRICIA ROSEN**, in her own right and as the )
Representative of the **ESTATE OF MARK H.** )
**ROSEN**, Deceased )
)
**BARRY ROSNER**, in his own right as the Father )
of **SHERYL ROSENBAUM**, Deceased )
)
**BOBBI ROSNER**, in her own right as the Mother )
of **SHERYL ROSENBAUM**, Deceased )
)
**RICHARD ROSENBLUM**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**JOSHUA ROSENBLUM**, Deceased )
)
**SUSAN S. ROSENBLUM**, in her own right and )
as the Co-Representative of the **ESTATE OF** )
**JOSHUA ROSENBLUM**, Deceased )
)
**AVRAM ROSENTHAL**, in his own right as the )
Father of **JOSHUA ALAN ROSENTHAL**, )
Deceased )
)
**LOREN ROSENTHAL**, in her own right and as )
the Representative of the **ESTATE OF** )
**RICHARD ROSENTHAL**, Deceased )

**CHRISTOPHER ROSSOMANDO**, in his own
right as the Brother of **NICHOLAS P.
ROSSOMANDO**, Deceased

**RICK ROSETTI**, in his own right as the Brother
of **DANIEL JAMES ROSETTI**, Deceased

**ROBERT J. ROSETTI, SR.**, in his own right as
the Brother of **DANIEL JAMES ROSETTI**,
Deceased

**DARLENE ROSETTI**, in her own right as the
Sister of **DANIEL JAMES ROSETTI**, Deceased

**CHERYL ROSETTI**, in her own right as the
Sister of **DANIEL JAMES ROSETTI**, Deceased

**SHIRLEY ROSETTI**, in her own right as the
Mother of **DANIEL JAMES ROSETTI**,
Deceased

**DONNA DEROSS**, in her own right as the Sister
of **NICHOLAS P. ROSSOMANDO**, Deceased

**PETER A. ROSSOMANDO**, in his own right as
the Father of **NICHOLAS P. ROSSOMANDO**,
Deceased

**JASON ROTHBERG**, in his own right and as
the Representative of the **ESTATE OF
MICHAEL C. ROTHBERG**, Deceased

**IRIS E. ROTHBERG**, in her own right as the
Mother of **MICHAEL C. ROTHBERG**,
Deceased

**RHONDA B. ROTHBERG**, in her own right as
the Sister of **MICHAEL C. ROTHBERG**,
Deceased

**LOUIS ROTONDO**, in his own right as an
Injured Party

**DAVID ROWAN**, in his own right as an Injured
Party

**MARK J. ROWAN**, in his own right as an
Injured Party

**ALEXANDER W. ROWE**, in his own right as
the Father of **NICHOLAS CHARLES
ALEXANDER ROWE**, Deceased

**JAMES J. ROZAS**, in his own right as an Injured Party )

**LOUIS RUGGIRELLO**, in his own right as an Injured Party )

**FERN RUHALTER**, in her own right, on behalf of the Minor Children, and as Representative of the ESTATE OF ADAM K. RUHALTER, Deceased )

**DONALD J. RULAND**, in his own right as an Injured Party )

**WILLIAM RUSSELL**, in his own right as the Brother of **STEPHEN P. RUSSELL**, Deceased )

**CLIFFORD S. RUSSELL, JR.,** in his own right as the Brother of **STEPHEN P. RUSSELL**, Deceased )

**EDWARD RUSSIN**, in his own right as the Father of **STEVEN HARRIS RUSSIN**, Deceased )

**GLORIA RUSSIN**, in her own right as the Mother of **STEVEN HARRIS RUSSIN**, Deceased )

**BARRY RUSSIN**, in his own right as the Brother of **STEVEN HARRIS RUSSIN**, Deceased )

**ARTHUR RUSSO**, in his own right as the Father of **WAYNE A. RUSSO**, Deceased )

**ARLENE RUSSO**, in her own right as the Mother of **WAYNE A. RUSSO**, Deceased )

**THOMAS D. RYAN**, in his own right as an Injured Party )

**JEAN MARC SAADA**, in his own right as the Father of **THIERRY SAADA**, Deceased )

**MARTINE SAADA**, in her own right as the Mother of **THIERRY SAADA**, Deceased )

**RUDY SAADA**, in his own right as the Brother of **THIERRY SAADA**, Deceased )

**ANTHONY SAADA**, in his own right as the Brother of **THIERRY SAADA**, Deceased )

**CINDY SAADA**, in her own right as the Sister of )
**THIERRY SAADA**, Deceased )
)
**ROHY SAADA**, in his own right as the Brother )
of **THIERRY SAADA**, Deceased )
)
**GARY SAADA**, in his own right as the Brother )
of **THIERRY SAADA**, Deceased )
)
**RALPH SABBAG**, in his own right and as the )
Representative of the **ESTATE OF JASON E.** )
**SABBAG**, Deceased )
)
**BRIGITTE SABBAG**, in her own right as the )
Mother of **JASON E. SABBAG**, Deceased )
)
**CLIFTON SABBAG**, in his own right as the )
Brother of **JASON E. SABBAG**, Deceased )
)
**LAURENCE HAGAN**, in her own right as the )
Sister of **JASON E. SABBAG**, Deceased )
)
**DIANA SABELLA**, in her own right and on )
behalf of the Minor Children of **THOMAS E.** )
**SABELLA**, Deceased )
)
**EDWARD SABELLA**, in his own right as the )
Father of **THOMAS E. SABELLA**, Deceased )
)
**ANGELINA SABELLA**, in her own right as the )
Mother of **THOMAS E. SABELLA**, Deceased )
)
**CHARLES T. SABELLA**, in his own right as the )
Brother of **THOMAS E. SABELLA**, Deceased )
)
**LORETTA SABELLA VIGLIONE**, in her own )
right as the Sister of **THOMAS E. SABELLA**, )
Deceased )
)
**BRUCE D. SABER**, in his own right and as the )
Co-Representative of the **ESTATE OF SCOTT** )
**SABER**, Deceased )
)
**BRIAN SABER**, in his own right and as the Co- )
Representative of the **ESTATE OF SCOTT** )
**SABER**, Deceased )
)
**KAREN A. SACHS**, in her own right as the )
Mother of **JESSICA LEIGH SACHS**, Deceased )
)
**STEPHEN R. SACHS**, in his own right and as )
the Representative of the **ESTATE OF JESSICA** )
**LEIGH SACHS**, Deceased )

**KATHERINE SCOVILL**, in her own right as the Sister of **JESSICA LEIGH SACHS**, Deceased

**JOHN SAFI**, in his own right and as the Representative of the **ESTATE OF JUDE ELIAS SAFI**, Deceased

**AHLAM SAFI**, in his own right as the Father of **JUDE ELIAS SAFI**, Deceased

**ELIAS SAFI**, in her own right as the Mother of **JUDE ELIAS SAFI**, Deceased

**SILVERIA SEGURA**, in her own right and on behalf of the Minor Children of **JUAN SALAS**, Deceased

**MATTHEW SALMON**, in his own right as an Injured Party

**ROBERT SALMON**, in his own right as an Injured Party

**DEBRA SALOMAN**, in her own right and as the Representative of the **ESTATE OF WAYNE J. SALOMAN**, Deceased

**ROSEMARIE GIALLOMBARDO**, in her own right and as the Representative of the **ESTATE OF PAUL RICHARD SALVIO**, Deceased

**VINCENT GIALLOMBARDO**, in his own right as the Brother of **PAUL RICHARD SALVIO**, Deceased

**ROBERT GIALLOMBARDO, JR.**, in his own right as the Brother of **PAUL RICHARD SALVIO**, Deceased

**DINA GIALLOMBARDO**, in her own right as the Sister of **PAUL RICHARD SALVIO**, Deceased

**REINA SALZEDO**, in her own right as an Injured Party

**EUGENIA BOGADO**, in her own right as the Mother of **CARLOS A. SAMANIEGO**, Deceased

**LUIS S. SAMANIEGO**, in his own right and as

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

the Representative of the **ESTATE OF CARLOS** )
**A. SAMANIEGO**, Deceased )
)
**CLIDE R. SAMPSON**, in his own right as an )
Injured Party )
)
**LINDA J. SAMUEL**, in her own right and as the )
Representative of the **ESTATE OF JAMES K.** )
**SAMUEL, JR**, Deceased )
)
**JAMES K. SAMUEL**, in his own right as the )
Father of **JAMES K. SAMUEL, JR**, Deceased )
)
**JENNIFER AGRESTO**, in her own right as the )
Sister of **JAMES K. SAMUEL, JR**, Deceased )
)
**JOSE LUIS SAN PIO**, in his own right and as )
the Representative of the **ESTATE OF SYLVIA** )
**SAN PIO**, Deceased )
)
**CARLOS SANCHEZ**, in his own right as an )
Injured Party )
)
**CONCEPCION SANCHEZ**, in her own right as )
an Injured Party )
)
**JOSE ANTONIO SANCHEZ, JR.**, in his own )
right as an Injured Party )
)
**CAROL SUE SANDLER**, in her own right and )
as the Representative of the **ESTATE OF** )
**HERMAN S. SANDLER**, Deceased )
)
**OSCAR F. SANDOVAL**, in his own right as an )
Injured Party )
)
**JENNIFER SANDS**, in her own right and as the )
Representative of the **ESTATE OF JAMES** )
**SANDS, JR.**, Deceased )
)
**ROBERT SANTANDREA**, in his own right as )
an Injured Party )
)
**LUIS SANTIAGO**, in his own right as an Injured )
Party )
)
**ALEXANDER SANTORA**, in his own right as )
the Father of **CHRISTOPHER A. SANTORA**, )
Deceased )
)
**MAUREEN SANTORA**, in her own right as the )
Mother of **CHRISTOPHER A. SANTORA**, )
Deceased )

192

**PATRICIA SANTORA**, in her own right as the Sister of **CHRISTOPHER A. SANTORA**, Deceased

**JENNIFER ECHEVARRIA**, in her own right as the Sister of **CHRISTOPHER A. SANTORA**, Deceased

**KATHLEEN SANTORA-MONTALI**, in her own right as the Sister of **CHRISTOPHER A. SANTORA**, Deceased

**ALBERTO SANTORO**, in his own right as the Father of **MARIO L. SANTORO**, Deceased

**ELLEN L. SARACINI**, in her own right and as the Representative of the **ESTATE OF VICTOR J. SARACINI**, Deceased

**ANNE C. SARACINI**, in her own right as the Mother of **VICTOR J. SARACINI**, Deceased

**JOANNE RENZI**, in her own right as the Sister of **VICTOR J. SARACINI**, Deceased

**NARASIMHA SATTALURI**, in his own right as the Husband of **DEEPIKA SATTALURI**, Deceased

**GLENN SAVERY**, in his own right as an Injured Party

**THELMA SAVERY**, in her own right as an Injured Party

**VALERIY SAVINKIN**, in his own right and as the Representative of the **ESTATE OF VLADIMIR SAVINKIN**, Deceased

**VALENTINA SAVINKINA**, in her own right as the Mother of **VLADIMIR SAVINKIN**, Deceased

**GALINA SAVINKINA**, in her own right as the Sister of **VLADIMIR SAVINKIN**, Deceased

**JUDY MONTESERRATO,** in her own right as the Fiancé of **JOHN MICHAEL SBARBARO**, Deceased

**THOMAS SCALLY**, in his own right as an Injured Party

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

193

**SHEILA SCANDOLE**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF ROBERT L.
SCANDOLE**, Deceased

**ROBERT SCANDOLE**, in his own right as the
Father of **ROBERT L. SCANDOLE**, Deceased

**MARGARET SCANDOLE**, in her own right as
the Mother of **ROBERT L. SCANDOLE**,
Deceased

**CHRISTOPHER SCANDOLE**, in his own right
as the Brother of **ROBERT L. SCANDOLE**,
Deceased

**JULIE SCARPITTA**, in her own right and as the
Representative of the **ESTATE OF MICHELLE
SCARPITTA**, Deceased

**BENEDICT SCARSELLA**, in his own right as
an Injured Party

**JEANETTE SCHARDT**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF JOHN A.
SCHARDT**, Deceased

**ROBERT SCHARDT**, in his own right as the
Father of **JOHN A. SCHARDT**, Deceased

**MARGARET SCHARDT**, in her own right as
the Mother of **JOHN A. SCHARDT**, Deceased

**KENNETH R. SCHARDT**, in his own right as
the Brother of **JOHN A. SCHARDT**, Deceased

**DEBRA SACCO**, in her own right as the Sister
of **JOHN A. SCHARDT**, Deceased

**CARL SCHEETZ**, in his own right as an Injured
Party

**ELLIOT SCHEINBERG**, in his own right and
as the Representative of the **ESTATE OF
ANGELA SUSAN SCHEINBERG**, Deceased

**DONALD P. SCHIPF**, in his own right as an
Injured Party

**KARL H. SCHMIDT**, in his own right and as the
Co-Representative of the **ESTATE OF KAREN**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

194

HELENE SCHMIDT, Deceased )
)
LAUREN J. OSNATO, in her own right and as )
the Co-Representative of the ESTATE OF )
KAREN HELENE SCHMIDT, Deceased )
)
ROBERT SCHMITT, in his own right as an )
Injured Party )
)
PETER A. SCHOEPE, in his own right as an )
Injured Party )
)
DANIEL R. SCHOFIELD, in his own right as )
an Injured Party )
)
DANIEL SCHUG, in his own right as an Injured )
Party )
)
LISA A. SCHUNK, in her own right as the Wife )
of EDWARD W. SCHUNK, Deceased )
)
PATRICIA SCHWARTZ, in her own right as )
the Wife of MARK SCHWARTZ, Deceased )
)
ANDREW SCHWARTZ, in his own right as the )
Son of MARK SCHWARTZ, Deceased )
)
JENNIFER SCHWARTZ, in her own right as )
the Daughter of MARK SCHWARTZ, Deceased )
)
DAVID SEDACCA, in his own right as an )
Injured Party )
)
LOREEN SELLITTO, in her own right and as )
the Representative of the ESTATE OF )
MATTHEW CARMEN SELLITTO, Deceased )
)
MATTHEW T. SELLITTO, in his own right as )
the Father of MATTHEW CARMEN )
SELLITTO, Deceased )
)
JONATHAN SELLITTO, in his own right as the )
Brother of MATTHEW CARMEN SELLITTO, )
Deceased )
)
JAMES SELWYN, in his own right as the Son of )
HOWARD SELWYN, Deceased )
)
FRANCES RUTH SELWYN, in her own right )
and as the Representative of the ESTATE OF )
HOWARD SELWYN, Deceased )
)
DEBBI E. SENKO, in her own right and as the )

