International, Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and

York Foundation, all located doing business or registered to do business in the United States.

## Rabita Trust

268.   Rabita Trust is a charitable organization which was created to organize the repatriation and rehabilitation of stranded Pakistanis (Biharis) from Bangladesh.  Founded in 1988, the trust fund was started jointly by the government of Pakistan and the Saudi-based charity, the Muslim World League (Rabita al-Alam-e-Islami).  Rabita Trust received the majority of its funding from the Muslim World League, a world-wide Islamic organization heavily funded by the Saudis, but which has also been involved with terrorism.

269.   Rabita Trust was initially granted 250 million Riyals from the Pakistani government as well as 50 million Riyals from the Muslim World League to help relocate some 250,000 displaced Pakistani refugees in Bangladesh.  In its 15 years of existence, the Rabita Trust has only managed to relocate a few hundred Biharis.

270.   Rabita Trust is an al Qaeda front, and the Head of Rabita Trust is a known al Qaeda member.  A Treasury Department press release issued when Rabita Trust's assets were frozen indicated that:

> Rabita Trust is headed by Wa'el Hamza Jalaidan, one of the founders of al-Qaida with bin Laden.  He is the logistics chief of bin Laden's organization and fought on bin Laden's side in Afghanistan.

271.   According to an authoritative biography of bin Laden and the original members of al Qaeda, the head of Rabita Trust, Wa'el Jalaidan, fought alongside Osama bin Laden and championed his cause.  Detailing how al Qaeda's key founders fought against the Soviets in Afghanistan during the Soviet-Afghan war of the 1980s, this account is noted for its accuracy and clarity.  The biography, written by a fellow compatriot of bin Laden, noted:

> One of the men who led the Arab Afghan Jihad forces came from one of the wealthiest Saudi families; he was influenced by the Afghan struggle, who would live together with them and sacrifice everything for the Afghani jihad.  This man was Osama bin Laden, a young, tall man who followed Dr. Abdullah Azzam to fight in Afghanistan.  Another Saudi

joined together with them; his name was Wa'el Jalaidan, a US student who was studying agriculture and left to fight jihad in Afghanistan.

These three:  Osama bin Laden (a.k.a. 'Abu Abdallah'), Dr. Abdullah Azzam (a.k.a. Abu Muhammed), and Wa'el Jalaidan (a.k.a. Abu Al-Hassen al-Madani), gathered together in December 1979 to create the new Islamic revolution in Afghanistan.

Accordingly, Jalaidan was branded a Specially Designated Global Terrorist Entity by the United States Treasury Department and his assets have been frozen.

272.    Rabita Trust is the sister organization of the International Islamic Relief Organization as they are both subsidiaries of the Muslim World League.

273.    Rabita Trust, a subsidiary of the Muslim World League, is connected to the SAAR Network, through two officers, Dr. Abdullah Omar Naseef and Abdullah al-Obaid.  The SAAR Network was the focus of March 2002 raids led by United States authorities for the network's ties to al Qaeda.

274.    On October 12, 2001, President George W. Bush's Executive Order designated Defendant Rabita Trust as a Specially Designated Global Terrorist Entity and the Treasury Department froze its assets.  Defendant Abdullah Omar Naseef founded the Defendant Rabita Trust in July 1988 and is currently its chairman.

275.    Abdullah Omar Naseef ( or "Naseef") also served as Secretary-General of the Muslim World League during the time he created Defendant Rabita Trust and has attempted to spread Muslim World League offices around the world.  Part of his global efforts are found in his involvement in a SAAR Network charity.  Naseef is an officer of Makkah al Mukarramah, Inc., registered in Virginia as a non-profit organization.  A second shared executive is the Vice-Chairman of the Board of Trustees of Rabita Trust, Abdullah al-Obaid, who is also an officer at two of the SAAR Network businesses that were raided, the Muslim World League and Sanabel al-Kheer. Defendant Abdullah Omar al-Obaid is unique in that, not only is he an officer at the Muslim World League and the SAAR Network, but he is also the Deputy General Manager at

one of the al-Rajhi's largest businesses, al-Watania Poultry in Saudi Arabia. Al-Watania Poultry

has branches worldwide and in the United States.

## The Global Relief Foundation

276.    The Global Relief Foundation (or "GRF") was incorporated in January 1992 in

Illinois. According to its website, GRF "is a non-profit humanitarian organization working to

provide care, support and relief to people in need throughout the world."

277.    GRF is active all over the world, providing relief for several countries, including

the United States, Afghanistan, Kosovo, Lebanon, Bosnia, Kashmir, Turkey, and Chechnya,

among others. GRF has branches of its organization, aside from Bridgeview, Illinois, located in

Belgium, Yugoslavia, and Serbia.

278.    In 2000, GRF's name appeared on a list being circulated by the government of

charities allegedly funding terrorism. On December 14, 2001, federal authorities raided the

offices of the Global Relief Foundation as well as the residences of several of its directors.

Simultaneously, the United States Treasury froze GRF's assets. A spokesman for the Treasury

Department noted that GRF is aiding terrorism:

> There was coordinated action to block the assets, because this group is
> suspected of funding terrorist activities.

279.    The Treasury spokesman added that the public's safety was at risk if GRF were

allowed to continue to operate:

> This extraordinary action was taken because it's relevant to the health and
> safety of the American public.

280.    On the same day as the raids in the United States, the NATO-led taskforce named

the Kosovo Force (KFOR) stormed two GRF offices in Yugoslavia and Serbia. A statement

from KFOR explaining the raids detailed why:

> This afternoon KFOR soldiers, working in close cooperation with
> UNMIK-Police, carried out a coordinated search operation on the offices
> of the Global Relief Foundation in Pristine / Pristina and Dakovice /

Dakovica, after receiving credible intelligence information that individuals working for this organization may have been directly involved in supporting worldwide international terrorist activities.

281. This action was an orchestrated element of a worldwide operation coordinated with governments and law enforcement agencies against the offices of the Global Relief Foundation and other organizations suspected of supporting international terrorists.

282. GRF by and through its agents has engaged in the planning of attacks against the United States:

The Global Relief Foundation is a worldwide, US based Non-Governmental Organization (NGO), which has headquarters in Chicago, Illinois, USA and a European Headquarters in Brussels, Belgium. It is suspected of supporting worldwide terrorist activities and is allegedly involved in planning attacks against targets in the USA and Europe.

283. The head of the Global Relief Foundation branch in Belgium received over $200,000 from Muhammed Galeb Kalaje Zouaydi (a/k/a Abu Talha) (or "Zouaydi"), a high level al Qaeda financier. Zouaydi, who was arrested by Spanish authorities on April 23, 2002, is a brother-in-law of Osama bin Laden. A top financier for al Qaeda, he also served as one of the original terrorists who fought with Osama bin Laden and the other original founders of al Qaeda.

284. On October 12, 2001, the United States Treasury froze the assets of Jam'yah Ta'awun Al-Islamia (Society of Islamic Cooperation) and branded it a Specially Designated Terrorist Entity. According to the Treasury, the Society of Islamic Cooperation is headed by Zouyadi, who is also an explosives expert. Based in Qandahar City, United States Treasury department officials allege that the organization was founded by Osama bin Laden in early 2001.

285. Zouyadi was in close connection with the al Qaeda cell in Germany that participated in the September 11, 2001 attacks. Zouyadi also sent money to Mamoun Darkazanli, who had his assets frozen and was designated a terrorist entity by the United States government shortly after September 11, 2001, and is suspected of being a key al Qaeda pointman in Europe, as is described in more detail *infra*.

286.   GRF's offices have also been raided in the Yugoslavia and Serbia as part of international investigations into GRF's support of terrorism.  On at least one occasion, Zouaydi transferred 231,664 euros to the head of GRF's Belgium arm, Nabil Sayadi, who is also linked to Osama bin Laden.

287.   Documents provided by the United States government in defense of its freezing of GRF's assets indicate that known al Qaeds terrorist Wadih el-Hage was in direct contact with GRF officials while he was planning international terrorism attacks.   Specifically, the government noted in its supporting documents that the FBI reported that evidence introduced at el-Hage's trial demonstrated that, in the late 1990s, GRF maintained communications with Wadih el-Hage.

288.   Furthermore, the government indicated:

> At the time, el Hage was in contact with GRF, he resided in Kenya, and played an "active role" in an al Qaeda terrorist cell operating there...

289.   During this same period, 1996 and 1997, el-Hage was also in contact with GRF offices in Belgium and Bridgeview, Illinois.  In particular, documents recovered in a search in Kenya showed that el-Hage was in contact with GRF in Bridgeview, Illinois after returning from a visit with al Qaeda leadership in Afghanistan in February 1997.

290.   Evidence provided by the government in freezing GRF's assets corroborates GRF's promotion of martyrdom to kill the "enemies of Islam." The government assessed:

> Newsletters distributed by GRF and published in 1995 by the Central Information News Agency Network (CINAN), which, like GRF, is operated via a Bridgeview post office box, encourage "martyrdom through JIHAD."  The newsletters, written in Arabic and translated by the FBI, include an article soliciting funds for the Bosnian relief effort to assist those suffering from the prolonged agony due to atrocities imposed by the "enemies of Islam."  The article refers to the Jihad (struggle) that should be carried out by Muslims and states:   "It seems that the Prophet (Mohammad) had linked religion with JIHAD.  So when do we awake? When can we take revenge for God and his religion?  When can we rise to defend our rights and self respect?"  The article continued, "God had equated martyrdom through JIHAD with supplying funds for the JIHAD

397

effort," and concluded, "All contributions should be mailed to: GRF."
(emphasis added)

291.   GRF newsletters implored individuals to donate money to their organization for

the purposes of buying weapons.  The government explained:

> Other GRF newsletters and publications encourage readers to give their
> Zakat, or charitable tithe, to GRF to assist in the purchase of, *inter alia*,
> weaponry.  "[F]or God's cause (the Jihad, they [the Zakat Funds] are
> disbursed for equipping the readers for the purchase of ammunition and
> food, and for their [the Mujahideen's] transportation so that they can raise
> God the Almighty's word and protect the gaps...."  The article concluded
> by exhorting Muslims "to make the Global Relief Foundation your
> messenger of goodness, and we will, God willing, disburse it as specified
> in Bosnia, Kashmir, Afghanistan, Tajikistan, and Lebanon."

292.   Since GRF's assets were blocked, information gathered about GRF, according to

the government, has only reaffirmed that GRF works closely with and in support of terrorist

organizations:

> In addition to this unclassified evidence, the classified material gathered
> since the date of the blocking has greatly amplified OFAC's [Office of
> Foreign Asset Control] belief that GRF may have acted in concert with,
> and in support of, terrorists and terrorist entities.

293.   Several photographs obtained at GRF's offices in Chicago indicate that GRF used

its humanitarian cover as means to send expensive communications equipment abroad.   The

government described what exactly was found during the raids on GRF's offices:

> A set of photographs and negatives discovered at GRF's Chicago offices
> indicate types of "humanitarian" supplies that GRF has sent abroad.  The
> photographs display large shipping boxes arrayed under a GRF banner.
> Other photographs reveal that the boxes contain sophisticated
> communications equipment:   approximately  200  handheld  radio
> transceivers, long range radio antennas, and portable power packs, with an
> estimated total value of $120,000.   Arrayed near the communications
> equipment are a tool kit, a box of Bushnell binoculars, saddles, and ropes.

294.   Other photographs found in the raids indicate that GRF had an specific interest in

munitions:

> Other photographs in this same set depict fighters armed with automatic
> rifles, a sand-bagged bunker with a radio mounted outside, and mutilated

corpses with the name "KPI" (Kashmiri Press International) printed alongside. Finally, one photograph displays two dead men with the caption "HIZBUL MUJAHIDEEN," a known terrorist organization operating in the Kashmir region between India and Pakistan. On the reverse side of the photograph was handwritten in Arabic, "two martyrs killed by the Indian government."

295.    Mohammed Chehade, Rabih Haddad, Hazem Ragab, and Mohammed Alchurbaji are aiders, abettors, agents, sponsors and/or co-conspirators of the Global Relief Foundation.

## Taibah International Aid Association

296.    Taibah International Aid Association (or "Taibah") is a charitable organization headquartered in Falls Church, Virginia. Established in 1991, Taibah's IRS Form 1023, which serves as an application to the United States Government for tax exempt status, lists Abdullah A. bin Laden, Osama bin Laden's half-brother, as a founding officer. The same form also lists Taibah's stated goals as a humanitarian organization:

> The Taibah International Aid Association's first and most important activity is to act as a missionary in the United States to promote the Muslim faith and provide a better understanding of the Muslim faith.
>
> The second most important activity is to give monetary aid and contribute goods and services to people of the Muslim faith, and other people in need throughout the world.
>
> The third most important activity is to raise money and contribute money to other charitable organizations which qualify as exempt organizations which will provide for the education, enhancement and betterment of all Muslim believers' lives.