Representative of the **ESTATE OF LARRY JOHN SENKO**, Deceased                                     )
                                                                                                  )
                                                                                                  )
**ROBERT SENN**, in his own right as an Injured Party                                             )
                                                                                                  )
                                                                                                  )
**JEFFREY SENTOWSKI**, in his own right as an Injured Party                                       )
                                                                                                  )
                                                                                                  )
**WILLIAM J. SERGIO**, in his own right as an Injured Party                                       )
                                                                                                  )
                                                                                                  )
**BARBARA SERNA**, in her own right as an Injured Party                                           )
                                                                                                  )
                                                                                                  )
**BRUCE E. SERVA**, in his own right and as the Representative of the **ESTATE OF MARIAN H. SERVA**, Deceased )
                                                                                                  )
                                                                                                  )
**CHRISTINA SERVA**, in her own right as the Daughter of **MARIAN H. SERVA**, Deceased            )
                                                                                                  )
                                                                                                  )
**IRENE SESSA**, in her own right and as the Co-Representative of the **ESTATE OF ADELE SESSA**, Deceased )
                                                                                                  )
                                                                                                  )
**ALBERICO SESSA**, in his own right as the Brother of **ADELE SESSA**, Deceased                  )
                                                                                                  )
                                                                                                  )
**ELENA SANDBERG**, in her own right as the Sister of **ADELE SESSA**, Deceased                   )
                                                                                                  )
                                                                                                  )
**CHRISTINE PATTERSON**, in her own right and as the Co-Representative of the **ESTATE OF ADELE SESSA**, Deceased )
                                                                                                  )
                                                                                                  )
**JENNY RAHAMAN**, in her own right as the Sister of **SITA N. SEWNARINE**, Deceased              )
                                                                                                  )
                                                                                                  )
**BHOOPAUL SEWNARINE**, in his own right as the Brother of **SITA N. SEWNARINE**, Deceased        )
                                                                                                  )
                                                                                                  )
**KEVIN SHAEFFER**, in his own right as an Injured Party                                          )
                                                                                                  )
                                                                                                  )
**ABIDA SHAIKH**, in her own right as an Injured Party                                            )
                                                                                                  )
                                                                                                  )
**DEBRA SHAW**, in her own right and as the Representative of the **ESTATE OF JEFFREY J. SHAW**, Deceased )
                                                                                                  )
                                                                                                  )
**DAWN M. SHAY**, in her own right, on behalf of                                                  )

the Minor Children, and as the Co-Representative )
of the **ESTATE OF ROBERT J. SHAY, JR.**, )
Deceased )
)
**DAWN M. SHAY**, in her own right and as the )
Co-Representative of the **ESTATE OF ROBERT** )
**J. SHAY, JR.**, Deceased )
)
**ROBERT J. SHAY, SR.**, in his own right as the )
Father of **ROBERT J. SHAY, JR.**, Deceased )
)
**MAUREEN SHAY**, in her own right as the )
Mother of **ROBERT J. SHAY, JR.**, Deceased )
)
**JAMES SHAY**, in his own right as the Brother of )
**ROBERT J. SHAY, JR.**, Deceased )
)
**MICHAEL A. SHAY**, in his own right as the )
Brother of **ROBERT J. SHAY, JR.**, Deceased )
)
**EILEEN SHAY**, in her own right as the Sister of )
**ROBERT J. SHAY, JR.**, Deceased )
)
**LEANNE SHAY**, in her own right as the Sister of )
**ROBERT J. SHAY, JR.**, Deceased )
)
**KATHLEEN SHAY**, in her own right as the )
Sister of **ROBERT J. SHAY, JR.**, Deceased )
)
**MAUREEN SURKO**, in her own right as the )
Sister of **ROBERT J. SHAY, JR.**, Deceased )
)
**CAROLYN SHAY**, in her own right as the Sister )
of **ROBERT J. SHAY, JR.**, Deceased )
)
**KEVIN M. SHEA**, in his own right as an Injured )
Party )
)
**DANIEL J. SHEEHAN**, in his own right and as )
the Representative of the **ESTATE OF LINDA** )
**JUNE SHEEHAN**, Deceased )
)
**ROBERT D. SHEEHAN**, in his own right as the )
Brother of **LINDA JUNE SHEEHAN**, Deceased )
)
**DOV SHEFI**, in his own right as the Father of )
**HAGAY SHEFI**, Deceased )
)
**ESTHER SHEFI**, in her own right as the Mother )
of **HAGAY SHEFI**, Deceased )
)
**YISHAI SHEFI**, in his own right as the Brother )
of **HAGAY SHEFI**, Deceased )

**PAZIT SHEFI BAUM**, in her own right as the )
Sister of **HAGAY SHEFI**, Deceased )
)
**SIGAL SHEFI ASHER**, in her own right and as )
the Representative of the **ESTATE OF HAGAY** )
**SHEFI**, Deceased )
)
**RODNEY C. SHERARD**, in his own right as an )
Injured Party )
)
**FRANK SHERRY**, in his own right as the Father )
of **JOHN ANTHONY SHERRY**, Deceased )
)
**SCOTT SHIELDS**, in his own right as an Injured )
Party )
)
**HARUHIRO SHIRATORI,** in his own right as )
the Father of **ATSUSHI SHIRATORI**, Deceased )
)
**SACHIKO SHIRATORI**, in her own right as the )
Mother of **ATSUSHI SHIRATORI**, Deceased )
)
**STEVE SHTAB**, in his own right as an Injured )
Party )
)
**AVIGDOR SHWARTZSTEIN**, in his own right )
as the Father of **ALLAN ABRAHAM** )
**SHWARTZSTEIN**, Deceased )
)
**AHUVA SHWARTZSTEIN**, in her own right as )
the Mother of **ALLAN ABRAHAM** )
**SHWARTZSTEIN**, Deceased )
)
**MICHAEL SHWARTZSTEIN**, in his own right )
as the Brother of **ALLAN ABRAHAM** )
**SHWARTZSTEIN**, Deceased )
)
**ORLY SMALL**, in her own right as the Sister of )
**ALLAN ABRAHAM SHWARTZSTEIN**, )
Deceased )
)
**FREDERIC SIBOULET**, in his own right as an )
Injured Party )
)
**JOHN SIGNORELLI**, in his own right as an )
Injured Party )
)
**FABIAN SILVA, JR.**, in his own right as an )
Injured Party )
)
**KATHLEEN H. SIMMONS**, in her own right )
and as the Representative of the **ESTATE OF** )

**BRUCE E. SIMMONS**, Deceased )
)
**CHRISTOPHER SIMMONS**, in his own right )
as the Son of **GEORGE W. SIMMONS**, )
Deceased )
)
**GEORGE W. SIMMONS**, in his own right as )
the Son of **GEORGE W. SIMMONS**, Deceased )
)
**DEANNA J. SIMMONS**, in her own right as the )
Daughter of **GEORGE W. SIMMONS**, )
Deceased )
)
**JENNIFER SIMON**, in her own right as an )
Injured Party )
)
**EILEEN HEATHER SIMON**, in her own right, )
on behalf of the Minor Children, and as the )
Representative of the **ESTATE OF MICHAEL** )
**JOHN SIMON**, Deceased )
)
**SHELLEY SIMON**, in her own right as the Wife )
of **PAUL J. SIMON**, Deceased )
)
**STEPHEN SIMONE**, in his own right as the Son )
of **MARIANNE SIMONE**, Deceased )
)
**TERESA HARGRAVE**, in her own right as the )
Daughter of **MARIANNE SIMONE**, Deceased )
)
**LISA CARDINALI**, in her own right as the )
Daughter of **MARIANNE SIMONE**, Deceased )
)
**VIRGINIA M. LIQUORI**, in her own right as )
the Sister of **MARIANNE SIMONE**, Deceased )
)
**LUCILLE BLEIMANN**, in her own right as the )
Sister of **MARIANNE SIMONE**, Deceased )
)
**ANN SIMPKIN**, in her own right and as the )
Representative of the **ESTATE OF JANE** )
**LOUISE SIMPKIN**, Deceased )
)
**HELEN C. SIMPKIN-WHALEN**, in her own )
right as the Sister of **JANE LOUISE SIMPKIN**, )
Deceased )
)
**DIANE JAVA**, in her own right and as the )
Representative of the **ESTATE OF JEFF L.** )
**SIMPSON**, Deceased )
)
**LINDA SIMS**, in her own right as an Injured )
Party )

**CRAIG W. SINCOCK**, in his own right as the )
Husband of **CHERYLE D. SINCOCK**, Deceased )
)
**BRIAN SINGER**, in his own right as an Injured )
Party )
)
**DONNA SINGER**, in her own right as an Injured )
Party )
)
**ALANA SIRACUSE**, in her own, on behalf of )
the Minor Child, and as Representative of the )
**ESTATE OF PETER SIRACUSE**, Deceased )
)
**NEIL J. SKOW**, in his own right as an Injured )
Party )
)
**EUGENE SLATER**, in his own right as an )
Injured Party )
)
**ANNA L. BAEZ**, in her own right as the Fiancé )
of **VINCENT R. SLAVIN**, Deceased )
)
**BRANDON SMITH**, in his own right as an )
Injured Party )
)
**ELBA CEDENO**, in his own right and as the )
Representative of the **ESTATE OF** )
**CATHERINE T. SMITH**, Deceased )
)
**ANNETTE SMITH**, in her own right as the )
Mother of **CATHERINE T. SMITH**, Deceased )
)
**VINCENT SMITH**, in his own right as the )
Brother of **CATHERINE T. SMITH**, Deceased )
)
**WALTER SMITH**, in his own right as the )
Brother of **CATHERINE T. SMITH**, Deceased )
)
**LISA ANN ETHRIDGE**, in her own right as the )
Sister of **CATHERINE T. SMITH**, Deceased )
)
**BARBARA SCHIELZO**, in her own right as the )
Sister of **CATHERINE T. SMITH**, Deceased )
)
**GARETH SMITH**, in his own right as an Injured )
Party )
)
**ARTHUR A. SMITH**, in his own right as the )
Father of **JEFFREY R. SMITH**, Deceased )
)
**MADELINE W. SMITH**, in her own right as the )
Mother of **JEFFREY R. SMITH**, Deceased )

200

**BRENDA SMITH CLARK**, in her own right as
the Sister of **JEFFREY R. SMITH**, Deceased

**MILLICENT MILLER**, in her own right as the
Sister of **JOYCE P. SMITH**, Deceased

**PHILIP SMITH**, in his own right as the Father of
**KARL T. SMITH, SR.**, Deceased

**GEORGIA SMITH**, in her own right as the
Mother of **KARL T. SMITH, SR.**, Deceased

**PETER H. SMITH**, in his own right as the
Brother of **KARL T. SMITH, SR.**, Deceased

**MATTHEW G. SMITH**, in his own right as the
Brother of **KARL T. SMITH, SR.**, Deceased

**MICHAEL SMITH**, in his own right as an
Injured Party

**MICHAEL P. SMITH**, in his own right as an
Injured Party

**NETA SMITH**, in her own right as an Injured
Party

**PETER SMITH**, in his own right as an Injured
Party

**SALVATORE SODANO**, in his own right as an
Injured Party

**ELDA GIRON**, in her own right, on behalf of the
Minor Child, and as the Representative of the
**ESTATE OF FABIAN SOTO**, Deceased

**RICHARD SOUTO**, in his own right as an
Injured Party

**DAVID SOZIO**, in his own right as an Injured
Party

**EDITH SPARACIO**, in her own right as the
Mother of **THOMAS SPARACIO**, Deceased

**DOREEN LANZA**, in her own right as the Sister
of **THOMAS SPARACIO**, Deceased

**DEBRA KLEMOWITZ**, in her own right as the
Sister of **THOMAS SPARACIO**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**JACK SPARACIO**, in his own right as the
Brother of **THOMAS SPARACIO**, Deceased

**CHERI MAGNUS SPARACIO**, in her own
right and as the Representative of the **ESTATE
OF THOMAS SPARACIO**, Deceased

**PATRICIA WELLINGTON**, in her own right as
the Wife of **JOHN ANTHONY SPATARO**,
Deceased

**IRENE DESANTIS**, in her own right as the
Mother of **ROBERT W. SPEAR, JR.**, Deceased

**BARBARA P. KEANE**, in her own right as the
Sister of **ROBERT W. SPEAR, JR.**, Deceased

**LORRAINE SPEAR**, in her own right and as the
Representative of the **ESTATE OF ROBERT W.
SPEAR, JR.**, Deceased

**CHRISTINE VOLLKOMMER**, in her own
right as the Sister of **ROBERT W. SPEAR, JR.**,
Deceased

**MICHAEL SPILLER**, in his own right as an
Injured Party

**IRENE SPINA**, in her own right as the Mother of
**LISA L. SPINA-TREROTOLA**, Deceased

**MARIO SPINA**, in his own right as the Father of
**LISA L. SPINA-TREROTOLA**, Deceased

**PAUL M. SPINA**, in his own right as the Brother
of **LISA L. SPINA-TREROTOLA**, Deceased

**MICHELLE SPINELLI**, in her own right and as
the Representative of the **ESTATE OF FRANK
J. SPINELLI, JR.**, Deceased

**MICHAEL J. SPITZ**, in his own right as the
Brother of **WILLIAM EDWARD SPITZ, JR.**,
Deceased

**COLLEEN C. SPOR**, in her own right and as the
Representative of the **ESTATE OF JOSEPH P.
SPOR, JR.**, Deceased

**ROSEANNA STABILE**, in her own right as the
Wife of **MICHAEL F. STABILE**, Deceased

**LAUREN STABILE**, in her own right as the

202

Daughter of **MICHAEL F. STABILE**, Deceased )

)
**ROBERT STABILE**, in his own right as the Son )
of **MICHAEL F. STABILE**, Deceased )

)
**MICHELE STABILE**, in her own right as the )
Daughter of **MICHAEL F. STABILE**, Deceased )

)
**CLIFFORD STABNER**, in his own right as an )
Injured Party )

)
**JOSEPH R. STACH, JR.**, in his own right as an )
Injured Party )

)
**JEAN SOMERVILLE**, in her own right and as )
the Representative of the **ESTATE OF** )
**GREGORY STAJK**, Deceased )

)
**NELLY STANICICH**, in her own right as an )
Injured Party )

)
**JOHN STARACE**, in his own right as an Injured )
Party )

)
**JOHN STARK**, in his own right as the Brother of )
**JEFFREY STARK**, Deceased )

)
**THERESE STARK**, in her own right as the )
Sister of **JEFFREY STARK**, Deceased )

)
**ROSEMARY A. STARK**, in her own right and )
as the Representative of the **ESTATE OF** )
**JEFFREY STARK**, Deceased )

)
**JOSEPH C. STARK**, in his own right as the )
Brother of **JEFFREY STARK**, Deceased )

)
**KATHLEEN STARK**, in her own right as the )
Sister of **JEFFREY STARK**, Deceased )

)
**PETER STATHIS**, in his own right as an Injured )
Party )

)
**STACEY A. STAUB**, in her own right, on behalf )
of the Minor Child, and as the Representative of )
the **ESTATE OF CRAIG WILLIAM STAUB**, )
Deceased )