297.    From its headquarters in the United States, Taibah has a presence around the world through offices, mosques, and educational centers in the following countries: Albania, Bosnia-Herzegovina (BiH), Bulgaria, Gargizia, Kazakhistan, Kosovo, Ozpakistan, Russia, Shofishia, Tajikistan and Tataristan, among others.

298.    Despite a well developed website, Taibah does not solicit funding through this channel. According to its IRS Form 1023, Taibah relies on fundraising trips to the Middle East and mailings sent to Muslims in the United States for its revenue. As a result, roughly half of the

United States arm of Taibah International's revenue comes from Saudi Arabia.  On its year 2000 IRS Form 990, Taibah lists a four year aggregate contribution of nearly $150,000 dollars in fund raising from Saudi Arabia.  Also, Taibah's Bosnian branch relies on Saudi Arabia for funding.  The Saudi Arabian Saudi High Commission has been identified by Bosnian intelligence as a source of Taibah's funds.

299.   Although it purports to be a humanitarian organization, the Taibah International Aid Association furthers the aims and materially supports Osama bin Laden and al Qaeda. Through the actions of its agents, officers and employees, Taibah has provided financial and material support to al Qaeda.  The strong affiliation that Taibah maintains with many other al Qaeda front-groups demonstrates its place as a highly connected component of Osama bin Laden's financial and logistical support network.

300.   Tiabah's support of international terrorism and al Qaeda is ongoing.  On October 21, 2001, five Algerians were arrested in Bosnia-Herzegovnia on criminal charges of international terrorism following a threat to the United States Embassy in Bosnia.  The incident resulted in the five day closure of the United States and British Embassies for what both embassies called a credible security threat.  The plot was discovered when United States intelligence intercepted a telephone conversation between two of the accomplices about the mission.  During this telephone conversation, one of the terrorists said, "American interests would be jeopardized within 48 hours."  One of the individuals involved was Mustafa al-Kadir, who was granted Bosnian citizenship based on his employment with Taibah International.  Al-Kadir was still working with Taibah at the time of this foiled terrorist attack and ensuing arrests.

301.   The NATO Secretary-General, George Robertson, stated that at least one of the five arrested Algerians had direct links with al Qaeda and Osama bin Laden.  The leader of the group, Bensayah Belkacem, has been identified as a top al Qaeda lieutenant.  In October 2001, Belkacem was arrested at his apartment in Zenica, Bosnia where authorities found phony

passports and a mobile telephone listing for Abu Zubeida, al Qaeda's third-in-command. According to phone transcripts, Belkacem was also in phone contact with al Qaeda military commander Abu al-Majd.

302.    On December 13, 2001, Bosnian police searched the offices of Taibah International. Following the raid, an audit and investigation of Taibah's financial records was conducted on January 25, 2002. This audit reveals that Taibah's financial records were managed in a way that that obscured its true financial status. The financial records contained flagrant abuses in Taibah's allocation of donations and in the manner its expense accounts were maintained. A March, 2002, Bosnian Intelligence Memo from the Agency for Investigation & Documentation (AID) that summarizes the audit described the illegal management of Taibah's funds by its executives:

> It is also noteworthy that large cash sums were withdrawn by management individuals at the organization which were never accounted for by any record of expenditure, and which indicates a wise scope for possible illegal spending of money. It is clear that each of these items is for more than 10 thousand marks.

303.    Other discrepancies noted in the audit were the misuse of automobiles, supplying of fictitious declarations of affiliation and employment, as well as suspicious requests for visas.

304.    Funding for the Bosnian office of Taibah originates from bank accounts at the al-Rajhi Islamic Bank. The flow of money begins with the al-Rajhi Islamic Bank in Saudi Arabia, then to Taibah via wire transfers through Hypobank in Germany and Commerce Bank in Bosnia. The al Rajhi Islamic Bank, its agents, officers, directors, and so-called charities, members of the al-Rajhi family are significant financial supporters of terrorism as is discussed *supra*.

305.    In Bosnia, Taibah International works closely with another al Qaeda front-group, the charitable organization and Defendant Global Relief Foundation (or "GRF"). According to the 2002 Bosnian Intelligence Memo, when GRF was initially registered, it operated in Bosnia

under the auspices of Taibah International. Taibah's close working relationship with GRF is in accord with both charities' role as al Qaeda sponsors and front groups.

306.    The 2002 Bosnian Intelligence Report on non-profit organizations affirms that Taibah's Bosnian office received its revenues from another Saudi Arabian charity, the Saudi Relief Commission (a/k/a Saudi High Relief Commission) (or "SRC"). Taibah has been implicated in the 1998 United States embassy bombings along with the SRC.

307.    Two officers from Taibah International's United States branch, Samir Salah and Abdulrahman al-Amoudi (or "al-Amoudi"), play a large role with United States organizations that have come under scrutiny for their ties to al Qaeda. Both of them are officers of a number of organizations in the SAAR Network. Abdulrahman al-Amoudi, Taibah's Vice-President, is a past employee of the SAAR Foundation, the hub of the SAAR Network, and currently heads a few SAAR Network charities. Al-Amoudi also runs the United States operations of the Saudi-based International Islamic Relief Organization. Samir Salah, Taibah's Secretary, serves as a director at many SAAR Network organizations, including CFO at Piedmont Poultry. Samir Salah also managed the Caribbean branch of the Bank al-Taqwa.

308.    Taibah International Aid Associations directors, officers, including Abdullah A. bin Laden, Anwar Hajjaj, Abdulrahman al-Amoudi, Samir Salah, Saleh O. Badahdah, Sulaiman al-Alsheikh, and Abelmagne Ali Eldeen are aiders, abettors, material sponsors and/or co-conspirators of Taibah International Aid Association, al Qaeda, and international terrorism.

## Saudi Binladin Group

309.    The Saudi Binladin Group (or "SBG"), also known as the Binladin Corporation, is an expansive global conglomerate.

310.    The Saudi Binladin Group's website details its history in the following manner:

The history of Binladin began in 1931 when Mohammed Binladin founded the company. From its humble beginnings as a general contractor, the company has grown and prospered in parallel with the growth and

prosperity of the Kingdom of Saudi Arabia. Over the years the company has been entrusted with many major construction projects, projects that helped the Kingdom to develop its resources and expand its infrastructure.

311.    The Saudi Binladin Group (a/k/a Saudi Binladen Group, a/k/a Binladin Corporation) (or "SBG") is based in Jeddah, Saudi Arabia. The group founded in 1931 is a privately held company wholly owned by the descendants of Mohammed Awad Bin Laden, father of Osama Bin Laden. The international conglomerate is active in the areas of construction, engineering, real estate, distribution, telecommunications and publishing. Construction accounts for more than half of SBG's gross revenue.

312.    SBG or its predecessor in interest was the first private contractor in Saudi Arabia. SBG's status as an organization makes it exempt from publishing its financial records.   For several years, it was the official and exclusive contractor of the holy sites of Mecca and Medina.

313.    Saudi Binladin Group is run by Bakr M bin Laden, son of Mohammed bin Laden. Family member Salem bin Laden ran the group until his accidental death in 1998. SBG's board of directors include Saleh Gazaz, Mohammed Bahareth, Abdullah bin Said, Mohammed Nur Rahimi, Tarek M. bin Laden, and Omar M. bin Laden.   Until recently, the Saudi Binladin Group had an address in Rockville, Maryland.

314.    Osama Bin Laden received extensive financing and material support from the SBG. He declared during an interview in 1997 that:

> We transported heavy equipment from the country of the Two Holy Places (Arabia) estimated at hundreds of tons altogether that included bulldozers, loaders, dump trucks and equipment for digging trenches. When we saw the brutality of the Russians bombing Mujahidins positions, by the grace of God, we dug a good number of huge tunnels and built in them some storage places and in some others we built a hospital. We also dug some roads, by the grace of God, Praise and glory be to Him, one of which you came by to us tonight.

315.    Osama Bin Laden used SBG support and assistance to build necessary infrastructure in Afghanistan as he did in Sudan.  In the introduction of his Declaration of War against the Americans in 1996, Osama Bin Laden admitted this family support:

> Then in 1979, just after he graduated from King Abdul Aziz University in Jeddah with a degree in Civil Engineering, the Soviet Union invaded Afghanistan, and the Mujahideen put out an international plea for help. Usama bin Ladin responded by packing himself and several of his family's bulldozers off to Afghanistan.

316.    The Saudi Binladin Group provided material support and financing to Osama Bin Laden in Afghanistan, as reported by the United States State Department:

> Under Al-Qaida auspices, Bin Laden imported Bulldozers and other heavy equipment to cut roads, tunnels, hospitals, and storage depots Afghanistan's mountainous terrain to move and shelter fighters and supplies.
>
> His [Osama Bin Laden] father backed the Afghan struggle and helped fund it, so when Bin Laden decided to join up, his family responded enthusiastically.

317.    After the Soviets withdrew from Afghanistan in 1989, Osama Bin Laden returned to work in the Saudi Binladin Group's Jeddah-based construction business. He continued to support militant Islamic Groups until his departure to Sudan 1991. After his relocation to Sudan the same year, Osama Bin Laden maintained close relationships with the Saudi Binladen Group and they remained his sponsor.

> The relationships between Osama Bin Laden and his family continued, despite claims to the contrary. Dr. Saad Al Fagih, Saudi dissident living in London, and former Afghan combatant, who kept close relationship with Osama bin Laden for many years, stated in 1994: There's a very interesting thing in Islamic structure of the family: you are obliged to support your family members. Even if they are distant members. If it's a cousin or a niece or a nephew, especially a brother, you have to support them if you are a capable person. And the people feel sinful if they don't let this money go to its real owner, in this case, Osama bin Laden.

318.    The notion that Osama bin Laden had been somehow "disowned" by the bin Laden's is not supported by the facts or by the realities of Islamic culture. In a 1997 interview,

Osama bin Laden revealed that on nine different occasions, his mother, uncle and brothers had visited him in Khartoum in Sudan. The Saudi Binladen Group provided Osama bin Ladin financial assistance and engineering support in Sudanese construction projects. Various sources confirmed that the Sudanese construction company set up by Osama Bin Laden, Al-Hijra for Construction and Development, was a subsidiary of the Saudi Binladen Group. This information is confirmed by an Intelligence Newsletter:

> These are Wadi al Aqiq, an agricultural company with an investment arm; Al Timar Al Mubarikah, a sugar concern; Al Hijra a building and public works Company . . . an affiliate of the powerful Saudi group headed Bin Laden's father.

319.    In Sudan, Osama bin Laden participated in the construction of the Tahaddi road and the Port Sudan Airport. The Saudi Binladin Group provided support and contribution to these public works through two subsidiaries. The Public Buildings and Airports Division of the Saudi Binladin Group participated in the construction of the Port Sudan Airport, and the Mohamed BinLadin Organization (of SBG) was providing technical assistance on the road construction with Sudan and Osama bin Ladin. The Saudi Binladin Group confirmed publicly these two collaborations:

> Over the years the Division has undertaken various challenging projects, large and medium scale, including complete airports and roads. . . . The projects executed include . . . Port Sudan Airport.

> SBG's skills . . . has been recognised and utilized in the United Arab Emirates, Jordan, Yemen and Sudan.

320.    The agreement for the construction of an airport in Port Sudan was between the Sudanese Government and the Saudi Binladin International Company. In 1993, Osama bin Laden stated that he was involved in the construction of the road linking Khartoum to Port Sudan:

> I am a construction engineer and an agriculturalist. If I had training camps here in Sudan, I couldn't possibly do this job (the Challenge road) [...] Yes, I helped some of my comrades to come here to Sudan after the war.

321.   Relationships between the three entities: Osama bin Laden, the Republic of Sudan, and the Saudi Binladin Group were stressed during the inauguration ceremony of the Port Sudan airport:

> Meanwhile, Osama Bin Laden, was the first guest invited to attend the inauguration of the new Port Sudan Airport. He sat in the front row and was the guest of honor in this ceremony. It was a group of Bin Ladin's companies that carried out the project of the new and modern airport that cost huge amounts of money.