)
**BLANCHE STEEN**, in her own right and as the )
Representative of the **ESTATE OF ERIC** )
**THOMAS STEEN**, Deceased )

)
**GEORGE D. STEEN, II**, in his own right as the )

Brother of **ERIC THOMAS STEEN**, Deceased )
)
**DENNIS STEFANAK**, in his own right as an )
Injured Party )
)
**HARRY F. STEFANDEL**, in his own right as an )
Injured Party )
)
**WILLIAM A. STEINBUCH, III**, in his own )
right as an Injured Party )
)
**DARREN STEINER**, in his own right as the Son )
of **WILLIAM R. STEINER**, Deceased )
)
**JORDAN STEINER**, in his own right as the Son )
of **WILLIAM R. STEINER**, Deceased )
)
**MEREDITH STEINER**, in her own right as the )
Daughter of **WILLIAM R. STEINER**, Deceased )
)
**WILMA E. STEINER**, in her own right as the )
Mother of **WILLIAM R. STEINER**, Deceased )
)
**ROBERT STEINER**, in his own right as the )
Brother of **WILLIAM R. STEINER**, Deceased )
)
**RUSSA STEINER**, in her own right and as the )
Representative of the **ESTATE OF WILLIAM** )
**R. STEINER**, Deceased )
)
**GEORGE STERGIOPOULOS, M.D.**, in his )
own right and as the Co-Representative of the )
**ESTATE OF ANDREW STERGIOPOULOS**, )
Deceased )
)
**ANGELA STERGIOPOULOS**, in her own right )
and as the Co-Representative of the **ESTATE OF** )
**ANDREW STERGIOPOULOS**, Deceased )
)
**GEORGE STERGIOPOULOS, JR.**, in his own )
right as the Brother of **ANDREW** )
**STERGIOPOULOS**, Deceased )
)
**KATHLEEN STERGIOPOULOS**, in her own )
right as the Sister of **ANDREW** )
**STERGIOPOULOS**, Deceased )
)
**MAXIMINO STERLING**, in his own right as an )
Injured Party )
)
**KATHERINE STERN**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF ANDREW J.** )

204

**STERN**, Deceased )
)
**NANCY A. COSBAN**, in her own right as the )
Mother of **DANIEL E. STEWART**, Deceased )
)
**JAMES R. STEWART**, in his own right as the )
Brother of **DANIEL E. STEWART**, Deceased )
)
**RICHARD W. STEWART**, in his own right as )
the Father of **DANIEL E. STEWART**, Deceased )
)
**RUSSEL F. STEWART**, in his own right as the )
Brother of **DANIEL E. STEWART**, Deceased )
)
**ELIZABETH STEWART**, in her own right as )
the Mother of **MICHAEL JAMES STEWART**, )
Deceased )
)
**JANET STEWART**, in her own right as the )
Sister of **MICHAEL JAMES STEWART**, )
Deceased )
)
**JOAN B. STEWART**, in her own right and as the )
Co-Representative of the **ESTATE OF** )
**RICHARD H. STEWART, JR.**, Deceased )
)
**RICHARD H. STEWART**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**RICHARD H. STEWART, JR.**, Deceased )
)
**SUSAN STEWART TILLIER**, in her own right )
as the Sister of **RICHARD H. STEWART, JR.**, )
Deceased )
)
**EUGENE STOLOWSKI**, in his own right as an )
Injured Party )
)
**BEN STONE**, in his own right as the Father of )
**LONNY JAY STONE**, Deceased )
)
**EVELYN STONE**, in her own right as the )
Mother of **LONNY JAY STONE**, Deceased )
)
**GAIL STONE**, in her own right as the Sister of )
**LONNY JAY STONE**, Deceased )
)
**JAMES J. STRAINE**, in his own right as the )
Father of **JAMES J. STRAINE, JR.**, Deceased )
)
**MARY E. STRAINE**, in her own right as the )
Mother of **JAMES J. STRAINE, JR.**, Deceased )
)
**KEVIN STRAINE**, in his own right as the _____ )

Brother of **JAMES J. STRAINE, JR.**, Deceased )
)
**DANIEL M. STRAINE**, in his own right as the )
Brother of **JAMES J. STRAINE, JR.**, Deceased )
)
**MICHAEL STRAINE**, in his own right as the )
Brother of **JAMES J. STRAINE, JR.**, Deceased )
)
**PATRICIA A. STRAINE**, in her own right and )
as the Representative of the **ESTATE OF** )
**JAMES J. STRAINE, JR.**, Deceased )
)
**SAMUEL E. STRAUB**, in his own right as the )
Son of **EDWARD W. STRAUB**, Deceased )
)
**SANDRA N. STRAUB**, in her own right and as )
the Representative of the **ESTATE OF** )
**EDWARD W. STRAUB**, Deceased )
)
**VIRGINIA STRAUCH**, in her own right and as )
the Representative of the **ESTATE OF** )
**GEORGE STRAUCH**, Deceased )
)
**ETHAN STRAUSS**, in his own right as an )
Injured Party )
)
**RASMOND E. STREKER**, in his own right as )
an Injured Party )
)
**JULIA DILL**, in her own right as the Daughter of )
**LARRY L. STRICKLAND**, Deceased )
)
**DONNA M. MCBRIDE**, in her own right as the )
Sister of **LARRY L. STRICKLAND**, Deceased )
)
**CHRIS STRICKLAND**, in his own right as the )
Son of **LARRY L. STRICKLAND**, Deceased )
)
**DEBRA L. STRICKLAND**, in her own right and )
as the Representative of the **ESTATE OF** )
**LARRY L. STRICKLAND**, Deceased )
)
**LEE STRICKLAND**, in his own right as the )
Father of **LARRY L. STRICKLAND**, Deceased )
)
**OLGA C. STRICKLAND**, in her own right as )
the Mother of **LARRY L. STRICKLAND**, )
Deceased )
)
**PAUL STROESSNER**, in his own right as an )
Injured Party )
)
**SCOTT STROMER**, in his own right as an )

Injured Party )
)
**THELMA STUART**, in her own right and as the )
Representative of the **ESTATE OF WALWYN** )
**W. STUART, JR.**, Deceased )
)
**SALLY ANN SUAREZ**, in her own right and on )
behalf of the Minor Children of **BENJAMIN** )
**SUAREZ**, Deceased )
)
**GERARD SUDEN**, in his own right as an Injured )
Party )
)
**WILLIAM J. SUGRA**, in his own right and as )
Co-Representative of the **ESTATE OF** )
**WILLIAM CHRISTOPHER SUGRA**, )
Deceased )
)
**ELMA A. SUGRA**, in her own right and as Co- )
Representative of the **ESTATE OF WILLIAM** )
**CHRISTOPHER SUGRA**, Deceased )
)
**NANCY SUHR**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF DANIEL SUHR**, Deceased )
)
**LINDA SULFARO**, in her own right as an )
Injured Party )
)
**EVELYN SULLINS**, in her own right and as the )
Representative of the **ESTATE OF DAVID** )
**MARC SULLINS**, Deceased )
)
**EDWARD SULLIVAN**, in his own right as an )
Injured Party )
)
**JAMES W. SULLIVAN**, in his own right as an )
Injured Party )
)
**JERALD L. SULLIVAN, JR.**, in his own right )
as an Injured Party )
)
**JOHN SULLIVAN**, in his own right as an )
Injured Party )
)
**JOHN M. SULLIVAN**, in his own right as an )
Injured Party )
)
**LAWRENCE J. SULLIVAN**, in his own right as )
an Injured Party )
)
**PATRICK SULLIVAN**, in his own right and as )
the Representative of the **ESTATE OF** _____ )

PATRICK SULLIVAN, Deceased )
)
MARY SULLIVAN, in her own right as the )
Mother of PATRICK SULLIVAN, Deceased )
)
GREGORY SULLIVAN, in his own right as the )
Brother of PATRICK SULLIVAN, Deceased )
)
GERALD SULLIVAN, in his own right as the )
Brother of PATRICK SULLIVAN, Deceased )
)
NORENE SCHNEIDER, in her own right as the )
Sister of THOMAS G. SULLIVAN, Deceased )
)
ARLENE SULLIVAN, in her own right as the )
Mother of THOMAS G. SULLIVAN, Deceased )
)
DEIRDRE DICKINSON SULLIVAN, in her )
own right and as the Representative of the )
ESTATE OF THOMAS G. SULLIVAN, )
Deceased )
)
ESTRELLA SUMAYA, in her own right as the )
Mother of HILARIO SORIANO SUMAYA, )
JR., Deceased )
)
REYNALDO SUMAYA, in his own right as the )
Brother of HILARIO SORIANO SUMAYA, )
JR., Deceased )
)
LISA SUMAYA, in her own right as the Sister of )
HILARIO SORIANO SUMAYA, JR., Deceased )
)
CHRISTINE TROTTA, in her own right as the )
Sister of HILARIO SORIANO SUMAYA, JR., )
Deceased )
)
CHARITO LEBLANC, in her own right as the )
Sister of HILARIO SORIANO SUMAYA, JR., )
Deceased )
)
MARIVEL PASSACANTANDO, in her own )
right as the Sister of HILARIO SORIANO )
SUMAYA, JR., Deceased )
)
RANDOLPH J. SUPEK, in his own right as an )
Injured Party )
)
MARGARET SUTCLIFFE, in her own right as )
the Wife of ROBERT SUTCLIFFE, Deceased )
)
ROBERT SUTCLIFFE, in his own right as the )
Father of ROBERT SUTCLIFFE, Deceased )

**PATRICIA SUTCLIFFE**, in her own right as the Mother of **ROBERT SUTCLIFFE**, Deceased

**BERNELL SUTTON**, in his own right and as the Representative of the **ESTATE OF CLAUDIA SUTTON**, Deceased

**ROBERT SUTTON**, in his own right as an Injured Party

**ALFRED SUWARA**, in his own right as an Injured Party

**OTTO W. SUWARA**, in his own right as an Injured Party

**RONALD SVEC**, in his own right as an Injured Party

**THOMAS SWANNICK**, in his own right as an Injured Party

**JULIE L. SWEENEY**, in her own right and as the Representative of the **ESTATE OF BRIAN D. SWEENEY**, Deceased

**GERARD F. SWEENEY**, in his own right as an Injured Party

**MICHAEL SWEENEY**, in his own right and as the Representative of the **ESTATE OF MADELINE AMY SWEENEY**, Deceased

**JOSEPH SWICK**, in his own right as an Injured Party

**MAUREEN SULLIVAN**, in her own right as the Fiancé of **DEREK O. SWORD**, Deceased

**JOSEPH SZYMANSKI**, in his own right as an Injured Party

**ALEX TABEEK**, on behalf of the Minor Child of **JOANN TABEEK**, Deceased

**ELEANOR NEVILLE**, in her own right as the Mother of **JOANN TABEEK**, Deceased

**JAMES E. SMITH**, in his own right as the Brother of **JOANN TABEEK**, Deceased

**WILLIAM SMITH**, in his own right as the

209

Brother of **JOANN TABEEK**, Deceased )

**MAUREEN PICKERING**, in her own right as )
the Sister of **JOANN TABEEK**, Deceased )

**PATRICIA A. HEYNE**, in her own right as the )
Sister of **JOANN TABEEK**, Deceased )

**MICHAEL SMITH**, in his own right as the )
Brother of **JOANN TABEEK**, Deceased )

**VINCENT A. MILOTTA**, in his own right as the )
Fiancé of **JOANN TABEEK**, Deceased )

**DENISE TADDONIO**, in her own right as the )
Wife of **MICHAEL TADDONIO**, Deceased )

**JOHN F. TAGGART**, in his own right as an )
Injured Party )

**JOSEPH KEITH TALBOT**, in his own right )
and as the Representative of the **ESTATE OF** )
**PHYLLIS TALBOT**, Deceased )

**DIANA TALHAMI**, in her own right, on behalf )
of the Minor Children, and as the Representative )
of the **ESTATE OF ROBERT R. TALHAMI**, )
Deceased )

**ALICE BERTORELLI**, in her own right as the )
Sister of **JOHN M. TALIGNANI**, Deceased )

**EILEEN BERTORELLI-ZANGRILLO**as the )
Representative of the **ESTATE OF JOHN M.** )
**TALIGNANI**, Deceased )

**ARMAND TALIGNANI**, in his own right as the )
Brother of **JOHN M. TALIGNANI**, Deceased )

**BARBARA TALTY**, in her own right and on )
behalf of the Minor Children of **PAUL TALTY**, )
Deceased )

**JOHN TALTY**, in his own right as the Father of )
**PAUL TALTY**, Deceased )

**GLORIA TALTY**, in her own right as the )
Mother of **PAUL TALTY**, Deceased )

**MARK TALTY**, in his own right as the Brother )
of **PAUL TALTY**, Deceased )

**KEVIN TALTY**, in his own right as the Brother )

of **PAUL TALTY**, Deceased )
)
**STEVEN TALTY**, in his own right as the )
Brother of **PAUL TALTY**, Deceased )
)
**PATRICIA DOUGAN**, in her own right as the )
Sister of **PAUL TALTY**, Deceased )
)
**KERRY MCCALL**, in her own right as the Sister )
of **PAUL TALTY**, Deceased )
)
**JIN ARK TAM**, in his own right as the Father of )
**MAURITA TAM**, Deceased )
)
**JULIE M.Y. TAM**, in her own right as the )
Mother of **MAURITA TAM**, Deceased )
)
**DONALD TAM**, in his own right as the Brother )
of **MAURITA TAM**, Deceased )
)
**STEPHANIE TAM**, in her own right as the )
Sister of **MAURITA TAM**, Deceased )
)
**SEVERINO Y. TAMAYO, SR.**, in his own right )
as the Father of **HECTOR R. TAMAYO**, )
Deceased )
)
**SEVERINO ROGAN TAMAYO, JR.**, in his )
own right as the Brother of **HECTOR R.** )
**TAMAYO**, Deceased )
)
**LUTHER ROGAN TAMAYO**, in his own right )
as the Brother of **HECTOR R. TAMAYO**, )
Deceased )
)
**ELNA R. TAMAYO-PRADO**, in her own right )
as the Sister of **HECTOR R. TAMAYO**, )
Deceased )
)
**EVANGELINE R. TAMAYO-IGUINA**, in her )
own right as the Sister of **HECTOR R.** )
**TAMAYO**, Deceased )
)
**SHEILA R. TAMAYO-PUNZALAN**, in her )
own right as the Sister of **HECTOR R.** )
**TAMAYO**, Deceased )
)
**EVELYN MERCENE TAMAYO**, in her own )
right as the Wife of **HECTOR R. TAMAYO**, )
Deceased )
)
**JULIAN M. TAMAYO**, in her own right as the )
Daughter of **HECTOR R. TAMAYO**, Deceased )