322.   Moreover, while Osama bin Laden was constructing the Tahaddi Road with Saudi Binladen Group's technical assistance, his own company, Al-Hijra, was headed by Muslim activists. Thus, the testimony of Jamal Ahmed al-Fahd during the 2001 trial of the 1998 African Embassy Bombings revealed nature of Al-Hijra executives in Sudan:

> Q. Do you know who ran the Al-Hijra Company while it was in the Sudan?
> A. At the time, few people. The first one Dr. Sharif al Din Ali Mukhtar.
> Q. Who else?
> A. Abu Hassan al Sudani, and Abu Hamman Al Saudi, Abu Rida Suri and Abu Hajer.

323.   Other Al-Hijra agents, officers, or executives were directly involved in al Qaeda and terrorist operations.  Mandouh Mahmud Salim, an al Qaeda co-conspirator, was on the Al-Hijra board of directors and is considered a founding member of al Qaeda.

324.   The Saudi Binladin Group sheltered and directly supported operatives of the al Qaeda terrorist organization. Mohammad Jamal Khalifa is known to be a key figure in the network of Osama bin Laden and has been implicated as a central al Qaeda figure in several international terrorist plots.  Yet Khalifa was taken in by a branch of Saudi Binladin Group, the Mohammed Binladin Organization, headed by Osama bin Laden's brothers.  The address listed on Khalifa's visa application was the Mohammed Binladin Organization in Jeddah.

325.   The Mohammed Binladin Organization is a wholly-owned subsidiary of the Saudi Binladin Group.  The board members include Saleh Gazaz, Mohamed Bahareth, Abdullah Bin

Said, Mohamed Nur Rahimi, Bakr M. bin Laden, Tarek M. bin Laden, Omar M. bin Laden, and Yeslam M. bin Laden.

326.    In the early 1990s, Tarek bin Laden served as the general supervisor of the International Islamic Relief Organization (IIRO), a charity that has aided and abetted and materially supported al Qaeda and international terrorism.  During this time, IIRO was rapidly becoming al Qaeda's foremost charity used as a means to transfer funds, personnel, and other means of material support.

327.    According to an Arabic publication, Tarek bin Laden had a prominent role in 1990 at the IIRO:

> Tarek bin Laden has been a member of the IIRO in MWL for ten years.
> He has been working quietly for the orphans and the immigrants in the
> Islamic world.  In the past two years the operation of IIRO has grown
> thanks to the support of the Saudi Royal family.  Tarek says that the IIRO
> relies on donations of the Saudi people and some donations from the
> Islamic world.

328.    Yassin Abdullah al-Kadi is a United States designated terrorist and Director of Global Diamond Resources, based in Nevada.  Along with Yassin al-Kadi, serving on the board of directors are representatives of the bin Laden family who invested in Global Diamond Resources.  Yassin al-Kadi was introduced to Global Diamond Resource's Chairman by an executive at the Saudi bin Laden Group.  In regards to the company's decision to let al-Kadi join as an investor, the Chairman said, "I relied on the representations of the bin Laden family  They vouched for him."

329.    Osama bin Laden's name is still listed in the Saudi BinLaden Group's corporate records.

## Yassin Abdullah al-Kadi and Muwaffaq

330.    One month after the September 11, 2001 attacks, on October 12, 2001, with Executive Order 13224, President George W. Bush designated Saudi businessman Yassin al-

Kadi as a terrorist entity and sponsor for financially supporting al Qaeda. As stated in a United States Department of Treasury Press Release on October 12, 2001:

> Yasin al-Qadi (heads) the Saudi-based Muwafaq (or "Blessed Relief") Foundation, an al Qaeda front that transfers millions of dollars from wealthy Saudi businessmen to bin Laden.

331.    Defendant Muwaffaq (or "Blessed Relief") was registered in the Channel Islands in 1992 but run from Jeddah, Saudi Arabia. The Blessed Relief charity had an international presence with offices in Europe, Ethiopia, Pakistan, Sudan, Somalia and a post office box in the United States. Blessed Relief purported to conduct traditional relief work such as the distribution of food, clothing and medical equipment to victims of war or famine. Blessed Relief was endowed by Defendant Khalid bin Mahfouz, the al Qaeda financier, and run by Yassin al-Kadi. Khalid bin Mahfouz's son, Abdulrahman bin Mahfouz, is also a director of the Blessed Relief charity.

332.    Yassin al-Kadi ran Blessed Relief from 1992 until approximately 1997 with $15 to $20 million of his own money, along with contributions from other wealthy associates. Millions of dollars have been transferred to Osama bin Laden and al Qaeda through Blessed Relief. An audit of the Defendant National Commercial Bank of Saudi Arabia in the mid-1990s, which was then run by Khalid bin Salim bin Mahfouz, reveals the transfer of $3 million for Osama bin Laden that was moved from the accounts of wealthy Saudi businessmen to Blessed Relief.

333.    In a 1995 interview, Osama bin Laden identified Blessed Relief's place in his support network, "The bin-Laden Establishment's aid covers 13 countries . . . this aid comes in particular from the Human Concern International Society." Osama bin Laden went on to list a number of the Human Concern International's branches, including the Blessed Relief Society.

334.    Yassin al-Kadi incorporated the United States branch of Blessed Relief in Delaware in 1992, along with Talal M. M. Badkook and Dr. Mohaman Ali Elgari. Blessed

Relief was an al Qaeda front used by wealthy Saudis and others to funnel money to Osama bin Laden's terrorist network.

335.   Yassin al-Kadi is a Director of Global Diamond Resources, based in Nevada. He sits on the board as a representative of New Diamond Holdings, a firm that has a controlling interest in Global Diamond. Along with al-Kadi on the board of directors are representatives of the bin Laden family who invested in Global Diamond Resources a year before al-Kadi. Global Diamond Resources is a diamond company that manages three mines in South Africa. Although al-Kadi invested $3 million into Global Diamond Resources through the company New Diamond Corp., his investment had diminished to about $750,000 as of October, 2001.

336.   Three of the al Qaeda members on the FBI's most wanted terrorist list have been discovered to have dealings in the diamond field. Following September 11, 2001, and the increased difficulty al Qaeda is facing moving its money through its traditional financial channels, al Qaeda has been converting more of its assets into diamonds. As one European investigator put it:

> I now believe that to cut off al Qaeda funds and laundering activities you have to cut off the diamond pipeline. We are talking about millions and maybe tens of millions of dollars in profits and laundering.

337.   Yassin Abdullah al-Kadi is the Vice President of the Saudi Arabian company M.M. Badkook Co. for Catering & Trading, owned by his partner in Blessed Relief, Talal Mohammed Badkook. Talal Badkook is also a member of the Al-Mustaqbal group along with Saleh Mohamed bin Laden, son of Mohammed bin Laden, and Abdullah Saleh Kamel, son of Saleh Kamel and the Chairman of the Dallah al-Baraka.

338.   Yassin al-Kadi is the Chairman of the National Management Consultancy Center (or "NMCC") in Jeddah, Saudi Arabia. The NMCC lists an address in Jeddah, Saudi Arabia, which is the same address listed on Blessed Relief's Delaware corporate records.

## Certain Members of the Saudi Royal Family, and Related Persons

339.     The close relationship between Osama bin Laden and certain of the highest members of the Saudi Royal family stretches back for a long period and continues to this day.

340.     On August 2, 1990, the Republic of Iraq invaded Kuwait. Osama bin Laden then met with Defendant Sultan Bin Abdulaziz al Saud (or "Prince Sultan"). Prince Sultan is the Second Deputy Prime Minister, Minister of Defense and Aviation, Inspector General, and Chairman of the Board of Saudi Arabian Airlines, which does business in the United States and internationally. In the meeting, Osama bin Laden offered the engineering equipment available from his family's construction company and suggested bolstering Saudi forces with Saudi militants who he was willing to recruit.

341.     This offer was also made to Defendant Turki al Faisal al Saud (or "Prince Turki"), the then Chief of Saudi Intelligence, or Istakhbarat. Prince Turki had an ongoing relationship with Osama bin Laden from the time that they first met in Islamabad, Pakistan at the Saudi embassy, during the Soviet Union's occupation of Afghanistan.

342.     Defendant Mohammed al Faisal al Saud (or "Prince Mohammed" or Prince Mohammed al Faisal") is involved in the financing, aiding and abetting and material support of Osama bin Laden, al Qaeda, and international terrorism in part through Faisal Islamic Bank and Al Shamal Islamic Bank. Prince Abdullah al Faisal bin Abdulaziz al Saud (or "Prince Abdullah" or "Prince Abdullah al Faisal") and Prince Naif bin Abdulaziz al Saud (or "Prince Naif") are also engaged in the aiding and abetting or material sponsorship of Osama bind Laden, al Qaeda, and international terrorism as described herein. Salman bin Abdul Aziz al Saud (or "Prince Salman") has also provided material support to Osama bin Laden, and al Qaeda. Additional members of the Saudi Royal family may be implicated and added to this action as investigations continue under the theories and facts articulated herein.

343. Prince Turki was head of Saudi Arabia's Department of General Intelligence (Istakhbarat) from 1977 until 2001. As such, he was in a position to know the threat posed by bin Laden, al Qaeda, the Taliban, and the extremist and violent perversion of jihad and hatred that the Saudi religious schools were fomenting in young people. Prince Turki abruptly left his position in or around August 30, 2001, when he was dismissed as chief of Saudi Intelligence just prior to the September 11, 2001 attacks.

344. Prince Turki was the head of the Saudi Royal families' intelligence service for twenty-five years. Prince Turki met personally with Osama bin Laden at least five times while in Pakistan and Afghanistan during the mid-eighties to mid-nineties. Prince Turki also had meetings with the Taliban in 1998 and 1999. On or about 1995, while the Saudi Istakhbarat was headed by Prince Turki and decided to give massive financial and material support to the Taliban. Also in 1995, al Qaeda bombed the Khobar Towers in Saudi Arabia.

345. Al Qaeda financier Zouaydi had close financial ties with Defendants Turki al Faisal al Saud and Mohammed al Faisal al Saud as is detailed *infra*.

346. Mullah Kakshar is a senior Taliban official who defected and provided a sworn statement regarding the transfer of funds from wealthy Saudis directly to al Qaeda and Osama bin Laden in Afghanistan. Mullah Kakshar's sworn statement implicates Prince Turki as the facilitator of these money transfers in support of the Taliban, al Qaeda, and international terrorism.

347. In 1996, according to various intelligence sources, a group of Saudi princes and prominent Saudi business leaders met in Paris and agreed to continue contributing, sponsoring, aiding and abetting Osama bin Laden's terrorist network.

348. In July of 1998, a meeting occurred in Kandahar, Afghanistan that led to an agreement between certain Saudis and the Taliban. The participants were Prince Turki, the Taliban leaders, as well as senior Pakistani intelligence officers of the ISI and representatives of

Osama bin Laden. The agreement reached stipulated that Osama bin Laden and his followers would not use the infrastructure in Afghanistan to subvert the royal families' control of Saudi government and in return, the Saudis would make sure that no demands for the extradition of terrorist individuals, such as Osama bin Laden, and/or for the closure of terrorist facilities and camps. Prince Turki also promised to provide oil and generous financial assistance to both the Taliban in Afghanistan and Pakistan. After the meeting, 400 new pick-up trucks arrived in Kandahar for the Taliban, still bearing Dubai license plates.

349.     Prince Turki was instrumental in arranging a meeting in Kandahar between Iraqi senior intelligence operative, the Ambassador to Turkey Faruq al-Hijazi, and Osama bin Laden, in December of 1998.

350.     Prince Turki headed Istakhbarat until August 2001. Istakhbarat served as a facilitator of Osama bin Laden's network of charities, foundations, and other funding sources. Prince Turki is under consideration to be named as an ambassador from Saudi Arabia to the United Kingdom.

351.     Born in Riyadh, Saudi Arabia in 1924, Prince Sultan is the son of Abdulaziz bin Abdul Rahman al Saud, founder of the modern Kingdom of Saudi Arabia and Hussa bin Ahmad Sudairi. He is one of the six full brothers of King Fahd bin Abdulaziz al Saud. These seven brothers are referred to as the Sudairi seven. Prince Sultan was appointed Governor of Riyadh in 1947.

352.     Prince Sultan has been the Second Deputy Prime Minister, Minister of Defense and Aviation since 1962 and Inspector-General of the Kingdom of Saudi Arabia. In addition, Prince Sultan is Chairman of the Supreme Council for Islamic Affairs which has oversight and control over charities in Saudi Arabia. Defendant and Saudi Defense Minister Sultan bin Abdulaziz al Saud is believed to be a shareholder of Nimir Petroleum.

353.    Beginning with the Gulf War, Prince Sultan took radical stands against western countries and publicly supported and funded several Islamic charities that were sponsoring Osama bin Laden and al Qaeda operations, including the International Islamic Relief Organization, Muslim World League, World Assembly of Muslim Youth and al-Haramain.