211

**JAMES W. TAMUCCIO, SR.**, in his own right
as the Father of **MICHAEL ANDRE
TAMUCCIO**, Deceased

**PATRICIA E. TAMUCCIO**, in her own right as
the Mother of **MICHAEL ANDRE
TAMUCCIO**, Deceased

**JAMES W. TAMUCCIO, II**, in his own right as
the Brother of **MICHAEL ANDRE
TAMUCCIO**, Deceased

**DANA M. TAMUCCIO**, in her own right as the
Sister of **MICHAEL ANDRE TAMUCCIO**,
Deceased

**DIANE TAORMINA**, in her own right, on behalf
of the Minor Children, and as the Representative
of the **ESTATE OF DENNIS G. TAORMINA,
JR.**, Deceased

**KENNETH T. TARANTINO**, in his own right
as the Father of **KENNETH J. TARANTINO**,
Deceased

**THERESA TARANTINO**, in her own right as
the Mother of **KENNETH J. TARANTINO**,
Deceased

**VICTORIA J. MELONE**, in her own right as the
Sister of **KENNETH J. TARANTINO**, Deceased

**TIMOTHY J. TARPEY**, in his own right as an
Injured Party

**GIGI T. HINTZ**, in her own right as the Sister of
**MICHAEL C. TARROU**, Deceased

**DEMETRA T. LUMIA**, in her own right as the
Sister of **MICHAEL C. TARROU**, Deceased

**CHARLES J. TARROU**, in his own right as the
Brother of **MICHAEL C. TARROU**, Deceased

**JAMES TARROU**, in his own right as the Father
of **MICHAEL C. TARROU**, Deceased

**PATRICIA P. TARROU**, in her own right as the
Mother of **MICHAEL C. TARROU**, Deceased

**SARAH TAYLOR**, in her own right and as the
Representative of the **ESTATE OF DONNIE B.**

212

TAYLOR, SR., Deceased )
)
DONNIE B. TAYLOR, JR., in his own right as )
the Son of DONNIE B. TAYLOR, SR., )
Deceased )
)
HAVERGAIL TAYLOR, in her own right as an )
Injured Party )
)
MARY KAYE CRENSHAW, in her own right )
and as the Representative of the ESTATE OF )
MICHAEL TAYLOR, Deceased )
)
JAMES H. TAYLOR, in his own right as the )
Father of MICHAEL TAYLOR, Deceased )
)
CLARA S. TAYLOR, in her own right as the )
Mother of MICHAEL TAYLOR, Deceased )
)
JAMES J. TAYLOR, in his own right as the )
Brother of MICHAEL TAYLOR, Deceased )
)
KATHRYN TAYLOR TEARE, in her own right )
as the Sister of MICHAEL TAYLOR, Deceased )
)
GERALDINE TEIXEIRA, in her own right as )
an Injured Party )
)
MICHAEL A. TELESCA, in his own right as an )
Injured Party )
)
DOROTHY TEMPESTA, in her own right as )
the Mother of ANTHONY TEMPESTA, )
Deceased )
)
CLIFFORD D. TEMPESTA, in his own right as )
the Father of ANTHONY TEMPESTA, )
Deceased )
)
ANA TEMPESTA, in her own right and as the )
Representative of the ESTATE OF ANTHONY )
TEMPESTA, Deceased )
)
MICHAEL TEMPESTA, in his own right as the )
Brother of ANTHONY TEMPESTA, Deceased )
)
CLIFFORD TEMPESTA, in his own right as )
the Brother of ANTHONY TEMPESTA, )
Deceased )
)
ROSALYN TEMPLE, in her own right and as )
the Representative of the ESTATE OF )
DOROTHY TEMPLE, Deceased )

213

**JACKLYN TEMPLE**, in her own right as the
Sister of **DOROTHY TEMPLE**, Deceased )

**LARRY TEMPLE**, in his own right as the
Brother of **DOROTHY TEMPLE**, Deceased )

**WILLIE TEMPLE**, in his own right as the
Brother of **DOROTHY TEMPLE**, Deceased )

**LOUIS TEMPLE**, in his own right as the Brother )
of **DOROTHY TEMPLE**, Deceased )

**BRITT EHNAR**, in her own right as the Mother )
of **DAVID TENGELIN**, Deceased )

**PATRIC TENGELIN**, in his own right as the
Brother of **DAVID TENGELIN**, Deceased )

**PETRA EHNAR**, in her own right as the Sister )
of **DAVID TENGELIN**, Deceased )

**BIDIAWATTIE TEWARI**, in her own right as )
an Injured Party )

**RECIDE THOMAS**, in her own right as an )
Injured Party )

**LUCY E. THOMPSON**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF CLIVE** )
**THOMPSON**, Deceased )

**KEITH B. THOMPSON**, in his own right as the )
Brother of **CLIVE THOMPSON**, Deceased )

**DENISE THOMPSON**, in her own right as an )
Injured Party )

**DENNIS THOMSON**, in his own right as an )
Injured Party )

**KAI THOMPSON**, in her own right, on behalf of )
the Minor Child, and as Representative of the )
**ESTATE OF GLENN THOMPSON**, Deceased )

**SUSAN T. BURGHOUWT**, in her own right as )
the Sister of **ERIC R. THORPE**, Deceased )

**MARILYN W. THORPE**, in her own right as )
the Mother of **ERIC R. THORPE**, Deceased )

**RAYMOND R. THORPE**, in his own right as )

214

the Father of **ERIC R. THORPE**, Deceased )
)
**MAUREEN TIERI**, in her own right and on )
behalf of the Minor Children of **SALVATORE** )
**TIERI**, Deceased )
)
**MARY E. DIGIACOMO**, in her own right as the )
Sister of **JOHN P. TIERNEY**, Deceased )
)
**JEANNE NEUMEYER**, in her own right as the )
Sister of **JOHN P. TIERNEY**, Deceased )
)
**HELEN TIERNEY**, in her own right as the )
Mother of **JOHN P. TIERNEY**, Deceased )
)
**JOHN TIERNEY**, in his own right and as the )
Representative of the **ESTATE OF JOHN P.** )
**TIERNEY**, Deceased )
)
**THOMAS TIERNEY**, in his own right as the )
Brother of **JOHN P. TIERNEY**, Deceased )
)
**LINDA TIESTE**, in her own right as the Sister of )
**WILLIAM R. TIESTE**, Deceased )
)
**DEBRA ANNE TIESTE**, in her own right and as )
the Representative of the **ESTATE OF** )
**WILLIAM R. TIESTE**, Deceased )
)
**KAREN DALLAVALLE**, in her own right as the )
Fiancé of **KENNETH F. TIETJEN**, Deceased )
)
**CINDY TIETJEN**, in her own right as the Sister )
of **KENNETH F. TIETJEN**, Deceased )
)
**JANICE TIETJEN**, in her own right as the )
Mother of **KENNETH F. TIETJEN**, Deceased )
)
**KENNETH A. TIETJEN**, in his own right as the )
Father of **KENNETH F. TIETJEN**, Deceased )
)
**LAURIE TIETJEN**, in her own right and as the )
Representative of the **ESTATE OF KENNETH** )
**F. TIETJEN**, Deceased )
)
**KATHLEEN M. TIGHE**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF STEPHEN** )
**E. TIGHE**, Deceased )
)
**TIMOTHY J. TIGHE**, in his own right as the )
Brother of **STEPHEN E. TIGHE**, Deceased )
)

215

**ROBERTA L. SHEA**, in her own right as the
Sister of **STEPHEN E. TIGHE**, Deceased                )
)
)
**JANE M. O'DEA**, in her own right as the Sister   )
of **STEPHEN E. TIGHE**, Deceased                       )
)
)
**JAMES H. TIGHE**, in his own right as the          )
Brother of **STEPHEN E. TIGHE**, Deceased           )
)
)
**KRISTINE TIMMES**, in her own right, on          )
behalf of the Minor Child, and as the                    )
Representative of the **ESTATE OF SCOTT**          )
**CHARLES TIMMES**, Deceased                          )
)
)
**RICHARD TIPALDI**, in his own right as the       )
Father of **ROBERT TIPALDI**, Deceased             )
)
)
**ARLENE M. TIPPING**, in her own right as the    )
Mother of **JOHN J. TIPPING, II**, Deceased        )
)
)
**JOHN J. TIPPING**, in his own right as the         )
Father of **JOHN J. TIPPING, II**, Deceased         )
)
)
**MARINA UGARTE TIRADO**, in her own right )
as the Sister of **HECTOR LUIS TIRADO, JR.**,      )
Deceased                                                                )
)
)
**ANGEL TIRADO**, in his own right and as the      )
Representative of the **ESTATE OF HECTOR**        )
**LUIS TIRADO, JR.**, Deceased                           )
)
)
**ROBERTO TIRADO**, in his own right as the       )
Son of **HECTOR LUIS TIRADO, JR.**,                 )
Deceased                                                                )
)
)
**SHENEQUE B. JACKSON TIRADO**, in her       )
own right as the Wife of **HECTOR LUIS**            )
**TIRADO, JR.**, Deceased                                   )
)
)
**BEVERLY J. TITUS**, in her own right and as the )
Representative of the **ESTATE OF ALICIA**         )
**NICOLE TITUS**, Deceased                               )
)
)
**JOHN L. TITUS**, in his own right as the Father   )
of **ALICIA NICOLE TITUS**, Deceased               )
)
)
**MICHAEL K. TOBIN**, in his own right as an     )
Injured Party                                                           )
)
)
**SALVATORE S. TORCIVIA**, in his own right    )
as an Injured Party                                                   )
)
)
**JOHNNY TORRES**, in his own right as an        )

216

Injured Party )
)
**LOUIS TORRES**, in his own right as an Injured )
Party )
)
**MARTIN TOYEN**, in his own right and as the )
Representative of the **ESTATE OF AMY E.** )
**TOYEN**, Deceased )
)
**WILLIAM TRACY**, in his own right as an )
Injured Party )
)
**HADIDJATOU TRAORE**, in her own right as )
the Wife of **ABDOUL KARIM TRAORE**, )
Deceased )
)
**JOHN TREGLIA**, in his own right as an Injured )
Party )
)
**SHARON B. SCHULTZ**, in her own right and as )
the Representative of the **ESTATE OF** )
**KARAMO TRERRA**, Deceased )
)
**JOSEPH M. TREZZA**, in his own right as an )
Injured Party )
)
**ALFRED TRINIDAD**, in his own right as an )
Injured Party )
)
**ROBERT TRINIDAD**, in his own right as the )
Brother of **MICHAEL A. TRINIDAD**, Deceased )
)
**BRENDA TRINIDAD**, in her own right as the )
Sister of **MICHAEL A. TRINIDAD**, Deceased )
)
**JEANETTE TRINIDAD RZEK**, in her own )
right as the Sister of **MICHAEL A. TRINIDAD**, )
Deceased )
)
**CAROL PAYNE**, in her own right as the Sister )
of **MICHAEL A. TRINIDAD**, Deceased )
)
**DENISE TRINIDAD**, in her own right as the )
Sister of **MICHAEL A. TRINIDAD**, Deceased )
)
**JANE TRINIDAD HENNES**, in her own right as )
the Sister of **MICHAEL A. TRINIDAD**, )
Deceased )
)
**BETTY ANDRADE**, in her own right as the )
Sister of **MICHAEL A. TRINIDAD**, Deceased )
)
**MILLIE CASERES-SCHIFANO**, in her own )

right as the Sister of **MICHAEL A. TRINIDAD**, )
Deceased )
)
**MONIQUE PADILLA-FERRER**, in her own )
right and as the Representative of the **ESTATE** )
**OF MICHAEL A. TRINIDAD**, Deceased )
)
**DOUGLAS TRIPKEN**, in his own right as an )
Injured Party )
)
**MICHAEL TRIPPTREE**, in his own right as an )
Injured Party )
)
**LOUIS M. TROISI**, in his own right as an )
Injured Party )
)
**STANLEY TROJANOWSKI**, in his own right )
as an Injured Party )
)
**GEORGE TROST**, in his own right and as the )
Representative of the **ESTATE OF GREGORY** )
**J. TROST**, Deceased )
)
**JEANNE TROST**, in her own right as the Sister )
of **GREGORY J. TROST**, Deceased )
)
**MARIE TROST**, in her own right as the Mother )
of **GREGORY J. TROST**, Deceased )
)
**LAWRENCE M. TROY**, in his own right as an )
Injured Party )
)
**JUDY S. TROY**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF WILLIE A. TROY**, Deceased )
)
**RENEE M. TROY**, in her own right as the )
Daughter of **WILLIE A. TROY**, Deceased )
)
**DELL TRUAX**, in his own right as an Injured )
Party )
)
**KEVIN M. TULLY**, in his own right as an )
Injured Party )
)
**STEVEN TURILLI**, in his own right as an )
Injured Party )
)
**JOHN RICHARD TURNER**, in his own right as )
the Father of **SIMON JAMES TURNER**, )
Deceased )
)
**JOSEPH A. TURSI**, in his own right as an )

218

Injured Party )
)
**ANTONINA TUTKAJ**, in her own right as an )
Injured Party )
)
**JOHN M. TYSON**, in his own right as an Injured )
Party )
)
**STAMATIOS K. TZEMIS**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**JENNIFER LYNN TZEMIS**, Deceased )
)
**NANCY D. TZEMIS**, in her own right and as the )
Co-Representative of the **ESTATE OF** )
**JENNIFER LYNN TZEMIS**, Deceased )
)
**SOPHIA TZEMIS**, in her own right as the Sister )
of **JENNIFER LYNN TZEMIS**, Deceased )
)
**NICOLE TZEMIS**, in her own right as the Sister )
of **JENNIFER LYNN TZEMIS**, Deceased )
)
**NOSA E. UGIAGBE**, in his own right as an )
Injured Party )
)
**ANNE MARIE VACCACIO**, in her own right )
and as the Representative of the **ESTATE OF** )
**JOHN DAMIEN VACCACIO**, Deceased )
)
**JAMES R. VACCACIO**, in his own right as the )
Father of **JOHN DAMIEN VACCACIO**, )
Deceased )
)
**CHRISTOPHER J. VACCACIO**, in his own )
right as the Brother of **JOHN DAMIEN** )
**VACCACIO**, Deceased )
)
**DONALD J. VADAS**, in his own right and as the )
Representative of the **ESTATE OF BRADLEY** )
**H. VADAS**, Deceased )
)
**CARMEN GARCIA**, in her own right and as the )
Representative of the **ESTATE OF FELIX** )
**VALE**, Deceased )
)
**CARMEN GARCIA**, in her own right and as the )
Representative of the **ESTATE OF IVAN** )
**VALE**, Deceased )
)
**GISELA VALENCIA**, in her own right as an )
Injured Party )
)
**GRISSEL RODRIGUEZ VALENTIN**, in her )

own right and on behalf of the Minor Children of )
**BENITO VALENTIN**, Deceased )
)
**DENNIS J. VALENTIN**, in his own right as an )
Injured Party )
)
**ANGELA VALENTIN**, in her own right as the )
Wife of **DENNIS J. VALENTIN**, an Injured )
Party )
**HILDA VALENTINE**, in her own right as an )
Injured Party )
)
**ROBERT VAN HOUTEN**, in his own right as an )
Injured Party )
)
**M. RITA VAN LAERE**, in her own right and as )
the Representative of the **ESTATE OF DANIEL** )
**MAURICE VAN LAERE**, Deceased )
)
**PAUL VAN LAERE**, in his own right as the )
Brother of **DANIEL MAURICE VAN LAERE**, )
Deceased )
)
**RITA M. WILEY**, in her own right as the Sister )
of **DANIEL MAURICE VAN LAERE**, )
Deceased )
)
**JACQUELINE VAN LAERE HAYES**, in her )
own right as the Sister of **DANIEL MAURICE** )
**VAN LAERE**, Deceased )
)
**CHERYL RINBRAND**, in her own right as the )
Fiancé of **DANIEL MAURICE VAN LAERE**, )
Deceased )
)
**WILLIAM C. VAN NAME**, in his own right as )
an Injured Party )
)
**BRUCE J. VAN NOSDALL**, in his own right as )
an Injured Party )
)
**ANTHONY VANACORE**, in his own right as an )
Injured Party )
)
**EILEEN VARACCHI**, in her own right and as )
Representative of the **ESTATE OF** )
**FREDERICK VARACCHI**, Deceased )
)
**SRINIVASA VARADHAN**, in his own right and )
as Representative of the **ESTATE OF** )
**GOPALAKRISHNAN VARADHAN**, Deceased )
)
**VASUNDARA VARADHAN**, in her own right )

as the Mother of **GOPALAKRISHNAN
VARADHAN**, Deceased )
)
)