354.    Prince Sultan has been involved in the sponsorship of international terrorism through the IIRO and other Saudi-funded charities.  Defendant International Islamic Relief Organization is a direct arm of the Saudi Royal family, according to Arafat el-Asahi, the Director of the Canadian branch of the International Islamic Relief Organization.  The United States Department of State has also identified IIRO as an organization which sponsors terrorism.  Dr. Adnan al Basha, the Secretary General of the International Islamic Relief Organization publicly thanked Prince Sultan on December 22, 2000, for his support and aid.

355.    Shortly after the September 11, 2001 attacks, Prince Sultan publicly accused the "Zionist and Jewish lobby" of orchestrating a "media blitz" against the Saudi Kingdom.  A Saudi embassy press release announced in April 2001 that "Prince Sultan affirms [the] Kingdom's Support" for the Palestinian Intifada, to the tune of $40 million already disbursed to "the families of those martyred" and other "worthies."

356.    Prince Sultan argued against the United States use of Saudi bases to stage military strikes on Afghanistan after the September 11, 2001 attacks, stating that his government "will not accept in [Saudi Arabia] even a single soldier who will attack Muslims or Arabs."  Saudi Minister of Defense Prince Sultan stated his country would not permit allied aircraft to launch preventive or major retaliatory strikes against Iraq from bases in Saudi Arabia.  Prince Sultan expressed the hope that the Arab Nationals who have fought alongside the Taliban and al Qaeda will be allowed to return safely to their respective countries.

357.    In 1994, the Saudi Kingdom issued a royal decree banning the collection of money in Saudi Arabia for charitable causes without official permission.  King Fahd set up a

Supreme Council of Islamic Affairs, headed by his brother Prince Sultan to centralize, supervise and review aid requests from Islamic groups. This council was established to control the charity financing and look into ways of distributing donations to eligible Muslim groups.

358.    Consequently, as Chairman of the Supreme Council, Prince Sultan could not have ignored the ultimate destinations of charitable funding, and could not have overlooked the role of the Saudi charitable entities identified herein in financing the al Qaeda terrorist organization.

359.    Despite that responsibility and knowledge, Prince Sultan personally funded several Islamic charities over the years that sponsor, aid, abet or materially support Osama bin Laden and al Qaeda:  the International Islamic Relief Organization (and its financial fund Sanabel el-Khair), al-Haramain, Muslim World League, and the World Assembly of Muslim Youth. All of these charities are and/or were involved in the financing of international terrorism. The total of Prince Sultan's donations to these entities since 1994 amounts to at least $6,000,000, according to official and public reports.

360.    Prince Sultan's role in the IIRO's financing is of significance. Since the IIRO's creation in 1978, Prince Sultan participated by donations and various gifts to the charity. In 1994 alone, he donated $266,652 to the Islamic International Relief Organization. Since 1994, the amount funneled by Prince Sultan into IIRO is reported to be $2,399,868. Prince Sultan's role in directly contributing to and in the oversight of IIRO evidences his material sponsorship, aiding and abetting of international terrorism. Prince Sultan maintains close relations with the IIRO organization headquarters and knew or should have known these assets were being diverted to al Qaeda.

361.    Prince Sultan is also a large financial contributor of the Muslim World League. Prince Sultan donated during a television fundraising campaign for MWL :

> The total collection made as a result of the television campaign was SR
> 45,000,000, with the Emir of Riyadh, Prince Sultan, donating a million
> Saudi Riyals ($533,304).

362.    Prince Sultan is also a regular donator to the World Assembly of Muslim Youth (or "WAMY"). WAMY was founded in 1972 in a Saudi effort to prevent the "corrupting" ideas of the western world influencing young Muslims. With official backing it grew to embrace 450 youth and student organizations with 34 offices worldwide. WAMY has been officially identified as a "suspected terrorist organization" by the FBI since 1996 and has been the subject of numerous governmental investigations for terrorist activities.

363.    At best, Prince Sultan was grossly negligent in the oversight and administration of charitable funds, knowing they would be used to sponsor international terrorism, but turning a blind eye. At worst, Prince Sultan directly aided and abetted and materially sponsored al Qaeda and international terrorism.

364.    Prince Mohammed is engaged in the sponsorship of international terrorism through Dar al Maal al Islami, the Faisal Islamic Bank and Al Shamal Islamic Bank. As detailed *supra*, until 1983, DMI was under M. Ibrahim Kamel's chairmanship. On October 17, 1983, Prince Mohammed became CEO of DMI. Under Prince Mohammed's chairmanship, DMI developed banking, investment and insurance activities in approximately twenty offices across the world. DMI was founded twenty years ago to foster the spread of Islamic banking across the Muslim world and its Board of Directors included Haydar Mohamed bin Laden, a half-brother of Osama bin Laden. Faisal Islamic Bank Sudan was one of the five main founders of Al Shamal Islamic Bank.

365.    Prominent Saudi businessman and terrorism financier Adel Abdul Jalil Batterjee is the Chairman and one of the largest shareholders of Al Shamal Islamic Bank in Khartoum, Sudan. Al Shamal Bank is an instrumental bank in Osama bin Laden's financial support network. Osama bin Laden used Al Shamal Bank for the funding of his al Qaeda network leading up to the 1998 United States Embassy bombings in Africa. During the planning of these

bombings, Jamal Ahmed al-Fadl, an al Qaeda operative, received $250,000 from the Al Shamal Bank in Sudan to purchase a plane for al Qaeda.   The plane was used to coordinate al Qaeda's efforts in preparation for the 1998 Embassy bombings, which killed over 250 people and injured 1,000 more.  Defendant Faisal Islamic Bank was implicated during al-Fadl's 2001 United States trial regarding the bombings as holding and managing bank accounts for al Qaeda operatives.

366.    As the head of DMI, Prince Mohammed knew or should have known of these and other activities and acted as an aider and abettor and material sponsor of al Qaeda, Osama bin Laden, and international terrorism.

367.    Prince Abdullah al Faisal was born in 1923 and is the son of former King Faisal. His brothers include Defendant Turki al Faisal al Saud and Defendant Mohammed al Faisal al Saud.

368.    Prince Abdullah al Faisal, a former official of the Saudi Ministry of Interior, was Minister of Health between 1949 and 1950. He is Chairman of the Arabian Establishment for Trade and Shipping Ltd, Qassim Cement Company and owner of Alfaisaliah Group. He is also Chairman of the board of trustees of the King Faisal Foundation.

369.    Alfaisaliah Group (a/k/a Al Faisal Group Holding Co.) (or "AFG") is based in Riyadh, Saudi Arabia.  Its main shareholder is Prince Abdullah al Faisal. Its Chairman is Mohammed Abdullah al Faisal, Prince Abdullah al Faisal's son.

370.    Alfaisaliah Group was reorganized in 2001 with Prince Abdullah al Faisal holding 97.5% of the shares, and businessman Mohammed bin Abdulrahman al Ariefy, President, owning 2.5 percent of the shares. The company at that time changed its name to al Faisal Group Holding Co., a successor in interest to Alfaisaliah Group.

371.    Founded in 1970, the Alfaisaliah Group is a large commercial conglomerates with 3,000 employees and thirteen subsidiaries involved in five business sectors (Food & Beverages, Petrochemicals & Plastics, Entertainment & Multimedia, Consumer Electronics, and High Tech

& Information Technology). Alfaisaliah Group is the representative agent in Saudi Arabia of several international companies, including Sony, Hewlett Packard, MegaStar, Columbia Tristar, 20th Century Fox, Motorola, Toshiba and Danone. Its main subsidiaries include Modern Electronic Establishment, Modern Petrochemicals Establishment, Al Safi Diary Establishment, Al Faisalia Agricultural Establishment, Al Faisalia Real Estate Establishment and Al Faisalia Computer & Communication Services Establishment. Alfaisaliah Group maintains branches in Jeddah, Al Khobar, Khamis Mushait, Madinah, Qassim, Arar and Tabuk.

372.    According to FBI records, September 11, 2001, hijacker Hani Saleh H. Hanjour (a/k/a Hani Saleh Hanjour, Hani Saleh, Hani Hanjour) is a Saudi national from the city of Taif, Saudi Arabia. Hanour was one of the hijackers on American Airlines flight 77 that crashed into the Pentagon on September 11, 2001. His brother Abdulrahman Saleh Hanjour harboured him in Tucson, Arizona, in the months preceding the September 11, 2001 attacks.

373.    The two Hanjour brothers and another al Qaeda suspect in the attacks, Abdal Monem Zelitny, had a registered address in Taif, Saudi Arabia, under the name of Alfaisaliah, P.O. Box 1717, Taif, Saudi Arabia. The name and address are the branch office of Alfaisaliah Group in Taif, a subsidiary of the Riyadh based holding company. As detailed above, Alfaisaliah is owned and controlled by Prince Abdullah al Faisal, son of King Faisal, and for whom, terrorist financier Zouaydi was worked as an accountant in Jeddah, Saudi Arabia.

374.    One of Prince Abdullah al Faisal's accountants in Jeddah, Saudi Arabia was Defendant Muhammed Galeb Kalaje Zouaydi, (a/k/a Abu Talha) (or "Zouaydi") convicted in Spain for financing al Qaeda operations in Europe. Zouaydi set up Spanish companies established during the time he was staying in Saudi Arabia and working for Prince Abdullah al Faisal, between 1996 and 2000. Zouaydi laundered Saudi money through Spain to an al Qaeda cell in Germany.

375.   Evidence from eye witnesses indicates that Zouaydi was present in offices of Prince Abdullah al Faisal in Jeddah.   Zouaydi was also recognized in the offices of Dr. Bakhsh Hospital with its Chairman, Abdul Rahman Taha Bakhsh, brother of businessman Abdullah Taha Bakhsh, former director of Zakat and Income Tax at the Saudi Ministry of Finance.   Both brothers are members of the board of Trading Engineering & Contracting Corp.   (Traco), based in Jeddah, Saudi Arabia.

376.   Evidence recovered by the Spanish authorities shows that Muhammed Galeb Kalaje Zouaydi, a Syrian born businessman, along with several associates in Spain and Europe, funneled money from the Saudi-based company, Mushayt for Trading Establishment (or "Mushayt"), through Spanish corporations to entities and individuals known to be associated with the al Qaeda terrorist organization in Europe.   Prince Abdullah al Faisal is implicated in these financial transactions of material support to al Qaeda, as is Prince Turki.   When this and other evidence has been fully analyzed, additional parties or persons may be implicated.

377.   According to Spanish authorities, Mushayt received funds and donations from other companies and individuals in Saudi Arabia that were funneled to al Qaeda through Spain. This fraudulent scheme provided material, financial support to the Global Relief Foundation in Spain, to Abdul Fattah Zammar and Mamoun Darkazanli in Germany, who maintained the bank accounts of hijacker Mohamed Atta and other members of the Hamburg al Qaeda cell.   These co-conspirators (Zammar and Darkazanli) are awaiting trial in Germany on charges of providing financial and logistical support to the organization of the September 11, 2001 attacks.

378.   Ghasoub Al Abrash Ghalyoun (a/k/a Abu Musab), an associate of Zouaydi's in Spain, was observed filming future targets of al Qaeda in the United States.   In his videotapes, Spanish authorities found pictures of the World Trade Center taken on August 9, 1997.

379.   Prince Naif is the Chairman of the Saudi Arabian Committee for Support of the Intifada al Quds.   According to documents captured by the Government of Israel in the

Palestinian territories during operation Defensive Shield, this committee knowingly transferred large sums of money to the families of Hamas terrorists who had executed murderous attacks against Israelis. Prince Naif, along with others in Saudi Arabia, supports suicide martyrs.

380.   Abu Mazen, the Palestinian Authority representative in Saudi Arabia, wrote a letter dated January 9, 2001, to Salman Bo Abed Al Aziz, the Governor of Riyadh Province and Chairman of the Popular Committees for Support of the Palestinian Jihadis.  The letter, written on behalf of Palestinian President Yasser Arafat, states that the Saudi Arabian Committee for Support of the Intifada al Quds directly funds terrorism:

> The Saudi committee responsible for transferring the contributions to beneficiaries is sending large sums to radical committees and associations including the Islamic Association which belongs to Hamas, the Al-Atzlach Association [most likely the Al-Salah Association, a known agency of the Hamas in Gaza], and brothers belonging to the Jihad in all areas. (emphasis added.)