**ROBERT VARESE, JR.,** in his own right as an )
Injured Party )
)

**ROSA CAICEDO**, in her own right and on )
behalf of the Minor Children of **DAVID** )
**VARGAS**, Deceased )
)

**ELOISA RODRIGUEZ**, in her own right and as )
the Representative of the **ESTATE OF AZAEL** )
**VASQUEZ**, Deceased )
)

**YUNI VASQUEZ**, in his own right as an Injured )
Party )
)

**MELISSA VAZQUEZ**, in her own right as the )
Daughter of **ARCANGEL VAZQUEZ**, Deceased )
)

**AL VEGA**, in his own right as an Injured Party )
)

**EMMANUEL VEGA**, in his own right as an )
Injured Party )
)

**CONSUELO VELAZQUEZ**, in her own right )
and as the Representative of the **ESTATE OF** )
**JORGE VELAZQUEZ**, Deceased )
)

**CHARLES VELLA,** in his own right as an )
Injured Party )
)

**JAMES A. VELLA**, in his own right as an )
Injured Party )
)

**LISA VENTURA**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF ANTHONY VENTURA**, )
Deceased )
)

**NELLIE VERDEJO**, in her own right as an )
Injured Party )
)

**CATHERINE PEDERSEN**, in her own right and )
as the Representative of the **ESTATE OF** )
**LORETTA A. VERO**, Deceased )
)

**JOHN VERRENGIA**, in his own right as an )
Injured Party )
)

**GARY VIALONGA**, in his own right and as the )
Representative of the **ESTATE OF** )
**CHRISTOPHER VIALONGA**, Deceased )

221

**KATHERINE VIALONGA**, in her own right as
the Mother of **CHRISTOPHER VIALONGA**,
Deceased

**JILL ROBIN VICARIO**, in her own right, on
behalf of the Minor Child, and as the
Representative of the **ESTATE OF ROBERT
ANTHONY VICARIO**, Deceased

**KATHY VIGGIANO**, in her own right as the
Wife of **JOSEPH VIGGIANO**, Deceased

**ELLEN B. VIGNOLA**, in her own right and as
the Representative of the **ESTATE OF FRANK
J. VIGNOLA, JR.**, Deceased

**FRANCES VIGNOLA**, in her own right as the
Mother of **FRANK J. VIGNOLA, JR.**, Deceased

**JAMES A. VIGNOLA**, in his own right as the
Brother of **FRANK J. VIGNOLA, JR.**, Deceased

**DIANE ANTOLOS**, in her own right as the
Sister of **FRANK J. VIGNOLA, JR.**, Deceased

**DIANE BRAITSCH**, in her own right as the
Sister of **JOSEPH B. VILARDO**, Deceased

**MARGARET MAHON**, in her own right as the
Sister of **JOSEPH B. VILARDO**, Deceased

**ANTIONETTE VILARDO**, in her own right as
the Mother of **JOSEPH B. VILARDO**, Deceased

**BENEDICT VILARDO**, in his own right as the
Father of **JOSEPH B. VILARDO**, Deceased

**JANET VILARDO**, in her own right as the Sister
of **JOSEPH B. VILARDO**, Deceased

**DELIA VILLANUEVA**, in her own right and as
the Representative of the **ESTATE OF SERGIO
GABRIEL VILLANUEVA**, Deceased

**TANYA VILLANUEVA**, in her own right as the
Fiancé of **SERGIO GABRIEL VILLANUEVA**,
Deceased

**STEVE VILLANUEVA**, in his own right as the
Brother of **SERGIO GABRIEL
VILLANUEVA**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**MARIA SUAREZ**, in her own right as the Sister )
of **SERGIO GABRIEL VILLANUEVA**, )
Deceased )
)
**TIMOTHY VILLARI**, in his own right as an )
Injured Party )
)
**DOMINICK VINCENTI**, in his own right as an )
Injured Party )
)
**BRYAN VIOLETTO**, in his own right as an )
Injured Party )
)
**MARIE VISCIANO**, in her own right and as the )
Representative of the **ESTATE OF JOSEPH** )
**GERARD VISCIANO**, Deceased )
)
**JASON VISCIANO**, in his own right as the )
Brother of **JOSEPH GERARD VISCIANO**, )
Deceased )
)
**ROBERT VISCIANO**, in his own right as the )
Brother of **JOSEPH GERARD VISCIANO**, )
Deceased )
)
**FRANK VISCIANO**, in his own right as the )
Father of **JOSEPH GERARD VISCIANO**, )
Deceased )
)
**INA WEINTRAUB**, in her own right as the )
Fiancé of **JOSHUA S. VITALE**, Deceased )
)
**SUSAN R. ROSEN**, in her own right and as the )
Representative of the **ESTATE OF JOSHUA S.** )
**VITALE**, Deceased )
)
**DARLENE HELEN VOLLENBERG**, in her )
own right as an Injured Party )
)
**BRIAN VOOS**, in his own right as an Injured )
Party )
)
**IRMA VUKOSA**, in her own right as the Mother )
of **ALFRED VUKOSA**, Deceased )
)
**SHIRIMATTIE VUKOSA**, in her own right as )
the Wife of **ALFRED VUKOSA**, Deceased )
)
**SIME VUKOSA**, in his own right as the Father )
of **ALFRED VUKOSA**, Deceased )
)
**SONJA VUKOSA**, in her own right as the Sister )
of **ALFRED VUKOSA**, Deceased )

**PAUL W. WACHTLER**, in his own right and as the Representative of the **ESTATE OF GREGORY KAMAL BRUNO WACHTLER**, Deceased

**NASSIMA M. WACHTLER**, in her own right as the Mother of **GREGORY KAMAL BRUNO WACHTLER**, Deceased

**EDWARD WAGNER**, in his own right as an Injured Party

**MICKEY WALKER**, in his own right as an Injured Party

**NOREEN V. MCDONOUGH**, in her own right as the Fiancé of **MITCHEL SCOTT WALLACE**, Deceased

**CHRISLAN FULLER MANUEL**, as the Representative of the **ESTATE OF META L. WALLER**, Deceased

**JAMES J. WALSH**, in his own right and as the Representative of the **ESTATE OF BARBARA P. WALSH**, Deceased

**ALLISON A. DIMARZIO**, in her own right as the Daughter of **BARBARA P. WALSH**, Deceased

**JENNIFER L. LANDSTROM**, in her own right as the Daughter of **BARBARA P. WALSH**, Deceased

**JEFFREY M. WALSH**, in his own right as the Son of **BARBARA P. WALSH**, Deceased

**JAMES J. WALSH, JR.**, in his own right as the Son of **BARBARA P. WALSH**, Deceased

**KERRY M. WALSH**, in his own right as an Injured Party

**RAYMOND G. WALZ**, in his own right as the Father of **JEFFREY P. WALZ**, Deceased

**JENNIE WALZ**, in her own right as the Mother of **JEFFREY P. WALZ**, Deceased

**RAYMOND E. WALZ**, in his own right as the Brother of **JEFFREY P. WALZ**, Deceased

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**KAREN CIACCIO**, in her own right as the Sister of **JEFFREY P. WALZ**, Deceased