381.   The letter is a request by Yasser Arafat to the Government of Saudi Arabia to curtail its funding of the Hamas movement in favor of the military faction of the Palestinian Authority, Fatah.  Prince Naif has engaged in a pattern of conduct that aids, abets, and materially sponsors international terrorism and Al Qaeda.  As with Prince Sultan and Prince Turki, Prince Naif has engaged in material support, including but not limited to monetary payoffs, to Osama bin Laden's al Qaeda.

382.   Prince Naif is Saudi Minister of Interior and heads the Saudi Committee for relief to Afghans, which supervises the activities of Defendant al-Haramain Foundation whose sponsorship of terrorism is detailed *supra*.  The Minister of Interior, by function, controls the activities of Islamic Charities and is empowered to verify their legality and conduct.  At a minimum, Prince Naif has breached his duties of care with respect to this responsibility.

383.   Abdullah bin Abdul Muhsen al Turki (or "al Turki") is a Saudi and the former rector of the University of Riyadh (1994), former minister of Waqf and Islamic Affairs until

2000, and advisor to King Fahd.  Al Turki is also Secretary General of the Muslim World League.

384.    Abdullah bin Abdul Muhsen al Turki is a counselor to the government of Saudi Arabia and was clearly in contact with al Qaeda financier Zouaydi.  Abdullah bin Abdul Muhsen al Turki acted as Saudi Minister of Islamic Affairs for many years and clearly was in a position where he should have known about the reach of international terrorism and al Qaeda.  Al Turki later became a shareholder in the front organization known as Promociones which bought real estate but did no actual construction work, although listing itself as a construction company.  Instead, that company made direct payments to al Qaeda cells.

385.    Al Turki organized in January 2002 a conference of scholars who stated that terrorism is not equal to Jihad, and defined a right to struggle "against occupiers ... and those who renege on their commitments or prevent Muslims from peacefully preaching."

386.    On October 10, 1999, Zouaydi, a senior al Qaeda financier for Europe, and Abdullah bin Abdul Muhsen al Turki, then advisor to King Fahd, agreed to participate as business partners to a construction project in Madrid, Spain.  A contract was written by Zouaydi Company in Spain stating that both parties will finance 50% of the project.  The incomes would be split 70/30 between al Turki and Zouaydi.

387.    Zouaydi was part of an international terrorist movement for global jihad which encompassed the al Qaeda network.  This network channeled money directly to the perpetrators of September 11, 2001, and to similar global jihad movements planning terrorist actions in San Francisco, Bali, and elsewhere.

388.    Several faxes in support of this enterprise, scheme and conspiracy were sent by Zouaydi to al Turki.  In one fax sent on October 15, 1999, Zouaydi asks al Turki to send the money through al Rajhi Bank (which hold his accounts in Saudi Arabia).

389.   As a guaranty for the operation, Zouaydi sent a check of 191 million Pesetas on September 15, 1999, to al Turki as beneficiary from Banco Sabadell in Madrid.  On October 22, 1999, a fax was sent to al Turki by Prol & Asociados law firm in Madrid referring to a telephone conversation with someone acting on behalf of al Turki, Waleed O Houssainy, about a project of al Turki to buy 100% of Zouaydi's Spanish company.

390   On February 4, 2000, Zouaydi sent a fax to al Turki, referring to him as "advisor to King Fahd."  In his declarations to the Spanish judge on April 26, 2002, Zouaydi refers to al Turki as "advisor to King Fahd."  Al Turki's representative, Waleed al Husseini, is the manager of a major Saudi company owned by the prominent shareholders.

391.   Prince Turki served in the same cabinet as Chief of Intelligence, which shared information with al Turki.  It was widely known that al Qaeda members' and supporters' interpretation of the Koran provides that suicide bombing is a permissible act, and that al Qaeda's political goal is to establish global extremist Muslim rule.  For al Qaeda and some extremist Saudi supporters, support of the Taliban may have had less to do with Afghanistan's autonomy and much more to do with funding a staging platform and material sponsorship for worldwide global jihad.

392.   The Saudi High Commission, (a/k/a the Saudi High Relief Commission) (or "SHC") was founded in 1993 by Prince Salman bin Abdul Aziz al Saud (or "Prince Salman"), the Mayor of Riyadh and a son of King Fahd, a prime supporter of the charity. Hailed as the largest fundraising effort in the Arab and Muslim world, the Saudi High Commission claims to have spent more than $600 million in aid to Bosnian Muslims impoverished by the country's recent civil war.

393.   Despite the Saudi commission's generous efforts in Bosnia, it has been widely criticized by aid agencies and Bosnian intellectuals for importing the extreme form of Saudi Islam, Wahhabism, which is alien to the more moderate, secular form found in Bosnia.  Bosnian

officials claim that the Wahhabis' intolerant and anti-Western form of Islam contradicts and offends Bosnian tradition and undermines the country's rich and diverse religious heritage.

394.   On October 21, 2001, five Algerians were arrested in Bosnia Herzegovina on criminal charges of international terrorism following a threat to the United States embassy. The incident resulted in the five day closure of the United States and British embassies for what both embassies called "a credible security threat." The plot was discovered when United States intelligence intercepted a telephone conversation between two of the accomplices about the mission. During this telephone conversation, one of the terrorists said, "American interests would be jeopardized within 48 hours."

395.   This group of Algerians is suspected to be a part of the al Qaeda network. The NATO Secretary-General, George Robertson, stated that at least one of the five had "direct links with al Qaeda and Osama bin Laden." The leader of the group, Bensayah Belkacem, has been identified as a top al Qaeda lieutenant. In October, 2001, Belkacem was arrested at his apartment in Zenica, Bosnia, where authorities found phony passports and a mobile telephone listing for Abu Zubeida, al Qaeda's third-in-command. According to phone transcripts, Belkacem was also in phone contact with an al Qaeda military commander Abu al-Maid.

396.   One of the six Algerian terror suspects, Sabir Lamar, worked for the Saudi High Commission as an Arabic language teacher. Sahir Lamar is said to have fought in Afghanistan with the Mujahideen. He is married to the daughter of a former local employee at the United States embassy in Sarajevo and is believed to have had keys to the building, in which photographs and other information were available.

397.   In October, 2001, United States forces raided the Sarajevo branch of the Saudi High Commission of Bosnia and Herzegovina. United States forces found computer hard drives with photographs of the World Trade Center before and after its collapse as well as photos of United States embassies in Kenya and Tanzania and the USS Cole. Additionally, United States

forces discovered files on pesticides and crop dusters, information about how to make fake State Department badges as well as photographs and maps of Washington, marking government buildings. About $100,000 worth of local currency was found in a safe, as well as anti-Semitic and anti-United States computer material geared toward children.

398.    The Financial Police of the Federation of Bosnia Herzegovina Ministry of Finance analysis of the documents seized from the offices of the Saudi High Commission describe the organization as a front for radical and terrorism-related activities:

> Members of the SFOR have on premises of the Saudi High Commission Relief for Bosnia and Herzegovina confiscated some documentation for which it can be claimed with certainty that it does not belong in the scope of work of a humanitarian organization (various photographs of the World Trade Center, sketches of military bases, certain photographs of military ships, civil airplanes, certain specially protected facilities, and other).

399.    In October 2001, a Bosnian spokesman announced that between 100,000 DM and 200,000 DM in cash were also seized in the offices of the Saudi High Commission. The Saudi High Commission used 24 vehicles with diplomatic plates to transport members and material inside Bosnia Herzegovina.

400.    Prince Salman has a history of funding Islamic extremism. Prince Salman was named Chairman of the General Donation Committee for Afghanistan (a/k/a Afghan Jihad Support Committee) in 1980. In 1981, the General Donation Committee for Afghanistan gave $39 million dollars to aid the Afghan mujahideen. Prince Salman stated the donation was made to "our Afghan brothers."

401.    In 1999, Prince Salman made a donation of $400,000 during a fund-raising event organized for Bosnia Herzegovina and Chechnya by Defendants International Islamic Relief Organization, World Assembly of Muslim Youths, and Al-Haramain Foundation.

402.    A letter seized by the Israeli Defense Forces during Operation Defensive Shield, evidences the involvement of Prince Salman in financing terrorist organizations. The letter dated

December 30, 2000, was issued by the Embassy of the State of Palestine in Riyadh to Prince Salman bin Abdul Aziz al Saud, Chairman of the Popular Committees for Support of the Palestinian Fighters. The Palestinian ambassador expresses the concern of Yasser Arafat regarding funding of radical organizations.

> I wish to inform you that [Yasser Arafat] called me and asked to convey his request to mediate and intervene and express his opinion about what is happening in our homeland. The Saudi committee responsible for transferring contributions to beneficiaries is sending large sums to radical committees and associations, including the Islamic Association which belongs to Hamas, the Al-Salah Association, and brothers belonging to the Jihad in all areas. This has a bad affect on the domestic situation and also strengthens these brothers and thus has a bad impact on everybody.

403.    Prince Salman is engaged in the aiding and abetting and material sponsorship of international terrorism, including al Qaeda and Osama bin Laden.

404.    Given its level of financing, the SHC does not provide adequate financial aid to the needy. The Saudi High Commission was functioning at least until February 2001, when the announcement was made that the organization provided in a nine-year period a total of $560,900,000 in donations, while it was obvious, since at least year 2000, that funds sent to help Bosnia Herzegovina were diverted for other purposes. For instance, in September 2000, Prince Salman was alerted by a letter from the Bosnian association "Mothers of Srebrenica and Podrinje" in which it was clearly claimed that the Saudi High Commission in Bosnia Herzegovina didn't meet its goal in terms of financial help, accusing the director of the Sarajevo office.

405.    This association stated that while Prince Salman announced that 200 million DM were collected in only one day after Srebrenica's fall in July 1995, for Srebrenica inhabitants, the Saudi assistance did not reach Srebrenica people. The association stated that:

> The director of the High Committee (Sheikh Naser bin Abdurahman al Said) is negating your statements, which we do not doubt, but we doubt the work of the director of the Committee who openly stands to the defense of the corrupted authorities in Sarajevo.

424

406.     Prince Salman knowingly failed to take appropriate actions regarding the management and use of funds of the Saudi High Commission in Bosnia Herzegovina, as proven in the raids conducted in the Sarajevo office of the organization less than one year later.

407.     Saudi High Commission financial records fail to account for $41 million dollars. United States investigative forces are currently reviewing suspicious financial records of the Saudi High Commission.  Matthew Levitt, a former FBI analyst and now a senior fellow at the Washington Institute for Near East Policy, says investigators have been unable to trace about $41 million dollars donated to the charity.

408.     The organization Saudi High Relief Commission to Bosnia and Herzegovina has been required by the High Court in Sarajevo to submit banking and account records, an inventory of assets and liabilities and an accounting of all other business transactions.

409.     Abdul Aziz Al Ibrahim (or "Al Ibrahim") is a Saudi citizen and the brother-in-law of King Fahd of Saudi Arabia.  His sister, Jawhara, is the second wife of King Fahd.

410.     Abdul Aziz Al Ibrahim acquired in 1989 a portion of the Marina Del Rey real estate venture in Los Angeles, through various offshore companies.  American authorities discovered a loan of $132 million that was granted to Al Ibrahim at the end of 1989 by BCCI. Al Ibrahim was one of BCCI's leading loan beneficiaries.

411.     Apart from being a lead investor in Marina del Rey, Al Ibrahim real estate assets have included Ritz-Carlton hotels in New York, Washington and Houston and Aspen, a hotel and office complex near Chicago's O'Hare International Airport, undeveloped property in the hills high above Bel-Air and largely vacant land near Disney World in Florida. Ritz-Carlton hotels have decided in 1997 to pull back their name from the facilities by terminating management agreements after they became controlled by Al Anwa USA company owned by Abdul Aziz Al Ibrahim.

412.   The registered President of Al Anwa USA is Tarek Ayoubi, who also manages Anwa Hotel & Resort International, Luxury Holdings Inc, MDR Hotel and NY Overnight Inc, all based at the same address in Marina Del Rey.

413.   Al Anwa holding is Al Anwa for Contracting Establishment (a/k/a Al Anwae Trading and Contracting Establishment, a/k/a Anwae Contracting Est) a construction company owned by Abdul Aziz Al Ibrahim.   Al Anwa for Contracting is shareholder, along with Defendant Dallah al Baraka (Chaired by Defendant Saleh Abdullah Kamel), of the National Environmental Preservation Co Ltd in Jubail, Saudi Arabia.

414.   With another brother, Walid, along with Defendant Saleh Abdullah Kamel, Abdul Aziz Al Ibrahim created in 1991 the leading Arab television satellite service, Middle East Broadcasting Corp (or "MBC"), which purchased the press agency United Press International (or "UPI") in 1992.