**RANI DEBORAH WALZ**, in her own right as the Wife of **JEFFREY P. WALZ**, Deceased

**WEN SHI**, in her own right and as the Representative of the **ESTATE OF WEIBIN WANG**, Deceased

**DENIS A. WARCHOLA**, in his own right and as the Representative of the **ESTATE OF MICHAEL WARCHOLA**, Deceased

**CECIL R. WARD**, in his own right as an Injured Party

**FRANK J. WARD**, in his own right as an Injured Party

**MARION M. WARD**, in her own right as an Injured Party

**GORDON M. WARD**, in his own right as the Father of **STEPHEN GORDON WARD**, Deceased

**VICTORIA RANDALL**, in her own right as the Mother of **STEPHEN GORDON WARD**, Deceased

**KENNETH R. WARD**, in his own right as the Brother of **STEPHEN GORDON WARD**, Deceased

**KATHRYN A. GRAHAM**, in her own right as the Sister of **STEPHEN GORDON WARD**, Deceased

**SUSAN MOORE**, in her own right as the Sister of **STEPHEN GORDON WARD**, Deceased

**DOYLE RAYMOND WARD**, in his own right and as the Representative of the **ESTATE OF TIMOTHY RAY WARD**, Deceased

**MARIA A. WARING**, in her own right and as the Representative of the **ESTATE OF JAMES A. WARING**, Deceased

**THOMAS A. WARKENTHIEN**, in his own right as an Injured Party

225

**CYNTHIA WARREN**, in her own right as an
Injured Party

**WAYNE WARREN**, in his own right as an
Injured Party

**EARNEST WASHINGTON, JR.**, in his own
right as the Father of **DERRICK
CHRISTOPHER WASHINGTON**, Deceased

**LETTIE WASHINGTON**, in her own right as
the Mother of **DERRICK CHRISTOPHER
WASHINGTON**, Deceased

**KEISHA WASHINGTON**, in her own right as
the Wife of **DERRICK CHRISTOPHER
WASHINGTON**, Deceased

**BRANDON WASHINGTON**, in his own right as
the Brother of **DERRICK CHRISTOPHER
WASHINGTON**, Deceased

**TRACEY WASHINGTON**, in his own right as
the Brother of **DERRICK CHRISTOPHER
WASHINGTON**, Deceased

**BARBARA WATERS**, in her own right and as
the Representative of the **ESTATE OF
CHARLES WATERS**, Deceased

**KAREN SMART**, in her own right and as the
Representative of the **ESTATE OF JAMES
THOMAS WATERS, JR.**, Deceased

**JOANNE WATERS**, in her own right as the
Mother of **JAMES THOMAS WATERS, JR.**,
Deceased

**KRISTOPHER T. WATERS**, in his own right as
the Brother of **JAMES THOMAS WATERS,
JR.**, Deceased

**JANICE WATERS**, in her own right and on
behalf of the Minor Children of **PATRICK J.
WATERS**, Deceased

**MICHAEL A. WEAVER, SR.**, in his own right
as an Injured Party

**MORTON WEINBERG**, in his own right and as
the Representative of the **ESTATE OF
MICHAEL T. WEINBERG**, Deceased

226

**MARY P. WEINBERG**, in her own right as the
Mother of **MICHAEL T. WEINBERG**,
Deceased

**JOHN WEINBERG**, in his own right as the
Brother of **MICHAEL T. WEINBERG**,
Deceased

**PATRICIA GAMBINO**, in her own right as the
Sister of **MICHAEL T. WEINBERG**, Deceased

**LEONARD WEINBERG**, in his own right as the
Father of **STEVEN WEINBERG**, Deceased

**MARILYN WEINBERG**, in her own right as the
Mother of **STEVEN WEINBERG**, Deceased

**PAUL WEINBERG**, in his own right as the
Brother of **STEVEN WEINBERG**, Deceased

**WILLIAM G. WEINERT**, in his own right as an
Injured Party

**KATHLYN CARRIKER**, in her own right and
as the Representative of the **ESTATE OF
STEVEN GEORGE WEINSTEIN**, Deceased

**JAMES S. WEISENBURGER, JR.**, in his own
right as an Injured Party

**JOAN WEISS PROWLER**, in her own right as
the Mother of **DAVID MARTIN WEISS**,
Deceased

**BARRY WEISS**, in his own right as the Brother
of **DAVID MARTIN WEISS**, Deceased

**KARLA WEISS**, in her own right and as the
Representative of the **ESTATE OF DAVID
MARTIN WEISS**, Deceased

**MICHELE WEISS-LITTLE**, in her own right as
the Sister of **DAVID MARTIN WEISS**,
Deceased

**CHARLES WELLS**, in his own right and as Co-
Representative of the **ESTATE OF VINCENT MICHAEL
WELLS**, Deceased

**JULIA WELLS**, in her own right and as the Co-
Representative of the **ESTATE OF VINCENT
MICHAEL WELLS**, Deceased

227

**ADELE WELTY**, in her own right as the Mother
of **TIMOTHY WELTY**, Deceased

**SHUN-FA WEN**, in his own right as the Father
of **SSU-HUI WEN**, Deceased

**SHU-NU CHEN**, in her own right as the Mother
of **SSU-HUI WEN**, Deceased

**YUN-JU WEN**, in her own right and as the
Representative of the **ESTATE OF SSU-HUI
WEN**, Deceased

**JAMES M. WERNER**, in his own right as an
Injured Party

**MATTHEW PETER WEST**, in his own right as
the Son of **PETER MATTHEW WEST**,
Deceased

**EILEEN K. WEST**, in her own right and as the
Representative of the **ESTATE OF PETER
MATTHEW WEST**, Deceased

**MEREDITH W. NELSON**, in her own right as
the Daughter of **PETER MATTHEW WEST**,
Deceased

**GREGORY J. WEST**, in his own right as the
Brother of **PETER MATTHEW WEST**,
Deceased

**ARTHUR H. WEST, JR.**, in his own right as the
Brother of **PETER MATTHEW WEST**,
Deceased

**VINCENT M. WEST**, in his own right as the
Brother of **PETER MATTHEW WEST**,
Deceased

**CATHERINE C. MCLAUGHLIN**, in her own
right as the Sister of **PETER MATTHEW
WEST**, Deceased

**MARY LOUISE BALL**, in her own right as the
Sister of **PETER MATTHEW WEST**, Deceased

**REGINA W. TOWNSEND**, in her own right as
the Sister of **PETER MATTHEW WEST**,
Deceased

**KEVIN WHALEN**, in his own right as an Injured

228

Party )
)
**PATRICIA J. WHALEN**, in her own right and )
as the Representative of the **ESTATE OF** )
**MEREDITH LYNN WHALEN**, Deceased )
)
**KRISTEN E. WHALEN**, in her own right as the )
Sister of **MEREDITH LYNN WHALEN**, )
Deceased )
)
**PAUL A. WHALEN**, in his own right as an )
Injured Party )
)
**BRENDAN WHELAN**, in his own right as an )
Injured Party )
)
**ALFRED L. WHELAN, SR.**, in his own right )
and as the Representative of the **ESTATE OF** )
**EUGENE MICHAEL WHELAN**, Deceased )
)
**JOAN A. WHELAN**, in her own right as the )
Mother of **EUGENE MICHAEL WHELAN**, )
Deceased )
)
**MICHAEL J. WHITE**, in her own right and as )
the Representative of the **ESTATE OF JAMES** )
**PATRICK WHITE**, Deceased )
)
**ALPHONSE J. WHITE**, in his own right as the )
Father of **JAMES PATRICK WHITE**, Deceased )
)
**JOAN A. WHITE**, in her own right as the )
Mother of **JAMES PATRICK WHITE**, )
Deceased )
)
**CATHERINE C. WHITE**, in her own right as )
the Wife of **KENNETH W. WHITE**, Deceased )
)
**THOMAS WHITE**, in his own right as the )
Brother of **KENNETH W. WHITE**, Deceased )
)
**ELAINE CLANCY**, in her own right as the )
Sister of **KENNETH W. WHITE**, Deceased )
)
**LAURA J. KENNY**, in her own right as the )
Sister of **KENNETH W. WHITE**, Deceased )
)
**ELIZABETH ALVERSON**, in her own right as )
the Sister of **KENNETH W. WHITE**, Deceased )
)
**ALLISON VADHAN**, in her own right and as the )
Representative of the **ESTATE OF KRISTIN** )
**WHITE-GOULD**, Deceased )

229

**RENEE WHITFORD**, in her own right, on
behalf of the Minor Children, and as the
Representative of the **ESTATE OF MARK P.
WHITFORD**, Deceased

**ROGER WHITFORD**, in his own right as the
Father of **MARK P. WHITFORD**, Deceased

**CAROL WHITFORD**, in her own right as the
Mother of **MARK P. WHITFORD**, Deceased

**DENNIS WHITFORD**, in his own right as the
Brother of **MARK P. WHITFORD**, Deceased

**CHRISTOPHER WHITFORD**, in his own right
as the Brother of **MARK P. WHITFORD**,
Deceased

**LISA A. WALKER**, in her own right as the
Sister of **MARK P. WHITFORD**, Deceased

**HORACE G. WHITTINGTON**, in his own right
as the Father of **LESLIE ANN
WHITTINGTON**, Deceased

**RUTH S. KOCH**, in her own right as the Mother
of **LESLIE ANN WHITTINGTON**, Deceased

**KIRK WHITTINGTON**, in his own right as the
Brother of **LESLIE ANN WHITTINGTON**,
Deceased

**SARA GUEST**, in her own right as the Sister of
**LESLIE ANN WHITTINGTON**, Deceased

**MICHAEL J. WHOLEY**, in his own right as the
Father of **MICHAEL T. WHOLEY**, Deceased

**MARGARET WHOLEY**, in her own right as the
Mother of **MICHAEL T. WHOLEY**, Deceased

**MARYANN MAVROGIAN**, in her own right as
the Sister of **MICHAEL T. WHOLEY**,
Deceased

**BERNADETTE WHOLEY**, in her own right as
the Sister of **MICHAEL T. WHOLEY**,
Deceased

**JENNIFER WHOLEY**, in her own right as the
Wife of **MICHAEL T. WHOLEY**, Deceased

230

**DIANE WHOLEY BUGGE**, in her own right as )
the Sister of **MICHAEL THOMAS WHOLEY**, )
Deceased )
)
**MARC WIEMAN**, in his own right and as the )
Representative of the **ESTATE OF MARY** )
**WIEMAN**, Deceased )
)
**DONALD S. WIENER**, in his own right as the )
Father of **JEFFREY DAVID WIENER**, )
Deceased )
)
**WILMA WIENER**, in her own right as the )
Mother of **JEFFREY DAVID WIENER**, )
Deceased )
)
**ROBIN K. WIENER**, in her own right as the )
Sister of **JEFFREY DAVID WIENER**, )
Deceased )
)
**STEVE WIESNER**, in his own right as an )
Injured Party )
)
**MICHAEL WILBUR**, in his own right as an )
Injured Party )
)
**RICHARD M. BORQUIST**, in his own right as )
the Brother of **ALISON M. WILDMAN**, )
Deceased )
)
**JILL K. SALADINO**, in her own right as the )
Sister of **ALISON M. WILDMAN**, Deceased )
)
**ARTHUR S. WILDMAN**, in his own right and )
as the Representative of the **ESTATE OF** )
**ALISON M. WILDMAN**, Deceased )
)
**ARTHUR S. WILDMAN, III**, in his own right )
as the Brother of **ALISON M. WILDMAN**, )
Deceased )
)
**JUNE M. WILDMAN**, in her own right as the )
Mother of **ALISON M. WILDMAN**, Deceased )
)
**ROBERT E. WILDMAN**, in his own right as the )
Brother of **ALISON M. WILDMAN**, Deceased )
)
**MARGARET E. WILKINSON**, in her own right )
and as the Representative of the **ESTATE OF** )
**GLENN E. WILKINSON**, Deceased )
)
**BENJAMIN WILLCHER**, in his own right as )
the Son of **ERNEST M. WILLCHER**, Deceased )

231

**JOEL WILLCHER**, in his own right as the Son )
of **ERNEST M. WILLCHER**, Deceased )

**SHIRLEY N. WILLCHER**, in her own right and )
as the Representative of the **ESTATE OF** )
**ERNEST M. WILLCHER**, Deceased )

**RONALD J. WILLETT**, in his own right and as )
the Representative of the **ESTATE OF JOHN** )
**CHARLES WILLETT**, Deceased )

**LUCILLE C. WILLETT**, in her own right as the )
Mother of **JOHN CHARLES WILLETT**, )
Deceased )

**BARBARA M. WILLIAMS**, in her own right as )
an Injured Party )

**SHERRI A. WILLIAMS**, in her own right and )
as the Representative of the **ESTATE OF** )
**CANDACE LEE WILLIAMS**, Deceased )

**CROSSLEY R. WILLIAMS, SR.**, in his own )
right and as the Representative of the **ESTATE** )
**OF CROSSLEY R. WILLIAMS, JR.**, Deceased )

**VALRIE M. WILLIAMS**, in her own right as )
the Mother of **CROSSLEY R. WILLIAMS, JR.**, )
Deceased )

**ROGER MIKE WILLIAMS**, in his own right )
and as the Co-Representative of the **ESTATE OF** )
**KEVIN M. WILLIAMS**, Deceased )

**PATRICIA WILLIAMS**, in her own right and as )
the Co-Representative of the **ESTATE OF** )
**KEVIN M. WILLIAMS**, Deceased )

**MARY WILLIAMSON**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF JOHN P.** )
**WILLIAMSON**, Deceased )

**ELIZABETH ANN PAYNE**, in her own right )
and as the Representative of the **ESTATE OF** )
**WILLIAM EBEN WILSON**, Deceased )

**MAUREEN R. HALVORSON**, in her own right )
as the Sister of **WILLIAM EBEN WILSON**, )
Deceased )

**JEANNE MCDERMOTT**, in her own right as )

the Sister of **WILLIAM EBEN WILSON**, )
Deceased )
)
**KENNETH WINKLER**, in his own right as an )
Injured Party )
)
**ELAINE WINUK**, in her own right as the )
Mother of **GLENN J. WINUK**, Deceased )
)
**JAY WINUK**, in his own right as the Brother of )
**GLENN J. WINUK**, Deceased )
)
**JEFF M. WINUK**, in his own right as the )
Brother of **GLENN J. WINUK**, Deceased )
)
**SEYMOUR WINUK**, in his own right as the )
Father of **GLENN J. WINUK**, Deceased )
)
**CAROL DIANE WISNIEWSKI**, in her own )
right, on behalf of the Minor Children, and as )
Representative of the **ESTATE OF FRANK** )
**THOMAS WISNIEWSKI**, Deceased )
)
**ARNOLD WITTENSTEIN**, in his own right and )
as the Co-Representative of the **ESTATE OF** )
**MICHAEL ROBERT WITTENSTEIN**, )
Deceased )
)
**CARYN HINSON**, in her own right and as the )
Co-Representative of the **ESTATE OF** )
**MICHAEL ROBERT WITTENSTEIN**, )
Deceased )
)
**BARBARA WITTENSTEIN**, in her own right as )
the Mother of **MICHAEL ROBERT** )
**WITTENSTEIN**, Deceased )
)
**JEFFREY WITTENSTEIN**, in his own right as )
the Brother of **MICHAEL ROBERT** )
**WITTENSTEIN**, Deceased )
)
**JOHN J. WOJCIK**, in his own right as an )
Injured Party )
)
**CLIFFORD WOLKEN**, in his own right as an )
Injured Party )
)
**PHIDIA WONG**, in her own right as an Injured )
Party )
)
**WILLIAM E. WOODLON**, in his own right as )
an Injured Party )
)

**JOHN F. WOODS, JR.**, in his own right and as the Co-Representative of the **ESTATE OF JAMES WOODS**, Deceased )

**JOYCE A. WOODS**, in her own right and as the Co-Representative of the **ESTATE OF JAMES WOODS**, Deceased )

**EILEEN J. WOODS**, in her own right as the Sister of **JAMES WOODS**, Deceased )

**PATRICK WOODS**, in his own right and as the Representative of the **ESTATE OF PATRICK WOODS**, Deceased )

**EILEEN WOODS**, in her own right as the Mother of **PATRICK WOODS**, Deceased )

**THOMAS WOODS**, in his own right as the Brother of **PATRICK WOODS**, Deceased )

**CHRIS WOODS**, in his own right as the Brother of **PATRICK WOODS**, Deceased )

**LINDA P. WOODWELL**, in her own right and as the Representative of the **ESTATE OF RICHARD H. WOODWELL**, Deceased )

**JOHN KNOWLES WOODWELL, III**, in his own right as the Brother of **RICHARD H. WOODWELL**, Deceased )

**PAMELA WOODWELL GEERDES**, in her own right as the Sister of **RICHARD H. WOODWELL**, Deceased )

**TIMOTHY E. WORKS**, in his own right as the Brother of **JOHN BENTLY WORKS**, Deceased )

**KAREN L. WORTLEY**, in her own right and as the Representative of the **ESTATE OF MARTIN WORTLEY**, Deceased )

**WILLIAM WOYTKIN**, in his own right as an Injured Party )

**MARTHA WRIGHT**, in her own right and as the Representative of the **ESTATE OF JOHN WAYNE WRIGHT, III**, Deceased )

**ROBERT E. WRIGHT**, in his own right as an Injured Party )

234

**WILLIAM K. WRIGHT**, in his own right as an
Injured Party

**GREGORY WYCKOFF**, in his own right as an
Injured Party

**LORRAINE YAMNICKY DIXON**, in her own
right as the Daughter of **JOHN DAVID
YAMNICKY, SR.**, Deceased

**JANET W. YAMNICKY**, in her own right as the
Wife of **JOHN DAVID YAMNICKY, SR.**,
Deceased

**AJITHA VEMULAPALLI**, in her own right as
the Wife of **SURESH YANAMADALA**,
Deceased

**RUI ZHENG**, in her own right and as the
Representative of the **ESTATE OF SHUYIN
YANG**, Deceased

**SHIDONG ZHENG**, in his own right as the Son
of **SHUYIN YANG**, Deceased

**TED YARNELL**, in his own right and as the
Representative of the **ESTATE OF MATTHEW
DAVID YARNELL**, Deceased

**MICHELE YARNELL**, in her own right as the
Mother of **MATTHEW DAVID YARNELL**,
Deceased

**JAY YASKULKA**, in his own right and as the
Representative of the **ESTATE OF MYRNA
YASKULKA**, Deceased

**HAL YASKULKA**, in his own right as the Son
of **MYRNA YASKULKA**, Deceased

**BRIAN YASKULKA**, in his own right as the Son
of **MYRNA YASKULKA**, Deceased

**ADELE PEARL**, in her own right as the Mother
of **MYRNA YASKULKA**, Deceased

**SHAWN PEARL**, in his own right as the Brother
of **MYRNA YASKULKA**, Deceased

**PHILIP PEARL**, in his own right as the Brother
of **MYRNA YASKULKA**, Deceased

<u>**IVAN PEARL**</u>, in his own right as the Brother of

235

**MYRNA YASKULKA**, Deceased )
)
**BONNIE SHIMEL**, in her own right as the Sister )
of **MYRNA YASKULKA**, Deceased )
)
**LORNA KAYE**, in her own right as the Sister of )
**MYRNA YASKULKA**, Deceased )
)
**INA STANLEY**, in her own right as the Sister of )
**MYRNA YASKULKA**, Deceased )
)
**JOHN D. YATES**, in his own right as an Injured )
Party )
)
**NEIL YELLEW**, in his own right as an Injured )
Party )
)
**KAH L. YEOH**, in his own right as an Injured )
Party )
)
**KIMBERLY G. YORK**, in her own right, on )
behalf of the Minor Children, and as the )
Representative of the **ESTATE OF EDWARD** )
**PHILIP YORK**, Deceased )
)
**CHRISTOPHER YOUNG**, in his own right as )
an Injured Party )
)
**DIANNE YOUNG**, in her own right as an Injured )
Party )
)
**FELICIA YOUNG**, in her own right and as the )
Representative of the **ESTATE OF DONALD** )
**MCARTHUR YOUNG**, Deceased )
)
**THOMAS H. YOUNG**, in his own right as an )
Injured Party )
)
**GEORGE A. ZAKHARY**, in his own right as )
the Son of **ADEL A. ZAKHARY**, Deceased )
)
**MEHASEN A. ZAKHARY**, in her own right as )
the Sister of **ADEL A. ZAKHARY**, Deceased )
)
**NADIA A. ZAKHARY**, in her own right as the )
Sister of **ADEL A. ZAKHARY**, Deceased )
)
**NAGAT H. ZAKHARY**, in her own right and as )
the Representative of the **ESTATE OF ADEL A.** )
**ZAKHARY**, Deceased )
)
**TALAT A. ZAKHARY**, in his own right as the )
Brother of **ADEL A. ZAKHARY**, Deceased )