415.   In 1990, he created the Ibrahim bin Abdul Aziz Al Ibrahim Foundation whose official stated aim is humanitarian assistance. The organization is present in Kenya, Bosnia, Chechnya, South America and Southern Asia.

416.   The Ibrahim bin Abdul Aziz Al Ibrahim Foundation has built, among others, mosques in Dusseldorf, Gibraltar, Milan and Moscow.

417.   The organization's branch in Nairobi in Kenya was associated with Osama bin Laden's network in the FBI's investigation into the attacks against the American embassies on August 7, 1998.

418.   In September 1998, the Kenyan government canceled the registration of five Islamic relief agencies for allegedly supporting terrorism including Defendant Al-Haramain Foundation, Help African People, the Islamic Relief Organization, the Ibrahim bin Abdul Aziz Al Ibrahim Foundation, and Mercy Relief International. The authorities claimed that materials for the bomb were smuggled in as relief aid with the help of Islamic relief agencies.

419. The decision was announced by the Kenyan government's NGO coordinator who declared that:

> Our investigations reveal that the operations of these organizations are inconsistent with the reasons for which they were registered . . . These organizations are supposed to work for the welfare of Kenyans, but are instead endangering Kenyan's lives . . . They had been found to be working against the interests of Kenyans in terms of security.

420. After several organizations appealed this decision, Kenya's High Court has blocked the deregistration of four of the five non-governmental organizations. The International Islamic Relief Organization, Moslem World League, Al-Haramain Foundation, and Mercy International Relief Agency can still operate pending an appeal. Only the Ibrahim bin Abdul Aziz Al Ibrahim Foundation did not ask the court for an appeal.

421. In a study paper dated October 1999, called "The New Azerbaijan Hub: How Islamist operations are targeting Russia, Armenia and Nagorno-Karabagh", Yossef Bodansky, Senior Editor of Defense and Foreign Affairs' Strategic Policy refers to the Ibrahim bin Abdul Aziz Al Ibrahim Foundation as one of those which provided help to Osama bin Laden.

> The key Islamist facilities are concealed as charity and educational organizations affiliated with the web used by bin Laden's networks. Moreover, the headquarters of these organizations are stuffed with Arab "teachers" and "managers" from the ranks of such organizations as the International Muslim Brotherhood, the Islamic Salvation Front, several branches of Islamic Jihad, and the National Islamic Front of Sudan. The key organizations are . . . Al Ibrahim Foundation. Very little is known about this Baku-based charity except that its Arab principals have huge amounts of cash in hard currency. They are involved in acquisition of real estate among other "educational" projects.

422. Other reports suggest that Ibrahim bin Abdul Aziz Al Ibrahim Foundation was funding the Islamic Movement of Uzbekistan (or "IMU"), an affiliate of al Qaeda, whose leaders met Osama bin Laden in 1999 in Kandahar, Afghanistan. Reports stated that the IMU received $270,000 dollars from the Ibrahim bin Abdul Aziz Al Ibrahim Foundation.

423.   In 1999, the Russian special services and reconnaissance disseminated a report stating that Chechen militants were allegedly being trained in three paramilitary bases in Azerbaijan and that three Islamic organizations - the Ibrahim bin Abdul Aziz Al Ibrahim Foundation, World Youth Islamic Assembly and Islamic Rescue Organization - had taken part in setting up these bases.

424.   During an investigative television program by the Russian NTV, on November 1, 2002, it was disclosed that in July 2002, more than a hundred young men from various regions of Russia attended a seminar organized by the clerical board of Muslims of the Asian part of Russia at Pervouralsk.  The official goal of the event was to instruct to religious matters.  One of the courses was based upon a study in sharia disciplines, published by Ibrahim bin Abdul Aziz Al Ibrahim, which emphasized (quote):

> Armed struggle in the name of Allah, for his word to be above all else...Sacrifice your life in witness of Allah's religion.

425.   According to a document summarizing the seminar "the main task of the seminar was to select candidates for further instruction at Saudi universities, and to raise the level of Islamic awareness."  After the NTV findings, an investigation was conducted and a criminal procedure is pending in Russia.

426.   The event took place at the Middle Urals Kaziat Muslim community, where Defendant Abdullah bin Abdul Muhsen al Turki settled in 1995 a Joint committee for Islamic Action and Studies with representatives from Defendants Muslim World League, Islamic International Relief Organization, World Assembly for Islamic Youth, along with the Ibrahim bin Abdul Aziz Al Ibrahim Foundation.

427.   The role of certain Saudis in the sponsorship of al Qaeda cannot be ignored.  This is evidenced in the al Qaeda organization's own words.  Captured al Qaeda documents state that among all the Muslim governments in the world, the government of Saudia Arabia is the only

representative model Islamic government, the greatest center of Islam as al Qaeda moves to expel the Jews and Christians from Arab lands through mass murder.

428.   Osama bin Laden is referred to in al Qaeda documents as the billionaire merchant prince and the beloved member of Saudia Arabia's billionaire family who has been led by the bin Laden family to aim the Kalishnikow at super power America.

429.   Information found in the possession of al Qaeda terrorists indicates that financial support of international terrorism by wealthy Saudis is designed to undermine moderate Arab regimes and movements while providing support for Saudi legitimacy as the strict guardians of Mecca and Medina.

430.   These acts described herein constitute a pattern of conduct in sponsoring and promoting radicals and international terrorism generally, as well as al Qaeda and Osama bin Laden, specifically.  The participation of certain Saudi nationals in the sponsoring and promotion of terrorism is widely known if politically unpalatable.  As USA Today reported back in 1999:

> More than a year after the U.S. Embassy bombings in East Africa, prominent businessmen in Saudi Arabia continue to transfer tens of millions of dollars to bank accounts linked to indicted terrorist Osama bin Laden, senior U.S. intelligence officials told USA Today.
>
> The money transfers, which began more than five years ago, have been used to finance several terrorist acts by bin Laden, including the attempted assassination in 1995 of Egyptian President Hosni Mubarak in Ethiopia, the officials said.
>
> Secretary of State Madeleine Albright is expected to raise the issue with Prince Sultan, the Saudi defense minister, during his visit to Washington next week. Saudi Arabia, the main U.S. ally in the Persian Gulf, has pledged to fight terrorism.
>
> According to a Saudi government audit acquired by U.S. intelligence, five of Saudi Arabia's top businessmen ordered the National Commercial Bank (NCB), the kingdom's largest, to transfer personal funds, along with $3 million diverted from a Saudi pension fund, to New York and London banks.
>
> The money was deposited into the accounts of Islamic charities that serve as fronts for bin Laden.

The businessmen are paying bin Laden "protection money" to stave off attacks on their businesses in Saudi Arabia.

431.   Certain members of the Saudi Royal family and related persons overtly and covertly aid, abet, and materially support the IIRO and other charities, despite their roles in terrorist financing.  Certain members of the Saudi Royal family, along with other wealthy Saudi supporters, contributed to the IIRO and related charities as a way to support al Qaeda without suffering from the social (and legal) ramifications that such contributions bring.  The IIRO received funds which were passed on to terrorists in part from the Zakat payments from individuals and companies in the kingdom of Saudi Arabia.  The Saudi Royal family members own substantial assets in the United States of America, do substantial business in the United States of America, the profits of which in part are used to fund international terrorist acts, including those which led to the murderous attacks of September 11, 2001.

432.   As the 2002 Report on terrorist financing by the independent task force of the Council on Foreign Relations pointed out. "it is worth stating unambiguously what official U.S. government spokespersons have not: [F]or years, individuals and charities based in Saudi Arabia have been the most important source of funds for al Qaeda; and for years, Saudi officials have turned a blind eye to this problem."  The report goes on to note that this is hardly surprising given that the Saudis possess the greatest concentration of wealth in the area.

## Delta Oil Company

433.   Delta Oil Company (or "Delta Oil") is based in Jeddah, Saudi Arabia. The chairman of Delta Oil Company is Badr bin Mohammed al-Aiban (or "Badr al-Aiban").  Most of Delta Oil operations are conducted from London offices of Delta Oil Ltd, Delta Oil Services UK Ltd., and Delta Hess Khazar Ltd.

434.   Badr al-Aiban is a former consultant in the Saudi state oil sector. His deputy, Nabil Al Khowaiter, is a former executive with Aramco. Badr Al-Aiban's father was advisor to Crown Prince Abdullah. A Delta Oil official company statement stressed that:

> In gratitude for his service, the Crown Prince awarded the senior al-Aiban the post of deputy commander of the National Guard. After his death, Abdullah took al-Aiban's three sons under his wing. Badr (al-Aiban) himself was brought up as a member of the al-Saud household.

435.   In 1996, Delta Oil Company formed a joint-venture with Nimir Petroleum Company, a company controlled by Osama Bin Laden's brother in law, financial backer, and sponsor of international terrorism Defendant Khalid Bin Salim Bin Mahfouz. This joint venture was known as Delta Nimir Khazar Limited and its purpose was to negotiate with the Taliban regime. In December 1996, the Taliban announced that the Taliban government had agreed to allow a proposed pipeline through Afghanistan.

436.   In October 1997, six energy companies signed a deal to create Centgas, a consortium for the construction of a pipeline from Turkmenistan and across western Afghanistan to Pakistan. Delta Oil Company took a 15 percent stake in the consortium.

437.   The Taliban were offered various gifts, material support and incentives from Delta Oil, including fax machines and generators. One of the oil consortium leaders acknowledged that the group spent between $15 million and $20 million in promotion and sponsorship related to the Taliban. Delta Oil knew or should have known that the Taliban regime was harboring and sponsoring al Qaeda and Osama bin Laden. Delta Oil acquired a majority share in the CentGas consortium in 1998 after the withdrawal of a United States partner in protest of the Taliban's mis-treatment of women.

438.   Between 1996 and 1998, Delta Oil materially supported the Taliban regime, despite the widespread knowledge they harboured and supported al Qaeda terrorists, Osama bin Laden, and al Qaeda terrorist training camps.

439.    Since at least August 1996, Osama Bin Laden has been named as a financier and promoter of Islamic extremist terrorist activities. A State Department fact sheet reported that Osama Bin Laden had various business interests in Afghanistan and that he was running several military training camps there for the al Qaeda terrorist organization, with the support of the Taliban.

440.    The 1996 Report on Patterns of Global Terrorism publicly described the affiliation between the Taliban regime and the al Qaeda terrorist network:

> The Taliban militia, which took over the capital city, Kabul, in September, has permitted Islamic extremists to continue to train in territories under its control even though they claimed to have closed the camps. (...) Saudi-born extremist Usama Bin Ladin relocated to Afghanistan from Sudan in mid-1996 in an area controlled by the Taliban and remained there through the end of the year, establishing a new base of operations. In August, and again in November, Bin Ladin announced his intention to stage terrorist and guerrilla attacks against US personnel in Saudi Arabia in order to force the United States to leave the region.

441.    A 1998 memo signed by Abu Hafz (the military name for Mohammed Atef), the military chief of al Qaeda, reveals how the oil interests were recognized by the terrorist organization and used as a leverage by the Taliban to remain in power. This memo was seized in a computer during the FBI investigations on the al Qaeda United States Embassy bombings in Africa.

442.    Delta Oil Company knowingly financed, materially supported and/or aided and abetted the Taliban, al Qaeda, Osama bin Laden and international terrorism.

## NIMIR LLC

443.    Nimir LLC (a/k/a Nimir Petroleum Ltd, a/k/a NPC) (or "Nimir"), was founded by Defendant Khalid bin Salim bin Mahfouz, former Chief Executive Officer of Defendant National Commercial Bank, member of Saudi Aramco Supreme Council since March 1989. Defendants Abdulrahman bin Khalid bin Mahfouz and Khalid bin Mahfouz are shareholders and board

432

members of Nimir. Abdulrahman bin Khalid bin Mahfouz is CEO of Nimir.   Khalid Bin Mahfouz is President of Nimir.

444.   Nimir Petroleum LLC is located in Jeddah, Saudi Arabia.   In London, the executive board of Nimir Petroleum Ltd includes Khalid bin Mahfouz, Rashid Alkaff, Abdullah Basodan, Tek Soon Kong, and Simon Paul Binks.   Nimir LLC includes a subsidiary named Nimir Petroleum Company USA Incorporated (or "NPC USA") located in Dallas, Texas.

445.   Abdulrahman Bin Khalid Bin Mahfouz, son of Khalid Bin Mahfouz, was trustee of the terrorist charity front Muwaffaq Foundation described *supra*.   Abdulrahman Bin Khalid Bin Mahfouz was also member of the board and Vice Chairman of the Executive Management Committee of Defendant National Commercial Bank.