236

**ROBERT ZAMPIERI**, in his own right and as the Representative of the **ESTATE OF ROBERT ALAN ZAMPIERI**, Deceased

**PATRICIA ZAMPIERI**, in her own right as the Mother of **ROBERT ALAN ZAMPIERI**, Deceased

**ANGELO ZECCA**, in his own right as an Injured Party

**JACK ZELMAN**, in his own right as the Father of **KENNETH ALBERT ZELMAN**, Deceased

**RUTH ZELMAN**, in her own right as the Mother of **KENNETH ALBERT ZELMAN**, Deceased

**BARRY ZELMAN**, in his own right as the Brother of **KENNETH ALBERT ZELMAN**, Deceased

**CARRIE BURLOCK**, in her own right as the Sister of **KENNETH ALBERT ZELMAN**, Deceased

**LEONARD ZEPLIN**, in his own right as the Father of **MARC SCOTT ZEPLIN**, Deceased

**LEONA ZEPLIN**, in her own right as the Mother of **MARC SCOTT ZEPLIN**, Deceased

**JOSLIN ZEPLIN**, in her own right as the Sister of **MARC SCOTT ZEPLIN**, Deceased

**RUI ZHENG**, in her own right and as the Representative of the **ESTATE OF YUGUANG ZHENG**, Deceased

**SHIDONG ZHENG**, in his own right as the Son of **YUGUANG ZHENG**, Deceased

**DENNIS ZIMMERMAN**, in his own right as an Injured Party

**ROSEMARIE C. MARTIE**, in her own right as the Sister of **SALVATORE J. ZISA**, Deceased

**SAUL ZUCKER**, in his own right as the Father of **ANDREW STEVEN ZUCKER**, Deceased

**SUE ZUCKER**, in her own right as the Mother of **ANDREW STEVEN ZUCKER**, Deceased

**STUART C. ZUCKER**, in his own right as the Brother of **ANDREW STEVEN ZUCKER**, Deceased )
)
)
)
)

**GAYLE MOSENSON**, in her own right as the Sister of **ANDREW STEVEN ZUCKER**, Deceased )
)
)
)
)

**CHERYL SHAMES**, in her own right as the Sister of **ANDREW STEVEN ZUCKER**, Deceased )
)
)
)
)

**PETER ZUK**, in his own right as an Injured Party )
)
)
)

**ALLA PLAKHT**, in her own right, on behalf of the Minor Child, and as the Representative of the **ESTATE OF IGOR ZUKELMAN**, Deceased )
)
)
)
)

**WIFE DOE # 01**, in her own right, on behalf of the Minor Children, and as the Representative of the **ESTATE OF DECEDENT DOE # 01**, Deceased )
)
)
)
)
)

**WIFE DOE # 02**, in her own right and as the Representative of the **ESTATE OF DECEDENT DOE # 02**, Deceased )
)
)
)

**WIFE DOE # 03**, in her own right and as the Co-Representative of the **ESTATE OF DECEDENT DOE # 03**, Deceased )
)
)
)

**WIFE DOE # 03**, in her own right and as the Co-Representative of the **ESTATE OF DECEDENT DOE # 03**, Deceased )
)
)
)

**CHILD DOE # 03**, in his own right as the Son of **DECEDENT DOE # 03**, Deceased )
)
)

**CHILD DOE # 03**, in his own right as the Son of **DECEDENT DOE # 03**, Deceased )
)
)

**CHILD DOE # 03**, in his own right as the Son of **DECEDENT DOE # 03**, Deceased )
)
)

**CHILD DOE # 03**, in his own right as the Son of **DECEDENT DOE # 03**, Deceased )
)
)

**CHILD DOE # 03**, in her own right as the Daughter of **DECEDENT DOE # 03**, Deceased )
)
)

**MOTHER DOE # 03**, in her own right as the _____ )

238

Mother of **DECEDENT DOE # 03**, Deceased )
)
**BROTHER DOE # 03**, in his own right as the )
Brother of **DECEDENT DOE # 03**, Deceased )
)
**BROTHER DOE # 03**, in his own right as the )
Brother of **DECEDENT DOE # 03**, Deceased )
)
**SISTER DOE # 03**, in her own right as the Sister )
of **DECEDENT DOE # 03**, Deceased )
)
**SISTER DOE # 03**, in her own right as the Sister )
of **DECEDENT DOE # 03**, Deceased )
)
**SISTER DOE # 03**, in her own right as the Sister )
of **DECEDENT DOE # 03**, Deceased )
)
**WIFE DOE # 04**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 04**, Deceased )
)
**WIFE DOE # 05**, in her own right as the Wife of )
**DECEDENT DOE # 05**, Deceased )
)
**FATHER DOE # 05**, in his own right as the )
Father of **DECEDENT DOE # 05**, Deceased )
)
**SISTER DOE # 05**, in her own right as the Sister )
of **DECEDENT DOE # 05**, Deceased )
)
**WIFE DOE # 06**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 06**, Deceased )
)
**WIFE DOE # 07**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 07**, Deceased )
)
**WIFE DOE # 08**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 08**, Deceased )
)
**FATHER DOE # 08**, in his own right as the )
Father of **DECEDENT DOE # 08**, Deceased )
)
**MOTHER DOE # 08**, in her own right as the )
Mother of **DECEDENT DOE # 08**, Deceased )
)
**SISTER DOE # 08**, in her own right as the Sister )
of **DECEDENT DOE # 08**, Deceased )
)
**SISTER DOE # 08**, in her own right as the Sister )
of **DECEDENT DOE # 08**, Deceased )

)
**MOTHER DOE # 09**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 09**, Deceased )
)
**FATHER DOE # 09**, in his own right as the )
Father of **DECEDENT DOE # 09**, Deceased )
)
**FATHER DOE # 10**, in his own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 10**, Deceased )
)
**MOTHER DOE # 10**, in her own right as the )
Mother of **DECEDENT DOE # 10**, Deceased )
)
**WIFE DOE # 11**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 11**, Deceased )
)
**FATHER DOE # 13**, in his own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 13**, Deceased )
)
**MOTHER DOE # 13**, in her own right as the )
Mother of **DECEDENT DOE # 13**, Deceased )
)
**BROTHER DOE # 13**, in his own right as the )
Brother of **DECEDENT DOE # 13**, Deceased )
)
**WIFE DOE # 14**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 14**, )
Deceased )
)
**MOTHER DOE # 15**, in her own right and as the )
Co-Representative of the **ESTATE OF** )
**DECEDENT DOE # 15**, Deceased )
)
**MOTHER DOE # 15**, in her own right and as the )
Co-Representative of the **ESTATE OF** )
**DECEDENT DOE # 15**, Deceased )
)
**FATHER DOE # 15**, in his own right as the )
Father of **DECEDENT DOE # 15**, Deceased )
)
**FATHER DOE # 15**, in his own right as the )
Father of **DECEDENT DOE # 15**, Deceased )
)
**BROTHER DOE # 15**, in his own right as the )
Brother of **DECEDENT DOE # 15**, Deceased )
)
**SISTER DOE # 16**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )

240

**DOE # 16**, Deceased )
)
**SISTER DOE # 16**, in her own right as the Sister )
of **DECEDENT DOE # 16**, Deceased )
)
**MOTHER DOE # 16**, in her own right as the )
Mother of **DECEDENT DOE # 16**, Deceased )
)
**BROTHER DOE # 16**, in his own right as the )
Brother of **DECEDENT DOE # 16**, Deceased )
)
**WIFE DOE # 17**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 17**, Deceased )
)
**CHILD DOE # 17**, in his own right as the Son of )
**DECEDENT DOE # 17**, Deceased )
)
**JOHN DOE # 18**, in his own right as an Injured )
Party )
)
**JANE DOE # 19**, in her own right as an Injured )
Party )
)
**WIFE DOE # 20**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 20**, Deceased )
)
**WIFE DOE # 21**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 21**, Deceased )
)
**WIFE DOE # 22**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 22**, )
Deceased )
)
**JOHN DOE # 23**, in his own right as an Injured )
Party )
)
**SPOUSE DOE # 23**, in her own right as the Wife )
of **JOHN DOE # 23**, an Injured Party )
)
**CHILD DOE # 23**, in his own right as the Son of )
**JOHN DOE # 23**, an Injured Party )
)
**CHILD DOE # 23**, in his own right as the Son of )
**JOHN DOE # 23**, an Injured Party )
)
**WIFE DOE # 24**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 24**, Deceased )
)

**CHILD DOE # 24**, in his own right as the Son of )
**DECEDENT DOE # 24**, Deceased )
    )

**CHILD DOE # 24**, in his own right as the Son of )
**DECEDENT DOE # 24**, Deceased )
    )

**EX-WIFE DOE # 25**, on behalf of the Minor )
Children of **DECEDENT DOE # 25**, Deceased )
    )

**FATHER DOE # 26**, in his own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 26**, Deceased )
    )

**WIFE DOE # 27**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 27**, Deceased )
    )

**CHILD DOE # 27**, in his own right as the Son of )
**DECEDENT DOE # 27**, Deceased )
    )

**CHILD DOE # 27**, in his own right as the Son of )
**DECEDENT DOE # 27**, Deceased )
    )

**JANE DOE # 28**, in her own right as an Injured )
Party )
    )

**FATHER DOE # 28**, in his own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 28**, Deceased )
    )

**MOTHER DOE # 28**, in her own right as the )
Mother of **DECEDENT DOE # 28**, Deceased )
    )

**SISTER DOE # 28**, in her own right as the Sister )
of **DECEDENT DOE # 28**, Deceased )
    )

**WIFE DOE # 29**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 29**, Deceased )
    )

**CHILD DOE # 29**, in his own right as the Son of )
**DECEDENT DOE # 29**, Deceased )
    )

**CHILD DOE # 29**, in her own right as the )
Daughter of **DECEDENT DOE # 29**, Deceased )
    )

**CHILD DOE # 29**, in his own right as the Son of )
**DECEDENT DOE # 29**, Deceased )
    )

**SISTER DOE # 30**, in her own right as the Sister )
of **DECEDENT DOE # 30**, Deceased )
    )

**MOTHER DOE # 30**, in her own right as the ____ )

242

Mother of **DECEDENT DOE # 30**, Deceased            )
)
**BROTHER DOE # 30**, in his own right as the        )
Brother of **DECEDENT DOE # 30**, Deceased           )
)
**SISTER DOE # 30**, in her own right as the Sister  )
of **DECEDENT DOE # 30**, Deceased                   )
)
**SISTER DOE # 31**, in her own right and as the     )
Representative of the **ESTATE OF DECEDENT**         )
**DOE # 31**, Deceased                               )
)
**BROTHER DOE # 31**, in his own right as the        )
Brother of **DECEDENT DOE # 31**, Deceased           )
)
**MOTHER DOE # 31**, in her own right as the         )
Mother of **DECEDENT DOE # 31**, Deceased            )
)
**FATHER DOE # 32**, in his own right and as the     )
Co-Representative of the **ESTATE OF**               )
**DECEDENT DOE # 32**, Deceased                      )
)
**MOTHER DOE # 32**, in her own right and as the     )
Co-Representative of the **ESTATE OF**               )
**DECEDENT DOE # 32**, Deceased                      )
)
**HUSBAND DOE # 33**, in his own right and as        )
the Representative of the **ESTATE OF**             )
**DECEDENT DOE # 33**, Deceased                      )
)
**WIFE DOE # 34**, in her own right, on behalf of    )
the Minor Children, and as the Co-Representative     )
of the **ESTATE OF DECEDENT DOE # 34**,              )
Deceased                                             )
)
**WIFE DOE # 34**, in her own right and as the Co-   )
Representative of the **ESTATE OF DECEDENT**         )
**DOE # 34**, Deceased                               )
)
**CHILD DOE # 34**, in her own right as the          )
Daughter of **DECEDENT DOE # 34**, Deceased          )
)
**SISTER DOE # 35**, in her own right as the Sister  )
of **DECEDENT DOE # 35**, Deceased                   )
)
**SISTER DOE # 36**, in her own right as the Sister  )
of **DECEDENT DOE # 36**, Deceased                   )
)
**SISTER DOE # 37**, in her own right as the Sister  )
of **DECEDENT DOE # 37**, Deceased                   )
)
**HUSBAND DOE # 38**, in his own right and as        )
the Representative of the **ESTATE OF**             )

DECEDENT DOE # 38, Deceased                             )
                                                        )
BROTHER DOE # 39, in his own right as the              )
Brother of DECEDENT DOE # 39, Deceased                 )
                                                        )
FATHER DOE # 39, in his own right as the               )
Father of DECEDENT DOE # 39, Deceased                  )
                                                        )
MOTHER DOE # 39, in her own right as the               )
Mother of DECEDENT DOE # 39, Deceased                  )
                                                        )
SISTER DOE # 39, in her own right as the Sister )
of DECEDENT DOE # 39, Deceased                          )
                                                        )
FATHER DOE # 40, in his own right and as the )
Representative of the ESTATE OF DECEDENT )
DOE # 40, Deceased                                      )
                                                        )
WIFE DOE # 41, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the ESTATE OF DECEDENT DOE # 41,                       )
Deceased                                                )
                                                        )
SISTER DOE # 41, in her own right as the Sister )
of DECEDENT DOE # 41, Deceased                          )
                                                        )
SISTER DOE # 41, in her own right as the Sister )
of DECEDENT DOE # 41, Deceased                          )
                                                        )
CHILD DOE # 42, in his own right, on behalf of )
the Minor Child, and as the Representative of the )
ESTATE OF DECEDENT DOE # 42, Deceased )
                                                        )
EX-WIFE DOE # 42, in her own right as the Ex- )
Wife of DECEDENT DOE # 42, Deceased                    )
                                                        )
WIFE DOE # 43, in her own right as the Wife of )
DECEDENT DOE # 43, Deceased                             )
                                                        )
BROTHER DOE # 44, in his own right and as              )
the Representative of the ESTATE OF                     )
DECEDENT DOE # 44, Deceased                             )
                                                        )
WIFE DOE # 45, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
ESTATE OF DECEDENT DOE # 45, Deceased )
                                                        )
FATHER DOE # 45, in his own right as the               )
Father of DECEDENT DOE # 45, Deceased                  )
                                                        )
BROTHER DOE # 45, in his own right as the              )
Brother of DECEDENT DOE # 45, Deceased                 )
                                                        )