446.   The Muwaffaq Foundation was founded by the Bin Mahfouz family.   In 1991, Muwaffaq Foundation (or "Blessed Relief") settled in Sudan with Defendant Yasin Al-Qadi acting as chairperson, providing material and financial support for Osama bin Laden's operations in Sudan and elsewhere.

447.   A Treasury Department statement reports that:

> Muwafaq is an Al-Qaida front that receives funding from wealthy Saudi businessmen. (...) Saudi businessmen have been transferring millions of dollars to bin Laden through Blessed Relief.

448.   Defendant Khalid bin Salim bin Mahfouz was such a Saudi businessman.   Khalid bin Mahfouz is the former Chief Executive Officer of the Bank of Credit and Commerce International (or "BCCI") and former Chief Executive Officer of the National Commercial Bank until 1999, and is a major financial sponsor and conduit for Osama bin Laden, al Qaeda operations, and international terrorism.   As President of Nimir, Khalid bin Mahfouz further sponsored terrorism.

449.   Defendant and Saudi Defense Minister Sultan bin Abdulaziz al Saud is believed to be a shareholder of Nimir Petroleum.

433

450.   With Khalid bin Mahfouz, Nimir Petroleum engaged in a relationship with the Taliban regime in or about 1994. Nimir agreed to partner with the Saudi Delta Oil Company, by forming a joint-venture known as Delta Nimir Khazar Limited.  Soon after, due to Nimir and Khalid bin Mahfouz' influence, an agreement was reached between a consortium of oil companies and the Taliban.  Nimir's efforts to lobby for the consortium to reach an agreement with the Taliban regime included a meeting in November 1997 with a Taliban delegation to Texas.

451.   Nimir materially supported, aided and abetted the Taliban regime, despite the widespread knowledge they harboured al Qaeda terrorists, training camps, and Osama bin Laden.

452.   Since at least August 1996, Osama bin Laden has been named as a financier and promoter of Islamic extremist terrorist activities. A State Department fact sheet reported that Osama bin Laden had various business interests in Afghanistan and that he was running several military training camps there for the al Qaeda terrorist organization.

453.   The 1996 Report on Patterns of Global Terrorism publicly described the affiliation between the Taliban regime and the al Qaeda terrorist network:

> The Taliban militia, which took over the capital city, Kabul, in September, has permitted Islamic extremists to continue to train in territories under its control even though they claimed to have closed the camps. (…) Saudi-born extremist Usama Bin Ladin relocated to Afghanistan from Sudan in mid-1996 in an area controlled by the Taliban and remained there through the end of the year, establishing a new base of operations. In August, and again in November, Bin Ladin announced his intention to stage terrorist and guerrilla attacks against US personnel in Saudi Arabia in order to force the United States to leave the region.

454.   A 1998 memo signed by Abu Hafz (the military name for Mohammed Atef), the military chief of al Qaeda, reveals how the oil interests were recognized by the terrorist organization and used as a leverage by the Taliban to remain in power.  This memo was seized in a computer during the FBI investigations on the al Qaeda United States Embassy bombings iin Africa.

455.   Nimir knowingly financed, materially supported and/or aided and abetted the Taliban, al Qaeda, Osama bin Laden and international terrorism.

## Ary Gold LTD

456.   Ary Gold LTD (a/k/a Ary Gold, a/k/a Ary International Exchange, a/k/a Ary Traders, a/k/a Ary Trade) (or "Ary Gold" or "Ary Group") was created in 1972 by Abdul Razzak Yakoob, a Pakistani native businessman. Abdul Razzak Yakoob came from a Pakistani family of gold merchants, and chaired the Ary Group since 1974 with his brother Mohammad Iqbal.  The head office of Ary Group is located in Dubai. The Ary Group is a conglomerate active in several industrial sectors (textiles, food, television broadcasting, and precious metals). Faced with a financial crisis in 1986, the group increased its trading operations on gold and silver bullion, through its two branches, Ary Gold and Ary Jewellers:

> Ary Group started trading gold and silver in 1979. In 1994, it opened Ary Jewellers for the wholesale trade of manufactured jewelry, including Ary branded gold bars.

457.   Abdul Razzak Yakoob confirmed the beginning of gold trading activity to Gulf News in 2001:

> I realize that [...] we were working so hard to establish imported brands, in the end, we were hardly benefiting from the whole exercise.  That's when I made up my mind to launch our own products and promote it. Those days, whatever gold that was there in the market was labeled either London Gold or Swiss Gold, so I thought of branding our gold.

458.   In addition, Abdul Razzak Yakoob diversified his activities. In October 2000, he created Ary Digital by taking over Sky Digital Asian Network (formerly known as the Pakistani Channel) in the United Kingdom. The channel is currently chaired by Abdul Razzak Yakoob's nephew, Salman Iqbal. The Pakistani Channel Limited, located in London, and is currently owned by Salman Iqbal (former dealer of Ary International Exchange), and his father,

Mohammad Iqbal. This company is under the control of Abdul Razzak Yakoob, whose mission
is thus:

> The important thing for me is that, through my channel, people in all parts
> of the world can hear the sound of Azaan (call for prayers).

459.    Since its beginning, the Ary Group grew through the Gold market. In 2002, the
company acquired membership in the London Dullion Market Association. An official position
on the gold market had not previously been taken by a Middle East company.

460.    The Ary Group has a pattern of conduct consistent with money laundering in the
Middle East. Ary was a key player in a scandal involving Benazir Bhutto in 1994. The former
Pakistani Prime Minister was convicted of corruption with Abdul Razzak and Ary Gold:

> In 1998, Pakistani investigators looking into government corruption found
> two checks, each for $5 million, allegedly paid by ARY Gold in 1994 to
> Asif Ali Zardari, the husband of then-prime minister Benazir Bhutto, to
> secure a two-year monopoly on gold imports to Pakistan. While
> acknowledging he held the monopoly and shipped $500 million in gold to
> Pakistan from 1994 to 1996.

461.    Several executives of Ary Group were involved in the illicit scheme. It resulted
from a close association between Ary Group Executives and the Bhutto government, and through
the Muslim Commercial Bank. The Ary Group's responsibility in this corruption scheme was
confirmed by a Pakistani court, yet the Pakistani sentence against Ary Group was rejected five
times by Dubai legal authorities as baseless. Abdul Razzak was cleared of criminal charges in
Dubai but still faces charges in Pakistan.

462.    Abdul Razzak is President of the Memon Community in the United Arab
Emirates and Chairman of the World Memon Organization (or "WMO"). Other Ary Group
executives were founders and trustees of the organization, particularly Mohammad Iqbal
Yakoob. The Islamic charity WMO is very close to the Pakistani government. The headquarters
of the organization is based in Dubai, and is in contact with others Islamic charities, particularly
Defendant World Assembly of Muslim Youth. Described as a Muslim sect, WMO set up a

cultural and business community between the United Arab Emirates and Pakistan. Hussain Lawai, the President of the Muslim Commercial Bank, was convicted of corruption in Pakistan in the Ary Group case, was member of the same Memon community in Dubai.

463. Gold trading is the principal source of revenue of the Ary Group. As the United States and its allies swept toward Afghanistan's main cities in the fall of 2001, the Taliban and al Qaeda network sent waves of couriers with bars of gold and bundles of dollars across the porous border into Pakistan. Financial transactions involving transfer of gold were centred in Dubai, the commercial capital of the United Arab Emirates and directly involved Ary Gold.

464. Persons aiding and abetting al Qaeda and facilitating and sponsoring terrorist conduct recently shipped large quantities of gold out of Pakistan to Sudan with the direct assistance of Ary Gold LTD of Dubai. Ary Gold was and is a principal conduit for transfer of wealth for years by some of the co-conspirators named herein. Ary Gold does substantial business in the United States of America.

465. Ary Gold, a branch of Ary Group, is involved in terrorist financing according to several investigations around the world, including by United States Customs Service. Ary Gold engaged in gold transactions on behalf of the Taliban and al Qaeda and in doing so offered material support, aiding and abetting.

466. Gold trading was done between Ary Gold and the Taliban. This "gold trail" was described by intelligence officers, law enforcement officials, gold brokers, and sources that have direct knowledge of some of al Qaeda's financial movements. In addition, close relationships between al Qaeda operatives and Dubai gold traders were established during the United States investigations on the 1998 United States Embassy bombings in Africa. Ary Gold has a pattern of conduct as it relates to aiding and abetting and materially sponsoring international terrorism, and assisting al Qaeda.

467.    The bomb that exploded at the United States Embassy in Kenya was built outside Nairobi.  Kenya bomber Fazul Abdullah Mohamed (or "Fazul") rented the house where the Kenya bomb was assembled.  Prosecution witness Tamara Ratemo, a Kenyan, told the court she rented Fazul her 10-room house outside Nairobi starting May 1, 1998.  She also testified that Fazul was in frequent contact with gold traders in Dubai:

> Q.   And did Mr. Fazhul tell you anything about why he needed such a large house?
> A.   Yes, he said he had a family and he had some business people who would be coming to visit frequently.
> Q.   And what kind of business people?
> A.   He said the kind of people that are dealing with, they are trading in gold and they would come from Dubai.

468.    Defendant Ary Gold is an aider, abettor and/or material sponsor of the Taliban, al Qaeda, Osam bin Laden and international terrorism.

## The Republic of Sudan

469.    Defendant, the Republic of Sudan ("Sudan"), is a foreign state within the meaning of 28 U.S.C. § 1391(f).  Sudan maintains an Embassy within the United States at 2210 Massachusetts Avenue N.W., Washington, D.C. 20008-2831.

470.    Since 1993, Sudan has been designated by the State Department as a foreign State that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. App. § 2405(j); the Foreign Assistance Act of 1961, 22 U.S.C. § 2371(b); and 28 U.S.C. § 2333. Sudan, by and through its agents and instrumentalities, has supported, encouraged, sponsored, aided and abetted and conspired with a variety of groups that use terror to pursue their goals. Sudan has provided financing, training, safe-haven, and weapons for international terrorist groups, including al Qaeda and Osama bin Laden.

471.    In or about 1991, Sudan through Hassan al-Turabi, leader of the Sudan's ruling National Islamic Front Party (or "NIF"), allowed the terrorist Osama bin Laden and his al Qaeda Party entrance into Sudan.  During this time period, Sudan abandoned visa requirements for

438

Arabs and actively encouraged Islamic militants to live within its borders. By the end of 1991, there were between 1,000 and 2,000 members of al Qaeda in Sudan. Following al Qaeda's move to the Sudan in or about 1991, Osama bin Laden established a headquarters in the Riyadh section of Khartoum, Sudan, an area heavily populated by Saudis.

472. Osama bin Laden was able to establish a powerful military and political presence in Sudan in the early 1990s, using a variety of business ventures to finance his activities, aided and abetted and materially sponsored by Defendants and co-conspirators named herein.

473. Osama bin Laden forged business alliances during the early 1990s with wealthy Sudanese, becoming intimately involved with the Sudanese government. Osama bin Laden invested with senior members of the NIF in the Defendant Al Shamal Islamic Bank in Khartoum. Osama bin Laden invested $50 million dollars of his own funds into the Al Shamal Islamic Bank. Along with other senior members of the NIF, he founded Defendant Wadi al Aqiq, a trading company that was allowed by the Sudanese government to engage in unrestricted shipping. Osama bin Laden also founded Taba Investments Ltd., an organization that secured a near monopoly over Sudan's major agricultural exports. Other enterprises begun by Osama bin Laden in Sudan include Ladin International Company and al-Hijra Construction. Gum Arabic Company Ltd. was owned jointly by Osama bin Laden and the Sudanese government. Osama bin Laden had an interest in al Themar, a Sudanese agricultural company, which employed 4,000 employees working its one-million-acre al-Damazine farms. Osama bin Laden also had an interest in the Blessed Fruits Company and al-Ikhlas, both involved in the production of honey, fruits and vegetables.

474. During the early 1990s, while Osama bin Laden was being harbored in Sudan, al Qaeda grew into a sophisticated international terrorist organization. Several key figures in the organization portrayed al Qaeda at the time as a multinational corporation complete with a

finance committee, investments and well-organized, concealed accounts and operations worldwide.

475.    Osama bin Laden organized al Qaeda into camps dedicated to exportation of terrorism throughout Sudan (and eventually the world); the main Sudanese training site being a 20-acre site near Soba, 10 kilometers south of Khartoum. Osama bin Laden and al Qaeda were sponsored, encouraged and allowed to operate freely in Sudan.  Al Qaeda purchased communications equipment, radios, and rifles for the Sudanese NIF, while the Sudanese government in exchange provided 200 passports to al Qaeda so that terrorists could travel internationally with new identities.