244

**CHILD DOE # 46**, in his own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 46**, Deceased )
  )
**CHILD DOE # 46**, in her own right as the )
Daughter of **DECEDENT DOE # 46**, Deceased )
  )
**HUSBAND DOE # 46**, in his own right as the )
Husband of **DECEDENT DOE # 46**, Deceased )
  )
**SISTER DOE # 48**, in her own right as the Sister )
of **DECEDENT DOE # 48**, Deceased )
  )
**FATHER DOE # 49**, in his own right as the )
Father of **DECEDENT DOE # 49**, Deceased )
  )
**WIFE DOE # 49**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 49**, Deceased )
  )
**SISTER DOE # 49**, in her own right as the Sister )
of **DECEDENT DOE # 49**, Deceased )
  )
**WIFE DOE # 50**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 50**, )
Deceased )
  )
**SISTER DOE # 50**, in her own right as the Sister )
of **DECEDENT DOE # 50**, Deceased )
  )
**SISTER DOE # 50**, in her own right as the Sister )
of **DECEDENT DOE # 50**, Deceased )
  )
**CHILD DOE # 51**, in his own right as the Son of )
**DECEDENT DOE # 51**, Deceased )
  )
**CHILD DOE # 51**, in his own right as the Son of )
**DECEDENT DOE # 51**, Deceased )
  )
**BROTHER DOE # 52**, in his own right as the )
Brother of **DECEDENT DOE # 52**, Deceased )
  )
**SISTER DOE # 52**, in her own right as the Sister )
of **DECEDENT DOE # 52**, Deceased )
  )
**MOTHER DOE # 52**, in her own right as the )
Mother of **DECEDENT DOE # 52**, Deceased )
  )
**WIFE DOE # 53**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 53**, Deceased )
  )

**FATHER DOE # 53**, in his own right as the
Father of **DECEDENT DOE # 53**, Deceased )

**MOTHER DOE # 53**, in her own right as the
Mother of **DECEDENT DOE # 53**, Deceased )

**BROTHER DOE # 53**, in his own right as the
Brother of **DECEDENT DOE # 53**, Deceased )

**FATHER DOE # 54**, in his own right as the
Father of **DECEDENT DOE # 54**, Deceased )

**MOTHER DOE # 54**, in her own right as the
Mother of **DECEDENT DOE # 54**, Deceased )

**BROTHER DOE # 54**, in his own right as the
Brother of **DECEDENT DOE # 54**, Deceased )

**BROTHER DOE # 54**, in his own right as the
Brother of **DECEDENT DOE # 54**, Deceased )

**SISTER DOE # 54**, in her own right as the Sister )
of **DECEDENT DOE # 54**, Deceased )

**SISTER DOE # 54**, in her own right as the Sister )
of **DECEDENT DOE # 54**, Deceased )

**SISTER DOE # 54**, in her own right as the Sister )
of **DECEDENT DOE # 54**, Deceased )

**MOTHER DOE # 55**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 55**, Deceased )

**SISTER DOE # 55**, in her own right as the Sister )
of **DECEDENT DOE # 55**, Deceased )

**SISTER DOE # 55**, in her own right as the Sister )
of **DECEDENT DOE # 55**, Deceased )

**MOTHER DOE # 56**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 56**, Deceased )

**SISTER DOE # 56**, in her own right as the Sister )
of **DECEDENT DOE # 56**, Deceased )

**SISTER DOE # 56**, in her own right as the Sister )
of **DECEDENT DOE # 56**, Deceased )

**WIFE DOE # 58**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 58**, _____)

246

Deceased                                                              )
                                                                     )
**WIFE DOE # 59**, in her own right, on behalf of                    )
the Minor Children, and as the Representative of                     )
the **ESTATE OF DECEDENT DOE # 59**,                                 )
Deceased                                                             )
                                                                     )
**WIFE DOE # 60**, in her own right, on behalf of                    )
the Minor Children, and as the Representative of                     )
the **ESTATE OF DECEDENT DOE # 60**,                                 )
Deceased                                                             )
                                                                     )
**WIFE DOE # 61**, in her own right, on behalf of                    )
the Minor Children, and as the Representative of                     )
the **ESTATE OF DECEDENT DOE # 61**,                                 )
Deceased                                                             )
                                                                     )
**WIFE DOE # 62**, in her own right, on behalf of                    )
the Minor Children, and as the Representative of                     )
the **ESTATE OF DECEDENT DOE # 62**,                                 )
Deceased                                                             )
                                                                     )
**CHILD DOE # 63**, in her own right as the                          )
Daughter of **DECEDENT DOE # 63**, Deceased                          )
                                                                     )
**CHILD DOE # 63**, in her own right as the                          )
Daughter of **DECEDENT DOE # 63**, Deceased                          )
                                                                     )
**WIFE DOE # 64**, in her own right and as the                       )
Representative of the **ESTATE OF DECEDENT**                          )
**DOE # 64**, Deceased                                               )
                                                                     )
**HUSBAND DOE # 65**, in his own right, on                           )
behalf of the Minor Child, and as the                                )
Representative of the **ESTATE OF DECEDENT**                          )
**DOE # 65**, Deceased                                               )
                                                                     )
**WIFE DOE # 66**, in her own right as the Wife of                   )
**DECEDENT DOE # 66**, Deceased                                      )
                                                                     )
**WIFE DOE # 67**, in her own right and as the                       )
Representative of the **ESTATE OF DECEDENT**                          )
**DOE # 67**, Deceased                                               )
                                                                     )
**WIFE DOE # 68**, in her own right and as the Co-                   )
Representative of the **ESTATE OF DECEDENT**                          )
**DOE # 68**, Deceased                                               )
                                                                     )
**WIFE DOE # 68**, in her own right and as the Co-                   )
Representative of the **ESTATE OF DECEDENT**                          )
**DOE # 68**, Deceased                                               )
                                                                     )
**WIFE DOE # 69**, in her own right and as the Co-                   )

Representative of the **ESTATE OF DECEDENT**  )
**DOE # 69**, Deceased                        )
                                               )
**WIFE DOE # 69**, in her own right and as the Co-  )
Representative of the **ESTATE OF DECEDENT**  )
**DOE # 69**, Deceased                        )
                                               )
**WIFE DOE # 70**, in her own right, on behalf of  )
the Minor Children, and as the Co-Representative  )
of the **ESTATE OF DECEDENT DOE # 70**,       )
Deceased                                       )
                                               )
**WIFE DOE # 70**, in her own right and as the Co-  )
Representative of the **ESTATE OF DECEDENT**  )
**DOE # 70**, Deceased                        )
                                               )
**WIFE DOE # 71**, in her own right, on behalf of  )
the Minor Children, and as the Representative of  )
the **ESTATE OF DECEDENT DOE # 71**,          )
Deceased                                       )
                                               )
**MOTHER DOE # 71**, in her own right as the  )
Mother of **DECEDENT DOE # 71**, Deceased     )
                                               )
**SISTER DOE # 71**, in her own right as the Sister  )
of **DECEDENT DOE # 71**, Deceased            )
                                               )
**SISTER DOE # 71**, in her own right as the Sister  )
of **DECEDENT DOE # 71**, Deceased            )
                                               )
**SISTER DOE # 71**, in her own right as the Sister  )
of **DECEDENT DOE # 71**, Deceased            )
                                               )
**SISTER DOE # 71**, in her own right as the Sister  )
of **DECEDENT DOE # 71**, Deceased            )
                                               )
**JOHN DOE # 72**, in his own right as an Injured  )
Party                                          )
                                               )
**DOMESTIC PARTNER DOE # 73**, in his own  )
right, on behalf of the Minor Children, and as the  )
Representative of the **ESTATE OF DECEDENT**  )
**DOE # 73**, Deceased                        )
                                               )
**BROTHER DOE # 74**, in his own right as the  )
Brother of **DECEDENT DOE # 74**, Deceased    )
                                               )
**WIFE DOE # 75**, in her own right, on behalf of  )
the Minor Children, and as the Representative of  )
the **ESTATE OF DECEDENT DOE # 75**,          )
Deceased                                       )
                                               )
**WIFE DOE # 76**, in her own right, on behalf of  )

the Minor Child, and as the Representative of the   )
**ESTATE OF DECEDENT DOE # 76**, Deceased )
                                                   )
**FATHER DOE # 76**, in his own right as the       )
Father of **DECEDENT DOE # 76**, Deceased          )
                                                   )
**MOTHER DOE # 76**, in her own right as the       )
Mother of **DECEDENT DOE # 76**, Deceased          )
                                                   )
**BROTHER DOE # 76**, in his own right as the      )
Brother of **DECEDENT DOE # 76**, Deceased         )
                                                   )
**BROTHER DOE # 76**, in his own right as the      )
Brother of **DECEDENT DOE # 76**, Deceased         )
                                                   )
**BROTHER DOE # 76**, in his own right as the      )
Brother of **DECEDENT DOE # 76**, Deceased         )
                                                   )
**BROTHER DOE # 76**, in his own right as the      )
Brother of **DECEDENT DOE # 76**, Deceased         )
                                                   )
**BROTHER DOE # 76**, in his own right as the      )
Brother of **DECEDENT DOE # 76**, Deceased         )
                                                   )
**BROTHER DOE # 76**, in his own right as the      )
Brother of **DECEDENT DOE # 76**, Deceased         )
                                                   )
**SISTER DOE # 76**, in her own right as the Sister )
of **DECEDENT DOE # 76**, Deceased                 )
                                                   )
**SISTER DOE # 76**, in her own right as the Sister )
of **DECEDENT DOE # 76**, Deceased                 )
                                                   )
**SISTER DOE # 76**, in her own right as the Sister )
of **DECEDENT DOE # 76**, Deceased                 )
                                                   )
**SISTER DOE # 76**, in her own right as the Sister )
of **DECEDENT DOE # 76**, Deceased                 )
                                                   )
**SISTER DOE # 76**, in her own right as the Sister )
of **DECEDENT DOE # 76**, Deceased                 )
                                                   )
**JANE DOE # 77**, in her own right as an Injured  )
Party                                              )
                                                   )
**SISTER DOE # 78**, in her own right as the Sister )
of **DECEDENT DOE # 78**, Deceased                 )
                                                   )
**FATHER DOE # 79**, in his own right as the       )
Father of **DECEDENT DOE # 79**, Deceased          )
                                                   )
**SISTER DOE # 80**, in her own right as the Sister )
of **DECEDENT DOE # 80**, Deceased                 )

**SISTER DOE # 81**, in her own right as the Sister )
of **DECEDENT DOE # 81**, Deceased )

**MOTHER DOE # 82**, in her own right as the )
Mother of **DECEDENT DOE # 82**, Deceased )

**BROTHER DOE # 82**, in his own right as the )
Brother of **DECEDENT DOE # 82**, Deceased )

**BROTHER DOE # 82**, in his own right as the )
Brother of **DECEDENT DOE # 82**, Deceased )

**SISTER DOE # 82**, in her own right as the Sister )
of **DECEDENT DOE # 82**, Deceased )

**WIFE DOE # 83**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 83**, )
Deceased )

**WIFE DOE # 84**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 84**, )
Deceased )

**DOMESTIC PARTNER DOE # 85**, in her own )
right and as the Representative of the **ESTATE** )
**OF DECEDENT DOE # 85**, Deceased )

**HUSBAND DOE # 86**, in his own right, on )
behalf of the Minor Child, and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 86**, Deceased )

**WIFE DOE # 87**, in her own right, on behalf of )
the Minor Child, and as the Representative of the )
**ESTATE OF DECEDENT DOE # 87**, Deceased )

**CHILD DOE # 87**, in his own right as the Son of )
**DECEDENT DOE # 87**, Deceased )

**BROTHER DOE # 87**, in his own right as the )
Brother of **DECEDENT DOE # 87**, Deceased )

**BROTHER DOE # 88**, in his own right as the )
Brother of **DECEDENT DOE # 88**, Deceased )

**WIFE DOE # 89**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 89**, Deceased )

**WIFE DOE # 90**, in her own right, on behalf of )

250

the Minor Child, and as the Representative of the )
**ESTATE OF DECEDENT DOE # 90**, Deceased )
)
**FATHER DOE # 91**, in his own right as the )
Father of **DECEDENT DOE # 91**, Deceased )
)
**MOTHER DOE # 91**, in her own right as the )
Mother of **DECEDENT DOE # 91**, Deceased )
)
**SISTER DOE # 91**, in her own right as the Sister )
of **DECEDENT DOE # 91**, Deceased )
)
**SISTER DOE # 91**, in her own right as the Sister )
of **DECEDENT DOE # 91**, Deceased )
)
**JOHN DOE # 92**, in his own right as an Injured )
Party )
)
**WIFE DOE # 93**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 93**, )
Deceased )
)
**SISTER DOE # 93**, in her own right as the Sister )
of **DECEDENT DOE # 93**, Deceased )
)
**WIFE DOE # 94**, in her own right, on behalf of )
the Minor Children, and as the Representative of )
the **ESTATE OF DECEDENT DOE # 94**, )
Deceased )
)
**WIFE DOE # 95**, in her own right as the Wife of )
**DECEDENT DOE # 95**, Deceased )
)
**WIFE DOE # 96**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 96**, Deceased )
)
**FATHER DOE # 97**, in his own right as the )
Father of **DECEDENT DOE # 97**, Deceased )
)
**MOTHER DOE # 97**, in her own right as the )
Mother of **DECEDENT DOE # 97**, Deceased )
)
**BROTHER DOE # 97**, in his own right as the )
Brother of **DECEDENT DOE # 97**, Deceased )
)
**SISTER DOE # 97**, in her own right as the Sister )
of **DECEDENT DOE # 97**, Deceased )
)
**SISTER DOE # 97**, in her own right as the Sister )
of **DECEDENT DOE # 97**, Deceased )
_____ )

**SISTER DOE # 97**, in her own right as the Sister )
of **DECEDENT DOE # 97**, Deceased )
)
**SISTER DOE # 97**, in her own right as the Sister )
of **DECEDENT DOE # 97**, Deceased )
)
**SISTER DOE # 98**, in her own right as the Sister )
of **DECEDENT DOE # 98**, Deceased )
)
**WIFE DOE # 99**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 99**, Deceased )
)
**WIFE DOE # 100**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 100**, Deceased )
)
**JOHN DOE # 101**, in his own right as an Injured )
Party )
)
**BROTHER DOE # 102**, in his own right as the )
Brother of **DECEDENT DOE # 102**, Deceased )
)
**BROTHER DOE # 102**, in his own right as the )
Brother of **DECEDENT DOE # 102**, Deceased )
)
**SISTER DOE # 102**, in her own right as the )
Sister of **DECEDENT DOE # 102**, Deceased )
)
**SISTER DOE # 102**, in her own right as the )
Sister of **DECEDENT DOE # 102**, Deceased )
)
**SISTER DOE # 102**, in her own right as the )
Sister of **DECEDENT DOE # 102**, Deceased )
)
**FATHER DOE # 103**, in his own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 103**, Deceased )
)
**MOTHER DOE # 103**, in her own right as the )
Mother of **DECEDENT DOE # 103**, Deceased )
)
**WIFE DOE # 104**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 104**, Deceased )
)
**SISTER DOE # 105**, in her own right and as the )
Representative of the **ESTATE OF DECEDENT** )
**DOE # 105**, Deceased )
)
**BROTHER DOE # 105**, in his own right as the )
Brother of **DECEDENT DOE # 105**, Deceased )
)