476.    In or about the early 1990s, Jamal al-Fadl went to Hilat Koko, a suburb of Khartoum, where he met with representatives of al Qaeda and the Sudanese army to discuss the joint manufacture of chemical weapons. Al Qaeda and the Sudanese army cooperated in efforts to mount chemical agents on artillery shells. Al Qaeda at this time also began to experiment with biological warfare – injecting or gassing dogs with cyanide.

477.    In Sudan, between the years 1990 and 1993, members of al Qaeda undertook the task of writing the *Encyclopedia of the Afghan Jihad*. Al Qaeda wrote another terrorist work entitled *Military Studies in the Jihad against the Tyrants*. It was during this period that Osama bin Laden and al Qaeda became fully operational, expanding their terrorist network.

478.    At various times between in or about 1992 and 1996, Osama bin Laden and Mamdouh Mahamud Salim worked together with a ranking official in the NIF to obtain communications equipment on behalf of the Sudanese intelligence service.

479.    On at least two occasions in the period from in or about 1992 until 1995, members of al Qaeda transported weapons and explosives from Khartoum to the coastal city of Port Sudan for trans-shipment to the Saudi Arabian peninsula, using vehicles associated with Osama bin Laden's businesses.

480.   In 1993, al Qaeda paid $210,000.00 for an airplane in Tucson, Arizona, that was then flown to Khartoum, Sudan.  This plane was intended to transport American Stinger Anti-Aircraft missiles from Pakistan to Sudan, although that missile transport did not take place.

481.   Osama bin Laden stated publicly that one of his proudest achievements during the period of time al Qaeda was based in Sudan was al Qaeda's role in the 1993 killing of more than a dozen American soldiers stationed in Somalia.  Al Qaeda and its allies launched operations in Somalia to foment, foster and participate in, attacks on British and American forces taking part in Operation Restore Hope in Somalia.   Al Qaeda grew to export hatred and terror internationally.

482.   Because of Sudan's active and material support of Osama bin Laden and al Qaeda, the United States Department of State first put Sudan on the list of State sponsors of terrorism in 1993, largely because of Osama bin Laden's residency and activities.

483.   In 1995, Hassan al-Turabi organized an Islamic Peoples Congress where Osama bin Laden was able to meet with militant groups from Pakistan, Algeria and Tunisia, as well as Palestinian Islamic Jihad and Hamas.  During the time that al Qaeda was based in Sudan, it also forged alliances with Egyptian Islamic Groups and other Global Jihad groups in becoming an international sponsor of terrorism.

484.   Hassan al-Turabi, under pressure from the United States and others, finally expelled Osama bin Laden from Sudan in 1996, but allowed him to relocate and regroup in Afghanistan.

485.   Sudan continues to be one of the governments that the United States has designated as a State sponsor of international terrorism.  Sudan serves as a safe-haven for members of al Qaeda, the Lebanese Hezbollah, al-Gama'a al-Islamiyya, Egyptian Islamic Jihad, the Palestine Islamic Jihad, and Hamas.  Sudan still has not complied fully with United Nations

Security Council Resolutions 1044, 1054, and 1070, passed in 1996 – which require that Sudan end all material support to terrorists. Sudan has assets frozen by the United States government.

486.   The Sudanese government and Sudanese officials close to Osama bin Laden co-founded the Al Shamal Islamic Bank and were associated with its operations until at least October, 2001. Among the three founders of the Al Shamal Islamic Bank was the Northern State Government of Sudan, ruled at that time by Mutasin Abdel-Rahim, the personal representative of Hassan al-Turabi, leader and principal Osama bin Laden supporter in the country.

487.   In 1988, the provisional Board of Directors of Al Shamal Islamic Bank included Abdel Wahab Osman (Chairman of the Board and Sudanese Minister of Industry at that time, going on to be Sudanese Minister of Finance & National Economy from 1996 to 2000), the Sudanese Government of Northern State, and Izz El-Din El Sayed (Speaker of the Sudanese People's Assembly from 1983 to 1985). Until at least October 2001, Al Shamal Islamic Bank's shareholders included the National Fund for Social Insurance, a Sudanese National entity listed as representative of the Workers Unions at the National Assembly Committee.

488.   Between 1984 and 1991, Osama bin Laden capitalized the Al Shamal Islamic Bank in Sudan. One of Osama bin Laden's former associates testified at the trial on the 1998 African embassy bombings that $250,000 was wired from Al Shamal Islamic Bank directly into the Osama bin Laden's cohort's Texas bank account – where he used it to buy a plane delivered to Osama bin Laden intended to transport Stinger missiles. The money was wired from the Wadi al Aqiq account at Al Shamal Bank via Bank of New York to a Bank of America account held in Dallas, Texas by Essam al Ridi. Al Ridi, an Egyptian flight instructor who met Osama bin Laden in Pakistan in 1985, flew the plane to Khartoum.

489.   Under Sudanese banking regulations, Al Shamal Islamic Bank is considered as a joint ownership commercial bank, and therefore subject to the Central Bank of Sudan review, supervision and control, according to the provisions of the Banks' Practice Act of 1991.

490.   Al Qaeda operative Jamal al-Fadl testified that his terrorist activities were greatly aided by Sudanese intelligence and by other Sudanese officials.  Al-Fadl said that he helped Osama bin Laden pay the employees of his companies and al Qaeda, whose members received monthly checks of several hundred dollars from Al Shamal Islamic Bank accounts.  He also testified that al Qaeda members were granted Sudanese passports and diplomatic privileges by the government.  Such material support constitutes the sponsoring of international terrorism.

491.   These facts fall under the scope of the 1999 International Convention for the Suppression of the Financing of Terrorism, signed by Sudan on February 29, 2000, and entered in force on April 10, 2002.  The Republic of Sudan's course of conduct contradicts the General Assembly Resolution 51/210 of December 17, 1996 calling the States to "prevent and counteract (...) the financing of terrorists and terrorist organizations, whether such financing is direct or indirect," the United Nations Security Council Resolution 1373 of September 28, 2001 and the United Nations Security Council Resolution 1269 of October 19, 1999, calling upon all States to "prevent and suppress in their territories through all lawful means the preparation and financing of any acts of terrorism."  These resolutions were adopted under Chapter VII of the United Nations Charter, and are therefore binding on all United Nations member States, including Sudan.

492.   Jamal Ahmed Al-Fadl (or "Al-Fadl"), was the first person called in the trial of four men charged with participating in a terrorism conspiracy led by Osama bin Laden, over the 1998 bombings of the American Embassies in Kenya and Tanzania.  In February of 2001, Al-Fadl's testimony described Osama bin Laden's global banking network, naming institutions in Sudan, Malaysia, The United Kingdom, Hong Kong and Dubai where Osama bin Laden and his international terrorist organization kept money.

493.   Al-Fadl also gave a detailed account of Osama bin Laden's agricultural, construction, transportation and investment companies in Sudan, which are fronts for terrorist

activities. Osama bin Laden, his co-conspirators, aiders and abettors, and material sponsors have engaged in a global conspiracy aimed at the United States and other Western targets. Al Qaeda has also acted as a kind of umbrella organization providing support for other terrorist groups.

494.    Al-Fadl described al Qaeda and the group's cooperation with other terrorist organizations like the Iranian-backed Hezbollah.

495.    Al-Fadl testified that he helped Osama bin Laden pay the employees of his companies and al Qaeda, whose members received monthly checks of several hundred dollars, and that he was sent out to buy five farms in Sudan for the group to use as training camps. Al-Fadl testified one farm cost $250,000 and another $180,000.

496.    After Osama bin Laden moved his group to Sudan in 1991, Al-Fadl testified, its activities were greatly aided by Sudanese intelligence and by other government officials. Al-Fadl described several arms shipments, including al Qaeda's smuggling of Kalishnikov rifles into Egypt from Sudan on two separate occasions that involved about 50 camels each. Al-Fadl also recalled a midnight shipment of four large crates of weapons and explosives to an Islamic group in Yemen, carried on a boat owned by al Qaeda and accomplished with the help of a Sudanese intelligence officer.

497.    Al-Fadl testified Osama bin Laden was surrounded by a group of al Qaeda associates who participated on a ruling council and ran various committees on military, business and religious matters.

## The Agencies and Instrumentalities of the Republic of Sudan

498.    As described above, Sudan acted through its officials, officers, agents, employees and instrumentalities in aiding, abetting, and providing material support and resources to Osama bin Laden, al Qaeda and international terrorism. The support provided by the Republic of Sudan to Osama bin Laden and al Qaeda assisted in, or contributed to, the preparation and execution of

plans that culminated in the attacks on September 11, 2001 and to the damages to the Plaintiffs herein.

499.    Lieutenant General Omar Hassan Ahmad al-Bashir is the President of Sudan, and is an instrumentality of Sudan for the purposes of liability and damages under the Foreign Sovereign Immunities Act. As head of Sudan, Lieutenant General Omar Hassan Ahmad al-Bashir is responsible for formulating and executing Sudan's policy of supporting terrorism and Osama bin Laden and al Qaeda.

500.    The Sudan Ministry of Defense, headed by General Rahman Abdul Siral-Khatim, is an agency of the Republic of Sudan. The Ministry of Defense, as a government agency, aided and abetted Osama bin Laden and al Qaeda as outlined above.

501.    The Sudan Ministry of the Interior, headed by Major General Abdul- Rahim Mohammed Hussein, is an agency of Sudan. The Ministry of the Interior, as a government agency, aided and abetted Osama bin Laden and al Qaeda by providing instructors to the training camps run by Osama bin Laden and al Qaeda. In early 1994, Osama bin Laden was responsible for at least three major terrorist training camps in Northern Sudan and the Sudanese Intelligence Services, Al Amn al-Dakhili and Al Amn al-Khariji, provided the training. These services are answerable in part to the Ministry of the Interior.

## The Saudi – Spanish – German al Qaeda Scheme

502.    Ramzi Binalshibh is an al Qaeda chief operative with ties to al Qaeda cells in Hamburg, Germany, and the Spanish branch of al Qaeda. He is currently in United States custody. The conduct described herein directly links Saudi Arabian entities and individuals to Mohammed Atta's Hamburg al Qaeda cell, and shows a proximate cause between Saudi Arabian individual's and entities' conduct and the funding of the terrorist attacks of September 11, 2001.

503.    These entities and individuals include but are not limited to Proyectos y Promociones Iso, Atamia SL, Cobis, Abrash Company, Promociones y Construcciones Tetuan

Pricote S.A., Contratas Gioma, Eurocovia Obras SA, Mushayt for Trading Establishment, Mohammed Ali Sayeed Mushayt, Proyectos y Promociones Paradise SL, Proyectos Edispan, Ghasoub al Abrash Ghalyoun, and Muhammed Galeb Kalaje Zouaydi.

504.    On April 23, 2002, the Spanish Central Unit for Foreign Information ("Unidad Central de Informacion Exterior") provided information to the investigating magistrate Baltazar Garzon Real in order to prosecute the Spanish branch of al Qaeda.  This Spanish al Qaeda branch turned out to be a key structure in the financing of the September 11, 2001 attacks.

505.    Several members of al Qaeda were arrested in Spain in April 2002: Imad Eddin Barakat Yarkas, Muhammed Galeb Kalaje Zouaydi (a/k/a Abu Talha), Abdalrahman Alarnaot Abu Aljer (a/k/a Abu Obed), Mohammad Khair Al Saqqa (a/k/a Abu Al Darda), and Ghasoub Al Abrash Ghalyoun (a/k/a Abu Musab).  Ghasoub Al Abrash Ghalyoun is considered a senior financier of al Qaeda in Europe, as is Zouaydi.

506.    Abu Dahdah is a member of a Spanish cell and part of al Qaeda that is active through several economic entities. This organization's conspiracy and scheme is considered as a critical logistical component leading to September 11, 2001 attacks.  Mohamed Atta had been in relation with several members of Abu Dhadah's terrorist cell in Spain, in order to arrange the details of the September 11, 2001 operations.  In addition to these illegal activities in providing financial assistance to al Qaeda, additional businesses have supported terrorist operations.

507.    Muhammed Galeb Kalaje Zouaydi (a/k/a Muhammad Ghalim Kalaji, a/k/a Abu Talha, a/k/a Abu Musab) (or "Zouaydi") was born in Syria on January 3, 1961.  Zouaydi is the brother-in-law of Mohamed Bahaiah (a/k/a Abu Khaled), messenger and courier for al Qaeda in Europe.

508.    In 1978, Zouaydi graduated in mechanical engineering from the Aleppo University and attended another academic year until 1980.  In 1984, Zouaydi was of Spanish nationality, but resided in Saudi Arabia.